

SEP 27 2007
U.S.D.C. S.D.N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
**THE PROCTER & GAMBLE COMPANY,** :
:
               Plaintiff, : No. 07 Civ. ( 8379 )
:
      vs. :
:
**ULTREO, INC.,** :
:
             Defendant. :
:
------------------------------------- :
                            x

**CORPORATE DISCLOSURE STATEMENT FILED PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, The Procter & Gamble Company, certifies, by and through its undersigned attorneys, it is an Ohio corporation and its shares are traded on the New York Stock Exchange under the symbol: PG.

Dated: September 26, 2007

                                            JONES DAY

                                            Laura W. Sawyer (LS-4385)
                                            222 East 41st Street
                                            New York, New York 10017-6702
                                            (212) 326-3898
                                            (212) 755-7306 (fax)

                                            John B. Williams
                                            Jones Day
                                            51 Louisiana Avenue, N.W.
                                            Washington, DC  20001-2113

                                            *Attorneys for Plaintiff*
                                            *The Procter & Gamble Company*

NYI-4026335v1