# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of New York | County of | United States District Court |

Index Number: 07 CIV 8379
Date Filed: 9/27/2007

Plaintiff:
**THE PROCTER & GAMBLE COMPANY**

vs.

Defendant:
**ULTREO, INC**

For:
Laura Sawyer
Jones Day
222 East 41st Street
New York, NY 10017

Received by King County Process Service LLC on the 28th day of September, 2007 at 2:53 pm to be served on **ULTREO, INC., 9461 Willows Road Ne, Suite 101, Redmond, WA 98052**.

I, Joe M. Showers, being duly sworn, depose and say that on the **28th day of September, 2007 at 3:50 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **John Gallgher** as CEO for **ULTREO, INC.**, at the address of: **9461 Willows Road Ne, Suite 101, Redmond, WA 98052**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 60, Sex: M, Race/Skin Color: W, Height: 5'11", Weight: 180, Hair: Gray, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 28th day of September, 2007 by the affiant who is personally known to me.

_Marie Annabelle Showers_
NOTARY PUBLIC

Marie Annabelle Showers
Notary Public
State of Washington

My Comm. Exp. 8-10-11

Joe M. Showers
07/2554 11255

King County Process Service LLC
12011 81st Ave Ne
Kirkland, WA 98034-5815
(832) 978-3328

Our Job Serial Number: 2007000070

Service Fee: $85.00

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9n