JONES DAY
222 East 41st Street
New York, NY  10017
Telephone:  212-326-3939
Facsimile:  212-755-7306
Theresa M. Gillis (TG-2036)

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ------------------------------------------------------- x | |
| THE PROCTER & GAMBLE COMPANY,   ) | No. 07 Civ. 8379 (RJS) |
| ) | ECF Case |
| Plaintiff,   ) | |
| ) | **NOTICE OF APPEARANCE** |
| -against-   ) | |
| ) | |
| ULTREO, INC.,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |
| ------------------------------------------------------- x | |

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as attorney of

record for Plaintiff, The Procter & Gamble Company, in the above-captioned case and further

requests that copies of all papers in this action be served upon her at the address set forth below.

Dated: October 11, 2007                    Respectfully submitted,


/s/ Theresa M. Gillis
Theresa M. Gillis  (TG-2036)
JONES DAY
222 East 41st Street
New York, NY  10017
Telephone:  212-326-3939
Facsimile:  212-755-7306

*Attorneys for Plaintiff*
*The Procter & Gamble Company*

NYI-4031545v1

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF APPEARANCE was served on

October 11, 2007 by Federal Express on:

> Marc C. Levy
> Kirkpatrick & Lockhart Preston Gates Ellis, LLP
> 925 Fourth Avenue
> Suite 2900
> Seattle, Washington 98104-1158

> *Attorney for Defendant Ultreo, Inc.*

  /s/Theresa M. Gillis
Theresa M. Gillis (TG-2036)

Dated:  New York, New York
        October 11, 2007