UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

THE PROCTER & GAMBLE COMPANY,    )
                                 )
            Plaintiff,           )   No. 07 Civ. 8379 (HB)
                                 )
     v.                          )
                                 )   NOTICE OF MOTION FOR
ULTREO, INC.,                    )   ***PRO HAC VICE* ADMISSION**
                                 )
            Defendant.           )

------------------------------------------------------------ x

     PLEASE TAKE NOTICE that, upon the accompanying Affidavit of Laura W. Sawyer and the exhibits annexed thereto, Plaintiff Procter & Gamble will move this Court before the Honorable Harold Baer, United States District Judge, Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, 1007-1312, at a date and time to be determined by the Court, for an Order, in the form annexed hereto, granting the *pro hac vice* admission of John B. Williams to act as counsel for Procter & Gamble Company in this matter pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and the Standing Order of this Court, dated October 25, 2006. The full contact information for John B. Williams is:

        Applicant's Name:    John B. Williams
        Firm Name:            Jones Day
        Address:               51 Louisiana Ave, NW
                                Washington, D.C. 20001
        Phone Number:      (202) 879-3939
        Fax Number:         (202) 626-1700
        Email Address:      jbwilliams@jonesday.com

- 2 -

The requisite fee of $25.00 is submitted herewith.

Dated:  October 9, 2007
New York, New York

Respectfully submitted.

_____
LAURA W. SAWYER (LS-4385)
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Tel.:  (212) 326-3939
Fax.:  (212) 755-7306

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

THE PROCTER & GAMBLE COMPANY, )
)
)  No. 07 Civ. 8379 (HB)
      Plaintiff, )
)
      v. )
)  Affidavit of Laura W. Sawyer to Admit
ULTREO, INC., )  John B. Williams Pro Hac Vice
)
      Defendant. )

-------------------------------------------------------------- x

State of New York  )
                     )  ss:
County of New York )

      I, Laura W. Sawyer, being duly sworn, hereby deposes and says:

      1.      I am member of the bar of the State of New York and of this Court and associated with the law firm of Jones Day, attorneys of record for Plaintiff Procter & Gamble Company. I am familiar with the proceedings of this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's application for an order granting John B. Williams *pro hac vice* admission to this Court to act as counsel to Procter & Gamble Company in this matter, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and the Standing Order of this Court dated October 25, 2006.

      2.      John B. Williams is a partner at the law firm of Jones Day and resident in the Washington, D.C. office of Jones Day. He was admitted to practice before the courts of the District of Columbia on December 18, 1978 and is currently a member in good standing. He has never been disciplined and there are no pending disciplinary proceedings against him. John B.

Williams is an individual of high moral character. A certificate of good standing issued by the District of Columbia, dated September 25, 2007, is annexed hereto as Exhibit A.

3.  Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and the Standing Order of this Court, dated October 25, 2006, I respectfully request that John B. Williams be permitted to appear *pro hac vice* to act as counsel to Procter & Gamble in this matter.

4.  The full contact information for John B. Williams is:
    Applicant's Name:   John B. Williams
    Firm Name:          Jones Day
    Address:            51 Louisiana Ave, NW
                        Washington, D.C. 20001
    Phone Number:       (202) 879-3939
    Fax Number:         (202) 626-1700
    Email Address:      jbwilliams@jonesday.com

5.  The requisite fee of $25.00 for this motion is submitted herewith.

6.  Because no novel issue of law is involved in this motion, I further request that this Court waive the requirement of a supporting memorandum of law pursuant to Rule 1.7 of the Rules of the United States District Courts for the Southern and Eastern Districts of New York.

7.  Annexed hereto as Exhibit B is a proposed order granting this motion.

8.  There has been no prior application in this matter for the relief requested herein.

9.  Defendant, Ultreo, Inc., has not yet appeared in this matter and has not identified counsel. Therefore, consent for this motion cannot be obtained.

10. I declare under the penalty of perjury that the foregoing is true and correct.

WHEREFORE, it is respectfully requested that this Court grant John B. Williams *pro hac vice* admission to act as counsel to Procter & Gamble Company in this matter.

- 3 -

Dated: October 9, 2007  
New York, New York

Respectfully submitted.

*(signature)*

LAURA W. SAWYER (LS-4385)  
JONES DAY  
222 East 41st Street  
New York, NY 10017-6702  
Tel.: (212) 326-3939  
Fax.: (212) 755-7306

Sworn to before me this 8th  
day of October, 2007

*(signature)*  
Notary Public

JANICE E. BAILEY  
NOTARY PUBLIC, State of New York  
No. 01BA4912174  
Qualified in New York County  
Commission Expires January 12, 2010

My Commission Expires 01/12/2010



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JOHN BUCHANNAN WILLIAMS

was on the 18TH day of DECEMBER, 1978 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 25, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
     Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

THE PROCTER & GAMBLE COMPANY,  )
                               )
                Plaintiff,     )   No. 07 Civ. 8379 (HB)
                               )
         v.                    )
                               )   **ORDER FOR ADMISSION *PRO HAC***
ULTREO, INC.,                  )   ***VICE* ON WRITTEN MOTION**
                               )
                Defendant.     )

------------------------------------------------------------ x

Upon the motion of Plaintiff Procter & Gamble Company and the affidavit of Laura W. Sawyer in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | John B. Williams |
| Firm Name: | Jones Day |
| Address: | 51 Louisiana Ave, NW |
|  | Washington, D.C. 20001 |
| Phone Number: | (202) 879-3939 |
| Fax Number: | (202) 626-1700 |
| Email Address: | jbwilliams@jonesday.com |

is admitted to practice *pro hac vice* as counsel for Plaintiff Procter & Gamble Company in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: _____          _____
New York, New York                       Hon. Harold Baer
                                         United States District Judge

## CERTIFICATE OF SERVICE

Steven T. Johnson certifies and declares under penalty of perjury pursuant to 28 U.S.C § 1746 that on October 9, 2007 he caused the annexed (1) NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION and (2) AFFIDAVIT OF LAURA W. SAWYER TO ADMIT JOHN B. WILLIAMS *PRO HAC VICE* to be served by regular mail to the Defendant at this address:

Ultreo, Inc.
9461 Willows Road NE
Suite 101
Redmond, WA  98052

I declare under penalty of perjury that the foregoing is true and correct.

_____
Steven T. Johnson