UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
THE PROCTOR & GAMBLE COMPANY,   )
                                )
            Plaintiff,          )
                                ) Civil Action No. 07-Civ-8379 (RJS)
    v.                          )
                                ) ECF Case
ULTREO, INC.,                   )
                                ) NOTICE OF APPEARANCE
            Defendant.          )
-----------------------------------------------------------x

**PLEASE TAKE NOTICE** that the undersigned attorney hereby certifies that he is duly admitted to practice in this Honorable Court, appears as counsel of record for Defendant, Ultreo, Inc., in the above-captioned case, and further requests that copies of all papers in this action be served upon him at the address set forth below.

Dated: New York, New York
       October 16, 2007

                                         Respectfully submitted,

                                         **WINSTON & STRAWN LLP**

                                         By:  /s/ Anthony DiSarro

                                         Anthony DiSarro
                                         200 Park Avenue
                                         New York, New York 10166
                                         (212) 294-6700 (telephone)
                                         (212) 294-4700 (facsimile)

                                         **Attorneys for Defendant Ultreo, Inc.**

Of Counsel:

Kimball R. Anderson
Stephen P. Durchslag
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois, 60601

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 16, 2007, a copy of the foregoing **NOTICE OF APPEARANCE** was served upon counsel by: (1) ECF notice of filing with the Court; and (2) Fed Ex overnight mail delivery on the following individuals:

Theresa M. Gillis, Esq.
Harold Keith Gordon, Esq.
**JONES DAY**
222 East 41st Street
New York, New York 10017

John B. Williams, Esq.
Danielle M. Hohos, Esq.
**JONES DAY**
51 Louisiana Avenue, North West
Washington, D.C. 20001

**Attorneys for the Proctor & Gamble Company**

Dated: New York, New York
October 16, 2007

*/s/ Lina M. Viviano*
Lina M. Viviano

NY:1141042.1