UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
THE PROCTOR & GAMBLE COMPANY, )
)
)
       Plaintiff, )
) Civil Action No. 07-Civ-8379 (RJS)
    v. )
) ECF Case
ULTREO, INC., )
) NOTICE OF APPEARANCE
       Defendant. )
---------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that the undersigned attorney hereby certifies that she is duly admitted to practice in this Honorable Court, appears as counsel of record for Defendant, Ultreo, Inc., in the above-captioned case, and further requests that copies of all papers in this action be served upon her at the address set forth below.

Dated: New York, New York
       October 16, 2007

                                                **Respectfully submitted,**

                                              **WINSTON & STRAWN LLP**

                                              By: /s/ Lina M. Viviano

                                              Lina M. Viviano
                                              200 Park Avenue
                                              New York, New York 10166
                                              (212) 294-6700 (telephone)
                                              (212) 294-4700 (facsimile)

                                              **Attorneys for Defendant Ultreo, Inc.**

Of Counsel:

Kimball R. Anderson
Stephen P. Durchslag
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois, 60601

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 16, 2007, a copy of the foregoing **NOTICE OF APPEARANCE** was served upon counsel by: (1) ECF notice of filing with the Court; and (2) Fed Ex overnight mail delivery on the following individuals:

Theresa M. Gillis, Esq.
Harold Keith Gordon, Esq.
**JONES DAY**
222 East 41st Street
New York, New York 10017

John B. Williams, Esq.
Danielle M. Hohos, Esq.
**JONES DAY**
51 Louisiana Avenue, North West
Washington, D.C. 20001

**Attorneys for the Proctor & Gamble Company**

Dated: New York, New York
October 16, 2007

/s/ Lina M. Viviano
Lina M. Viviano

NY:1141611.1