**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, | **ELECTRONICALLY FILED** |
| Plaintiff, | **ECF CASE** |
| -against- | Civil Action No. 07 Civ. 8379 (RJS) |
| ULTREO, INC., | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff The Procter & Gamble Company appears in the above-captioned case by their undersigned counsel. The undersigned respectfully requests that notice of electronic filing of all papers in the within action be transmitted to her at the office and address set forth below.

Dated: New York, New York
       October 18, 2007

Respectfully submitted,

/s/ Laura W. Sawyer
Laura W. Sawyer (LS-4385)
JONES DAY
222 East 41st Street
New York, NY  10017
212-326-3939
e-mail: lwsawyer@jonesday.com
*Attorneys for Plaintiff The Procter & Gamble Company*

NYI-4032790v1

# CERTIFICATE OF SERVICE

I, Laura W. Sawyer, hereby certify that on October 18, 2007, a true and correct copy of the NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Laura W. Sawyer
Laura W. Sawyer (LS-4385)
JONES DAY
222 East 41st Street
New York, NY 10017
212-326-3939