UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE PROCTOR & GAMBLE COMPANY,            )
                                         )
       **Plaintiff,**                          )
                                         ) Civil Action No. 07-Civ-8379 (RJS)
       v.                                  )
                                         )  Electronically Filed
ULTREO, INC.,                            )
                                         )
       **Defendant.**                          )
------------------------------------------------------------x

## CORPORATE DISCLOSURE STATEMENT FILED PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Defendant in the above-captioned action, Ultreo, Inc., hereby certifies that it is a privately-held Washington corporation, that it does not have a parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       October 18, 2007

                        **Respectfully submitted,**

                        **WINSTON & STRAWN LLP**

                        By:   /s/ Anthony DiSarro

                            Anthony DiSarro
                            Lina M. Viviano
                            200 Park Avenue
                            New York, New York 10166
                            (212) 294-6700 (telephone)
                            (212) 294-4700 (facsimile)
                            adisarro@winston.com (email)
                            lviviano@winston.com (email)

                        **Attorneys for Defendant Ultreo, Inc.**

Of Counsel:

Kimball R. Anderson
Stephen P. Durchslag
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois, 60601
(312) 558-5600 (telephone)

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 18, 2007, I caused a copy of the foregoing **CORPORATE DISCLOSURE STATEMENT FILED PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** to be served upon counsel by: (1) ECF notice of filing with the Court; and (2) Fed Ex overnight mail delivery on the following individuals:

Theresa M. Gillis, Esq.
Harold Keith Gordon, Esq.
**JONES DAY**
222 East 41st Street
New York, New York 10017

John B. Williams, Esq.
Danielle M. Hohos, Esq.
**JONES DAY**
51 Louisiana Avenue, North West
Washington, D.C. 20001

**Attorneys for the Proctor & Gamble Company**


Dated: New York, New York
         October 18, 2007

*/s/ Lina M. Viviano*
———————————
Lina M. Viviano

NY:1141236.1