UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

THE PROCTER & GAMBLE COMPANY,  )
                                                             )
              Plaintiff,  )      No. 07 Civ. 8379 (HB) (RJS)
                                                           )
              v.  )      ORDER FOR ADMISSION *PRO HAC*
                                                           )      *VICE* ON WRITTEN MOTION
ULTREO, INC.,  )
              Defendant.  )

------------------------------------------------------------ x

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 10/25/07]

Upon the motion of Plaintiff Procter & Gamble Company and the affidavit of Laura W. Sawyer in support:

**IT IS HEREBY ORDERED** that

        Applicant's Name:     Danielle M. Hohos
        Firm Name:              Jones Day
        Address:                 51 Louisiana Ave, NW
                                     Washington, D.C. 20001
        Phone Number:        (202) 879-3939
        Fax Number:            (202) 626-1700
        Email Address:        dmhohos@jonesday.com

is admitted to practice *pro hac vice* as counsel for Plaintiff Procter & Gamble Company in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: Oct 24/2007
New York, New York

Hon. Harold Baer   Hon. Richard J. Sullivan
United States District Judge