```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

THE PROCTER & GAMBLE COMPANY,

        Plaintiff,

        v.

ULTREO, INC.,

        Defendant.

------------------------------------------------------------ x

No. 07 Civ. 8379 (HB) (RJS)

ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Plaintiff Procter & Gamble Company and the affidavit of Laura W. Sawyer in support:

**IT IS HEREBY ORDERED** that

    Applicant's Name:    John B. Williams
    Firm Name:    Jones Day
    Address:    51 Louisiana Ave, NW
        Washington, D.C. 20001
    Phone Number:    (202) 879-3939
    Fax Number:    (202) 626-1700
    Email Address:    jbwilliams@jonesday.com

is admitted to practice *pro hac vice* as counsel for Plaintiff Procter & Gamble Company in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: Oct. 24, 2007
New York, New York

Hon. ~~Harold Baer~~ Richard J. Sullivan
United States District Judge