UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

THE PROCTER & GAMBLE COMPANY,   )
                                )
              Plaintiff,        )   No. 07 Civ. 8379 (HB)
                                )
          v.                    )
                                )   ECF Case
ULTREO, INC.,                   )
                                )
              Defendant.        )

---------------------------------------------------------------- x

**NOTICE OF MOTION**

Plaintiff The Proctor & Gamble Company, and upon its Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction and Affidavits of Aaron Biesbrock, Thomas Dupont, Wayne Randall and John B. Williams, hereby moves this Court for an Order to issue a preliminary injunction to be in effect during the pendency of this action ordering Ultreo, its officers, agents, employees, and all other persons or entities acting in concert with them, to immediately cease the dissemination of any advertising, marketing or promotional statements, whether made expressly or by implication, that the ultrasound feature of its toothbrush has any effect upon plaque removal or teeth cleaning, or that its ultrasound feature is magic or any way falsely describing the nature of ultrasound cycles.

- 2 -

Dated: New York, New York
   October 26, 2007

/s/ Laura W. Sawyer
HAROLD K. GORDON (HG-1007)
LAURA W. SAWYER (LS-4385)
JONES DAY
222 East 41st Street
New York, NY 10017-6702
212-326-3939

JOHN B. WILLIAMS
DANIELLE M. HOHOS
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
202-879-3939

*Attorneys for Plaintiff*
*The Procter & Gamble Company*

- 2 -

**CERTIFICATE OF SERVICE**

    The foregoing NOTICE OF MOTION was served on all counsel of record on October 26, 2007 by electronic mail through the Court's CM/ECF system.

                                                */s/ Laura W. Sawyer*