# Exhibit  D

# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001-2113

TELEPHONE: (202) 879-3939 • FACSIMILE: (202) 626-1700

Direct Number: (202) 879-3678
jbwilliams@jonesday.com

JP008761:ayp                    May 29, 2007

<u>VIA FEDERAL EXPRESS</u>

Marc C. Levy
Kirkpatrick & Lockhart Preston Gates Ellis LLP
925 Fourth Avenue
Suite 2900
Seattle, WA  98104-1158

Re:     <u>Ultreo Website</u>

Dear Mr. Levy:

As you know, we represent The Procter & Gamble Company (P&G), and are writing again to address certain advertising claims being made by your client Ultreo in connection with its ultrasound toothbrush.

When we last communicated on this matter, P&G requested that Ultreo remove any and all statements from its website that made the claim, expressly or by implication, that the bubbles created by the Ultreo toothbrush have the ability to clean teeth, remove plaque, or remove bacteria in the mouth of a user.  P&G is unaware of any clinical support for such a claim, and have not received any such support from your client, despite two such requests.

In your letter to me of April 4, 2007, Ultreo indicated that it would adjust its advertising to address P&G's concern in this regard.  Since then, we have observed that your website has been modified to remove any specific reference to the phrase "in the mouth."  While the specific phrase "in the mouth" was apparently removed, the configuration of the claims necessarily creates the implication that the bubbles will remove plaque bacteria in the absence of any contact between the brush and the tooth.  Ultreo's minor modification to the website claims is insufficient to correct the false message to consumers that Ultreo has been clinically proven to remove plaque via ultrasound activated bubbles that bristle action alone can leave behind.

Further, it has come to our attention that the Ultreo packaging and the Ultreo print advertising clearly, and improperly, make the claims that the bubbles created in the mouth can remove plaque bacteria.  The Ultreo packaging and print advertising are directly inconsistent with our understanding that these claims would no longer be made.

Specifically, the side panel of the Ultreo packaging (attached) makes the following claim: "Ultreo's bristles create bubbles in the mouth that are powerfully activated by nearly 4 million

JONES DAY

Marc C. Levy
May 29, 2007
Page 2

cycles of ultrasound energy channeled by a proprietary ultrasound waveguide. As these bubbles expand and contract, they're able to remove plaque bacteria."

The same side panel then states: "1. Precisely tuned sonic bristle action creates bubbles in the mouth and cleans on contact. 2. Ultrasound is channeled into bubbles through a proprietary ultrasound waveguide. 3. Bubbles are activated by the ultrasound and transformed into pulsating bubbles that can remove plaque bacteria."

Ultreo's print advertising (also attached) makes precisely the same claim as set forth in the paragraph above. It also claims that "Ultreo's bristles create bubbles that are powerfully activated by nearly 4 million cycles of ultrasound energy channeled by a proprietary ultrasound waveguide. As these bubbles expand and contract, they are able to remove plaque bacteria."

These statements, both literally and by implication, make the claim that the bubbles which are created by the Ultreo toothbrush will clean teeth and remove plaque bacteria independent of any contact between the brush and the tooth. But there is no clinical scientific support for such a claim, and the National Advertising division of the Better Business Bureau has specifically ruled that a claim can not express or imply in vivo performance in the absence of supporting in vivo studies. I have previously provided those citations to you.

P&G therefore demands that Ultreo take immediate action to modify its packaging, print advertising, and website to remove any express or implied claim that the bubbles created by the toothbrush will clean teeth, remove plaque, or remove bacteria in the absence of any contact between the brush and the tooth. In view of the history of our communications, and Ultreo's former agreement to adjust its advertising to address P&G's concerns, we consider this a very serious matter. Unless we receive written confirmation that these claims will be removed from your packaging, print advertising, and website within ten days, P&G will take action against these claims.

Once again, we request that if your have clinical support for Ultreo's claims, you provide it to us for our review.

This letter is not intended to constitute a complete statement of the facts or the law, and is without prejudice to P&G's legal and equitable rights.

I look forward to hearing from you.

Very truly yours,

JOHN B. WILLIAMS

Attachments



the ultrasound toothbrush

### The difference is Ultrasound

Ultreo™ is the first power toothbrush to combine the forces of ultrasound waveguide technology with precisely tuned sonic bristle action. Ultreo's bristles create bubbles in the mouth that are powerfully activated by nearly 4 million cycles of ultrasound energy channeled by a proprietary ultrasound waveguide. As these bubbles expand and contract, they're able to remove plaque bacteria.

Ultreo —a safe, yet powerful cleaning combination of ultrasound-activated pulsating bubbles and sonic bristle action for a gentle, deep, long-lasting feeling of clean.



**1.**
Precisely tuned sonic bristle action creates bubbles in the mouth and cleans on contact.

**2.**
Ultrasound is channeled into bubbles through a proprietary ultrasound waveguide.

**3.**
Bubbles are activated by the ultrasound and transformed into pulsating bubbles that can remove plaque bacteria.

# The difference is Ultreo.

Ultreo takes power brushing where it's never gone before... in a groundbreaking combination of ultrasound waveguide technology and precisely tuned sonic bristle action. Ultreo's bristles create bubbles that are powerfully activated by nearly 4 million cycles of ultrasound energy channeled by a proprietary ultrasound waveguide. As these bubbles expand and contract, they are able to remove plaque bacteria. Ultreo—a safe, yet powerful cleaning combination of ultrasound-activated pulsating bubbles and sonic bristle action for a gentle, deep, long-lasting feeling of clean.

Try the new Ultreo for the Ultimate Ultrasound Clean.



bubbles in the mouth and cleans on contact.

**2.**
Ultrasound is channeled into bubbles through a proprietary ultrasound waveguide.

**3.**
Bubbles are activated by the ultrasound and transformed into pulsating bubbles that can remove plaque bacteria.

To learn more about Ultreo's technology and research, schedule a Lunch & Learn or order your 30-day risk-free Professional Trial Pack, call 1.877.4.ULTREO (485.8736) or visit www.ultreo.com/pro.

©2007 Ultreo, Inc. All rights reserved. Ultreo is a trademark of Ultreo, Inc.    Use 105 on card or at www.dentalproducts.net    S000005