# Exhibit  A



## GEN
Genetic
Engineering
&biotechnology
News

Breaking News

---

### Ultreo, Inc. Granted U.S. Patent for Ultrasonic Toothbrush Employing an Acoustic Waveguide
**Sep 18 2007, 1:47 PM EST**
News source: **Business Wire**

Ultreo, Inc., makers of Ultreo, the first power toothbrush to combine ultrasound waveguide technology with precisely tuned sonic bristle action, was today issued 19 claims, of which three are independent, under United States patent number 7,269,873. The patent covers multiple aspects of Ultreo's ultrasound power toothbrush technology.

Ultreo's ultrasound waveguide is specifically designed to efficiently channel ultrasound energy from a transducer in the brush head directly into bubbles generated by sonic bristle action. Without this waveguide, the ultrasound energy would dissipate and thus be rendered ineffective. The waveguide is made of silicone rubber.

Ultreo's bristles create bubbles that are powerfully activated by nearly 4 million cycles of ultrasound energy per brushing. The result is an incredible, long-lasting feeling of clean. Clinical studies show that Ultreo can remove up to 95 percent of plaque in the first minute of brushing, as well as providing naturally whiter teeth in 14 days and improving gum health in 30 days.

"Ultreo's patented ultrasound technology represents the most significant innovation in the power toothbrush category in 15 years," said Jack Gallagher, President and CEO of Ultreo, Inc. "At Ultreo we are dedicated to advancing oral healthcare and we believe the innovation of ultrasound technology will help consumers significantly improve their oral hygiene."

Ultreo is currently available at participating dental offices and online at www.ultreo.com and at www.drugstore.com. Select catalogs and retailers, including The Sharper Image, Frontgate, Hammacher, Amazon.com and Bloomingdales will begin carrying Ultreo in fall 2007. Ultreo's suggested retail price is $169.99.

About Ultreo, Inc.

Ultreo is the most innovative power toothbrush on the market providing consumers with the most advanced technology available for improving and maintaining their oral health on a daily basis at home. Ultreo is a scientifically based product developed at the University of Washington in association with former executives, scientists and engineers of Optiva Corporation, the developers of the Sonicare (R) toothbrush. Ultreo, Inc. has been awarded three research grants from the Washington Technology Center and two research grants from the National Institutes of Health.

Ultreo is headquartered in Redmond, Wash. Please visit www.ultreo.com or call 1-877-4-ULTREO (485-8736) for more information.

Ultreo is a trademark of Ultreo, Inc.

Case 1:07-cv-08379-RJS   Document 20-2   Filed 10/26/2007   Page 3 of 3

Sonicare(R) is a registered trademark of Philips Oral Healthcare, Inc.

© 2007 Genetic Engineering & Biotechnology News, All Rights Reserved