# Exhibit E











