# Exhibit F





## The Difference is **Ultrasound**.

Invented at the University of Washington, Ultreo takes power brushing where it's never gone before with a groundbreaking combination of ultrasound waveguide technology and precisely tuned sonic bristle action. Ultreo's bristles create microbubbles that are powerfully activated by nearly 4 million cycles of ultrasound energy per brushing channeled by a proprietary ultrasound waveguide. The result is an incredible, long-lasting feeling of clean.

Clinically proven to remove up to 95% of hard-to-reach plaque in the first minute of brushing, remove stains for naturally whiter teeth in 14 days and reduce gingivitis in just 30 days.

In a recent study, 80% of people who used Ultreo for 30 days would switch to Ultreo from the power toothbrush they were using before.

### At Our Booth #2508

Stop by our Booth to take the Ultreo Challenge. Use it exclusively for 30 days. If your teeth don't feel cleaner than ever before, return it and pay nothing. Special ADA price of $49 for dental professionals only (+tax & shipping).

To learn more about Ultreo's technology and research, to schedule a lunch & learn or to order your Professional Trial Pack, call 1.877.4.ULTREO (485.8736) or visit www.ultreo.com/pro.