# Exhibit  G

clinical

ultreo profile in oral health



Ultreo's hygienists (from left): Jeri Starrett, RDH, MSM; Camille Baltuck, RDH, BS; and Katherine Ortblad, RDH, MHA.

# Brush, with Greatness

By Trisha O'Hehir, RDH, BS, Editorial Director, *Hygienetown Magazine*

Can the therapeutic use of ultrasound be incorporated into a power toothbrush? That's what University of Washington physicist and research professor Pierre Mourad, Ph.D., wanted to find out in 2003. His background is medical ultrasound, used for diagnosis and treatment of central and peripheral nervous system conditions. He was also a Sonicare user who wondered if adding ultrasound to the bubbles created by a sonic toothbrush would produce a power brush with superior cleaning ability.

When the professor met Jack Gallagher, former president of Optiva – the original developers of Sonicare – they began the development that would

result in the Ultreo ultrasound toothbrush. Three research grants, several research studies and eight patent applications later, the Ultreo was launched at the Chicago Midwinter Dental Meeting in February 2007.

Bringing a new product to the market in just four years is a big job, so Gallagher assembled a team of experienced scientists and engineers to accomplish this goal. One team member he hired is a dental hygienist from his former Optiva team, Jeri Starrett, RDH, MSM. It was my pleasure to talk with Starrett about the new Ultreo power brush, her position with Ultreo and her dental hygiene career.

ultreo profile in oral health

Hygienetown (HT): Hi Jeri. Tell me about the exciting new Ultreo power toothbrush.

**Jeri Starrett (JS):** Ultreo is the newest and most innovative power toothbrush available. It combines ultrasound waveguide technology with sonic bristle action for a deep, long-lasting feeling of clean. Ultreo's sonic action bristles create bubbles and clean on contact, while the ultrasound waveguide channels ultrasound energy from the transducer in the back of the brush head directly into the bubbles. The bubbles are activated by the ultrasound and transformed into pulsating bubbles that can remove plaque bacteria. It really is very exciting technology.

**HT: How was the name "Ultreo" selected?**

JS: The name Ultreo was born from a combination of "ultrasound" and "treo." The "treo" part of the name represents the three aspects of the technology. First, sonic bristle action produces bubbles, second, ultrasound activates the bubbles, and third, the activated bubbles pulsate.

**HT: What do hygienists like most about Ultreo?**

JS: After brushing with the Ultreo toothbrush, several hygienists have reported that, compared to other power brushes, their teeth feel cleaner and that the feeling of clean lasts longer. They also like the gentleness of the Ultreo and are intrigued with the unique way it cleans.

**HT: Jeri, tell me a bit about your dental hygiene career. Where did you go to hygiene school and what have you done since?**

JS: I graduated from Yakima Valley Community College, in Yakima, Washington, and in later years, while working with Optiva,

I had the opportunity to return to school and completed my bachelor's degree. Since I was in the school mode, I decided to continue on and received a master's of science degree in business management from the University of St. Francis in Joliet, Illinois. For many years, I worked in private practice. While working in clinical practice, I had the opportunity to also work part time as a public health hygienist focusing on education and screening and referring both school age children and seniors for dental care. During my public health work, I was part of a team that administered a sealant program and a fluoride rinse program through the public schools. Besides clinical practice in a general dental setting and public health, I had a unique opportunity to work in an endodontic office. I worked one day a week for the endodontist administering local anesthesia. From clinical practice, I moved into the corporate world where I worked with Optiva for five years and an additional two years after Philips purchased Optiva.

**HT: How did you go from private practice to the corporate world with a job at Optiva/Sonicare?**

JS: I read an article in the local newspaper about Optiva and applied for a clinical research position. I knew I didn't have the qualifications, but I wanted to learn about the company and wanted to work there. I enjoyed the interview process and learned a lot. I didn't get the job, but when the appropriate position came along, I applied and was hired. Networking, meeting and getting to know the people at the first interview really did help.

**HT: What did you do in your first corporate position?**

JS: In my first position with Optiva, my primary responsibility was handling inquiries from consumers and dental professionals that were either of a dental or medical nature related to using

## Experienced Hygienists Give Ultreo a Clinical Boost

Ultreo holds dental hygienists in high regard – in fact so much that the company has several in its employ. If not for the honest feedback its own hygienists have supplied, the direction of the Ultreo brush would have been difficult to gauge. Working alongside Jeri Starrett and the rest of the Ultreo team are two more prominent Ultreo hygienists, Camille Baltuck, RDH, BS; and Katherine Ortblad, RDH, MHA, who each serve in various aspects of clinical trials for the company.

Camille graduated from Eastern Washington University in Spokane, Washington. Her dental hygiene career has included both clinical practice and research. She has practiced in both general and periodontal offices and has participated in university as well as corporate research. Early in her career, she traveled to Australia where she worked for a year with a periodontist. This was an exciting highlight in her career. Camille began working in research at the University of Washington and since 1996 has worked exclusively in research as a clinical research associate. She worked at Optiva and then Philips Oral Healthcare. Besides her busy dental hygiene career, Camille is a proud mother of three children.

Katherine graduated of the University of Washington with a bachelor of science in dental hygiene and a masters in health administration. Her clinical experience includes private practice as both a restorative expanded duties hygienists and as a periodontal hygienist. She has also provided dental hygiene services to nursing home residents in Washington State. Katherine has extensive administrative experience, including managing a small dental clinic for the National Oceanic Atmospheric Administration and as director of clinical research for Philips Oral Healthcare. She is also currently employed by Pacific Bioscience Labs, makers of the Clarisonic Skincare brush as the Director of Clinical Research.

continued on page 12

Sonicare. I provided information on the research studies and answered medical and dental questions from patients, hygienists and dentists. I was also involved in the organization of symposia that brought scientific research to the profession. My position was in the clinical research department, so it was a great learning experience. Optiva was a young company then and job descriptions changed as things needed to be done.

