# Exhibit H



**new**

## ultreo™
the ultrasound toothbrush

**The only power toothbrush**
to combine groundbreaking ultrasound waveguide technology with precisely tuned sonic bristle action.

**An experience unlike any other**
a deep, long-lasting feeling of clean.

Ultreo
The Ultimate Ultrasound Clean.

new

## Ultreo features



**Sonic bristles with power tip**
Sonic action bristles with power tip creates bubbles and cleans away plaque upon contact.



**Ultrasound waveguide**
Channels ultrasound energy into the bubbles.

**Ultra-slim neck**
Allows for easy access to the back of the mouth.

**Snap-on brush head**
Easy to remove and a snap to clean

**Slim-waisted handle**
Ergonomically designed handle fits perfectly in the hand for comfort and easy maneuvering around the mouth.



**Auto shut off timer**
Automatically shuts off after the dental professional-recommended 2 minutes of brushing time.



**Brushing interval signal**
Signals every 30 seconds to help you clean all areas of your mouth equally.



**Programmable ultrasound brush head replacement indicator**
When it's time to change your brush head, the words **"Replace Ultrasound Brush Head"** will illuminate. Programmable for 1 or 2 users per handle.



**Battery charge status indicator**
Tells you the level of charge on the battery. With a full charge, you can use Ultreo for up to 28 brushings without additional charging.

**Charger base with indicator**
Ultra-compact and ultra-sleek with a universal voltage wall plug.



# ultreo
the ultrasound toothbrush

### The difference is Ultrasound

Ultreo™ is the first power toothbrush to combine the forces of ultrasound waveguide technology with precisely tuned sonic bristle action. Ultreo's bristles create bubbles that are powerfully activated by nearly 4 million cycles per brushing of ultrasound energy channeled by a proprietary ultrasound waveguide.

Ultreo — a safe, yet powerful cleaning combination of ultrasound-activated pulsating bubbles and sonic bristle action for a gentle, deep, long-lasting feeling of clean.

**1.** Precisely tuned sonic bristle action creates bubbles and cleans on contact

**2.** Ultrasound is channeled into bubbles through a proprietary ultrasound waveguide

**3.** Bubbles are atomized by the ultrasound to a cleansing mist, giving a long-lasting feeling of clean


the ultrasound toothbrush



**Try Ultreo for 30 days.**

We guarantee you'll see results

Try Ultreo for yourself. If your teeth don't feel cleaner than ever before, return it for a full refund. No questions asked.

## Here's what you can expect

**A deep clean**
Ultreo's combination of ultrasound waveguide technology and sonic bristle action can remove hard-to-reach plaque for an incredibly deep feeling of clean.

**A fast clean**
Ultreo has been clinically proven to remove up to 95% of plaque from hard-to-reach areas in the first minute of brushing.

**Naturally whiter teeth**
Ultreo has been clinically proven to remove surface stains for naturally whiter teeth in just 14 days.

**Improved gum health**
Ultreo has been clinically proven to reduce gingivitis in just 30 days.

**A safe and gentle clean**
Ultreo is shown to be safe and gentle for everyday use on gums, natural tooth surfaces and dental work.

**A brushing experience people love**
8 out of 10 people who used Ultreo in a recent study would switch to Ultreo from their current power toothbrush. And of those who expressed a preference, 8 out of 10 thought the overall cleaning provided by Ultreo was better compared to the power toothbrush they normally use.



