# Exhibit I





the ultrasound toothbrush

**The only power toothbrush**
to combine groundbreaking ultrasound waveguide technology with precisely tuned sonic bristle action.

**An experience unlike any other**
a deep, long-lasting feeling of clean.

Ultreo
The Ultimate Ultrasound Clean.

## Ultreo features



Sonic bristles with power tip
Sonic action bristles with power tip create bubbles in your mouth and clean away plaque upon contact



Ultrasound waveguide
Channels ultrasound energy into the bubbles in your mouth.

Ultra-slim neck
Allows for easy access to the back of the mouth.

Snap-on brush head
Easy to remove and a snap to clean.

Slim-waisted handle
Ergonomically designed handle fits perfectly in the hand for comfort and easy maneuvering around the mouth.



Auto shut off timer
Automatically shuts off after the dental professional-recommended 2 minutes of brushing time.



Brushing interval signal
Signals every 30 seconds to help you clean all areas of your mouth equally.



Programmable ultrasound brush head replacement indicator
When it's time to change your brush head, the word "Replace" will illuminate. Programmable for 1 or 2 users per handle.



Battery charge status indicator
Tells you the level of charge on the battery. With a full charge, you can use Ultreo for up to 28 brushings without additional charging.

Charger base and wall plug
Ultra-compact and ultra-sleek with a universal voltage wall plug.

new



### The difference is Ultrasound

Ultreo™ is the first power toothbrush to combine the forces of ultrasound waveguide technology with precisely tuned sonic bristle action. Ultreo's bristles create bubbles in the mouth that are powerfully activated by nearly 4 million cycles of ultrasound energy channeled by a proprietary ultrasound waveguide. As these bubbles expand and contract, they're able to remove plaque bacteria.

Ultreo — a safe, yet powerful cleaning combination of ultrasound-activated pulsating bubbles and sonic bristle action for a gentle, deep, long-lasting feeling of clean.



**1.** Precisely tuned sonic bristle action creates bubbles in the mouth and cleans on contact.

**2.** Ultrasound is channeled into bubbles through a proprietary ultrasound waveguide.

**3.** Bubbles are activated by the ultrasound and transformed into pulsating bubbles that can remove plaque bacteria.

# ultreo
the ultrasound toothbrush



**Try Ultreo for 30 days.**

We guarantee you'll see results.

Try Ultreo for yourself. If you aren't completely satisfied after 30 days, return it for a full refund. No questions asked.

## Here's what you can expect

**A deep clean**
Ultreo's combination of ultrasound waveguide technology and sonic bristle action can remove hard-to-reach plaque bacteria that bristle action alone can leave behind.

**A fast clean**
Ultreo has been clinically proven to remove up to 95% of plaque from hard-to-reach areas in the first minute of brushing.

**Naturally whiter teeth**
Ultreo has been clinically proven to remove surface stains for naturally whiter teeth in just 14 days.

**Improved gum health**
Ultreo has been clinically proven to reduce gingivitis in just 30 days.

**A safe and gentle clean**
Ultreo is shown to be safe and gentle for everyday use on gums, natural tooth surfaces and dental work.

**A long lasting clean**
More than half the people who used Ultreo in a recent study thought the feeling of clean after brushing lasted longer than with the power toothbrush they normally use.

**A brushing experience people love**
9 out of 10 people who used Ultreo in a recent study thought their teeth felt smooth and clean after brushing. And 7 out of 10 preferred Ultreo to the power toothbrush they normally use.

