# Exhibit J

Ultreo - The ultrasound toothbrush. Welcome to the ultimate ultrasound clean. Page 1 of 5

Case 1:07-cv-08379-RJS Document 20-11 Filed 10/26/2007 Page 2 of 9

## The Difference is Ultrasound

Ultreo takes power brushing where it's never gone before. Invented at the University of Washington in association with former scientists, engineers and executives of Optiva Corporation (original developers of the Sonicare® toothbrush), Ultreo is the first power toothbrush to combine patented ultrasound waveguide technology with precisely tuned sonic bristle action. Ultreo's bristles create microbubbles that are powerfully activated by nearly 4 million cycles of ultrasound energy per brushing channeled by a proprietary ultrasound waveguide. The result is an incredible, long-lasting feeling of clean. Learn More



Independently tested for both safety and effectiveness, Ultreo has been proven to remove hard-to-reach plaque, improve gum health and reduce stains for naturally whiter teeth. In a recent study, 8 out of 10 people who used Ultreo for 30 days said they would switch to Ultreo from their current power toothbrush. And of those who expressed a preference, 8 out of 10 thought the overall cleaning provided by Ultreo was better compared to the power toothbrush they normally use.

## Read What Our Users Think

# Lynne Bratton

"Have been using my Ultreo for three months now and I just returned from a visit to the dentist. I have gum disease and my hygienist quickly commented on the fact that my gums were in better shape than the last visit. I told her that I had purchased the Ultreo and she was really impressed with the results. I told her that I LOVE this toothbrush and that my teeth feel dentist clean after brushing and that this continues even throughout a night's sleep."
Read full comment

# Eve Leonard

"I love my Ultreo! I just had my first cleaning and dental checkup after using my Ultreo for three months. The very picky hygienist said my teeth were almost "spotless." This is an amazing comment, never before heard from her! My pockets are improved, and the cleaning was shorter than ever. Thanks so much. This is a great toothbrush, and I love using it. The travel case works well. Happy smiles here!"
Read full comment

# Mike Millner

"The Ultreo toothbrush is the best power toothbrush I have ever used. After one week, I have whiter, smoother teeth. The smaller neck size really makes it easier to reach difficult places. It also really battles and takes care of plaque and leaves you with the feeling of just leaving the dentist. I cant wait to see continuous, whiter results as time passes."
Read full comment

# Marlaina Williams

"I NEVER thought I would LOVE a toothbrush the way I love my Ultreo. I had only had my Ultreo for 4 days when it was lost in my luggage on a recent plane trip. Of all the things that are missing - I am desperate to replace my Ultreo. It's an amazing product!"
Read full comment

# David Goren

"The Ultreo is one of those products that comes along only a couple/three times in one's lifetime. It is simply amazing. It has elevated my oral hygiene to new heights... Before I had to scrape the tarter/plaque off the inside of my lower teeth."

Ultreo - the ultrasound toothbrush. Welcome to the ultimate ultrasound clean.   Page 2 of 5

Case 1:07-cv-08879-RJS   Document 20-11   Filed 10/26/2007   Page 3 of 9

Read full comment

## Jeanette Harris

"I love my new toothbrush. I am ordering now for the family so I can get a jump on next Christmas. What an improvement in my teeth."
Read full comment

## Susan Becraft

"My hygienist was amazed when she cleaned my teeth after I had used my Ultreo for three months. I tend to have staining problems, which require major work on her part, but she completed the task in under 10 minutes. I also have two pockets that might have required periodontal work, but they have greatly improved. My teeth look and feel "dentist-clean" after I brush them. I've used Sonicare and Oral-B, both of which were far better than manual brushing, but, in my opinion, Ultreo outshines them."
Read full comment

## David Giuliani (Primary Inventor of Sonicare)

"In my experience, the Ultreo provides a more thorough cleaning that seems to last longer. I especially notice deeper cleaning in the lingual aspect of the mandibular central incisors. I'm looking forward to seeing what my hygienist notices."
Read full comment

## Nancy Cronig

"It was quite a change from the round toothbrush and I had to adjust to the difference. I do feel the Ultreo cleaned my teeth better. It removed a lot more food from between the teeth than the prior toothbrush. I almost didn't need to floss!"
Read full comment

## James Wright

"The Ultreo seemed to clean my teeth better than the Sonicare. When I flossed after brushing, there was quite a bit less food debris between my teeth. My teeth appear to be whiter as well. The Ultreo also does not tickle parts of my face and mouth as I am using it."
Read full comment

## Charlotte Boynton

"I have been using it only for a week and I am delighted with it. I was previously a manual brusher. I take good care of my teeth by flossing and bushing regularly but even that good care does not match up to what the brush has done for my mouth. It feels cleaner for longer and it appears to me that my teeth are brighter in color. My gums feel like they are healing."
Read full comment

