# Exhibit K

## Ultreo Features


### Sonic Bristles With Power Tip
Sonic action bristles with power tip creates bubbles and cleans away plaque upon contact.


### Ultrasound Waveguide
Channels ultrasound energy into the bubbles.


### Auto Shut-Off Timer
Automatically shuts off after the dental professional-recommended 2 minutes of brushing time.


### Brushing Interval Signal
Signals every 30 seconds to help you clean all areas of your mouth equally.


### Programmable Brush Head Replacement Indicator
When it's time to change your brush head, the word "REPLACE" will illuminate. Programmable for 1 or 2 users per handle.


### Battery Charge Status Indicator
Tells you the level of charge on the battery. With a full charge, you can use Ultreo for up to 28 brushings without additional charging.

## How Ultreo Works

Ultreo takes power brushing where it's never gone before with a groundbreaking combination of ultrasound waveguide technology and precisely tuned sonic bristle action. Ultreo's bristles create bubbles that are powerfully activated by nearly 4 million cycles of ultrasound energy per brushing channeled by a proprietary ultrasound waveguide.



Ultreo - a safe, yet powerful cleaning combination of ultrasound-activated pulsating bubbles and sonic bristle action for a gentle, deep, long-lasting feeling of clean.

### A Difference is Guaranteed
Purchase an Ultreo ultrasound toothbrush and use it for 30 days. If your teeth don't feel cleaner than ever before, give us a call at 1.877.4.ULTREO and we'll refund your money. We believe in our ultrasound difference. Buy Ultreo

### An Experience Unlike Any Other

## A Deep Clean

Ultreo's combination of ultrasound waveguide technology and sonic bristle action can remove hard-to-reach plaque for an incredibly deep feeling of clean.



## A Faster Clean

Ultreo has been clinically proven to remove up to 95% of plaque from hard-to-reach areas in the first minute of brushing.

## Naturally Whiter Teeth

Ultreo has been clinically proven to remove surface stains for naturally whiter teeth in just 14 days.

## Improved Gum Health

Ultreo has been clinically proven to reduce gingivitis in just 30 days.

## A Safe and Gentle Clean

Ultreo is shown to be safe and gentle for everyday use on gums, natural tooth surfaces and dental work.

## A Longer-Lasting Clean

More than half the people who used Ultreo in a recent study thought the feeling of clean after brushing lasted longer than with the power toothbrush they normally use.

## A Brushing Experience People Love

8 out of 10 people who used Ultreo in a recent study would switch to Ultreo from their current power toothbrush. And of those who expressed a preference, 8 out of 10 thought the overall cleaning provided by Ultreo was better compared to the power toothbrush they normally use.

### Customer Care

Ultreo Customer Care and Dental Sales & Service Representatives are available to place orders, handle troubleshooting, process returns and answer questions about Ultreo.

- Customer Care Home Page
- Dental Professional Inquiry
- General Questions & Comments
- Register My New Ultreo

### Contact Us
*Ultreo, Inc.*
*9461 Willows Road NE, Suite 101*
*Redmond, WA 98052*
*info@ultreo.com*
*p. 1.877.4.ULTREO (485.8736)*
*f. 425.250.1799*
© 2007
Ultreo,
Inc. All
Rights
Reserved