# Exhibit L

## Ultreo Features


### Sonic Bristles With Power Tip

Sonic action bristles with power tip creates microbubbles and cleans away plaque upon contact.


### Ultrasound Waveguide

Channels ultrasound energy into the bubbles.


### Auto Shut-Off Timer

Automatically shuts off after the dental professional-recommended 2 minutes of brushing time.


### Brushing Interval Signal

Signals every 30 seconds to help you clean all areas of your mouth equally.


### Programmable Brush Head Replacement Indicator

When it's time to change your brush head, the word "REPLACE" will illuminate. Programmable for 1 or 2 users per handle.


### Battery Charge Status Indicator

Tells you the level of charge on the battery. With a full charge, you can use Ultreo for up to 28 brushings without additional charging.

## How Ultreo Works



Ultreo is the first power toothbrush to combine ultrasound waveguide technology with precisely tuned sonic bristle action. Ultreo's bristles create microbubbles that are powerfully activated by nearly 4 million cycles of ultrasound energy per brushing channeled by a proprietary ultrasound waveguide.

### What to Expect

The Ultreo brushing experience is unlike any other toothbrush. Here are some useful tips to help you become accustomed to the unique feel. We guarantee that after the initial adjustment period, your teeth will feel cleaner than ever before.

- As ultrasound requires a fluid medium to perform effectively, try to keep as much fluid around the bristles as possible while you brush.
- Ultreo has been designed to work with a small "pea-sized" amount of toothpaste.
- Ultreo should be used with gentle pressure and a light touch.
- Keep the bristles, not the waveguide, in contact with the teeth and gumline while brushing.
- You may feel the waveguide touching your teeth at first. This is normal and most users report that the waveguide is not noticeable at all after the first few brushings.

Purchase an Ultreo ultrasound toothbrush and use it for 30 days. If your teeth don't feel cleaner than ever before, give us a call at 1.877.4.ULTREO and we'll refund your money. We believe in our ultrasound difference. Buy Ultreo

### Ultreo Benefits

## A Deep Clean

Ultreo's combination of ultrasound waveguide technology and sonic bristle action can remove hard-to-reach plaque for an incredibly deep feeling of clean.

## A Faster Clean

Ultreo has been clinically proven to remove up to 95% of plaque from hard-to-reach areas in the first minute of brushing.

## Naturally Whiter Teeth

Ultreo has been clinically proven to remove surface stains for naturally whiter teeth in just 14 days.



## Improved Gum Health

Ultreo has been clinically proven to reduce gingivitis in just 30 days.

## A Safe and Gentle Clean

Ultreo is shown to be safe and gentle for everyday use on gums, natural tooth surfaces and dental work.

## A Brushing Experience People Love

8 out of 10 people who used Ultreo in a recent study would switch to Ultreo from their current power toothbrush. And of those who expressed a preference, 8 out of 10 thought the overall cleaning provided by Ultreo was better compared to the power toothbrush they normally use.

### Customer Care

Ultreo Customer Care and Dental Sales & Service Representatives are available to place orders, handle troubleshooting, process returns and answer questions about Ultreo.

- Customer Care Home Page
- Dental Professional Inquiry
- General Questions & Comments
- Register My New Ultreo

### Contact Us
*Ultreo, Inc.*
*9461 Willows Road NE Suite 101*
*Redmond, WA 98052*
*info@ultreo.com*
*p. 1.877.4.ULTREO (485.8736)*
*f. 425.250.1799*

© 2007
Ultreo,