# Exhibit M

Case 1:07-cv-08379-RJS    Document 20-14    Filed 10/26/2007    Page 1 of 11



# ultreo

the ultrasound toothbrush

Owner's manual



READ ALL INSTRUCTIONS BEFORE USING



# IMPORTANT SAFEGUARDS

Please read the following instructions carefully before use.

Basic safety precautions should be followed when using any electrical product.

## DANGERS

To reduce the risk of electrocution:

1. **Do not** place or store the charger where it can fall or be pulled into a tub, sink or toilet.
2. **Do not** place or drop the charger into water or other liquid.
3. **Do not** reach for a charger that has fallen into the water or other liquid. Unplug immediately.

## WARNINGS

To reduce the risk of burns, electrocution, fire or injury:

1. Close supervision is necessary when this product is used by or on children or the disabled.
2. Discontinue use if you are unable to handle this product properly.
3. Use this product only for its intended use as described below. Do not use attachments other than those recommended by the manufacturer.
4. Do not use the toothbrush charger, handle or brush head if damaged or if there are any loose or damaged components. This product contains no serviceable parts. The electrical cord of this appliance cannot be replaced, if the cord is damaged discard and replace entire charger assembly.
5. Keep the cord away from heated surfaces. Never operate the charger if it has a damaged cord or plug.
6. Unplug the charger base before cleaning and make sure it is dry before plugging it into an electrical outlet. Do not fully immerse the charger or wall plug in water to clean.
7. Do not place brush head, handle or charger in the dishwasher to clean.

## MEDICAL WARNINGS

1. Consult your dental professional before using this product if you have recently had oral or gum surgery.
2. Contact your dental professional if excessive bleeding occurs while using this product or minor bleeding continues to occur after 1 week of use.
3. If you have questions concerning usage with a pacemaker or other implanted device, consult your physician or the implanted device manufacturer prior to use. Ultreo has been tested and is compliant with safety standards for electromagnetic devices.
4. Do not use if brush head has crushed or bent bristles. Damaged bristles could break off while brushing.
5. This is an oral care product designed for cleaning teeth.

# SAVE THESE INSTRUCTIONS



**Ultreo features**



- Sonic bristles with power tip
- Ultrasound waveguide
- Ultra-slim neck
- Snap-on brush head
- Auto shut-off timer
- Brushing interval signal
- Slim-waisted handle
- Programmable ultrasound brush head replacement indicator
- Battery charge status indicator
- Ultra-compact charger base

Dear Ultreo Owner,

Thank you for choosing Ultreo, the most innovative power toothbrush available. Ultreo is the first and only power toothbrush to combine groundbreaking ultrasound waveguide technology with precisely tuned sonic bristle action. The first thing you may notice when you use Ultreo is the ultrasound waveguide nestled in the center of the bristles. This is where the magic happens. Ultreo's bristle action creates bubbles that are powerfully activated by nearly 4 million cycles of ultrasound energy channeled by a proprietary ultrasound waveguide for an incredible, long-lasting feeling of clean.

Ultreo is a scientifically based product developed at the University of Washington in association with former executives, scientists and engineers of Optiva Corporation, the developers of the Sonicare® toothbrush. It has been independently tested for both safety and effectiveness and has been proven to remove plaque, improve gum health and reduce stains for naturally whiter teeth. And it is shown to be safe and gentle for everyday use on gums, natural tooth surfaces and dental work. We feel confident that you will notice a difference in your oral health after using Ultreo. We hope you enjoy using our product and recommend it to others.

If you have any questions or concerns about your new Ultreo, please visit www.ultreo.com or give us a call at 1.877.4.ULTREO.

Sincerely,

Jack Gallagher
CEO & President
Ultreo, Inc.

# user instructions

### Charging your Ultreo

Ultreo should be charged for 24 hours prior to your first use. It is then recommended that you keep your Ultreo in a plugged in charger base at all times when not in use to maintain a full battery charge and optimal performance.

### Connecting the Wall Plug to the Charger Base

When connecting the wall plug to the charger base, be sure to insert the plug with the "+" and "–" symbols facing up.



### To charge your Ultreo

Plug the cord into the charger base and an electrical outlet. When you place the handle in the charger base the orange power button will glow. The battery charge status indicator will light up as the battery is charging. When all three sections are fully lit your Ultreo is fully charged. A full charge should last for approximately 28 two-minute uses.

 

**Battery Low** (one LED only)     **Battery Full Charge** (three LEDs)

The charger base features a universal voltage and frequency plug assembly for your convenience while traveling overseas. A simple plug adapter is all that is required.

**Model U-1 Charger Specifications:**
  Wall Plug Input: 100 – 240 V~ac, 50-60 Hz/2.6 W
  Output to Charger Base: 12 Vdc, 150 mA

Your charger base can also be used to hold your Ultreo on the countertop without the cord. Just unplug the cord and place brush in charging ring.

*Note:* For optimal charging efficacy, please place charger on a non-metallic surface.

## Changing brush heads

**To remove your brush head**

Grasp the base of the brush head firmly and push directly away from the handle.

**To attach your brush head**

Align the brush head directly above the power button and snap into place.





## The Travel Caddy

**When traveling without the charger base**

The Ultreo Travel Caddy can be used to keep the handle and brush head upright.

**To open your Travel Caddy**

Grasp the lower half of the Travel Caddy firmly with one hand. With the thumb and middle finger of the other hand gently squeeze the shiny semicircle pads located on the side of the top half and gently lift the top away from the lower half.





