# Exhibit N



# FRONTGATE

OUTFITTING AMERICA'S FINEST HOMES

## Home for the Holidays

Our most extensive Christmas décor offering yet, p. 2–25

Entertaining made easy with Wolfgang Puck, p. 46–47

Late Autumn 2007    frontgate.com

# INTRODUCING THE WORLD'S FIRST ULTRASOUND ACTION TOOTHBRUSH

*Latest technology achieves a new level of clean and white within the first minute of brushing*

**F. New** The Ultreo Ultrasound is the only toothbrush to utilize ultrasound waveguide technology alongside precisely tuned sonic bristle action for the most complete home tooth cleaning system you will find. The sonic bristles create bubbles that pulsate at an exact ultrasonic frequency for optimal plaque removal—95% of hard-to-reach plaque is removed within the first minute of brushing. The Ultreo has also been clinically proven to remove stains at the gumline after 14 days of use. Set includes one ultrasound brush head, ultra-compact charging base, waveguide protector, travel caddy, owner's manual, and 2-year warranty.

Independent research studies have proven that:

- Ultrasound waveguide technology in combination with precisely tuned sonic bristle action is significantly more effective at removing bacteria
- In the first minute of brushing, Ultreo removes up to 95% of hard-to-reach plaque
- Ultreo is effective at removing coffee, tea, and other extrinsic stains for naturally whiter teeth in just 14 days

19599  Ultreo Ultrasound Toothbrush (1¼" dia. x 9½"H)  $169
19634  Additional Brush Head  $22.50
Please specify Orange (featured), Green, or White brush head.



- Precisely tuned sonic bristle action creates bubbles that are activated by nearly 4 million cycles of ultrasound energy, removing plaque bacteria that bristle action alone can leave behind
- Ultrasound is channeled into the bubbles through a proprietary ultrasound waveguide
- Ultrasound-activated bubbles pulsate at an exact ultrasonic frequency
- Clinically proven to remove up to 95% of plaque in the first minute of brushing

Laboratory study comparison of biofilm (plaque) removal without bristle contact. Visit frontgate.com for full details.

