# Exhibit O

See even more cool products online at skymall.com!

## THE WORLD'S FIRST ULTRASOUND TOOTHBRUSH CLEANS AND WHITENS IN JUST 1 MINUTE.

**D. New** The Ultreo Ultrasound is the only toothbrush to utilize ultrasound waveguide technology alongside precisely tuned sonic bristle action for the most complete home tooth cleaning system you will find. The sonic bristles create bubbles that pulsate at an exact ultrasonic frequency for optimal plaque removal. 95% of hard-to-reach plaque is removed within the first minute of brushing. The Ultreo has also been clinically proven to remove stains at the gumline after 14 days of use. Set includes one ultrasound brush head, ultra-compact charging base, waveguide protector, travel caddy, owner's manual, and 2-year warranty.

19599J Ultreo Ultrasound Toothbrush (1¼" dia. x 9½"H) **$169**




*Sonic bristles create bubbles that pulsate at an exact ultrasonic frequency for optimal plaque removal*



**F.**



**E.**

FOG-FREE SHOWER MIRROR GIVES YOU A CLOSE-UP IMAGE.

**E.** Features LED light and razor holder for easy shaving, plus LED clock. Mounts with cord, door clip, or suction hooks, included. Requires three AA batteries, not included. A Frontgate exclusive.

13357J Shower Mirror with Clock (9"W x 2"D x 11"H) **$59.50**

## $99.50 FOR OUR FINEST TEAK SHOWER SEAT THAT THRIVES IN WATER.

**F.** **DESIGN.** Built to withstand rust, mildew, and a steamy shower, this smooth, expansive stool is stable on four powdercoated aluminum legs. One leg has a height adjustment to accommodate sloped floors. Nonslip rubberized feet. Plantation-grown teak ages to a silvery gray.

12592J Corner Shower Seat (22"W x 16"D x 16½"H, 8 lbs.) **$99.50**

## PROFESSIONAL JEWELRY CLEANING SYSTEM.

**G. New** Your jewelry deserves the same pampering you give yourself with this heated cleaning bath. It's safe for all stones: Either soak in a specially formulated cleanser to remove dirt and grime (for soft stones) or with the press of a button, use an effervescent electro-chemical cleaning process that uses a patented 6V DC current to bubble away dirt. Finish off with a pressurized moist steam cleaning rinse for perfectly clean and shining results. Comes with cleaning powder, measuring spoon, tweezers, strainer, and polishing cloth.

27182J Professional Jewelry Cleaning System (9"W x 7¾"D x 12"H) **$129**

**G.**



*Finish off with a pressurized moist steam cleaning rinse*