# Exhibit P
# (To be Filed Under Seal)