# Exhibit Q

| Books, Music & Movies | Consumer Electronics | Food & Household | Clothing & Jewelry |
|---|---|---|---|
| Books | Audio, TV & Home Theater | Gourmet Food | Apparel & Accessories |
| DVD | Camera & Photo | Grocery | Jewelry & Watches |
| Music | Cell Phones & Service | Pet Supplies | Shoes |
| Magazines & Newspapers | Musical Instruments | Home & Garden | Health & Beauty |
| Amazon Shorts | All Electronics | Bedding & Bath | Beauty |
| Textbooks | Computer & Office | Fresh Flowers & Plants | Health & Personal Care |
| MP3 Downloads | Computers & Add-Ons | Furniture & Décor | Kids & Baby |
| Unbox Movie & TV Downloads | Office Products | Home Improvement | Apparel (Kids & Baby) |
| VHS | Software | Kitchen & Dining | Baby |
| Toys & Video Games | Tools & Automotive | Patio & Garden | Sports & Fitness |
| Toys & Games | Automotive | Vacuums & Storage | Exercise & Fitness |
| Video Games | Industrial & Scientific | | Sports & Outdoors |
| | Lawn & Garden Equipment | | |
| | Power & Hand Tools | | |

Bargains: Gold Box,Today's Deals,Outlet
Gifts & Lists: Wish List,Gift Ideas,Wedding Registry,Baby Registry,Free e-Cards,Your Media Library
Amazon Exclusive: Amazon Daily,Amazon Podcasts,E-mail Subscriptions,Your Profile
Sell With Amazon: Advantage,Associates,Sell Your Stuff,WebStore by Amazon
Buy With Amazon: Corporate Accounts,International Direct,Auctions,Paid Placements
For Developers: Amazon Web Services
Partner Services: Broadband Services,Financial Services,Photo Services,Travel Services

amazon.com | Your Amazon.com | Health & Personal Care | See all 42 Product Categories | Your Account | Cart | Your Lists | Help |

| Browse Products | Top Sellers | health care | personal care | shaving & hair removal | nutrition & fitness | sales & special offers |
|---|---|---|---|---|---|---|



S
e
ar ☒ Health & Personal Care
c
h

Amazon.com Gift Certificates
Redeemable for millions of items, Amazon.com gift certificates are the perfect gift for friends and family, as well as employees and clients.

> Gift Certificates
  - E-mail
  - E-card
  - Mail
> Corporate Gift Certificates
  - Electronic claim codes
  - Mail



Wish List
Gift Idea List
Shopping List
Wedding Registry
Baby Registry

**Price: $169.99**
In Stock
Ships from and sold by
**TeethNThings by Vantage Dental**
Quantity: ☒ 1


or
Sign in to turn on 1-Click ordering.

[Add to Wish List]
[Add to Wish List | ▼]
[Add to Wish List | ▼]
[Add to Shopping List]     Se
[Add to Wedding Registry]
[Add to Baby Registry]
[Tell a friend]

Share your own cus

**Ultreo - The Ultrasound Toothbrush -PREMIUM MODEL ONLY AVAILABLE THROUGH DENTAL OFFICES In Stock NOW**
Other products by Ultreo

★★★★★ ☑(3 customer reviews)

**3 Reviews**

| | |
|---|---|
| 5 star: | (3) |
| 4 star: | (0) |
| 3 star: | (0) |
| 2 star: | (0) |
| 1 star: | (0) |

▶ **See all 3 customer reviews...**

Price: $169.99

**Availability:** In Stock. Ships from and sold by **TeethNThings by Vantage Dental**.

‹ **Return to Product Overview**

**Customer Reviews**
Average Customer Review: ★★★★★
Number of Reviews: 3
**Create an online review** and share your thoughts with other customers.

