# Exhibit R

Case 1:07-cv-08379-RJS    Document 20-19    Filed 10/26/2007    Page 1 of 2



Powered by
**Business Wire**

Search Results for Google


Print this Release



September 27, 2007 09:54 PM Eastern Daylight Time

## COMPANY STATEMENT: Ultreo, Inc. Responds to Procter & Gamble Complaint

SEATTLE--(BUSINESS WIRE)--We deny the claims made by Procter & Gamble regarding the way we market our patented ultrasound technology. Ultreo's effectiveness is supported by strong scientific evidence including a variety of human clinical studies. The product is enjoying a groundswell of excitement from consumers and dental professionals alike. In a recent study, eight out of 10 consumers who used Ultreo said they would switch to Ultreo from their current power toothbrush. While we prefer to compete in the marketplace, we are prepared for a vigorous legal response to P&G's complaint.

### About Ultreo, Inc.

Ultreo is the most innovative power toothbrush on the market providing consumers with the most advanced technology available for improving and maintaining their oral health on a daily basis at home. Ultreo is a scientifically based product developed at the University of Washington in association with former executives, scientists and engineers of Optiva Corporation, the developers of the Sonicare® toothbrush. Ultreo, Inc. has been awarded three research grants from the Washington Technology Center and two research grants from the National Institutes of Health.

Ultreo is headquartered in Redmond, Wash. Please visit www.ultreo.com or call 1-877-4-ULTREO (485-8736) for more information.

Ultreo is a trademark of Ultreo, Inc.

Sonicare® is a registered trademark of Philips Oral Healthcare, Inc.

**Contacts**

**Media Contact:**
Ultreo, Inc.
Director of Marketing
Sharen Ross, 425-250-1728
sharen@ultreo.com

Sharing ⓘ     Digg   del.icio.us   Newsvine   Reddit

Print this Release

Terms of Use  |  © Business Wire 2007