# Exhibit A, Part 1

# Consumer Perception of Ultreo Advertising Claims

**Submitted To:**

**Procter & Gamble**

**October, 2007**

$D^2$ **Research**
176 Mill Pond Way
Hendersonville, NC
(828) 693-9134

**#71-7-07**

## TABLE OF CONTENTS

|  | Page |
|---|---|
| STATEMENT OF RESPONSIBILITY | 1 |
| INTRODUCTION | 1 |
| CONCLUSIONS | 9 |
| SUMMARY OF FINDINGS | 11 |
| EXPERT QUALIFICATIONS | |
| COMPUTER TABLES | |
| RESPONDENT VERBATIMS | |
| SURVEY QUESTIONNAIRE AS IT APPEARED ON-SCREEN | |

## STATEMENT OF RESPONSIBILITY

I, Thomas D. Dupont, Ph.D., designed and supervised the conduct of the survey described herein. All statements of findings and conclusions are my own. It is my opinion that my survey meets or exceeds the survey standards set forth in the Manual for Complex Litigation, Fourth, i.e.,

    (a) The population was properly chosen and defined.

    (b) The sample chosen was representative of that population.

    (c) The questions asked were clear and not leading.

    (d) The data gathered were accurately reported.

    (e) The data were analyzed in accordance with accepted statistical principles.

    (f) The survey was conducted by qualified persons following proper interview procedures.

    (g) The process was conducted so as to ensure objectivity.

My findings and conclusions are set forth on the pages which follow.

My qualifications, including publications in the past ten years and testimony in the past four years are appended in the section entitled "Expert Qualifications."

Dated this 8th day of October, 2007

_Thmas O Dupont_

Thomas D. Dupont, Ph.D.

# INTRODUCTION

## A.  Objective

The purpose of the survey was to measure consumer perceptions of Ultreo advertising claims, specifically, what consumers believe Ultreo's ultrasound does, and whether or not the claim that Ultreo gives a "long lasting feeling of clean" is perceived to mean that one's teeth are actually cleaned by the ultrasound.

## B.  Survey Method

### 1.  Overview

The survey was conducted among 265 men and women age 18 and over who either use a power toothbrush or express interest in buying one in the next year or so.

Survey data collection was the responsibility of Harris Interactive (HI), operators of the famous Harris Poll and its modern-day counterpart, the Harris Poll Online Panel (HPOL).  The HPOL is a panel of over four million U. S. consumers who have agreed to participate in surveys in exchange for points that are redeemable for merchandise. HPOL surveys, including this one, are conducted by selecting a sample from the panel and sending each such panelist an email invitation that includes a link to the survey that the panelist can click to access the survey.  In this survey, U. S. panelists age 18 and over were invited to participate in a survey about "oral care."  When the respondent accessed the survey, he or she was taken through a screening procedure that verified age, residence and use of or interest in buying a power toothbrush. Those respondents who qualified proceeded to the substantive portion of the survey, during which they were shown Ultreo advertising drawn from Ultreo's website.  Specifically, they were shown four "screens" of information, each screen being part of a page on Ultreo's website.[1]  The four screens shown to respondents follow on the next two pages.

---

[1]  All information shown was drawn from two screens on Ultreo's website, the home page and the page accessed when one clicks "learn more."  Those two pages are very long, so that the viewer has to scroll down to see the entire page.  Therefore, in order to present the information on those two pages without shrinking them so much that the type was unreadable, the information on those two website pages was spread over four screens in the survey.



## Welcome to the ultimate ultrasound clean.

> Meet Ultreo



The Difference is Ultrasound

Ultreo takes power brushing where it's never gone before. Invented at the University of Washington in association with former scientists, engineers and executives of Optiva Corporation (original developers of the Sonicare® toothbrush), Ultreo is the first power toothbrush to combine ultrasound waveguide technology with precisely tuned sonic bristle action. Ultreo's bristles create microbubbles that are powerfully activated by nearly 4 million cycles of ultrasound energy per brushing channeled by a proprietary ultrasound waveguide. The result is an incredible long-lasting feeling of clean Learn More



## Ultreo Features



**Sonic Bristles With Power Tip**
Sonic action bristles with power tip creates microbubbles and cleans away plaque upon contact.



**Ultrasound Waveguide**
Channels ultrasound energy into the bubbles.



**Auto Shut-Off Timer**
Automatically shuts off after the dental professional-recommended 2 minutes of brushing time.



**Brushing Interval Signal**
Signals every 30 seconds to help you clean all areas of your mouth equally.



**Programmable Brush Head Replacement Indicator**
When it's time to change your brush head, the word "REPLACE" will illuminate. Programmable for 1 or 2 users per handle.



**Battery Charge Status Indicator**
Tells you the level of charge on the battery. With a full charge, you can use Ultreo for up to 28 brushings without additional charging.

## How Ultreo Works



Ultreo is the first power toothbrush to combine ultrasound waveguide technology with precisely tuned sonic bristle action. Ultreo's bristles create microbubbles that are powerfully activated by nearly 4 million cycles of ultrasound energy per brushing channeled by a proprietary ultrasound waveguide.

## Ultreo Benefits

**A Deep Clean**
Ultreo's combination of ultrasound waveguide technology and sonic bristle action can remove hard-to-reach plaque for an incredibly deep feeling of clean.

**A Faster Clean**
Ultreo has been clinically proven to remove up to 95% of plaque from hard-to-reach areas in the first minute of brushing.

**Naturally Whiter Teeth**
Ultreo has been clinically proven to remove surface stains for naturally whiter teeth in just 14 days.

**Improved Gum Health**
Ultreo has been clinically proven to reduce gingivitis in just 30 days.

**A Safe and Gentle Clean**
Ultreo is shown to be safe and gentle for everyday use on gums, natural tooth surfaces and dental work.

**A Brushing Experience People Love**
8 out of 10 people who used Ultreo in a recent study would switch to Ultreo from their current power toothbrush. And of those who expressed a preference, 8 out of 10 thought the overall cleaning provided by Ultreo was better compared to the power toothbrush they normally use.

## 2.  Survey Questions

After exposure to the stimuli they were questioned about what the advertising com-
municated, using increasingly specific open-ended questions, preceded by filter
questions to filter out respondents who got no message.  The specific questions
asked were as follows (see appended "screen shots" which replicate what the re-
spondent actually saw on his or her computer screen).

8. In this survey we're going to show you some advertising for a power toothbrush.  There will
be a total of four screens.  When you click the forward arrow button you'll see the first
screen.  Please read it before going on to the following screen.  Depending on the size of
your computer screen you might have to scroll down to see all of the text and/or the arrow
button.

**[RESPONDENT VIEWS FOUR SCREENS.  AFTER FIRST CREEN IS VIEWED, RESPON-
DENT CANNOT GO BACK TO ANY PREVIOUS SCREEN]**

9. Now we have some questions about what you saw.  For all questions, please give your opin-
ion if you have one, but if you don't know or have no opinion, that's perfectly ok.

10. In the box below, please describe how the Ultreo toothbrush works.  Please be as specific
as you can and include details.

