# Exhibit A, Part 2

Ultreo Consumer Perception Survey    D$^2$ Research    #71-7-07    October, 2007

Table 6 Page 13
(Continued)


Q14:  What does the ultrasound do?

|  | TOTAL |
|---|---|
| Ultrasound/bubbles clean teeth better (subnet) | 29 |
| ---------------------------------------------- | 11.4% |
| Ultrasound/bubbles/sonic vibrations give better/deeper cleaning | 24 9.4% |
| Ultrasound/bubbles/sonic vibrations clean faster | 1 0.4% |
| Removes plaque/stains/tartar (sub-subnet) | 3 |
| +++++++++++++++++++++++++++++++++++++++++++ | 1.2% |
| Ultrasound/bubbles/sonic vibrations remove plaque better | 3 1.2% |
| Ultrasound/bubbles/sonic vibrations prevents gingivitis better/keeps teeth/gums healthier | 2 0.8% |
| Combination of ultrasound and brushing cleans teeth/cleans better (subnet) | 1 0.4% |
| ---------------------------------------------- |  |
| Combination gives better cleaning | 1 0.4% |
| All other (Net) | 18 |
| --------------- | 7.1% |
| Brushing/rotating brush cleans/cleans between teeth | 1 0.4% |
| All other | 17 6.7% |
| Don't know | 32 12.5% |

Ultreo Consumer Perception Survey     D$^2$ Research     #71-7-07     October, 2007

Table 7 Page 14

Q15:  Based on what you read, does the ultrasound provide any benefit
to the user, or not?

|  | TOTAL |
|---|---|
|  | ----- |
|  | 255 |
|  | 100.0 |
| Yes | 192 |
|  | 75.3% |
| No | 9 |
|  | 3.5% |
| Don't Know | 37 |
|  | 14.5% |
| Did not recall mention of ultrasound (Q13) | 238 |
|  | 93.3% |

Ultreo Consumer Perception Survey      D$^2$ Research      #71-7-07      October, 2007

Table 8 Page 15


Q16:  What is the benefit of the ultrasound?

|  | TOTAL |
|---|---|
|  | ----- |
|  | 255 |
|  | 100.0 |
| SAID ULTRASOUND HAS BENEFIT IN Q. 15 | 192 |
|  | 75.3% |
| Uses ultrasound/bubbles (Net)<br>============================== | 5<br>2.0% |
| Uses ultrasound/makes ultrasound waves/<br>ultrasound creates bubbles/uses bubbles | 3<br>1.2% |
| Combines ultrasound with brushing | 2<br>0.8% |
| Ultrasound/bubbles clean teeth/clean better (Net)<br>================================================ | 153<br>60.0% |
| Ultrasound/bubbles clean teeth (non-comparative)<br>(subnet)<br>------------------------------------------------ | 62<br>24.3% |
| Bubbles get to every crevice/hard to reach<br>areas | 8<br>3.1% |
| Ultrasound/bubbles/sonic vibrations clean teeth/<br>clean thoroughly & effectively/removes food<br>particles | 18<br>7.1% |
| Removes plaque/stains/tartar (sub-subnet)<br>+++++++++++++++++++++++++++++++++++++++++ | 32<br>12.5% |
| Ultrasound/bubbles/sonic vibrations reduce/<br>clean/remove plaque | 25<br>9.8% |
| Ultrasound/bubbles/sonic vibrations remove<br>tartar | 1<br>0.4% |
| Ultrasound/bubbles/sonic vibrations whiten/<br>remove stains | 9<br>3.5% |
| Ultrasound/bubbles/sonic vibrations minimizes/<br>reduces gingivitis/keeps gums healthy | 19<br>7.5% |
| Ultrasound/bubbles/sonic vibrations cleans/<br>stimulates gums | 2<br>0.8% |
| Ultrasound/bubbles/sonic vibrations improves/<br>intensifies brushing | 1<br>0.4% |

Ultreo Consumer Perception Survey     D$^2$ Research     #71-7-07     October, 2007

Table 8 Page 16
(Continued)

Q16:  What is the benefit of the ultrasound?

|  | TOTAL |
|---|---|
| Ultrasound/bubbles clean teeth better (subnet) | 109 |
| | 42.7% |
| Ultrasound/bubbles/sonic vibrations  give better/deeper cleaning | 87 |
| | 34.1% |
| Ultrasound/bubbles/sonic vibrations clean faster | 8 |
| | 3.1% |
| Removes plaque/stains/tartar (sub-subnet) | 30 |
| | 11.8% |
| Ultrasound/bubbles/sonic vibrations remove plaque better | 17 |
| | 6.7% |
| Ultrasound/bubbles/sonic vibrations remove tartar better | 1 |
| | 0.4% |
| Ultrasound/bubbles/sonic vibrations whiten teeth/remove stains better | 16 |
| | 6.3% |
| Ultrasound/bubbles/sonic vibrations prevents gingivitis better/keeps teeth/gums healthier | 8 |
| | 3.1% |
| All mentions of Ultreo features (timer. Battery, charge length, etc.) | 6 |
| | 2.4% |
| All other (Net) | 25 |
| | 9.8% |
| More powerful | 1 |
| | 0.4% |
| More high tech | 2 |
| | 0.8% |
| Good product/seems effective | 1 |
| | 0.4% |
| No harm to gums/dental work | 7 |
| | 2.7% |
| New | 2 |
| | 0.8% |
| All other | 12 |
| | 4.7% |
| Don't know | 6 |
| | 2.4% |

Ultreo Consumer Perception Survey    $D^2$ Research    #71-7-07    October, 2007

Table 9 Page 17

Q14/16:  What does the ultrasound do/What is the benefit? (Net unduplicated mentions)

|  | TOTAL |
|---|---|
|  | ----- |
|  | 255 |
|  | 100.0 |
| RECALLED MENTION OF ULTRASOUND IN Q. 13 | 238 |
|  | 93.3% |
| Uses ultrasound/bubbles (Net) | 54 |
| ============================== | 21.2% |
| Uses ultrasound/makes ultrasound waves/ ultrasound creates bubbles/uses bubbles | 46 18.0% |
| Brush vibrates | 6 2.4% |
| Combines ultrasound with brushing | 2 0.8% |
| Ultrasound/bubbles clean teeth/clean better (Net) | 190 |
| ================================================= | 74.5% |
| Ultrasound/bubbles clean teeth (non-comparative) (subnet) | 135 52.9% |
| ------------------------------------------------- |  |
| Bubbles get to every crevice/hard to reach areas | 12 4.7% |
| Ultrasound/bubbles/sonic vibrations clean fast | 1 0.4% |
| Ultrasound/bubbles/sonic vibrations clean teeth/ clean thoroughly & effectively/removes food particles | 70 27.5% |
| Removes plaque/stains/tartar (sub-subnet) | 66 |
| +++++++++++++++++++++++++++++++++++++++++++ | 25.9% |
| Ultrasound/bubbles/sonic vibrations reduce/ clean/remove plaque | 54 21.2% |
| Ultrasound/bubbles/sonic vibrations remove tartar | 4 1.6% |
| Ultrasound/bubbles/sonic vibrations whiten/ remove stains | 15 5.9% |
| Ultrasound/bubbles/sonic vibrations minimizes/ reduces gingivitis/keeps gums healthy | 19 7.5% |

Ultreo Consumer Perception Survey    D² Research    #71-7-07    October, 2007

Table 9 Page 18
(Continued)

Q14/16:  What does the ultrasound do/What is the benefit? (Net unduplicated mentions)

|  | TOTAL |
|---|---|
| Ultrasound/bubbles/sonic vibrations cleans/ stimulates gums | 5 <br> 2.0% |
| Ultrasound/bubbles/sonic vibrations improves/ intensifies brushing | 5 <br> 2.0% |
| Ultrasound/bubbles clean teeth better (subnet) | 118 <br> 46.3% |
| Ultrasound/bubbles/sonic vibrations  give better/deeper cleaning | 97 <br> 38.0% |
| Ultrasound/bubbles/sonic vibrations clean faster | 9 <br> 3.5% |
| Removes plaque/stains/tartar (sub-subnet) | 32 <br> 12.5% |
| Ultrasound/bubbles/sonic vibrations remove plaque better | 19 <br> 7.5% |
| Ultrasound/bubbles/sonic vibrations remove tartar better | 1 <br> 0.4% |
| Ultrasound/bubbles/sonic vibrations whiten teeth/remove stains better | 16 <br> 6.3% |
| Ultrasound/bubbles/sonic vibrations prevents gingivitis better/keeps teeth/gums healthier | 9 <br> 3.5% |
| Combination of ultrasound and brushing cleans teeth/cleans better (subnet) | 1 <br> 0.4% |
| Combination gives better cleaning | 1 <br> 0.4% |
| All mentions of Ultreo features (timer. Battery, charge length, etc.) | 6 <br> 2.4% |
| All other (Net) | 37 <br> 14.5% |
| Brushing/rotating brush cleans/cleans between teeth | 1 <br> 0.4% |
| More powerful | 1 <br> 0.4% |

Ultreo Consumer Perception Survey     D$^2$ Research     #71-7-07     October, 2007

