# Exhibit A, Part 3

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 16:  What is the benefit of the ultrasound?

| ID # | Q. 16 Response |
|---|---|
| 100004 | A new way to effectivly brush. |
| 100005 | Ultrasound assists in the breakdown of plaque which is then easily caught by the bristles of the brush. |
| 100006 | loosens plaque faster |
| 100008 | NA |
| 100009 | cleaner teeth longer lasting brush heads |
| 100017 | shuts off when recommended brushing time is up |
| 100020 | As an adjunct to regular  brushing or mechanically  augmented brushing activities, ultrasound should only prove  additionally beneficial, unless of course, there is some adverse impact of the sonic vibrations (frequency) on other  tissue in the head and |
| 100027 | far superior cleaning of tooth surfaces |
| 100028 | It cleans better than other toothbrushes and effectively removes plaque. |
| 100029 | The feel and the bubbles |
| 100030 | Strength in directing the use of the bristles and the bubbles. |
| 100031 | gets to every crevice of your teeth |
| 100032 | Supposedly does a better job to combat gingivitis, remove plaque. |
| 100034 | cleaning is better due to the millions of tiny bubbles. |
| 100037 | Deeper cleaning. |
| 100038 | It provides a deeper cleaning |
| 100042 | The ultra sound is gentler to your teeth, gums and dental work because it's not as harsh as bristles can be. |
| 100043 | helps remove plaque |
| 100046 | better cleaning |
| 100048 | It helps decrease gum disease - ginivitis |
| 100050 | CLEANS TEETH BETTER |
| 100052 | fights  gum  disease  such  as  gingitivis |
| 100053 | By getting a better clean |
| 100055 | cleaner teeth and gums faster |
| 100058 | Provides a deeper cleaning |
| 100059 | as said before its gets into other spaces therefore doing a more thorough job |
| 100060 | cleans better then a manuel brush |
| 100062 | more power than brushing alone |
| 100065 | teeth are whiter and helps prevent gum disease |
| 100066 | Prevents gum disease, destroys plaque. |
| 100069 | Faster, cleaner teeth, gets in tight places |

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 16: What is the benefit of the ultrasound?

| | |
|---|---|
| 100070 | teeth cleaned |
| 100072 | Cleaner, healthier teeth |
| 100074 | Adds a 2nd physical cleaning method beyond just standard bristle brushing. |
| 100076 | better cleaning |
| 100077 | I cleans your teeth better but isn't harsh on your teeth. It removes 90% of plaque within the first minute of brushing. It's been proven to be effective in preventing gingivitus. |
| 100082 | deep cleans teeth, helping to remove stains and help gums |
| 100084 | cleans better |
| 100092 | cleaner teeth |
| 100094 | it will clean in places that the brushes can't reach |
| 100102 | ?? |
| 100104 | cleaner, whiter, more healthy teeth and gums |
| 100106 | cleaner teeth, less plaque build up, less chance of gingivitis |
| 100107 | it helps power stains away and helps reverse gingivitis |
| 100111 | cleans their teeth |
| 100112 | To clean stains |
| 100114 | cleans as never befor |
| 100118 | It does a much more thorough cleaning than a regular brush. |
| 100123 | gnetle way to remove tough plaque |
| 100126 | I believe that the claim was that up to 2 weeks after starting use with the product, the user will see a noticable difference in teeth coloring and less plaque and tartar. |
| 100128 | clean teeth, less plaque and whiter teeth. |
| 100132 | Cleans teeth better |
| 100137 | keeps your teeth cleaner |
| 100140 | It allows the brush to remove plaque more readily; as well as reach into crevices or areas other brushes may not. |
| 100147 | cleans better |
| 100149 | cleans teeth and gums better |
| 100154 | it makes the bubbles get rid of the placque |
| 100156 | cleaner whiter teeth |
| 100162 | cleans teeth more efficiently than traditional toothbrushing, and possible even more so than competing electric toothbrushes |
| 100165 | The brush works and cleans your teeth. |
| 100166 | cleaner teeth and gums |
| 100167 | It loosens bacteria and debris. |
| 100169 | helps clean the teeth more than traditional and electric brushes |

Q. 16  Page 2

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 16:  What is the benefit of the ultrasound?

100188   Most of the current electric toothbrushes clean better than manual ones but this one proposes to clean plaque deeper and remove stains.

100190   removes more plaque

100193   Improve gingervites. (bad gums) Removed deep down plaque. Controlled tarter build up.

100199   better cleaning for healthier teeth and gums

100203   a deeper, more thorough cleaning of surfaces

100205   cleans better and produces whiter teeth in 30 days

100209   helps clean your teeth better, but i'm not sure if i understand why - other than the bubbles

100214   Cleans teeth better.  Bubbles are what makes cleaning possible such as soap bubbles, laundry detergent bubbles, etc.  The ultrasound creates bubbles to achieve better tooth brushing results.

