# Exhibit A

**Curriculum Vitae of:**

# Aaron Reed Biesbrock
DMD, PhD, MS

Home Address:
970 River Forest Drive
Maineville, Ohio 45039
(513) 494-2562

Work Address:
The Procter & Gamble Company
Health Care Research Center
P.O. Box 8006
Mason, Ohio 45040-8006
(513) 622-0316

## Education

| | | | |
|---|---|---|---|
| State University of New York Buffalo, NY School of Dental Medicine | 1989 - 1995 | Oral Biology | PhD (1995) |
| State University of New York Buffalo, NY School of Dental Medicine | 1989 - 1993 | Periodontics | Certification (1994) |
| Medical College of Georgia Augusta, GA | 1984 - 1989 | Dentistry | DMD (1989) |
| Medical College of Georgia Augusta, GA | 1986 - 1989 | Oral Biology | MS (1989) |
| North Georgia College Dahlonega, GA | 1981 - 1984 | Chemistry | BS (1986) |

## Professional Experience

| | |
|---|---|
| 4/07 – Present | Associate Director, Head of Global Oral Care Clinical Research<br>Procter & Gamble Company |
| 2/05 – 3/07 | Section Head, Head of Global Oral Care Clinical Research<br>Procter & Gamble Company |
| 12/01 – 1/05 | Principal Research Scientist<br>Procter & Gamble Company |
| 12/98 - 11/01 | Senior Research Scientist<br>Procter & Gamble Company |
| 6/95 - 11/98 | Research Scientist<br>Procter & Gamble Company |
| 7/93 - 5/95 | Clinical Instructor<br>Department of Periodontics, SUNY at Buffalo |
| 7/89 - 5/95 | Postdoctoral Fellow<br>Department of Oral Biology, SUNY at Buffalo |
| 7/89 - 5/93 | Resident (Periodontics)<br>Department of Periodontics, SUNY at Buffalo |
| 6/86 - 5/89 | Graduate Student Teaching/Research Assistant<br>School of Graduate Studies, Medical College of Georgia |

## Dental Licensure

| | | |
|---|---|---|
| State Dental Board of Ohio | 1995 | License #20253 (Active) |
| Georgia Board of Dentistry | 1989 | License #10759 (Inactive) |

## Dental Boards

| | |
|---|---|
| American Academy of Periodontology (Part 1) | 1994 |
| Georgia State Board of Dentistry | 1989 |
| National Board of Dental Examiners (Part 1 & 2) | 1989 |

## Professional Honors

| | | |
|---|---|---|
| National Research Service Award (Postdoctoral Fellowship) | SUNY | 1994 - 1995 |
| NIH Dentist-Scientist Award | SUNY | 1989 - 1994 |
| NIH Short Term Training Award | MCG | 1985 - 1989 |
| Senior Clinic Production Award | MCG | 1988 - 1989 |
| Graduate School Teaching/Research Fellowship | MCG | 1986 - 1987 |

## Professional Affiliations

American Association of Dental Research

American Academy of Periodontology

American Dental Association

## Publications: Manuscripts

1) Biesbrock AR, Reddy MS, Levine MJ. Interaction of a salivary mucin-secretory immunoglobulin A complex with mucosal pathogens. Infect Immun 1991; 59: 3492-3497.
2) Biesbrock AR. Dirksen T, Schuster G. Effects of tung oil on salivary viscosity and extent and incidence of dental caries in rats. Caries Res 1992; 26: 117-123.
3) Biesbrock AR, Aguirre A. Multiple focal pigmented lesions in the maxillary tuberosity and hard palate: A unique display of intraoral junctional nevi. J Periodontol 1992; 63: 718-721.
4) Reddy MS, Bobek LA, Haraszthy GG, Biesbrock AR, Levine MJ. Structural features of the low-molecular-mass human salivary mucin. Biochem J 1992; 287: 639-643.
5) Bobek LA, Tsai H, Biesbrock AR, Levine MJ. Molecular cloning, sequence and specificity of expression of the gene encoding the low molecular weight human salivary mucin. J Biol Chem 1993; 268: 20563-20569.
6) Biesbrock AR, Edgerton M. Evaluation of the clinical predictability of hydroxyapatite coated endosseous dental implants: A review of the literature. Int J Oral Maxillofac Implants 1995; 10: 712-720.
7) Biesbrock AR, Bobek LA, Levine MJ. MUC7 expression and genetic polymorphism. Glycoconjugate J 1997; 14: 415-422.

