# Exhibit G

# 2054 Plaque removal of three power toothbrushes

N. SHARMA[1], J. QAQISH[1], M. CUGINI[2], **M.C. THOMPSON**[2], and P.R. WARREN[2], [1]Biosci Research Canada, Ltd, Mississauga, Canada, [2]Oral-B Laboratories, Boston, MA, USA

As power toothbrush technology evolves, it is important to evaluate and compare their plaque removing capability under controlled conditions. Objective: Two independent studies were conducted to compare plaque removing efficacy of Oral-B Professional Care 9000 (PC 9000) with a newly designed brush head versus Oral-B Professional Care 7000 (PC7000) and versus Sonicare Elite (SE). Methods: Each study was a randomized, single use crossover design. After 23-25 hours of no oral hygiene, subjects received an oral tissue examination and those with pre-brushing whole mouth mean Rustogi Modified Navy Plaque Index score °Ÿ0.60 were enrolled and randomly assigned to treatment sequence. In Study 1 (PC9000 vs. PC7000, n=49) and Study 2, (PC 9000 vs. SE, n=50) subjects brushed with their assigned toothbrush for 2 minutes using a commercially available dentifrice. Oral tissues were re-examined and post-brushing plaque scores recorded. The above procedures were repeated with the alternate toothbrush for the second visit. One examiner blinded to the treatment sequence performed all clinical measurements. Results: In each study, toothbrushes were found to be safe and significantly reduced plaque levels after a single brushing, t-test (p<0.0001). PC9000 was more effective than PC7000, the difference in all areas was statistically significant (ANOVA, p<0.04). Percent plaque removal was 84% vs. 79% whole mouth; 75% vs.68% marginal and 92% vs.89% approximal areas for PC9000 and PC7000, respectively. PC9000 was more effective than SE, the difference in all areas was statistically significant (ANOVA, p<0.0001). Plaque was reduced 87% vs. 70% whole mouth; 83% vs. 63% marginal, and 93% vs.77% approximal areas for PC9000 and SE, respectively. Conclusion: Oral-B Professional Care 9000 with new brush head design was consistently more effective in plaque removal than PC 7000 and the Sonicare Elite. This study was sponsored by Oral-B Laboratories, Boston, MA

Seq #230 - Oral Health Research III
3:00 PM-4:00 PM, Saturday, 11 March 2006 Dolphin Hotel Pacific Hall

Back to the Oral Health Research Program
Back to the ADEA/AADR/CADR Meeting & Exhibition (March 8-11, 2006)

Top Level Search