# Exhibit K



WILEY
Publishers Since 1807

# Manual versus powered toothbrushing for oral health

**Heanue M, Deacon SA, Deery C, Robinson PG, Walmsley AD, Worthington HV, Shaw WC**

This is a reprint of a Cochrane review, prepared and maintained by the Cochrane Collaboration and published in *The Cochrane Library* 2004, Issue 1

Prepared and produced by:

UPDATE SOFTWARE

Update Software Ltd, Summertown Pavilion, Middle Way, Oxford OX2 7LG, UK

© John Wiley & Sons Ltd 2004
All rights reserved. This document may not be reproduced or published elsewhere, in whole or in part, without the written consent of John Wiley & Sons Ltd.

# TABLE OF CONTENTS

ABSTRACT.................................................................................................................................1

BACKGROUND...........................................................................................................................3

OBJECTIVES..............................................................................................................................3

CRITERIA FOR CONSIDERING STUDIES FOR THIS REVIEW.................................................3

SEARCH STRATEGY FOR IDENTIFICATION OF STUDIES.......................................................4

METHODS OF THE REVIEW......................................................................................................4

DESCRIPTION OF STUDIES......................................................................................................6

METHODOLOGICAL QUALITY...................................................................................................7

RESULTS...................................................................................................................................8

DISCUSSION.............................................................................................................................9

REVIEWER'S CONCLUSIONS..................................................................................................10

ACKNOWLEDGEMENTS...........................................................................................................10

POTENTIAL CONFLICT OF INTEREST.....................................................................................11

SOURCES OF SUPPORT..........................................................................................................11

SYNOPSIS................................................................................................................................11

REFERENCES..........................................................................................................................12

TABLES....................................................................................................................................21
    Characteristics of included studies..................................................................................21
    Characteristics of excluded studies.................................................................................29
    Table 01 Summary of characteristics of excluded studies.................................................33
    Table 02 Summary of inclusion criteria categories within included studies.........................34
    Table 03 Summary of exclusion criteria categories within included studies.........................34
    Table 04 Summary of toothbrush modes of action, number of trials and participants...........35
    Table 05 Sensitivity analyses of trials of rotation oscillation versus manual (1-3mths).........35

COVER SHEET..........................................................................................................................36

SUMMARY TABLES...................................................................................................................38

GRAPHS AND OTHER TABLES.................................................................................................40
    01 Side to side powered toothbrushes versus manual toothbrushes...................................40
        01 Plaque scores at 1 to 3 month at all sites.............................................................40
        02 Gingival scores at 1 to 3 months at all sites..........................................................40
        03 Plaque scores at > 3 months................................................................................41
        04 Gingival Scores at > 3 months..............................................................................41
    02 Counter oscillation...................................................................................................41
        01 Plaque scores at 1 to 3 month at all sites.............................................................41
        02 Gingivitis scores at 1 to 3 months at all sites.........................................................42
        03 Plaque scores at > 3 months................................................................................42
        04 Gingival scores at > 3 months..............................................................................42
    03 Rotation oscillation...................................................................................................43
        01 Plaque scores at 1 to 3 month at all sites.............................................................43

Copyright © John Wiley & Sons Ltd 2004

02 Ginigival scores at 1 to 3 months at all sites.................................................................44

03 Plaque scores at > 3 months.............................................................................................44

04 Gingival scores at > 3 months..........................................................................................45

04 Circular....................................................................................................................................45

01 Plaque scores at 1 to 3 month at all sites.......................................................................45

02 Gingival scores at 1-3 months at all sites.......................................................................46

03 Plaque scores at > 3 months.............................................................................................46

04 Gingival scores at > 3 months..........................................................................................46

05 Ultrasonic...............................................................................................................................47

01 Plaque scores at 1 to 3 month at all sites.......................................................................47

02 Gingival scores at 1 to 3 months at all sites..................................................................47

03 Plaque scores at > 3 months at all sites..........................................................................47

04 Gingival scores at > 3 months..........................................................................................48

06 Unknown or other action....................................................................................................48

01 Plaque scores at 1 to 3 months at all sites.....................................................................48

02 Gingival scores at 1 to 3 months at all sites..................................................................48

Copyright © John Wiley & Sons Ltd 2004

# Manual versus powered toothbrushing for oral health

Heanue M, Deacon SA, Deery C, Robinson PG, Walmsley AD, Worthington HV, Shaw WC

**This Review should be cited as:**
Heanue M, Deacon SA, Deery C, Robinson PG, Walmsley AD, Worthington HV, Shaw WC. Manual versus powered toothbrushing for oral health (Cochrane Review). In: *The Cochrane Library*, Issue 1, 2004. Chichester, UK: John Wiley & Sons, Ltd.
**Date of most recent amendment:** 21 November 2001
**Date of most recent substantive amendment:** 13 November 2002

## ABSTRACT

**Background**
Specific oral bacteria, generically known as 'dental plaque' are the primary cause of gingivitis (gum disease) and caries. The removal of dental plaque is thought to play a key role in the maintenance of oral health. There is conflicting evidence for the relative merits of manual and powered toothbrushing in achieving this.

**Objectives**
To compare manual and powered toothbrushes in relation to the removal of plaque, the health of the gingivae, staining and calculus, dependability, adverse effects and cost.

**Search strategy**
We searched the Cochrane Oral Health Group's Trials Register (to 22/8/02); the Cochrane Central Register of Controlled Trials (CENTRAL) (The Cochrane Library Issue 3, 2002); MEDLINE (January 1966 to week 5 2002); EMBASE (January 1980 to week 3 July 2002) and CINAHL (January 1982 to June 2002). Manufacturers of powered toothbrushes were contacted for additional published and unpublished trials.

**Selection criteria**
Trials were selected if they met the following criteria: design-random allocation of participants; participants-general public with uncompromised manual dexterity; intervention- unsupervised manual and powered toothbrushing for at least 4 weeks; primary outcomes-the change in plaque and gingivitis over that period.

**Data collection and analysis**
Six reviewers independently extracted information in duplicate. Indices for plaque and gingivitis were expressed as standardised values for each study. The effect measure for each meta-analysis was the standardised mean difference (SMD) with the appropriate 95% confidence intervals (CI) using random effects models. Potential sources of heterogeneity were examined, along with sensitivity analyses for the items assessed for quality and publication bias.

**Main results**
Twenty-nine trials, involving 2547 participants, provided data for the meta-analysis.

Brushes that worked with a rotation oscillation action removed more plaque and reduced gingivitis more effectively than manual brushes in the short and long term. For plaque at 1 to 3 months the SMD was -0.44 (95% CI: -0.66 to -0.21), for gingivitis SMD -0.45 (95% CI: -0.76, -0.15). These represented an 11% reduction on the Quigley Hein plaque index and a 6% reduction on the Löe and Silness gingival index. At over 3 months the effects were SMD for plaque -1.15 (95% CI: -2.02,-0.29) and SMD for gingivitis -0.51 (95% CI: -0.76, -0.25). These represented a 7% reduction on the Quigley Hein Plaque Index and a 17% reduction on the Ainamo Bay Bleeding on Probing Gingival Index. The heterogeneity found in these meta-analyses for short term trials was caused by one trial that had exceptionally low standard deviations. Sensitivity analyses revealed the results to be robust when selecting trials of high quality. There was no evidence of any publication bias.

No other powered brush designs were consistently superior to manual toothbrushes.

Copyright © John Wiley & Sons Ltd 2004

In these trials, data on cost, reliability and side effects were inconsistently reported. Those side effects that were reported on in the trials were localised and temporary.

**Reviewers' conclusions**

Powered toothbrushes with a rotation oscillation action achieve a modest reduction in plaque and gingivitis compared to manual toothbrushing.

Observation of methodological guidelines and greater standardisation of design would benefit both future trials and meta-analyses.

Copyright © John Wiley & Sons Ltd 2004

## BACKGROUND

Pathogenic bacteria are the primary cause of gingivitis (gum inflammation) and are implicated in the progression to periodontitis (loss of bone around the teeth) although the link between the two is complex and not well understood (Löe 1965).

Plaque is also one of the main causal factors in dental caries, although the evidence of a relationship between oral cleanliness and caries is not clear-cut (Richardson 1977; Addy 1986). When teeth are brushed with a fluoride toothpaste ample evidence of a caries preventative effect is available, but this is due more to the effect of fluoride than brushing per se (Chesters 1992).

Good oral hygiene (the removal of plaque) by effective toothbrushing has a key role in oral health. Effective toothbrushing depends on a number of factors including motivation, knowledge and manual dexterity.

Powered brushes simulate the manual motion of toothbrushes with lateral and rotary movements of the brush head. More recently, there has been a progression towards rotary action brushes (van der Weij 1993a). Brushes which operate at a higher frequency of vibration have also been introduced (Johnson 1994;Terezhalmy 1995b).

Powered toothbrushes were first introduced commercially in the early 1960s (Chilton 1962a; Cross 1962; Hoover 1962; Elliot 1963) and have become established as an alternative to manual methods of toothbrushing. In the UK the volume of sales of powered toothbrushes has nearly doubled each year between 1999 and 2001, increasing from 2% of total sales of all toothbrushes in 1999 to 7% in 2001 (Personal communication, R Davies 2002).

One study has shown that 36 months after purchase, 62% of people were using their electric toothbrushes on a daily basis (Stålneke 1995). The compliance level was high and was unrelated to any social factors of the population studied.

As the powered toothbrush is so popular the common question raised is which is better, the powered or manual?

## OBJECTIVES

To compare manual and powered toothbrushes in everyday use, by people of any age, in relation to:
(1) removal of plaque;
(2) inflammation of the gingivae;
(3) removal of staining and calculus;
(4) dependability and cost;
(5) adverse effects.

## CRITERIA FOR CONSIDERING STUDIES FOR THIS REVIEW

### Types of studies

The review is confined to randomised controlled trials comparing manual and powered toothbrushes. It excludes trials confined to comparisons between different kinds of powered brushes or those comparing different kinds of manual brushes.

Cross-over trials were eligible. Split mouth trials were excluded, as these were not considered representative of 'everyday use'.

### Types of participants

Individuals of any age with no reported disability that might affect toothbrushing were included. Individuals wearing orthodontic appliances were also included.

### Types of intervention

The toothbrushes included in the review were all forms of manual brushes and all forms of powered brushes with a mechanical movement of the brush head.

Trials instituting combined interventions, e.g. brushing combined with the use of mouthrinses or irrigation, were excluded. However, trials where participants were permitted to continue with their usual adjuncts to oral hygiene, such as flossing, were included.

Trials were excluded, where the brushing intervention was carried out or was supervised by a professional within 28 days prior to a follow-up assessment.

Trials of 28 days and over were eligible, and a subgroup analysis was carried out on the duration of trials for the different outcome measurements.

Powered toothbrushes were divided into six groups according to their mode of action.

Side to side action, indicates a brush head action that moves laterally side to side.

Counter oscillation, indicates a brush action in which adjacent tufts of bristles (usually 6 to 10 in number) rotate in one direction and then the other, independently. Each tuft rotating in the opposite direction to that adjacent to it.

Rotation oscillation, indicates a brush action in which the brush head rotates in one direction and then the other.

Circular, indicates a brush action in which the brush head rotates in one direction.

Ultrasonic, indicates a brush action where the bristles vibrate at ultrasonic frequencies (> 20 kHz).

Unknown, indicates a brush action that the reviewers have been unable to establish based on the trial report or confirm with the manufacturers.

It was agreed that, analysis of filament arrangement, orientation, size, shape and flexibility, brush head size and shape along with

Copyright © John Wiley & Sons Ltd 2004

presence or absence and characteristics of a timer would prove difficult to define across time and brush types.

**Types of outcome measures**

The primary outcome measures employed were quantified levels of plaque and/or gingivitis. Values recorded on arrival at the assessment were used. Measures taken after participants had been instructed to brush their teeth at the assessment visit were not used.

Secondary outcome measures sought were levels of calculus and staining; dependability and cost of the brush used, including mechanical deterioration; and adverse effects such as hard or soft tissue injury and damage to orthodontic appliances and prostheses.

## SEARCH STRATEGY FOR IDENTIFICATION OF STUDIES

The search followed the Cochrane Oral Health Group search strategy (http://www.update-software.com/cochrane/).
The search attempted to identify all relevant randomised controlled trials (RCTs) irrespective of language.

We searched the following databases:
The Cochrane Oral Health Group's Trials Register (to 22/8/02)
The Cochrane Central Register of Controlled Trials (CENTRAL) (The Cochrane Library Issue 3, 2002)
MEDLINE (1966 to week 5 2002)
EMBASE (1980 to week 3 July 2002)
CINAHL (1982 to June 2002).

For the identification of trials included in, or considered for this review, detailed search strategies were developed for each database. These were based on the search strategy developed for MEDLINE but revised appropriately for each database to take account of differences in controlled vocabulary and syntax rules.

The MEDLINE search strategy combined the subject search with phases one and two of the Cochrane Sensitive Search Strategy for RCTs (as published in Appendix 5c in the Cochrane Reviewers' Handbook). The subject search used a combination of controlled vocabulary and free text terms and is published in full below. Details of search strategies applied to other databases are available from the contact reviewer.

The search strategy for MEDLINE via OVID:
1.exp Toothbrushing/
2.toothbrush$.mp. [mp=title, abstract, registry number word, mesh subject heading]
3.((tooth or teeth) adj3 clean$).mp. [mp=title, abstract, registry number word, mesh subject heading]
4.1 or 2 or 3
5.manual$.mp. [mp=title, abstract, registry number word, mesh subject heading]
6.conventional$.mp. [mp=title, abstract, registry number word, mesh subject heading]

7.handbrush$.mp. [mp=title, abstract, registry number word, mesh subject heading]
8.5 or 6 or 7
9.power$.mp. [mp=title, abstract, registry number word, mesh subject heading]
10.mechanical$.mp. [mp=title, abstract, registry number word, mesh subject heading]
11.electric$.mp. [mp=title, abstract, registry number word, mesh subject heading]
12.electronic$.mp. [mp=title, abstract, registry number word, mesh subject heading]
13.ultrasonic$.mp. [mp=title, abstract, registry number word, mesh subject heading]
14.sonic$.mp. [mp=title, abstract, registry number word, mesh subject heading]
15."motor driven".mp. [mp=title, abstract, registry number word, mesh subject heading]
16."battery operated".mp. [mp=title, abstract, registry number word, mesh subject heading]
17.automatic$.mp. [mp=title, abstract, registry number word, mesh subject heading]
18.9 or 10 or 11 or 12 or 13 or 14 or 15 or 16 or 17
19.4 and 8 and 18

The following journals were identified as sources of frequently cited articles in the electronic search:
Journal of Clinical Dentistry (9 citations); American Journal of Orthodontics and Dentofacial Orthopedics (8 citations); American Journal of Dentistry (8 citations); Journal of Clinical Periodontology (20 citations); Journal of Periodontology (17 citations); Journal of Dental Research (42 citations). As these journals are included in the Oral Health Group's ongoing handsearching programme (http://www.cochrane-oral.man.ac.uk/), no further handsearching was undertaken.

All references cited in the included trials were checked. Identified manufacturers were contacted and additional published or unpublished trial reports requested.

The review is to be updated every 2 years using CENTRAL, the Cochrane Oral Health Group's Trials Register, MEDLINE and EMBASE.

Date of the most recent search was August 2002 (CENTRAL) (The Cochrane Library Issue 3, 2002).

## METHODS OF THE REVIEW

Two reviewers independendently reviewed the titles and abstracts identified in the search. If in the opinion of both reviewers an article clearly did not fulfil the defined exclusion criteria it was considered ineligible. Full reports of all trials of possible relevance were obtained for assessment. On receipt of the full article, two reviewers assessed each study independently using specifically designed data extraction forms.

**Manual versus powered toothbrushing for oral health - page 4 of 48**

Copyright © John Wiley & Sons Ltd 2004

## DATA EXTRACTION

Data extraction was performed independently by all reviewers on 10 pilot articles. The reviewers reported back on the design of the data extraction forms and their interpretation of the inclusion and exclusion criteria along with their understanding of the outcome measures. On the basis of this feedback the data extraction forms were altered and the inclusion, exclusion and outcome measures redefined to avoid misinterpretation.

The final data extraction protocol extracted the following information:
(1) Bibliographic details of the study.
(2) Funding source for the trial.
(3) Inclusion eligibility.
(4) Baseline characteristics of the participants in the study, including age, number of participants in the study and gender. Also, specific groups, such as dental students or orthodontic patients were noted, where mentioned.
(5) Intervention characteristics including type of brush and its mode of action, duration of use and delivery of instructions.
(6) Outcomes including plaque and gingivitis indices.

A trial was considered to have adequately generated a random sequence of allocation, if it fully reported the type of allocation generation and it satisfied the CONSORT guidelines as true randomisation (http://www.consort-statement.org/).

A trial was considered to have adequate blinding, if it stated that the method of outcome assessment did not allow the recording clinician to know to which group the participants had been allocated, with no other contradicting statement.

Attrition was considered to have been adequately reported if there was a clear indication of how many withdrawals occurred in each group during the trial and an attempt made to give reasons why the withdrawals occurred.

A trial was considered to have been funded by a brush manufacturer if it was reported that any material sponsorship from the manufacturer occurred, including the donation of brushes. It was considered unclear, if there was no statement on funding. A trial was only considered to be unsponsored by a manufacturer if it clearly stated so.

Trials were considered as 'short term' or 'long term'. 'Short term' data includes follow up between 28 days and 3 months. 'Long term' data includes follow up beyond 3 months. Within each category of long term and short term, where a trial reported multiple end points, only the latest data were extracted.

Data from trials that reported follow up before, and after 3 months were included in the pre- and post-3 month meta-analysis. This was the only circumstance when data from the same trial were considered twice.

Many different indices of plaque and gingivitis were used across trials and some trials reported multiple indices. A frequencies table was prepared of the indices used and they were ranked based on common usage and simplicity. For plaque we

extracted, where possible, data reported as the Turesky et al modification of the Quigley-Hein plaque index of 1962 (Quigley 1962;Turesky 1970). For gingival inflammation we extracted where possible data reported as the gingival index of Löe and Silness (Löe 1963) or, if unavailable, bleeding on probing (Ainamo 1975). Data for 'Russell's periodontal index' were excluded because this index fails to distinguish between gingivitis and periodontitis (Russell 1967).

Where available, data were extracted for whole mouth scores as opposed to part mouth scores. Where only part mouth scores were reported in a study, they were extracted and a sensitivity analysis carried out to consider their impact on the results of the review. Part mouth scoring was said to have occurred if plaque and or gingivitis were not recorded around all erupted teeth, except third molars.

Completed data extraction forms were compared. Where there was disagreement between reviewers with regard to any part of the extraction details it was resolved by discussion between the reviewers and a note made on the data collection forms. Any disagreement, unresolved between the two reviewers, was settled by majority vote of the entire panel of six reviewers. Authors were contacted for clarification where necessary.

## METHODOLOGICAL QUALITY

Quality assessment was carried out independently in duplicate at the same time as data was extracted. Particular emphasis was placed on allocation concealment ranked using the Cochrane criteria: Grade A: Adequate, B: Unclear, C:Inadequate, and D: Not used.

Consideration was also given to:
(1) Generation of randomisation sequence
(2) A priori calculation of sample size
(3) Blind outcome assessment
(4) Comparability of groups at baseline
(5) Duration of study
(6) Attrition bias
(7) Reliability tests for outcome measures.

Agreement between reviewers, concerning methodological quality, was assessed by calculating kappa values for full mouth recording; adequate allocation concealment; adequate random number generation; adequate blinding of outcome assessor and adequate reporting of attrition.

Numerical data extracted from the included trials was checked by a third reviewer for accuracy and entered into RevMan (version 4.1).

## DATA SYNTHESIS

Choice of summary statistic and estimate of overall effect.
Different indices for plaque measure the same concept on different scales, with high correlation between the different indices. The same is true for gingivitis. As it is not possible to combine the results from different indices, the effects were expressed as standardised values, which have no units, before combining. The standardised mean difference (SMD) was

Copyright © John Wiley & Sons Ltd 2004

therefore calculated along with the appropriate 95% confidence intervals (CI) and was used as the effect measure for each meta-analysis. As these mean differences for the groups have no inherent clinical value, to express an estimate of the degree of clinical effect they represent, it is necessary to apply them using any one study as an example. Such examples are given later in the discussion. Random effects models were performed throughout.

Assessment of heterogeneity and investigation of reasons for heterogeneity
Heterogeneity was assessed by inspection of a graphical display of the estimated treatment effects from the trials along with their 95% CI and by Cochran's test for homogeneity undertaken before each meta-analysis. Subgroup analyses were undertaken for assessments based on full-mouth recording versus those based on a partial recording and to examine the effects of concealed allocation, randomisation generation and blind outcome assessment on the overall estimates of effect for important outcomes.

Cross-over trials
It was planned to combine the data from cross-over trials with that of similar parallel group trials, using the techniques described by Elbourne et al (Elbourne 2002). Due to insufficient data this was not possible.

Investigation of publication and other biases
A funnel plot (plots of effect estimates versus the inverse of their standard errors) was drawn. Asymmetry of the funnel plot may indicate publication bias and other biases related to sample size, though it may also represent a true relationship between trial size and effect size. A formal investigation of the degree of asymmetry was performed using the method proposed by Egger et al (Egger 1997). A further method proposed by Begg and Mazumdar which tests for publication bias by determining if there is a significant correlation between the effect estimates and their variances was also carried out (Begg 1994). Both methods were carried out using Stata version 7.0 (Stata Corporation, USA) using the program Metabias.

## DESCRIPTION OF STUDIES

The search identified 354 trials of which 139 were considered to be ineligible from the information provided in the title or abstract. Full articles were obtained for the remaining 215. From the full articles 152 trials proved ineligible. From the abstracts and full articles 29 trials had insufficient detail to be able to convincingly allocate them to the category of included or excluded trials. Thirty-six trials were eligible. Of these eligible trials, five cross-over and two parallel trials provided insufficient information for the data to be used in a meta-analysis, and were excluded. Twenty-nine trials fulfilled all inclusion criteria and had results that could be entered for meta-analysis.

The authors of 36 trials with insufficient information were contacted and asked to provide the missing details required to include or exclude the data.

One reason for the exclusion of each study is given in the 'Characteristics of excluded studies' table. Many trials were ineligible for more than one reason. Trials or abstracts which proved to be duplicates of included studies are tabulated here, but entered in the included study references list, as such. For trials where authors had been contacted for further information and where no reply was received after 3 months, the study was considered ineligible for insufficient data available. Should the required data be supplied such trials will be addressed in the next review. A summary of the reasons for exclusion is given in 'Additional Table 01'.

Of the 29 included trials, 21 were conducted in North America ( Lobene 1964a; Soparkar 1964; Glass 1965; Baab 1989; Walsh 1989; Emling 1991; Khocht 1992; Barnes 1993; Wilson 1993; Yukna 1993b; Johnson 1994; Terezhalmy 1995a; O'Beirne 1996; Tritten 1996; Yankell 1996; Ho 1997 ; Yankell 1997; Cronin 1998; Forgas-B 1998; Warren 2001; Dentino unpublished); seven in Europe (McAllan 1976; Stoltze 1994; van der Weijden 1994; Ainamo 1997; Clerehugh 1998; Heasman 1999a; Lazarescu unpublish) and one in Israel (Stabholz 1996).

Two trials were unpublished. The remainder were published between 1964 and 2001; three in the 1960s; one in the 1970s; two in the 1980s; 20 in the 1990s and one in the 2000s. At least 19 were funded in some part by the manufacturer of one of the powered toothbrushes, the remainder were unclear about sponsorship.

The combined total number of participants included in the trials was 2547. The number of patients reported lost to follow up was 239 (9.4%).