**HT: What did you do after leaving Sonicare?**

JS: After leaving Philips Oral Healthcare, I accepted the position of dental hygiene director for a new dental hygiene program that was opening at Seattle Central Community College. When I arrived at the college, our accreditation site visit was scheduled to occur in six weeks, and there was only one full-time instructor on board. We spent a great deal of time working together and were successful in receiving initial accreditation. We had a great team of talented educators and enthusiastic students. Working with the educators and first class of students was an enriching experience.

**HT: Is that when you were recruited to work with the new Ultreo company?**

JS: Yes. That was definitely a difficult decision to make. I love education and really enjoyed the students. However, looking at all my options, I couldn't pass up a rare opportunity to be part of a start-up company with people I'd enjoyed working with before. I love the diversity of what I do on a daily basis and new opportunities and challenges. It's truly an exciting opportunity to bring a new product to market.

**HT: What's you biggest challenge working with a start-up company?**

JS: The biggest challenge for me is to be flexible. I'm a planner, so I needed to learn to be more flexible because at a start-up company or even an existing company, not everything occurs in the time frame that you would like. Also, creating everything from the ground up is a great deal of work, yet it provides autonomy and endless possibilities.

**HT: Have you had any surprises?**

JS: The biggest surprise in moving from a private practice to a corporate position was that I couldn't get it all done in one day! With clinical dental hygiene, you're done at the end of the day. Now, I have freedom from the hourly schedule and can take a break when I need it, but I can also work past 5 p.m. because the work never stops. If I take a week off, the work piles up. Time management has become a priority. I've had to learn to leave work undone and go home at the end of the day, instead of trying to get everything done. It's a matter of prioritizing projects and budgeting time.

**HT: What are the rewards of your current position?**

JS: Working with Ultreo allows me to grow and learn and face new challenges. I can control my own destiny. I enjoy the relationships with coworkers and other dental professionals. I meet a wealth of different people who write articles, do research, present courses – the movers and shakers of the profession. It's fun.

**HT: What advice do you have for others contemplating a move from a clinical position to a corporate position?**

JS: I have two suggestions: networking and professional development. Networking has enabled me to meet a variety of dental



**An Experience Unlike Any Other**

Ultreo offers a brushing experience unlike any other. Use the brush for at least two weeks to become accustomed to the way it feels in your mouth. Keep the following tips in mind when you use Ultreo for the first time or are instructing patients on the use of Ultreo:

ultreo profile in oral health

professionals and provided a wide range of opportunities and experiences over the course of my career. As a professional, it's important to be a member of ADHA. It's also a great way to meet new people and hear about other positions. You never know who will be your link to a move from clinical practice to the corporate world. My second suggestion is to continue to grow, read the professional journals, take as much continuing education as you can. Besides keeping up on the science, keep current on new technology and new products. I'm a huge advocate for ongoing learning.

**HT: You are obviously an advocate and role model for life-long learning. Was your master's degree helpful in preparing you for your current position?**

JS: Definitely! Coming from a science and clinical background, the courses I took to complete my master's in business have given me a broader perspective and greater understanding of all aspects of the corporate environment.

**HT: Tell me about a typical day in your position with Ultreo?**

JS: My days are never the same. They vary depending on what projects are ongoing and what the current priorities are. Early on, we had consumers come in to try Ultreo prototypes for a home use study, so I designed questionnaires and clinical forms for the study. Many projects involve writing, such as developing an article, creating a fact sheet about Ultreo, composing letters and assisting with marketing pieces. I also travel to meetings throughout the year. Some are strictly continuing education and others are larger regional meetings where we have an exhibit booth, like the recent Chicago Midwinter Meeting where we were all busy with the

launch of Ultreo. My primary role is to be the liaison between Ultreo, Inc., and dental professionals.

**HT: Are there other dental hygienists working with Ultreo?**

JS: Yes, Camille Baltuck, RDH, BS, is our clinical research associate and Katherine Ortblad, RDH, MHA, is our clinical trials specialist. I worked with both Camille and Katherine when I was with Optiva/Philips. In fact, Katherine was one of the people who I interviewed with for the position at Optiva. Recently we hired a dental hygienist for our sales team.

**HT: How do you balance your busy corporate life with your personal life?**

JS: I have a very supportive husband who encourages me to accept challenges and pursue opportunities; both my children are adults in college with busy lives of their own. We make the most of our time away from work and whenever possible we spend weekends boating and kayaking. My creative outlet is cooking, so I enjoy having family and friends over for dinner and spending time together.

**HT: Thank you Jeri for your time and your dedication to dental hygiene and oral health. You've had an exciting and rewarding career so far and I'm sure you'll continue to make many more valuable contributions. It's been fun hearing about your career and seeing the various ways you've contributed to oral health.** ∎



- Ultreo should be used with gentle pressure and a light touch. Applying too much pressure will cause the bristles to splay and result in a less effective, less comfortable brushing experience.
- Keep the bristles in contact with the teeth and gumline while brushing. The rubber ultrasound waveguide located in the center of the bristles is not designed to make direct contact with the teeth; its purpose is to channel the ultrasound energy from the transducer in the brush head into the bubbles created by the bristle action.
- As ultrasound requires a fluid medium to perform effectively, try to keep as much fluid around the bristles as possible while you brush.
- Ultreo has been designed to work with a small amount of toothpaste. Any type is acceptable, however gel toothpaste is recommended.
- For optimal performance of Ultreo, change the brush head every three months.