## Bill Lundell

"Wow! - I have been a dedicated sonicare user for the last 10 years. But I was amazed at how good my teeth and gums felt during and after brushing with your Ultreo. My teeth feel cleaner long after I've brushed, even after a meal. You guys have definitely set the new standard for a consumer toothbrush."
Read full comment

## Mark Fowble

"My ULTREO came yesterday - GREAT customer service to you all ! ! ! First use was this morning and felt so good I went two

Ultreo - the ultrasound toothbrush. Welcome to the ultimate ultrasound clean.	Page 3 of 5

Case 1:07-cv-08379-RJS    Document 20-11    Filed 10/26/2007    Page 4 of 9

cycles ! ! Having been at the beginning of Sonicare's availability in 1994 (one of the first purchasers) and subsequent improvements on into Phillips ownership, I thought let's try this new product. I am very glad I made this decision - I know my hygienist will be pleased come my next appointment. "
Read full comment

# William Donaldson

"One month of use with my new Ultreo and off of the old Sonicare. My teeth are definitely much whiter (no more strips for me) and the experience of a longer lasting cleaning is undeniable. This is a Great New Innovation in personal oral hygiene!!"
Read full comment

# Foster Wilson

"Wow, I was an early adopter of power tooth brushes. Sonicare has been my choice until the Ultreo came my way. After using the Ultreo for two weeks I can never go back to the Sonicare!"
Read full comment

# Thomas Kim

"Ultreo toothbrush is amazing, my teeth feel so refreshed and clean! I can always feel it's squeaky clean no matter if I eat or wake up the next day and it still feels so clean! Plus it's "deaf-friendly" since every 30 seconds I can feel the toothbrush pause then resume!"
Read full comment

## Ultreo News

September 24, 2007
  *Seattle Business Monthly*
  Seattle Business Monthly interviews Ultreo Inventor, Pierre Mourad as part of their "Top Entrepreneurs & Innovators" feature in the October issue. ...
  Read More
September 19, 2007
  *Esquire Magazine*
  Ultreo named as one of the best products for men's grooming in the October issue of Esquire Magazine. ...
  Read More
September 18, 2007
  Ultreo, Inc., makers of Ultreo, the first power toothbrush to combine ultrasound waveguide technology with precisely tuned sonic bristle action, was today issued 19 claims, of which three are independent, under United States patent number 7,269,873. The patent covers multiple aspects of Ultreo's ultrasound power toothbrush technology....
  Read More
September 06, 2007
  *New York Magazine*
  Ultreo, has introduced a namesake toothbrush that combines sonic waves with something called "ultrasound waveguide technology." I've been using it for a week, and it feels pleasantly less aggressive than the high-vibration Sonicare. Plus the foamy paste it creates is incredibly effective at targeting nooks and crannies (it's clinically proven to remove up to 95 percent of hard-to-reach plaque in 60 seconds)....
  Read More
August 27, 2007
  *Mr.Gadget*
  Whatever you do, get on the Ultreo program for the best oral care you're likely to ever experience and a daily clean you will really love. I'm sticking with Ultreo until and unless I find something better! I recommend Ultreo as highly as I can.
  ...
  Read More
August 09, 2007
  *Prevention Magazine*
  Ultreo is named in the September issue of Prevention Magazine as a "Breakthrough You Can Use". ...
  Read More
July 12, 2007
  *Domestic Diva*
  I have to tell you guys about my favorite toothbrush. It is called the Ultreo. This thing is absolutely amazing. You will

Ultreo - the ultrasound toothbrush. Welcome to the ultimate ultrasound clean. Page 4 of 5

Case 1:07-cv-08379-RJS   Document 20-11   Filed 10/26/2007   Page 5 of 9

never find a better cleaning toothbrush than the Ultreo. ...
Read More

July 07, 2007
All power toothbrushes are not created equal—at least not according to the people who have used Ultreo, a new power toothbrush utilizing ultrasound technology. A recent study found that, of those who expressed a preference, eight out of ten people felt Ultreo provides a better overall cleaning as compared to their current power toothbrush....
Read More

June 12, 2007
www.momfinds.com
Although you may think giving your man a toothbrush to Father's Day is just asking for a toaster for your birthday, I suggest that you reconsider. First of all, consider how hard the guy is to buy for. Secondly, think of how much he loves gadgets....
Read More

June 01, 2007
Dental Town Magazine
Ultreo, Inc., a new company located in Redmond, Washington, has generated a lot of buzz in the dental profession lately with its release of the first power toothbrush to use ultrasound waveguide technology coupled with sonic bristle action. Dental Town Magazine recently spoke with Ultreo President & CEO Jack Gallagher...
Read More

May 25, 2007
Ingenuity: The Newsletter of UW TechTransfer
Local businesses often look to the UW for leading-edge technology solutions, and recently a partnership between a business developer and an interdisciplinary UW research team resulted in a startup company and a revolutionary new product....
Read More

May 15, 2007
Popular Science
Popular Science names Ultreo one of "12 must-have products" in their June issue. ...
Read More