## Brushing instructions

For optimum performance Ultreo should be fully charged. Follow these simple steps to maximize your brushing experience:

1. Place a pea-size amount of toothpaste on the center of the brush head and wet the bristles under running water.
2. Position the bristles in the back section of your bottom teeth angled into the gumline and turn the brush on.


**Position the bristles into the gum line
Brush in a *small circular motion***



3. Hold the toothbrush handle with a light grip. Let the brush do all the work. Do not press too hard or scrub. Try to keep as much fluid around the bristles as possible.
4. Move the brush in a *small circular motion* so the bristles and fluid penetrate between your teeth and into the gumline. Spend a few seconds on each tooth and then move the brush to the next area.
5. Use the power tip to work between your teeth and the very back of your last tooth. Keep as many bristles in contact with the teeth as possible.
6. To ensure an even and thorough brushing, divide your mouth into 4 sections:


**Section 1) outside lower teeth
Section 2) inside lower teeth
Section 3) outside upper teeth
Section 4) inside upper teeth**

Begin brushing in Section 1 and brush until you hear the interval signal prompting you to move to the next area of your mouth. After you have brushed each section of your mouth for 30 seconds, your toothbrush will automatically turn off. You may wish to restart Ultreo by pressing the power button if desired.

For optimal ultrasound effectiveness, we recommend beginning your brushing session on your lower teeth so as to create a sufficient fluid base.

## Other oral care needs

### Stain removal
To help remove stains for naturally whiter teeth, spend additional time brushing the affected area.

### Braces
Angle the bristles between your brackets and gumline using light pressure. Gently move the brush in a small circular motion so the bristles and fluid penetrate between your teeth. Continue working the bristles along each bracket and all of your teeth.

### Dental restorations
Ultreo is safe to use on dental restorations. Brush these restored surfaces like you would a normal tooth surface.

### Chewing surfaces
Spend extra time brushing the chewing surfaces of your teeth to remove food debris and plaque.

### Periodontal pockets
Spend extra time working the bristles into pockets where plaque collects below the gumline. Ask your dental professional for help in identifying these areas.

### Replacing your ultrasound brush head

To ensure optimal ultrasound output, it is recommended that the brush head be replaced regularly. Ultreo has a programmable ultrasound brush head replacement indicator that will alert you when a new brush head is needed. The words "Replace Ultrasound Brush Head" on the display will illuminate and flash. After replacing the brush head, you will need to manually reset the indicator feature.

### To reset the brush head replacement indicator

Hold the button down for 2 seconds while the brush is in a plugged in charger. When the "replace" light goes out, the indicator has been reset. If there are two people sharing a single handle, follow instructions below for the "Multiple User Feature."



**To reset the brush head indicator hold down the button for 2 seconds**

**Handle must be set in a plugged in charger base**

### Multiple user feature

To program one Ultreo handle for use by 2 individuals, hold the button down for 2 seconds while outside of the charger. The LED display, which is normally the battery charge status indicator, will beep and light one bar for each user. Release the button when the LED display corresponds to the number of users per handle.



**One user**



**Two users**

**To program for multiple users hold down the button for 2 seconds**

**Battery charge level indicator will beep and light one bar for each user**

**Handle must be up out of the charger base**





Cleaning your brush and charger

1. Rinse the brush head and bristles after each use and air dry.
2. Remove the brush head from the handle at least once a week and wipe down both handle and brush head including under the base. Replace the brush head regularly.
3. Periodically clean the charger. Be careful not to saturate or immerse the charger.

Mild soap, water and a moist cloth are recommended for cleaning your Ultreo handle and charger.



Battery

Your Ultreo is designed with the environment in mind by using a NiMH (Nickel Metal Hydride) battery. The battery can be disposed of in any trash receptacle. The battery inside Ultreo cannot be replaced and does not need to be removed before disposal.



## Technical specification

### Warranty

Ultreo, Inc. warrants this appliance to be free of defects in material and workmanship for a period of 2 years from the date of original purchase.

All implied warranties including implied warranties of merchantability or fitness for any particular purpose, are limited in duration to 2 years from the date of original purchase except brush heads which should be replaced every 3 months. In no event will Ultreo, Inc. be responsible for damages resulting from the use of this product. Some states do not allow exclusion or limitation of incidental damages, so the above limitation may not apply to you.

### Limitation of remedies

In no event shall Ultreo, Inc. or any of its affiliated or subsidiary companies be liable for any special, incidental or consequential damages based upon breach of warranty, breach of contract, negligence, tort, or any other legal theory. Such damages include, without limitation, loss of use; the claims of third parties including, without limitation, dentists and dental hygienists; and cost of any substitute equipment or services.

### Customer service information

If you have any questions about the usage of your Ultreo toothbrush, please contact a customer service representative at 1.877.4.ULTREO (485.8736) or visit our website www.ultreo.com.

**Please remember to register your new Ultreo at www.ultreo.com/register.**

## Contact

Ultreo, Inc.
9461 Willows Rd NE, Suite 101
Redmond WA 98052
USA
Toll Free: 1.877.4.ULTREO (485.8736)
Direct: 425.250.1700
Fax: 425.250.1799
Website: www.ultreo.com

**new**



the ultrasound toothbrush

**The only power toothbrush**
to combine groundbreaking ultrasound waveguide technology with precisely tuned sonic bristle action.

**An experience unlike any other**
a deep, long-lasting feeling of clean.

**Ultreo**
The Ultimate Ultrasound Clean.