Search Customer Reviews 

Show:  ☒ Newest First  

1-3 of 3

1 of 1 people found the following review helpful:
★★★★★ **A good electric toothbrush**, September 19, 2007

By   **A. Fischer** (Sunnyvale, CA) - See all my reviews
     REAL NAME™

I've had my Sonicare Elite for years, and when it was starting to fritz out I saw the ads for this toothbrush, so I jumped right in. It takes some getting used to. The brush head is much larger than that of the Sonicare Elite. There is a rubber ultrasonic thing in the middle surrounded by bristles. The instructions say to keep the bristles on your teeth as much as possible. I found it kind of difficult to get used to where to 'aim' the bristles. It seemed like the rubber doohicky was the only thing touching my teeth. After a few weeks it became easier and now it's no big deal. It also recommends brushing your lower teeth first, as the technology apparently needs liquid to perform well, and brushing your lower teeth first helps create a little pool (ick) of liquid.

It has the quadrant reminder so you can brush for 30 seconds each part of your mouth. That's the fun part, the little buzzer is actually a cute little ditty! Silly but a fun feature.

My teeth feel really clean after using this brush, particularly when I pay close attention to spending a second or two on each tooth. If I am lazy and just brush without paying attention, I feel like my teeth are about the same

as with my Sonicare.

Lastly, I have super sensitive gums due to a receding gumline...I've had gum surgery which helped but didn't completely correct it. As a result some toothbrushes actually hurt - the Oral B felt like it was taking a layer off both my teeth and gums and left them aching all day. No pain, no sensitivity with the Ultreo! Overall, it's a good electric toothbrush. I don't think it's all that groundbreaking, but I like it.

Comment | Was this review helpful to you?

1 of 1 people found the following review helpful:
★★★★★ **New Technology**, September 4, 2007

By    **Harry Ploss "harry37p"** - See all my reviews
      REAL NAME™

I have been using Electric tooth brushes for 22 years, and try every new one on market. This one cleans your teeth, and gums without touching them. Your teeth feel clean and your gums get over soreness, from plaque and irritation from brushes. The 'ultrasonic waveguide' does most of the work, and not the small brushes on the head. It is supposed to even whiten your teeth more effectively than other brushes. It is an improvement over Sonicare Elite on Gum care. The round OralB brushes are mostly effective on polishing teeth rather than good gum care.

Comment | Was this review helpful to you?

7 of 7 people found the following review helpful:
★★★★★ **Excellent Toothbrush**, July 25, 2007

By    **A. Kissell** (Bend , Oregon) - See all my reviews
      REAL NAME™

I've been using electric toothbrushes for several years and tried the Ultreo on advice of my dentist because I tend to have a lot of plaque buildup It takes a little getting used to, but it is the best toothbrush I've ever used - it really gets rid of the plaque.

Comment | Was this review helpful to you?

1-3 of 3
‹ Return to Product Overview

## Feedback

▸If you need help or have a question for Customer Service, **contact us**.

▸Is there any other feedback you would like to provide? **Click here**

Your comments can help make our site better for everyone. Please note that we are unable to respond directly

to all feedback submitted via this form, but we'll ask you to sign in so we can contact you if needed.

Submit

## Feedback

**Thanks for your feedback.**
We appreciate your effort to make our site better. Please note that we are unable to respond directly to all submissions made via this form.

**Expiration Dates:** Amazon.com strives to provide the freshest product. If you are not satisfied with the dating on a product you receive from Amazon.com, please refer to Amazon.com's returns policy for this product line.

**Disclaimer:** While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

| TeethNThings by Vantage Dental Privacy Statement | TeethNThings by Vantage Dental Shipping Information | TeethNThings by Vantage Dental Returns & Exchanges |

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password? Click here.
- Redeem or buy a gift certificate/card.
- Visit our Help department.

**Search** ☒ Amazon.com 

| Your Recent History Learn more | |
|---|---|
| **Recently Viewed Products** | **Customers who bought items in your Recent History also bought:** |
| Ultreo Replacement Head - single pack by Ultreo | |
| ▸**View & edit Your Browsing History** | |

**amazon.com®**   Amazon.com Home  |  Directory of All Stores

International Sites:  Canada  |  United Kingdom  |  Germany  |  Japan  |  France  |  China

Help  |  View Cart  |  Your Account  |  Sell Items  |  1-Click Settings

Investor Relations  |  Press Release  |  Careers at Amazon  |  Join Associates  |  Join Advantage  |  Join Honor System  |  Advertise With Us

Conditions of Use | Privacy Notice © 1996-2007, Amazon.com, Inc. or its affiliates