[MANDATORY TEXT BOX]

11. Based on what you just saw, do you think the Ultreo toothbrush is different from other
power toothbrushes, or not?

Yes
No
Don't know

| IF YES ASK Q. 12; IF NO/DK, SKIP TO Q. 13 |
| --- |

12. In what way is Ultreo different?  Please be as specific as you can and include details.

[MANDATORY TEXT BOX]

13. In what you read, do you recall them mentioning that Ultreo uses ultrasound technology?

Yes
No
Don't know

| IF YES ASK Q. 14; IF NO/DK, SKIP TO Q. 17 |
| --- |

14. What does the ultrasound do?  Please be as specific as you can and include details.

[MANDATORY TEXT BOX]

- 5 -

15.  Based on what you read, does the ultrasound provide any benefit to the user, or not?

Yes
No
Don't know

| |
|---|
| IF YES ASK Q. 16; IF NO/DK, SKIP TO Q. 17 |

16.  What is the benefit of the ultrasound?  Please be as specific as you can and include details.

[MANDATORY TEXT BOX]

17.  In what you read, do you recall them saying that Ultreo provides a deep feeling of clean?

Yes
No
Don't know

| |
|---|
| IF YES ASK Q. 18; IF NO/DK, SKIP TO Q. 20 |

18.  Based on what you read, is there any benefit to the user of having a deep feeling of clean?"

Yes
No
Don't know

| |
|---|
| IF YES ASK Q. 19; IF NO/DK, SKIP TO Q. 20 |

19.  What is the benefit of having a deep feeling of clean?  Please be as specific as you can and include details.

[MANDATORY TEXT BOX]

20.  How would you rate the advertising in terms of its ability to make you interested in buying an Ultreo toothbrush?

It made me very interested in buying one
It made me somewhat interested in buying one
It had no impact on my interest in buying one
It made me somewhat less interested in buying one
It made me very less interested in buying one

21.  In what you read, do you recall them saying how much an Ultreo toothbrush costs?

Yes
No
Don't know

| |
|---|
| IF YES ASK Q. 22; IF NO/DK, SKIP TO Q. 23 |

22.  How much did they say Ultreo costs?

[MANDATORY TEXT BOX]

### 3.  Details Of Survey Execution

The survey was conducted by drawing a sample from the HPOL panel of U.S. resi-
dents age 18 or older.  The sample was balanced to be representative of that uni-
verse in terms of age, gender and census region.  Each respondent received a
unique email invitation to participate in the survey, coded with his or her HPOL identi-
fication number.  When the respondent logged onto the survey, he or she was asked
screening questions to determine whether he or she qualified for the survey, and if
the respondent did qualify, he or she proceeded to the substantive questions.  The
survey also asked verification questions (gender and year of birth) which were
checked against the respondent's profile in the HPOL database.  Any respondent
whose answers did not match the profile was eliminated, thus providing validation
that the designated panelist was the one answering the questions.[2]

Interviewing was conducted September 28 – October 2, 2007.  A total of 265 respon-
dents were interviewed.  A quality control check prior to tabulation revealed 10 re-
spondents who did not answer any of the open-ended questions, and so possibly did
not see the stimuli.  These respondents were eliminated, leaving 255 respondents as
the base for tabulation.

### C.    Controls

The survey employed control questions, questions 21 & 22 shown on page 6 above,
to measure the tendency of respondents to attribute messages to the advertising just
because questions were asked about those potential messages.  Attribution of non-
existent messages to the advertising would be survey "noise," which needs to be ex-

---

[2]  This is a different verification procedure than used in surveys involving interviewers, such as mall
intercept surveys.  In those surveys the purpose of verification is to verify that the interviewer actu-
ally conducted the survey (i.e., did not just make it up), and verification is accomplished by calling
back some or all of the respondents.  In an Internet survey there is no interviewer, so there is no
possibility that the data was falsified.  However, it is theoretically possible that someone other than
the designated panelist could complete the survey, and that is what the verification procedure used
in these surveys was intended to guard against.

tracted from the survey.  The advertising made no mention of how much Ultreo costs, so the control questions asked whether the advertising said how much Ultreo costs, and if so, how much.  As will be reported subsequently, only two survey respondents said that the advertising mentioned how much Ultreo costs, so there apparently is very little noise in this survey.

## CONCLUSIONS

This survey, conducted among current and potential users of power toothbrushes exposed to advertising for the Ultreo power toothbrush, and employing properly filtered and non-leading open-ended questions, clearly indicates that consumers understand that Ultreo uses ultrasound technology, and further, that consumers believe that the ultrasound itself, or the bubbles activated by the ultrasound, are themselves alone able to clean one's teeth. Many consumers perceived that the ultrasound itself would clean their teeth better than without ultrasound. The specific findings supporting the above conclusion are:

- ◆ Ninety-three percent of consumers exposed to the advertising understood that Ultreo uses ultrasound, and 75% believed there was a user benefit attributable to the ultrasound. (See tables 4 & 6, pages 15 & 17).

- ◆ Eighty-three percent of respondents exposed to the advertising perceived that the ultrasound alone, or the ultrasound in combination with brushing, cleaned the teeth or cleaned the teeth better than without ultrasound. The vast majority of respondents (72%) believed that the ultrasound <u>alone</u> cleaned the teeth or cleaned better. (See table 9, page 22).

- ◆ Nearly half the consumers exposed to the advertising (48%) thought that the ultrasound alone cleaned the teeth better than without ultrasound. (See table 9, page 22).

- ◆ Many respondents were very specific in stating that they thought the ultrasound would remove plaque, stains and/or tartar. Twenty-eight percent made non-comparative statements about the ultrasound removing plaque, stains and/or tartar, and 12% said the ultrasound would remove plaque, stains, and/or tartar better than without ultrasound. The total percentage of respondents making such statements (either comparative or non-comparative) was 37%. (See table 9, page 22).

The advertising said that Ultreo provides "an incredibly deep feeling of clean." Eighty-five percent of respondents recalled that claim, and 64% thought there was a benefit to the user associated with a deep feeling of clean. (See tables 10 & 11, page 25). A substantial proportion of all survey respondents (34%) saw a therapeutic benefit associated with a deep feeling of clean, either that the teeth would be clean or cleaner or that one would have good or better general oral health. In other words, it is more than just a <u>feeling</u> of clean – the teeth really are clean. (See Table 12, page 26).

- 9 -

The advertising materially affected consumer perceptions of Ultreo.  After seeing the advertising 86% of respondents said they were very or somewhat interested in buying an Ultreo toothbrush.  (See Table 13, page 27).

# SUMMARY OF FINDINGS

## A. How Ultreo Works

The first substantive question asked:

> In the box below, please describe how the Ultreo toothbrush works  Please be as spe-
> cific as you can and include details.

As shown in Table 1, following, 43% of the respondents described what Ultreo's <u>ul-
trasound</u> (or the bubbles or sonic waves) does to the teeth or mouth, in terms of
cleaning the teeth, removing plaque, whitening, etc.  Included in that were 6% who
said that the ultrasound cleans better, and another 11% who said that the combina-
tion of brushing and ultrasound cleans better.  It is clear from these responses that at
least 43% of respondents think the ultrasound itself cleans the teeth.

The next largest group of respondents (36%) described how the ultrasound makes
bubbles, or talked about the combination of ultrasound and brushing, without saying
what effect the ultrasound or brushing had on the teeth.

Seven percent of respondents talked about what <u>Ultreo</u> does, without identifying
whether or not they were talking about the ultrasound aspect of Ultreo.

**Table 1**

**How Ultreo Works**

|  | TOTAL % |
|---|---|
| Ultrasound/bubbles clean teeth/clean better (Net) | 43 |
|     Ultrasound/bubbles clean teeth (non-comparative) (subnet) | 27 |
|         Ultrasound/bubbles/sonic vibrations clean teeth/clean thoroughly & effectively/removes food particles | 18 |
|         Ultrasound/bubbles/sonic vibrations remove plaque/tartar/stains (sub-subnet) | 7 |
|             Ultrasound/bubbles/sonic vibrations reduce/clean/remove plaque | 6 |
|             Ultrasound/bubbles/sonic vibrations whiten/remove stains | 2 |
|             Ultrasound/bubbles/sonic vibrations remove tartar | * |
|         Bubbles get to every crevice/hard to reach areas | 3 |
|         Ultrasound/bubbles/sonic vibrations minimizes/reduces gingivitis/keeps gums healthy | 1 |
|         Ultrasound/bubbles/sonic vibrations cleans/stimulates gums | 1 |
|         Ultrasound/bubbles/sonic vibrations improves/intensifies brushing | 1 |
|         Ultrasound gives long feeling of clean | * |
|     Ultrasound/bubbles clean teeth better (subnet) | 6 |
|         Ultrasound/bubbles/sonic vibrations give better/deeper cleaning | 6 |
|         Ultrasound/bubbles/sonic vibrations clean faster | * |
|         Ultrasound/bubbles/sonic vibrations remove plaque/tartar/stains better (sub-subnet) | 1 |
|             Ultrasound/bubbles/sonic vibrations remove plaque better | * |
|             Ultrasound/bubbles/sonic vibrations whiten teeth/remove stains better | * |
|     Combination of ultrasound and brushing cleans teeth/cleans better (subnet) | 11 |
|         Combination cleans teeth/clean thoroughly & effectively | 7 |
|         Combination removes plaque | 3 |
|         Combination gives better cleaning | 2 |
|         Combination reduces/minimizes gingivitis/gum disease | 1 |
| Uses ultrasound/bubbles (Net) | 36 |
|     Uses ultrasound/makes ultrasound waves/ultrasound creates bubbles/uses bubbles | 22 |
|     Combines ultrasound with brushing | 12 |
|     Brush vibrates | 1 |
|     Combines vibrations and sonic waves | * |
| Ultreo cleans/removes plaque (Net) | 7 |
|     Cleans teeth/cleans deep down | 4 |
|     Whitens teeth/removes stains | 2 |
|     Minimizes/reduces gingivitis/keeps gums healthier | 2 |
|     Cleans teeth better/does a better job | 1 |
|     Removes plaque/removes in hard to reach places | 1 |
| All mentions of Ultreo features (timer, battery, charge length, etc.) | 16 |
| All other (Net) | 11 |
|     Looks good | 3 |
|     Brushing/rotating brush cleans/cleans between teeth | 2 |
|     Invented at U. Washington/By Sonicare people | 1 |
|     New | 1 |
|     No harm to gums/dental work | * |
|     All other | 4 |
| Don't know | 2 |
| BASE | 255 |