Table 9 Page 19
(Continued)

Q14/16:  What does the ultrasound do/What is the benefit? (Net
unduplicated mentions)

|  | TOTAL |
|---|---|
| More high tech | 2<br>0.8% |
| Good product/seems effective | 1<br>0.4% |
| No harm to gums/dental work | 7<br>2.7% |
| New | 2<br>0.8% |
| All other | 26<br>10.2% |
| Don't know | 4<br>1.6% |

Ultreo Consumer Perception Survey     D$^2$ Research     #71-7-07     October, 2007

Table 10 Page 20

Q10/12/14/16: How Ultreo works/How it is different/What ultrasound does/What benefit is (Net Unduplicated Mentions)

|  | TOTAL |
|---|---|
|  | ----- |
|  | 255 |
|  | 100.0 |
| Uses ultrasound/bubbles (Net) | 167 |
| ============================== | 65.5% |
| Uses ultrasound/makes ultrasound waves/ ultrasound creates bubbles/uses bubbles | 146 57.3% |
| Brush vibrates | 9 3.5% |
| Combines ultrasound with brushing | 43 16.9% |
| Combines vibrations and sonic waves | 1 0.4% |
| Ultrasound/bubbles clean teeth/clean better (Net) | 211 |
| ================================================= | 82.7% |
| Ultrasound/bubbles clean teeth (non-comparative) (subnet) | 171 67.1% |
| --------------------------------------------------- |  |
| Bubbles get to every crevice/hard to reach areas | 17 6.7% |
| Ultrasound/bubbles/sonic vibrations clean fast | 2 0.8% |
| Ultrasound/bubbles/sonic vibrations clean teeth/ clean thoroughly & effectively/removes food particles | 107 42.0% |
| Removes plaque/stains/tartar (sub-subnet) | 72 |
| +++++++++++++++++++++++++++++++++++++++++++++ | 28.2% |
| Ultrasound/bubbles/sonic vibrations reduce/ clean/remove plaque | 60 23.5% |
| Ultrasound/bubbles/sonic vibrations remove tartar | 4 1.6% |
| Ultrasound/bubbles/sonic vibrations whiten/ remove stains | 18 7.1% |
| Ultrasound/bubbles/sonic vibrations minimizes/ reduces gingivitis/keeps gums healthy | 20 7.8% |

Ultreo Consumer Perception Survey    D$^2$ Research    #71-7-07    October, 2007

Table 10 Page 21
(Continued)

Q10/12/14/16:  How Ultreo works/How it is different/What ultrasound
does/What benefit is (Net Unduplicated Mentions)

|  | TOTAL |
|---|---|
| Ultrasound/bubbles/sonic vibrations cleans/ stimulates gums | 7 2.7% |
| Ultrasound/bubbles/sonic vibrations improves/ intensifies brushing | 7 2.7% |
| Ultrasound gives long feeling of clean | 1 0.4% |
| Ultrasound/bubbles clean teeth better (subnet) ---------------------------------------------- | 122 47.8% |
| Ultrasound/bubbles/sonic vibrations  give better/deeper cleaning | 102 40.0% |
| Ultrasound/bubbles/sonic vibrations clean faster | 9 3.5% |
| Removes plaque/stains/tartar (sub-subnet) ++++++++++++++++++++++++++++++++++++++++++ | 32 12.5% |
| Ultrasound/bubbles/sonic vibrations remove plaque better | 20 7.8% |
| Ultrasound/bubbles/sonic vibrations remove tartar better | 1 0.4% |
| Ultrasound/bubbles/sonic vibrations whiten teeth/remove stains better | 16 6.3% |
| Ultrasound/bubbles/sonic vibrations prevents gingivitis better/keeps teeth/gums healthier | 9 3.5% |
| Combination of ultrasound and brushing cleans teeth/cleans better (subnet) ---------------------------------------------- | 29 11.4% |
| Combination cleans teeth/clean thoroughly & effectively | 19 7.5% |
| Combination gives better cleaning | 5 2.0% |
| Combination removes plaque | 8 3.1% |
| Combination reduces/minimizes gingivitis/gum disease | 2 0.8% |

Case 1:07-cv-08379-RJS    Document 21-3    Filed 10/26/2007    Page 11 of 51

Ultreo Consumer Perception Survey     D² Research     #71-7-07     October, 2007

Table 10 Page 22
(Continued)


Q10/12/14/16:  How Ultreo works/How it is different/What ultrasound
does/What benefit is (Net Unduplicated Mentions)

|  | TOTAL |
|---|---|
| Ultreo cleans/removes plaque (Net) | 35<br>13.7% |
| Cleans teeth/cleans deep down | 11<br>4.3% |
| Cleans fast | 2<br>0.8% |
| Cleans teeth better/does a better job | 16<br>6.3% |
| Removes plaque/removes in hard to reach places | 6<br>2.4% |
| Whitens teeth/removes stains | 10<br>3.9% |
| Minimizes/reduces gingivitis/keeps gums healthier | 9<br>3.5% |
| All mentions of Ultreo features (timer. Battery, charge length, etc.) | 72<br>28.2% |
| All other (Net) | 81<br>31.8% |
| Brushing/rotating brush cleans/cleans between teeth | 9<br>3.5% |
| More powerful | 3<br>1.2% |
| More high tech | 12<br>4.7% |
| Better (NFI) | 2<br>0.8% |
| Good product/seems effective | 1<br>0.4% |
| No harm to gums/dental work | 8<br>3.1% |
| Invented at U. Washington/By Sonicare people | 2<br>0.8% |

Ultreo Consumer Perception Survey      D$^2$ Research      #71-7-07      October, 2007

Table 10 Page 23
(Continued)


Q10/12/14/16:  How Ultreo works/How it is different/What ultrasound
does/What benefit is (Net Unduplicated Mentions)

|  | TOTAL |
|---|---|
| New | 5<br>2.0% |
| Looks good | 13<br>5.1% |
| All other | 41<br>16.1% |

Ultreo Consumer Perception Survey      D$^2$ Research      #71-7-07      October, 2007

Table 11 Page 24

Q17:  In what you read, do you recall them saying that Ultreo
provides a deep feeling of clean?

|  | TOTAL |
|---|---|
|  | ----- |
|  | 255 |
|  | 100.0 |
| Yes | 216 |
|  | 84.7% |
| No | 19 |
|  | 7.5% |
| Don't Know | 20 |
|  | 7.8% |

Ultreo Consumer Perception Survey    $D^2$ Research    #71-7-07    October, 2007

Table 12 Page 25

Q18:  Based on what you read, is there any benefit to the user of having a deep feeling of clean?

|  | TOTAL |
|---|---|
|  | ----- |
|  | 255 |
|  | 100.0 |
| Yes | 163 |
|  | 63.9% |
| No | 19 |
|  | 7.5% |
| Don't Know | 34 |
|  | 13.3% |

Ultreo Consumer Perception Survey    D$^2$ Research    #71-7-07    October, 2007

Table 13 Page 26

Q19:  What  is the benefit of a deep feeling of clean?

|  | TOTAL |
|---|---|
|  | ----- |
|  | 255 |
|  | 100.0 |
| SAID  THERE WAS BENEFIT IN Q. 15 | 192 |
|  | 75.3% |
| Teeth are clean/cleaner; Good/better oral health (Net) | 87 |
|  | 34.1% |
| Teeth are cleaner/whiter/better looking (subnet) | 26 |
|  | 10.2% |
| Cleaner teeth | 11 |
|  | 4.3% |
| Whiter teeth/fewer stains | 8 |
|  | 3.1% |
| Better cleaning | 7 |
|  | 2.7% |
| Less plaque | 5 |
|  | 2.0% |
| Teeth are clean (subnet) | 32 |
|  | 12.5% |
| Means it works | 1 |
|  | 0.4% |
| Removes plaque | 10 |
|  | 3.9% |
| Teeth are clean | 15 |
|  | 5.9% |
| If you feel clean you probably are | 2 |
|  | 0.8% |
| Maximum teeth cleaning | 1 |
|  | 0.4% |
| Deep cleaning between teeth and gum | 2 |
|  | 0.8% |
| Cleans gums | 2 |
|  | 0.8% |

Ultreo Consumer Perception Survey       D² Research       #71-7-07       October, 2007

Table 13 Page 27
(Continued)

Q19:  What is the benefit of a deep feeling of clean?

|  | TOTAL |
|---|---|
| Whitens teeth | 1<br>0.4% |
| Better oral health (subnet)<br>--------------------------- | 26<br>10.2% |
| Fewer cavities | 6<br>2.4% |
| Less gingivitis/gum disease | 13<br>5.1% |
| Better overall dental health | 12<br>4.7% |
| Good oral health (subnet)<br>------------------------ | 13<br>5.1% |
| Good oral health/good for teeth/gums | 6<br>2.4% |
| Gets rid of bacteria/disease | 4<br>1.6% |
| Decay free | 3<br>1.2% |
| Feeling of clean (Net)<br>========================= | 77<br>30.2% |
| Fresh breath/feeling of cleanliness (subnet)<br>-------------------------------------------- | 50<br>19.6% |
| Fresher breath/no concern about bad breath/more confidence | 19<br>7.5% |
| Feel good/better about yourself | 6<br>2.4% |
| Mouth feels fresh/clean/pleasant/refreshing | 21<br>8.2% |
| Teeth feel clean | 5<br>2.0% |
| Better feeling of clean (subnet)<br>-------------------------------- | 29<br>11.4% |
| Feeling of clean lasts longer | 6<br>2.4% |