100216   i'm not sure as i can't remember

100224   cleaner, whiter, healthier teeth.

100225   deeper cleaning

100228   helps you brush all parts of mouth equally, lets you know how long to brush in total, lets you know when to change the head, whitens teeth, gets hard to reach areas and stops gingivitis

100230   removes 95% of plaque in harder to reach places

100234   cleanner gum & teeth

100237   Don't really know

100238   It has a timer on it, and lets you know when the battery needs to be recharged. It also lets you know when the brush head needs to be changed.

100240   cleans better

100243   n/a

100246   It covers more area.

100362   Cleaner teeth

100363   clean plaque better, help reduce gingivitis

100365   does a better job

100367   I though I answered that. It loosens the plaque from the tooth surfaces to be washed away.

100370   cleaner teeth, gums dislodging plaque and food

100371   2 minute timer, 30 second intervales

100373   It does a better job of cleaning

100375   cleans better

100376   Deep cleaning, gets into 'pockets'.

100381   Cleans more plaque from the teeth is the claim

100385   It cleans where the brush alone can't, doen between the teeth and gums

100389   Cleans your teeth better

Q. 16   Page 3

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 16: What is the benefit of the ultrasound?

| | |
|---|---|
| 100391 | cleans faster and better |
| 100392 | Whitens teeth |
| 100397 | rid of plaque |
| 100399 | It cleans teeth |
| 100401 | Cleans teeth better - supposed to beat the competition. |
| 100402 | it gets rid of plaque better than other toothbrushes and it cleans hard to reach places. |
| 100413 | clean teeth |
| 100415 | I have answered this question several times, better cleaning ability plus added features i.e. battery condition, brush condition, brushing timer etc. |
| 100417 | cleaner teeth |
| 100418 | better cleaning |
| 100422 | plaque should be removed easier than mechanical methods  such as brushing |
| 100427 | deeper cleaning where brush heads may not reach |
| 100428 | Your not brushing the gums as hard as before. |
| 100430 | deeper cleaning |
| 100436 | long lasting clean feeling |
| 100437 | It can help remove most plaque and reduce gingivitis. |
| 300005 | dislodges some particles not easily reached with the brush. |
| 300006 | less impact, same performance |
| 300014 | It removes plaque, reduces gingivitis, helps whiten teeth by  removing stains |
| 300015 | Better over all cleaning |
| 300016 | Good and complete tooth care |
| 300018 | better cleaning, whiter teeth |
| 300025 | less pressure |
| 300027 | As previously stated. |
| 300029 | Creates a cleaner atmosphere for the teeth. |
| 300032 | sound vibration loosens plaque and food particles |
| 300038 | Teeth are cleaner faster and more effeciently |
| 300045 | cleans better |
| 300046 | Destroys plaque better than hand brushing, also treats gingivitis. |
| 300047 | Helps to remove more plaque than a regular toothbrush |
| 300051 | Preventive dental care. |
| 300059 | cleans faster than other types of power toothbrush |
| 300060 | It does a better job. |
| 300062 | supposedly it uses new technology |

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 16: What is the benefit of the ultrasound?

| | |
|---|---|
| 300067 | more advanced |
| 300069 | non-invasive cleaning process |
| 300070 | cleaner teeth |
| 300074 | better clean |
| 300077 | Cleans teeth. aids gums, whittens teeth. |
| 300078 | Better cleaning, removes 95% of plaque, reduces gingivitis |
| 300079 | cleans better and faster than a conventional toothbrush |
| 300080 | break down plaque |
| 300081 | clean |
| 300082 | I didnt quite understand that part. |
| 300090 | reduces gingavites |
| 300097 | cleens teeth whiter and gets rid of plaque |
| 300102 | I suspect that it serves in a way asbeing somewhat abrasive to the tooth surface |
| 300103 | helps remove more plaque and gunk |
| 300105 | it scrubs the teeth without scratching them |
| 300106 | CLEANER TEETH |
| 300112 | new way to clean teeth |
| 300113 | It is gentle on your gums and safe to use on a daily basis. |
| 300115 | Works for a better clean |
| 300116 | dont know |
| 300118 | Removes more plaque faster |
| 300119 | Cleaner, healthier, whiter teeth, including the reduction of gingivitis. |
| 300122 | It sounds as though it will clean more thoroughly than a regular battery powered tooth brush. |
| 300123 | deeper cleaning, gentle, |
| 300124 | helps to remove plaques to get teeth clean |
| 300125 | deeper cleaning, will help with plaque and gum problems |
| 300126 | cleaner teeth, healthy gums, whiter teeth |
| 300127 | provides a rinse as well as brush. |
| 300132 | it gives a deeper cleaning feeling for longer |
| 300137 | created the mircobubbles |
| 300139 | cleaner whitter teeth |
| 300148 | helps remove more plaque |
| 300149 | It is harmless but effective. |
| 300150 | cleanes the teeth better than a manual toothbrush |