8) Hermesch CB, Hilton TJ, Biesbrock AR, Baker RA, Cain-Hamlin J, McClanahan SF, Gerlach RW. Perioperative use of 0.12% chlorhexidine gluconate for the prevention of alveolar osteitis. Efficacy and risk factor analysis. Oral Surg Oral Med Oral Pathol Oral Radiol Endod 1998; 85: 381-387.

9) Biesbrock AR, Faller RV, Bartizek RD, Court LK, McClanahan SF. Reversal of incipient and radiographic caries through the use of sodium and stannous fluoride dentifrices in a clinical trial. J Clin Dent 1998; 9: 5-10.

10) Caplan DJ, Slade GD, Biesbrock AR, Bartizek RD, McClanahan SF, Beck JD. A comparison of increment and incidence density analyses in evaluating the anti-caries effects of two dentifrices. Caries Res 1999; 33: 16-22.

11) Biesbrock AR, Yeh CH. Relationship of surface epithelium concentrations of IL-1$\alpha$ and IL-1$\beta$ to clinical inflammation during experimental gingivitis. Monographs in Oral Science 2000; 17:20-31.

12) McClanahan SF, Bartizek RD, Biesbrock AR. Identification and consequences of distinct loe-silness gingival index examiner styles for the clinical assessment of gingivitis. J Periodontol 2001; 72:383-392.

13) Biesbrock AR, Bartizek RD, Faller RV, Jacobs SA, Gerlach RW. Relative anti-caries efficacy of 1100, 1700, 2200 and 2800 ppm fluoride ion in a sodium fluoride dentifrice over one year. Community Dent Oral Epidemiol 2001; 29:382-389.

14) Bartizek RD, Gerlach RW, Faller RV, Jacobs SA, Bollmer BW, Biesbrock AR. Reduction in dental caries with four concentrations of sodium fluoride in a dentifrice: A meta-analysis evaluation. J Clin Dent 2001; 12:57-62.

15) Ruhlman CD, Bartizek RD, Biesbrock AR. Plaque removal efficacy of a battery operated toothbrush compared to a manual toothbrush. Am J Dent 2001, 14:191-194.

16) Ruhlman CD, Bartizek RD, Biesbrock AR. Comparative efficacy of two battery operated toothbrushes for dental plaque removal. J Clin Dent 2002, 13:95-99.

17) You BJ, Jian WW, Sheng RW, Jun Q, Wa WC, Bartizek RD, Biesbrock AR. Caries prevention in Chinese children with sodium fluoride dentifrice delivered through a kindergarden-based oral health program in China. J Clin Dent 2002; 13:179-184.

18) Wefel JS, Stanford CM, Ament DK, Pfarrer A, Ramsey LL, Leusch MS, Biesbrock AR. In situ evaluation of sodium hexametaphosphate containing dentifrices. Caries Res 2002; 36:122-128.

19) Biesbrock AR, Walters PA, Bartizek RD, Ruhlman CD, Donly KJ. Dental plaque removal with a novel battery-powered toothbrush. Am J Dent 2002; 15:77-80.

20) Donly KJ, Segura A, Walters PA, Bartizek RD, Biesbrock AR. Dental plaque removal with two battery powered toothbrushes. Am J Dent 2002; 15:24A-27A.

21) Heins P, Bartizek RD, Walters PA, Biesbrock AR. Plaque removal efficacy of a battery operated power toothbrush compared to two control manual toothbrushes. Am J Dent 2002; 15:28A-32A.

22) Biesbrock AR, Bayuk L, Santana MV, Yates DS, Bartizek RD. The clinical effectiveness of a novel battery powered toothbrush and its impact on oral health. J Contemporary Dent Prac 2002, 3:1-10.