### CHARACTERISTICS OF PARTICIPANTS

For each study the inclusion criteria are noted in the 'Characteristics of included studies' table and in 'Additional Table 02'. Out of the 29 eligible trials the four most frequently stated inclusion criteria were adults (66% of trials), no relevant medical history (72%), a stated minimal number of teeth required (59%) and at least a minimal gingival, periodontal or plaque pre-treatment measure (55%). Exclusion criteria for included trials were noted and summarised in 'Additional Table 03'.

### CHARACTERISTICS OF INTERVENTIONS
The powered toothbrushes, included:
Braun, Interplak, Braun Plaque Remover with OD5 head, Braun Oral B 3D, Braun Oral B D9, PlaK Trac, Ultrasonex, GEC, Braun Oral B D7, Phillips Jordan HP 735, Sonicare ultrasonic, Philips Sonicare, Epident, Braun Oral B D5, Philips 550, Touchtronic Teledyne Aqua Tec, Ronson, Dominion, Pulse Plaque Remover, Broxodent, Plaq and White, LPA/Broxo, Braun D17, Rowenta Dentiphant, Rowenta , Plaque

Copyright © John Wiley & Sons Ltd 2004

Dentacontrol Plus. These are summarised in 'Additional Table 04'.

Powered toothbrush, mode of action.
The powered toothbrushes were subdivided into six groups according to their mode of action.

Side to side action.
Philips Sonicare and Sonicare brushes (Sonicare c/o Philips Oral Healthcare, 35301 SE Center Street, Snoqualmie, WA 98065; http://www.sonicare.com/);
Philips 550 (Phillips Jordan, P.O. Box 324, 5500 AH Veldhoven, The Netherlands; http://www.philips-jordan.com/).

Counter oscillation.
Interplak brush (Interplak Conair Corporation, I Cummings Point Road, Stamford, CT 06904 http://www.conair.com/products/).

Rotation oscillation.
Braun Oral B 3D, D17, Plaque Remover with OD5 head, Oral B D9, Oral B D7, Oral B D5 (Braun Oral-B Consumer Services, 1Gillette Park, South Boston, MA; http://www.oralb.com/);
Phillips Jordan HP 735 (Phillips Jordan P.O. Box 324, 5500 AH Veldhoven, The Netherlands; http://www.philips-jordan.com/).

Circular.
Rowenta Dentiphant, Rowenta, Plaque Dentacontrol Plus (Rowenta Werke GmbH, Franz Alban, Stützer, Germany; (http://www.products.rowenta.de/row/index.html);
Teledyne Aqua Tech brushes (Corporate Headquarters 12333 West Olympic Boulevard Los Angeles, CA 90064; http://www.waterpik.com/oralhealth/).

Ultrasonic.
Ultrasonex brush (Salton-Maxim 1801 N. Stadium Boulevard, Columbia, MO 65202; http://www.salton-maxim.com/salton/ultrasonex/ultrasonex.asp).

The names and addresses of the manufacturers have changed over the years and those quoted above are correct at the time of the present review. Some of the trials were conducted when another company made the powered toothbrush. Some companies are no longer operational or complete details of their toothbrushes reported on are not easily found. The following toothbrushes fall into this latter category: PlaK Trac, GEC, Epident, Touchtronic, Ronson, Dominion, Broxodent, Plaq and White, LPA/Broxo.

Eight trials including 627 participants at the end of the trial compared manual brushing versus side to side powered toothbrushing. Four trials provided data on 184 participants at the end of the trial compared manual brushing versus counter oscillating toothbrushing. Ten trials with 867 participants at the end of the trial compared manual brushing versus rotation oscillation powered toothbrushing. Three trials including 168 participants at the end of the trial compared manual brushing versus circular powered brushing and two trials of 108

participants at the end of the trial compared manual brushing versus ultrasonic powered brushing. Two trials with 295 participants at the end of the trial compared manual brushing and a powered toothbrush with an unknown action.

Summary of trials by tooth brush action
The trials that compared manual with a side to side action powered brush were: (Glass 1965; Johnson 1994; Tritten 1996; Yankell 1997; Ho 1997; Lobene 1964a; Walsh 1989; O'Beirne 1996). Counter oscillation: (Khocht 1992; Stabholz 1996 (not included in meta-analysis); Wilson 1993; Yukna 1993b; Baab 1989). Rotation oscillation: (Barnes 1993; Cronin 1998; Dentino unpublished; Heasman 1999; Ainamo 1997; Clerehugh 1998; Stoltze 1994; van der Weijden 1994; Warren 2001; Yankell 1997Lazarescu unpublish). Circular: (Khocht 1992; McAllan 1976; Yankell 1996). Ultrasonic: (Forgas-B 1998; Terezhalmy 1995a) and unknown (Emling 1991; Soparkar 1964).

## CHARACTERISTICS OF OUTCOME MEASURES

Twenty-six trials (1787 participants at the end of the trial) reported plaque at 1 to 3 months and 10 trials (796 participants at the end of the trial) at longer than 3 months. Twenty-nine (2307 participants at the end of the trial) reported gingivitis at 1 to 3 months and 10 (796 participants at the end of the trial) at greater than 3 months.

Sixteen trials recorded whole mouth scores for plaque and gingivitis; seven trials recorded part mouth scores for both variables. One trial recorded part mouth scores for plaque and whole mouth scores for gingivitis and four trials recorded whole mouth scores for plaque and part mouth scores for gingivitis.

## METHODOLOGICAL QUALITY

The agreement between the reviewers was generally good with kappa values for adequacy of allocation concealment 0.49, adequate outcome assessor blinding 0.72, adequacy of reporting and handling of attrition 0.70 and mention of manufacturer funding 1.00.

SELECTION BIAS
The generation of randomisation sequence was adequate for two (6.9%) of the 29 trials, and unclear for 27 trials (93.1%). The concealment of allocation was adequate for 10 trials (34.5%), unclear for 17 (58.6%) and inadequate for two (6.9%).

DETECTION BIAS
The outcome assessor was adequately blinded in 26 trials (89.7%). The adequacy of blinding was unclear in two trials (6.9%). Blinding was not reported in one trial (3.4%).

ATTRITION BIAS
Withdrawals were adequately reported in 22 trials (76%) and inadequately reported in seven (24%).

The reported drop out rate was 9.4%. Trials with follow up of less than 3 months had a drop out rate of 5.3%. Trials with follow up of greater than 3 months had a drop out rate of 13.2%.

Copyright © John Wiley & Sons Ltd 2004

SPONSORSHIP
Funding by a manufacturer of one of the brushes under investigation was stated in 22 (76%) of the trials and unclear in seven (24%).

# RESULTS

As mentioned earlier in the data synthesis section of the methods of the review, the differences in plaque and gingivitis reduction between the powered and manual brushes were expressed as standardised mean differences (SMDs) for both short term and long term studies. Significant differences in SMDs are reported below. To improve the appreciation of clinical significance, SMDs have also been converted to equivalent values in commonly used plaque and gingivitis indices.

SIDE TO SIDE POWERED TOOTHBRUSHES ('Comparison 01' 'Outcomes 01-04')
There were six trials comparing side to side powered brushes included in the meta-analysis for 1 to 3 month plaque, eight for 1 to 3 month gingivitis and only two trials included in both the meta-analyses for measures after 3 months. There was no statistically significant difference between powered toothbrushes whose action was side to side and manual brushes with regard to the removal of plaque or reduction of gingivitis for both time periods.

COUNTER OSCILLATION POWERED TOOTHBRUSHES VERSUS MANUAL ('Comparison 02' 'Outcomes 01-04')
There were four trials included in the meta-analysis for 1 to 3 month plaque, four for 1 to 3 month gingivitis and only two trials included in both the meta-analyses for measures after 3 months. There was no evidence that powered toothbrushes whose action was counter oscillation were more effective than manual brushes for the removal of plaque or reduction of gingivitis with the exception of being associated with less plaque in the long term, where the SMD was -0.63 (95% confidence interval (CI): -1.11, -0.14).

ROTATIONAL OSCILLATION POWERED TOOTHBRUSHES VERSUS MANUAL ('Comparison 03' 'Outcomes 01-04')
This comparison contained the greatest number of trials, with 10 trials included in both the analyses for early plaque and gingivitis, and four trials included in the long term comparisons. Brushes that worked with a rotation oscillation action removed more plaque and reduced gingivitis more effectively than manual brushes in both the short and long term. For plaque at 1 to 3 months the SMD was -0.44 (95% CI: -0.66, -0.21), for gingivitis SMD -0.45 (95% CI: -0.76, -0.15). These differences converted to a reduction of 0.20 or 11% on the Quigley Hein plaque index and a reduction of 0.09 or 6% on the Löe and Silness gingival index. At over 3 months the effects were SMD for plaque -1.15 (95% CI: -2.02, -0.29) and SMD for gingivitis -0.51 (-0.76, -0.25). These differences converted to a reduction of 0.5 or 7% for the Quigley Hein plaque index

and a 0.04 or 17% reduction on the Ainamo Bay bleeding on probing index. There was considerable heterogeneity between the trials in the meta-analyses for the short term follow up, which is reported later in this section.

CIRCULAR POWERED TOOTHBRUSHES VERSUS MANUAL ('Comparison 04' 'Outcomes 01-04')
Three trials were included in both these analyses for early plaque and gingivitis evaluation, and only one trial in each of the meta-analyses for longer follow up. There was no evidence that brushes with a circular action removed plaque or reduced gingivitis more effectively than manual brushes in either time period.

ULTRASONIC TOOTHBRUSHES VERSUS MANUAL ('Comparison 05' 'Outcomes 01-04')
There were only two trials for each of the meta-analyses for the short term assessments of plaque and gingivitis, and one trial in both long term meta-analyses. The short term comparison between ultrasonic and manual brushes reached borderline statistical significance for plaque removal with SMD -0.45 (-0.90, 0.00). No other statistically significant differences were noted between manual and ultrasonic brushes.

INVESTIGATION OF HETEROGENEITY
The heterogeneity in the short term meta-analyses comparing rotation oscillation powered and manual brushing for both plaque and gingivitis was caused by one study with exceptionally low standard deviations for all indices (Stoltze 1994).

SENSITIVITY ANALYSES
Sensitivity analyses were conducted for trials: where a full mouth index had been used, where adequate concealment of randomisation occurred, where there was adequate generation of randomisation sequence, with blinding of the outcome assessor, mentioning no commercial funding, with adequate information about attrition, with comparable brushing instruction given to all groups and for trials that were not restricted to participants only wearing fixed orthodontic appliances. These analyses were limited to the meta-analyses for rotational oscillation powered toothbrushes versus manual ('Comparison 03' 'Outcomes 01 and 02') which showed significant effects and contained the greatest number of trials. The revised meta-analyses yielded similar effect estimates to the overall estimates, indicating that the results are robust and not distorted by the lesser quality trials. ('Additional Table 05').

PUBLICATION BIAS
Publication bias was assessed for the meta-analyses for rotational oscillation powered toothbrushes versus manual for the 1 to 3 month assessments. The funnel plots for each appeared symmetric with no evidence of bias for either plaque or gingivitis using the Egger (weighted regression) method (p = 0.78, 0.52 respectively), or using the Begg (rank correlation) method (p = 0.72, 0.41).

SECONDARY OUTCOMES

Copyright © John Wiley & Sons Ltd 2004

Cost
None of the included trials reported on the relative costs of manual compared with powered toothbrushes.

Reliability
One trial reported a mechanical failure of one of the 48 powered toothbrushes used (Clerehugh 1998) and one trial reported mechanical failure in four of 20 powered brushes (Yukna 1993b). No other mechanical failures were reported.

Calculus
Three trials (Dentino unpublished; Glass 1965; van der Weijden 1994) reported on calculus, two reporting that there was no significant difference between the brush types (van der Weijden 1994; Glass 1965) and one reporting that, compared to the manual brush, the powered brush group showed a significant favourable difference in the accumulation of calculus at 6 months p = 0.0078 (Dentino unpublished).

Stain
Three trials reported that there was no difference in the degree of staining on the teeth between the brush types (Dentino unpublished; Glass 1965; Walsh 1989).

Soft tissue trauma
Eighteen trials reported on soft tissue side effects. Ten trials reported no soft tissue side effects for any of the brush types under investigation. Five trials reported no difference in soft tissue effects between the brush types. Three trials reported a difference in soft tissue trauma between the brushes used. Of these one reported five cases of gingival abrasion in the manual and one case of abrasion in the powered group (Tritten 1996), another reported 12 cases of gingival abrasion in the manual and five cases of gingival abrasion in the powered group (van der Weijden 1994). One trial reported seven soft tissue abnormalities in six participants in the manual group and 10 abnormalities in seven participants in the powered group (Johnson 1994).

## DISCUSSION

We brush our teeth for many reasons: to feel fresh and confident; to have a nice smile; to avoid bad breath and to avoid disease. The selection of one's toothbrush is largely a matter of personal preference, affordability, availability and professional recommendation. Powered toothbrushes may have a particular appeal to some because they represent a newer 'high tech' solution to an everyday task.

This systematic review has found that powered toothbrushes with a rotation oscillation action removed plaque and reduced gingivitis more than manual brushes in both the long and short term. Other forms of powered brushes produced a less consistent reduction of plaque and gingivitis.

Few data were reported on the costs or reliability of the brushes or the side effects of their use. When reported, injuries to the gums were minor and transient. Randomised controlled trials

may not be the best research design for investigating these adverse outcomes. Expert groups have suggested that powered toothbrushes are safe if used correctly but further research is required in these areas (Lang 1998).

There is overwhelming evidence that toothbrushing reduces gingivitis (Lang 1973). It may prevent periodontitis and certainly prevents tooth decay if carried out in conjunction with fluoride toothpaste. These benefits occur whether the brush is manual or powered and the results of this review do not indicate that toothbrushing is only worthwhile with a powered toothbrush.

As mentioned in the results section, standardised mean differences (SMDs) may be converted to the corresponding values of particular clinical indices. The plaque scores in short term trials of rotation oscillation brushes was -0.44. Using this level of effectiveness as an example, in the trial by Cronin (Cronin 1998) a similar standardised mean difference (-0.45) corresponded to a mean difference in the Turesky modification of the Quigley Hein index of 0.27. The mean plaque score among those using manual brushes in the trial by Cronin was 2.55 and thus the difference is 11%.

For gingival scores the SMD in short term trials of rotation oscillation brushes was -0.45. Again, using this level of effectiveness, in the trial by Heasman (Heasman 1999) the SMD of -0.42 corresponded to a mean difference in the Löe and Sillness gingival index of 0.09. The mean gingival index score for those using manual brushes in the trial was 1.64 and thus the difference is 6%.

The same approach can be used to assess the effect of rotation oscillation powered toothbrushes on long term reductions in plaque and gingivitis, and indicates benefits of 7% and 17% respectively. Had a weighted mean difference method been used for pooling the data rather than a standardised mean difference, similar results and conclusions would have been reached .

This raises the question, what level of plaque removal and reduction in gingivitis will result in clinically significant improvements in oral health?

The results of the review can be related to destructive periodontal disease (periodontitis) only with some difficulty. Some authorities have advocated the use of arbitrary thresholds to make superiority claims for a specific product. For example, Imrey has proposed that a product cannot be claimed to be superior unless it provides a 20% improvement in performance (not the case for any types of brush in this review, in terms of long term plaque removal) (Imrey 1992; Imrey 1994). However, other authors have criticised the use of arbitrary thresholds and prefer a threshold for clinical significance to be decided in advance and selected on clinical grounds (D'Agostino 1992).

Many factors are associated with the occurrence of periodontitis including plaque, tobacco use and individual medical factors. Periodontitis takes many years to develop and the trials have

Copyright © John Wiley & Sons Ltd 2004

much shorter follow up. The evidence that plaque and gingivitis are reliable proxies for long term destructive disease is not compelling and it is difficult to estimate a clinical threshold for significant plaque reduction. We conclude that rotation oscillation brushes provide reductions for plaque removal but the clinical significance of these reductions cannot be assessed.

The apparent significant long term effects of counter oscillational brushes on plaque may be a spurious finding. It was the only outcome associated with the use of these brushes out of four studied.

One possible weakness of this review was the grouping of toothbrushes by their modes of action. Whilst this approach allowed more powerful meta-analysis it is possible that toothbrushes whose actions had subtle differences were more or less effective. Similarly, so many factors may influence the effectiveness of toothbrushes including filament arrangement, orientation, size, shape and flexibility, brush head size and shape along with presence or absence and characteristics of a timer, that not all of them could be isolated and analysed. Whether the brush has a battery or rechargable power source may also be important.

Publication bias seems likely to be present in the reporting of these trials as manufacturers would like to have scientific support for the effectiveness of their powered toothbrushes. However there was no evidence of this when publication bias was examined statistically, and no evidence of a difference in effect estimates when a sensitivity analysis was conducted for trials which did not mention commercial funding. It should be noted that the methods for detecting publication bias are relating effect size to sample size, and in this review the trials tend to be of similar size. Therefore other methods may be required to examine publication bias in short term, low cost studies.

Five eligible cross-over trials had to be excluded from the review as the data presented did not include the standard deviation of the paired differences, or alternative statistics which would enable this value to be estimated (Elbourne 2002). Attempts were made to contact all the trialists however they were unable to supply the necessary data. It is important that trialists analyse the data from cross-over trials appropriately and present relevant data in reports of trials.

## REVIEWER'S CONCLUSIONS

### Implications for practice

This review has found that compared with manual toothbrushes, powered toothbrushes whose action is rotation oscillational reduce plaque and gingivitis by 7 and 17% respectively at greater than 3 months. The clinical significance of these reductions is not known.

The trials available for the review were too short term to demonstrate whether these effects achieve a reduction in destructive periodontal disease.

Individuals who prefer the 'feel' of using a powered toothbrush can be assured that powered toothbrushing is at least as effective as manual brushing and that there is no evidence that it will cause any more injuries to the gums than manual brushing.

As none of the trials we found compared the durability, reliability and cost of using manual versus powered brushes, it is presently not possible to make a clear recommendation on toothbrush superiority.

### Implications for research

Trials of longer duration are required to fully evaluate powered toothbrushes. There are few adequate trials reporting more than 3 months. Data on the long term benefits of powered toothbrushes would be valuable in their own right and could be used to trial other outcomes such as the adverse effects and benefits in the prevention of periodontitis and dental caries. Moreover, more trials would lend greater power to systematic reviews of the effectiveness of powered toothbrushes.

The review revealed many idiosyncrasies in the design of the trials, in some cases data could not be included in this review. Whilst many of the trials we conducted before the current emphasis on experimental design, even the most recent trials lacked power calculations and had not been analysed on an intention to treat basis. Researchers in this field would be advised to study guidance on the design and reporting of clinical trials such as that provided in the CONSORT statement (http://www.consort-statement.org/).

Specific guidance exists for trials in the treatment or prevention of periodontal diseases (Imrey 1994) but greater standardisation of both the follow-up intervals and the indices used would benefit both trials and future meta-analyses. Thought should also be given to when the mouth should be examined in relation to when the teeth were last cleaned.

Some research designs created an artificial research environment that may have undermined the generalisability of the findings. In particular the external validity was questionable in trials with split mouth designs where participants are asked to clean each side of their mouth with a different brush, in trials where interventions where used in combination and those where toothbrushing was supervised. Hence their exclusion from this meta-analysis.

More research with improved rigour is also needed on the relative benefits of powered and manual toothbrushes to prevent or remove extrinsic staining of the teeth and calculus.

## ACKNOWLEDGEMENTS

Thanks are due to Sylvia Bickley, Trials Search Co-ordinator for the Oral Health Group for carrying out the searches for the review, Liz Asbridge for administration of the review, co-ordination of databases and location of articles for the review. Thanks also go to Anne-Marie Glenny and Emma Tavender for making available their expertise in the field of

Copyright © John Wiley & Sons Ltd 2004

systematic reviews and experience of Revman 4.1 and Emma Tavender and Luisa Fernandez for copy editing the final draft. For help with the translations of foreign papers our thanks go to Selva Can (German), Regina Mitezki (German), Giovanni Lodi (Italian).

We would also like to thank the following investigators who replied to our requests for additional information about their trials: J de Boever (Universitair Ziekenhuis, Gent), C Burge (University of Colorado), M Darby (Old Dominion University), A Dentino (Marquette University), W Killoy (University of Missouri), A Koerber (University of Illinois), I Moschén (Leopold-Franzens-Universität), R Nolden (Rheinishe Friedrich-Wilhelms Universität), T Palmer (Clinical Research Associates), M Thompson (Gillette Company), P Warren (Gillette Company). For their help as referees, we express our thanks to Martin Addy, Nik Barstow, Sylvia Bickley, Robin Davies, Marco Esposito, Anne-Marie Glenny, Jayne Harrison, Lee Hooper, Ian Needleman and Richard Niederman. The synopsis was provided by Hilda Bastian and the Cochrane Consumer Network, for which we express our thanks.

## POTENTIAL CONFLICT OF INTEREST

Bill Shaw and Helen Worthington were co-researchers on a randomised controlled trial sponsored by Braun AG (Clerehugh 1998) through a grant to the University of Manchester. Damien Walmsley was a consultant and undertook laboratory trials of powered toothbrushes sponsored by Braun AG through a grant to the University of Birmingham.

## SOURCES OF SUPPORT

### External sources of support
- No sources of support supplied

### Internal sources of support
- University Dental Hospital of Manchester UK
- School of Dentistry, The University of Birmingham UK
- Edinburgh Dental Institute UK
- University of Sheffield, School of Dentistry UK

## SYNOPSIS

Powered toothbrushes with a rotation oscillation action provide slightly better plaque removal and may provide better protection against gum inflammation than manual toothbrushes

Removing dental plaque by toothbrushing with a fluoride toothpaste helps prevent gum inflammation (gingivitis) and tooth decay. The latter may be largely due to the fluoride. Powered toothbrushes simulate manual toothbrushing in different ways (such as moving side to side or circular motions). The review of trials found that only rotation oscillation (where brush heads rotate in one direction and then the other) is better than manual toothbrushes at removing plaque and reducing gum inflammation, and is no more likely to cause injuries to gums. Long term benefits of this for dental health are unclear.

Copyright © John Wiley & Sons Ltd 2004

# REFERENCES

**References to studies included in this review**

**Ainamo 1997** *[published data only]*
Ainamo J, Xie Q, Ainamo A, Kallio P. Assessment of the effect of an oscillating/rotating electric toothbrush on oral health. A 12-month longitudinal study. *Journal of Clinical Periodontology* 1997;**24**:28-33.

**Baab 1989** *[published data only]*
Baab DA, Johnson RH. The effect of a new electric toothbrush on supragingival plaque and gingivitis. *Journal of Periodontology* 1989;**60**:336-41.

**Barnes 1993** *[published data only]*
Barnes CM, Weatherford TW 3rd, Menaker L. A comparison of the Braun Oral-B Plaque Remover (D5) electric and a manual toothbrush in affecting gingivitis. *Journal of Clinical Dentistry* 1993;**4**:48-51.

**Clerehugh 1998** *[published data only]*
Clerehugh V, Williams P, Shaw WC, Worthington HV, Warren P. A practice-based randomised controlled trial of the efficacy of an electric and a manual toothbrush on gingival health in patients with fixed orthodontic appliances. *Journal of Dentistry* 1998;**26**:633-9.

**Cronin 1998** *[published data only]*
Cronin M, Dembling W, Warren PR, King DW. A 3-month clinical investigation comparing the safety and efficacy of a novel electric toothbrush (Braun Oral-B 3D Plaque Remover) with a manual toothbrush. *American Journal of Dentistry* 1998;**11 Suppl**:17-21.

**Dentino unpublished** *[unpublished data only]*
Dentino A, Derderian G, Wolf M, Johnson R, Warren P. Evaluation of powered vs manual toothbrushing on plaque, calculus and stain. (IADR Abstract 1999). *Journal of Dental Research* 78;(**Abstract No 2463**):413.