May 10, 2007
California Dental Hygienists' Association
These days, a visit with your dental hygienist may result in more benefits than just cleaner teeth and healthier gums -- you might even decide to stop smoking, improve your nutrition or check to see if you might be at risk for diabetes....
Read More

April 19, 2007
UW News (University of Washington)
A new product developed from technology invented at the UW aims to change the way you brush your teeth. It will make ultrasound -- now available only at the dentist -- part of the daily routine. The high-tech brush creates vibrations in bubbles of foam that work to clean pearly whites. Details of the product were made public at an industry launch in late February....
Read More

March 19, 2007
Boston Globe
The evidence is accumulating faster than you can say "Don't forget to floss" that taking good care of your teeth -- and treating gum disease aggressively -- may be one of the best things you can do not just for your mouth but for your overall health....
Read More

## Customer Care

Ultreo Customer Care and Dental Sales & Service Representatives are available to place orders, handle troubleshooting, process returns and answer questions about Ultreo.

- Customer Care Home Page
- Dental Professional Inquiry
- General Questions & Comments
- Register My New Ultreo

## Contact Us
**Ultreo, Inc.**
9461 Willows Road NE, Suite 101
Redmond, WA 98052
info@ultreo.com
p. 1.877.4.ULTREO (485.8736)

Ultreo - the ultrasound toothbrush. Welcome to the ultimate ultrasound clean.

Page 5 of 5

f. 425.250.1799
© 2007 Ultreo, Inc. All Rights Reserved

## Ultreo Features


### Sonic Bristles With Power Tip
Sonic action bristles with power tip clean away plaque upon contact and create microbubbles.


### Patented Ultrasound Waveguide
Channels ultrasound energy into the bubbles.


### Auto Shut-Off Timer
Automatically shuts off after the dental professional-recommended 2 minutes of brushing time.


### Brushing Interval Signal
Signals every 30 seconds to help you clean all areas of your mouth equally.


### Programmable Brush Head Replacement Indicator
When it's time to change your brush head, the word "REPLACE" will illuminate. Programmable for 1 or 2 users per handle.


### Battery Charge Status Indicator
Tells you the level of charge on the battery. With a full charge, you can use Ultreo for up to 28 brushings without additional charging.

## How Ultreo Works



Ultreo is the first power toothbrush to combine patented ultrasound waveguide technology with precisely tuned sonic bristle action. Ultreo's bristles create microbubbles that are powerfully activated by nearly 4 million cycles of ultrasound energy per brushing channeled by a patented ultrasound waveguide.

### What to Expect

The Ultreo brushing experience is unlike any other toothbrush. Here are some useful tips to help you become accustomed to the unique feel. We guarantee that after the initial adjustment period, your teeth will feel cleaner than ever before.

- As ultrasound requires a fluid medium to perform effectively, try to keep as much fluid around the bristles as possible while you brush.
- Ultreo has been designed to work with a small "pea-sized" amount of toothpaste.
- Ultreo should be used with gentle pressure and a light touch.
- Keep the bristles, not the waveguide, in contact with the teeth and gumline while brushing.
- You may feel the waveguide touching your teeth at first. This is normal and most users report that the waveguide is not noticeable at all after the first few brushings.

Purchase an Ultreo ultrasound toothbrush and use it for 30 days. If your teeth don't feel cleaner than ever before, give us a call at 1.877.4.ULTREO and we'll refund your money. We believe in our ultrasound difference. Buy Ultreo

## Ultreo Benefits

# A Deep Clean

Ultreo's combination of patented ultrasound waveguide technology and sonic bristle action can remove hard-to-reach plaque for an incredibly deep feeling of clean.

# A Faster Clean

Ultreo has been clinically proven to remove up to 95% of plaque from hard-to-reach areas in the first minute of brushing.

# Naturally Whiter Teeth



Ultreo has been clinically proven to remove surface stains for naturally whiter teeth in just 14 days.

# Improved Gum Health

Ultreo has been clinically proven to reduce gingivitis in just 30 days.

# A Safe and Gentle Clean

Ultreo is shown to be safe and gentle for everyday use on gums, natural tooth surfaces and dental work.

# A Brushing Experience People Love

8 out of 10 people who used Ultreo in a recent study would switch to Ultreo from their current power toothbrush. And of those who expressed a preference, 8 out of 10 thought the overall cleaning provided by Ultreo was better compared to the power toothbrush they normally use.

## Customer Care

Ultreo Customer Care and Dental Sales & Service Representatives are available to place orders, handle troubleshooting, process returns and answer questions about Ultreo.

- Customer Care Home Page
- Dental Professional Inquiry
- General Questions & Comments
- Register My New Ultreo

## Contact Us
*Ultreo, Inc.*
9461 Willows Road NE, Suite 101
Redmond, WA 98052
info@ultreo.com
p. 1.877.4.ULTREO (485.8736)
f. 425.250.1799

© 2007
Ultreo,

Inc. All Rights Reserved