* Less than .5%

- 12 -

## B. How Ultreo Differs From Other Power Toothbrushes

In order to probe further perceptions of what the Ultreo toothbrush does, respondents were asked:

> Based on what you just saw, do you think the Ultreo toothbrush is different from other power toothbrushes, or not?
>
> (IF DIFFERENT) In what way is Ultreo different? Please be as specific as you can and include details.

As shown in Table 2, following, 78% of respondents thought Ultreo was different from other power toothbrushes.

### Table 2

### Do You Think The Ultreo Toothbrush Is
### Different From Other Power Toothbrushes, Or Not?

|  | TOTAL % |
|---|---|
| Yes | 78 |
| No | 10 |
| Don't Know | 12 |
| **BASE** | **255** |

The 78% who thought Ulreo was different were asked in what way it is different, and the responses are shown in Table 3.

Most respondents asked the question (45%) talked about the ultrasound and/or the bubbles and did not say what the ultrasound or the bubbles do. Another substantial group of respondents (18%) talked about Ultreo's special features, including the timer, battery charge indicator, etc.

- 13 -

**Table 3**

**In What Way Is Ultreo Different From Other Power Toothbrushes?**

**(Asked Only Of The 78% Who Thought Ultreo Was Different)**

|  | TOTAL<br>% |
|---|---|
| <u>Uses ultrasound/bubbles (Net)</u> | <u>45</u> |
| Uses ultrasound/makes ultrasound waves/ultrasound creates bubbles/uses bubbles | 39 |
| Combines ultrasound with brushing | 6 |
| Brush vibrates | * |
| All mentions of Ultreo features (timer, battery, charge length, etc.) | 18 |
| <u>Ultreo cleans/removes plaque (Net)</u> | <u>8</u> |
| Cleans teeth better/does a better job | 6 |
| Whitens teeth/removes stains | 3 |
| Minimizes/reduces gingivitis/keeps gums healthier | 2 |
| Cleans teeth/cleans deep down | 1 |
| Cleans fast | 1 |
| Removes plaque/removes in hard to reach places | 1 |
| <u>Ultrasound/bubbles clean teeth/clean better (Net)</u> | <u>6</u> |
| <u>Ultrasound/bubbles clean teeth (non-comparative) (subnet)</u> | <u>4</u> |
| Ultrasound/bubbles/sonic vibrations clean teeth/clean thoroughly & effectively/removes food particles | 2 |
| Ultrasound/bubbles/sonic vibrations reduce/clean/remove plaque | 1 |
| Bubbles get to every crevice/hard to reach areas | * |
| Ultrasound/bubbles/sonic vibrations clean fast | * |
| <u>Ultrasound/bubbles clean teeth better (subnet)</u> | <u>1</u> |
| Ultrasound/bubbles/sonic vibrations give better/deeper cleaning | 1 |
| <u>Combination of ultrasound and brushing cleans teeth/cleans better (subnet)</u> | <u>1</u> |
| Combination cleans teeth/clean thoroughly & effectively | 1 |
| Combination gives better cleaning | * |
| <u>All other (Net)</u> | <u>11</u> |
| More high tech | 4 |
| Looks good | 2 |
| Brushing/rotating brush cleans/cleans between teeth | 1 |
| More powerful | 1 |
| Better (NFI) | 1 |
| New | * |
| All other | 3 |
| Don't know | 1 |
| Not asked – did not say Ultreo was different | 22 |
| **BASE** | **255** |

* Less than .5%

- 14 -

## C. What The Ultrasound Does

To probe more specifically what consumers understand the function of the ultrasound to be, respondents were asked

> In what you read, do you recall them mentioning that Ultreo uses ultrasound technology?
>
> (IF YES) What does the ultrasound do?  Please be as specific as you can and include details.

As shown in Table 4, 93% of respondents recalled that Ultreo uses ultrasound. Those respondents were asked the follow-up question, asking what the ultrasound does.

### Table 4

### Do You Recall Them mentioning That Ultreo Uses Ultrasound Technology?

|  | TOTAL %|
|---|---|
| Yes | 93 |
| No | 5 |
| Don't Know | 2 |
| **BASE** | **255** |

As shown in Table 5, 53% of respondents played back messages having to do with the ultrasound and/or the bubbles cleaning the teeth.  The bulk of these were non-comparative statements (44%), e.g., cleans the teeth, removes plaque, whitens, etc. There were, in addition, 11% who replied that the ultrasound does those things better.  Most of the remaining respondents (20%) talked about how the ultrasound forms microbubbles and related issues, without saying what effect, if any, the ultrasound and/or the bubbles have on the teeth.

- 15 -

**Table 5**

**What Does The Ultrasound Do?**

**(Asked Only Of The 93% Who Recalled The Mention Of Ultrasound)**

|  | TOTAL |
|---|---|
|  | % |
| Ultrasound/bubbles clean teeth/clean better (Net) | 53 |
|   Ultrasound/bubbles clean teeth (non-comparative) (subnet) | 44 |
|     Ultrasound/bubbles/sonic vibrations clean teeth/clean thoroughly & effectively/removes food particles | 23 |
|     Ultrasound/bubbles/sonic vibrations remove plaque/tartar/stains (sub-subnet) | 20 |
|       Ultrasound/bubbles/sonic vibrations reduce/clean/remove plaque | 16 |
|       Ultrasound/bubbles/sonic vibrations whiten/remove stains | 3 |
|       Ultrasound/bubbles/sonic vibrations remove tartar | 1 |
|     Bubbles get to every crevice/hard to reach areas | 2 |
|     Ultrasound/bubbles/sonic vibrations cleans/stimulates gums | 2 |
|     Ultrasound/bubbles/sonic vibrations improves/intensifies brushing | 2 |
|     Ultrasound/bubbles/sonic vibrations clean fast | * |
|   Ultrasound/bubbles clean teeth better (subnet) | 11 |
|     Ultrasound/bubbles/sonic vibrations give better/deeper cleaning | 9 |
|     Ultrasound/bubbles/sonic vibrations remove plaque better | 1 |
|     Ultrasound/bubbles/sonic vibrations prevents gingivitis better/keeps teeth/gums healthier | 1 |
|     Ultrasound/bubbles/sonic vibrations clean faster | * |
|   Combination of ultrasound and brushing cleans teeth/cleans better (subnet) | * |
|     Combination gives better cleaning | * |
| Uses ultrasound/bubbles (Net) | 20 |
|   Uses ultrasound/makes ultrasound waves/ultrasound creates bubbles/uses bubbles | 17 |
|   Brush vibrates | 2 |
| All other (Net) | 7 |
|   All other | 7 |
|   Brushing/rotating brush cleans/cleans between teeth | * |
| Don't know | 12 |
| Not asked – did not recall mention of ultrasound | 7 |
| **BASE** | **255** |

* Less than .5%

- 16 -

To probe this issue further, respondents were asked:

> Based on what you read, does the ultrasound provide any benefit to the user, or not?
>
> (IF YES) What is the benefit of the ultrasound?  Please be as specific as you can and in-clude details.