Ultreo Consumer Perception Survey       D$^2$ Research       #71-7-07       October, 2007

Table 13 Page 28
(Continued)

Q19:  What is the benefit of a deep feeling of clean?

|  | TOTAL |
|---|---|
| Teeth feel better | 9<br>3.5% |
| Feel like you came from dentist | 7<br>2.7% |
| Teeth feel cleaner | 8<br>3.1% |
| All other | 19<br>7.5% |
| Don't know | 4<br>1.6% |

Ultreo Consumer Perception Survey      D$^2$ Research      #71-7-07      October, 2007

Table 14 Page 29

Q20:  How would you rate the advertising in terms of its ability to
make you interested in buying an Ultreo toothbrush?

|  | TOTAL |
|---|---|
|  | ----- |
|  | 255 |
|  | 100.0 |
| It made me very interested in buying one | 91 |
|  | 35.7% |
| It made me somewhat interested in buying one | 127 |
|  | 49.8% |
| It had no impact on my interest in buying one | 32 |
|  | 12.5% |
| It made me somewhat less interested in buying one | 5 |
|  | 2.0% |

Ultreo Consumer Perception Survey      D$^2$ Research      #71-7-07      October, 2007

Table 15 Page 30

Q21:  In what you read, do you recall them saying how much an Ultreo
toothbrush costs?

|  | TOTAL |
|---|---|
|  | ----- |
|  | 255 |
|  | 100.0 |
| Yes | 2 |
|  | 0.8% |
| No | 245 |
|  | 96.1% |
| Don't Know | 8 |
|  | 3.1% |

Ultreo Consumer Perception Survey      D$^2$ Research      #71-7-07      October, 2007

Table 16 Page 31

How Respondent Qualified

|  | TOTAL |
|---|---|
|  | ----- |
|  | 255 |
|  | 100.0 |
| Use power toothbrush | 125 |
|  | 49.0% |
| Very likely to consider buying power toothbrush | 35 |
|  | 13.7% |
| Somewhat likely to consider buying power toothbrush | 95 |
|  | 37.3% |

Ultreo Consumer Perception Survey      D$^2$ Research        #71-7-07      October, 2007

Table 17 Page 32

Respondent gender

|        | TOTAL |
|--------|-------|
|        | 255   |
|        | 100.0 |
| Male   | 113   |
|        | 44.3% |
| Female | 142   |
|        | 55.7% |

Ultreo Consumer Perception Survey      $D^2$ Research      #71-7-07      October, 2007

Table 18 Page 33


Respondent age

|  | TOTAL |
|---|---|
|  | ----- |
|  | 255 |
|  | 100.0 |
| 18 - 24 | 24 |
|  | 9.4% |
| 25 - 34 | 52 |
|  | 20.4% |
| 35 - 44 | 34 |
|  | 13.3% |
| 45 - 54 | 49 |
|  | 19.2% |
| 55 - 64 | 42 |
|  | 16.5% |
| 65 or older | 54 |
|  | 21.2% |

Ultreo Consumer Perception Survey     D$^2$ Research     #71-7-07     October, 2007

Table 19 Page 34

Respondent region

|  | TOTAL |
|---|---|
|  | ----- |
|  | 255 |
|  | 100.0 |
| East | 43 |
|  | 16.9% |
| Midwest | 72 |
|  | 28.2% |
| South | 82 |
|  | 32.2% |
| West | 58 |
|  | 22.7% |

Ultreo Consumer Perception Survey     D$^2$ Research     #71-7-07     October, 2007

Table 20 Page 35

Respondent education

|  | TOTAL |
|---|---|
|  | ----- |
|  | 255 |
|  | 100.0 |
| Less than high school graduate | 4 |
|  | 1.6% |
| High school graduate | 26 |
|  | 10.2% |
| Some college/Associate degree | 93 |
|  | 36.5% |
| College graduate | 55 |
|  | 21.6% |
| Graduate school or degree | 77 |
|  | 30.2% |

Ultreo Consumer Perception Survey    D$^2$ Research    #71-7-07    October, 2007

Table 21 Page 36

Respondent  household income

|  | TOTAL |
|---|---|
|  | ----- |
|  | 255 |
|  | 100.0 |
| Less than $25,000 | 1 |
|  | 0.4% |
| $25,000 - $39,999 | 3 |
|  | 1.2% |
| $40,000 - $74,999 | 26 |
|  | 10.2% |
| $75,000 - $99,999 | 71 |
|  | 27.8% |
| $100,000 - $149,999 | 77 |
|  | 30.2% |
| $150,000 or more | 77 |
|  | 30.2% |

**RESPONDENT VERBATIMS**

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 10:  Please describe how the Ultreo toothbrush works.

| ID # | Q. 10 Response |
|------|----------------|
| 100004 | Looks interesting |
| 100005 | Ultreo uses ultrasound as well as precise bristle placement to attack plaque in hard to reach places.  It infuses ultrasound energy into the bubbles. |
| 100006 | ultrasonic waves and power head |
| 100008 | It combines ultrasound wave technology with brushing |
| 100009 | vibrating brush action |
| 100010 | none |
| 100017 | cleans teeth and shuts off when recommended time for brushing is up |
| 100020 | The toothbrush uses a combination of vibration and sonic  waves to clean teeth. |
| 100021 | It uses microtubules and waveguide technology to provide a better cleaning and remove stains and plaque. |
| 100023 | the toothbrush is battery powered and it has an indicator that tells you when your battery is getting low. |
| 100027 | by using electrical power to orbit and produce ultrasonic waves |
| 100028 | It uses ultrasound waveguide to cleanse your teeth thoroughly and effectively, without harm done to dental work, teeth or gums. The sonic bristles effectively remove plaque within the first minute. The charge lasts up to 28 brushes, and warns you when it |
| 100029 | It works to clean deep down in the hard to reach areas. Makes an ultrasound like noise |
| 100030 | An electronic brush that emits bubbles which clean teeth. The effectiveness of the cleaning lasts a lengthy amount of time.  The brush is the work of scientists and other professionals from Washington University. |
| 100031 | the brush is activated by soundwaves that send out microbubbles to get to every crevice of your mouth. |
| 100032 | Sonic action and ultrasound were stated as the method this toothbrush uses to give a longer feeling of a clean mouth |
| 100034 | The Ultreo toothbrush works by using ultra waves to create small bubbles that enable you to get a better cleaning from your brushing.  It also alerts you periodically during the brushing cycle to areas you need to clean.  It automatically shuts off after |
| 100037 | power brush, shuts off in 2 minutes, signals when to change brushing areas, whitens. |
| 100038 | It uses microbubbles that help reduce plaque by 95% as well  as naturally whitening teeth within two weeks. It also has a 2  minute shut off feature which is the recommended brushing  time as well as a beep every 30 seconds to help equal  brushing all ove |
| 100042 | It's bristles create microbubbles using sound to clean your teeth |
| 100043 | By ultrasound waves and microbubbles |
| 100044 | ultra sound |
| 100046 | Electric toothbrush with timer |
| 100048 | By ultrasound waves |
| 100049 | supposed ultrasound waves make zillions of bubbles to somehow enhance the brushing. |
| 100050 | IT USES SONIC VIBRATIONS TO CLEAN YOUR TEETH |

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 10:  Please describe how the Ultreo toothbrush works.

| | |
|---|---|
| 100052 | deeper clean,  whiter teeth, beter gum health |
| 100053 | It ultrasonically cleans the teeth by getting tarter, etc. off. |
| 100055 | ultra sonic pulsing cleans better faster |
| 100056 | oltrasonic waves power tiny bubbles to clean teeth |
| 100058 | It is a battery charged power toothbrush |
| 100059 | quit rading everything after I found out that Ultre was manufactured by the same company that manufactured Sonicare which I had used for awhai and will now consider purchasing Ultreo |
| 100060 | ulta sonic |
| 100062 | tiny bubbles |
| 100065 | makes teeth whiter, helps the gums, bubbles clean upon contact with the teeth |
| 100066 | Microbubbles and sound waves are more efficient at  destroying plaque. |
| 100069 | It uses ultrasound energy to make little bubbles which help clean your teeth along with the brisltes. |
| 100070 | it makes your teeth clean. |
| 100072 | Ultrasound technology? I mostly scanned thru. |
| 100074 | A combination of ultrasonic waves and brush action. It has features for automatic shutoff, 30 second timing intervals, brush replacement awareness. |
| 100076 | with ultrasound technology |
| 100077 | I actually own what appears to be the predecessor of this toothbrush: the Sonicare electric toothbrush.  The only difference I can remember are the microbubbles and the feature of the brush turning itself off after 2 minutes, and the 30 second alarm. I wo |
| 100078 | Sonic Waves - two minute timer w/beeps every 30 seconds for accurate brushing time. |
| 100082 | ultra sonic vibrations,has a timeto let you know when you have brushed the proper amount of time |
| 100084 | has utlrasound technology that produces lots of littles bubbles that clean your teeth |
| 100092 | better bristles, sound waves |
| 100094 | I worked for an eye doctor and I know how well the ultra wave worked on glasses, so I fave always been wanting to try a toothbrush with it. I'm sure that they would work well |
| 100102 | ultrasonic |
| 100104 | It uses ultrasound technology (for microbubbles) to clean your teeth |
| 100106 | fast moving bristles with ultrasound waves enhances cleaning and minimizes gingivitis |
| 100107 | combines ultra sound and ? to form microbubbles that clean your teeth |
| 100111 | You push a button and it cleans you teeth |
| 100112 | It works by using ultrasound technology to create microbubbles |
| 100114 | uses ultra-sonic with regular mech. brushing to do the job |
| 100118 | It uses sound waves to clean your teeth. |
| 100119 | no opinion |