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 16:  What is the benefit of the ultrasound?

| | |
|---|---|
| 300153 | not sure |
| 300157 | it helps to remove plaque and stains better than other power toothbrushes |
| 300160 | deep cleaning, stimulation of gums |
| 300166 | ultrasonic cleaning |
| 300167 | cleaner teeth, less tooth decay, and less gum disease |
| 300173 | Massages the gums as well as helps cleaning process |
| 300174 | don't remember. Breaks up plaque? Cleans under gumline better than regular toothbrush? |
| 300175 | reduced gingivits |
| 300176 | helps clean better |
| 300178 | lossens p0lacque and sends bubbles to aide cleaning |
| 300179 | a extremely high energy wave lenth that can damage things that vibrate at the same frequency |
| 300180 | it helps give whiter teeth, healthier gums, and cleaner feeling |
| 300182 | It keeps the teeth cleaner |
| 300188 | breaks up plaque...causes teeth to be cleaner |
| 300261 | better cleaning, and help with gum health |
| 300265 | Helps increase cleaning effect of toothpaste |
| 300267 | cleans more surface in shorter time |
| 300268 | greater penetration into hard to reach areas resukting in faster more thorough cleaning witnin same timeframe. |
| 300271 | Thoroughness |
| 300272 | better clean |
| 300275 | Saves on dentist bills |
| 300276 | It creates microbubbles that clean your teeth better. |
| 300277 | better clean |
| 300278 | Cleaner and whiter teeth. |
| 300288 | cleans plaque and whitens teeth |
| 300291 | cleaner teeth, prevents gum and tooth decay. |
| 300292 | Whiter and cleaner teeth. |
| 300293 | See the previous answer, the ability to loosen debris. |
| 300296 | removes more plaque; gets in to hard to reach places better |
| 300301 | It could clean better between teeth. |

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 19:  What is the benefit of a deep feeling of clean?

| ID # | Q. 19 Response |
|------|----------------|
| 100004 | Motivation to brush more often. |
| 100005 | Deep feeling of clean means that people can feel more confident about how clean their teeth are, both hygenically and cosmetically. |
| 100006 | reduced plaque |
| 100008 | It means it actually works. |
| 100017 | makes your mouth feel fresh |
| 100027 | let's you know that you have a clean mouth and fresh mouth along with cleaner teeth |
| 100028 | You have longer lasting fresher breath and obviously cleaner teeth and gums! |
| 100029 | you will know that you brushed your teeth well |
| 100030 | A deep feeling of clean means that the feeling will last longer than a brushing of less depth. |
| 100031 | a fresh and clean mouth is a good feeling. |
| 100032 | Infers your mouth will stay fresher longer and that would imply you don't have to be concerned about bad breath |
| 100034 | It makes your mouth feel fresh and your breath feel fresh.  I personally feel if your mouth feels clean you feel clean all over. |
| 100037 | Better cleaning than you can get with any other brushing. |
| 100038 | User wouldn't feel the need to purchase more chemicals or  special toothpaste/rinses to achieve that feeling |
| 100042 | You feel like you are actually getting your teeth clean. It said it can remove 95% of plaque in the first minute of using it. |
| 100043 | your mouth feels cleaner |
| 100044 | not sure |
| 100046 | good for gums and teeth |
| 100048 | That your teeth are as white as they can be and your gums are free of disease |
| 100049 | feel good about one's self. |
| 100050 | LASTS LONGER |
| 100052 | makes  your  mouth tingle |
| 100053 | It makes your teeth feel better and look better. |
| 100055 | sekf explainotory it feels clean |
| 100058 | Your teeth and mouth are so well cleaned that you experience a fresher feeling ove other methods. |
| 100059 | ou know that your teeth and everything else in your mouth as been treated properly |
| 100060 | you feel better about yourself |
| 100062 | pleasant , comfortable mouth |
| 100065 | removes plaque immediately |
| 100069 | Mouth has less cavities, gingivites, and less stains |

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 19:  What is the benefit of a deep feeling of clean?