23) Bartizek RD, Biesbrock AR. Dental plaque removal efficacy of a battery operated power toothbrush versus a control Japanese manual toothbrush. Am J Dent 2002; 15:33A-36A.

24) Biesbrock AR, Walters PA, Bartizek RD. The relative effectiveness of six power toothbrushes for dental plaque removal. J Clin Dent 2002; 5:198-202.

25) Williams K, Walters P, Bartizek RD, Biesbrock AR. The reduction of gingivitis using battery powered toothbrushes over a one month period. J Clin Dent 2002; 5:207-210.

26) Papas AS, Martuscelli G, Singh ML, Stone C, Bartizek R, Topmiller K, Biesbrock AR, Walters P. A study to assess the safety and tolerability of three toothbrushes. J Clin Dent 2002; 5:203-206.

27) Karpinia K, Magnusson I, Biesbrock AR, Walters PA, Bartizek RD. The effectiveness of two different battery powered toothbrushes on whitening through the removal of stain. J Clin Dent 2002; 5:215-218.

28) Yankell SL, Shi X, Emling RC, Blatz B, Biesbrock AR. Laboratory evaluations of two-battery-powered toothbrushes and a manual toothbrush for efficacy and safety. J Clin Dent 2002; 5:187-190.

29) Haun J, Williams K, Friesen L, Ferrante A, Walters PA, Bartizek RD, Biesbrock AR. Plaque removal efficacy of a new experimental battery powered toothbrush relative to two advanced design manual toothbrushes. J Clin Dent 2002; 5:191-197.

30) Biesbrock AR. A second generation battery powered toothbrush. J Clin Dent 2002; 5:185-186.

31) Gerlach RW, Biesbrock AR. Comparative clinical trials and the changing marketplace for oral care: Innovation, evidence, and implications. Am J Dent 2002; 15:3A-6A.

32) Biesbrock AR, Bartizek RD, Gerlach RW, Jacobs SA, Archila LA. Dose response efficacy of sodium fluoride dentifrice at 9 and 12 months with a supervised brushing regimen. Am J Dent 2003; 16:305-312.

33) Biesbrock AR, Bartizek RD, Gerlach RW, Jacobs SA, Archila L. Effect of three concentrations of sodium fluoride dentifrices on clinical caries. Am J Dent 2003. 16:99-104.

34) Williams K, Haun J, Dockter K, Ferrante A, Bartizek RD, Biesbrock AR. Plaque removal efficacy of a prototype powered toothbrush compared to a positive control manual toothbrush. Am J Dent 2003; 16:223-227.

35) Biesbrock AR, Bartizek RD. The impact of bristle profile on plaque removal efficacy of a battery-powered toothbrush. Am J Dent 2003; 16:161-164.

36) Biesbrock AR, Walters PA, Bartizek RD. Initial impact of a national dental education program on the oral health and dental knowledge of children. J Contemporary Dent Prac 2003, 4:1-10.

37) Biesbrock AR, Chesters RK, Ellwood RP, Smith SR. The challenges of validating diagnostic methods relative to a conventional two year caries clinical trial. J Dent Res 2004; 83 (Spec Iss C):C53-C55.

38) Chesters RK, Ellwood RP, Biesbrock AR, Smith SR. Potential modern alternative designs for caries clinical trials (CCT's) and how these can be validated against the conventional model. J Dent Res 2004; 83 (Spec Iss C):C122-C124.

39) Archila LA, Bartizek RD, Gerlach RW, Jacobs SA, Biesbrock AR. Dental caries in school-age children residing in five Guatemalan communities. J Clin Dent 2003; 14:53-58.

40) Stookey GS, Mau M, Isaacs RI, Gonzalez-Gierbolini C, Bartizek RD, Biesbrock AR. The relative anticaries effectiveness of three fluoride-containing dentifrices relative in Puerto Rico. Caries Res 2004; 38:542-550.

41) Williams K, Ferrante A, Dockter K, Haun J, Biesbrock AR, Bartizek RD. One- and 3- minute plaque removal by a battery-powered toothbrush versus a manual toothbrush. J Periodontol 2004; 75:1107-1113.