Dentino A, Wirth C, Williams C, Wolf M, Shaw T, Warren P. Comparison of powered vs manual toothbrushing on gingivitis reduction (IADR Abstract 1999). *Journal of Dental Research* 1999;**78**:413 (Abs No 2462).

*Dentino AR, Derderian G, Wolf MA, Cugini MA, Johnson R, Van Swol RL et al. Six month comparison of powered vs. manual toothbrushing for safety and efficacy in the absence of professional instruction in mechanical plaque control. *Journal of Periodontology* 2002.

**Emling 1991** *[published data only]*
Emling RC, Raidl A, Greco MR, Shi X, Yankell SL. Clinical evaluation of the Plak Trac toothbrush. *Journal of Clinical Dentistry* 1991;**2**:57-62.

**Forgas-B 1998** *[published data only]*
Forgas-Brockmann LB, Carter-Hanson C, Killoy WJ. The effects of an ultrasonic toothbrush on plaque accumulation and gingival inflammation. *Journal of Clinical Periodontology* 1998;**25**:375-9.

**Glass 1965** *[published data only]*
Glass R. A clinical study of hand and electric toothbrushing. *Journal of Periodontology* 1965;**36**:322-7.

**Heasman 1999** *[published data only]*
*Heasman PA, Stacey F, Heasman L, Sellers P, Macgregor ID, Kelly PJ. A comparative study of the Philips HP 735, Braun/Oral B D7 and the Oral B 35 Advantage toothbrushes. *Journal of Clinical Periodontology* 1999;**26**:85-90.

McCracken GI, Stacy F, Heasman L, Sellers P, Macgregor IDM, Kelly PJ et al. A comparative study of two powered toothbrushes and one manual toothbrush in young adults. *Journal of Clinical Dentistry* 2001;**12**:7-10.

**Ho 1997** *[published data only]*
Ho HP, Niederman R. Effectiveness of the Sonicare sonic toothbrush on reduction of plaque, gingivitis, probing pocket depth and subgingival bacteria in adolescent orthodontic patients. *Journal of Clinical Dentistry* 1997;**8**:15-9.

**Johnson 1994** *[published data only]*
Johnson BD, McInnes C. Clinical evaluation of the efficacy and safety of a new sonic toothbrush. *Journal of Periodontology* 1994;**65**:692-7.

**Khocht 1992** *[published data only]*
Khocht A, Spindel L, Person P. A comparative clinical study of the safety and efficacy of three toothbrushes. *Journal of Periodontology* 1992;**63**:603-10.

**Lazarescu unpublish** *[unpublished data only]*
Lazarescu D, Bocaneale S, Iliescu A, De Boever JA. Comparative study of an electric and manual toothbrush in patients unfamiliar with electric brushes. (IADR Abstracts 2000). *Journal of Dental Research* 2000;**79**:298 (Abs No 1234).

*Lazarescu D, Boccaneala S, Illiescu A, De Boever JA. Efficacy of plaque removal and learning effect of a powered and a manual toothbrush. *Unpublished as at Jan 02* - submitted to Journal of Clinical Periodontology, awaiting publication.

**Lobene 1964a** *[published data only]*
*Lobene RR. The effect of an automatic toothbrush on gingival health. *Journal of Periodontology* 1964;**35**:137-9.

Lobene RR. Evaluation of altered gingival health from permissive powered toothbrushing. *Journal of the American Dental Association* 1964;**69**:585-8.

**McAllan 1976** *[published data only]*
McAllan LH, Murray JJ, Brook AH, Crawford AN. Oral hygiene instruction in children using manual and electric toothbrushes. Benefits after six months. *British Dental Journal* 1976;**140**:51-6.

McAllan LH, Murray JJ, Brook AH, Crawford AN. Oral hygiene instruction in children using manual and electric toothbrushes. Benefits after six months. *Journal of Periodontology* 1977;**48**:409.

**O'Beirne 1996** *[published data only]*
O'Beirne G, Johnson RH, Persson GR, Spektor MD. Efficacy of a sonic toothbrush on inflammation and probing depth in adult periodontitis. *Journal of Periodontology* 1996;**67**:900-8.

**Soparkar 1964** *[published data only]*
Soparkar PM, Quigley GA. Power versus hand brushing: effect on gingivitis. *Journal of the American Dental Association* 1964;**68**:182-7.

**Stabholz 1996** *[published data only]*
Stabholz A, Babayof I, Mann J. The clinical effect of a newly designed electric toothbrush on supragingival plaque, gingivitis and gingival bleeding. *Journal of Clinical Dentistry* 1996;**7**:17-20.

**Stoltze 1994** *[published data only]*
Stoltze K, Bay L. Comparison of a manual and a new electric toothbrush for controlling plaque and gingivitis. *Journal of Clinical Periodontology* 1994;**21**:86-90.

**Terezhalmy 1995a** *[published data only]*
Terezhalmy GT, Iffland H, Jelepis C, Waskowski J. Clinical evaluation of the effect of an ultrasonic toothbrush on plaque, gingivitis, and gingival bleeding: a six-month study. *Journal of Prosthetic Dentistry* 1995;**73**:97-103.

**Tritten 1996** *[published data only]*
Tritten CB, Armitage GC. Comparison of a sonic and a manual toothbrush for efficacy in supragingival plaque removal and reduction of gingivitis. *Journal of Clinical Periodontology* 1996;**23**:641-8.

**van der Weijden 1994** *[published data only]*
van der Weijden GA, Timmerman MF, Reijerse E, Danser MM, Mantel MS, Nijboer A et al. The long-term effect of an oscillating/rotating electric toothbrush on gingivitis. An 8-month clinical study. *Journal of Clinical Periodontology* 1994;**21**:139-45.

Copyright © John Wiley & Sons Ltd 2004

**Walsh 1989** *[published data only]*
Walsh M, Heckman B, Leggott P, Armitage G, Robertson PB. Comparison of manual and power toothbrushing, with and without adjunctive oral irrigation, for controlling plaque and gingivitis. *Journal of Clinical Periodontology* 1989;**16**:419-27.

**Warren 2001** *[published data only]*
Warren PR, Cugini M, Marks P, King DW. Safety, efficacy, and acceptability of a new power toothbrush: a 3-month comparative clinical investigation. *American Journal of Dentistry* 2001;**14(1)**:3-7.

**Wilson 1993** *[published data only]*
Wilson S, Levine D, Dequincey G, Killoy WJ. Effects of two toothbrushes on plaque, gingivitis, gingival abrasion, and recession: a 1-year longitudinal study. *Compendium of Continuing Education in Dentistry* 1993;**Suppl 16**:569-79.

**Yankell 1996** *[published data only]*
Yankell SL, Emling RC. A thirty-day evaluation of the Rowenta Dentiphant powered toothbrush in children for safety and efficacy. *Journal of Clinical Dentistry* 1996;**7**:96-100.

**Yankell 1997** *[published data only]*
Yankell SL, Emling RC. A thirty-day safety and efficacy evaluation of the Rowenta, Braun and Sonicare powered toothbrushes and a manual toothbrush. *Journal of Clinical Dentistry* 1997;**8**:120-7.

**Yukna 1993b** *[published data only]*
Yukna RA, Shaklee RL. Evaluation of a counter-rotational powered brush in patients in supportive periodontal therapy. *Journal of Periodontology* 1993;**64**:859-64.

### References to studies excluded from this review

**Aass 2000**
Aass AM, Gjermo P. Comparison of oral hygiene efficacy of one manual and two electric toothbrushes. *Acta Odontologica Scandinavica* 2000;**58**:166-70.

**Ainamo 1991**
Ainamo J, Hormia M, Kaunisaho K ST, Suomalainen K. Effect of manual versus powered toothbrushes. *Journal of Dental Research* 1991;**70**:557.

**Albers 1988**
Albers HK, Schubeler BG, Bobmann K. Die Akzeptanz und Effektivität von elektrischen und von Handzahnbursten. *Zahnarztliche Mitteilungen Heft* 1988;**78**:1777-80.

**Anaise 1976**
Anaise JZ. Plaque removal by different types of toothbrush. *Israel Journal of Dental Medicine* 1976;**25**:19-22.

**Andreana 1998**
Andreana S, Cataldo J, Mather ML. Clinical evaluation of the Ionoral Toothbrush. (IADR Abstract 1998). *Journal of Dental Research* 1998;**77**:211 (Abs No 847).

**Arceneaux 1996**
Arceneaux A, Panacek J, Tellis L, Kiger R, Stephens J, Kettering J. Efficacy of sonic Vs manual toothbrushes in maintaining oral health. (IADR Abstract 1996). *Journal of Dental Research* 1996;**75**:86 (Abs No 551).

**Ash 1964**
Ash M, Rainey BL, Smith WA. Evaluation of manual and motor-driven toothbrushes. *Journal American Dental Association* 1964;**69**:321.

**Ash 1967**
Ash M Jr. [An examination of the problems and results in the use of manual and electric toothbrushes]. *Revista Espanola de Periodoncia* 1967;**5**:269-94.

**Bastos 1995**
Bastos E P, Vianna R, Souza I, Heluy D, Primo LG. Clinical evaluation of two toothbrush under different oral hygiene techniques. (IADR Abstract 1995). *Journal of Dental Research* 1995;**74**:565 (Abs No 1319).

**Borutta 1997**
Borutta A. Plaque removal efficacy of a newly developed powered toothbrush in the primary dentition of pre-school children. *Journal of Clinical Dentistry* 1997;**8**:151-5.

**Boyd 1989a**
Boyd RL, Murray P, Robertson PB. Effect of rotary electric toothbrush versus manual toothbrush on periodontal status during orthodontic treatment. *American Journal of Orthodontics & Dentofacial Orthopedics* 1989;**96**:342-7.

**Boyd 1989b**
Boyd RL, Murray P, Robertson PB. Effect on periodontal status of rotary electric toothbrushes vs. manual toothbrushes during periodontal maintenance. I. Clinical results. *Journal of Periodontology* 1989;**60**:390-5.

**Boyd 1997**
Boyd RL, McLey L, Zahradnik R. Clinical and laboratory evaluation of powered electric toothbrushes: in vivo determination of average force for use of manual and powered toothbrushes. *Journal of Clinical Dentistry* 1997;**8**:72-5.

**Braccini 1964**
Braccini C, Coronelli E. Considerazioni sul broxodent alla luce di un esame tecnologico comparativo con altri strumenti similari. *Rivista Italiana di Stomatologia* 1964;**5**:561-72.

**Bratel 1991**
Bratel J, Berggren U. Long-term oral effects of manual or electric toothbrushes used by mentally handicapped adults. *Clinical Preventive Dentistry* 1991;**13**:5-7.

**Buchmann 1987**
Buchmann R. Indikation und Einsatz von elektrischen Zahnbursten in der individuellen Mundhygiene - Ein Vergleich. *Die Quintessenz* 1987;**3**:531-5.

**Burch 1994**
Burch JG, Lanese R, Ngan P. A two-month study of the effects of oral irrigation and automatic toothbrush use in an adult orthodontic population with fixed appliances. *American Journal of Orthodontics & Dentofacial Orthopedics* 1994;**106**:121-6.

**Chaikin 1965**
Chaikin BS, Goldman HM, Schulman SM, Ruben MP. Comparative cleansing efficiency of power-driven and conventional toothbrushes: effect in uninstructed patients. *Periodontics* 1965;**3**:200-2.

**Chasens 1968**
Chasens AI, Marcus RW. An evaluation of the comparative efficiency of manual and automatic toothbrushes in maintaining the periodontal patient. *Journal of Periodontology* 1968;**39**:156-9.

**Chilton 1962**
Chilton NW, Di-Do A, Rothner JT. Comparison of the clinical effectiveness of an electric and standard toothbrush in normal individuals. *Journal of the American Dental Association* 1962;**64**:777-82.

**Ciancio 1990**
Ciancio SG, Mather ML. A clinical comparison of two electric toothbrushes with different mechanical actions. *Clinical Preventive Dentistry* 1990;**12**:5-7.

**Ciancio 1998**
Ciancio S, Shibly O, Mather ML, Al-Mubarak S, Ho A. Clinical comparison of the butler G-U-M(r) Pulse(tm) plaque remover to a manual and electric toothbrush. (IADR Abstract 1998). *Journal of Dental Research* 1998;**77**:211 (Abs No 845).

**Cohen 1964**
Cohen MM, Winer RA. Comparative effectiveness of manually and power operated toothbrushing on tooth deposits. *Periodontics* 1964;**2**:122-4.

**Conroy 1965**
Conroy CW. Comparison of automatic and hand toothbrushes: cleaning effectiveness. *Journal of the American Dental Association* 1965;**70**:921-9.

Copyright © John Wiley & Sons Ltd 2004

**Conroy 1966**
Conroy CW. Comparison of automatic and hand toothbrushes: Cleaning effectiveness for children. *ASDC Journal of Dentistry for Children* 1966;**33**:219.

**Coontz 1983**
Coontz EJ. The effectiveness of a new oral hygiene device on plaque removal. *Periodontics and Oral Hygiene* 1983;**7**:1-4.

**Coontz 1985**
Coontz EJ. The effectiveness of a new home plaque-removal instrument on plaque removal. *Compendium of Continuing Dental Education* 1985;**6**:117-22.

**Crawford 1975**
Crawford AN, McAllan LH, Murray JJ, Brook AH. Oral hygiene instruction and motivation in children using manual and electric toothbrushes. *Community Dentistry & Oral Epidemiology* 1975;**3**:257-61.

**Cronin 1996**
Cronin M. Comparison of two electric toothbrushes in reducing plaque and gingivitis. (IADR Abstract 1996). *Journal of Dental Research* 1996;**75**:86 (Abs No 550).

**Cross 1962b**
Cross WG. A comparative study of tooth cleansing using conventional and electrically operated toothbrushes. *British Dental Journal* 1962;**113**:19-22.

**Danser 1998**
Danser MM, Timmerman MF, Uzerman Y, Bulthuis H, van der Velden U, van der Weijden GA. Evaluation of the incidence of gingival abrasion as a result of toothbrushing. *Journal of Clinical Periodontology* 1998;**25**:701-6.

**Danser 2000**
Danser MM, Timmerman MF, Uzerman Y, Piscaer M. Efficacy of novel manual toothbrush compared to electric toothbrush. (IADR Abstracts 2000). *Journal of Dental Research* 2000;**79**:298 (Abs No 1236).

**Derbyshire 1964**
Derbyshire JC, Mankodi SM. Cleansing effectiveness of conventional and electric toothbrushes: a clinical comparison. *Journal of the American Dental Association* 1964;**69**:317-20.

**Doherty 1998**
Doherty FM, Jacobs DM, Low ML, Mackay BJ, Weber DA. Anti-gingivitis and anti-plaque efficacy of two manual toothbrushes. (IADR Abstract 1998). *Journal of Dental Research* 1998;**77**:921 (Abs No 2315).

**Doherty 1999**
Doherty F. Plaque removal efficacy of a Novel, advanced toothbrush. (IADR Abstract). *Journal of Dental Research* 1999;**78**:216 (Abs No 885).

**Doll 1999**
Doll GM, Typolt A, Sergl HG. The efficiency of different toothbrushes in patients with fixed orthodontic appliances. *European Journal of Orthodontics* 1999;**21**:581.

**Dorfer 2001**
Dorfer CE, Von Bethlenfalvy ER, Pioch T, Galustians HJ, Qaqish J, Sharma NC. Clinical evaluation of the efficacy of a battery-powered toothbrush. Results from two independent studies. *American Journal of Dentistry* 2001;**14**:273-7.

**Dunkin 1975**
Dunkin RT. Abrasiveness of automatic vs. manual toothbrushes. *Dental Survey* 1975;**51**(5):36, 39-40, 44.

**Elliott 1963**
Elliott JR. A comparison of the effectiveness of a standard and electric toothbrush. *Journal of Clinical Periodontology* 1963;**34**:375-9.

**Fourel 1974**
Fourel J, Falabregues R, Hitzig C. [Comparative evaluation of manual and electric brushing]. *Actualites Odonto-Stomatologiques* 1974;**108**:619-46.

**Fraleigh 1965**
Fraleigh CM. Tissue changes with manual and electric brushes. *Journal of the American Dental Association* 1965;**70**:380-7.

**Galgut 1996**
Galgut PN. Efficacy of a new electronic toothbrush in removing bacterial dental plaque in young adults. *General Dentistry* 1996;**44**:441-5.

**Glavind 1986**
Glavind LaZE. The effectiveness of a rotary electric toothbrush on oral cleanliness in adults. *Journal Clinical Periodontology* 1986;**13**:135-8.

**Golden 1964**
Golden IB, Collins EM. Comparison of plaque removal by two methods of toothbrushing. *Journal Of Southern Californian Dentists* 1964;**33**:71-2.

**Goldman 1975**
Goldman HM. Effectiveness of an ultrasonic toothbrush in a group of uninstructed subjects. *Journal Periodontology* 1975;**45**:84-7.

**Grossman 1994**
Grossman E, Dembling W, Walley DR. Two long-term clinical studies comparing the plaque removal and gingivitis reduction efficacy of the Oral-B Advantage Plaque Remover to five manual toothbrushes. *Journal of Clinical Dentistry* 1994;**5**:46-53.

**Grossman 1996**
Grossman E, Cronin M, Dembling W, Proskin H. A comparative clinical study of extrinsic tooth stain removal with two electric toothbrushes [Braun D7 and D9] and a manual brush. *American Journal of Dentistry* 1996;**9** Spec No:S25-9.

**Grossman 1997**
Grossman E, Proskin H. A comparison of the efficacy and safety of an electric and a manual children's toothbrush. *Journal of the American Dental Association* 1997;**128**:469-74.

**Haffajee 2001a**
Haffajee AD, Thompson M, Torresyap G, Guerrero D, Socransky SS. Efficacy of manual and powered toothbrushes (I). Effect on clinical parameters. *Journal of Clinical Periodontology* 2001;**28**:937-46.

**Haffajee 2001b**
Haffajee AD, Smith C, Torresyap G, Thompson M, Guerrero D, Socransky SS. Efficacy of manual and powered toothbrushes (II). Effect on microbiological parameters. *Journal of Clinical Periodontology* 2001;**28**:947-54.

**Hall 1971**
Hall AW, Conroy CW. Comparison of automatic and hand toothbrushes: toothbrushing effectiveness for preschool children. *Journal of Dentistry for Children* 1971;**38**:309-13.

**Hansen 1999**
Hansen PA, Killoy W, Masterson K. Effect of brushing with sonic and counterrotational toothbrushes on the bond strength of orthodontic brackets. *American Journal of Orthodontics & Dentofacial Orthopedics* 1999;**115**:55-60.

**Heasman 1998**
Heasman P, Wilson Z, Macgregor I, Kelly P. Comparative study of electric and manual toothbrushes in patients with fixed orthodontic appliances. *American Journal of Orthodontics & Dentofacial Orthopedics* 1998;**114**:45-9.

**Hefti 2000**
Hefti AF, Stone C. Power toothbrushes, gender, and dentin hypersensitivity. *Clinical Oral Investigations* 2000;**4**:91-7.

**Heintze 1996**
Heintze SD, Jost-Brinkmann PG, Loundos J. Effectiveness of three different types of electric toothbrushes compared with a manual technique in orthodontic patients. *American Journal of Orthodontics & Dentofacial Orthopedics* 1996;**110**:630-8.

Copyright © John Wiley & Sons Ltd 2004

**Hellstadius 1993**
Hellstadius K, Asman B, Gustafsson A. Improved maintenance of plaque control by electrical toothbrushing in periodontitis patients with low compliance. *Journal of Clinical Periodontology* 1993;**20**:235-7.

**Hirsch 1965**
Hirsch CJ, Held AJ. Experimentation comparative de divers types de brosses a dents electriques. *SMfZ/RMSO* 1965;**75**:769-85.

**Hoover 1962**
Hoover DR, Robinson HB. Effect of automatic and hand toothbrushing on gingivitis. *Journal of the American Dental Association* 1962;**65**:361-7.

**Horowitz 1992**
Horowitz LG. Comparing shower-based oral hygiene with traditional and electric toothbrushing. *Clinical Preventive Dentistry* 1992;**14**:11-6.

**Hotta 1992**
Hotta M, Aono M. A clinical study on the control of dental plaque using an electronic toothbrush with piezo-electric element. *Clinical Preventive Dentistry* 1992;**14**:16-8.

**Howorko 1993**
Howorko N, Gutek M, Naidoo S, Hoover JN. Effectiveness of an electric toothbrush on plaque removal in periodontal patients. *American Journal of Dentistry* 1993;**6**:49-51.

**Isaacs 1999**
Isaacs R, Beiswanger B, Mau M, Rosenfeld S, Boggs S, Proskin G et al. Clinical comparison of a power toothbrush versus a manual toothbrush. (IADR Abstract 1999). *Journal of Dental Research* 1999;**78**:413 (Abs No 2464).

**Jackson 1991**
Jackson CL. Comparison between electric toothbrushing and manual toothbrushing, with and without oral irrigation, for oral hygiene of orthodontic patients. *American Journal of Orthodontics & Dentofacial Orthopedics* 1991;**99**:15-20.

**Jongenelis 1997**
Jongenelis AP, Wiedemann W. A comparison of plaque removal effectiveness of an electric versus a manual toothbrush in children. *Journal of Dentistry for Children* 1997;**64**:176-82.

**Kambhu 1993**
Kambhu PP, Levy SM. An evaluation of the effectiveness of four mechanical plaque-removal devices when used by a trained care-provider. *Special Care in Dentistry* 1993;**13**:9-14.

**Kaschny 1999**
Kaschny P. Clinical comparative studies of the efficiency of electrical and manual toothbrushes. *Oralprophylaxe - Darmstadt* 1999;**21**:80-1.

**Killoy 1989**
Killoy WJ, Love JW, Love J, Fedi PF Jr, Tira DE. The effectiveness of a counter-rotary action powered toothbrush and conventional toothbrush on plaque removal and gingival bleeding. A short term study. *Journal of Periodontology* 1989;**60**:473-7.

**Killoy 1993**
Killoy WJ, Love JW, Love JD, Tira DE. Clinical and cost effectiveness of the counter-rotational brush in private practice. *Compendium of Continuing Education in Dentistry* 1993;**Suppl 16**:599-605, quiz 612-4.

**Lamendola-Site 1998**
Lamendola-Sitenga K. Effectiveness of an ionic toothbrush on the removal of plaque in orthodontic patients: A clinical study. (IADR Abstract 1998). *Journal of Dental Research* 1998;**77**:123 (Abs No 140).

**Lange 1978**
Lange VDE, Munster RF. Uber die Plaquereduktion durch multi-Bursten in Verdindung mmit elektrischen Zahnbursten. *Deutsche Zahnarztliche Zeitschrift* 1978;**33**:84-7.

**Leftkowitz 1962**
Leftkowitz W, Robinson HBG. Effectiveness of automatic and hand brushes in removing dental plaque and debris. *Journal of the American Dental Association* 1962;**65**:351-61.

**Lim 1995**
Lim LP, Chiu GKC, Davies WIR. Evaluation of a mechanical toothbrush for oral hygiene. (IADR Abstract 1995). *Journal of Dental Research* 1995;**74**:589 (Abs No 1510).

**Long 1985**
Long D, Killoy WJ. Evaluation of the effectiveness of the Interplak home plaque removal instrument on plaque removal in orthodontic patients. *Compendium of Continuing Education in Dentistry (Supplement)* 1985;**6**:156.

**Love 1988**
Love JW, Drisko CL, Killoy WJ, Tira DE, Sackuvich DA. Effectiveness of a rotary action versus a manual toothbrush. *Journal of Dental Research* 1988;**67**:125.

**Love 1993**
Love JW, Drisko CL, Killoy WJ, Tira DE, Love JD. Clinical assessment of the INTERPLAK toothbrush vs a conventional brush plus floss. *Compendium* 1993;**Suppl 16**:S587-8, S593-8; quiz S612-4.