As shown in Table 6, 75% of all respondents said that the ultrasound did have a benefit to the user, and those respondents were asked the follow-up question asking what the benefit is.

### Table 6

### Does the Ultrasound Provide
### Any Benefit To The User, Or Not?

**(Asked Only Of The 93% Who Recalled Mention Of Ultrasound)**

|  | TOTAL % |
|---|---|
| Yes | 75 |
| No | 4 |
| Don't Know | 14 |
| Not asked | 7 |
| **BASE** | **255** |

As shown in Table 7, the vast majority of respondents asked the question (60% of all respondents in the survey replied that the benefit to the user of the ultrasound is that it cleans one's teeth (24%) or cleans one's teeth better (43%).[3]  Much of the "better cleaning" perception was attributable to a belief that the ultrasound-formed bubbles penetrate deep down between the teeth.  (See appended verbatim responses for ex-amples).

---

[3]  Some respondents gave both comparative and non-comparative responses, for example, that the ultrasound cleans the teeth better (comparative) and that it prevents gingivitis (non-comparative).

- 17 -

**Table 7**

**What Is The Benefit Of The Ultrasound**

**(Asked Only Of The 75% Who Said There Was A Benefit)**

| | TOTAL % |
|---|---|
| Ultrasound/bubbles clean teeth/clean better (Net) | 60 |
|    Ultrasound/bubbles clean teeth better (subnet) | 43 |
|       Ultrasound/bubbles/sonic vibrations give better/deeper cleaning | 34 |
|       Ultrasound/bubbles/sonic vibrations remove plaque/tartar/stains (sub-subnet) | 12 |
|          Ultrasound/bubbles/sonic vibrations remove plaque better | 7 |
|          Ultrasound/bubbles/sonic vibrations whiten teeth/remove stains better | 6 |
|          Ultrasound/bubbles/sonic vibrations remove tartar better | * |
|       Ultrasound/bubbles/sonic vibrations clean faster | 3 |
|       Ultrasound/bubbles/sonic vibrations prevents gingivitis better/keeps teeth/gums healthier | 3 |
|    Ultrasound/bubbles clean teeth (non-comparative) (subnet) | 24 |
|       Ultrasound/bubbles/sonic vibrations remove plaque/tartar/stains better (sub-subnet) | 12 |
|          Ultrasound/bubbles/sonic vibrations reduce/clean/remove plaque | 10 |
|          Ultrasound/bubbles/sonic vibrations whiten/remove stains | 4 |
|          Ultrasound/bubbles/sonic vibrations remove tartar | * |
|       Ultrasound/bubbles/sonic vibrations minimizes/reduces gingivitis/keeps gums healthy | 8 |
|       Ultrasound/bubbles/sonic vibrations clean teeth/clean thoroughly & effectively/removes food particles | 7 |
|       Bubbles get to every crevice/hard to reach areas | 3 |
|       Ultrasound/bubbles/sonic vibrations cleans/stimulates gums | 1 |
|       Ultrasound/bubbles/sonic vibrations improves/intensifies brushing | * |
| Uses ultrasound/bubbles (Net) | 2 |
|    Uses ultrasound/makes ultrasound waves/ultrasound creates bubbles/uses bubbles | 1 |
|    Combines ultrasound with brushing | 1 |
| All mentions of Ultreo features (timer, battery, charge length, etc.) | 2 |
| All other (Net) | 10 |
|    No harm to gums/dental work | 3 |
|    More high tech | 1 |
|    New | 1 |
|    More powerful | * |
|    Good product/seems effective | * |
|    All other | 5 |
| Don't know | 2 |
| Not asked – did not say there was benefit to ultrasound | 25 |
| **BASE** | **255** |

* Less than .5%

- 18 -

Table 8 presents a summation of the responses to the two questions asked about the ultrasound, what it does and what the benefit is of it.  Table 8 presents an undupli-cated count of responses (i.e., if a respondent said the same thing in both questions he is only counted once).

As shown in Table 8, 75% of respondents played back messages that Ultreo's ultra-sound cleans the teeth or cleans better.  There were 46% who said the ultrasound cleans better, and 53% who made non-comparative statements about how the ultra-sound cleans.  Some respondents made both kinds of statements, and since 75% said the ultrasound cleans or cleans better, and 46% said the ultrasound cleans bet-ter, the difference between 46% and 75% (29%) is the percentage who only made non-comparative statements about how the ultrasound cleans teeth, without also making a comparative statement.

As to what respondents thought the ultrasound was doing for the user, the 53% who made non-comparative statements about what the ultrasound did divided among 28% who said that it cleaned one's teeth or cleaned effectively, and 26% who said that it removed plaque, stains and/or tartar.  Among the 46% who said the ultrasound cleaned better, the bulk of respondents (38%) talked about how it cleaned the teeth better or cleaned more deeply.

**Table 8**

**What Does The Ultrasound Do/What Is The Benefit?**

**(Net Unduplicated Responses To Those Two Questions)**

| | TOTAL % |
|---|---|
| Ultrasound/bubbles clean teeth/clean better (Net) | 75 |
|     Ultrasound/bubbles clean teeth (non-comparative) (subnet) | 53 |
|       Ultrasound/bubbles/sonic vibrations clean teeth/clean thoroughly & effectively/removes food particles | 28 |
|       Ultrasound/bubbles/sonic vibrations remove plaque/tartar/stains (sub-subnet) | 26 |
|         Ultrasound/bubbles/sonic vibrations reduce/clean/remove plaque | 21 |
|         Ultrasound/bubbles/sonic vibrations whiten/remove stains | 6 |
|         Ultrasound/bubbles/sonic vibrations remove tartar | 2 |
|       Ultrasound/bubbles/sonic vibrations minimizes/reduces gingivitis/keeps gums healthy | 8 |
|       Bubbles get to every crevice/hard to reach areas | 5 |
|       Ultrasound/bubbles/sonic vibrations cleans/stimulates gums | 2 |
|       Ultrasound/bubbles/sonic vibrations improves/intensifies brushing | 2 |
|       Ultrasound/bubbles/sonic vibrations clean fast | * |
|     Ultrasound/bubbles clean teeth better (subnet) | 46 |
|       Ultrasound/bubbles/sonic vibrations give better/deeper cleaning | 38 |
|       Ultrasound/bubbles/sonic vibrations remove plaque/tartar/stains better (sub-subnet) | 12 |
|         Ultrasound/bubbles/sonic vibrations remove plaque better | 8 |
|         Ultrasound/bubbles/sonic vibrations whiten teeth/remove stains better | 6 |
|         Ultrasound/bubbles/sonic vibrations remove tartar better | * |
|       Ultrasound/bubbles/sonic vibrations clean faster | 4 |
|       Ultrasound/bubbles/sonic vibrations prevents gingivitis better/keeps teeth/gums healthier | 4 |
|     Combination of ultrasound and brushing cleans teeth/cleans better (subnet) | * |
|       Combination gives better cleaning | * |
| Uses ultrasound/bubbles (Net) | 21 |
|     Uses ultrasound/makes ultrasound waves/ultrasound creates bubbles/uses bubbles | 18 |
|     Brush vibrates | 2 |
|     Combines ultrasound with brushing | 1 |
| All mentions of Ultreo features (timer. Battery, charge length, etc.) | 2 |
| All other (Net) | 14 |
|     No harm to gums/dental work | 3 |
|     More high tech | 1 |
|     New | 1 |
|     Brushing/rotating brush cleans/cleans between teeth | * |
|     More powerful | * |
|     Good product/seems effective | * |
|     All other | 10 |
| Don't know | 2 |
| Not asked – did not recall mention of ultrasound | 7 |
| **BASE** | **255** |

\* Less than .5%

- 20 -

Table 9 is similar to Table 8, except that it aggregates responses to all four open-ended questions (how Ultreo works, how it is different, what the ultrasound does, and what the benefit is of the ultrasound. As Table 9 shows, the vast majority of survey respondents played back a message that Ultreo's ultrasound cleans one's teeth or cleans them better:

- ♦ Almost half the respondents (48%) played back messages that the ultrasound gives better cleaning, plaque removal, whitening, etc. Most of this (40%) was comprised of statements that the ultrasound cleans one's teeth better or cleans deeper, though there were 12% who said that the ultrasound removed plaqye, stains and/or tartar better.