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 10: Please describe how the Ultreo toothbrush works.

| | |
|---|---|
| 100122 | I think it's great |
| 100123 | bush bristles and ultrasound technologies |
| 100124 | it uses a ultrasound at one end of the brush and the revovling heads to help clean. it has a timer for 2 mins. which dds's recommend to brush and it has a 30 sec timer to let you know to move onto the next area. |
| 100126 | With a combination of proprietary technology that creates microbubbles in a binary connection with the bristles to clean the teeth and gums in a more efficient way |
| 100128 | soic waves and brushing action clean and help keep teeth white,ridding teeth of plaque. Beeps after 2min for your time to stop brushing and every 30 sec for you to change brushing areas. you can buy new heads for the electric brush |
| 100131 | auto 2minute shut off. 30 second intervals. sonic waves. helps reduce gingivitus in 30 days. |
| 100132 | Uses sound waves |
| 100133 | na |
| 100135 | That it works through waves with the bubbles. |
| 100136 | batteries |
| 100137 | it cleans your teeth by vibration |
| 100140 | The brush produces waves of tiny bubbles which act as a dispersing agent of the toothpaste into all areas of the teeth and gums. The rotating brush works to effectively remove plaque in areas where other power brushes may not reach. |
| 100145 | The brushes rotary brushing action is enhanced with ultrasound |
| 100147 | ultrasound |
| 100148 | sonic pulses |
| 100149 | with ultrasonic waves |
| 100153 | ultrasound |
| 100154 | microbubbles break up the placque when you've used it in each quadrant for the 30 seconds recommended. |
| 100156 | sonic movement of the brush |
| 100158 | sonic powered microfoam cleans gums and teeth. |
| 100162 | Seems like an effective toothbrush.  I especially like the 30 second timers to ensure all 4 quadrants are being equally brushed. |
| 100165 | ultrasonic and high speed brush action removes plaque in first minute of brushing. Has many features most people do not need. I can tell when a brush needs to be replaced without an indicator signal. |
| 100166 | Uses a spinbrush to clean teeth and between teeth |
| 100167 | ultra sound and microbubbles |
| 100169 | uses sound waves in pulses to make bubbles which helps clean off plaque etc as well as moves the brush head to clean teeth in hard to reach places |
| 100179 | it produces microbubbles that deeply clean teeth |
| 100181 | uses ultra sound to create microbubbles to help clean |

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 10:  Please describe how the Ultreo toothbrush works.

I brush. I would be interested in trying out the Ultreo toothbrush.

| | |
|---|---|
| 100240 | it uses bubbles to clean |
| 100243 | really nice |
| 100246 | By  ultra sound |
| 100356 | The Ultreo works with ultrasound technology to help you brush better. |
| 100359 | Combines bubble production with ultrasound activation to clean teeth. |
| 100362 | Vigorous brushing combined with ultra-sonic waves to clean teeth |
| 100363 | Ultra sound activated bubbles |
| 100365 | gets in place that a regular toothbrush can't |
| 100367 | It channels ultrasound to the head of the toothbrush and has a coordinated vibration action of the bristles to clean better and deeper. |
| 100368 | by using ultrasonic vibrations to help clean teeth |
| 100370 | ultrasound wave guide, sonic bristles create microbubbles to clean teeth,gums... |
| 100371 | ultrasound |
| 100373 | It works by causing high frequency vibrations - 4 Million vibrations per cycle (Did you count them? I don't want to end up short)- to cause tooth paste to foam and to loosen plaque other debris, as well as whiten teeth within 2 weeks. |
| 100374 | It works by combingin circular brush strokes and sound waves. |
| 100375 | ultra sound waves and precicly tuned brushes clean better |
| 100376 | I have two.  One for me and one for my spouse. they are great, clean well and leave no feeling of anything on the teeth |
| 100377 | It appears to use a combination of brushing and ultrasound to clean teeth. |
| 100381 | It uses a combination of ultrasound and vibrating bristles.  The ultrasound waveguide technology is the new innovation which creates microbubbles, which supposedly (the ad does not say how) cleans the teeth better. |
| 100385 | with brushing and ultrasound. It is battery operated and has a built in timer to make you aware of quarterly intervals and the end o two minutes |
| 100388 | ultrasound |
| 100389 | Uses ultrasonic waves to create tiny bubbles which help scrub your teeth. |
| 100391 | Bristle movement and ultrasound waves |
| 100392 | creates wavelengths that activate bubbles that it also produces to clean better |
| 100397 | electric brushing |
| 100399 | Looks great. It moves to better clean your teeth |
| 100401 | Sounds interesting, but I already own one of the competition. |
| 100402 | It provides ultrasound waves that cleans hard to reach places |
| 100405 | it uses sonic care to clean your teeth |
| 100406 | ultra sound |
| 100409 | It works by using new cleaning technology to make brushing a more pleasant |

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 10: Please describe how the Ultreo toothbrush works.

| | |
|---|---|
| 100186 | it is an electronic toothbrush that cleans with the power of sonic waves and some new technology. It cleans in 40 second intervals to clean all parts of the mouth equally. |
| 100188 | This toothbrush combines sound waves with the electrically charged system to remove plaque, stains, food particles, etc. to clean teeth. |
| 100190 | Uses Power brushing plus ultrasound to clean teeth, sounds innovative! |
| 100193 | With Ultra sound bubbles.  It reduces plaque and germ , gum damaging problems better the standard electric brush.  It was invented in Washington State by the same people who brought us the Sonic Care Brush. |
| 100194 | bristles cause microbubbles, the ultrasound vibration causes the bubbles to both break (explode) and work into the 'hard to reach areas' effecting cleaning |
| 100199 | combines ultrasound waves with brushing |
| 100203 | using ultasound waves to help break down plaque and stimulate gums |
| 100204 | tells you when to move your brush to equally brush all areas of mouth, uses sonic waves, has a timer |
| 100205 | soundwaves create micro bubbles that stimulate hi speed cleaning action |
| 100209 | uses ultrasound technology and bubbles to better clean your teeth |
| 100210 | The Ultreo toothbrush works with ultrawave technology to better clean teeth. It also has an automatic shut off after the recommended 2 minutes with a replacement indicator for a new 'head.' In addition it has a 30 second indicator for each portion of your |
| 100213 | From reading this article it sounds like this is the next eveloution to oral cleaning by using sound waves to clean the teeth. |
| 100214 | It works using ultrasonic waves.  the waves cause millions of bubbles to form to clean teeth better than non-powered tooth brushes. |
| 100216 | it removes plaque within the 1st minute of brushing. |
| 100219 | that was way too much reading. I guess it uses micro bubbles and ultra waves to really clean teeth |
| 100220 | Multi pulus brushes |
| 100223 | With the ultra sonic bristle action bubbles are created to improve the cleaning action |
| 100224 | Combines ultrasound technology with the same technology as the sonicare toothbrush to create microbubbles which remove plaque more effectively. It alerts you every 30 seconds to switch parts of your mouth and shuts off automatically in 2 minutes. Lets you |
| 100225 | the ultra sound turns the paste to bubbles for better cleaning. beeps@30 sec intervals and shuts off at 2min. |
| 100228 | ultrasound technology to get at plaque, timers and alerts for changing areas of your mouth to brush and when the head needs to be replaced |
| 100230 | ultrasound and brush movement |
| 100231 | I have always used a regular toothbrush and not looked into this type, which I know there are many of the market, so do not know how it compares with the others on the market |
| 100234 | Does a better job brushing teeth which keeps the gum, healthier |
| 100237 | Combines ultra sound and sonic waves to clean the teeth |
| 100238 | The Ultreo toothbrush appears to be a revolution in electric toothbrushes. Its technology seems appealing to me, for I am concerned with getting my teeth cleaned very well when |

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 10:  Please describe how the Ultreo toothbrush works.