| | |
|---|---|
| 100070 | mouth fresh |
| 100072 | Um...your teeth are clean! :) |
| 100076 | prevent gum disease |
| 100084 | less plague, less gingivitis, whiter teeth |
| 100092 | sound waves penetrate to deeper areas |
| 100094 | your whole mouth is cleaner and teeth whiter,and healthier |
| 100104 | More healthy for gums and teeth |
| 100107 | If you feel a deep clean then you know that your teeth have been thoroughly cleaned |
| 100111 | you won't get cavities or have otherproblemswith your teeth or gums and your mouth will feel cleaner |
| 100114 | if it feels clean, it no doubt is |
| 100119 | whitens teeth |
| 100122 | feeling deep clean |
| 100131 | reduces gum disease and cavities |
| 100133 | na |
| 100137 | makes you have more confidence when you smile |
| 100140 | Deep feeling of clean would be similar to the feeling after a Dental Technician completes cleaning the teeth. |
| 100147 | Better than other brushes |
| 100149 | the deep feeling of clean |
| 100153 | makes you feel like you just came from the dentist |
| 100166 | better breath and teeth health |
| 100167 | Your mouth feels fresher. |
| 100169 | are you really asking this? peace of mind.  cleaner teeth. |
| 100179 | it makes your mouth feel better |
| 100188 | Everyone is aware of the feeling of their teeth needing to be brushed and sometimes, even with brushing, they still have pockets of unclean feeling areas.  This toothbrush proposes to eliminate that feeling. |
| 100190 | Good oral healt5h |
| 100193 | Makes you feel fresh and well groomed. Yor mouth and breath is one of your most important assessories. |
| 100199 | teeth feel cleaner |
| 100204 | lasts longer than others |
| 100205 | user is more confident in public |
| 100209 | if you feel clean than you probably are and if this toothbrush makes you feel cleaner than others you would want to buy it |
| 100214 | no opinion |

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 19:  What is the benefit of a deep feeling of clean?

| | |
|---|---|
| 100216 | more brushing than a regular power brush |
| 100219 | lots of them,it's healthier for your teeth and gums. |
| 100224 | really clean teeth, reduces gingivitis |
| 100225 | removes build up of plack |
| 100231 | Maximum tooth cleaning you can get |
| 100234 | less gum disease less cavities |
| 100237 | The cleaner the teeth are, the less chance of plaque to form |
| 100238 | If your teeth have the benefit of a deep feeling of clean, you probably will have fresh breath for a longer amount of time than with another toothbrush. My definition of deep feeling of clean would be the same feeling (or very close to) the feeling you ha |
| 100246 | You know that your whole mouth is ckean |
| 100356 | satisfaction of a job well done. |
| 100362 | Feeling good that teeth are very clean |
| 100363 | mouth feels fresher |
| 100365 | feel clean |
| 100368 | the point of brushing one's teeth is to clean them; the more effective the cleaning, the better. |
| 100370 | confident that you have cleaned sufficiently |
| 100371 | health mouth, fresher breathe |
| 100373 | Teeth feel better, feel better about close personal contact through the day |
| 100375 | smoother teeth |
| 100376 | You are getting the tartar and plaque out of the teeth. |
| 100385 | Idon't know. I have never felt that way |
| 100397 | healthy |
| 100399 | Fresh breath and clean teeth |
| 100401 | Psychological, based on a slight fact. |
| 100402 | your mouth will feel fresher |
| 100405 | healthy teeth and gums |
| 100413 | makes you think you did a better job of cleaning your teeth  than an old fashioned manual toothbrush |
| 100415 | Freshness and a clean mouth sensation. Tooth whitening is an added visual plus. |
| 100418 | Getting rid of more plaque. |
| 100420 | whiter smiles |
| 100422 | emotional.  one feels better about their teeth because they  feel clean. |
| 100427 | Might want to brush more often to maintain feeling thereby promoting better oral hygiene |
| 100428 | It is a better clean then all others. |
| 100429 | It is good that it not only cleans but also gives the deep feeling of clean |

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 19:  What is the benefit of a deep feeling of clean?

| | |
|---|---|
| 100430 | fresher mouth |
| 100436 | fresh all day |
| 100437 | It can reduce the level of cavities as well as gum disease- people can keep their teeth longer. |
| 300005 | If you have a deep feeling of clean, then your mouth and teeth must be cleaner. |
| 300011 | You feel more comfortable knowing that your mouth has  been well-cleaned and will be less prone to disease and  cavities. |
| 300013 | Because a deep feeling clean includes around the gumline, which promotes longer lasting dental health. |
| 300014 | Clean teeth feel better (smoother) than teeth with plaque, so  you'll be more likely to continue to brush. And you'll be less  likely to have gingivitis, which can hurt and cause bleeding. |
| 300015 | Knowing your mouth and breath is fresher |
| 300016 | Insures good dental care |
| 300018 | gives you a much better feel after brushing |
| 300025 | refreshing |
| 300028 | peace of mind if nothing else |
| 300029 | A better feeling about dental hygine. |
| 300030 | less probability of having any sort of gum disease |
| 300032 | mouth feels clean  plaque has been removed |
| 300038 | Encourages proper dental health |
| 300045 | get rid of bacteria |
| 300046 | Indicates plaque isn't building up, and possibly less risk of gingivitis. |
| 300051 | It will help remove bacteria. |
| 300059 | the user feels like the entire tooth is clean, and the clean extends below the surface of the tooth |
| 300060 | I am not sure, but the psycholigical aspect would help if nothing else. |
| 300062 | you feel like you've just been to the dentist |
| 300064 | Feel soothing to my gums |
| 300065 | cleans teeth more thoroughly |
| 300069 | tooth decay free |
| 300070 | a fresh mouth |
| 300074 | Feel better.  Less bacteria |
| 300078 | Less plaque, whiter teeth, reduced gingivitis. |
| 300079 | smooth surfaced shiny teeth |
| 300080 | all the cracks |
| 300081 | better oral higeane |