42) Williams K, Haun J, Dockter K, Ferrante A, Bartizek RD, Biesbrock AR. A plaque removal study comparing two advanced design oscillating battery-powered toothbrushes. J Clin Dent 2003; 14:88-92.

43) Biesbrock AR, Walters PA, Bartizek RD. A chewing gum containing 7.5% sodium hexametaphosphate inhibits stain deposition compared with a placebo chewing gum. Compend Contin Educ Dent 2004; 25:253-265.

44) Walters P, Biesbrock AR, Bartizek RD. A polyphosphate containing chewing gum significantly reduces induced extrinsic stain compared to a commercial chewing gum. J Dent Hygiene 2004; 78:8.

45) Archila L, Bartizek RD, Winston JL, Biesbrock AR, McClanahan SF, He T. The comparative efficacy of stabilized stannous fluoride dentifrice and triclosan/copolymer dentifrice for the prevention of gingivitis: A six-month clinical study. J Periodontol 2004; 75:1592-1599.

46) Bartizek RD, Walters PA, Biesbrock AR. The prevention of induced stain using two levels of sodium hexametaphosphate in chewing gum. J Clin Dent 2003; 14:77-81.

47) Mankodi S, Bartizek RD, Winston JL, Biesbrock AR, McClanahan SF, He T. Anti-gingivitis efficacy of a stabilized 0.454% stannous fluoride/hexametaphosphate dentifrice: a controlled six-month clinical trial. J Clin Periodontol 2005; 32:75-80.

48) Biesbrock AR, Bartizek RD. The development of a new power toothbrush designed for improved tooth whitening through extrinsic stain removal. Am J Dent 2004; 17:3A-7A.

49) Terezhalmy G, Stookey G, Mason S, Bartizek RD, Biesbrock AR. Tooth whitening through the removal of extrinsic stain with a power toothbrush: Results of four randomized, examiner blind, positive controlled clinical studies. Am J Dent 2004; 17:18A-24A.

50) Bartizek RD, Biesbrock AR. Dental plaque removal effectiveness of two powered toothbrushes. Am J Dent 2004; 17:8A-12A.

51) Garcia-Godoy F, Villata P, Bartizek RD, Barker M, Biesbrock AR. Tooth whitening effects of an experimental power whitening toothbrush relative to a 9% hydrogen peroxide paint-on-gel. Am J Dent 2004; 17:25A-30A.

52) Archila L, He T, Winston JL, Biesbrock AR, McClanahan SF, Bartizek RD. Anti-gingivitis efficacy of a stabilized stannous fluoride/hexametaphosphate dentifrice in subjects previously non-responsive to a triclosan/copolymer dentifrice. Compend Contin Educ Dent 2005; 26(supplement 1):12-18.

53) Van Dyke TE, Cutler CW, Kowolik M, Singer RS, Buchanan W, Bartizek RD, Biesbrock AR. Effect of a topical cimetidine rinse on gingival crevicular neutrophil leukocyte function. J Periodontol 2005; 76:998-1005.

54) Biesbrock AR, Walters PA, Bartizek RD. Short-term impact of a national dental education program on children's oral health and knowledge. J Clin Dent 2004; 15:93-97.

55) Biesbrock AR, Bartizek RD. Plaque removal efficacy of a prototype power toothbrush compared to a control manual toothbrush. Am J Dent 2005; 18:116-120.

56) Terezhalmy G, Bartizek RD, Biesbrock AR. Relative plaque removal of three toothbrushes in a nine period crossover study. J Periodontol 2005; 76:2230-2235.

57) Terezhalmy GT, Bsoul SA, Bartizek RD, Biesbrock AR. Plaque removal efficacy of a prototype manaual toothbrush versus an ADA reference manual toothbrush with and without dental floss. J Contemp Dent Prac 2005; 6:1-13.

58) Biesbrock AR, Bartizek RD. The Biesbrock-Bartizek caries model. In Stookey GK (ed): Clinical Models Workshop:Remin-Demin, Precavitation, Caries: Proceedings of the 7th Indiana Conference. Indianapolis, Indiana University School of Dentistry; 2005, pages 143-160.