**Lundergan 1988**
Lundergan WP, Hughes WR. Hall WB. The effectiveness of a powered toothbrush in plaque removal in periodontal patients. *Compendium* 1988;**9(8)**:658, 660-2.

**Manhold 1965**
Manhold J. Effect of the electric toothbrush on human gingiva: Histologic and microrepirometer evaluation. *Journal Periodontology* 1965;**36**:45-135.

**Mantokoudis 2001**
Mantokoudis D, Joss A, Christensen MM, Meng HX, Suvan JE, Lang NP. Comparison of the clinical effects and gingival abrasion aspects of manual and electric toothbrushs. *Journal of Clinical Periodontology* 2001;**28**:65-72.

**Mayer 1978**
Mayer VR, Wieland D, Hemleben C. [Rasterelektronenmikroskopische Untersuchungen der Zahnoberflache] [German]. *Deutsche Zahnarzliche Zeitschrift* 1978;**33**:599-607.

**Mayer 1988**
Mayer R, Zalitis-Cezis IE. Zahneputzen - manuell oder elekrisch-mechanisch?. *ZWR* 1988;**97**:50-4.

**McCracken 2000**
McCracken GI, Heasman L, Stacey F, Kelly PJ, Heasman PA. Testing the efficacy of plaque removal of a prototype brush head for a powered toothbrush. *Journal of Clinical Periodontology* 2000;**27**:542-8.

**McInnes 1994**
McInnes C, Johnson B, Emling RC, Yankell SL. Clinical and computer-assisted evaluations of the stain removal ability of the Sonicare electronic toothbrush. *Journal of Clinical Dentistry* 1994;**5**:13-8.

**McKendrick 1968**
McKendrick AJ, Barbenel LM, McHugh WD. A two-year comparison of hand and electric toothbrushes. *Journal of Periodontal Research* 1968;**3**:224-31.

**Moran 1995**
Moran J, Addy M, Warren P, Newcombe R. Stain removal efficacy of two electric toothbrushes. (AADR Abstract 1995). *Journal of Dental Research* 1995;**74**:132 (Abs No 968).

**Moran 1995b**
Moran JM, Addy M, Newcombe RG. A comparative study of stain removal with two electric toothbrushes and a manual brush. *Journal of Clinical Dentistry* 1995;**6**:188-93.

Copyright © John Wiley & Sons Ltd 2004

**Morris 1997**
Morris HF, Ochi S, Truhlar R, Olson J. DICRG report: Differences in attachment levels; INTERPLAK (r) vs. manual toothbrushes: 24 month comparison. (IADR Abstracts 1997). *Journal of Dental Research* 1997;76:204 (Abs No 1527).

**Moschen 1999**
Moschen J, Furtlehner H, Kulmer S, Hoerl R, Falk M, Kemmler G. Clinical comparative study of one manual and three electric toothbrushes with different mechanical movement patterns. *Deutsche Zahnarztliche Zeitschrift* 1999;54:372-9.

**Murray 1989**
Murray PA, Boyd RL, Robertson PB. Effect of periodontal status of rotary electric toothbrushes vs. manual toothbrushes during periodontal maintenance. II. Microbiological results. *Journal Periodontology* 1989;60:396-401.

**Niemi 1986**
Niemi ML, Ainamo J, Etemadzadeh H. Gingival abrasion and plaque removal with manual versus electric toothbrushing. *Journal of Clinical Periodontology* 1986;13:709-13.

**Niemi 1987**
Niemi ML. Gingival abrasion and plaque removal after toothbrushing with an electric and a manual toothbrush. *Acta Odontologica Scandinavica* 1987;45:367-70.

**Niemi 1988**
Niemi ML, Ainamo J, Etemadzadeh H. [Gingival abrasion and plaque removal with manual vs. electric toothbrushes]. [German]. *Oral-Prophylaxe* 1988;10:11-7.

**Owen 1972**
Owen TL. A clinical evaluation of electric and manual toothbrushing by children with primary dentitions. *Journal of Dentistry for Children* 1972;39:15-21.

**Park 1997**
Park WE. In vivo removal of plaque from enamel by a sonic toothbrush (IADR Abstracts 1997). *Journal Dental Research* 1997;76:148 (Abs No 1079).

**Plagmann 1978**
Plagmann VHC, Goldkamp B, Lange DE, Morgenroth K. Uber die mechanische Beeinflussung der Alveolarmukosa und der Gingiva durch verschiedene Zahnbürstentypen (rasterelektronenmikroskopische Untersuchungen). *Deutsche Zahnarztliche Zeitschrift* 1978;33:14-20.

**Powers 1967**
Powers GK, Tussing GJ, Bradley RE. A comparison of effectiveness in interproximal plaque removal of an electric toothbrush and a conventional hand toothbrush. *Periodontics* 1967;5:37-41.

**Preber 1991**
Preber H, Ylipaa V, Bergstrom J, Ryden H. A comparative study of plaque removing efficiency using rotary electric and manual toothbrushes. *Swedish Dental Journal* 1991;15:229-34.

**Priestland 1993**
Priestland CR, Pethybridge RJ. A clinical trial to compare plaque removing efficiency of a prototype toothbrush with alternative toothbrushes. *Journal of the Royal Naval Medical Service* 1993;79:15-23.

**Quigley 1962**
Quigley GA, Hein JW. Comparative cleansing efficiency of manual and power brushing. *Journal of the American Dental Association* 1962;65:26-9.

**Quirynen 1994**
Quirynen M, Vervliet E, Teerlinck J, Darius P, van Steenberghe D. Medium-and long-term effectiveness of a counterrotational electric toothbrush on plaque removal, gingival bleeding, and probing pocket depth. *International Journal of Periodontics & Restorative Dentistry* 1994;14:364-77.

**Rapley 1994**
Rapley JW, Killoy WJ. Subgingival and interproximal plaque removal using a counter-rotational electric toothbrush and a manual toothbrush. *Quintessence International* 1994;25:39-42.

**Rashid 1998**
Rashid Z, Kleivmyr M, Aass A M, Gjermo P. The effect upon plaque and gingivitis of two electrical and one manual toothbrush. (IADR Abstract 1998). *Journal Dental Research* 1998;77:845 (Abs No 1706).

**Renton-Harper 2001**
Renton-Harper P, Addy M, Newcombe RG. Plaque removal with the uninstructed use of electric toothbrushes: comparison with a manual brush and toothpaste slurry. *Journal of Clinical Periodontology* 2001;28:325-30.

**Reynolds 1998**
Reynolds Hea. Butler "GUM" toothbrushes - A microbiological and clinical study. (AADR Abstract). *Journal of Dental Research* 1998;77:287 (Abs No 1452).

**Ruhlman 2001**
Ruhlman CD, Bartizek RD, Biesbrock AR. Plaque removal efficacy of a battery-operated toothbrush compared to a manual toothbrush. *American Journal of Dentistry* 2001;14:191-4.

**Sato 1995**
Sato S, Nakagawa T, Kamoi H, Agatsuma H, Yamada S, Kamoi K. Effect of plaque removal by new electric toothbrush. (IADR Abstract 1995). *Journal of Dental Research* 1995;74:575 (Abs No 1399).

**Schifter 1983**
Schifter CC, Emling RC, Seibert JS, Yankell SL. A comparison of plaque removal effectiveness of an electric versus a manual toothbrush. *Clinical Preventive Dentistry* 1983;5:15-9.

**Schmage 1999**
Schmage P, Platzer U, Nergiz I. Comparison between manual and mechanical methods of interproximal hygiene. *Quintessence International* 1999;30:535-9.

**Schuler 1996**
Schuler N, Lang H, Nolden R. Plaque and gingivitis control in children and adults - a comparative study. (IADR Abstract 1996). *Journal of Dental Research* 1996;75:86 (Abs No 548).

**Schwarz 1990**
Schwarz P, Benz C, Sonnabend E. [Comparative study of the Interplak tooth cleansing instrument]. [German]. *Deutsche Zahnarztliche Zeitschrift* 1990;45:557-8.

**Sgan-Cohen 1995**
Sgan-Cohen HD, Babayof I, Zadik D, Mann J. One month evaluation of the manually rotating "Bio-Bright" toothbrush for clinical safety and efficiency. *Journal of Clinical Dentistry* 1995;6:120-3.

**Shaw 1983**
Shaw L, Harris BM, Maclaurin ET, Foster TD. Oral hygiene in handicapped children: a comparison of effectiveness in the unaided use of manual and electric toothbrushes. *Dental Health* 1983;22:4-5.

**Silverstone 1992**
Silverstone LM, Tilliss TS, Cross-Poline GN, Van der Linden E, Stach DJ, Featherstone MJ. A six-week study comparing the efficacy of a rotary electric toothbrush with a conventional toothbrush. *Clinical Preventive Dentistry* 1992;14:29-34.

**Sjogren 1998**
Sjogren K. Initial evidence of interproximal fluoride retention after sonic or manual toothbrushing. (IADR Abstract 1998). *Journal of Dental Research* 1998;77:1018 (Abs No 3090).

**Smith 1964**
Smith WA, Ash M Jr. A clinical evaluation of an electric toothbrush. *Journal of Periodontology* 1964;35:127-36.

Copyright © John Wiley & Sons Ltd 2004

**Stadtler 1984**
Stadtler P. [Effect of electrical toothbrushes and manual toothbrushes on oral hygiene in children]. *Zeitschrift fur Stomatologie* 1984;**81**:21-4.

**Swenson 1967**
Swenson HM, Bixler D. Effectiveness of Iontophoresis in the control of plaque and calculus formation in adults. *Journal of Periodontology* 1967;**38**:481-3.

**Taylor 1995**
Taylor JY, Wood CL, Garnick JJ, Thompson WO. Removal of interproximal subgingival plaque by hand and automatic toothbrushes. *Journal of Periodontology* 1995;**66**:191-6.

**Tenenbaum 1984**
Tenenbaum H, Kayserlian D. [Comparative evaluation of manual and electric toothbrushes in the elimination of bacterial plaque in a population of dental students]. [French]. *Journal de Parodontologie* 1984;**3**:295-302.

**Terezhalmy 1994**
Terezhalmy GT, Gagliardi VB, Rybicki LA, Kauffman MJ. Clinical evaluation of the efficacy and safety of the UltraSonex ultrasonic toothbrush: a 30-day study. *Compendium* 1994;**15**:866, 868, 870-2 passim.

**Thienpont 2001**
Thienpont V, Dermaut LR, Van Maele G. Comparative study of 2 electric and 2 manual toothbrushes in patients with fixed orthodontic appliances. *American Journal of Orthodontics and Dentofacial Orthopaedics* 2001;**120**:353-60.

**Timmerman 1995**
Timmerman MF, Van Der Weijden GA, Reijerse E, Snoek CM. Toothbrushing force in relation to plaque removal. (IADR Abstract 1995). *Journal of Dental Research* 1995;**74**:565 (Abs No 1318).

**Toto 1961**
Toto PD. Clinical evaluation of an electrically powered toothbrush in home periodontal therapy. *Journal Periodontology* 1961;**32**:249.

**Toto 1967**
Toto P. Reduction of acidogenic microorganisms by toothbrushing. *ASDC Journal of Dentistry for Children* 1967;**34**:38-40.

**Trimpeneers 1996**
Trimpeneers L, Dermaut L, Adriaens UZ. Effect of electric versus manual toothbrushes on plaque removal and periodontal status during orthodontic treatment. (Lecture abstract: 72nd Congress, European Orthodontic Society, Brighton 1996). *European Journal of Orthodontics* 1996;**18**:426.

**Trimpeneers 1997**
Trimpeneers LM, Wijgaerts IA, Grognard NA, Dermaut LR, Adriaens PA. Effect of electric toothbrushes versus manual toothbrushes on removal of plaque and periodontal status during orthodontic treatment. *American Journal of Orthodontics & Dentofacial Orthopedics* 1997;**111**:492-7.

**Trombeli 1995**
Trombeli L, Scabbia A, Griselli A, Zangari F, Calura G. Clinical evaluation of plaque removal by counterrotational electric toothbrush in orthodontic patients. *Quintessence International* 1995;**26**:199-202.

**Twetman 1997**
Twetman S, McWilliam JS, Hallgren A, Oliveby A. Cariostatic effect of glass ionomer retained orthodontic appliances. An in vivo study. *Swedish Dental Journal* 1997;**21**:169-75.

**van der Weij 1993b**
van der Weijden GA, Timmerman MF, Nijboer A, Lie MA, Van der Velden U. A comparative study of electric toothbrushes for the effectiveness of plaque removal in relation to toothbrushing duration. *Journal of Clinical Periodontology* 1993;**20**:476-81.

**van der Weijden 1993**
van der Weijden GA, Danser MM, Nijboer A, Timmerman MF, van der Velden U. The plaque-removing efficacy of an oscillating/rotating toothbrush. A short-term study. *Journal of Clinical Periodontology* 1993;**20**:273-8.

**van der Weijden 1995**
van der Weijden GA, Timmerman MF, Reijerse E, Mantel MS, van der Velden U. The effectiveness of an electronic toothbrush in the removal of established plaque and treatment of gingivitis. *Journal of Clinical Periodontology* 1995;**22**:179-82.

**van der Weijden 1996**
van der Weijden GA, Timmerman MF, Reijerse E, Snoek CM, van der Velden U. Toothbrushing force in relation to plaque removal. *Journal of Clinical Periodontology* 1996;**23**:724-9.

**van der Weijden 1998**
van der Weijden GA, Timmerman MF, Piscaer M, IJzerman Y, Warren PR, van der Velden U. A comparison of the efficacy of a novel electric toothbrush and a manual toothbrush in the treatment of gingivitis. *American Journal of Dentistry* 1998;**11 Suppl**:23-8.

**van der Weijden 2001**
van der Weijden GA, Timmerman MF, Piscaer M, IJzerman Y, van der Velden U. Oscillating/rotating electric toothbrushes compared: plaque removal and gingival abrasion. *Journal of Clinical Periodontology* 2001;**28**:536-43.

**van Venrooy 1985**
van Venrooy JR, Phillips C, Christensen J, Mayhew MJ. Plaque removal with a new powered instrument for orthodontic patients in fixed appliances. *Compendium of Continuing Education in Dentistry* 1985;**Suppl 6**:S142-6.

**Vervliet 1989**
Vervliet E, Teerlinck J, Quirynen M, van Steenberghe D. The effectiveness of a powered toothbrush (interplak) on plaque removal : a pilot study. *Journal of Dental Research* 1989;**68**:614.

**Walsh 1984**
Walsh TF, Glenwright HD. Relative effectiveness of a rotary and conventional toothbrush in plaque removal. *Community Dentistry and Oral Epidemiology* 1984;**12**:160-4.

**Warren 2000**
Warren PR, Ray TS, Cugini M, Chater BV. A practice-based study of a power toothbrush: assessment of effectiveness and acceptance. *Journal of the American Dental Association* 2000;**131**:389-94.

**White 1996**
White LW. Efficacy of a sonic toothbrush in reducing plaque and gingivitis in adolescent patients. *Journal of Clinical Orthodontics* 1996;**30**:85-90.

**Whitmyer 1998**
Whitmyer CC, Terezhalmy GT, Miller DL, Hujer ME. Clinical evaluation of the efficacy and safety of an ultrasonic toothbrush system in an elderly patient population. *Geriatric Nursing* 1998;**19**:29-33.

**Wiedemann 2001**
Wiedemann W, Sturm D, de Jager M. Plaque removal efficacy of an electric and a manual toothbrush with additional interdental tufts. *Journal of Clinical Dentistry* 2001;**12**:21-3.

**Wilcoxon 1991**
Wilcoxon DB, Ackerman RJ Jr, Killoy WJ, Love JW, Sakumura JS, Tira DE. The effectiveness of a counterrotational-action power toothbrush on plaque control in orthodontic patients. *American Journal of Orthodontics & Dentofacial Orthopedics* 1991;**99**:7-14.

**Willershausen 2001**
Willershausen B, Watermann L. Longitudinal study to assess the effectivity of electric and manual toothbrushes for children. *European Journal of Medical Research* 2001;**6**:39-45.

Copyright © John Wiley & Sons Ltd 2004

**Wilson 1991**
Wilson S, Levine D, Porush J. A clinical study to compare the antiplaque and antigingivitis effectiveness of 2 electric toothbrushes and a manual toothbrush after 3 months of normal useage. *Journal of Periodontology* 1991;**62**:808.

**Womack 1968**
Womack WR, Guay AH. Comparative cleansing efficiency of an electric and a manual toothbrush in orthodontic patients. *Angle Orthodontist* 1968;**38**:256-67.

**Ximenez-Fyvie 2000**
Ximenez-Fyvie LA, Haffajee AD, Som S, Thompson M, Torresyap G, Socransky SS. The effect of repeated professional supragingival plaque removal on the composition of the supra- and subgingival microbiota. *Journal of Clinical Periodontology* 2000;**27**:637-47.

**Yankell 1985**
Yankell SL, Emling RC, Cohen DW, Vanarsdall R Jr. A four-week evaluation of oral health in orthodontic patients using a new plaque-removal device. *Compendium of Continuing Education in Dentistry* 1985;**6**:S123-7.

**Yankell 1994**
Yankell SL, Emling RC. A study of gingival irritation and plaque removal following a three-minute toothbrushing. *Journal of Clinical Dentistry* 1994;**5**:1-4.

**Youngblood 1985**
Youngblood JJ, Killoy WJ, Love JW, Drisko C. Effectiveness of a new home plaque-removal instrument in removing subgingival and interproximal plaque: a preliminary in vivo report. *Compendium of Continuing Education in Dentistry* 1985;**Suppl 6**:S128-32, S141.

**Yukna 1993a**
Yukna RA, Shaklee RL. Interproximal vs midradicular effects of a counter-rotational powered brush during supportive periodontal therapy. *Compendium of Continuing Education in Dentistry* 1993;**Suppl 16**:580-6, quiz 612-4.

**Zimmer 1999**
Zimmer S, Didner B, Roulet JF. Clinical study on the plaque-removing ability of a new triple-headed toothbrush. *Journal of Clinical Periodontology* 1999;**26**:281-5.

**References to studies awaiting assessment**

**Biesbrock 2002**
Biesbrock AR, Yates DS, Bayuk LM, Santana MV, Bartizek RD. The clinical effectiveness of a novel power toothbrush and its impact on oral health. *Journal of Contemporary Dental Practice* 2002;**3**(2):1-10.

**Boardman 2002**
Boardman TJ. Statistical issues in assessing powered toothbrushes. *Advances in Dental Research* 2002;**16**(1):4-5.

**Borutta 2002**
Borutta A, Pala E, Fischer T. Effectiveness of a powered toothbrush compared with a manual toothbrush for orthodontic patients with fixed appliances. *Journal of Clinical Dentistry* 2002;**13**(4):131-7.

**Ciancio 2002**
Ciancio S. Electric toothbrushes-for whom are they designed?. *Advances in Dental Research* 2002;**16**(1):6-8.

**Conforti 2001**
Conforti NJ, Chaves ES, Liebman J, Bowman JP, Warren PR, Cugini M. A comparative 3-month clinical investigation of the safety and efficacy of a battery-operated and a rechargeable oscillating-rotating power toothbrush. *American Journal of Dentistry* 2001;**14**(2):59-62.

**Cronin 2001**
Cronin MJ, Dembling W, Conforti NJ, Liebman J, Cugini M, and Warren PR. A single-use and 3-month clinical investigation of the comparative efficacy of a battery-operated power toothbrush and a manual toothbrush. *American Journal of Dentistry* 2001;**14**(Nov):19B-24B.

**De Beule 1990**
De Beule F, Bercy P. [Comparative effectiveness of the Interplak electric rotary toothbrush]. *Journal de Parodontologie* 1990;**9**:45-8.

**Dorfer 2001a**
Dorfer CE, Berbig B, von Bethlenfalvy ER, Staehle HJ, Pioch T. A clinical study to compare the efficacy of 2 electric toothbrushes in plaque removal. *Journal of Clinical Periodontology* 2001;**28**(11):987-94.

**Garcia-Godoy 2001**
Garcia-Godoy F, Marcushamer M, Cugini M, Warren PR. The safety and efficacy of a children's power toothbrush and a manual toothbrush in 6-11 year-olds. *American Journal of Dentistry* 2001;**14**:195-9.

**Haffajee 2001**
Haffajee AD, Smith C, Torresyap G, Thompson M, Guerrero D, Socransky SS. Efficacy of manual and powered toothbrushes (II). Effect on microbiological parameters. *Journal of Clinical Periodontology* 2001;**28**(10):947-54.

**Heasman 2002**
Heasman PA, McCracken GI. Clinical evidence for the efficacy and safety of powered toothbrushes. *Advances in Dental Research* 2002;**16**(1):6-8.

**Horton 1989**
Horton J. A study to evaluate a new comercially available rotary type electric toothbrush (Unpublished report). *Ohio State University* 1986.

**Lapiere unpublished**
*Lapiere A, Donck L, De Vree H, De Boever JA. Effectiveness of two electric toothbrushes as compared to a manual for plaque control in periodontitis patients with low compliance. *unpublished* 2002.

Lapiere A, Donk L, De Vree H, De Boever JA. Effectiveness of three toothbrushes for plaque removal in patients with low compliance. (Europerio 2 ). *Journal of Clinical Periodontology* 1997;**24**:863.

**Mayer 1990**
Mayer R. [Electric toothbrushes--manual toothbrushes, a comparison]. *ZWR* 1990;**99**:188-92.

**Mueller 1987**
Mueller LJ, Darby ML, Allen DS, Tolle SL. Rotary electric toothbrushing - clinical effects on the presence of gingivitis and supragingival dental plaque. *Dental Hygiene* 1987;**61**:546-50.

**Ohm 1967**
Ohm HJ, Sonnabend E. Elektrische Zahnbursten im praktischen Test. *Deutsche Zahnarzliche Zeitschrift* 1967;**22**:1372-8.

**Palmer 1999**
Palmer TM, Hall MW, Smith SL, Woolf SH, Ploeger BJ, Christensen RP. Plaque removal capabilities of one manual and five automated toothbrushes. (IADR Abstract). *Journal of Dental Research* 1999;**78**:216 (Abs No 882).

**Sharma 2000**
Sharma N, Galustians HJ, Qaqish JG, Rustogi KN, Petrone ME, Volpe AR. Comparative efficacy on supragingival plaque and gingivitis of a manual toothbrush (Colgate plus) and a battery-powered toothbrush (Colgate Actibrush) over a 30-day period. *Compendium of Continuing Education Dental Supplement* 2000;**21**(31):S9-13.

**Sharma 2001**
Sharma N, Rustogi K, Petrone M, Volpe AR, Sintes J. Comparative efficacy on supragingival plaque and gingivitis of a manual and battery powered toothbrush. (Abstract FDI world dental congress). *International Dental Journal* 51;**5**:374.

Copyright © John Wiley & Sons Ltd 2004

**Shultz 1995**
Shultz P. *Practical Hygiene* 1995;4:31-5.

**Singh unpublished**
*Singh A, Maddalozzo D, Geivelis M, Koerber A, Cornell W. A clinical comparison of the Butler GUM Pulse plaque remover and manual toothbrushing in adolescent orthodontic patients. *Unpublished*.

Singh A, Maddalozzo D, Geivelis M, Koerber A, Cornell W, Grys E. Efficacy of the Butler Pulse (TM) plaque remover in orthodontic patients. (IADR Abstracts 2000). *Journal of Dental Research* 2000;79:298 (Abs No 1237).

**Sowinski 2000**
Sowinski JA, Battista GW, Petrone DM, Pewtrone ME, Rustogi KN, Chaknis P et al. Comparative efficacy of Colgate Actibrush battery-powered toothbrush and Colgate Plus (manual) toothbrush on established plaque and gingivitis: a 30-day clinical study in New Jersy. *Compendium of Continuing Education in Dentistry Supplement* 21;31:S4-8.