- ♦ Two-thirds of respondents (67%) played back non-comparative messages about the ultrasound cleaning one's teeth, many of whom had also played back comparative messages. This playback was comprised of 42% who said that the ultrasound cleaned the teeth well, and 28% who said it removed plaque, tartar and/or stains.

- ♦ Eleven percent of respondents talked about how the ultrasound works in combination with bristle action to clean the teeth.

Since many more respondents played back messages about the ultrasound being responsible for cleaning than played back messages about ultrasound plus brushing doing the cleaning, it is clear that the dominant message conveyed by the advertising is that the ultrasound itself plays a major role (perhaps the major role) in the cleaning process.

- 21 -

Table 9

How Does Ultreo Work/How Is It Different/
What Does The Ultrasound Do/What Is The Benefit?

(Net Unduplicated Responses To Those Four Questions)

|  | TOTAL % |
|---|---|
| Ultrasound/bubbles clean teeth/clean better (Net) | 83 |
|   Ultrasound/bubbles clean teeth (non-comparative) (subnet) | 67 |
|     Ultrasound/bubbles/sonic vibrations clean teeth/clean thoroughly & effectively/removes food particles | 42 |
|     Ultrasound/bubbles/sonic vibrations remove plaque/tartar/stains (sub-subnet) | 28 |
|       Ultrasound/bubbles/sonic vibrations reduce/clean/remove plaque | 24 |
|       Ultrasound/bubbles/sonic vibrations whiten/remove stains | 7 |
|       Ultrasound/bubbles/sonic vibrations remove tartar | 2 |
|     Ultrasound/bubbles/sonic vibrations minimizes/reduces gingivitis/keeps gums healthy | 8 |
|     Bubbles get to every crevice/hard to reach areas | 7 |
|     Ultrasound/bubbles/sonic vibrations cleans/stimulates gums | 3 |
|     Ultrasound/bubbles/sonic vibrations improves/intensifies brushing | 3 |
|     Ultrasound/bubbles/sonic vibrations clean fast | 1 |
|     Ultrasound gives long feeling of clean | * |
|   Ultrasound/bubbles clean teeth better (subnet) | 48 |
|     Ultrasound/bubbles/sonic vibrations give better/deeper cleaning | 40 |
|     Ultrasound/bubbles/sonic vibrations remove plaque/tartar/stains better (sub-subnet) | 12 |
|       Ultrasound/bubbles/sonic vibrations remove plaque better | 8 |
|       Ultrasound/bubbles/sonic vibrations whiten teeth/remove stains better | 6 |
|       Ultrasound/bubbles/sonic vibrations remove tartar better | * |
|     Ultrasound/bubbles/sonic vibrations clean faster | 4 |
|     Ultrasound/bubbles/sonic vibrations prevents gingivitis better/keeps teeth/gums healthier | 4 |
|   Combination of ultrasound and brushing cleans teeth/cleans better (subnet) | 11 |
|     Combination cleans teeth/clean thoroughly & effectively | 8 |
|     Combination removes plaque | 3 |
|     Combination gives better cleaning | 2 |
|     Combination reduces/minimizes gingivitis/gum disease | 1 |
| Uses ultrasound/bubbles (Net) | 66 |
|   Uses ultrasound/makes ultrasound waves/ultrasound creates bubbles/uses bubbles | 57 |
|   Combines ultrasound with brushing | 17 |
|   Brush vibrates | 4 |
|   Combines vibrations and sonic waves | * |
| All mentions of Ultreo features (timer, battery, charge length, etc.) | 28 |

*Continued*

- 22 -

**Table 9 (Continued)**

|  | TOTAL % |
|---|---|
| <u>Ultreo cleans/removes plaque (Net)</u> | <u>14</u> |
| Cleans teeth better/does a better job | 6 |
| Cleans teeth/cleans deep down | 4 |
| Whitens teeth/removes stains | 4 |
| Minimizes/reduces gingivitis/keeps gums healthier | 4 |
| Removes plaque/removes in hard to reach places | 2 |
| Cleans fast | 1 |
| <u>All other (Net)</u> | <u>32</u> |
| More high tech | 5 |
| Looks good | 5 |
| Brushing/rotating brush cleans/cleans between teeth | 4 |
| No harm to gums/dental work | 3 |
| New | 2 |
| More powerful | 1 |
| Better (NFI) | 1 |
| Invented at U. Washington/By Sonicare people | 1 |
| Good product/seems effective | * |
| All other | 16 |
| **BASE** | **255** |

* Less than .5%

**D. Perceptions Of "A Deep Feeling Of Clean"**

In order to understand what consumers perceive a "deep feeling of clean" to be, re-
spondents were asked:

In what you read, do you recall them saying that Ultreo provides a deep feeling of clean?

(IF YES) Based on what you read, is there any benefit to the user of having a deep feeling of
clean?"

(IF YES) What is the benefit of having a deep feeling of clean?  Please be as specific as you
can and include details.

As shown in Tables 10 and 11, 85% of respondents recalled the mention of "a deep
feeling of clean," and 64% thought there was a benefit associated with having a deep
feeling of clean.

**Table 10**

**Do You Recall Them mentioning That
Ultreo Provides A Deep Feeling Of Clean?**

|  | TOTAL % |
|---|---|
| Yes | 85 |
| No | 8 |
| Don't Know | 8 |
| **BASE** | **255** |

**Table 11**

**Is There Any Benefit To The User Of Having A Deep Feeling Of Clean?**
**(Asked Only Of The 85% Who Recalled The Mention Of A Deep Feeling Of Clean)**

|            | TOTAL<br>% |
|------------|:----------:|
| Yes        | 64         |
| No         | 8          |
| Don't Know | 13         |
| Not asked  | 15         |
| **BASE**   | **255**    |

Table 12 presents the results of the follow-up question asking what the benefit is of a deep feeling of clean. Looking at Table 12 we see that 34% of respondents saw the benefit of "a deep feeling of clean" as either:

- The teeth would be clean (12%); or
- The teeth would be cleaner (10%) or
- They would have better overall oral health (10%); or
- They would have good oral health (5%).

These responses clearly indicate that consumers perceive a therapeutic benefit to "a deep feeling of clean."

A similar number of respondents (30%) perceived "a deep feeling of clean" to refer to feeling clean and/or fresh.

- 25 -

**Table 12**
**What Is The Benefit Of A Deep Feeling Of Clean?**

**(Asked Only Of The 64% Who Said There Was A Benefit)**

| | TOTAL |
|---|---|
| | % |
| Teeth are clean/cleaner; Good/better oral health (Net) | 34 |
|    Teeth are clean (subnet) | 12 |
|       Teeth are clean | 6 |
|       Removes plaque | 4 |
|       If you feel clean you probably are | 1 |
|       Deep cleaning between teeth and gum | 1 |
|       Cleans gums | 1 |
|       Means it works | * |
|       Maximum teeth cleaning | * |
|       Whitens teeth | * |
|    Teeth are cleaner/whiter/better looking (subnet) | 10 |
|       Cleaner teeth | 4 |
|       Whiter teeth/fewer stains | 3 |
|       Better cleaning | 3 |
|       Less plaque | 2 |
|    Better oral health (subnet) | 10 |
|       Less gingivitis/gum disease | 5 |
|       Better overall dental health | 5 |
|       Fewer cavities | 2 |
|    Good oral health (subnet) | 5 |
|       Good oral health/good for teeth/gums | 2 |
|       Gets rid of bacteria/disease | 2 |
|       Decay free | 1 |
| Feeling of clean (Net) | 30 |
|    Fresh breath/feeling of cleanliness (subnet) | 20 |
|       Fresher breath/no concern about bad breath/more confidence | 8 |
|       Mouth feels fresh/clean/pleasant/refreshing | 8 |
|       Feel good/better about yourself | 2 |
|       Teeth feel clean | 2 |
|    Better feeling of clean (subnet) | 11 |
|       Teeth feel better | 4 |
|       Feel like you came from dentist | 3 |
|       Teeth feel cleaner | 3 |
|       Feeling of clean lasts longer | 2 |
| All other | 8 |
| Don't know | 2 |
| Not asked – did not say there was a benefit | 36 |
| **BASE** | **255** |

* Less than .5%

- 26 -

## F. Materiality Of The Advertising Claims

The materiality of the advertising claims, taken as a whole, was assessed by asking respondents to rate the advertising in terms of its ability to make them interested in buying an Ultreo toothbrush. The question, and its responses, are shown in Table 13 below. Nearly all the respondents (86%) said that the advertising would make them very interested (36%) or somewhat interested (50%) in buying an Ultreo toothbrush.