|  |  |
|---|---|
|  | experience. |
| 100413 | ultraSonic and what I think is also some sort of bristle  movement |
| 100415 | Combined Ultra sound bristle movement creating micro cleansing bubbles for deep reach cleaning. Several attractive features i.e. timed brushing, battery status, brush replacement sensor etc. |
| 100417 | Rechargeable batteries and sound waves, sonic care. |
| 100418 | I am impressed.  Many areas are covered, such as cleaning, ultrasound, new technology, credentials of those who have developed Ultreo, etc. |
| 100419 | It uses sound to vibrate the head of the brush |
| 100420 | Ultra sonic action 4 million strokes a minute. |
| 100422 | ultrasound waves create little bubbles that are guided by a  channel on the brush to clean teeth. |
| 100427 | pulse of ultrasound moving water and paste into and between teeth |
| 100428 | It is different then what is out there now.I would try it.It seems like the brush wold work faster then ost out there now. |
| 100429 | DON'T HAVE ANY OPINION |
| 100430 | adds sonic waves in addition to a powered head. |
| 100436 | microbubbles are created by ultrasonic power |
| 100437 | It uses rotating brushes as well as ultrasound to remove plaque from hard to reach places. |
| 300005 | It cleans all your teeth and has a timer to help devote minimum time to each area. |
| 300006 | works by ultrasound breaking up plaque |
| 300011 | It used ultrasound technology to create bubbles as well as  using moving bristles to clean gums and teeth. |
| 300013 | It uses a moving head in conjunction with sonic technology to remove plaque, surface stains and reduce gingivitis. |
| 300014 | The toothbrush combines ultrasound with bristles to create  bubbles that channel ultrasound energy to remove plaque  from teeth. |
| 300015 | A better cleaning |
| 300016 | Ultrasound action is nore effective |
| 300018 | Ultrasound technology breaks down the plaque and also has a bristle brush |
| 300024 | With the ease of moving my fingers, it seems, I can get a very thorough brushing every time I do my teeth. |
| 300025 | programmable |
| 300027 | The toothbrush cleans with up/down, horizontal and in between tooth movements.  Its brush is soft but solid to clean and protect gums and teeth.  The brush us long-term and doesn't require constant change. |
| 300028 | Uses ultrasound with the brushing action |
| 300029 | It brushes teeth and uses unltasound to create bubbles to help clean the teeth. |
| 300030 | electronically by sonic waves |

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 10:  Please describe how the Ultreo toothbrush works.

| | |
|---|---|
| 300032 | Uses ultrasound along with bristle cleaning to remove most plaque from hard to reach places |
| 300035 | sounds like it would work great.  Do you send a free one's out to people to try and then answer another survey on how it works? |
| 300038 | This toothbrush combines the benefits of ultra sonic technology and battery powered technology.  It has a 2 min self timer and will reduce gingivitis in 30 days. Naturally whitens teeth in fourteen days. |
| 300045 | Sonic power |
| 300046 | The toothbrush uses 'tuned' bristles to generate ultasonic energy which is transferred to microbubbles and channeled to reach the teeth, including hard to reach areas for two minutes (giving nerely 4,000,000 cycles of energy).  Indicators show battery cha |
| 300047 | It uses ultrasound waves to help remove plaque. |
| 300048 | ultrasound waves clean your teeth |
| 300051 | It will help clean your teeth, remove plaque, whiten your teeth and help prevent or reduce gingivitis.  It will also shut off after '2' minutes of use.  It sounds wondrous, and if I were to buy an electric toothbrush in the near future, this might be the |
| 300059 | ultreo works similarly to sonicare in that the bristles vibrate quickly to clean, however something else extra helps to clean more with bubbles. |
| 300060 | With brush and ultra sound |
| 300062 | with bubbles |
| 300064 | The details of the brush. I like it. |
| 300065 | sonic like |
| 300067 | looks like it would clean better than other brushes |
| 300069 | this sounds like a good way to get your teeth real clean, This toothbrush works just like going to the dentist to have your teeth cleaned and cost a whole lot less |
| 300070 | it tells you when the brush head has to be changed.  every 30 seconds it tells you to change its position in your mouth.  has a timer. |
| 300074 | Ultrasonic waves activate micro bubbles for a deeper, more long-lasting clean.  The bristles are more precise. |
| 300077 | using ultrasound to product microbubbles to clean around teeth. |
| 300078 | Uses ultrasound guidance to get in hard to reach places. Signals every 30 seconds so that the user can switch areas of brushing. Turns off after recommended brushing of 2 minutes. |
| 300079 | Ultrasonic wave technology |
| 300080 | microbubbles |
| 300081 | n/a |
| 300082 | Hard to remember with just one reading, but it sounds like something I would like to investigate. |
| 300086 | cleans with vibrations |
| 300090 | releases ultrasound bubbles which reduces gingativtis in 30 days |
| 300096 | It is a powered tootbrush that lathers up the toothpaste for optimal benefits. |

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 10: Please describe how the Ultreo toothbrush works.

300097   ultrasonic, makes lots of little bubbles

300102   rechargeable, battery run gives a timed brushing period of two minutes, with 30 second intervals alerts so that the four quarters of your mouth are brushed. Uses sound waves to help micro bubbles clean th teeth and massage the gums

300103   on ultrasound wavelengths

300105   ultrasound technology that works with bristles to create bubbles and help clean the teeth better

300106   ULTRASOUND TECHNOLOGY

300111   works by emitting ultrasoun waves, and creates tiny bublles, that get into small crevices

300112   spinning brush, wave-guided ultrasound form millions of tiny bubbles for thorough cleaning. Has 2 minute timer  with signals every 30 seconds.

300113   Creates lots of little bubbles and ultrasonically cleans your teeth.  Safe for everyday use.

300115   Uses ultrasound waves and microbristles to naturally whiten and clean teeth.

300116   dont know

300118   Ultrasonic wave bubble creation

300119   Ultreo is a power toothbrush that uses ultrasound-generated bubbles to clean the teeth. It has a unique wave channel directs sonic bubbles to hard-to-reach areas and scrub away plaque.  It leaves the teeth feeling cleaner than the average power toothbrus

300122   Uses ultrasound with the power brush.  It produces tiny bubbles with a force that pushes food particles from between teeth.  Also whitens teeth within 14 days.

300123   works with sonic waves/bristles,

300124   uses sonic technology to create microbubbles, which removes plaque

300125   sonic brush and ultrasound

300126   sonic tuned, microbubbles

300127   cleanses with power and bubbles (for lack of a better term) that cleanse the teeth and gums somewhat like an electric irigator.

300132   it cleans with ultrasound vibrations

300137   The brisles are directed by the ultrsound, making microbubbles that help clean the teeth and gums

300139   kinda high tech here but it cleans with sound waves not sure

300148   ultrsound technology, creates microbubbles, timing for equal brushing in all areas, 2 minute timer

300149   Ultra sound and wave technology.

300150    Brush is ultra sonic and power brush.  supposedly cleans teeth the first minute.  Made by the original sonicare producers.

300152   ultrasound waveguide, sonic bristles, indicates when to move your toothbrush in 30 second intervals, also indicates when to changes your brush heads.

300153   combination of brushing and ultrasound

300157   It uses ultrasonic action to create microbubbles to clean your  teeth

300160   looks like physical motion supplemented by high energy high frequency sound

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 10:  Please describe how the Ultreo toothbrush works.

| | |
|---|---|
| 300166 | ultra sound and sonic bristles |
| 300167 | It uses sound waves to clean your teeth better. |
| 300168 | the brushes clean your teeth |
| 300171 | brushes in cicular motion |
| 300172 | sonic waves create microbubbles |
| 300173 | Uses both rotating brushes and pulsating waves |
| 300174 | moves bristles really fast a spits out tiny bubbles to really  deep clean using ultrasound |
| 300175 | it creates bubbles with ultrasonic waves that help to clean your teeth |
| 300176 | dont know |
| 300178 | Ultra sound, 4 MHZ,  Vibrating Brush and Bubbles? |
| 300179 | tuned ultrasound waves |
| 300180 | this brush has a timer function to help you clean all areas of your teeth, a timer to know that you have brushed long enough, a light to tell you when to change the battery |
| 300182 | With brushing an especially with ultrasound. |
| 300188 | I uses ultrsonic waves and brush motion for 2 minutes ofcleaning showing when to move to other areas of your mouth. |
| 300261 | It sounds great, the timer for the best brush both in total and by quadrent is a great idea |
| 300265 | Ultrasonic waves similar to Sonicare |
| 300267 | creates microbubbles using ultrasonic technology to clean teeth |
| 300268 | ultrasound waves creating minute bubbles to access hard to reach areas. |
| 300271 | Ultreo generates sonic waves which stimulate tiny cleansing bubbles (and tooth paste) to clean the teeth and gums more precisely than other methods.  In addition, the instrument has signaling guides (change places, turn off) for more efficient brushing. |
| 300272 | uses sound and brushing |
| 300275 | It turns off when finished, it brushes teeth   and gums, it combines the features of Sonicare and some of its own. |
| 300276 | Ultrasonic sound waves and vibrations make the bristles  move super-fast and create little bubbles that make  brushing more ffective. |
| 300277 | Works with Ultrasound |
| 300278 | Combination of standard motorized brushing and ultrasonic cleaning via bristles and a waveguide |
| 300280 | not sure |
| 300282 | useses high frequency sound |
| 300284 | using ultrasound technology |
| 300288 | ultrasound plus special powered bristles |
| 300290 | Sonic waves and moving bristles. |
| 300291 | ultrasonic wave deep cleans |
| 300292 | Uses ultra sonic waves to invigorate action bubbles that provide precise cleaning. |

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 10:  Please describe how the Ultreo toothbrush works.