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 19: What is the benefit of a deep feeling of clean?

| | |
|---|---|
| 300082 | When I brush my teeth, I like for my teeth to feel clean. This product sounds like it would give me that. |
| 300086 | idk |
| 300090 | can't remember |
| 300097 | less plaque and whiter smile |
| 300102 | Part of it is psychological as one can a clean crisp feeling in their mouth, and the clean easy feeling such as when your teeth are cleaned. Another part is emotional as one feels they have clean teeth and they are more confident in face to face convers |
| 300103 | you feel better about your teeth and breath |
| 300105 | dental health.  deep feeling of clean means no plaque |
| 300112 | deep feeling equals actual deep more thorough cleaning |
| 300115 | This gives you a more overall clean feeling not just on the front or back of the tooth but also in between teeth and on the gums. |
| 300116 | like going to the denist clean |
| 300118 | Healthier teeth and gums |
| 300119 | Having a deep feeling of clean provides a sense that our teeth/mouth is clean.  Clean equates with healthy when it comes to our oral health. |
| 300122 | It helps stop tooth decay and helps to keep your breath fresh smelling. |
| 300125 | gum problems and plaque |
| 300132 | it feels clean longer |
| 300137 | gives the mouth a cleaner feeling longer and keeps the teeth clean between cleanings |
| 300149 | Removing plaque and other particles of food HAS to leave a persons mouth with a feeling of clean. |
| 300150 | it feels like you have just had your teeth cleaned by a hygienist |
| 300152 | it feels better |
| 300157 | who doesn't want to feel like they just had a dentist cleaning  right after they brush their teeth? |
| 300160 | cleaning of gums |
| 300167 | You are more likely to brush everyday.  You will not want to  miss a day because you like the feeling of having cleaner  teeth.  Also, this is an interest to me because the dentist are  now telling you that you need a deep cleaning and that will  cost mor |
| 300168 | clean all of your teeth not just on the surface |
| 300176 | people like their teeth to feel clean |
| 300180 | your teeth will be healthier |
| 300182 | You Probably have a better smelling breath, plus much cleaner teeth. |
| 300188 | keeps gum disease from starting or growing |
| 300261 | get rid of deep seated plaque and fresher mouth |
| 300265 | Doesn't seem quantitative from a healthy standpoint, but should make the user happier |

Consumer Perception Of Ultreo Advertising Claims – Verbatim Responses

Q. 19:  What is the benefit of a deep feeling of clean?

300268    'fresher' mouth; knowledge that cleaning was thorough.

300272    feels better

300275    Any good feeling is good

300278    Understanding what a clean mouth feels like

300284    the user feels as if their teeth are cleaner

300288    your mouth feels better

300291    cleaner mouth, breath clean and prevents decay

300293    Now this is redundant.

300301    less flossing

**SCREEN SHOTS OF SURVEY
QUESTIONNAIRE AS IT APPEARED
ON SCREEN TO RESPONDENTS**

HarrisPollOnline™

## Oral Care Survey

During the survey, please do not use your browser's *FORWARD* and *BACK* buttons. Instead, please always use the buttons below to move backward and forward through the survey.

Simply click on the forward arrow at the bottom of the page to begin the survey.

↑

©2007, Harris Interactive Inc. All rights reserved.

The Harris Poll® and Harris Interactive® are registered trademarks of Harris Interactive Inc.