59) Farrell S, Terezhalmy GT, Bartizek RD, Biesbrock AR. Comparative plaque removal efficacy of a dual-action power toothbrush and a manual toothbrush: Effects by tooth type. Am J Dent 2006; 19:195-200.

60) Biesbrock A, Corby PMA, Bartizek R, Corby AL, Coehlo M, Costa S, Bretz WAG, Bretz WA. Assessment of treatment responses to dental flossing in twins. J Periodontol 2006; 77:1386-1391.

61) Terezhalmy GT, Biesbrock AR, Farrell S, Barker ML, Bartizek RD. Tooth whitening through the removal of extrinsic stain with two sodium hexametaphosphate-containing whitening toothpastes. Am J Dent 2007; 20:309-314.

62) Terezhalmy G, Bartizek RD, Biesbrock AR. Plaque removal efficacy with four types of dental floss. J Periodontol 2007; In Submission.

63) Papas A, He T, Martuscelli G, Singh M, Bartizek RD, Biesbrock AR. The comparative efficacy of stabilized stannous fluoride/sodium hexametaphosphate dentifrice and sodium fluoride/triclosan/copolymer dentifrice for the prevention of untreated periodontitis in xerostomic patients: A two year randomized clinical trial. J Periodontol 2007; 78:1505-1514.

64) Walters PA, Cugini MA, Biesbrock AR, Warren PR. A novel oscillating-rotating power toothbrush with smartguide: Designed for enhanced performance and compliance. J Contemporary Dent Prac 2007; 8:1-9.

65) He T, Baker R, Bartizek RD, Biesbrock AR, Chaves E, Terezhalmy G. Extrinsic stain removal efficacy of a stannous fluoride dentifrice with sodium hexametaphosphate. J Clin Dent 2007; 18:7-11.

66) Biesbrock AR, He T, Walters PA, Bartizek RD.A clinical study evaluating the effects of a sonic toothbrush with ultrasound waveguide in disrupting plaque with and without bristle contact. Am J Dent 2007; In Submission.

67) Biesbrock AR, Bartizek RD, Walters PA, Warren PR, Cugini MA, Goyal CR. Clinical evaluations of plaque removal efficacy: An advanced oscillating-rotating power toothbrush versus a sonic toothbrush. J Clin Dent 2007; In Submission.

68) Biesbrock AR, Bartizek RD, Walters PA, Terezhalmy GT, Gerlach RW. Popular oral hygiene regimens and benefits for plaque control and gingival health. J Clin Dent 2007; In Submission.

69) Corby PMA, Biesbrock AR, Bartizek RD, Corby AL, Bretz WA. Treatment outcomes to dental flossing in twins: Molecular microbial analysis. J Periodontol 2008; In Submission.

70) Biesbrock AR, Archila L, Gerlach RW, Rubush M, Gibb R, Terezhalmy GT, Bartizek RD. A clinical study evaluating the ability of digital gingival image analysis and laser specular image analysis to measure fluctuations in gingival capillary blood flow. J Periodontol 2008; In Submission.

## Abstracts

1) Biesbrock A, Schuster G, Dirksen T. Salivary viscosity and the incidence of dental caries. J Dent Res 1988; 67: 344 (special issue).

2) Biesbrock AR, Reddy MS, Levine MJ. Structure and function of a low molecular weight salivary mucin. Glycoconjugate J 1990; 7: 461.

3) Bobek LA, Tsai H, Reddy MS, Biesbrock AR, Levine MJ. Molecular cloning of the low molecular weight salivary mucin. J Dent Res 1992; 71:731 (special issue).

4) Bobek LA, Tsai H, Reddy MS, Biesbrock AR, Levine MJ. Molecular cloning of human salivary mucins. Glycoconjugate J 1992; 9: 498.

5) Biesbrock AR, Bobek LA, Levine MJ. Characterization and expression of the human salivary mucin gene, MUC7. J Dent Res 1994; 73: 310 (special issue).

6) Bobek LA, Liu J, Biesbrock AR, Levine MJ. Structure and expression of the human salivary mucin gene, MUC7. Eur J Oral Sci 1995.