**Tscharre-Z 1989**
Tscharre-Zachhuber C, Riedl MA, Kulmer S, Kemmler G. [Effectiveness of power toothbrushes]. *Zeitschrift fur Stomatologie* 1989;86:369-75.

**Additional references**

**Abrams 1984**
Abrams K, Caton J, Polson A. Histologic comparisons of interproximal gingival tissues related to the presence or absence of bleeding. *Journal of Periodontology* 1984 Nov;55(11):629-32.

**Addy 1986**
Addy M, Dummer PHM, Griffiths G, Hicks R, Kingdom A, Shaw WC. Prevalence of plaque, gingivitis and caries in 11-12 year old children in South Wales. *Community Dentistry and Oral Epidemiology* 1986;14(2):115-8.

**Ainamo 1975**
Ainamo J, Bay I. Problems and proposals for recording gingivitis and plaque. *International Dental Journal* 1975 Dec;25(4):229-35.

**Ash 1964a**
Ash MM. A review of the problems and results of studies on manual and power toothbrushes. *Journal of Periodontology* 1964;35:202-13.

**Bader 1995**
Bader HI. Toothbrushes: manual and electric. [letter; comment]. Journal/Canadian Dental Association. *Journal de l' Association Dentaire Canadienne* 1995;61:83.

**Barnett 1980**
Barnett ML, Ciancio SG, Mather ML. The modified papillary bleeding index: comparison with gingival index during the resolution of gingivitis. *Journal of Preventative Dentistry* 1980;6:135-8.

**Begg 1994**
Begg CB, Mazumdar M. Operating characteristics of a rank correlation test for publication bias. *Biometrics* 1994;50:1088-101.

**Brothwell 1998**
Brothwell DJ, Jutai DK, Hawkins RJ. An update of mechanical oral hygiene practices: evidence-based recommendations for disease prevention. *Journal de l' Association Dentaire Canadienne* 1998;64:295-306.

**Chesters 1992**
Chesters RK, Huntingdon E, Burchell CK, Stephen KW. Effects of oral care habits on caries in adolescents. *Caries Research* 1992;26:299-304.

**Chilton 1962a**
Chilton NW, Di-Do A, Rothner JT. Comparison of the clinical effectiveness of an electric and standard toothbrush in normal individuals. *Journal of the American Dental Association* 1962;64(6):777.

**Cross 1962**
Cross WG, Forrest JO, Wade AB. A comparative study of tooth cleansing using conventional and electrically operated toothbrushes. *British Dental Journal* 1962;113:19-22.

**D'Agostino 1992**
D'Agostino. Discussion: Logical and analytical issues in dental/oral product comparison research. *Journal Periodontal Research* 1992;27(Special Issue):349-51.

**Egger 1997**
Egger M, Davey-Smith G, Schneider M, Minder C. Bias in meta-analysis detected by a simple graphical test. *British Medical Journal* 1997;315:629-34.

**Elbourne 2002**
Elbourne DR, Altman DG, Higgins J, Curtin F, Worthington HV, Vail A. Meta-analyses involving cross-over trials. *International Journal of Epidemiology* 2002;31:140-9.

**Elliot 1963**
Elliot JR. A comparison of the effectiveness of a standard and electric toothbrush. *Journal of Periodontology* 1963;34:375-9.

**Heasman 1999a**
Heasman PA, McCracken GI. Powered toothbrushes: a review of clinical trials. *Journal of Clinical Periodontology* 1999;26:407-20.

**Hoover 1962**
Hoover DR, Robinson HG. Effect of automatic and hand brushing on gingivitis. *Journal American Dental Association* 1962;65:361-7.

**Hoover 1994**
Hoover JN, Singer D. Toothbrushes: manual and electric. [see comments]. Journal/Canadian Dental Association. *Journal de l' Association Dentaire Canadienne* 1994;60:880-4.

**Imrey 1992**
Imrey PB. Logical and analytic issues in dental/oral product comparison research. *Journal Periodontal Research* 1992;27(Special Issue):328-41.

**Imrey 1994**
Imrey PB, Chilton NW, Pihlstrom HW. Recommended revisions to American Dental Association guidelines for acceptance of chemotherapeutic products for gingivitis control. *Journal Periodontal Research* 1994;29:299-304.

**Kaschny 1999**
Kaschny P. Clinical comparative studies of the efficiency of electrical and manual toothbrushes. *Oralprophylaxe - Darmstadt* 1999;21:80-1.

**Lang 1973**
Lang NP, Cumming BR, Löe H. Toothbrushing frequency as it relates to plaque accumulation and gingival health. *Journal of Periodontology* 1973;44:396-405.

**Lang 1998**
Lang NP, Attstrom R, Löe H. Commonly Used Indices to Assess Oral Hygiene and Gingival and Periodontal Health and Diseases. Proceedings of the European Workshop on Mechanical Plaque Control. *Proceedings of the European Workshop on Mechanical Plaque Control. Quintessence. Chicago.* 1998:50-71.

**Lobene 1986**
Lobene RR, Weatherford T, Ross NM, Lamm RA, Menaker L. A modified gingival index for use in clinical trials. *Clinical Preventive Dentistry* 1986;8:3-6.

**Löe 1963**
Löe H, Silness J. Periodontal Disease in Pregnancy: I. Prevalence and severity. *Acta Odontologica Scandinavica* 1963;21:533-51.

Copyright © John Wiley & Sons Ltd 2004

**Löe 1965**
Löe H, Theilade E, Jensen SB. Experimental gingivitis in man. *Journal of Periodontology* 1965;**36**:177.

**Manhold 1992**
Manhold JH, Knutsen M. A retrospective of normal oral healthcare procedures vs. power brush/jet lavage with a corroborative study. *Clinical Preventive Dentistry* 1992;**14**:10-5.

**McCracken 2001**
McCracken GI, Stacy F, Heasman L, Sellers P, Macgregor IDM, Kelly PJ et al. A comparative study of two powered toothbrushes and one manual toothbrush in young adults. *Journal of Clinical Dentistry* 2001;**12**:7-10.

**McLey 1995**
McLey LL. Toothbrushes: manual and electric. Journal / Canadian Dental Association. *Journal de l'Association Dentaire Canadienne* 1995;**61**:83-4.

**Murtomaa 1992**
Murtomaa H, Meurman JH. Mechanical aids in the prevention of dental diseases in the elderly. *International Dental Journal* 1992;**42**:365-72.

**Ramfjord 1959**
Ramfjord SP. Indices for prevalence and incidence of periodontal disease. *Journal of Periodontology* 1959:51-9.

**Richardson 1977**
Richardson AS, Boyd MA, Conry RF. A correlation study of diet, oral hygiene and dental caries in 457 Canadian children. *Community Dentistry and Oral Epidemiology* 1977;**5**:227-30.

**Russell 1967**
Russell, AL. The periodontal index. *Journal of periodontology* 1967;**38**:586-91.

**Rustogi 1992**
Rustogi KN, Curtis JP, Volpe AR, Kemp JH, McCool JJ. Refinement of the Modified Navy Plaque Index to increase plaque scoring efficiency in gumline and interproximal tooth areas. *The Journal of Clinical Dentistry* 1992;**3**:C9-C12.

**Saxer 1997**
Saxer UP, Yankell SL. Impact of improved toothbrushes on dental diseases. II. *Quintessence International* 1997;**28**(**9**):573-93.

**Silness 1964**
Silness J, Löe H. Periodontal disease in pregnancy: II. correlation between oral hygiene and periodontal condition. *Acta Odontologica Scandinavica* 1964;**22**:121-35.

**Stålneke 1995**
Stålneke K, Söderfeldt B, Sjödin B. Compliance in use of electric toothbrushes. *Acta Odontologica Scandinavica* 1995;**53**:17-9.

**Terezhalmy 1995b**
Terezhalmy GT, Gagliardi VB, Rybicki L, Kaufman MJ. Clinical evaluation of the efficacy and safety of the Ultrasonex toothbrush: a 30-day study. *Compendium of Continuing Education in Dentistry* 1995;**15**:866-74.

**Turesky 1970**
Turesky S, Gilmore ND, Glickman I. Reduced plaque formation by the chloromethyl analogue of vitamine C. *Journal of Periodontology* 1970;**41**:41-3.

**van der Weij 1993a**
Van der Weijden GA, Timmerman MF, Nijboer A, Van der Velden U. A comparative study of electric toothbrushes for the effectiveness of plaque removal in relation to tooth brushing duration. A timer study. *Journal Clinical Periodontology* 1993;**20**:476-81.

**van der Weijden 1998**
van der Weijden GA, Timmerman MF, Danser MM, van der Velden U. The role of electric toothbrushes: advantages and limitations. *Proceedings of the European Workshop on Mechanical Plaque Control (Status of the art and science of Dental Plaque Control)*. 1998:138-55.

**van Swol 1996**
van Swol RL, van Scotter DE, Pucher JJ, Dentino AR. Clinical evaluation of an ionic toothbrush in the removal of established plaque and reduction of gingivitis. *Quintessence International* 1996;**27**:389-94.

**Volpe 1965**
Volpe AR, Manhold JH, Hazen SP. In vivo calculus assessment: part I: A method and its examiner reproducibility. *Journal of Periodontology* 1965;**36**:292-8.

**Walmsley 1997**
Walmsley AD. The electric toothbrush: a review. *British Dental Journal* 1997;**182**:209-18.

**Warren 1996**
Warren PR, Chater B. The role of the electric toothbrush in the control of plaque and gingivitis: a review of 5 years clinical experience with the Braun Oral-B Plaque Remover [D7]. *American Journal of Dentistry* 1996 Jul;**9**:S5-11.

**Yankell 1980**
Yankell SL, Tawil G, Green PA. Overnight plaque formation. *Journal Preventative Dentistry* 1980;**6**:313-5.

**Yankell 1984**
Yankell SL, Green PA, Greco PM, Stoller NH, Miller MF. Test procedures and scoring criteria to evaluate toothbrush effectiveness. *Clinical Preventive Dentistry* 1984;**6**:3-8.

*\* Indicates the major publication for the study*

Copyright © John Wiley & Sons Ltd 2004

**TABLES**

**Characteristics of included studies**

| Study | Ainamo 1997 |
|---|---|
| Methods | RCT, parallel, single blind, 12 months, n 112 with 1 drop out. |
| Participants | Finland, adults, 20-63 years, 64M:47F, bleeding on probing > 30% sites, no medical problems. |
| Interventions | Braun Oral B Plak Control versus Jordan soft, 2 mins twice daily. |
| Outcomes | Ainamo and Bay Visible Plaque Index and modified gingival bleeding index. 3, 6 and 12 months. Whole mouth recording PI and GI. |
| Notes | No pre-examination instructions reported. |
| Allocation concealment | B |

| Study | Baab 1989 |
|---|---|
| Methods | RCT, parallel, single blind, 1 month, n 41, with 1 drop out. |
| Participants | USA, adults, 18-59 years, 24M 16F, > 20 teeth with moderate gingivitis, no medical problems. |
| Interventions | Interplak versus Butler 411, 3 mins twice daily. |
| Outcomes | O'Leary plaque index, Löe and Silness gingival index, Ainamo and Bay gingival bleeding index. Ramfjord teeth for GI, whole mouth for PI. Gingival abrasion reported to be not significant. Plaque scores awaiting assessment. |
| Notes | Manufacturer funded. No pre-examination instructions reported. |
| Allocation concealment | B |

| Study | Barnes 1993 |
|---|---|
| Methods | RCT, parallel, single blind, 3 months, n 70 with 1 drop out. |
| Participants | USA, adults, 18-65 years, > 20 teeth, gingival index > 1.5, plaque index > 2. |
| Interventions | Braun Oral B Plaque Remover versus Johnson & Johnson Reach, as per normal use. |
| Outcomes | Quigley and Hein (Turesky) Plaque Index, Löe and Silness (Lobene) gingival index at full mouth sites. Soft tissue trauma, no difference between brushes. Whole mouth recording PI and GI. |
| Notes | Manufacturer funded. No pre-examination instructions reported. |
| Allocation concealment | B |

| Study | Clerehugh 1998 |
|---|---|
| Methods | RCT, parallel, single blind, 8 weeks, n 84 with 5 drop outs. |
| Participants | UK, children and adolescents, 10-20 years, orthodontic patients in practice, fixed appliances, gingival bleeding at 30% sites, no medical conditions. |

Copyright © John Wiley & Sons Ltd 2004

## Characteristics of included studies

| | |
|---|---|
| Interventions | Braun Plaque Remover with OD 5 head versus Reach medium compact head, 2 mins twice daily. |
| Outcomes | Orthodontic modification of Silness and Löe plaque index, Eastman bleeding index at all buccal sites at 4,8 weeks. No evidence of trauma. One mechanical brush failed. |
| Notes | Manufacturer funded.<br>Participants asked to brush in the morning and under supervision prior to assessment. |
| Allocation concealment | A |

| Study | Cronin 1998 |
|---|---|
| Methods | RCT, parallel, single blind, 3 months, n 114, 9 drop outs unclear. |
| Participants | USA, adults, > 18 teeth, no medical problems, 18-65 years. |
| Interventions | Braun Oral B 3D Plaque remover versus standard ADA reference manual, 2 mins twice daily. |
| Outcomes | Quigley and Hein (Turesky) plaque index, Löe and Silness gingivitis and bleeding index, at 14, 35 and 90 days, at all sites. Gingival recession recorded, no change seen. No other adverse effects. Whole mouth recording PI and GI. |
| Notes | Manufacturer funded.<br>Participants asked to refrain from brushing 12-14 hours prior to assessment. |
| Allocation concealment | A |

| Study | Dentino unpublished |
|---|---|
| Methods | RCT, parallel, single blind, 6 months, n 172 with 15 drop outs. |
| Participants | USA, adults, mild to moderate gingivitis with > 20 teeth, no previous powered brush experience. Excluded if pregnant/lactating. |
| Interventions | Braun Oral B D9 vs ADA accepted standard soft bristle manual, 2 mins twice daily. |
| Outcomes | Quigley and Hein (Turesky) Plaque index and Lobene gingival index at 3 and 6 months. Powered brush removed more calculus. No difference in stain removal reported. PI and GI whole mouth. |
| Notes | Manufacturer funded.<br>Participants asked to brush teeth (non-supervised) immediately prior to 6 month plaque assessment. |
| Allocation concealment | A |

| Study | Emling 1991 |
|---|---|
| Methods | RCT, parallel, single blind, 30 days, n 60 with 3 drop outs. |
| Participants | USA, adults, no medical problems, no current ortho, not pregnant, > 17 teeth, 18 to 60 years. |
| Interventions | Plak trac versus Colgate ADA approved, twice daily. |
| Outcomes | Quigley Hein (Turesky) Plaque index. Yankell, interproximal plaque index, Löe and Sillness gingival index. Ramfjord teeth for both PI and GI. |

Copyright © John Wiley & Sons Ltd 2004

## Characteristics of included studies

| Notes | Pre-brushing measurements used. |
|---|---|
| Allocation concealment | B |

| Study | Forgas-B 1998 |
|---|---|
| Methods | RCT, parallel, single blind, 30 days, n 62 with 6 drop outs. |
| Participants | USA, adults, mean age 37 years +/- 10 years, > 16 teeth, plaque index > 2, no medical problems, 21M: 35F. |
| Interventions | Ultrasonex versus manual Oral B, twice daily. |
| Outcomes | Quigley and Hein (Turesky) Plaque index, Eastman gingival bleeding index at 30 days. Ramford teeth for PI and GI. Soft tissue trauma reported, no difference between groups. |
| Notes | Manufacturer funded. Participants asked to refrain from brushing for 12-14 hours before assessment. |
| Allocation concealment | B |

| Study | Glass 1965 |
|---|---|
| Methods | RCT, parallel, single blind, 11 months, n 250 with 84 drop outs. |
| Participants | USA, dental students, male, 20-29 years. |
| Interventions | GEC powered versus Pycopay brand manual twice daily. |
| Outcomes | Glass debris and gingival indices at 6 weeks, 7 and 11 months at all sites. Stain and calculus reported to be no different between brush types. Whole mouth recording PI and GI. No soft tissue trauma reported. |
| Notes | Manufacturer funded. No pre-examination instructions reported. |
| Allocation concealment | B |

| Study | Heasman 1999 |
|---|---|
| Methods | RCT, parallel, single blind, 6 weeks, n 75 with 1 drop out. |
| Participants | UK, adult, > permanent 20 teeth, 18-25 years, no medical problems. |
| Interventions | Braun Oral B D7 versus Philips Jordan HP 735 versus Oral B Advantage B35, > 90 secs twice daily. |
| Outcomes | Quigley and Hein (Turesky ) plaque index at 24 hours and 6 weeks, Löe and Silness gingival index at 6 weeks, all sites. Whole mouth recording PI and GI. |
| Notes | Assessment done within 3-4 hours of last brushing. Two powered groups combined for meta-analysis. |
| Allocation concealment | B |

| Study | Ho 1997 |
|---|---|
| Methods | RCT, parallel, single blind, 4 weeks, n 24, drop outs unclear. |

Copyright © John Wiley & Sons Ltd 2004

**Characteristics of included studies**

| Participants | USA, orthodontic patients, with fixed appliances, 11-18 years, gingival index > 2, no medical conditions. |
|---|---|
| Interventions | Sonicare ultrasonic versus Oral B P35, 2 mins twice daily. |
| Outcomes | Silness gingival and plaque indices on 6 sites per bonded tooth and bleeding on probing all at 4 weeks. Whole mouth recording PI and GI. |
| Notes | Manufacturer funded.<br>No pre-examination instructions reported. |
| Allocation concealment | A |

| Study | Johnson 1994 |
|---|---|
| Methods | RCT, parallel, single blind, 4 weeks, n 51 with 8 drop outs. |
| Participants | USA, adult, > 20 teeth, gingival index > 1.5 on Ramjford teeth, no medical conditions, 20-54 years. |
| Interventions | Philips sonicare versus Oral B 30, 2 mins twice daily. |
| Outcomes | Quigley and Hein (Turesky) on all sites, Ainamo and Bay gingival index and sulcular bleeding indices on Ramfjord at 1, 2, 4 weeks. Soft tissue trauma "abnormalities" 7 sites in 6 subjects for manual and 10 sites in 7 subjects for powered. |
| Notes | Manufacturer funded.<br>Post brushing evaluation. |
| Allocation concealment | B |

| Study | Khocht 1992 |
|---|---|
| Methods | RCT, parallel, single blind, 4 weeks, n 96 with 1 drop out. |
| Participants | USA, adults, > 15 teeth with no restorations affecting cervical region plaque score > 1.8 and gingival score > 0.9, no medical conditions. |
| Interventions | Epident versus Oral B 40, twice daily. |
| Outcomes | Quigley and Hein (Turesky) Plaque index and Loe and Silness gingivitis index at all sites at 28 days. Whole mouth recording for PI and GI. No reported soft tissue abrasion. |
| Notes | Manufacturer funded.<br>Pre-brushing evaluation.<br>Epident group (experimental brush) excluded from meta-analysis (n=32). |
| Allocation concealment | B |

| Study | Lazarescu unpublish |
|---|---|
| Methods | RCT, parallel, single blind, 18 weeks, n 80 with 2 drop outs. |
| Participants | Romania, adults, > 20 teeth, medically fit and no previous powered brush experience. |
| Interventions | Philips/Jordan HP 735 versus Oral B 40 manual with normal brushing pattern. |
| Outcomes | Quigley and Hein (Turesky) Plaque index at 6 sites per tooth and gingival bleeding index at proximal smooth surfaces at 18 weeks. Whole mouth recording PI and GI. |

Copyright © John Wiley & Sons Ltd 2004

## Characteristics of included studies

| Notes | Manufacturer funded. Assumed pre-brushing evaluation. |
|---|---|
| Allocation concealment | A |

| **Study** | **Lobene 1964a** |
|---|---|
| Methods | RCT, parallel, single blind, n 185, 3 months, drop outs unclear. |
| Participants | USA, female college students, aged 17-21 years. |
| Interventions | General electric reciprocating action versus Oral B 40 manual with no instruction. |
| Outcomes | Lobene Gingivitis index at 3 months. Whole mouth recording PI and GI. |
| Notes | Manufacturer funded. No pre-examination instructions reported. |
| Allocation concealment | A |

| **Study** | **McAllan 1976** |
|---|---|
| Methods | RCT, parallel, no blinding, 6 months, n 55 with 15 drop outs. |
| Participants | UK, children and adolescents attending paediatric department, 9-15 years, 24M 31F. |
| Interventions | Touchtronic Teledyne Aqua Tec versus Gibbs short head manual. |
| Outcomes | Silness and Löe plaque whole mouth and Löe and Silness gingival indices at first molars and lateral incisor teeth at 1, 2 and 6 months. |
| Notes | Manufacturer funded. No pre-examination instructions reported. |
| Allocation concealment | C |

| **Study** | **O'Beirne 1996** |
|---|---|
| Methods | RCT, parallel, single blind, n 40, 8 weeks, drop outs unclear. |
| Participants | USA, adults with inflammatory periodontal disease, > 20 teeth and received periodontal treatment, 22M 18F, 18-65 years. |
| Interventions | Sonicare Ultrasonex versus Oral B manual 2 mins twice daily. |
| Outcomes | Löe and Silness gingival index, Barnett papillary bleeding index at 2, 4 and 8 weeks, at all sites. Whole mouth recording PI and GI. Minor gingival trauma seen in one participant in each group. |
| Notes | Part funded by manufacturer. |
| Allocation concealment | A |

| **Study** | **Soparkar 1964** |
|---|---|
| Methods | RCT, parallel, single blinded, 11 weeks, n 270 with 32 drop outs. |
| Participants | USA, college students non-dental. |
| Interventions | Unknown action powered versus manual with normal regime. |
| Outcomes | Quigley and Hein gingival index at 11 weeks. Anterior teeth only. |

Copyright © John Wiley & Sons Ltd 2004

**Characteristics of included studies**

| Notes | No pre-examination instructions reported. |
|---|---|
| Allocation concealment | B |

| Study | Stabholz 1996 |
|---|---|
| Methods | RCT, parallel, single blinded, n 56 with 4 drop outs, 60 days. |
| Participants | Israel, general population, no medical conditions. |
| Interventions | Plaq and White A to Z technology versus Oral B 35 as per normal regime. |
| Outcomes | Quigley and Hein (Turesky) and Löe and Silness gingival and Eastman BOP indices on Ramfjord teeth at 15 and 30 days. No difference in soft tissue trauma between brush types. |
| Notes | Participants asked to refrain from brushing for 12 hours prior to each assessment. |
| Allocation concealment | B |

| Study | Stoltze 1994 |
|---|---|
| Methods | RCT, parallel, unclear blinding method used, n 40 with 2 drop outs, 6 weeks. |
| Participants | Denmark, young adults 18-30 years, with plaque and gingival scores > 1, > 20 teeth, no medical problems. |
| Interventions | Braun Oral B Plak Control D5 versus Tandex 40 manual, 2 mins twice daily. |
| Outcomes | Silness and Löe plaque index, Löe and Silness gingival index at all sites, 1, 2 and 6 weeks. Whole mouth recording PI and GI. No gingival abrasion reported. |
| Notes | No pre-examination instructions reported. |
| Allocation concealment | B |

| Study | Terezhalmy 1995a |
|---|---|
| Methods | RCT, parallel, single blind, 6 months, n 60 with 14 drop outs. |
| Participants | USA, adults, good health and free of oral pathology. |
| Interventions | Ultra-sonex ultrasonic versus Oral B manual 3 min twice daily. |
| Outcomes | Quigley and Hein (Turesky) plaque index and Löe and Silness gingival index at all sites and Eastman Bleeding on Probing index on contralateral Ramfjord teeth. Assessed at 15 and 30 days and 6 months. No soft tissue trauma. |
| Notes | Participants asked to refrain from brushing 12-14 hours prior to assessment. |
| Allocation concealment | B |

| Study | Tritten 1996 |
|---|---|
| Methods | RCT, parallel, single blind, 12 weeks, n 60 with 4 drop outs. |
| Participants | USA, adults 18-65 years, dental hospital patients, no professional cleaning previous 3 months, minimum 20 teeth, no previous periodontal treatment and unaware of active pregnancy. |
| Interventions | Sonicare versus Butler 311, 2 minutes twice daily. |