### Table 13

**How Would You Rate The Advertising In Terms Of Its Ability To Make You Interested In Buying An Ultreo Toothbrush?**

|  | TOTAL % |
|---|---|
| It made me very interested in buying one | 36 |
| It made me somewhat interested in buying one | 50 |
| It had no impact on my interest in buying one | 12 |
| It made me somewhat less interested in buying one | 2 |
| It made me very less interested in buying one | - |
| **BASE** | **255** |

- 27 -

## G. The Control Question

The survey included a control question to measure survey noise. That question asked the respondents whether they recalled the advertising saying how much Ultreo costs. (The advertising made no mention of cost). As shown in Table 14, only one percept of respondents (two people) replied, incorrectly, that the advertising said how much Ultreo costs. Therefore, there is very little noise in this survey in the sense of respondents attributing messages to the advertising which are not there.

### Table 14

### Do You Recall Them Saying
### How Much An Ultreo Toothbrush Costs?

|  | TOTAL % |
|---|---|
| Yes | 1 |
| No | 96 |
| Don't Know | 3 |
| **BASE** | **255** |

# EXPERT QUALIFICATIONS OF THOMAS D. DUPONT, Ph.D.

## Background

I am an expert in the field of survey research and consumer behavior.

I received a B. A. in Psychology from Lake Forest College in 1965, a M.S. in Industrial Psychology from Purdue University in 1968 and a Ph.D. from Purdue in Consumer Psychology in 1970. From 1968-1970 I was on the teaching staff at Indiana University-Purdue University at Indianapolis, first as an Instructor and later as Assistant Professor, both in the Psychology department.

I am President of $D^2$ Research, located in Hendersonville, NC. $D^2$ Research is a survey research and consulting firm that specializes in the application of social science research techniques to the field of marketing and consumer communications. The firm's clients include 3M, Abbott Laboratories, Hershey, Hertz, Johnson & Johnson, Kimberly-Clark, Sara Lee, and Schering-Plough.

Prior to forming $D^2$ Research in 1993 I was president of Oxtoby-Smith, Inc. in New York City. Oxtoby-Smith, which was founded in 1956 and ceased operations in November 1993, was a research and consulting firm that conducted a broad array of marketing and communications research for corporate clients. During the firm's existence it conducted over 4,000 surveys on a variety of topics. I was continuously employed by Oxtoby-Smith from 1970 until I resigned in March, 1993. I was President from 1989 - 1993; before that I held a succession of professional staff positions, beginning as a Project Director and ending as Executive Vice President.

Over the past 37 years I have personally conducted hundreds of research assignments on a variety of topics. The range of products and services I have studied has included alcoholic and non-alcoholic beverages, air travel, apparel, automobiles, food, financial services, proprietary drugs, telecommunications, and many others. Aside from the projects I have personally conducted, I have had supervisory responsibility for many more, numbering in the thousands.

- 29 -

Among the professional associations in which I hold membership are the Market Research Council and the International Trademark Association. I have been active in the work of the Advertising Research Foundation (ARF) as a member of the Technical Advisory Committee, the Copy (Advertising) Research Council and the Research Quality Council. I have also spoken before the ARF Annual Conference and taught at the ARF "Smart" Seminar at the 1993 Annual Conference. In 1991 I was Chairman of the ARF Workshop on Research Quality.

I am active in the Council of American Survey Research Organizations (CASRO), the trade association of the U.S. survey research industry whose 300+ member firms conduct the vast majority of U.S. marketing research. I served as a member of the Board of Directors from 1990 - 1995, and was Chairman of the Board in 1993.

I have spoken extensively in the field of survey and marketing research and have previously testified in the federal courts as an expert on survey research.

**Publications In The Past Ten Years**

"Use of Surveys and Survey Experts in Trademark Litigation," <u>Practical Tips on Trademark Litigation</u>, American Bar Association, Section of Intellectual Property Law, April, 2001

"The Value of the Survey Expert in Lanham Act Deceptive Advertising Challenges," <u>Advanced Consumer Protection -- Mastering The Challenge</u>, American Bar Association, Section of Antitrust Law, February, 1998

"Analysis of Consumer Perception Surveys, " <u>Transcript Proceedings: NAD Workshop VI: Consumer Perception Communication Surveys</u>, National Advertising Division, Council of Better Business Bureaus, June 1996

"How Researchers Can Be Effective Partners in the Advertising Development Process," <u>Quirk's Marketing Research Review</u>, March 1996

**Testimony In The Past Four Years**

<u>2007</u>

<u>GMA Accessories v. Croscill, et. al.</u>, S.D.NY (Deposition)

<u>Lucas Oil Products v. OAO Lukoil, et. al.</u>, S.D.N.Y. (Deposition)

<u>2006</u>

<u>Hasbro v. MGA Entertainment</u>, D. RI (P.I. Hearing)

<u>Juicy Couture, et. al v. L'Oreal USA. et. al</u>, S.D. NY (Deposition & Trial)

<u>Bay State Savings Bank v. Baystate Financial Services</u>, D. MA (Deposition)

<u>Ty, Inc. v. Softbelly's, Inc.</u>, N.D.IL (Trial)

<u>2005</u>

<u>TAP Pharmaceuticals v. AstraZeneca</u>, D. DE (Deposition)

<u>Nissan North America v. Audi A.G.</u>, E.D.MI (Deposition)

<u>Peaceable Planet, Inc. v. Ty, Inc.</u>, N.D. IL (Trial)

<u>Sara Lee Corporation v. Amine Mahmoud</u>, TTAB (Deposition)

<u>Ty, Inc. v. Softbelly's, Inc.</u>, N.D.IL (Deposition)

<u>2004</u>

<u>BellSouth v. Hawk Communications</u>, N.D.GA (P.I. Hearing)

<u>In Re Gator Corporation Trademark and Copyright Litigation</u>, N.D.GA (Deposition)

<u>3m Company v. Intertape Polymer Group, et. al.</u>, D. MN (Deposition)

<u>2003</u>

<u>Pharmacia Corp. v. GlaxoSmithKline Consumer Healthcare</u>, D. NJ (Deposition and P.I. Hearing)

<u>McNeil – PPC, Inc. v. Bayer Corporation</u>, D. NJ (Deposition)

<u>Playtex v. Georgia-Pacific</u>, S.D.N.Y. (Deposition)

<u>Healthnet v. Health Net</u>, S.D.WV (Deposition)

Ultreo Consumer Perception Survey      $D^2$ Research      #71-7-07      October, 2007

## TABLE OF CONTENTS

Table 1 Page 1......Q10:   Please describe how the Ultreo toothbrush works

Table 2 Page 4.......11:   Based on what you just saw, do you think the Ultreo
                           toothbrush is different from other power toothbrushes,
                           or not?

Table 3 Page 5......Q12:   In what way is Ultreo different?

Table 4 Page 8......Q10/12:  How the Ultreo toothbrush works/How it is different
                           (Net Unduplicated Mentions)

Table 5 Page 11.....Q13:   In what you read, do you recall them mentioning that
                           Ultreo uses ultrasound technology?

Table 6 Page 12.....Q14:   What does the ultrasound do?

Table 7 Page 14.....Q15:   Based on what you read, does the ultrasound provide any
                           benefit to the user, or not?

Table 8 Page 15.....Q16:   What is the benefit of the ultrasound?