300293    Untrasound wave system.

300296    it works with ultrasound waves to clean you teth better; it runs for 2 minutes but gives you indicators every 30 seconds so you know to brush all areas equally

300297    brushes really fast to clean your teeth

300300    Ultrasonic waves and bristle technology

300301    It moves back and forth really quickly to clean inbetween teeth really good

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 12: In what way is Ultreo different?

| ID # | Q. 12 Response |
|------|----------------|
| 100004 | Ultrasonic and mechanical |
| 100005 | It seems like a much more focused toothbrush with better results that toothbrushes that use only one or the other technology. |
| 100006 | first to use power head and ultrasonic waves |
| 100008 | BECAUSE IT INCLUDES ULTRASOUND TECHNOLOGY |
| 100017 | the timer and battery life |
| 100020 | The combination of mechanical and sonic actions is what  seems to make it different |
| 100021 | The other ones don't have waveguide technology. |
| 100023 | by the battery indicator |
| 100027 | ultrasound, timed, and multiple use ability |
| 100028 | The ultrasound and sonic bristles. The replacement notification and charge reminder. Clinically proven |
| 100029 | The look |
| 100032 | I don't believe my present toothbrush was designed to use sonic action and ultrasound to clean my teeth |
| 100034 | The description of the ultra wave process seems much different to me.  I've never heard it described this way before from other power toothbrushes. |
| 100037 | Signaling when to change brushing areas, whitening of teeth, cleaning the gums, different brush technique. |
| 100038 | It actually helps the person regualte brushing times  according to dentist recommendations which helps with  keeping teeth and gums cleaner, whiter, and healthier |
| 100042 | The handle is programmable to more than one user nd actually tells you when it's time to replace the head. I love that it tells you how much power you have left. I'm constantly getting stuck with dead batteries! |
| 100043 | It removes 95% of plaque in the first minute by using ultrasound waves and microbubbles |
| 100044 | ultrasound |
| 100046 | It alternates its movements every 30 seconds |
| 100048 | Ultrasound waves are more powerful. |
| 100050 | NOT SURE |
| 100052 | brushes more effective, up anddownand sidewayscleans gumsandtongue |
| 100053 | It seems like the untrasonic method would do a better job of getting off the food or whatever is in your teeth. |
| 100055 | its better |
| 100056 | ultrasonic waves |
| 100058 | It uses modern technology to enhance and improve power brushing that others do not have. |
| 100059 | use o ultra sound - it gets into spaces that other brushes can't get into. |

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 12:  In what way is Ultreo different?

| | |
|---|---|
| 100060 | will clean better |
| 100062 | use of ultrasonics, plus extra convenience features |
| 100065 | it is programable |
| 100066 | It uses soundwaves to destroy plaque. Not sure how different  it is from Sonicare. |
| 100069 | How it makes the bubbles |
| 100070 | it is more powerful. |
| 100072 | Seems more technologically advanced, I guess. |
| 100074 | A few more features such as programmable brush replacement, 30 second timing. Looks like there may be more brush action than a standard ultrasonic, but not certain. |
| 100076 | ultrasound |
| 100077 | The sonic technology is what makes it different.  The advertisements didn't really discuss the sonic capabilities, but because I own the Sonicare I have researched it. |
| 100092 | sound waves, not just electronic motion |
| 100094 | ultra waves 2 min timer, 30 sec. beeper |
| 100102 | ultrasound |
| 100104 | More high-tech |
| 100106 | the sound waves |
| 100107 | I have never seen a toothbrush that uses ultrasound to help clean your teeth |
| 100111 | It uses ultrasonic frequencies of waves |
| 100112 | The fact that it uses ultrasound technology |
| 100114 | adds ultrasound to really do the job |
| 100118 | different type of brush head;; moves more rapidly, has a 2-minute timer so you get to all four quadrants of your teeth. |
| 100122 | ultra waves |
| 100123 | ultrasound combo |
| 100124 | The timers included |
| 100126 | I think it the inroduction of the microbubble sytem of the Ultreo that makes it a professed different product ready for public use. |
| 100128 | not disposable, beeps every 30seconds and again at2 min |
| 100131 | timers. |
| 100135 | More technology |
| 100137 | idk |
| 100140 | It wounds like it is more effective in brushing 'around' teeth and gums - the hard to reach places. |
| 100145 | The ultrtasound, the timer |
| 100147 | The sound waves |
| 100149 | sound waves |

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 12:  In what way is Ultreo different?

| | |
|---|---|
| 100153 | special ultrasound technology |
| 100154 | somehow it creates microbubbles which must be better than ordinary bubbles. |
| 100158 | the foaming action cleans, removes stains and prevents gum disease. Holds a charge up to 28 brushings, battery charge light can be programmed for two brushes, lets you know when new brushes are needed. |
| 100162 | 30 second beeps for equal brushing of all quadrants. Battery power seems to be longer |
| 100165 | All the extra features and sensors are a step above most brushes. |
| 100167 | Supposedly it uses 'microbubbles.' |
| 100169 | if it really does, it uses the waves to help clean teeth as well and move the brissles |
| 100179 | it is more advanced |
| 100188 | The combination of the sound waves and ultrasonic pulsations create a whole new concept. |
| 100190 | Waveguide action & Ultrasound |
| 100193 | The ultra sound, the product telling you when its time to replace the head. |
| 100199 | ultrasound waves |
| 100203 | the ultra sound system |
| 100205 | that it utilizes microwaves and is programable, auto shut-off and can be used by more than one person |
| 100209 | uses ultrasounds - beeps after 2 minutes and every 30 seconds - tells you when to replace your brush |
| 100213 | The sound waves in the performance of the power tooth brush. |
| 100214 | The ultrasonics for one.  The 'replace head' feature I believe is different as well as the automatic shut off after two minutes. |
| 100219 | I have never heard of a toothbrush using micro bubbles and what was it? sonic waves |
| 100220 | The color |
| 100223 | see comment before |
| 100224 | The ultrasound technology. |
| 100225 | ultra sound for cleaning. timing sounds to help you know when to move to other areas of mouth |
| 100230 | if the ultrasound waves are reeal, then its different in that way |
| 100234 | stronger more powerfull |
| 100237 | I don't think the others operate that way, but I have never used one |
| 100238 | It uses supersonic technology, which could be the future of electric toothbrushes. |
| 100243 | works better, more technology |
| 100246 | Using ultra sound. The handle when ro change the head. Battery telling how much charge |
| 100356 | The fact that it uses ultrasonic technology |
| 100359 | the ultrasound emanation seems different. |

Q. 12  Page 3

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 12: In what way is Ultreo different?

| | |
|---|---|
| 100362 | Ultra-sonic waves |
| 100363 | combines ultra sound with tuned bristles |
| 100365 | better design |
| 100367 | It uses ultrasound. |
| 100368 | it uses higher-frequency vibrations (ultrasonic) |
| 100370 | it's the only brush to combine ultrasound wave guide and sonic bristles |
| 100371 | 4 million |
| 100373 | The ultra-sonic vibrations |
| 100374 | use of sound waves |
| 100375 | ultra sound |
| 100376 | Uses ultra sound as well as mechinical cleaning. |
| 100377 | The use of ultrasound. |
| 100381 | Tells you when to replace brush Tells you when 30 seconds are up so that you can switch areas of brushing Puts a measurable amount of ultrasound into your mouth instead of just vibrating bristles, which put less ultrasonic energy into the mouth |
| 100385 | The use of ultra sound and timers |
| 100391 | ultrasound waves |
| 100397 | it tells you when it needs to recharged |
| 100399 | It rotates as well moves up aNd down |
| 100401 | Ultrasound drive? Good design. |
| 100402 | it provides ultrasound waves |
| 100409 | It is different colors and has a swirl sort of action in the center for better cleaning power |
| 100413 | It combines ultrasonic and mechanical bristle movement |
| 100415 | Ultra sonic feature primarily, other features may or may not be duplicated by other brands. |
| 100417 | Sound waves |
| 100418 | 2 minute bruss cycle, buzzer that directs you to next portion of your teeth to be cleaned. |
| 100419 | it makes bubbles out of sound |
| 100420 | ultra sonic action |
| 100427 | rather than using brushes as only source of cleaning, it combines brushes and water pulses |
| 100428 | It sounds like itr works,moves,and brushes faster then all that is on the market now. |
| 100429 | IT IS POWER BASED |
| 100430 | ultra sound and indicator for brush head change. |
| 100436 | ultrasonic |
| 300005 | Has a timer |
| 300006 | more features, good looking, ultrasound technology |

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 12: In what way is Ultreo different?