HarrisPollOnline™  Powered by Harris Interactive

*The progress bar below indicates approximately what portion of the survey you have completed.*

**Welcome! This survey is about dental care. We will begin by asking you some basic classification questions that will help us customize the survey for you. Please be assured that all responses will remain confidential.**

**Are you...?**
○ Male
○ Female

**In what year were you born? Please enter as a four-digit number, e.g., 1963.**

PROGRESS:

[RESUME LATER]

HarrisPollOnline - Windows Internet Explorer

https://b.poleg.com/scripts/scywebMT.dll/Job_W32544-291778-300353

HarrisPollOnline    HarrisPollOnline    ×

Home  ▾  Feeds (1)  Print  ▾  Research  Page  ▾  Tools  ▾

HarrisPollOnline®  Powered by Harris Interactive

## In what country or region do you currently reside?

Please choose one .
United States .
Argentina .
Australia .
Austria .
Belgium .
Brazil .
Canada .
Chile .
China .
Costa Rica .
Denmark .
Egypt .
England .
Finland .
France .

PROGRESS 57%

RESUME LATER

start    IB    Inbox - Microsof...    HarrisPollOnline ...    Search with G    11:42 AM

HarrisPoll Online · *Powered by Harris Interactive*

## In what state or territory do you currently reside?

Please choose one .
Alabama .
Alaska .
Arizona .
Arkansas .
California .
Colorado .
Connecticut .
Delaware .
District of Columbia .
Florida .

PROGRESS

**RESUME LATER**



HarrisPollOnline - Windows Internet Explorer

https://b.pdg.com/scripts/iscywebMT.dll/Job_W32544@W32544-29177B-300353

HarrisPollOnline

HarrisPollOnline    Powered by Harris Interactive

**What is your zip code? Please enter only the first five digits.**

PROGRESS

RESUME LATER

HarrisPollOnline - Windows Internet Explorer

https://surpollg.com/scripts/iscrywebint.dll/job_W32544@W32544-200842-10003

HarrisPollOnline

Home ▾ 🗔 Feeds (1) 🖶 Print ▾ 🛢 Research 📄 Page ▾ 🔅 Tools ▾

Google

**HarrisPollOnline**™  Powered by Harris Interactive

## What do you use to brush your teeth? Please select only one response.

○ Power toothbrush (battery or rechargeable)
○ Regular (non-power) toothbrush
○ Do not brush

PROGRESS:

RESUME LATER

start    IB    Inbox - Microsof...    RE: Oral Care Q...    HarrisPollOnline - ...    Search with G.

HarrisPollOnline - Windows Internet Explorer

https://i.u.polig.com/scripts/iscywebMT.dll/Job_W32544@W32544-200842-10003

HarrisPollOnline

HarrisPollOnline    Powered by Harris Interactive

## How likely are you to consider buying a power toothbrush in the next year or so?

○ Very likely to consider buying
○ Somewhat likely to consider buying
○ Somewhat unlikely to consider buying
○ Very unlikely to consider buy

PROGRESS

RESUME LATER



HarrisPollOnline℠    Powered by Harris Interactive

**In this survey we're going to show you some advertising for a power toothbrush. There will be a total of four screens. When you click the forward arrow button you'll see the first screen. Please read it before going on to the following screen. Depending on the size of your computer screen you might have to scroll down to see all of the text and/or the arrow button.**



PROGRESS INDICATOR

RESUME LATER





HarrisPollOnline    Powered by Harris Interactive

The Difference is Ultrasound

Ultreo takes power brushing where it's never gone before. Invented at the University of Washington in association with former scientists, engineers and executives of Optiva Corporation (original developers of the Sonicare® toothbrush), Ultreo is the first power toothbrush to combine ultrasound waveguide technology with precisely tuned sonic bristle action. Ultreo's bristles create microbubbles that are powerfully activated by nearly 4 million cycles of ultrasound energy per brushing channeled by a proprietary ultrasound waveguide. The results an incredible long-lasting feeling of clean. Learn More



**Please click the forward arrow button to continue.**



PROGRESS

[RESUME LATER]

HarrisPollOnline — Windows Internet Explorer

https://u.pollq.com/scripts/scywebMT.dll/Job_W32544@W32544-200842-10003

HarrisPollOnline

Home  •  Feeds (1)  •  Print  •  Research  •  Page  •  Tools  •

HarrisPollOnline   Powered by Harris Interactive

## Ultreo Features

**Sonic Bristles With Power Tip**
Sonic action bristles with power tip creates microbubbles and cleans away plaque upon contact

**Ultrasound Waveguide**
Channels ultrasound energy into the bubbles

**Auto Shut-Off Timer**
Automatically shuts off after the dental professional-recommended 2 minutes of brushing time

**Brushing Interval Signal**
Signals every 30 seconds to help you clean all areas of your mouth equally

**Programmable Brush Head Replacement Indicator**
When it's time to change your brush head, the word "REPLACE" will illuminate. Programmable for 1 or 2 users per handle

**Battery Charge Status Indicator**
Tells you the level of charge on the battery. With a full charge you can use Ultreo for up to 28 brushings without additional charging