7) Biesbrock AR, Bobek LA, Levine MJ. Expression and biological activity of human salivary apomucin (MUC7). Glycoconujugate J 1995; 12.

8) Paquette D, Williams R, Offenbacker S, Cates T, Baker R, Biesbrock A, Bouwsma O, Campbell S, Gerlach R, McClanahan S. Pharmacokinetic evaluation of a locally delivery tetracycline hydrocholoride gel in periodontitis patients. J Dent Res 1997; 76: 152 (special issue).

9) Campbell SL, Biesbrock AR, Gerlach RW. Assessment of residual periodontal disease in periodontal maintenance populations. J Dent Res 1997; 76: 215 (special issue).

10) Baker RA, Biesbrock AR, Campbell SL, Higgins RE, Gerlach RW; Magnusson I. Variability in pocket depth measurements between naïve and experienced examiners. J Dent Res 1997; 76: 228 (special issue).

11) Hermesch C, Hilton T, Baker R, Biesbrock A, Hamlin J, McClanahan S, Gerlach R. Prophylactic use of Peridex reduces the incidence of alveolar osteitis following third molar extraction. J Dent Res 1997; 76: 243 (special issue).

12) Biesbrock A, Hamlin J, Baker R, Gerlach, R, McClanahan S, Hilton T, Hermesch C. Risk factors for for alveolar osteitis following the extraction of impacted mandibular third molars. J Dent Res 1997; 76: 243 (special issue).
13) Davis CC, Hull JR, Biesbrock AR. Relative ranking of oral lesions contained in a training module. J Dent Res 1998; 77: 208 (special issue).
14) Hull JR, Davis CC, Biesbrock AR. COSTART classification development for clinically validated oral lesions. J Dent Res 1998; 77: 212 (special issue).
15) Suvan J, Biesbrock AR, Hamlin JC, Pratt JL, McClanahan SF, Winston JL. Examiner repeatability of whole mouth pocket depth probing measurements J Dent Res 1998; 77: 922 (special issue).
16) Jeffcoat M, Page R, Reddy M, Magnusson I, Biesbrock A, Cavanaugh P, Meredith M, Gerlach R. Prevention of alveolar bone loss in periodontitis with keterolac oral rinse: A dose response study. J Dent Res 1998; 77: 1000 (special issue).
17) Biesbrock AR, Faller RV, Bartizek RD, Court LK, McClanahan SF. Clinical reversal of caries with sodium and stannous fluoride dentifrices. J Dent Res 1998; 77: 1016 (special issue).
18) Perkins MA, Biesbrock AR, Robinson MK, Osterhues MA. Reapplication of a novel noninvasive tape sampling method for assessing the relationship of gingival inflammation and bleeding to gingival cytokine concentrations. Toxicological Sciences 1999; 98:53.
19) Biesbrock AR, Perkins MA, Fiedler SK, Yeh CH. Relationship of gingival inflammation and bleeding to gingival cytokine concentrations. J Dent Res 1999; 78: 554 (special issue).
20) Gerlach RW, Baker RA, Biesbrock AR, Damani NC, Donly KJ, Lainson PA. Clinical response to locally-delivered bioerodible tetracycline gel in periodontal maintenance. J Dent Res 2000; 79:517 (special issue).
21) Singer RE, Grbic J, Biesbrock A, Yeh CH, Lamster I, Lang NP. Relationship of GCF IgA and beta-glucoronidase to changes in periodontal severity. J Dent Res 2000; 79:483 (special issue).
22) Bacca LA, Biesbrock AR, Glandorf WM, Leusch MS. Seven day partial brushing model evaluating gingival epithelium cytokine levels. J Dent Res 2000; 79:306 (special issue).
23) Gerlach RW, Bartizek RD, Jacobs SA, Biesbrock AR. Sibling Caries: Evidence from four geographically-diverse cross-sectional studies. J Dent Res 2001; 80:36 (special issue).
24) Walters PA, Biesbrock AR, Jacobs SA, Gerlach RW, McClary JM, Bartizek RD, Mau MS, Kelly SA, Stookey GS. Novel clinical design for the assessment of examiner repeatability and sensitivity for detection of caries progression. J Dent Res 2001; 80:118 (special issue).
25) McClary JM, Walters PA, Jacobs SA, Gerlach RW, Bartizek RD, Winston JL, Biesbrock AR. Examiner calibration exercise for the assessment of radiographic caries. J Dent Res 2001; 80:118 (special issue).
26) Archila L, Walters PA, Bartizek RD, Gerlach RW, McClary JM, Jacobs SA, Biesbrock AR. Incidence and prevalence of dental caries in children in five cities throughout Guatemala. J Dent Res 2001; 80:118 (special issue).