Copyright © John Wiley & Sons Ltd 2004

**Characteristics of included studies**

| Outcomes | Quigley and Hein (Turesky) plaque index all teeth, Löe and Silness gingival index Ramfjord teeth. Gingival abrasion seen in five manual and one powered brush subjects. |
|---|---|
| Notes | Manufacturer funded.<br>Pre-brushing evaluation. |
| Allocation concealment | A |

| Study | Walsh 1989 |
|---|---|
| Methods | RCT, parallel, single blind, n 108, 6 months, drop outs unclear. |
| Participants | USA, adults from University and Dental clinics, 18-65 years, > 20 teeth, no dental/medical problems, gingival index > 1 on six+ sites of 18 sites probed on Ramfjord teeth. |
| Interventions | LPA/Broxo powered versus Oral B 40 manual, twice daily. |
| Outcomes | Silness and Löe plaque index on Ramfjord teeth, BOP on Ramfjord teeth at 3, 6 months. No soft tissue changes reported. Stain reported as no difference between brush types. |
| Notes | No pre-examination instructions reported. |
| Allocation concealment | C |

| ✱ Study | Warren 2001 |
|---|---|
| Methods | RCT, parallel, single blind, 12 weeks, n 110 with 9 drop outs. |
| Participants | USA, adult volunteers, 18-65 years, > 18 teeth, plaque index > 1.8, non-smokers, with no medical problems. |
| Interventions | Braun Oral B D 17 versus ADA standard manual, 2 mins twice daily. |
| Outcomes | Quigley and Hein (Turesky) plaque index, Löe and Silness gingival index and modified Löe and Silness Bleeding index, on all sites at 1, 3 months. Whole mouth recording PI and GI. No soft tissue changes reported. |
| Notes | Manufacturer funded.<br>Participants asked to refrain from brushing 12-18 hours prior to assessment. |
| Allocation concealment | A |

| ✱ Study | Wilson 1993 |
|---|---|
| Methods | RCT, parallel, single blind, 12 months, n 32 with 3 drop outs. |
| Participants | USA, adults, 18+ years, minimum 20 teeth, at least 50% tooth surface plaque coverage (O'Leary), bleeding score > 0.75. Barnett-Muhleman Bleeding Index, no medical problems, no orthodontics, no untreated perio or pockets > 6mm. |
| Interventions | Interplak, Bausch and Lomb versus Butler 311, 3 minutes. |
| Outcomes | Quigley and Hein (Turesky) plaque index, Barnett Muhleman gingival index on all sites at 1, 2, 6, 9 and 12 months. Whole mouth recording PI and GI. No difference in gingival abrasion found between brush types. |
| Notes | Participants asked to brush one hour prior to assessment. |
| Allocation concealment | B |

Copyright © John Wiley & Sons Ltd 2004

**Characteristics of included studies**

| Study | Yankell 1996 |
|---|---|
| Methods | RCT, parallel, single blind, 4 weeks, n 66 with 1 drop out. |
| Participants | USA, children with 4 of 6 Ramfjord teeth present, no medical problems. |
| Interventions | Rowenta Dentiphant versus Oral B 20, 1 min twice daily. |
| Outcomes | Quigley and Hein (Turesky) plaque and Löe and Silness (Lobene) gingival indices on Ramfjord teeth at 2 and 4 weeks. No soft tissue changes reported. |
| Notes | Manufacturer funded.<br>Pre-brushing evaluation. |
| Allocation concealment | B |

| Study | Yankell 1997 |
|---|---|
| Methods | RCT, parallel, single blind, 30 days, n 128 with 13 drop outs. |
| Participants | USA, adults, 18-50 years, > 18 teeth, no current orthodontic bands, no medical problems. |
| Interventions | Rowenta Plaque Dentacontrol Plus versus Sonicare versus Braun Oral B Ultra versus Oral B P35, 2 min twice daily excluded. Rowenta data which was 5 min twice daily. |
| Outcomes | Quigley and Hein (Turesky) plaque and Eastman bleeding indices on Ramfjord teeth and also Löe and Silness (Lobene) gingival index on whole mouth at 4 weeks. No soft tissue changes reported. |
| Notes | Rowenta data excluded due to extended brushing period.<br>Participants asked to refrain from brushing 10-16 hours prior to evaluation. |
| Allocation concealment | B |

| Study | Yukna 1993b |
|---|---|
| Methods | RCT, parallel, single blind, 6 months, n 42 with 2 drop outs. |
| Participants | USA, adults with past periodontal surgical treatment. Excluded if on antibiotics/NSAIDS or orthodontic appliances. |
| Interventions | Interplak, Bausch and Lomb versus unspecified manual brush. |
| Outcomes | Quigley and Hein and O'Leary plaque indices, Lobene gingival index and Bleeding on probing. Whole mouth recording PI and GI. 4 of 20 powered brushes had mechanical failure. |
| Notes | Manufacturer funded. |
| Allocation concealment | B |

| Study | van der Weijden 1994 |
|---|---|
| Methods | RCT, parallel, single blind, 8 months, n 87 with 10 drop outs. |
| Participants | Netherlands, non-dental students, bleeding on probing at least 35% of sites and modified gingival index of at least 1, no previous experience of electric toothbrush. Healthy. No ortho. No pockets > 5mm. |
| Interventions | Braun Plak control versus Butler Gum 311 for 2 mins. |

Copyright © John Wiley & Sons Ltd 2004

**Characteristics of included studies**

| Outcomes | Silness and Löe plaque index, Lobene gingival index at all sites at 1, 2, 5, 8 mths. Whole mouth recording PI and GI. Twelve manual brush subjects and five powered brush subjects with gingival abrasion. Calculus scored no difference in change between groups. |
| --- | --- |
| Notes | Participants asked to brush thouroughly, but not within one hour of assessment. |
| Allocation concealment | B |

**Characteristics of excluded studies**

| | |
| --- | --- |
| Aass 2000 | Less than 28 days |
| Ainamo 1991 | Contacted authors for more information, no reply after 3 months |
| Albers 1988 | Less than 28 days |
| Anaise 1976 | Less than 28 days |
| Andreana 1998 | No movement of powered head |
| Arceneaux 1996 | Less than 28 days |
| Ash 1964 | Not RCT |
| Ash 1967 | Contacted authors for more information, no reply after 3 months |
| Baston 1995 | Not powered versus manual toothbrushing |
| Borutta 1997 | Less than 28 days |
| Boyd 1989a | Not RCT |
| Boyd 1989b | Not RCT |
| Boyd 1997 | Less than 28 days |
| Braccini 1984 | Not powered versus manual toothbrushing |
| Bratel 1991 | Potential high for compromised self toothbrushing efficacy |
| Buchmann 1987 | Less than 28 days |
| Burch 1994 | Combined intervention |
| Chaikin 1965 | Less than 28 days |
| Chasens 1988 | Not RCT |
| Chilton 1962 | Split mouth |
| Ciancio 1990 | Less than 28 days |
| Ciancio 1995 | Contacted authors for more information, no reply after 3 months |
| Cohen 1984 | Potential high for compromised self toothbrushing efficacy |
| Conroy 1965 | Less than 28 days |
| Conroy 1966 | Less than 28 days |
| Coontz 1983 | Less than 28 days |

Copyright © John Wiley & Sons Ltd 2004

## Characteristics of excluded studies

| | |
|---|---|
| Coontz 1985 | Less than 28 days |
| Crawford 1975 | Not RCT |
| Cronin 1995 | Not powered versus manual toothbrushing |
| Cross 1962b | Less than 28 days |
| Danser 1998 | Less than 28 days |
| Danser 2000 | Less than 28 days |
| Derbyshire 1964 | Less than 28 days |
| Doherty 1998 | Not powered versus manual toothbrushing |
| Doherty 1999 | Less than 28 days |
| Doll 1999 | Less than 28 days |
| Dorfer 2001 | Less than 28 days |
| Dunkin 1975 | Less than 28 days |
| Elliott 1983 | Less than 28 days |
| Fourel 1974 | Split mouth |
| Fraleigh 1965 | Split mouth |
| Galgut 1996 | No mechanical action of brush head |
| Glavind 1968 | Not RCT |
| Golden 1964 | Not powered versus manual toothbrushing |
| Goldman 1975 | Less than 28 days |
| Grossman 1994 | Less than 28 days |
| Grossman 1996 | Less than 28 days |
| Grossman 1997 | Not powered versus manual toothbrushing |
| Haffajee 2001a | Contacted authors for more information, no reply after 3 months |
| Haffajee 2001b | Outcomes not under consideration |
| Hall 1971 | Potential high for compromised self toothbrushing efficacy |
| Hansen 1999 | Laboratory study |
| Heasman 1998 | Not RCT inadequate control |
| Helti 2000 | Not powered versus manual toothbrushing |
| Heinze 1998 | Combined intervention |
| Hellstadius 1993 | Not powered versus manual toothbrushing |
| Hirsch 1965 | Laboratory study |
| Hoover 1962 | Less than 28 days |
| Horowitz 1992 | Not RCT |
| Hotta 1992 | Less than 28 days |

Copyright © John Wiley & Sons Ltd 2004

**Characteristics of excluded studies**

| | |
|---|---|
| Howorko 1993 | Less than 28 days |
| Isaacs 1989 | Contacted authors for more information, no reply after 3 months |
| Jackson 1991 | Not RCT |
| Jongenelis 1997 | Less than 28 days |
| Kambhu 1993 | Potential high for compromised self toothbrushing efficacy |
| Kaschny 1999 | Not RCT |
| Killoy 1989 | Contacted authors for more information, no reply after 3 months |
| Killoy 1995 | Contacted authors for more information, no reply after 3 months |
| Lamendola-Sitte 1998 | No mechanical action of brush head |
| Lange 1978 | Less than 28 days |
| Lefkowitz 1962 | Less than 28 days |
| Lim 1995 | Contacted authors for more information, no reply after 3 months |
| Long 1985 | Split mouth |
| Love 1988 | Contacted authors for more information, no reply after 3 months |
| Love 1993 | Combined intervention |
| Lundergan 1986 | Less than 28 days |
| Manhold 1965 | Outcomes not under consideration |
| Mantokoudis 2001 | Less than 28 days |
| Mayer 1978 | Less than 28 days |
| Mayer 1988 | Split mouth |
| McCracken 2000 | Not powered versus manual toothbrushing |
| McInnes 1994 | Outcomes not under consideration |
| McKendrick 1968 | Not RCT |
| Moran 1995 | Less than 28 days |
| Moran 1995b | Less than 28 days |
| Morris 1997 | Contacted authors for more information, no reply after 3 months |
| Moschen 1999 | Less than 28 days |
| Murray 1989 | Outcomes not under consideration |
| Niemi 1986 | Less than 28 days |
| Niemi 1987 | Less than 28 days |
| Niemi 1988 | Less than 28 days |
| Owen 1972 | Cross-over study, contacted authors for more information, no reply after 3 months |
| Park 1997 | Not teeth (e.g. implants, enamel sections on dentures) |
| Plagmann 1978 | Not human |

Copyright © John Wiley & Sons Ltd 2004

## Characteristics of excluded studies

| | |
|---|---|
| Powers 1987 | Less than 28 days |
| Preber 1991 | Less than 28 days |
| Priestland 1993 | Not powered versus manual toothbrushing |
| Quigley 1962 | Less than 28 days |
| Quirynen 1994 | Split mouth |
| Rapley 1994 | Laboratory study |
| Rashid 1998 | Less than 28 days |
| Renton-Harper 2001 | Less than 28 days |
| Reynolds 1998 | Not powered versus manual toothbrushing |
| Ruhlman 2001 | Less than 28 days |
| Sato 1995 | Less than 28 days |
| Schifter 1983 | Less than 28 days |
| Schmage 1999 | Supervised or professional cleaning |
| Schuler 1995 | Abstract only |
| Schwarz 1990 | Not powered versus manual toothbrushing |
| Sgan-Cohen 1995 | Not powered versus manual toothbrushing |
| Shaw 1983 | Potential high for compromised self toothbrushing efficacy |
| Silverstone 1992 | Contacted authors for more information, no reply after 3 months |
| Sjogren 1998 | Less than 28 days |
| Smith 1964 | Cross-over study, contacted authors for more information, no reply after 3 months |
| Stadtler 1984 | Less than 28 days |
| Swenson 1967 | No mechanical action of brushhead |
| Taylor 1995 | Less than 28 days |
| Tenenbaum 1994 | Less than 28 days |
| Terezhalmy 1994 | Not RCT |
| Thienpont 2001 | Cross-over study, contacted authors for more information, no reply after 3 months |
| Timmerman 1995 | Less than 28 days |
| Toto 1961 | Not RCT |
| Toto 1967 | Outcomes not under consideration |
| Trimpeneers 1996 | Duplicate abstract of included study |
| Trimpeneers 1997 | Cross-over study, contacted authors for more information, no reply after 3 months |
| Trombelli 1995 | Less than 28 days |
| Twetman 1997 | Not powered versus manual toothbrushing |
| Vervliet 1989 | Split mouth |

Copyright © John Wiley & Sons Ltd 2004

## Characteristics of excluded studies

| | |
|---|---|
| Walsh 1984 | Less than 28 days |
| Warren 2000 | Not powered versus manual toothbrushing |
| White 1996 | Not RCT |
| Whitmyer 1998 | Potential high for compromised self toothbrushing efficacy |
| Wiedemann 2001 | Split mouth |
| Wilcoxon 1991 | Cross-over study, contacted authors for more information, no reply after 3 months |
| Willershausen 2001 | Not RCT |
| Wilson 1991 | Contacted authors for more information, no reply after 3 months |
| Womack 1988 | Not RCT |
| Ximenez-Fyvie 2000 | Supervised or professional cleaning |
| Yankell 1985 | Not RCT |
| Yankell 1994 | Less than 28 days |
| Youngblood 1985 | Laboratory study |
| Yukna 1993a | Combined intervention |
| Zimmer 1999 | Less than 28 days |
| van Venrooy 1985 | Less than 28 days |
| van der Weil 1993b | Not powered versus manual toothbrushing |
| van der Weijden 1993 | Supervised brushing |
| van der Weijden 1995 | Not powered versus manual toothbrushing |
| van der Weijden 1996 | Less than 28 days |
| van der Weijden 1998 | Split mouth study |
| van der Weijden 2001 | Not powered versus manual toothbrushing |

## ADDITIONAL TABLES

### Table 01 Summary of characteristics of excluded studies

| Reason for exclusion | Number (n=159) |
|---|---|
| Less than 28 days | 60 |
| Not powered versus manual | 18 |
| Not RCT | 17 |
| Author contacted for more information, no reply after 3 months | 12 |
| Split mouth | 9 |
| Duplicate abstract or study | 8 |
| Potential high for compromised tooth brushing efficacy | 6 |

Copyright © John Wiley & Sons Ltd 2004

**Table 01 Summary of characteristics of excluded studies**

| | |
|---|---|
| Cross-over trial, authors contacted for more information, no reply after 3 months | 5 |
| Outcomes not under consideration | 5 |
| Combined intervention | 4 |
| No movement of brush head | 4 |
| Laboratory study | 4 |
| Supervised brushing | 4 |
| Not teeth | 1 |
| Not human | 1 |
| Abstract only | 1 |

**Table 02 Summary of inclusion criteria categories within included studies**

| Inclusion criteria | Number (n=29) |
|---|---|
| No relevant medical history | 21 |
| Adults | 19 |
| Minimum number of teeth | 17 |
| Minimum periodontal baseline measures | 16 |
| Participants recruited from dental clinics | 5 |
| Concurrent fixed orthodontic treatment | 2 |
| Aged less than 16 years | 2 |
| Volunteer university students | 2 |
| Dental students | 1 |

**Table 03 Summary of exclusion criteria categories within included studies**

| Exclusion criteria | Number (n=29) |
|---|---|
| Pregnancy or lactation | 3 |
| Previous use of powered toothbrushes | 4 |
| Patients undergoing orthodontic treatment | 4 |
| Previous periodontal treatment | 2 |
| Dental students | 2 |
| Cervical restorations | 1 |
| Smoking | 0 |
| Maximum periodontal measure | 1 |

Copyright © John Wiley & Sons Ltd 2004

**Table 04 Summary of toothbrush modes of action, number of trials and participants**

| Mode of action | Trial ID | Number of trials | n - attrition |
|---|---|---|---|
| Side to side | Glass 1965, Ho 1997, Johnson 1994, Lobene 1964, O'Beirne 1996, Tritten 1996, Walsh 1989, Yankell 1997 | 8 | 627 |
| Counter oscillation | Baab 1989, Khocht 1992, Stabholz 1996, Wilson 1993, Yukna 1993 | 5 | 228 |
| Rotation oscillation | Ainamo 1997, Barnes 1993, Clerehugh 1998, Cronin 1998, Dentino unpublished, Heasman 1999, Lazarescu unpublished, Stoltze 1994, Warren 2001, Yankell 1997, van der Weijden 1994 | 11 | 954 |
| Circular | Khocht 1992, McAllan 1976, Yankell 1996 | 3 | 168 |
| Ultrasonic | Forgas Brockman 1998, Terezhalmy 1995 | 2 | 108 |
| Unknown | Emling 1991, Soparkar 1964 | 2 | 296 |

**Table 05 Sensitivity analyses of trials of rotation oscillation versus manual (1-3mths)**

| group selected | index | number of studies | SMD(95%CI) | effect p-value | Het. chi-square | Het. p-value |
|---|---|---|---|---|---|---|
| all studies | plaque | 10 | -0.44 (-0.66 to -0.21) | <0.001 | 22.9 | 0.007 |
| full mouth recording | plaque | 8 | -0.53 (-0.76 to -0.30) | <0.001 | 15.8 | 0.03 |
| adequate concealed allocation | plaque | 3 | -0.33 (-0.63 to -0.028) | 0.032 | 3.8 | 0.15 |
| adequate random number generation | plaque | 2 | -0.24 (-0.68 to 0.20) | 0.29 | 2.4 | 0.12 |
| outcome assessor blinded | plaque | 9 | -0.37 (-0.51 to -0.23) | <0.001 | 6.5 | 0.60 |
| adequate reporting of attrition | plaque | 7 | -0.44 (-0.77 to -0.11) | 0.009 | 21.0 | 0.002 |

Copyright © John Wiley & Sons Ltd 2004

**Table 05 Sensitivity analyses of trials of rotation oscillation versus manual (1-3mths)**

| | | | | | | |
|---|---|---|---|---|---|---|
| comparable toothbrush instruction | plaque | 6 | -0.53 (-0.89 to -0.16) | 0.005 | 20.1 | 0.001 |
| trials not limited to patients wearing fixed orthodontic appliances | plaque | 9 | -0.48 (-0.71 to -0.25) | <0.001 | 19.2 | 0.01 |
| all studies | gingivitis | 10 | -0.44 (-0.72 to -0.15) | 0.003 | 38.0 | <0.001 |
| full mouth recording | gingivitis | 9 | -0.47 (-0.79 to -0.15) | 0.004 | 37.1 | <0.001 |
| adequate concealed allocation | gingivitis | 3 | -0.34 (-0.55 to -0.13) | 0.002 | 0.79 | 0.68 |
| adequate random number generation | gingivitis | 2 | -0.37 (-0.73 to -0.004) | 0.047 | 1.5 | 0.21 |
| outcome assessor blinded | gingivitis | 9 | -0.30 (-0.46 to -0.140) | <0.001 | 10.5 | 0.23 |
| adequate reporting of attrition | gingivitis | 7 | -0.51 (-0.92 to 0.11) | 0.012 | 32.0 | <0.001 |
| comparable toothbrush instruction | gingivitis | 6 | -0.56 (-1.04 to -0.08) | 0.02 | 34.4 | <0.001 |
| trials not limited to patients wearing fixed orthodontic appliances | gingivitis | 9 | -0.47 (-0.79 to -0.15) | 0.004 | 37.4 | <0.001 |

## COVER SHEET

| | |
|---|---|
| Title | **Manual versus powered toothbrushing for oral health** |
| Reviewer(s) | **Heanue M, Deacon SA, Deery C, Robinson PG, Walmsley AD, Worthington HV, Shaw WC** |
| Contribution of reviewer(s) | Bill Shaw and Helen Worthington wrote the protocol. Bill Shaw, Mike Heanue, Peter Robinson and Damien Walmsley co-ordinated the review. Bill Shaw wrote the letters to the authors. Bill Shaw, Scott Deacon, Chris Deery, Mike Heanue, |

Copyright © John Wiley & Sons Ltd 2004

Peter Robinson and Damien Walmsley independently and in duplicate assessed the eligibility of trials, extracted data and assessed the quality of the trials. Damien Walmsley and Peter Robinson provided the background and sourced information on brush action and plaque and gingival indices. Helen Worthington conducted the statistical analysis. Scott Deacon and Mike Heanue checked and entered data. Peter Robinson and Mike Heanue wrote the review. Proof reading and numerical consistency checked by Chris Deery.

| | |
|---|---|
| Issue protocol first published | 2000/2 |
| Issue review first published | 2003/1 |
| Date of most recent amendment | 21 November 2001 |
| Date of most recent SUBSTANTIVE amendment | 13 November 2002 |
| Most recent changes | Information not supplied by reviewer |
| Date new studies sought but none found | Information not supplied by reviewer |
| Date new studies found but not yet included/excluded | Information not supplied by reviewer |
| Date new studies found and included/excluded | Information not supplied by reviewer |
| Date reviewers' conclusions section amended | Information not supplied by reviewer |
| Contact address | Professor Bill Shaw<br>Co-ordinating Editor<br>Cochrane Oral Health Group<br>MANDEC, University Dental Hospital of Manchester<br>Higher Cambridge Street<br>Manchester<br>M15 6FH<br>UK<br>Telephone: +44 161 275 6620<br>E-mail: Bill.Shaw@man.ac.uk<br>Facsimile: +44 161 275 7815 |
| Cochrane Library number | CD002281 |
| Editorial group | Cochrane Oral Health Group |
| Editorial group code | HM-ORAL |

Copyright © John Wiley & Sons Ltd 2004

## SUMMARY TABLES

| Outcome title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 01 Plaque scores at 1 to 3 month at all sites | ⑥ | 402 | Standardised Mean Difference (Random) 95% CI | -0.42 [-0.91, 0.07] |
| 02 Gingival scores at 1 to 3 months at all sites | 8 | 627 | Standardised Mean Difference (Random) 95% CI | -0.44 [-0.91, 0.02] |
| 03 Plaque scores at > 3 months | ② | 220 | Standardised Mean Difference (Random) 95% CI | 0.03 [-0.23, 0.29] |
| 04 Gingival Scores at > 3 months | 2 | 220 | Standardised Mean Difference (Random) 95% CI | 0.12 [-0.14, 0.39] |

*6 + 2 = 8*

| Outcome title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 01 Plaque scores at 1 to 3 month at all sites | ④ | 184 | Standardised Mean Difference (Random) 95% CI | -0.07 [-0.36, 0.22] |
| 02 Gingivitis scores at 1 to 3 months at all sites | 4 | 172 | Standardised Mean Difference (Random) 95% CI | -0.04 [-0.52, 0.45] |
| 03 Plaque scores at > 3 months | ② | 69 | Standardised Mean Difference (Random) 95% CI | -0.63 [-1.11, -0.14] |
| 04 Gingival scores at > 3 months | 2 | 69 | Standardised Mean Difference (Random) 95% CI | -0.19 [-0.66, 0.29] |