Table 9 Page 17.....Q14/16:  What does the ultrasound do/What is the benefit?
                           (Net unduplicated mentions)

Table 10 Page 20...Q10/12/14/16:  How Ultreo works/How it is different/What
                           ultrasound does/What benefit is (Net Unduplicated
                           Mentions)

Table 11 Page 24....Q17:   In what you read, do you recall them saying that Ultreo
                           provides a deep feeling of clean?

Table 12 Page 25....Q18:   Based on what you read, is there any benefit to the
                           user of having a deep feeling of clean?

Table 13 Page 26....Q19:   What is the benefit of a deep feeling of clean?

Table 14 Page 29....Q20:   How would you rate the advertising in terms of its
                           ability to make you interested in buying an Ultreo
                           toothbrush?

Table 15 Page 30....Q21:   In what you read, do you recall them saying how much an
                           Ultreo toothbrush costs?

Table 16 Page 31....How Respondent Qualified

Table 17 Page 32....Respondent gender

Table 18 Page 33....Respondent age

Table 19 Page 34....Respondent region

Table 20 Page 35....Respondent education

Table 21 Page 36....Respondent household income

Ultreo Consumer Perception Survey    D$^2$ Research    #71-7-07    October, 2007

Table 1 Page 1

Q10:  Please describe how the Ultreo toothbrush works

|  | TOTAL |
|---|---|
|  | 255 |
|  | 100.0 |
| Uses ultrasound/bubbles (Net) | 91 |
|  | 35.7% |
| Uses ultrasound/makes ultrasound waves/ ultrasound creates bubbles/uses bubbles | 57 22.4% |
| Brush vibrates | 2 0.8% |
| Combines ultrasound with brushing | 31 12.2% |
| Combines vibrations and sonic waves | 1 0.4% |
| Ultrasound/bubbles clean teeth/clean better (Net) | 110 43.1% |
| Ultrasound/bubbles clean teeth (non-comparative) (subnet) | 69 27.1% |
| Bubbles get to every crevice/hard to reach areas | 7 2.7% |
| Ultrasound/bubbles/sonic vibrations clean teeth/ clean thoroughly & effectively/removes food particles | 46 18.0% |
| Removes plaque/stains/tartar (sub-subnet) | 17 6.7% |
| Ultrasound/bubbles/sonic vibrations reduce/ clean/remove plaque | 14 5.5% |
| Ultrasound/bubbles/sonic vibrations remove tartar | 1 0.4% |
| Ultrasound/bubbles/sonic vibrations whiten/ remove stains | 5 2.0% |
| Ultrasound/bubbles/sonic vibrations minimizes/ reduces gingivitis/keeps gums healthy | 3 1.2% |
| Ultrasound/bubbles/sonic vibrations cleans/ stimulates gums | 3 1.2% |

Ultreo Consumer Perception Survey       D² Research      #71-7-07      October, 2007

Table 1 Page 2
(Continued)

Q10:  Please describe how the Ultreo toothbrush works

|  | TOTAL |
|---|---|
| Ultrasound/bubbles/sonic vibrations improves/intensifies brushing | 2<br>0.8% |
| Ultrasound gives long feeling of clean | 1<br>0.4% |
| Ultrasound/bubbles clean teeth better (subnet)<br>------------------------------------------------ | 16<br>6.3% |
| Ultrasound/bubbles/sonic vibrations give better/deeper cleaning | 14<br>5.5% |
| Ultrasound/bubbles/sonic vibrations clean faster | 1<br>0.4% |
| Removes plaque/stains/tartar (sub-subnet)<br>+++++++++++++++++++++++++++++++++++++++++++ | 2<br>0.8% |
| Ultrasound/bubbles/sonic vibrations remove plaque better | 1<br>0.4% |
| Ultrasound/bubbles/sonic vibrations whiten teeth/remove stains better | 1<br>0.4% |
| Combination of ultrasound and brushing cleans teeth/cleans better (subnet)<br>------------------------------------------------ | 27<br>10.6% |
| Combination cleans teeth/clean thoroughly & effectively | 17<br>6.7% |
| Combination gives better cleaning | 4<br>1.6% |
| Combination removes plaque | 8<br>3.1% |
| Combination reduces/minimizes gingivitis/gum disease | 2<br>0.8% |
| Ultreo cleans/removes plaque (Net)<br>----------------------------------- | 18<br>7.1% |
| Cleans teeth/cleans deep down | 9<br>3.5% |
| Cleans teeth better/does a better job | 3<br>1.2% |

Ultreo Consumer Perception Survey    D$^2$ Research    #71-7-07    October, 2007

Table 1 Page 3
(Continued)

Q10:  Please describe how the Ultreo toothbrush works

|  | TOTAL |
|---|---|
| Removes plaque/removes in hard to reach places | 3<br>1.2% |
| Whitens teeth/removes stains | 4<br>1.6% |
| Minimizes/reduces gingivitis/keeps gums healthier | 5<br>2.0% |
| All mentions of Ultreo features (timer. Battery, charge length, etc.) | 41<br>16.1% |
| All other (Net)<br>--------------- | 29<br>11.4% |
| Brushing/rotating brush cleans/cleans between teeth | 6<br>2.4% |
| No harm to gums/dental work | 1<br>0.4% |
| Invented at U. Washington/By Sonicare people | 2<br>0.8% |
| New | 2<br>0.8% |
| Looks good | 8<br>3.1% |
| All other | 10<br>3.9% |
| Don't know | 5<br>2.0% |

Ultreo Consumer Perception Survey      D$^2$ Research      #71-7-07      October, 2007

Table 2 Page 4

Q11:  Based on what you just saw, do you think the Ultreo toothbrush
is different from other power toothbrushes, or not?

|  | TOTAL |
|---|---|
|  | ----- |
|  | 255 |
|  | 100.0 |
| Yes | 198 |
|  | 77.6% |
| No | 25 |
|  | 9.8% |
| Don't Know | 32 |
|  | 12.5% |

Ultreo Consumer Perception Survey    D² Research    #71-7-07    October, 2007

Table 3 Page 5

Q12:  In what way is Ultreo different?

|  | TOTAL |
|---|---|
|  | ----- |
|  | 255 |
|  | 100.0 |
| SAID ULTREO IS DIFFERENT IN Q. 11 | 198 |
|  | 77.6% |
| Uses ultrasound/bubbles (Net) | 115 |
| ============================= | 45.1% |
| Uses ultrasound/makes ultrasound waves/ ultrasound creates bubbles/uses bubbles | 99 |
|  | 38.8% |
| Brush vibrates | 1 |
|  | 0.4% |
| Combines ultrasound with brushing | 15 |
|  | 5.9% |
| Ultrasound/bubbles clean teeth/clean better (Net) | 15 |
| ================================================= | 5.9% |
| Ultrasound/bubbles clean teeth (non-comparative) (subnet) | 9 |
|  | 3.5% |
| ------------------------------------------------ |  |
| Bubbles get to every crevice/hard to reach areas | 1 |
|  | 0.4% |
| Ultrasound/bubbles/sonic vibrations clean fast | 1 |
|  | 0.4% |
| Ultrasound/bubbles/sonic vibrations clean teeth/ clean thoroughly & effectively/removes food particles | 5 |
|  | 2.0% |
| Removes plaque/stains/tartar (sub-subnet) | 2 |
| +++++++++++++++++++++++++++++++++++++++++++ | 0.8% |
| Ultrasound/bubbles/sonic vibrations reduce/ clean/remove plaque | 2 |
|  | 0.8% |
| Ultrasound/bubbles clean teeth better (subnet) | 3 |
| ------------------------------------------------ | 1.2% |
| Ultrasound/bubbles/sonic vibrations  give better/deeper cleaning | 3 |
|  | 1.2% |
| Combination of ultrasound and brushing cleans teeth /cleans better (subnet) | 3 |
|  | 1.2% |
| ------------------------------------------------ |  |

Case 1:07-cv-08379-RJS    Document 21-2    Filed 10/26/2007    Page 42 of 48

Q12:  In what way is Ultreo different?