| | |
|---|---|
| 300011 | I've never seen a power toothbrush that uses ultrasound to create bubbles to clean. |
| 300013 | Its sonic technology makes it more effective than other power toothbrushes. |
| 300014 | Most power toothbrush just use mechanical energy from the movement of the bristles to remove plaque, basically just eliminating the requirement that the brusher move her hand! |
| 300015 | Cleaning plaque |
| 300016 | Combinartion of ultra sound motion and special bristles |
| 300018 | ultrasound technolgy |
| 300025 | programmable |
| 300027 | As previously noted - makes and leaves teeth cleaner with less expertise required. |
| 300028 | uses balanced ultrasound |
| 300029 | The bubble action. |
| 300030 | it has the programmable features and it also help whiten your teeth |
| 300032 | uses ultrasound waves to clean |
| 300035 | not sure until I receive one try and then I can rate it. |
| 300038 | First to combine ultra sonic technology in a battery powered toothbrush. |
| 300045 | reduces gingivitis,cleans better |
| 300048 | ultrasound waves |
| 300051 | The way that it shuts off in '2' minutes. |
| 300060 | I am not sure that others work with both |
| 300065 | tells when brushes are ready to be changed sensors for brushing seems very modern |
| 300067 | better cleaning |
| 300069 | like I said it is like going to the dentist and getting your theet cleaned |
| 300070 | lets you know when the brush head needs replacing |
| 300074 | Using sonic |
| 300077 | because of the ultrasound principle |
| 300078 | Uses ultrasound to guide the brusher, uses alarms to help with better brushing. |
| 300079 | Creates bubbles |
| 300081 | sound wave |
| 300082 | I like the fact that it has a timer. I never know if I have Brushed my teeth long enough. |
| 300086 | shuts off after 2 mins |
| 300090 | ultrasound bubbles |
| 300096 | new concept |
| 300097 | doesn't sound like you have to use toothpaste, cleans teath better than regular toothbrushes, gets rid of plaque better |
| 300102 | No other toothbrush I know of employs the sonic concept, or the timing feature |

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 12:  In what way is Ultreo different?

| | |
|---|---|
| 300112 | wave guided ultra sound action. |
| 300113 | Has many more features then just a normal power toothbrush.  It creats lots of bubbles. |
| 300115 | It seems like it is a toothbrush that goes to the next level.  It seems like it would be a much better cleaning for your teeth every day |
| 300118 | Bubble creation and speed |
| 300119 | Ultreo uses sonic bubbles and has a unique wave channel to direct the bubbles. |
| 300122 | The bubbles that help to better clean teeth and the ultrasound that breaks up the particles. |
| 300123 | sonic wave technology |
| 300124 | microbubbles are different |
| 300125 | ultrasound |
| 300127 | provides more action with the paste and water used. |
| 300132 | it uses ultrasound |
| 300137 | the brisles are directed to that the teeth get a cleaner cleaning |
| 300139 | cleans better |
| 300148 | timer and microbubbles |
| 300149 | Faster,cleaner, removes hard to reach plaque. Removes stains quicker, helps reduce gingivitis, but its safe and gentle. |
| 300152 | everything about it |
| 300153 | ultrasound |
| 300157 | Its the first power toothbrush to use ultrasonic wave  technology - and it has other first time features like the 30  second notification |
| 300160 | use of sound |
| 300166 | first to use ultra sound |
| 300167 | Using the new techonogy like sound waves. |
| 300168 | na |
| 300173 | It has both features.   Other brushes only have one or the other, not both. |
| 300175 | the bubble making part |
| 300176 | it looks better and more inventive |
| 300178 | Higher frequency than Sonic and uses a wave guide to broadcast HF |
| 300179 | the wavelenth is narower |
| 300182 | It has ultrasound and timers |
| 300188 | The Ultrsonic waves |
| 300261 | the timers, and the two pronged ultrasonic technology |
| 300267 | The description seems to cover all areas that others don't, like the cleaning power, plus whitening, plus speed. |
| 300268 | use of ultrasound. |

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 12:  In what way is Ultreo different?

| | |
|---|---|
| 300271 | The power is not in the rotary and oscillating motion but in the motion generated by ultra sonic waves working with the dentifrice. |
| 300272 | use of sound |
| 300275 | It is more  advanced incorporating the  features  of all toothbrushes |
| 300276 | The sound waves are different. The rest sounds like Sonicare. |
| 300278 | The direct use of ultrasonic cleaning.  Also offers the whitening of teeth via the improved cleaning. |
| 300282 | useses sound |
| 300284 | it is more high tech |
| 300290 | Expensive |
| 300291 | the technology |
| 300293 | It doesn't appear, to my knowledge, that other power brushes have timers, and all the features this one does in addition to the brushing system itself. |
| 300296 | i don't think any use ultrasound |

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 14:  What does the ultrasound do?

| ID # | Q. 14 Response |
|------|----------------|
| 100004 | pulsates food and microbes from teeth. Stimulates gums. |
| 100005 | ultrasound uses sound energy to break down the plaque on teeth. |
| 100006 | creates micro bubbles |
| 100008 | NA |
| 100009 | uses sound waves to vibrate and clean teeth |
| 100010 | not sure |
| 100017 | don't recall |
| 100020 | i believe sound waves transmitted by the device cause  vibrations that loosen food particles and plaque. I'm not  certain what effect sound waves will have on my mouth,  and other parts of the skull, brain, etc. I would need to  know the frequency levels |
| 100023 | i cannot recall |
| 100027 | creates micro bubbles that assist in cleansing the tooth surface |
| 100028 | it emits millions of ultrasound waves into the bubbles as your brushing for a thorough clean. |
| 100029 | i can't remember. I think the sound and motions |
| 100030 | Ultrasound is a force which works through the bubbles on the brush to achieve a thorough cleansing of the teeth. |
| 100031 | Sends out microbubbles |
| 100032 | I'm really not sure but I think it is using soundwaves |
| 100034 | Creates the tiny bubbles that gives your mouth extra cleaning. |
| 100037 | Cleans gums and whitens teeth. |
| 100038 | It creates micro bubbles that clean at 4 million rotations |
| 100042 | Combined with the bubbles it helps to break apart plaque. |
| 100043 | use ultrasound waves to help remove plaque |
| 100044 | not sure |
| 100046 | Not sure |
| 100048 | I am not sure |
| 100049 | they said 'charge the bubbles' |
| 100050 | NOT SURE |
| 100052 | yes ultrasound  does a better cleaning because it stimple the gums |
| 100053 | vibrates the tartar off. |
| 100055 | pulses to clean deeper |
| 100056 | moves things around |
| 100058 | It improves the brushing technique |
| 100059 | covers more space and is unintrusive |

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 14: What does the ultrasound do?

| | |
|---|---|
| 100060 | knocks off the tartar |
| 100062 | highly activated motion |
| 100065 | can not really explain |
| 100066 | Uses soundwaves to reach deeper and destroy plaque. |
| 100069 | It makes bubbles at high speed that help to brush and get in small spaces where your brisles cant |
| 100070 | n/a |
| 100072 | xx ne |
| 100074 | Uses sound waves to loosen plaque and stain-causing materials. |
| 100076 | it is a way of locating or seeing things with sound |
| 100077 | I think I've already described this in an earlier response. |
| 100082 | vibrates |
| 100084 | sends little waves and bubbles that help clean the teeth |
| 100092 | can break up solid particles |
| 100094 | breaks up the plaque and make tiny bubbles |
| 100102 | i dont know |
| 100104 | makes microbubbles to help clean teeth |
| 100106 | provides better cleaning of the teeth and plaque |
| 100107 | it helps to power away stains and make your teeth feel remarkably clean |
| 100111 | It's a toothbrush, what do you think it does? |
| 100112 | Creates microbubbles for a better clean |
| 100114 | creates thousands of micro bubbles to clean |
| 100118 | It makes tiny bubbles which clean and whiten your teeth. |
| 100122 | great |
| 100123 | makes bubbles work harder on removing plaque |
| 100124 | Ultrasound uses a sound wave a high frequencies that abrade the surface to help remove particles stuck there. |
| 100126 | Ultrasound creates the bubbles necessary for the system to be the next step in tooth and gum cleaning technology. |
| 100128 | deep cleans and creates bubbles to help clean teeth |
| 100132 | Uses sound wave to help clean teeth. |
| 100135 | Send waves through the bubbles |
| 100136 | ultra clean |
| 100137 | clean your teeth |
| 100140 | It works to intensify the scrubbing action of the brush. |
| 100145 | I suppose it helps to clean teeth |

Q. 14   Page 2

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 14:  What does the ultrasound do?