## How Ultreo Works

Ultreo is the first power toothbrush to combine ultrasound waveguide technology with precisely tuned sonic bristle action. Ultreo's bristles create microbubbles that are powerfully activated by nearly 4 million cycles of ultrasound energy per brushing channeled by a proprietary ultrasound waveguide

PROGRESS

RESUME LATER

## Please click the forward arrow button to continue.

HarrisPollOnline℠    Powered by Harris Interactive

Ultreo Benefits

**A Deep Clean**
Ultreo's combination of ultrasound waveguide technology and sonic bristle action can remove hard-to-reach plaque for an incredibly deep feeling of clean

**A Faster Clean**
Ultreo has been clinically proven to remove up to 95% of plaque from hard-to-reach areas in the first minute of brushing

**Naturally Whiter Teeth**
Ultreo has been clinically proven to remove surface stains for naturally whiter teeth in just 14 days.

**Improved Gum Health**
Ultreo has been clinically proven to reduce gingivitis in just 30 days

**A Safe and Gentle Clean**
Ultreo is shown to be safe and gentle for everyday use on gums, natural tooth surfaces and dental work

**A Brushing Experience People Love**
8 out of 10 people who used Ultreo in a recent study would switch to Ultreo from their current power toothbrush. And of those who expressed a preference, 8 out of 10 thought the overall cleaning provided by Ultreo was better compared to the power toothbrush they normally use

## Please click the forward arrow button to continue.

PROGRESS

RESUME LATER



HarrisPollOnline - Windows Internet Explorer

https://l.poll.com/scripts/scywebMT.dll/ooo_W325544@W325544-200842-10003

Home ▼ Feeds (3) Print ▼ Research Page ▼ Tools ▼

Google

HarrisPollOnline  *Powered by Harris Interactive*

**Now we have some questions about what you saw. For all questions, please give your opinion if you have one, but if you don't know or have no opinion, that's perfectly ok.**

**In the box below, please describe how the Ultreo toothbrush works. Please be as specific as you can and include details.**

PROGRESS

RESUME LATER



HarrisPollOnline – Windows Internet Explorer

https://u.pollg.com/scripts/scywebMT.dll/job_W32544@W32544-200842-10003

HarrisPollOnline

⌂ Home    ▾  🔊 Feeds (J)    🖶 Print    ▾  📖 Research    📄 Page  ▾  ⚙ Tools  ▾

HarrisPollOnline™  Powered by Harris Interactive

**Based on what you just saw, do you think the Ultreo toothbrush is different from other power toothbrushes, or not?**

○ Yes
○ No
○ Don't know

PROGRESS

RESUME LATER

HarrisPollOnline - Windows Internet Explorer

https://i.u.poleg.com/scripts/scywebMT.dll/job_W32544@W32544-200842-10003

HarrisPollOnline

HarrisPollOnline    Powered by Harris Interactive

## In what way is it Ultreo different? Please be as specific as you can and include details.

PROGRESS

RESUME LATER



HarrisPollOnline - Windows Internet Explorer

https://k.polleg.com/scripts/scywebMT.dll/job_W32544@W32544-200842-10003

HarrisPollOnline

HarrisPollOnline℠  Powered by Harris Interactive℠

**In what you read, do you recall them mentioning that Ultreo uses ultrasound technology?**

○ Yes
○ No
○ Don't know

PROGRESS

RESUME LATER

HarrisPollOnline - Windows Internet Explorer

https://i.jupollg.com/scripts/iscywebMT.dl/Job_W32544@W32544-200842-10003

Google

Home ▾  Feeds (J)  Print ▾  Research ▾  Page ▾  Tools ▾

HarrisPollOnline · Powered by Harris Interactive

**What does the ultrasound do? Please be as specific as you can and include details.**

PROGRESS

RESUME LATER

HarrisPollOnline - Windows Internet Explorer

https://lu.pollg.com/scripts/scywebMT.dll/Job_W325440@W32544-200642-10003

HarrisPollOnline

🏠 Home  ▼  📰 Feeds (J)  ▼  🖶 Print  ▼  📖 Research  📄 Page  ▼  ⚙ Tools  ▼

Google

HarrisPollOnline · Powered by Harris Interactive

**Based on what you read, does the ultrasound provide any benefit to the user, or not?**

○ Yes
○ No
○ Don't know

PROGRESS ▓▓▓▓▓

[RESUME LATER]

HarrisPollOnline - Windows Internet Explorer

https://s.upolg.com/scripts/is.cyweb×IT.dl/ob_W32544@W32544-200842-10003

HarrisPollOnline

Home ▾ Feeds (J)  Print ▾ Research Page ▾ Tools ▾

HarrisPollOnline™  Powered by Harris Interactive

**What is the benefit of the ultrasound? Please be as specific as you can and include details.**

PROGRESS

RESUME LATER



HarrisPollOnline — Windows Internet Explorer

https://b.pollq.com/scripts/scywebMT.dll/job_W32544@W32544-200842-10003

HarrisPollOnline

HarrisPollOnline℠  Powered by Harris Interactive

**In what you read, do you recall them saying that Ultreo provides a deep feeling of clean?**

○ Yes
○ No
○ Don't know

PROGRESS

[RESUME LATER]



Based on what you read, is there any benefit to the user of having a deep feeling of clean?