27) Hou L, Walters PA, Bartizek RD, Biesbrock AR. Plaque removal by a battery-powered toothbrush relative to a manual toothbrush. J Dent Res 2002; 81:A-398 (special issue).

28) McClanahan SF, Archila LA, Walters PA, Bartizek RD, Gerlach RW, Jacobs SA, Biesbrock AR. Comparison of brushing regimens on caries progression over one year. J Dent Res 2002; 81:A-32 (special issue).

29) Van Dyke T, Cutler CW, Kowolik M, Singer RE, Buchanan W, Biesbrock AR. Effects of topical cimetidine rinse on gingival crevicular neutrophil leukocyte function. J Dent Res 2002; 81:A-498 (special issue).

30) Walters PA, Bartizek RD, Topmiller K, Ruhlman CD, Biesbrock AR. A study to evaluate the effectiveness of two battery-powered toothbrushes on the removal of dental plaque. J Dent Res 2002; 81:A-398 (special issue).

31) Singer RE, Biesbrock AR, Cerone K, Kwok K, Liu H, Winston JL. Relationship between gingival inflammation and systemic biomarkers: Impact of smoking and systemic anti-oxidants. J Dent Res 2002; 81:A-122 (special issue).

32) Winston JL, Cavanaugh PF, Biesbrock AR, Cerone C, Liu H, Hyde JD, Singer RE. Relationship between body mass index and oral health. J Dent Res 2002; 81:A-449 (special issue).

33) Biesbrock AR, Bartizek RD, Gerlach RW, Jacobs SA, Archila L. Dose response brushing efficacy of sodium fluoride dentifrices at 9 and 21 months with supervised brushing. J Dent Res 2003; 82 (special issue A):A-1358

34) Archila L, Bartizek RD, Gerlach RW, Jacobs SA, Biesbrock AR. Short-term caries study examining the effects of three doses of sodium fluoride dentifrices. J Dent Res 2003; 82 (special issue):A-1359

35) Bartizek RD, Walters PA, Biesbrock AR. The effect of an oral health educational program on gingivitis and plaque over 4 weeks. J Dent Res 2003 (special issue A); 82:A-0998

36) Gerlach RW, Barker ML, Anastasia MK, Baker RA, Campolongo KL, Biesbrock AR. Vital bleaching clinical response using stock and custom trays. J Dent Res 2003; 82 (special issue A):A-1035

37) Biesbrock AR, Bartizek RD. The association of serum chemistry variables to active caries: Analyses of the third national health and nutrition examination survey (NHANESIII). J Dent Res 2004; 83 (special issue A): A-0775

38) Winston JL, Bartizek RD, Biesbrock AR. The relative effectiveness of two battery-powered toothbrushes. J Dent Res 2004; 83 (special issue A): A-0161

39) Biesbrock AR, Bartizek RD. Plaque removal with a battery operated power toothbrush. J Dent Res 2005; 84 (special issue A): A-0102

40) Papas AS, Martuscelli G, Singh M, He T, Bartizek RD, Biesbrock AR. Two year RCT of two dentifrices for prevention of periodontitis. J Dent Res 2005; 84 (special issue A): A-1360

41) Gerlach RW, Bartizek RD, Biesbrock AR, Dunavent JM, Gibb RD, McClanahan SF. Oral hygiene, perceived health and gingivitis occurrence, distribution and severity. J Dent Res 2006; 85 (special issue A): A-1113