*4 + 2 = 6*

| Outcome title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 01 Plaque scores at 1 to 3 month at all sites | ⑩ | 867 | Standardised Mean Difference (Random) 95% CI | -0.44 [-0.66, -0.21] |
| 02 Ginigival scores at 1 to 3 months at all sites | 10 | 866 | Standardised Mean Difference (Random) 95% CI | -0.45 [-0.76, -0.15] |
| 03 Plaque scores at > 3 months | ④ | 423 | Standardised Mean Difference (Random) 95% CI | -1.15 [-2.02, -0.29] |

*10 + 4 = 14*

Copyright © John Wiley & Sons Ltd 2004

| 04 Gingival scores at > 3 months | 4 | 423 | Standardised Mean Difference (Random) 95% CI | -0.51 [-0.76, -0.25] |

| Outcome title | No. of studies | No. of participants | Statistical method | Effect size |
| --- | --- | --- | --- | --- |
| 01 Plaque scores at 1 to 3 month at all sites | ③ | 168 | Standardised Mean Difference (Random) 95% CI | -0.06 [-0.36, 0.25] |
| 02 Gingival scores at 1-3 months at all sites | 3 | 168 | Standardised Mean Difference (Random) 95% CI | -0.39 [-0.95, 0.18] |
| 03 Plaque scores at > 3 months | ① | 40 | Standardised Mean Difference (Random) 95% CI | 0.04 [-0.58, 0.66] |
| 04 Gingival scores at > 3 months | 1 | 40 | Standardised Mean Difference (Random) 95% CI | -0.30 [-0.92, 0.33] |

3 + 1 = 4

| Outcome title | No. of studies | No. of participants | Statistical method | Effect size |
| --- | --- | --- | --- | --- |
| 01 Plaque scores at 1 to 3 month at all sites | ② | 108 | Standardised Mean Difference (Random) 95% CI | -0.45 [-0.90, 0.00] |
| 02 Gingival scores at 1 to 3 months at all sites | 2 | 108 | Standardised Mean Difference (Random) 95% CI | -0.55 [-1.17, 0.07] |
| 03 Plaque scores at > 3 months at all sites | ① | 46 | Standardised Mean Difference (Random) 95% CI | 0.20 [-0.38, 0.78] |
| 04 Gingival scores at > 3 months | 1 | 46 | Standardised Mean Difference (Random) 95% CI | 0.00 [-0.58, 0.58] |

2 + 1 = 3

| Outcome title | No. of studies | No. of participants | Statistical method | Effect size |
| --- | --- | --- | --- | --- |
| 01 Plaque scores at 1 to 3 months at all sites | 1 | 57 | Standardised Mean Difference (Random) 95% CI | -0.32 [-0.84, 0.20] |
| 02 Gingival scores at 1 to 3 months at all sites | 2 | 295 | Standardised Mean Difference (Random) 95% CI | -0.32 [-0.69, 0.05] |

Copyright © John Wiley & Sons Ltd 2004

## GRAPHS AND OTHER TABLES

### Fig. 01 Side to side powered toothbrushes versus manual toothbrushes

#### 01.01 Plaque scores at 1 to 3 month at all sites

Review:    Manual versus powered toothbrushing for oral health
Comparison: 01 Side to side powered toothbrushes versus manual toothbrushes
Outcome:    01 Plaque scores at 1 to 3 month at all sites

| Study | Powered N | Mean (SD) | Manual N | Mean (SD) | Standardised Mean Difference (Random) 95% CI | Weight (%) | Standardised Mean Difference (Random) 95% CI |
|---|---|---|---|---|---|---|---|
| **02 Quigley Hein (Turesky)** | | | | | | | |
| Glass 1965 | 63 | 0.17 (0.28) | 63 | 0.21 (0.29) | | 20.8 | -0.15 [ -0.46, 0.14 ] |
| Johnson 1994 | 24 | 1.38 (0.60) | 19 | 1.56 (0.37) | | 16.8 | -0.35 [ -0.95, 0.26 ] |
| Tritten 1996 | 29 | 2.14 (0.39) | 27 | 2.21 (0.29) | | 17.9 | -0.20 [ -0.73, 0.33 ] |
| Yankell 1997 | 31 | 2.72 (0.44) | 28 | 2.66 (0.44) | | 18.1 | 0.13 [ -0.38, 0.65 ] |
| Subtotal (95% CI) | 167 | | 167 | | | 83.7 | -0.14 [ -0.36, 0.09 ] |
| Test for heterogeneity chi-square=1.81 df=3 p=0.6659 | | | | | | | |
| Test for overall effect=-1.23 p=0.2 | | | | | | | |
| **03 Silness and Löe** | | | | | | | |
| Ho 1997 | 12 | 1.15 (0.17) | 12 | 2.33 (0.44) | | 8.5 | -3.42 [ -4.74, -2.09 ] |
| Walsh 1989 | 27 | 0.90 (0.70) | 27 | 1.00 (0.70) | | 17.9 | -0.14 [ -0.67, 0.39 ] |
| Subtotal (95% CI) | 39 | | 39 | | | 16.3 | -1.72 [ -4.93, 1.49 ] |
| Test for heterogeneity chi-square=20.17 df=1 p<0.00001 | | | | | | | |
| Test for overall effect=-1.05 p=0.3 | | | | | | | |
| **Total (95% CI)** | 206 | | 196 | | | 100.0 | -0.42 [ -0.91, 0.07 ] |
| Test for heterogeneity chi-square=24.57 df=6 p=0.0002 | | | | | | | |
| Test for overall effect=1.67 p=0.09 | | | | | | | |

-10   -5   0   5   10
Favours powered    Favours manual

#### 01.02 Gingival scores at 1 to 3 months at all sites

Review:    Manual versus powered toothbrushing for oral health
Comparison: 01 Side to side powered toothbrushes versus manual toothbrushes
Outcome:    02 Gingival scores at 1 to 3 months at all sites

| Study | Powered N | Mean (SD) | Manual N | Mean (SD) | Standardised Mean Difference (Random) 95% CI | Weight (%) | Standardised Mean Difference (Random) 95% CI |
|---|---|---|---|---|---|---|---|
| **01 Löe and Silness** | | | | | | | |
| Ho 1997 | 12 | 1.42 (0.27) | 12 | 1.96 (0.14) | | 6.3 | -2.42 [ -3.52, -1.33 ] |
| O'Beirne 1996 | 20 | 0.40 (0.35) | 20 | 0.53 (0.44) | | 12.1 | -0.23 [ -0.85, 0.39 ] |
| Tritten 1996 | 29 | 1.12 (0.24) | 27 | 1.19 (0.21) | | 12.6 | -0.31 [ -0.83, 0.22 ] |
| Walsh 1989 | 27 | 1.20 (0.50) | 27 | 1.20 (0.40) | | 12.6 | 0.00 [ -0.53, 0.53 ] |
| Subtotal (95% CI) | 88 | | 86 | | | 27.6 | -0.60 [ -1.34, 0.14 ] |
| Test for heterogeneity chi-square=15.57 df=3 p=0.0014 | | | | | | | |
| Test for overall effect=-1.59 p=0.11 | | | | | | | |
| **02 BOP** | | | | | | | |
| Johnson 1994 | 24 | 1.28 (0.18) | 19 | 1.26 (0.21) | | 12.2 | -0.10 [ -0.70, 0.50 ] |
| Subtotal (95% CI) | 24 | | 19 | | | 7.2 | -0.10 [ -0.70, 0.50 ] |
| Test for heterogeneity chi-square=0.00 df=0 | | | | | | | |
| Test for overall effect=-0.33 p=0.7 | | | | | | | |
| **04 Lobene gingival index** | | | | | | | |
| Glass 1965 | 63 | 1.40 (0.53) | 63 | 1.37 (0.55) | | 14.4 | 0.06 [ -0.25, 0.36 ] |
| Lobene 1964a | 92 | 0.39 (0.24) | 93 | 0.72 (0.32) | | 14.4 | -1.16 [ -1.47, -0.85 ] |
| Yankell 1997 | 31 | 2.13 (0.20) | 28 | 2.14 (0.32) | | 13.0 | -0.04 [ -0.55, 0.47 ] |
| Subtotal (95% CI) | 206 | | 204 | | | 65.2 | -0.39 [ -1.24, 0.46 ] |
| Test for heterogeneity chi-square=33.83 df=2 p<0.00001 | | | | | | | |
| Test for overall effect=-0.90 p=0.4 | | | | | | | |
| **Total (95% CI)** | 318 | | 309 | | | 100.0 | -0.44 [ -0.91, 0.02 ] |
| Test for heterogeneity chi-square=49.98 df=7 p<0.00001 | | | | | | | |
| Test for overall effect=-1.88 p=0.06 | | | | | | | |

-10   -5   0   5   10
Favours powered    Favours manual

Copyright © John Wiley & Sons Ltd 2004

## 01.03 Plaque scores at > 3 months

Review:     Manual versus powered toothbrushing for oral health
Comparison: 01 Side to side powered toothbrushes versus manual toothbrushes
Outcome:    03 Plaque scores at > 3 months

| Study | Powered N | Mean (SD) | Manual N | Mean (SD) | Standardised Mean Difference (Random) 95% CI | Weight (%) | Standardised Mean Difference (Random) 95% CI |
|---|---|---|---|---|---|---|---|
| 01 Silness and Löe | | | | | | | |
| Walsh 1989 | 27 | 0.70  (0.70) | 27 | 0.70  (0.70) | | 24.5 | 0.00 [ -0.53, 0.53 ] |
| Subtotal (95% CI) | 27 | | 27 | | | 24.5 | 0.00 [ -0.53, 0.53 ] |
| Test for heterogeneity chi-square=0.00 df=0 | | | | | | | |
| Test for overall effect=0.00 p=1.0 | | | | | | | |
| 02 Quigley Hein (Turesky) | | | | | | | |
| Glass 1965 | 83 | 0.18  (0.22) | 83 | 0.17  (0.28) | | 75.5 | 0.04 [ -0.26, 0.34 ] |
| Subtotal (95% CI) | 83 | | 83 | | | 75.5 | 0.04 [ -0.26, 0.34 ] |
| Test for heterogeneity chi-square=0.00 df=0 | | | | | | | |
| Test for overall effect=0.25 p=0.8 | | | | | | | |
| Total (95% CI) | 110 | | 110 | | | 100.0 | 0.03 [ -0.23, 0.29 ] |
| Test for heterogeneity chi-square=0.02 df=1 p=0.8698 | | | | | | | |
| Test for overall effect=0.22 p=0.8 | | | | | | | |

-10   -5   0   5   10
Favours powered     Favours manual

## 01.04 Gingival Scores at > 3 months

Review:     Manual versus powered toothbrushing for oral health
Comparison: 01 Side to side powered toothbrushes versus manual toothbrushes
Outcome:    04 Gingival Scores at > 3 months

| Study | Powered N | Mean (SD) | Manual N | Mean (SD) | Standardised Mean Difference (Random) 95% CI | Weight (%) | Standardised Mean Difference (Random) 95% CI |
|---|---|---|---|---|---|---|---|
| 01 Löe and Silness | | | | | | | |
| Walsh 1989 | 27 | 1.10  (0.40) | 27 | 1.10  (0.40) | | 24.6 | 0.00 [ -0.53, 0.53 ] |
| Subtotal (95% CI) | 27 | | 27 | | | 24.6 | 0.00 [ -0.53, 0.53 ] |
| Test for heterogeneity chi-square=0.00 df=0 | | | | | | | |
| Test for overall effect=0.00 p=1.0 | | | | | | | |
| 02 Lobene Gingival Index | | | | | | | |
| Glass 1965 | 83 | 1.35  (0.57) | 83 | 1.26  (0.54) | | 75.4 | 0.16 [ -0.14, 0.47 ] |
| Subtotal (95% CI) | 83 | | 83 | | | 75.4 | 0.16 [ -0.14, 0.47 ] |
| Test for heterogeneity chi-square=0.00 df=0 | | | | | | | |
| Test for overall effect=1.04 p=0.3 | | | | | | | |
| Total (95% CI) | 110 | | 110 | | | 100.0 | 0.12 [ -0.14, 0.39 ] |
| Test for heterogeneity chi-square=0.27 df=1 p=0.6057 | | | | | | | |
| Test for overall effect=0.90 p=0.4 | | | | | | | |

-10   -5   0   5   10
Favours powered     Favours manual

## Fig. 02 Counter oscillation

### 02.01 Plaque scores at 1 to 3 month at all sites

Review:     Manual versus powered toothbrushing for oral health
Comparison: 02 Counter oscillation
Outcome:    01 Plaque scores at 1 to 3 month at all sites

| Study | Powered N | Mean (SD) | Manual N | Mean (SD) | Standardised Mean Difference (Random) 95% CI | Weight (%) | Standardised Mean Difference (Random) 95% CI |
|---|---|---|---|---|---|---|---|
| 02 Quigley Hein (Turesky) | | | | | | | |
| Khocht 1992 | 32 | 1.84  (0.32) | 31 | 1.86  (0.46) | | 34.4 | -0.05 [ -0.54, 0.44 ] |
| Stabholz 1996 | 26 | 2.03  (0.56) | 26 | 2.00  (0.46) | | 29.4 | 0.06 [ -0.49, 0.60 ] |
| Wilson 1993 | 16 | 2.01  (0.69) | 13 | 2.27  (0.60) | | 16.3 | -0.39 [ -1.13, 0.35 ] |
| Yukna 1993b | 20 | 0.58  (0.41) | 20 | 0.60  (0.33) | | 21.8 | -0.05 [ -0.67, 0.57 ] |
| Subtotal (95% CI) | 94 | | 90 | | | 100.0 | -0.07 [ -0.36, 0.22 ] |
| Test for heterogeneity chi-square=0.93 df=3 p=0.8177 | | | | | | | |
| Test for overall effect=0.49 p=0.6 | | | | | | | |
| Total (95% CI) | 94 | | 90 | | | 100.0 | -0.07 [ -0.36, 0.22 ] |
| Test for heterogeneity chi-square=0.93 df=3 p=0.8177 | | | | | | | |
| Test for overall effect=0.49 p=0.6 | | | | | | | |

-10   -5   0   5   10
Favours powered     Favours manual

Copyright © John Wiley & Sons Ltd 2004

### 02.02 Gingivitis scores at 1 to 3 months at all sites

Review:     Manual versus powered toothbrushing for oral health
Comparison: 02 Counter oscillation
Outcome:    02 Gingivitis scores at 1 to 3 months at all sites

| Study | Powered N | Mean (SD) | Manual N | Mean (SD) | Standardised Mean Difference (Random) 95% CI | Weight (%) | Standardised Mean Difference (Random) 95% CI |
|---|---|---|---|---|---|---|---|
| **02 Gingival index Löe** | | | | | | | |
| Baab 1989 | 20 | 1.28 (0.27) | 20 | 1.43 (0.13) | | 24.3 | -0.69 [-1.33, -0.06 ] |
| Khooht 1992 | 32 | 1.06 (0.16) | 31 | 0.99 (0.16) | | 29.2 | 0.43 [-0.07, 0.93 ] |
| Subtotal (95% CI) | 52 | | 51 | | | 59.0 | -0.11 [-1.22, 0.99 ] |
| Test for heterogeneity chi-square=7.36 df=1 p=0.0066 | | | | | | | |
| Test for overall effect=-0.20 p=0.8 | | | | | | | |
| **03 Lobene gingival index** | | | | | | | |
| Yukna 1993b | 20 | 0.32 (0.33) | 20 | 0.33 (0.31) | | 26.0 | -0.03 [-0.65, 0.59 ] |
| Subtotal (95% CI) | 20 | | 20 | | | 23.9 | -0.03 [-0.65, 0.59 ] |
| Test for heterogeneity chi-square=0.00 df=0 | | | | | | | |
| Test for overall effect=-0.10 p=0.9 | | | | | | | |
| **04 BOP** | | | | | | | |
| Wilson 1993 | 16 | 0.93 (0.36) | 13 | 0.91 (0.33) | | 21.5 | 0.06 [-0.68, 0.79 ] |
| Subtotal (95% CI) | 16 | | 13 | | | 17.1 | 0.06 [-0.68, 0.79 ] |
| Test for heterogeneity chi-square=0.00 df=0 | | | | | | | |
| Test for overall effect=0.16 p=0.9 | | | | | | | |
| Total (95% CI) | 88 | | 84 | | | 100.0 | -0.04 [-0.52, 0.45 ] |
| Test for heterogeneity chi-square=7.41 df=3 p=0.0599 | | | | | | | |
| Test for overall effect=-0.16 p=0.9 | | | | | | | |

-10    -5    0    5    10
Favours powered    Favours manual

### 02.03 Plaque scores at > 3 months

Review:     Manual versus powered toothbrushing for oral health
Comparison: 02 Counter oscillation
Outcome:    03 Plaque scores at > 3 months

| Study | Powered N | Mean (SD) | Manual N | Mean (SD) | Standardised Mean Difference (Random) 95% CI | Weight (%) | Standardised Mean Difference (Random) 95% CI |
|---|---|---|---|---|---|---|---|
| **01 Quigley Hein (Turesky)** | | | | | | | |
| Wilson 1993 | 16 | 2.24 (0.58) | 13 | 2.62 (0.48) | | 41.3 | -0.69 [-1.44, 0.07 ] |
| Yukna 1993b | 20 | 0.46 (0.35) | 20 | 0.67 (0.42) | | 58.7 | -0.58 [-1.22, 0.06 ] |
| Subtotal (95% CI) | 36 | | 33 | | | 100.0 | -0.63 [-1.11, -0.14 ] |
| Test for heterogeneity chi-square=0.04 df=1 p=0.837 | | | | | | | |
| Test for overall effect=-2.52 p=0.01 | | | | | | | |
| Total (95% CI) | 36 | | 33 | | | 100.0 | -0.63 [-1.11, -0.14 ] |
| Test for heterogeneity chi-square=0.04 df=1 p=0.837 | | | | | | | |
| Test for overall effect=-2.52 p=0.01 | | | | | | | |

-10    -5    0    5    10
Favours powered    Favours manual

### 02.04 Gingival scores at > 3 months

Review:     Manual versus powered toothbrushing for oral health
Comparison: 02 Counter oscillation
Outcome:    04 Gingival scores at > 3 months

| Study | Powered N | Mean (SD) | Manual N | Mean (SD) | Standardised Mean Difference (Random) 95% CI | Weight (%) | Standardised Mean Difference (Random) 95% CI |
|---|---|---|---|---|---|---|---|
| **01 Lobene gingival index** | | | | | | | |
| Yukna 1993b | 20 | 0.30 (0.24) | 20 | 0.35 (0.30) | | 58.3 | -0.18 [-0.80, 0.44 ] |
| Subtotal (95% CI) | 20 | | 20 | | | 58.3 | -0.18 [-0.80, 0.44 ] |
| Test for heterogeneity chi-square=0.00 df=0 | | | | | | | |
| Test for overall effect=-0.57 p=0.6 | | | | | | | |
| **02 BOP** | | | | | | | |
| Wilson 1993 | 16 | 0.86 (0.34) | 13 | 0.93 (0.37) | | 41.7 | -0.19 [-0.93, 0.54 ] |
| Subtotal (95% CI) | 16 | | 13 | | | 41.7 | -0.19 [-0.93, 0.54 ] |
| Test for heterogeneity chi-square=0.00 df=0 | | | | | | | |
| Test for overall effect=-0.51 p=0.6 | | | | | | | |
| Total (95% CI) | 36 | | 33 | | | 100.0 | -0.19 [-0.66, 0.29 ] |
| Test for heterogeneity chi-square=0.00 df=1 p=0.9805 | | | | | | | |
| Test for overall effect=-0.77 p=0.4 | | | | | | | |

-10    -5    0    5    10
Favours powered    Favours manual

Copyright © John Wiley & Sons Ltd 2004

### Fig. 03 Rotation oscillation

#### 03.01 Plaque scores at 1 to 3 month at all sites

Review:    Manual versus powered toothbrushing for oral health
Comparison: 03 Rotation oscillation
Outcome:    01 Plaque scores at 1 to 3 month at all sites

| Study | Powered N | Mean (SD) | Manual N | Mean (SD) | Standardised Mean Difference (Random) 95% CI | Weight (%) | Standardised Mean Difference (Random) 95% CI |
|---|---|---|---|---|---|---|---|
| **02 Quigley Hein (Turesky)** | | | | | | | |
| Barnes 1993 | 34 | 2.46 (0.38) | 35 | 2.70 (0.66) | | 9.6 | -0.62 [-1.00, -0.04 ] |
| Cronin 1998 | 65 | 2.29 (0.65) | 60 | 2.55 (0.54) | | 11.3 | -0.46 [-0.83, -0.08 ] |
| Dentino unpublished | 76 | 1.57 (0.46) | 81 | 1.80 (0.40) | | 12.7 | -0.53 [-0.85, -0.21 ] |
| Heasman 1999 | 60 | 1.26 (0.52) | 24 | 1.53 (0.50) | | 9.3 | -0.52 [-1.01, -0.03 ] |
| Warren 2001 | 52 | 2.29 (0.46) | 49 | 2.47 (0.50) | | 11.2 | -0.37 [-0.77, 0.02 ] |
| Yankell 1997 | 28 | 2.66 (0.39) | 28 | 2.66 (0.44) | | 8.8 | 0.00 [-0.52, 0.52 ] |
| Subtotal (95% CI) | 295 | | 267 | | | 65.2 | -0.43 [-0.60, -0.26 ] |
| Test for heterogeneity chi-square=3.34 df=5 p=0.8477 | | | | | | | |
| Test for overall effect=-4.97 p<0.00001 | | | | | | | |
| | | | | | | | |
| **03 Silness and Löe** | | | | | | | |
| Stoltze 1994 | 20 | 0.60 (0.27) | 19 | 1.10 (0.21) | | 6.4 | -2.01 [-2.81, -1.21 ] |
| van der Weijden 1994 | 42 | 0.87 (0.36) | 35 | 1.01 (0.33) | | 10.0 | -0.41 [-0.86, 0.05 ] |
| Subtotal (95% CI) | 62 | | 63 | | | 12.0 | -1.17 [-2.74, 0.40 ] |
| Test for heterogeneity chi-square=11.76 df=1 p=0.0006 | | | | | | | |
| Test for overall effect=-1.46 p=0.14 | | | | | | | |
| | | | | | | | |
| **09 Ortho modification of Silness and Löe** | | | | | | | |
| Clerehugh 1998 | 37 | 1.00 (0.36) | 42 | 1.00 (0.34) | | 10.2 | 0.00 [-0.44, 0.44 ] |
| Subtotal (95% CI) | 37 | | 42 | | | 9.5 | 0.00 [-0.44, 0.44 ] |
| Test for heterogeneity chi-square=0.00 df=0 | | | | | | | |
| Test for overall effect=0.00 p=1.0 | | | | | | | |
| | | | | | | | |
| **10 Visible plaque index Ainamo Bay** | | | | | | | |
| Ainamo 1997 | 55 | 0.39 (0.16) | 56 | 0.43 (0.16) | | 11.6 | -0.25 [-0.63, 0.12 ] |
| Subtotal (95% CI) | 55 | | 56 | | | 13.3 | -0.25 [-0.63, 0.12 ] |
| Test for heterogeneity chi-square=0.00 df=0 | | | | | | | |
| Test for overall effect=-1.34 p=0.18 | | | | | | | |
| | | | | | | | |
| **Total (95% CI)** | 449 | | 418 | | | 100.0 | -0.44 [-0.66, -0.21 ] |
| Test for heterogeneity chi-square=22.87 df=9 p=0.0065 | | | | | | | |
| Test for overall effect=-3.83 p=0.0001 | | | | | | | |

```
        -10     -5      0      5     10
          Favours powered   Favours manual
```