|  | TOTAL |
|---|---|
| Combination cleans teeth/clean thoroughly & effectively | 2<br>0.8% |
| Combination gives better cleaning | 1<br>0.4% |
| **Ultreo cleans/removes plaque (Net)** | 21<br>8.2% |
| Cleans teeth/cleans deep down | 3<br>1.2% |
| Cleans fast | 2<br>0.8% |
| Cleans teeth better/does a better job | 14<br>5.5% |
| Removes plaque/removes in hard to reach places | 3<br>1.2% |
| Whitens teeth/removes stains | 7<br>2.7% |
| Minimizes/reduces gingivitis/keeps gums healthier | 4<br>1.6% |
| All mentions of Ultreo features (timer. Battery, charge length, etc.) | 47<br>18.4% |
| **All other (Net)** | 28<br>11.0% |
| Brushing/rotating brush cleans/cleans between teeth | 2<br>0.8% |
| More powerful | 2<br>0.8% |
| More high tech | 10<br>3.9% |
| Better (NFI) | 2<br>0.8% |
| New | 1<br>0.4% |
| Looks good | 5<br>2.0% |

Ultreo Consumer Perception Survey     D$^2$ Research     #71-7-07     October, 2007

Table 3 Page 7
(Continued)


Q12:  In what way is Ultreo different?

|  | TOTAL |
|---|---|
| All other | 7 |
|  | 2.7% |
| Don't know | 3 |
|  | 1.2% |

Ultreo Consumer Perception Survey    $D^2$ Research    #71-7-07    October, 2007

Table 4 Page 8

Q10/12: How the Ultreo toothbrush works/How it is different (Net Unduplicated Mentions)

|  | TOTAL |
|---|---|
|  | ----- |
|  | 255 |
|  | 100.0 |
| Uses ultrasound/bubbles (Net) | 155 |
| ============================== | 60.8% |
| Uses ultrasound/makes ultrasound waves/ ultrasound creates bubbles/uses bubbles | 132 51.8% |
| Brush vibrates | 3 1.2% |
| Combines ultrasound with brushing | 42 16.5% |
| Combines vibrations and sonic waves | 1 0.4% |
| Ultrasound/bubbles clean teeth/clean better (Net) | 114 |
| ================================================= | 44.7% |
| Ultrasound/bubbles clean teeth (non-comparative) (subnet) | 75 29.4% |
| ------------------------------------------------- |  |
| Bubbles get to every crevice/hard to reach areas | 8 3.1% |
| Ultrasound/bubbles/sonic vibrations clean fast | 1 0.4% |
| Ultrasound/bubbles/sonic vibrations clean teeth/ clean thoroughly & effectively/removes food particles | 50 19.6% |
| Removes plaque/stains/tartar (sub-subnet) | 18 |
| ++++++++++++++++++++++++++++++++++++++++++++ | 7.1% |
| Ultrasound/bubbles/sonic vibrations reduce/ clean/remove plaque | 15 5.9% |
| Ultrasound/bubbles/sonic vibrations remove tartar | 1 0.4% |
| Ultrasound/bubbles/sonic vibrations whiten/ remove stains | 5 2.0% |
| Ultrasound/bubbles/sonic vibrations minimizes/ reduces gingivitis/keeps gums healthy | 3 1.2% |

Ultreo Consumer Perception Survey      D² Research      #71-7-07      October, 2007

Table 4 Page 9
(Continued)

Q10/12:  How the Ultreo toothbrush works/How it is different (Net Unduplicated Mentions)

|  | TOTAL |
|---|---|
| Ultrasound/bubbles/sonic vibrations cleans/ stimulates gums | 3 1.2% |
| Ultrasound/bubbles/sonic vibrations improves/ intensifies brushing | 2 0.8% |
| Ultrasound gives long feeling of clean | 1 0.4% |
| **Ultrasound/bubbles clean teeth better (subnet)** | **19 7.5%** |
| Ultrasound/bubbles/sonic vibrations  give better/deeper cleaning | 17 6.7% |
| Ultrasound/bubbles/sonic vibrations clean faster | 1 0.4% |
| Removes plaque/stains/tartar (sub-subnet) | 2 0.8% |
| Ultrasound/bubbles/sonic vibrations remove plaque better | 1 0.4% |
| Ultrasound/bubbles/sonic vibrations whiten teeth/remove stains better | 1 0.4% |
| Combination of ultrasound and brushing cleans teeth/cleans better (subnet) | 29 11.4% |
| Combination cleans teeth/clean thoroughly & effectively | 19 7.5% |
| Combination gives better cleaning | 4 1.6% |
| Combination removes plaque | 8 3.1% |
| Combination reduces/minimizes gingivitis/gum disease | 2 0.8% |
| Ultreo cleans/removes plaque (Net) | 35 13.7% |
| Cleans teeth/cleans deep down | 11 4.3% |

Ultreo Consumer Perception Survey    D$^2$ Research    #71-7-07    October, 2007

Table 4 Page 10
(Continued)

Q10/12:  How the Ultreo toothbrush works/How it is different (Net Unduplicated Mentions)

|  | TOTAL |
|---|---|
| Cleans fast | 2<br>0.8% |
| Cleans teeth better/does a better job | 16<br>6.3% |
| Removes plaque/removes in hard to reach places | 6<br>2.4% |
| Whitens teeth/removes stains | 10<br>3.9% |
| Minimizes/reduces gingivitis/keeps gums healthier | 9<br>3.5% |
| All mentions of Ultreo features (timer. Battery, charge length, etc.) | 69<br>27.1% |
| All other (Net) | 54<br>21.2% |
| Brushing/rotating brush cleans/cleans between teeth | 8<br>3.1% |
| More powerful | 2<br>0.8% |
| More high tech | 10<br>3.9% |
| Better (NFI) | 2<br>0.8% |
| No harm to gums/dental work | 1<br>0.4% |
| Invented at U. Washington/By Sonicare people | 2<br>0.8% |
| New | 3<br>1.2% |
| Looks good | 13<br>5.1% |
| All other | 17<br>6.7% |

Ultreo Consumer Perception Survey     $D^2$ Research     #71-7-07     October, 2007

Table 5 Page 11

Q13:  In what you read, do you recall them mentioning that Ultreo uses ultrasound technology?

|  | TOTAL |
|---|---|
|  | ----- |
|  | 255 |
|  | 100.0 |
| Yes | 238 |
|  | 93.3% |
| No | 13 |
|  | 5.1% |
| Don't Know | 4 |
|  | 1.6% |

Ultreo Consumer Perception Survey      D$^2$ Research      #71-7-07      October, 2007

Table 6 Page 12

Q14:  What does the ultrasound do?

|  | TOTAL |
|---|---|
|  | ----- |
|  | 255 |
|  | 100.0 |
| RECALLED MENTION OF ULTRASOUND IN Q. 13 | 238 |
|  | 93.3% |
| Uses ultrasound/bubbles (Net) | 50 |
| ============================== | 19.6% |
| Uses ultrasound/makes ultrasound waves/ ultrasound creates bubbles/uses bubbles | 44 |
|  | 17.3% |
| Brush vibrates | 6 |
|  | 2.4% |
| Ultrasound/bubbles clean teeth/clean better (Net) | 135 |
| =============================================== | 52.9% |
| Ultrasound/bubbles clean teeth (non-comparative) (subnet) | 111 |
| ----------------------------------------------- | 43.5% |
| Bubbles get to every crevice/hard to reach areas | 5 |
|  | 2.0% |
| Ultrasound/bubbles/sonic vibrations clean fast | 1 |
|  | 0.4% |
| Ultrasound/bubbles/sonic vibrations clean teeth/ clean thoroughly & effectively/removes food particles | 59 |
|  | 23.1% |
| Removes plaque/stains/tartar (sub-subnet) | 50 |
| +++++++++++++++++++++++++++++++++++++++++ | 19.6% |
| Ultrasound/bubbles/sonic vibrations reduce/ clean/remove plaque | 42 |
|  | 16.5% |
| Ultrasound/bubbles/sonic vibrations remove tartar | 3 |
|  | 1.2% |
| Ultrasound/bubbles/sonic vibrations whiten/ remove stains | 8 |
|  | 3.1% |
| Ultrasound/bubbles/sonic vibrations cleans/ stimulates gums | 4 |
|  | 1.6% |
| Ultrasound/bubbles/sonic vibrations improves/ intensifies brushing | 4 |
|  | 1.6% |