| | |
|---|---|
| 100147 | breaks up tooth plaque for a fresh clean feel |
| 100148 | uses sound waves to clean teeth |
| 100149 | sprays off the gunk |
| 100153 | not really sure |
| 100154 | fills these microbubbles with action that removes placque. |
| 100156 | cleans and whitens teeth.  creates intervals for even cleaning |
| 100162 | I believe that it removes plaque from beneath the gumline appx 1 mm |
| 100165 | Intense high frequency sound wave vibrate the plaque off teeth. The dentists use ultrasound to clean dentures when regular cleanings are scheduled. |
| 100166 | sensitive sound or imaging |
| 100167 | It uses an inaudible frequency to clean. |
| 100169 | it makes the bubbles and helps to break up the plaque on teeth better |
| 100179 | not sure |
| 100181 | removes up to 95% of plaque |
| 100188 | Helps to loosen plaque, stains, etc. |
| 100190 | Creates micro bubbles to help deep clean faster |
| 100193 | The effects of the ulltrasounds have proven to have longer lasting and better results on the over all health of test patients teeth over a period of time compared to the standard electric brush. Improve gum health, remove deep plaque etc. |
| 100194 | they work the bubbles into areas and explode the bubbles |
| 100199 | sends vibrations through the brush for a better cleaning |
| 100203 | creates a better system of gum massage & cleaning |
| 100205 | causes the brush to vibrate at a hi-speed |
| 100209 | sends waves to bubbles |
| 100210 | I didn't quite take interest in what ultrasound really does because I thought it was a lot of fluff to make the consumer buy the product. |
| 100213 | Creates a vibration to the area. |
| 100214 | Please see the answer to the first question. |
| 100216 | i can't remember |
| 100223 | creates bubbles |
| 100224 | creates microbubbles to genlty remove plaque from the teeth |
| 100225 | turnstoothpaste into bubbles for better, deeper cleaning |
| 100228 | breaks up plaque |
| 100230 | charges the bubbles with energy |
| 100231 | Don't really understand what it does |
| 100234 | uses sound technology |

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 14:  What does the ultrasound do?

| | |
|---|---|
| 100237 | Am  not sure |
| 100238 | The ultrasound technology creates microbubbles that quickly brush away plaque from the teeth. |
| 100240 | i dont really know |
| 100243 | dont rememeber |
| 100246 | Cleans teeht by wave. |
| 100356 | Helps shoot water, etc. between teeth to clean them better. |
| 100359 | Activates the bubbles as part of the cleaning mechanism. |
| 100362 | Helps break up plaque to clean teeth |
| 100363 | cleans plaque, activates the bristles and the bubbles |
| 100365 | does a better job |
| 100367 | From what I understand, ultra sound is a way to vibrate the soil, or in this case, plaque loose from the surface. |
| 100368 | it vibrates the 'sonic bristles' and somehow induces ultrasonic energy into the bubbles. Exactly how/why is unclear. |
| 100370 | ultrasound waves create many small but powerful waves to clean teeth |
| 100371 | whitens teeth naturally |
| 100373 | It causes the tooth paste to foam and loosens and lifts plaque, etc. |
| 100374 | causes vibrations that loosen plaque and other particles in the gums. |
| 100375 | clean tough to reach areas better in the first minute |
| 100376 | IT used sound waves to clean the teeth |
| 100377 | High frequency vibrations weaken the adhesion of particles and plaque on the teeth making it easier to brush or rinse them away.  The same method, albeit much simpler, that is use by my dental technician to clean my teeth. |
| 100381 | Ultrasound is high frequency sound waves (above 20,000 Hz).  If it is emitted at high enough energy levels, it will cause cavitation on a small scale, which means that small bubbles will be formed.  How these bubbles clean your teeth better, though, is no |
| 100385 | Deep cleans |
| 100388 | ?? |
| 100389 | Creates tiny bubbles to scrub your teeth |
| 100391 | not sure |
| 100392 | activates the bubbles for a better clean |
| 100397 | gets rid of the plaque |
| 100399 | Moves up And down to clean teeth |
| 100401 | Vibrates the bristles faster. |
| 100402 | it's sound waves |
| 100405 | cleans  your teeth |
| 100406 | cleans  your teeth |

Q. 14  Page 4

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 14:  What does the ultrasound do?

| | |
|---|---|
| 100409 | It allows a smoother, more relaxing & accurate cleaning of your teeth. |
| 100413 | makes bubbles |
| 100415 | In the case of this device it creates micro bubbles that promote deep hard ot reach areas for better plaque removal. |
| 100417 | creates microbubbles for better cleaning |
| 100418 | deeper and more thorough cleaning. |
| 100419 | makes bubbles |
| 100420 | makes millions of tiny bubbles |
| 100422 | createds sound waves which have energy to vibate plaque  off teeth. |
| 100427 | creates pressure waves |
| 100428 | It breaks the plaque down with pulsing,rather then brushing. |
| 100430 | makes bubbles that clean deeper. |
| 100436 | they are sound vibrations |
| 100437 | It helps to remove plaque. |
| 300005 | Adds an extra dimension to the cleaning by dislodging some particles. |
| 300006 | it creates sound waves that breaks up objects |
| 300011 | I believe it's waves create the bubbles that help clean your  mouth. |
| 300014 | The ultrasound energizes the bubbles with sound energy to  knock plaque off teeth. |
| 300015 | Makes bubbles |
| 300016 | Cleans Better |
| 300018 | i do not recall |
| 300024 | screams at the scum on my teeth in a very secret manner we mortals cannot comprehend, yet makes the scum depart from me choppers in a nano-second or two. |
| 300025 | vibrate plaque |
| 300027 | Cleans and protects with less stress on your teeth and gumms. It breaks the ... between and around your teeth.  Your gums can be cleaner and strengthed too. |
| 300028 | creates bubbles that inhance the cleaning action |
| 300029 | Uses sound waves to create resonance. |
| 300030 | i'm not sure |
| 300032 | uses sound vibratation to clean plaque ususlly in the first minute of brushing |
| 300035 | deep cleaning, I would think, if I could receive a free one to try. |
| 300038 | Produces millions of microscopice bubbles than clean teeth. |
| 300045 | cleans better |
| 300046 | Causes very fast vibrations to break up plaque on the teath. |
| 300047 | Loosens plaque |
| 300048 | cleans your teeth |

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 14:  What does the ultrasound do?

300051   I don't remember what it does exactly, maybe predict a problem with your teeth, that might be arising in the future.

300059   helpss to improve cleaning power of brush

300060   I am not really sure

300062   channels the energy somehow

300065   can't remember

300067   I have no idea

300069   breaks down particles on your teeth

300070   cleans your teeth better

300074   Activates microbubbles

300077   produces microbubbles

300078   Guides the user and brush for a better clean.

300079   ultasound pushes waves of signal

300080   creates the bubbles

300081   nothing

300082   I have no idea.

300090   make bubbles

300097   makes thousands of little bubbles that get in between teeth better than regular tooth brushes

300102   it helps in the cleaning process along with the tiny bubbles to loosen the plaque, and by massaging the gums

300103   i don't know

300105   creates bubbles

300106   LOOSEN FOOD PARTICLES AND STAINS

300111   ??

300112   forms millions of tiny bubbles for cleaning

300113   It vibrates the brush against your teeth very quickly.

300115   The ultrasound works with the bristles to create microbubbles that get an even more intense clean.

300116   quite

300118   Creates bubbles

300119   The ultrasound creates waves that create bubbles that scrub away plaque and surface stains.

300122   Breaks up food particles between teeth and helps to whiten teeth.

300123   vibrates and makes bubbles

300124   creates millons of bubbles

300125   wave bombardment

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 14: What does the ultrasound do?

| | |
|---|---|
| 300126 | creates microbubbles |
| 300127 | ultrasound is supposed to detect material that is within the gums and teeth that are not visible to the naked eye. |
| 300132 | seds off 4000000 vibrations per cycle |
| 300137 | directs the brisles to make microbubbles so that the teeth get a better cleaning |
| 300139 | not sure |
| 300148 | cleans deeper |
| 300149 | The use of sound will vibrate the particles of food and plaque until it is loose and easily removed. |
| 300150 | creates bubbles and movement to clean the teeth |
| 300152 | creates bubbles |
| 300153 | loosens particles |
| 300157 | it creates microbubbles |
| 300160 | extreme frequency produces bubbles and cleaning force |
| 300166 | generates ultrasonic bubbles |
| 300167 | It is suppose to clean your teeth better, break up the plaque.  and clean deeper than other electric toothbrushes. |
| 300172 | create vibrations |
| 300173 | Massages the gums as well as helps cleaning process |
| 300174 | don't remember. Breaks up plaque? |
| 300175 | create bubbles |
| 300176 | gets into your teeth really deep |
| 300178 | claims gentle thorough cleaning. |
| 300179 | a short wavelenth that is above the range of human ears to detect |
| 300180 | not sure |
| 300182 | Loosens food and placque |
| 300188 | I helps break up plaque |
| 300261 | losen plaque |
| 300265 | Creates bubbles |
| 300267 | creates microbubbles that reach into more spaces in teeth |
| 300268 | creates waves which force solution into hard to reach areas. |
| 300271 | Beyond the range of human hearing (will it affect my animals?)ultrasound is wave motion which moves through the air just like more familiar--heard--sound waves.  The ultrasound in the Ultreo makes the water and dentifrice move into tiny spaces to clean th |
| 300272 | creates microbubbles |
| 300275 | It cleans  better |
| 300276 | It creates microbubbles that help clean your teeth better. |

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 14:  What does the ultrasound do?

300277    moves fast

300278    Another form of claning - high frequrency sound and vibration aids in cleaning

300280    not sure

300282    cleans

300284    i don't know

300288    makes bubbles

300290    Blah Blah marketing term etc.

300291    vibrates plac and tarter away

300292    Creates action bubbles.

300293    It loosens the debris through the action of sound waves.

300296    moves the bristles

300297    helps clean teeth

300300    Not sure

300301    uses ultra sonic technoligy to clean teeth