○ Yes
○ No
○ Don't know



HarrisPollOnline - Windows Internet Explorer

https://tupolg.com/scripts/scywebWT.dll/oob_W32544@W32544-200842-10003

Google

Home ▾ Feeds (J) ▾ Print ▾ Research ▾ Page ▾ Tools ▾

HarrisPollOnline - Powered by Harris Interactive

## How would you rate the advertising in terms of its ability to make you interested in buying an Ultreo toothbrush?

○ It made me very interested in buying one.
○ It made me somewhat interested in buying one.
○ It had no impact on my interest in buying one.
○ It made me somewhat less interested in buying one.
○ It made me very less interested in buying one.

PROGRESS

RESUME LATER

HarrisPollOnline - Windows Internet Explorer

https://u.pollg.com/scripts/scywebMT.dll/Job_W32544@W32544-200842-10003

HarrisPollOnline

Home  ▾  Feeds (J)   Print  ▾  Research  Page ▾  Tools ▾

HarrisPollOnline™  Powered by Harris Interactive

## In what you read, do you recall them saying how much an Ultreo toothbrush costs?

○ Yes
○ No
○ Don't know

PROGRESS

RESUME LATER



HarrisPollOnline - Windows Internet Explorer

https://ij.polkg.com/scripts/scywebMT.dll/job_W32544@W32544@W32544-200842-10003

Home    Feeds (J)    Print    Research    Page    Tools

Google

HarrisPollOnline~  Powered by Harris Interactive

## How often do you brush your teeth?

○ Less than once a day

○ Once a day

○ Twice a day

○ Three or more times a day

PROGRESS

[RESUME LATER]



HarrisPollOnline — Windows Internet Explorer

https://lupollg.com/scripts/scywebMT.dll/job_W32544@W32544-200842-10003

HarrisPollOnline

HarrisPollOnline™   Powered by Harris Interactive

**Do you floss your teeth?**

○ Yes
○ No

PROGRESS

RESUME LATER

HarrisPollOnline™ *Powered by Harris Interactive*

## How often do you floss your teeth?

○ Less than once a day
○ Once a day
○ Twice a day
○ Three or more times a day

PROGRESS

RESUME LATER



HarrisPollOnline — Windows Internet Explorer

https://lu.pollg.com/scripts/scywebMT.dll/job_W32544@W32544-200842-10003

🏠 Home  ▾  📑 Feeds (3)  🖶 Print  ▾  📖 Research  📄 Page  ▾  ⚙ Tools  ▾

HarrisPollOnline™  Powered by Harris Interactive

**Our next series of questions is for classification purposes and will help us properly analyze responses to this survey. As you may already know, we _never_ disclose the identity of any individual. Your answers will _always_ be kept strictly confidential.**

**What is the highest level of education you have completed or the highest degree you have received?**

○ Less than high school
○ Completed some high school
○ High school graduate or equivalent (e.g., GED)
○ Completed some college, but no degree
○ Associate's degree
○ College graduate (e.g., B.A., B.S.)
○ Completed some graduate school, but no degree
○ Completed graduate school (e.g., M.S., M.D., Ph.D.)

PROGRESS

[RESUME LATER]

HarrisPollOnline — Windows Internet Explorer

https://i.pollq.com/scripts/scywebvrt.dll/job_W32544@W32544@W32544-200642-10003

HarrisPollOnline

HarrisPollOnline℠ Powered by Harris Interactive

**Which one of the following income categories best describes your total 2006 household income before taxes?**
**Please select only one response below.**

○ Less than $25,000
○ $25,000 to less than $40,000
○ $40,000 to less than $75,000
○ $75,000 to less than $100,000
○ $100,000 to less than $125,000
○ $125,000 to less than $150,000
○ $150,000 to less than $175,000
○ $175,000 to less than $200,000
○ $200,000 or more
○ Decline to answer

Why do we ask this question?

RESUME LATER



HarrisPollOnline - Windows Internet Explorer

https://i.polig.com/scripts/scywebMT.dll/ob_W32544@W32544-200842-10003

HarrisPollOnline

HarrisPollOnline    Powered by Harris Interactive

# Thank you for your interest in this survey.



**Official Sweepstakes rules**.