42) Singh ML, Papas AS, Biesbrock AR. Root caries increment in a medication induced saliva hypofunction population. J Dent Res 2006; 85 (special issue A): A-1472
43) Singh M, Martuscelli G, Singh ML, Papas AS, Biesbrock AR. Progression of periodontitis in a medication induced saliva hypofunction population. J Dent Res 2006; 85 (special issue A): A-2147
44) Gerlach RW, Biesbrock AR, Bartizek RD, Terezhalmy GT. Incremental clinical plaque effects with CPC and essential oils rinses. J Dent Res 2007; 86 (special issue A): A-2501
45) Terezhalmy GT, Biesbrock AR, Gerlach RW, Bartizek RD. Extrinsic stain removal efficacy of a 0.454% stannous fluoride dentifrice. J Dent Res 2007; 86 (special issue A): A-2035
46) Gerlach RW, Biesbrock AR. 0.454% stannous fluoride dentifrice and tooth staining: composite evidence. J Dent Res 2007; 86 (special issue A): A-0691
47) Terezhalmy GT, Bsoul S, Biesbrock AR, Bartizek RD, Gerlach RW. Comparative plaque removal with 4 different dental flosses. J Dent Res 2007; 86 (special issue A): A-1746
48) Gerlach RW, Bartizek RD, Britt ML, Fiedler SK, Biesbrock AR. Comparative clinical effectiveness of stannous fluoride dentifrice in treating gingivitis. J Dent Res 2007; 86 (special issue A): A-1191
49) He T, Gerlach RW, Bartizek RD, Gibb RD, Dunavent JM, Biesbrock AR. Meta-analyses of gingivitis effects with a 0.454% stannous fluoride dentifrice. J Dent Res 2007; 86 (special issue A): A-1192

## Peer Journal Reviewer

1.) American Journal of Dentistry (2004 – Present)
2.) Journal of Periodontology (2006 – Present)

## Awarded Research Support

National Institute of Dental Research
"Expression of the low molecular mass salivary mucin, MG2"
AR Biesbrock, Principal Investigator
Duration: 1 year (7/7/94 - 7/6/95)
National Research Service Award Postdoctoral Fellowship (F32)

## Teaching Experience

| | |
|---|---|
| 1994 - 1995 | Seminar leader in "Selective Topics in Preventive Dentistry"<br>SUNY at Buffalo (2nd year dental students) |
| 1994 - 1995 | Lecturer in "Seminars in Dental Implantology"<br>SUNY at Buffalo (Postgraduate resident dental students) |
| 1993 - 1995 | Clinical Teaching in Periodontics<br>SUNY at Buffalo (4th year dental students) |

| | |
|---|---|
| 1992 | Clinical Teaching Preventive Dentistry<br>SUNY at Buffalo (2nd year dental students) |
| 1990 - 1992 | Lecturer in "Microbiology of Dental Caries"<br>SUNY at Buffalo (Postgraduate resident dental students) |
| 1990 - 1991 | Clinical Teaching in Periodontics<br>Erie County Medical Center (General Practice Residents) |
| 1990 - 1991 | Clincal Teaching in Periodontics<br>SUNY at Buffalo (3rd year dental students) |

## Invited Research Presentations

1.) 2001 – International Consensus Workshop on Caries Clinical Trials, Loch Lomond, Scotland

The challenges of validating diagnostic methods relative to a conventional two year caries clinical trial

2.) 2001 – International Consensus Workshop on Caries Clinical Trials, Loch Lomond, Scotland

Potential modern alternative designs for caries clinical trials (CCTs) and how these can be validated against the conventional model

3.) 2002 - Tufts University, Research Day, Power Toothbrush Symposium, Boston, Massachussets

The evolution of Crest SpinBush

4.) 2004 - American Academy of Pediatric Dentistry, AAPD Foundation Continuing Education Course, San Francisco, California

Early caries detection and caries management by risk assessment

5.) 2005 - Indiana Conference, Clinical Models Workshop: Remin-Demin, Precavitation, Caries, Indianapolis, Indiana

The Biesbrock-Bartizek model for clinical caries trials

6.) 2006 – University of Mississippi, Student Research Day, Jackson, Mississippi

The science and innovation of oral care product development