Copyright © John Wiley & Sons Ltd 2004

## 03.02 Ginigival scores at 1 to 3 months at all sites

Review:    Manual versus powered toothbrushing for oral health
Comparison: 03 Rotation oscillation
Outcome:    02 Ginigival scores at 1 to 3 months at all sites

| Study | Powered N | Mean (SD) | Manual N | Mean (SD) | Standardised Mean Difference (Random) 95% CI | Weight (%) | Standardised Mean Difference (Random) 95% CI |
|---|---|---|---|---|---|---|---|
| **01 Löe and Silness mod Lobene** | | | | | | | |
| Barnes 1993 | 34 | 2.24 (0.42) | 35 | 2.58 (0.57) | | 9.9 | -0.67 [ -1.16, -0.18 ] |
| Subtotal (95% CI) | 34 | | 35 | | | 8.0 | -0.67 [ -1.16, -0.18 ] |
| Test for heterogeneity chi-square=0.00 df=0 | | | | | | | |
| Test for overall effect=-2.70 p=0.007 | | | | | | | |
| **02 Löe and Silness** | | | | | | | |
| Clerehugh 1998 | 37 | 1.67 (0.18) | 42 | 1.70 (0.17) | | 10.4 | -0.17 [ -0.61, 0.27 ] |
| Cronin 1998 | 55 | 0.94 (0.12) | 50 | 1.00 (0.10) | | 10.9 | -0.54 [ -0.93, -0.15 ] |
| Heasman 1999 | 50 | 1.55 (0.21) | 24 | 1.64 (0.22) | | 9.9 | -0.42 [ -0.91, 0.07 ] |
| Stoltze 1994 | 20 | 0.90 (0.04) | 18 | 1.10 (0.08) | | 6.8 | -3.16 [ -4.13, -2.17 ] |
| Warren 2001 | 52 | 0.88 (0.12) | 49 | 0.94 (0.13) | | 10.9 | -0.40 [ -0.79, 0.00 ] |
| Subtotal (95% CI) | 214 | | 183 | | | 43.7 | -0.79 [ -1.38, -0.19 ] |
| Test for heterogeneity chi-square=39.46 df=4 p<0.00001 | | | | | | | |
| Test for overall effect=-2.57 p=0.01 | | | | | | | |
| **04 Lobene gingival index** | | | | | | | |
| Danino unpublished | 76 | 0.49 (0.25) | 81 | 0.59 (0.26) | | 11.6 | -0.39 [ -0.71, -0.07 ] |
| Yankell 1997 | 28 | 2.16 (0.28) | 28 | 2.14 (0.32) | | 9.5 | 0.07 [ -0.46, 0.59 ] |
| van der Weijden 1994 | 42 | 1.16 (0.28) | 35 | 1.12 (0.24) | | 10.3 | 0.12 [ -0.33, 0.57 ] |
| Subtotal (95% CI) | 146 | | 144 | | | 35.0 | -0.11 [ -0.46, 0.24 ] |
| Test for heterogeneity chi-square=4.22 df=2 p=0.1213 | | | | | | | |
| Test for overall effect=-0.61 p=0.5 | | | | | | | |
| **07 SOP Ainamo Bay** | | | | | | | |
| Ainamo 1997 | 55 | 0.24 (0.10) | 55 | 0.28 (0.09) | | 11.1 | -0.21 [ -0.59, 0.17 ] |
| Subtotal (95% CI) | 55 | | 55 | | | 13.4 | -0.21 [ -0.59, 0.17 ] |
| Test for heterogeneity chi-square=0.00 df=0 | | | | | | | |
| Test for overall effect=-1.09 p=0.3 | | | | | | | |
| Total (95% CI) | 449 | | 417 | | | 100.0 | -0.46 [ -0.76, -0.15 ] |
| Test for heterogeneity chi-square=41.67 df=9 p<0.00001 | | | | | | | |
| Test for overall effect=-2.92 p=0.004 | | | | | | | |

-10    -5    0    5    10

Favours powered    Favours manual

## 03.03 Plaque scores at > 3 months

Review:    Manual versus powered toothbrushing for oral health
Comparison: 03 Rotation oscillation
Outcome:    03 Plaque scores at >3 months

| Study | Powered N | Mean (SD) | Manual N | Mean (SD) | Standardised Mean Difference (Random) 95% CI | Weight (%) | Standardised Mean Difference (Random) 95% CI |
|---|---|---|---|---|---|---|---|
| **01 Quigley Hein (Turesky)** | | | | | | | |
| Danino unpublished | 76 | 1.10 (0.35) | 81 | 1.39 (0.36) | | 26.6 | -0.81 [ -1.14, -0.49 ] |
| Lazzaresou unpublish | 40 | 1.60 (0.24) | 38 | 2.23 (0.23) | | 23.4 | -2.66 [ -3.60, -2.30 ] |
| Subtotal (95% CI) | 116 | | 119 | | | 50.0 | -1.86 [ -3.95, 0.23 ] |
| Test for heterogeneity chi-square=33.11 df=1 p<0.00001 | | | | | | | |
| Test for overall effect=-1.74 p=0.08 | | | | | | | |
| **02 Visible plaque index Ainamo Bay** | | | | | | | |
| Ainamo 1997 | 55 | 0.34 (0.16) | 55 | 0.39 (0.19) | | 26.6 | -0.28 [ -0.66, 0.09 ] |
| Subtotal (95% CI) | 55 | | 55 | | | 30.3 | -0.28 [ -0.66, 0.09 ] |
| Test for heterogeneity chi-square=0.00 df=0 | | | | | | | |
| Test for overall effect=-1.48 p=0.14 | | | | | | | |
| **03 Silness and Löe** | | | | | | | |
| van der Weijden 1994 | 42 | 0.55 (0.25) | 35 | 0.73 (0.24) | | 26.6 | -0.73 [ -1.19, -0.26 ] |
| Subtotal (95% CI) | 42 | | 35 | | | 19.7 | -0.73 [ -1.19, -0.26 ] |
| Test for heterogeneity chi-square=0.00 df=0 | | | | | | | |
| Test for overall effect=-3.07 p=0.002 | | | | | | | |
| Total (95% CI) | 213 | | 210 | | | 100.0 | -1.15 [ -2.02, -0.29 ] |
| Test for heterogeneity chi-square=49.16 df=3 p<0.00001 | | | | | | | |
| Test for overall effect=-2.61 p=0.009 | | | | | | | |

-10    -5    0    5    10

Favours powered    Favours manual

Copyright © John Wiley & Sons Ltd 2004

### 03.04 Gingival scores at > 3 months

Review:    Manual versus powered toothbrushing for oral health
Comparison: 03 Rotation oscillation
Outcome:   04 Gingival scores at > 3 months

| Study | Powered N | Mean (SD) | Manual N | Mean (SD) | Standardised Mean Difference (Random) 95% CI | Weight (%) | Standardised Mean Difference (Random) 95% CI |
|---|---|---|---|---|---|---|---|
| **01 Lobene gingival index** | | | | | | | |
| Dentino unpublished | 76 | 0.62 (0.22) | 81 | 0.68 (0.23) | | 32.2 | -0.27 [ -0.58, 0.05 ] |
| van der Weijden 1994 | 42 | 0.80 (0.24) | 35 | 0.94 (0.26) | | 20.0 | -0.56 [ -1.01, -0.10 ] |
| Subtotal (95% CI) | 118 | | 116 | | | 66.2 | -0.36 [ -0.63, -0.09 ] |
| Test for heterogeneity chi-square=1.06 df=1 p=0.3044 | | | | | | | |
| Test for overall effect=2.54 p=0.008 | | | | | | | |
| **03 BOP Alnamo Bay** | | | | | | | |
| Alnamo 1997 | 55 | 0.20 (0.06) | 56 | 0.24 (0.09) | | 26.6 | -0.47 [ -0.84, -0.09 ] |
| Lazaresou unpublish | 40 | 0.07 (0.05) | 38 | 0.12 (0.06) | | 20.3 | -0.90 [ -1.37, -0.43 ] |
| Subtotal (95% CI) | 95 | | 94 | | | 43.8 | -0.65 [ -1.06, -0.24 ] |
| Test for heterogeneity chi-square=1.90 df=1 p=0.1682 | | | | | | | |
| Test for overall effect=3.07 p=0.002 | | | | | | | |
| Total (95% CI) | 213 | | 210 | | | 100.0 | -0.51 [ -0.76, -0.25 ] |
| Test for heterogeneity chi-square=4.99 df=3 p=0.1724 | | | | | | | |
| Test for overall effect=3.89 p=0.0001 | | | | | | | |

-10    -5    0    5    10

Favours powered    Favours manual

### Fig. 04 Circular

### 04.01 Plaque scores at 1 to 3 month at all sites

Review:    Manual versus powered toothbrushing for oral health
Comparison: 04 Circular
Outcome:   01 Plaque scores at 1 to 3 month at all sites

| Study | Powered N | Mean (SD) | Manual N | Mean (SD) | Standardised Mean Difference (Random) 95% CI | Weight (%) | Standardised Mean Difference (Random) 95% CI |
|---|---|---|---|---|---|---|---|
| **02 Quigley Hein (Turesky)** | | | | | | | |
| Khocht 1992 | 32 | 1.93 (0.42) | 31 | 1.96 (0.46) | | 37.5 | -0.07 [ -0.56, 0.43 ] |
| Yankell 1996 | 32 | 2.76 (0.39) | 33 | 2.78 (0.43) | | 38.8 | 0.02 [ -0.46, 0.51 ] |
| Subtotal (95% CI) | 64 | | 64 | | | 76.3 | -0.02 [ -0.37, 0.33 ] |
| Test for heterogeneity chi-square=0.07 df=1 p=0.7952 | | | | | | | |
| Test for overall effect=-0.12 p=0.9 | | | | | | | |
| **03 Silness and Löe** | | | | | | | |
| McAllan 1976 | 21 | 0.54 (0.23) | 19 | 0.58 (0.22) | | 23.7 | -0.17 [ -0.80, 0.46 ] |
| Subtotal (95% CI) | 21 | | 19 | | | 23.7 | -0.17 [ -0.80, 0.46 ] |
| Test for heterogeneity chi-square=0.00 df=0 | | | | | | | |
| Test for overall effect=-0.55 p=0.6 | | | | | | | |
| Total (95% CI) | 85 | | 83 | | | 100.0 | -0.06 [ -0.36, 0.25 ] |
| Test for heterogeneity chi-square=0.24 df=2 p=0.885 | | | | | | | |
| Test for overall effect=-0.37 p=0.7 | | | | | | | |

-10    -5    0    5    10

Favours powered    Favours manual

Copyright © John Wiley & Sons Ltd 2004

### 04.02 Gingival scores at 1-3 months at all sites

Review:    Manual versus powered toothbrushing for oral health
Comparison: 04 Circular
Outcome:    02 Gingival scores at 1-3 months at all sites

| Study | Powered N | Mean (SD) | Manual N | Mean (SD) | Standardised Mean Difference (Random) 95% CI | Weight (%) | Standardised Mean Difference (Random) 95% CI |
|---|---|---|---|---|---|---|---|
| **01 Lobene** | | | | | | | |
| Yankell 1996 | 32 | 2.00 (0.54) | 33 | 2.21 (0.25) | | 38.9 | -0.50 [ -0.99, 0.00 ] |
| **Subtotal (95% CI)** | 32 | | 33 | | | 38.9 | -0.50 [ -0.99, 0.00 ] |
| Test for heterogeneity chi-square=0.00 df=0 | | | | | | | |
| Test for overall effect=-1.97 p=0.05 | | | | | | | |
| **02 Oi Löe Silness** | | | | | | | |
| Khocht 1992 | 32 | 1.01 (0.14) | 31 | 0.99 (0.18) | | 36.3 | 0.13 [ -0.36, 0.63 ] |
| McAllan 1976 | 21 | 0.28 (0.09) | 19 | 0.40 (0.17) | | 29.4 | -0.88 [ -1.53, -0.22 ] |
| **Subtotal (95% CI)** | 53 | | 50 | | | 61.1 | -0.35 [ -1.34, 0.64 ] |
| Test for heterogeneity chi-square=5.84 df=1 p=0.0157 | | | | | | | |
| Test for overall effect=-0.69 p=0.5 | | | | | | | |
| **Total (95% CI)** | 85 | | 83 | | | 100.0 | -0.39 [ -0.95, 0.18 ] |
| Test for heterogeneity chi-square=6.48 df=2 p=0.0391 | | | | | | | |
| Test for overall effect=-1.34 p=0.18 | | | | | | | |

-10    -5    0    5    10
Favours powered    Favours manual

### 04.03 Plaque scores at > 3 months

Review:    Manual versus powered toothbrushing for oral health
Comparison: 04 Circular
Outcome:    03 Plaque scores at > 3 months

| Study | Powered N | Mean (SD) | Manual N | Mean (SD) | Standardised Mean Difference (Random) 95% CI | Weight (%) | Standardised Mean Difference (Random) 95% CI |
|---|---|---|---|---|---|---|---|
| **01 Silness and Löe** | | | | | | | |
| McAllan 1976 | 21 | 0.51 (0.23) | 19 | 0.50 (0.22) | | 100.0 | 0.04 [ -0.58, 0.66 ] |
| **Subtotal (95% CI)** | 21 | | 19 | | | 100.0 | 0.04 [ -0.58, 0.66 ] |
| Test for heterogeneity chi-square=0.00 df=0 | | | | | | | |
| Test for overall effect=0.14 p=0.9 | | | | | | | |
| **Total (95% CI)** | 21 | | 19 | | | 100.0 | 0.04 [ -0.58, 0.66 ] |
| Test for heterogeneity chi-square=0.00 df=0 | | | | | | | |
| Test for overall effect=0.14 p=0.9 | | | | | | | |

-10    -5    0    5    10
Favours powered    Favours manual

### 04.04 Gingival scores at > 3 months

Review:    Manual versus powered toothbrushing for oral health
Comparison: 04 Circular
Outcome:    04 Gingival scores at > 3 months

| Study | Powered N | Mean (SD) | Manual N | Mean (SD) | Standardised Mean Difference (Random) 95% CI | Weight (%) | Standardised Mean Difference (Random) 95% CI |
|---|---|---|---|---|---|---|---|
| **01 Löe and Silness** | | | | | | | |
| McAllan 1976 | 21 | 0.42 (0.09) | 19 | 0.47 (0.22) | | 100.0 | -0.30 [ -0.92, 0.33 ] |
| **Subtotal (95% CI)** | 21 | | 19 | | | 100.0 | -0.30 [ -0.92, 0.33 ] |
| Test for heterogeneity chi-square=0.00 df=0 | | | | | | | |
| Test for overall effect=-0.93 p=0.4 | | | | | | | |
| **Total (95% CI)** | 21 | | 19 | | | 100.0 | -0.30 [ -0.92, 0.33 ] |
| Test for heterogeneity chi-square=0.00 df=0 | | | | | | | |
| Test for overall effect=-0.93 p=0.4 | | | | | | | |

-10    -5    0    5    10
Favours powered    Favours manual

Copyright © John Wiley & Sons Ltd 2004

## Fig. 05 Ultrasonic

### 05.01 Plaque scores at 1 to 3 month at all sites

Review:    Manual versus powered toothbrushing for oral health
Comparison: 05 Ultrasonic
Outcome:    01 Plaque scores at 1 to 3 month at all sites

| Study | Powered N | Mean (SD) | Manual N | Mean (SD) | Standardised Mean Difference (Random) 95% CI | Weight (%) | Standardised Mean Difference (Random) 95% CI |
|---|---|---|---|---|---|---|---|
| 02 Quigley Hein (Turesky) | | | | | | | |
| Forgas-B 1998 | 30 | 2.85 (0.42) | 28 | 3.00 (0.69) | ■ | 50.3 | -0.88 [-1.22, -0.14] |
| Terashalmy 1995a | 28 | 3.07 (0.40) | 28 | 3.15 (0.12) | ■ | 49.7 | -0.22 [-0.77, 0.32] |
| Subtotal (95% CI) | 58 | | 62 | | ◆ | 100.0 | -0.45 [-0.90, 0.00] |
| Test for heterogeneity chi-square=1.38 df=1 p=0.2393 | | | | | | | |
| Test for overall effect=1.98 p=0.05 | | | | | | | |
| Total (95% CI) | 58 | | 52 | | ◆ | 100.0 | -0.45 [-0.90, 0.00] |
| Test for heterogeneity chi-square=1.38 df=1 p=0.2393 | | | | | | | |
| Test for overall effect=1.98 p=0.05 | | | | | | | |

-10    -5    0    5    10

Favours powered    Favours manual

### 05.02 Gingival scores at 1 to 3 months at all sites

Review:    Manual versus powered toothbrushing for oral health
Comparison: 05 Ultrasonic
Outcome:    02 Gingival scores at 1 to 3 months at all sites

| Study | Powered N | Mean (SD) | Manual N | Mean (SD) | Standardised Mean Difference (Random) 95% CI | Weight (%) | Standardised Mean Difference (Random) 95% CI |
|---|---|---|---|---|---|---|---|
| 01 Löe and Silness | | | | | | | |
| Forgas-B 1998 | 30 | 1.47 (0.31) | 28 | 1.55 (0.34) | ■ | 51.6 | -0.24 [-0.77, 0.28] |
| Terashalmy 1995a | 28 | 0.71 (0.28) | 28 | 0.99 (0.12) | ■ | 48.4 | -0.88 [-1.45, -0.30] |
| Subtotal (95% CI) | 58 | | 62 | | ◆ | 100.0 | -0.55 [-1.17, 0.07] |
| Test for heterogeneity chi-square=2.64 df=1 p=0.1109 | | | | | | | |
| Test for overall effect=1.74 p=0.08 | | | | | | | |
| Total (95% CI) | 58 | | 52 | | ◆ | 100.0 | -0.55 [-1.17, 0.07] |
| Test for heterogeneity chi-square=2.64 df=1 p=0.1109 | | | | | | | |
| Test for overall effect=1.74 p=0.08 | | | | | | | |

-10    -5    0    5    10

Favours powered    Favours manual

### 05.03 Plaque scores at > 3 months at all sites

Review:    Manual versus powered toothbrushing for oral health
Comparison: 05 Ultrasonic
Outcome:    03 Plaque scores at > 3 months at all sites

| Study | Powered N | Mean (SD) | Manual N | Mean (SD) | Standardised Mean Difference (Random) 95% CI | Weight (%) | Standardised Mean Difference (Random) 95% CI |
|---|---|---|---|---|---|---|---|
| 01 Quigley Hein | | | | | | | |
| Terashalmy 1995a | 23 | 0.92 (0.32) | 23 | 0.75 (0.27) | ■ | 100.0 | 0.20 [-0.38, 0.78] |
| Subtotal (95% CI) | 23 | | 23 | | ◆ | 100.0 | 0.20 [-0.38, 0.78] |
| Test for heterogeneity chi-square=0.00 df=0 | | | | | | | |
| Test for overall effect=0.67 p=0.5 | | | | | | | |
| Total (95% CI) | 23 | | 23 | | ◆ | 100.0 | 0.20 [-0.38, 0.78] |
| Test for heterogeneity chi-square=0.00 df=0 | | | | | | | |
| Test for overall effect=0.67 p=0.5 | | | | | | | |

-10    -5    0    5    10

Favours powered    Favours manual

Copyright © John Wiley & Sons Ltd 2004

**05.04 Gingival scores at > 3 months**

Review:     Manual versus powered toothbrushing for oral health
Comparison: 05 Ultrasonic
Outcome:    04 Gingival scores at > 3 months

| Study | Powered N | Mean (SD) | Manual N | Mean (SD) | Standardised Mean Difference (Random) 95% CI | Weight (%) | Standardised Mean Difference (Random) 95% CI |
|---|---|---|---|---|---|---|---|
| 01 Löe and Silness | | | | | | | |
| Terashalmy 1995a | 23 | 0.33  (0.22) | 23 | 0.33  (0.26) | ■ | 100.0 | 0.00 [ -0.58, 0.58 ] |
| Subtotal (95% CI) | 23 | | 23 | | ◆ | 100.0 | 0.00 [ -0.58, 0.58 ] |
| Test for heterogeneity chi-square=0.00 df=0 | | | | | | | |
| Test for overall effect=0.00 p=1.0 | | | | | | | |
| Total (95% CI) | 23 | | 23 | | ◆ | 100.0 | 0.00 [ -0.58, 0.58 ] |
| Test for heterogeneity chi-square=0.00 df=0 | | | | | | | |
| Test for overall effect=0.00 p=1.0 | | | | | | | |

-10    -5    0    5    10
Favours powered    Favours manual

## Fig. 06 Unknown or other action

### 06.01 Plaque scores at 1 to 3 months at all sites

Review:     Manual versus powered toothbrushing for oral health
Comparison: 06 Unknown or other action
Outcome:    01 Plaque scores at 1 to 3 months at all sites

| Study | Powered N | Mean (SD) | Manual N | Mean (SD) | Standardised Mean Difference (Random) 95% CI | Weight (%) | Standardised Mean Difference (Random) 95% CI |
|---|---|---|---|---|---|---|---|
| 01 Quigley Hein (Turesky) | | | | | | | |
| Emling 1991 | 28 | 2.01  (0.50) | 29 | 2.18  (0.54) | ■ | 100.0 | -0.32 [ -0.84, 0.20 ] |
| Subtotal (95% CI) | 28 | | 29 | | ◆ | 100.0 | -0.32 [ -0.84, 0.20 ] |
| Test for heterogeneity chi-square=0.00 df=0 | | | | | | | |
| Test for overall effect=-1.21 p=0.2 | | | | | | | |
| Total (95% CI) | 28 | | 29 | | ◆ | 100.0 | -0.32 [ -0.84, 0.20 ] |
| Test for heterogeneity chi-square=0.00 df=0 | | | | | | | |
| Test for overall effect=-1.21 p=0.2 | | | | | | | |

-10    -5    0    5    10
Favours powered    Favours manual

### 06.02 Gingival scores at 1 to 3 months at all sites

Review:     Manual versus powered toothbrushing for oral health
Comparison: 06 Unknown or other action
Outcome:    02 Gingival scores at 1 to 3 months at all sites

| Study | Powered N | Mean (SD) | Manual N | Mean (SD) | Standardised Mean Difference (Random) 95% CI | Weight (%) | Standardised Mean Difference (Random) 95% CI |
|---|---|---|---|---|---|---|---|
| 01 Löe and Silness | | | | | | | |
| Emling 1991 | 28 | 1.21  (0.47) | 29 | 1.24  (0.54) | ■ | 33.8 | -0.06 [ -0.58, 0.46 ] |
| Subtotal (95% CI) | 28 | | 29 | | ◆ | 21.1 | -0.06 [ -0.58, 0.46 ] |
| Test for heterogeneity chi-square=0.00 df=0 | | | | | | | |
| Test for overall effect=-0.22 p=0.8 | | | | | | | |
| 02 Quigley and Hein | | | | | | | |
| Soparkar 1964 | 95 | 0.37  (0.34) | 153 | 0.55  (0.46) | ■ | 66.2 | -0.46 [ -0.73, -0.19 ] |
| Subtotal (95% CI) | 95 | | 153 | | ◆ | 78.9 | -0.46 [ -0.73, -0.19 ] |
| Test for heterogeneity chi-square=0.00 df=0 | | | | | | | |
| Test for overall effect=-3.34 p=0.0008 | | | | | | | |
| Total (95% CI) | 113 | | 182 | | ◆ | 100.0 | -0.32 [ -0.69, 0.05 ] |
| Test for heterogeneity chi-square=1.79 df=1 p=0.1812 | | | | | | | |
| Test for overall effect=-1.71 p=0.09 | | | | | | | |

-10    -5    0    5    10
Favours powered    Favours manual

Copyright © John Wiley & Sons Ltd 2004