# Exhibit L
# Part 3 of 3

correctly identifying the proper isomer in the pro-AI-2 signal blend, resulting in an advantageous gene regulation response.

Sorting and responding to pro-AI-2 may occur by mechanisms similar to those used by other biological kingdoms. Only a narrow window of signal concentration may elicit a response, as has been found for insect pheromones released and received by members of the order Lepidoptera (130, 131). Coevolution of emitters and receivers of insect pheromones occurs, and communication between the correct males and females must happen in a background of many signals specific for other species. Too much or too little pheromone elicits no response by the potential mate. Too constant an emission gets no response. Pheromones may be of the same general chemical structures but in different blends, which are specific for the correct mating. By having several chemicals in the blend, the combinations of the chemicals can yield an almost unlimited variety of blends, and each species of Lepidoptera may emit and respond to only one blend. In a similar way, the combinations of pro-AI-2 molecules formed by members of a bacterial community may be sorted and received uniquely for each species within a mixed-species community such as dental plaque.

Other factors in a microenvironment may modulate the detection and response to a blend of pro-AI-2 signals. As has been reported for distinct pH gradients caused by juxtapositioning of a variety of species (150), other chemical or physical gradients may form with certain adjacent species in a microenvironment. These conditions may influence the production of pro-AI-2 or the blend of pro-AI-2 in the extracellular pool. For example, in *S. enterica* serovar Typhimurium, increased AI-2 production occurs in high-osmolarity and low-pH environments, and a protein synthesis-dependent degradation of the signal occurs in low-osmolarity conditions (139). A prominent role for acidic environments has long been known in dental plaque, where acid-producing bacteria cause caries and consequently pose a constant threat to oral health. The acidic microenvironment present in dental plaque may be essential for proper response to chemical communication with AI-2. The physical attachment of cells of different species may cause contact-induced gene regulation, perhaps in all coaggregating cells, and result in altered production of and response to a mixture of pro-AI-2 molecules.

No matter what mechanism mixed-species communities use for AI-2 signaling, progress in understanding the role of AI-2 in complex microbial communities will come when experiments are conducted with mixed-species communities.

## DIRECT-CONTACT SIGNAL: ANTIGENS I AND II

The antigen I/II (Ag I/II) family of surface proteins is represented on many species of human oral streptococci (Table 1). They contain the LPXTG motif recognized by gram-positive sortase enzymes, which tether this class of proteins to the peptidoglycan layer (47, 135). These large polypeptides range from about 1,450 to 1,570 amino acid residues and possess seven discrete, well-conserved structural domains. These multifunctional proteins bind to other bacteria, host tissue, salivary conditioning film on teeth, and soluble molecules. Thus, the Ag I/II polypeptides are excellent candidates for mediating the adherence of streptococci to surfaces and providing an opportunity to communicate with other residents of the environ-

TABLE 1. Ag I/II homologues of oral streptococci

| Organism | Protein(s) | Reference(s) |
|---|---|---|
| *S. constellatus* | —[a] | 24, 99 |
| *S. cricetus* | PAa | 144 |
| *S. gordonii* | SspA, SspB | 37 |
| *S. intermedius* | — | 24, 124 |
| *S. mitis* | — | 23 |
| *S. mutans* | SpaP, Pac, Protein I/IIf | 71, 116 |
| *S. oralis* | — | 16 |
| *S. sobrinus* | SpaA, PAg | 85, 146 |

[a] —, homologue with no designation.

ment. A complete description of these properties and the immunogenicity of the proteins is found in two reviews (66, 67). Some of the recent progress in defining a role for Ag I/II proteins in promoting the dominance of streptococci in dental plaque will be discussed here.

Considering that Ag I/II proteins on different streptococcal species contain well-conserved structural domains, it is not surprising that they also exhibit overlapping functions, such as binding to human salivary glycoproteins. However, they do possess specific functions as well, which arise from the activity of distinct structural domains. Small changes in the primary sequence can have profound changes in the functional character of Ag I/II proteins. For example, in SspB, an Ag I/II homologue in *S. gordonii*, a region spanning residues 1167 to 1250 is required for adherence to a coaggregation partner, *P. gingivalis* (13). Changing two residues, Asn$^{1182}$ to Gly and Val$^{1185}$ to Pro, yields a protein predicted to possess secondary structure similar to that of SpaP, an Ag I/II homologue in *S. mutans*, which does not coaggregate with *P. gingivalis*. Recombinant strains of *S. gordonii* bearing the modified proteins lost the ability to coaggregate with *P. gingivalis* (38), confirming that this region of these two homologues differs functionally as well as structurally.

In contrast, an example of functional similarity is that the Ag I/II proteins of both *S. mutans* and *S. gordonii* bind to human collagen type I, a major component of dentin, and facilitate invasion of human root dentinal tubules by these species (95). Testing the multifunctional capabilities of SspB was accomplished by comparing the abilities of *S. gordonii* and *S. mutans* to bind to human collagen type I and to coaggregate with *P. gingivalis*. Both abilities were required for *Streptococcus-Porphyromonas* coinvasion of dentinal tubules (96). *P. gingivalis* was able to invade dentinal tubules when cocultured with *S. gordonii* bearing SspA and SspB. An *S. gordonii sspA/B* mutant deficient in collagen binding did not support coinvasion with *P. gingivalis*; *S. mutans* bearing SpaP invaded human root dentinal tubules but did not support coinvasion with *P. gingivalis*. The results of these studies illustrate discrete functions embodied within the Ag I/II structures and the relevance of surface adhesins to the colonization of indigenous environments by bacteria.

Another discrete function of Ag I/II proteins is the ability to mediate coaggregation with actinomyces partner cells. *S. gordonii* strains DL1 and M5 each have two Ag I/II paralogs, SspA and SspB, which are involved in coaggregation with *A. naeslundii*. The genes encoding these proteins are arranged in tandem on the chromosomes of these strains and, in strain DL1, are

Downloaded from mmbr.asm.org by on September 19, 2007



FIG. 6. (A) Involvement of Ag I/II family members in *Streptococcus-Actinomyces* coaggregations. The diagram shows coaggregations between *S. gordonii* DL1, *S. oralis* H1, and *S. oralis* 34 (representatives of streptococcal coaggregation groups 1, 2, and 3, respectively) with six actinomyces coaggregation groups (groups A, B, C, D, E, and F) (72). Actinomyces coaggregation groups are symbolized by oblong cellular shapes containing letters representing the groups and surround the three circles representing streptococcal strains DL1, H1, and 34. The model of *S. gordonii* DL1 coaggregation is based on identification of the independent coaggregation functions of SspA and SspB of *S. gordonii* DL1 (41). The models for *S. oralis* strains H1 and 34 are based on pairwise coaggregations between actinomyces and streptococci, lactose-inhibitable coaggregations, and loss of certain coaggregation functions by spontaneous mutants (72). The complementary symbols shown here are described in the legend to Fig. 1. *, putative protein designations. (B) Graphic representation of *sspA* and *sspB* (accession number U40027), with divergent regions shown in green and purple and gene fragments amplified from *S. oralis* 34 and *S. oralis* H1 encoding Ag I/II homologues. The locations of primers (solid arrowheads) used to amplify the homologous fragments from *S. oralis* H1 (purple-stippled rectangle) and *S. oralis* 34 (green-stippled rectangle) are shown. Blast2 alignments (145), shown below, reveal that the divergent regions of *S. gordonii* sspB and the *S. oralis* H1 homologue are conserved over the length of this region (conserved sequences appear as a straight line at a 45° angle). However, alignment of the *sspA* divergent region and the corresponding region from the *S. oralis* 34 homologue reveals gaps in the sequence identity. The similarities and differences in these sequences may be responsible for the coaggregations with *A. naeslundii* strains shown in panel A. See text for more detail.

known to exhibit different patterns of regulation in response to environmental conditions (43). Furthermore, it appears that *sspB* transcription is positively regulated by the *sspA* gene product, suggesting an additional role for SspA (42).

Earlier surveys of coaggregations between streptococci and actinomyces yielded six coaggregation groups of actinomyces, representing the range of coaggregations observed with approximately 90% of the 300 human oral *A. naeslundii* strains tested (41, 73). Recent results focused on *S. gordonii* DL1 have shown that SspA and SspB are adhesins critical for coaggregation with four of the six actinomyces coaggregation groups (41) (Fig. 6A). Others have shown that inactivation of *sspA* of *S. gordonii* DL1 resulted in a loss of greater than 50% of the wild-type ability to coaggregate with *A. naeslundii* T14V (co-

aggregation group A) and *A. naeslundii* PK606 (coaggregation group D) (68).

Construction of *sspB* insertion mutants of both *S. gordonii* DL1, and an isogenic *sspA* mutant allowed the first study of the independent functions of SspA and SspB (41). SspA exhibited two coaggregation-specific functions; it participated in lactose-inhibitable and lactose-noninhibitable interactions (Fig. 6A, cognate symbols complementary to red rectangle and red obelisk, respectively). Mutation of *sspA* resulted in changes in coaggregation with three of the four actinomyces coaggregation groups. For example, the *sspA* mutant was unable to coaggregate with actinomyces coaggregation group C (Fig. 6A). SspB mediated only lactose-noninhibitable coaggregations (Fig. 6A, cognate symbol complementary to yellow-green tri-

Downloaded from mmbr.asm.org by on September 19, 2007

angle). The *sspB* mutant was unable to coaggregate with acti-nomyces coaggregation group A, and its coaggregation with actinomyces coaggregation group E was changed from lactose noninhibitable to lactose inhibitable. A change from lactose noninhibitable to lactose inhibitable is possible because the former coaggregation masks the latter in the presence of lactose. The effects of the mutations were additive in the *sspAB* double mutant; however, it retained a single previously unrecognized lactose-inhibitable coaggregation with *A. naeslundii* PK606 (coaggregation group D) (Fig. 6A, cognate symbol complementary to gray rectangle). Thus, SspA and SspB appear to mediate all coaggregations between *S. gordonii* DL1 and the actinomyces coaggregation groups except the lactose-inhibitable coaggregation with actinomyces coaggregation group D.

SspA and SspB show a high level of sequence identity in *S. gordonii* strains M5 and DL1 (37). The complete sequences of *sspA* and *sspB* from *S. gordonii* DL1 have recently been determined (accession number U40027). Comparison of the C-terminal half of the deduced sequences of SspA and SspB shows that they are 98% identical, and the sequences of the N-terminal third of the polypeptides are 96% identical. The intervening divergent regions are only 37% identical. Comparison of these sequences to the corresponding sequences of strain M5 indicates 93% identity between the SspA sequences and 95% identity between the SspB sequences. Thus, the genetic organization of these two genes as well as the sequence similarity both between the paralogs in strains M5 and DL1 and between the orthologs of strains M5 and DL1 indicate close relationships.

This broad range of functions attributed to SspA and SspB suggested that perhaps other streptococci might also employ one or both of these proteins in mediating coaggregations with actinomyces. Two examples are depicted along with the coaggregation model of *S. gordonii* DL1 with the six actinomyces coaggregation groups A to F (Fig. 6A). Both *S. oralis* H1 and *S. oralis* 34 express a surface protein that cross-reacts with antiserum (gift of D. Demuth) recognizing both SspA and SspB. However, *S. oralis* H1 and *S. oralis* 34 exhibit patterns of coaggregation with actinomyces that are distinct from that of *S. gordonii* DL1 (Fig. 6A).

By using primers designed to hybridize with conserved sequence flanking the divergent region of both *sspA* and *sspB* of *S. gordonii* DL1, genomic DNA from *S. oralis* strains H1 and 34 was used as the template to PCR amplify the divergent region of the Ag I/II genes from these strains (Fig. 6B). Sequence analysis of the resultant PCR products revealed that the *S. oralis* 34 divergent region was 86% identical to *sspA*, while the *S. oralis* H1 divergent region was 93% identical to the corresponding region of *sspB*. Alignment (145) of the divergent region and short flanking conserved regions of *S. gordonii* DL1 *sspA* with the *sspA* homologue fragment from *S. oralis* 34 shows large gaps in sequence identity (Fig. 6B, left graph). In comparison, alignment of the *sspB* homologue fragment from *S. oralis* H1 with *S. gordonii* DL1 *sspB* contains no gaps (Fig. 6B, right graph).

Considering this identity of *S. gordonii* DL1 *sspB* and the *S. oralis* H1 homologue, it is not surprising that both *S. gordonii* DL1 and *S. oralis* H1 exhibit the same SspB-mediated interactions with actinomyces (Fig. 6A, left and center, respective-

ly). Accordingly, comparison of streptococci bearing the less similar SspA homologues revealed distinct coaggregation patterns in *S. gordonii* DL1 and *S. oralis* 34 (Fig. 6A, left and right, respectively). Apparently, changes predicted in the *S. oralis* 34 SspA homologue are sufficient to prevent recognition of the lactose-sensitive receptor on actinomyces coaggregation group E. Examination of SspA and SspB homologues in these streptococcal strains indicates that these proteins are integral to the adherence abilities of oral streptococci and are structurally and functionally distinct.

Besides mediating adherence to actinomyces, these two surface proteins bind salivary agglutinin glycoprotein (36, 68). This may represent one of the many mechanisms that streptococci employ to adhere to salivary conditioning film on enamel surfaces. The outcome of *S. gordonii* DL1 binding to saliva was investigated by random arbitrarily primed PCR. Such studies showed that exposure of *S. gordonii* DL1 to saliva resulted in induction of *sspA/B* expression (39). Thus, bathing cells of *S. gordonii* DL1 in saliva, a condition expected to occur in the oral cavity, causes them to synthesize surface adhesins that bind salivary receptors. One hypothesis is that such binding would encourage removal of the streptococcal cells by agglutination and swallowing. Another hypothesis is that such binding promotes attachment to surfaces through salivary receptor bridging between SspA/B-bearing planktonic cells and already attached bacteria. In fact, coating streptococci with saliva may enhance binding to surfaces and prevent disappearance from the mouth by swallowing.

Consistent with the second hypothesis, we have shown that suspending streptococci in saliva does not reduce their ability to coaggregate with actinomyces (81) or with other streptococci (78). Also, our results with streptococci and actinomyces growing in biofilms on saliva-conditioned glass surfaces with saliva as the sole nutrient source indicate that these bacteria adhere and grow luxuriantly (120). Presumably, the ability to communicate under these conditions is enhanced by being coated with saliva, because the habitat in which these bacteria coevolved with their host is bathed in saliva.

## FUTURE DIRECTIONS

In plaque, as in most natural biofilm ecosystems, spatial heterogeneity exists with respect to species location in the axial and lateral dimensions (see Fig. 2); the spatial organization changes with time as a result of interspecies communication and gene expression. Elucidating the architecture of dental plaque at the species level is possible with the use of confocal microscopy coupled with appropriate probes based on 16S rDNA sequences and antibodies that recognize cell surface epitopes of oral bacteria. Probe specificity can be tested in biofilm models in vitro. Temporal dental plaque studies can be conducted in situ. The development of fluorescence-based reporters that function in an anaerobic environment needs to be encouraged. When these probes become available, they will promote study of gene regulation in anaerobic periodontal biofilm communities that include human oral spirochetes. Gene regulation induced by cell-cell contact is underinvestigated; the development of reporters based on green fluorescent protein will facilitate future studies. Current approaches such as in vivo expression technology, DNA microarrays, and

Downloaded from mmbr.asm.org by on September 19, 2007

proteomics provide the platforms for large-scale analysis of gene expression.

The genomes of *F. nucleatum* (70), *S. mutans* (B. A. Roe, R. Y. Tian, H. G. Jia, Y. D. Qian, S. P. Lin, S. Li, S. Kenton, H. Lai, J. D. White, R. E. McLaughlin, M. McShan, D. Ajdic, and J. Ferretti, *Streptococcus mutans* Genome Sequencing Project, 26 March 2002 posting date; www.genome.ou.edu/ smutans.html), *P. gingivalis* (http://www.tigr.org), and *A. actinomycetemcomitans* (B. A. Roe, F. Z. Najar, S. Clifton, T. Ducey, L. Lewis, and S. W. Dyer, *Actinobacillus* Genome Sequencing Project, 26 March 2002 posting date; www.genome .ou.edu/act.html) have been sequenced, and at least 10 other oral bacterial genomes are being sequenced. Investigation in silico will offer great opportunity to identify specific genes hypothesized to be relevant to intraspecies and interspecies communication, such as *comC* and *luxS*, respectively. Indeed, searching in silico yielded *luxS* of *P. gingivalis* (26), *A. actinomycetemcomitans* (48), and *S. pyogenes* (98), as well as *comC* of *S. mutans* (89).

Subtle regulation of gene expression in any organism within a community may lead to significant changes in the organism's ability to participate in community activities, such as use of community-formed metabolic end products as nutrients. Known progressive changes in species composition in natural communities with respect to time, nutrient availability, disease state, or other environmental conditions alert us to consider that a mutation in a relevant gene may cause only a subtle change that is critical in contributing to an organism's success in a community. Such subtle changes may be controlled by the regulation of multiple integrated pathways. Results from future research will build a better understanding of how small changes cause large shifts in population composition and metabolic output of mixed-species communities.

Furthermore, inactivation of a gene involved in mixed-species community formation may cause a subtle variation in an organism's phenotype only during critical transitions in population composition and have no effect on population composition before or after the transition. Dental plaque on human tooth enamel undergoes population transitions each day between oral hygiene regimens. Identifying genes that are critical for an organism's success in this environment may be possible not by screening mutants for absence of growth but rather by investigating subtle changes in an organism's participation in the community.

## REFERENCES

1. Amann, R. I., B. J. Binder, R. J. Olson, S. W. Chisholm, R. Devereux, and D. A. Stahl. 1990. Combination of 16S rRNA-targeted oligonucleotide probes with flow cytometry for analyzing mixed microbial populations. Appl. Environ. Microbiol. 56:1919–1925.
2. Amann, R. I., W. Ludwig, and K. H. Schleifer. 1995. Phylogenetic identification and in situ detection of individual microbial cells without cultivation. Microbiol. Rev. 59:143–169.
3. An, F. Y., and D. B. Clewell. 2002. Identification of the cAD1 sex pheromone precursor in *Enterococcus faecalis*. J. Bacteriol. 184:1880–1887.
4. Andersen, R. N., N. Ganeshkumar, and P. E. Kolenbrander. 1998. *Helicobacter pylori* adheres selectively to *Fusobacterium* spp. Oral Microbiol. Immunol. 13:51–54.
5. Aspiras, M. B., K. M. Kazmerzak, P. E. Kolenbrander, R. McNab, N. Hardegen, and H. F. Jenkinson. 2000. Expression of green fluorescent protein in *Streptococcus gordonii* DL1 and its use as a species-specific marker in coadhesion with *Streptococcus oralis* 34 in saliva-conditioned biofilms in vitro. Appl. Environ. Microbiol. 66:4074–4083.
6. Bassler, B. L., E. P. Greenberg, and A. M. Stevens. 1997. Cross-species

7. Bassler, B. L., M. Wright, and M. R. Silverman. 1994. Multiple signalling systems controlling expression of luminescence in *Vibrio harveyi*: sequence and function of genes encoding a second sensory pathway. Mol. Microbiol. 13:273–286.
8. Becker, M. R., B. J. Paster, E. J. Leys, M. L. Moeschberger, S. G. Kenyon, J. L. Galvin, S. K. Boches, F. E. Dewhirst, and A. L. Griffen. 2002. Molecular analysis of bacterial species associated with childhood caries. J. Clin. Microbiol. 40:1001–1009.
9. Bos, R., H. C. van der Mei, J. M. Meinders, and H. J. Busscher. 1994. A quantitative method to study co-adhesion of microorganisms in a parallel plate flow chamber: basic principles of the analysis. J. Microbiol. Methods 20:289–305.
10. Bowden, G. H., and I. R. Hamilton. 1998. Survival of oral bacteria. Crit. Rev. Oral Biol. Med.. 9:54–85.
11. Bradshaw, D. J., and P. D. Marsh. 1999. Use of continuous flow techniques in modeling dental plaque biofilms. Methods Enzymol. 310:279–296.
12. Bradshaw, D. J., P. D. Marsh, G. K. Watson, and C. Allison. 1998. Role of *Fusobacterium nucleatum* and coaggregation in anaerobe survival in planktonic and biofilm oral microbial communities during aeration. Infect. Immun. 66:4729–4732.
13. Brooks, W., D. R. Demuth, S. Gil, and R. J. Lamont. 1997. Identification of a *Streptococcus gordonii* SspB domain that mediates adhesion to *Porphyromonas gingivalis*. Infect. Immun. 65:3753–3758.
14. Brown, A. E., J. D. Rogers, E. M. Haase, P. M. Zelasko, and F. A. Scannapieco. 1999. Prevalence of the amylase-binding protein A gene (*abpA*) in oral streptococci. J. Clin. Microbiol. 37:4081–4085.
15. Burgess, N. A., D. F. Kirke, P. Williams, K. Winzer, K. R. Hardie, N. L. Meyers, J. Aduse-Opoku, M. A. Curtis, and M. Camara. 2002. LuxS-dependent quorum sensing in *Porphyromonas gingivalis* modulates protease and haemagglutinin activities but is not essential for virulence. Microbiology 148:763–772.
16. Burnie, J. P., W. Brooks, M. Donohoe, S. Hodgetts, A. al-Ghamdi, and R. C. Matthews. 1996. Defining antibody targets in *Streptococcus oralis* infection. Infect. Immun. 64:1600–1608.
17. Byers, H. L., K. A. Homer, and D. Beighton. 1996. Utilization of sialic acid by viridans streptococci. J. Dent. Res. 75:1564–1571.
18. Byers, H. L., E. Tarelli, K. A. Homer, and D. Beighton. 1999. Sequential deglycosylation and utilization of the N-linked, complex-type glycans of human alpha1-acid glycoprotein mediates growth of *Streptococcus oralis*. Glycobiology 9:469–479.
19. Carlsson, J. 2000. Growth and nutrition as ecological factors, p. 67–130. *In* H. K. Kuramitsu and R. P. Ellen (ed.), Oral bacterial ecology: the molecular basis. Horizon Scientific Press, Wymondham, United Kingdom
20. Carlsson, J., H. Grahnen, G. Jonsson, and S. Wikner. 1970. Early establishment of *Streptococcus salivarius* in the mouth of infants. J. Dent. Res. 49:415–418.
21. Carlsson, J., H. Grahnen, G. Jonsson, and S. Wikner. 1970. Establishment of *Streptococcus sanguis* in the mouths of infants. Arch. Oral Biol. 15:1143–1148.
22. Cassels, F. J., C. V. Hughes, and J. L. Nauss. 1995. Adhesin receptors of human oral bacteria and modeling of putative adhesin-binding domains. J. Ind. Microbiol. 15:176–185.
23. Chan, A., P. G. Egland, and P. E. Kolenbrander. 2002. Novel antigen I/II family members: adhesins of human oral streptococci. J. Dent. Res. (Special Issue A) 81:A287.
24. Chatenay-Rivauday, C., I. Yamodo, M. A. Sciotti, N. Troffer-Charlier, J. P. Klein, and J. A. Ogier. 2000. TNF-alpha release by monocytic THP-1 cells through cross-linking of the extended V-region of the oral streptococcal protein I/II. J. Leukoc. Biol. 67:81–89.
25. Chen, X., S. Schauder, N. Potier, A. Van Dorsselaer, I. Pelczer, B. L. Bassler, and F. M. Hughson. 2002. Structural identification of a bacterial quorum-sensing signal containing boron. Nature 415:545–549.
26. Chung, W. O., Y. Park, R. J. Lamont, R. McNab, B. Barbieri, and D. R. Demuth. 2001. Signaling system in *Porphyromonas gingivalis* based on a LuxS protein. J. Bacteriol. 183:3903–3909.
27. Cisar, J. O., A. L. Sandberg, C. Abeygunawardana, G. P. Reddy, and C. A. Bush. 1995. Lectin recognition of host-like saccharide motifs in streptococcal cell wall polysaccharides. Glycobiology 5:655–662.
28. Cisar, J. O., A. L. Sandberg, G. P. Reddy, C. Abeygunawardana, and C. A. Bush. 1997. Structural and antigenic types of cell wall polysaccharides from viridans group streptococci with receptors for oral actinomyces and streptococcal lectins. Infect. Immun. 65:5035–5041.
29. Clewell, D. B. 1999. Sex pheromone systems in enterococci, p. 47–65. *In* G. M. Dunny and S. C. Winans (ed.), Cell-cell signaling in bacteria. American Society for Microbiology, Washington, D.C.
30. Clewell, D. B., F. Y. An, S. E. Flannagan, M. Antiporta, and G. M. Dunny. 2000. Enterococcal sex pheromone precursors are part of signal sequences for surface lipoproteins. Mol. Microbiol. 35:246–247.
31. Costerton, J. W. 2000. Biofilms in the new millennium: musings from a peak in Xanadu, p. 329–344. *In* D. G. Allison, P. Gilbert, H. M. Lappin-Scott,

Downloaded from mmbr.asm.org by on September 19, 2007

and M. Wilson (ed.), Community structure and co-operation in biofilms. Cambridge University Press, Cambridge, United Kingdom

32. Costerton, J. W., K. J. Cheng, G. G. Geesey, T. I. Ladd, J. C. Nickel, M. Dasgupta, and T. J. Marrie. 1987. Bacterial biofilms in nature and disease. Annu. Rev. Microbiol. 41:435–464.

33. Darenfed, H., D. Grenier, and D. Mayrand. 1999. Acquisition of plasmin activity by *Fusobacterium nucleatum* subsp. *nucleatum* and potential contribution to tissue destruction during periodontitis. Infect. Immun. 67:6439–6444.

34. de Jong, M. H., and J. S. van der Hoeven. 1987. The growth of oral bacteria on saliva. J. Dent. Res. 66:498–505.

35. DeLisa, M. P., C. F. Wu, L. Wang, J. J. Valdes, and W. E. Bentley. 2001. DNA microarray-based identification of genes controlled by autoinducer 2-stimulated quorum sensing in *Escherichia coli*. J. Bacteriol. 183:5239–5247.

36. Demuth, D. R., P. Berthold, P. S. Leboy, E. E. Golub, C. A. Davis, and D. Malamud. 1989. Saliva-mediated aggregation of *Enterococcus faecalis* transformed with a *Streptococcus sanguis* gene encoding the SSP-5 surface antigen. Infect. Immun. 57:1470–1475.

37. Demuth, D. R., Y. Duan, W. Brooks, A. R. Holmes, R. McNab, and H. F. Jenkinson. 1996. Tandem genes encode cell-surface polypeptides SspA and SspB which mediate adhesion of the oral bacterium *Streptococcus gordonii* to human and bacterial receptors. Mol. Microbiol. 20:403–413.

38. Demuth, D. R., D. C. Irvine, J. W. Costerton, G. S. Cook, and R. J. Lamont. 2001. Discrete protein determinant directs the species-specific adherence of *Porphyromonas gingivalis* to oral streptococci. Infect. Immun. 69:5736–5741.

39. Dû, L. D., and P. E. Kolenbrander. 2000. Identification of saliva-regulated genes of *Streptococcus gordonii* DL1 by differential display using random arbitrarily primed PCR. Infect. Immun. 68:4834–4837.

40. Ebersole, J. L., F. Feuille, L. Kesavalu, and S. C. Holt. 1997. Host modulation of tissue destruction caused by periodontopathogens: effects on a mixed microbial infection composed of *Porphyromonas gingivalis* and *Fusobacterium nucleatum*. Microb. Pathog. 23:23–32.

41. Egland, P. G., L. D. Dû, and P. E. Kolenbrander. 2001. Identification of independent *Streptococcus gordonii* SspA and SspB functions in coaggregation with *Actinomyces naeslundii*. Infect. Immun. 69:7512–7516.

42. El-Sabaeny, A., D. R. Demuth, and R. J. Lamont. 2001. Regulation of *Streptococcus gordonii* sspB by the sspA gene product. Infect. Immun. 69:6520–6522.

43. El-Sabaeny, A., D. R. Demuth, Y. Park, and R. J. Lamont. 2000. Environmental conditions modulate the expression of the sspA and sspB genes in *Streptococcus gordonii*. Microb. Pathog. 29:101–113.

44. Ferguson, R. L., E. N. Buckley, and A. V. Palumbo. 1984. Response of marine bacterioplankton to differential filtration and confinement. Appl. Environ. Microbiol. 47:49–55.

45. Feuille, F., J. L. Ebersole, L. Kesavalu, M. J. Stepfen, and S. C. Holt. 1996. Mixed infection with *Porphyromonas gingivalis* and *Fusobacterium nucleatum* in a murine lesion model: potential synergistic effects on virulence. Infect. Immun. 64:2094–2100.

46. Finkel, S. E., and R. Kolter. 2001. DNA as a nutrient: novel role for bacterial competence gene homologs. J. Bacteriol. 183:6288–6293.

47. Fischetti, V. A., V. Pancholi, and O. Schneewind. 1990. Conservation of a hexapeptide sequence in the anchor region of surface proteins from gram-positive cocci. Mol. Microbiol. 4:1603–1605.

48. Fong, K. P., W. O. Chung, R. J. Lamont, and D. R. Demuth. 2001. Intra- and interspecies regulation of gene expression by *Actinobacillus actinomycetemcomitans* LuxS. Infect. Immun. 69:7625–7634.

49. Frias, J., E. Olle, and M. Alsina. 2001. Periodontal pathogens produce quorum sensing signal molecules. Infect. Immun. 69:3431–3434.

50. Fuqua, W. C., S. C. Winans, and E. P. Greenberg. 1994. Quorum sensing in bacteria: the LuxR-LuxI family of cell density-responsive transcriptional regulators. J. Bacteriol. 176:269–275.

51. Gendron, R., D. Grenier, and L. Maheu-Robert. 2000. The oral cavity as a reservoir of bacterial pathogens for focal infections. Microbes Infect. 2:897–906.

52. Gibbons, R. J., D. I. Hay, and D. H. Schlesinger. 1991. Delineation of a segment of adsorbed salivary acidic proline-rich proteins which promotes adhesion of *Streptococcus gordonii* to apatitic surfaces. Infect. Immun. 59:2948–2954.

53. Gibbons, R. J., and J. van Houte. 1975. Dental caries. Annu. Rev. Med. 26:121–136.

54. Giovannoni, S. J., T. B. Britschgi, C. L. Moyer, and K. G. Field. 1990. Genetic diversity in Sargasso Sea bacterioplankton. Nature 345:60–63.

55. Gmür, R., T. Thurnheer, and B. Guggenheim. 1999. Dominant cross-reactive antibodies generated during the response to a variety of oral bacterial species detect phosphorylcholine. J. Dent. Res. 78:77–85.

56. Grenier, D., and D. Mayrand. 1986. Nutritional relationships between oral bacteria. Infect. Immun. 53:616–620.

57. Grenier, D., and D. Mayrand. 2000. Periodontitis as an ecological imbalance, p. 275–310. *In* H. K. Kuramitsu and R. P. Ellen (ed.), Oral bacterial ecology: the molecular basis. Horizon Scientific Press, Wymondham, United Kingdom.

58. Guggenheim, M., S. Shapiro, R. Gmür, and B. Guggenheim. 2001. Spatial arrangements and associative behavior of species in an in vitro oral biofilm model. Appl. Environ. Microbiol. 67:1343–1350.

59. Han, Y. W., W. Shi, G. T. Huang, S. Kinder-Haake, N. H. Park, H. Kuramitsu, and R. J. Genco. 2000. Interactions between periodontal bacteria and human oral epithelial cells: *Fusobacterium nucleatum* adheres to and invades epithelial cells. Infect. Immun. 68:3140–3146.

60. Hansen, M. C., R. J. Palmer, Jr., C. Udsen, D. C. White, and S. Molin. 2001. Assessment of green fluorescent protein fluorescence in cells of *Streptococcus gordonii* under conditions of low pH and low oxygen concentration. Microbiology 147:1383–1391.

61. Håvarstein, L. S., P. Gaustad, I. F. Nes, and D. A. Morrison. 1996. Identification of the streptococcal competence-pheromone receptor. Mol. Microbiol. 21:863–869.

62. Håvarstein, L. S., and D. A. Morrison. 1999. Quorum sensing and peptide pheromones in streptococcal competence for genetic transformation, p. 9–19. *In* G. M. Dunny and S. C. Winans (ed.), Cell-cell signaling in bacteria. ASM Press, Washington, D.C.

63. Hay, D. I., A. Bennick, D. H. Schlesinger, K. Minaguchi, G. Madapallimattam, and S. K. Schluckebier. 1988. The primary structures of six human salivary acidic proline-rich proteins (PRP-1, PRP-2, PRP-3, PRP-4, PIF-s and PIF-f). Biochem. J. 255:15–21.

64. Hilgers, M. T., and M. L. Ludwig. 2001. Crystal structure of the quorum-sensing protein LuxS reveals a catalytic metal site. Proc. Natl. Acad. Sci. USA 98:11169–11174.

65. Jack, R. W., J. R. Tagg, and B. Ray. 1995. Bacteriocins of gram-positive bacteria. Microbiol. Rev. 59:171–200.

66. Jenkinson, H. F., and D. R. Demuth. 1997. Structure, function and immunogenicity of streptococcal antigen I/II polypeptides. Mol. Microbiol. 23:183–190.

67. Jenkinson, H. F., and R. J. Lamont. 1997. Streptococcal adhesion and colonization. Crit. Rev. Oral Biol. Med. 8:175–200.

68. Jenkinson, H. F., S. D. Terry, R. McNab, and G. W. Tannock. 1993. Inactivation of the gene encoding surface protein SspA in *Streptococcus gordonii* DL1 affects cell interactions with human salivary agglutinin and oral actinomyces. Infect. Immun. 61:3199–3208.

69. Jones, S. J. 1972. A special relationship between spherical and filamentous microorganisms in mature human dental plaque. Arch. Oral Biol. 17:613–616.

70. Kapatral, V., I. Anderson, N. Ivanova, G. Reznik, T. Los, A. Lykidis, A. Bhattacharyya, A. Bartman, W. Gardner, G. Grechkin, L. Zhu, O. Vasieva, L. Chu, Y. Kogan, O. Chaga, E. Goltsman, A. Bernal, N. Larsen, M. D'Souza, T. Walunas, G. Pusch, R. Haselkorn, M. Fonstein, N. Kyrpides, and R. Overbeek. 2002. Genome sequence and analysis of the oral bacterium *Fusobacterium nucleatum* strain ATCC 25586. J. Bacteriol. 184:2005–2018.

71. Kelly, C., P. Evans, L. Bergmeier, S. F. Lee, A. Progulske-Fox, A. C. Harris, A. Aitken, A. S. Bleiweis, and T. Lehner. 1989. Sequence analysis of the cloned streptococcal cell surface antigen I/II. FEBS Lett. 258:127–132.

72. Kolenbrander, P. E. 1988. Intergeneric coaggregation among human oral bacteria and ecology of dental plaque. Annu. Rev. Microbiol. 42:627–656.

73. Kolenbrander, P. E. 2000. Oral microbial communities: biofilms, interactions, and genetic systems. Annu. Rev. Microbiol. 54:413–437.

74. Kolenbrander, P. E., and R. N. Andersen. 1988. Intergeneric rosettes: sequestered surface recognition among human periodontal bacteria. Appl. Environ. Microbiol. 54:1046–1050.

75. Kolenbrander, P. E., R. N. Andersen, K. Kazmerzak, R. Wu, and R. J. Palmer, Jr. 1999. Spatial organization of oral bacteria in biofilms. Methods Enzymol. 310:322–332.

76. Kolenbrander, P. E., R. N. Andersen, K. M. Kazmerzak, and R. J. Palmer, Jr. 2000. Coaggregation and coadhesion in oral biofilms, p. 65–85. *In* D. G. Allison, P. Gilbert, H. M. Lappin-Scott, and M. Wilson (ed.), Community structure and co-operation in biofilms. Cambridge University Press, Cambridge, United Kingdom

77. Kolenbrander, P. E., R. N. Andersen, and L. V. Moore. 1989. Coaggregation of *Fusobacterium nucleatum*, *Selenomonas flueggei*, *Selenomonas infelix*, *Selenomonas noxia*, and *Selenomonas sputigena* with strains from 11 genera of oral bacteria. Infect. Immun. 57:3194–3203.

78. Kolenbrander, P. E., R. N. Andersen, and L. V. Moore. 1990. Intrageneric coaggregation among strains of human oral bacteria: potential role in primary colonization of the tooth surface. Appl. Environ. Microbiol. 56:3890–3894.

79. Kolenbrander, P. E., and J. London. 1993. Adhere today, here tomorrow: oral bacterial adherence. J. Bacteriol. 175:3247–3252.

80. Kolenbrander, P. E., and L. V. Moore. 1992. The Genus *Veillonella*, p. 2034–2047. *In* A. Balows, H. G. Trüper, M. Dworkin, W. Harder, and K.-H. Schleifer (ed.), The prokaryotes, 2nd ed., vol. 2. Springer-Verlag, New York, N.Y.

81. Kolenbrander, P. E., and C. S. Phucas. 1984. Effect of saliva on coaggregation of oral *Actinomyces* and *Streptococcus* species. Infect. Immun. 44:228–233.

82. Krisanaprakornkit, S., J. R. Kimball, A. Weinberg, R. P. Darveau, B. W.

Downloaded from mmbr.asm.org by on September 19, 2007

504    KOLENBRANDER ET AL.                                                                                MICROBIOL. MOL. BIOL. REV.

Bainbridge, and B. A. Dale. 2000. Inducible expression of human beta-defensin 2 by *Fusobacterium nucleatum* in oral epithelial cells: multiple signaling pathways and role of commensal bacteria in innate immunity and the epithelial barrier. Infect. Immun. 68:2907–2915.

83. Kroes, I., P. W. Lepp, and D. A. Relman. 1999. Bacterial diversity within the human subgingival crevice. Proc. Natl. Acad. Sci. USA 96:14547–14552.

84. Kuramitsu, H., and R. P. Ellen. 2000. Oral bacterial ecology: the molecular basis. Horizon Scientific Press, Norfolk, England.

85. LaPolla, R. J., J. A. Haron, C. G. Kelly, W. R. Taylor, C. Bohart, M. Hendricks, J. P. Pyatl, R. T. Graff, J. K. Ma, and T. Lehner. 1991. Sequence and structural analysis of surface protein antigen I/II (SpaA) of *Streptococcus sobrinus*. Infect. Immun. 59:2677–2685.

86. Lawrence, J. R., D. R. Korber, B. D. Hoyle, J. W. Costerton, and D. E. Caldwell. 1991. Optical sectioning of microbial biofilms. J. Bacteriol. 173:6558–6567.

87. Lee, N., P. H. Nielsen, K. H. Andreasen, S. Juretschko, J. L. Nielsen, K. H. Schleifer, and M. Wagner. 1999. Combination of fluorescent in situ hybridization and microautoradiography—a new tool for structure-function analyses in microbial ecology. Appl. Environ. Microbiol. 65:1289–1297.

88. Li, T., P. Bratt, A. P. Jonsson, M. Ryberg, I. Johansson, W. J. Griffiths, T. Bergman, and N. Strömberg. 2000. Possible release of an ArgGlyArgPro Gln pentapeptide with innate immunity properties from acidic proline-rich proteins by proteolytic activity in commensal *Streptococcus* and *Actinomyces* species. Infect. Immun. 68:5425–5429.

89. Li, Y.-H., P. C. Y. Lau, J. H. Lee, R. P. Ellen, and D. G. Cvitkovitch. 2001. Natural genetic transformation of *Streptococcus mutans* growing in biofilms. J. Bacteriol. 183:897–908.

90. Li, Y.-H., M. N. Hanna, G. Svensäter, R. P. Ellen, and D. G. Cvitkovitch. 2001. Cell density modulates acid adaptation in *Streptococcus mutans*: implications for survival in biofilms. J. Bacteriol. 183:6875–6884.

91. Li, Y.-H., N. Tang, M. B. Aspiras, P. C. Lau, J. H. Lee, R. P. Ellen, and D. G. Cvitkovitch. 2002. A quorum-sensing signaling system essential for genetic competence in *Streptococcus mutans* is involved in biofilm formation. J. Bacteriol. 184:2699–2708.

92. Liljemark, W. F., C. G. Bloomquist, C. L. Bandt, B. L. Pihlstrom, J. E. Hinrichs, and L. F. Wolff. 1993. Comparison of the distribution of *Actinomyces* in dental plaque on inserted enamel and natural tooth surfaces in periodontal health and disease. Oral Microbiol. Immunol. 8:5–15.

93. Listgarten, M. A., H. Mayo, and M. Amsterdam. 1973. Ultrastructure of the attachment device between coccal and filamentous microorganisms in "corn cob" formations of dental plaque. Arch. Oral Biol. 18:651–656.

94. Loo, C. Y., D. A. Corliss, and N. Ganeshkumar. 2000. *Streptococcus gordonii* biofilm formation: identification of genes that code for biofilm phenotypes. J. Bacteriol. 182:1374–1382.

95. Love, R. M., M. D. McMillan, and H. F. Jenkinson. 1997. Invasion of dentinal tubules by oral streptococci is associated with collagen recognition mediated by the antigen I/II family of polypeptides. Infect. Immun. 65:5157–5164.

96. Love, R. M., M. D. McMillan, Y. Park, and H. F. Jenkinson. 2000. Coinvasion of dentinal tubules by *Porphyromonas gingivalis* and *Streptococcus gordonii* depends upon binding specificity of streptococcal antigen I/II adhesin. Infect. Immun. 68:1359–1365.

97. Lunsford, R. D. 1998. Streptococcal transformation: essential features and applications of a natural gene exchange system. Plasmid 39:10–20.

98. Lyon, W. R., J. C. Madden, J. C. Levin, J. L. Stein, and M. G. Caparon. 2001. Mutation of *luxS* affects growth and virulence factor expression in *Streptococcus pyogenes*. Mol. Microbiol. 42:145–157.

99. Ma, J. K., C. G. Kelly, G. Munro, R. A. Whiley, and T. Lehner. 1991. Conservation of the gene encoding streptococcal antigen I/II in oral streptococci. Infect. Immun. 59:2686–2694.

100. Mayrand, D., and D. Grenier. 1998. Bacterial interactions in periodontal diseases. Bull. Inst. Pasteur 96:125–133.

101. McBride, B. C., and J. S. van der Hoeven. 1981. Role of interbacterial adherence in colonization of the oral cavities of gnotobiotic rats infected with *Streptococcus mutans* and *Veillonella alcalescens*. Infect. Immun. 33:467–472.

102. McCarthy, C., M. L. Snyder, and R. B. Parker. 1965. The indigenous oral flora of man. I. The newborn to the one-year-old infant. Arch. Oral Biol. 10:61–70.

103. McIntire, F. C., A. E. Vatter, J. Baros, and J. Arnold. 1978. Mechanism of coaggregation between *Actinomyces viscosus* T14V and *Streptococcus sanguis* 34. Infect. Immun. 21:978–988.

104. Mercer, D. K., K. P. Scott, W. A. Bruce-Johnson, L. A. Glover, and H. J. Flint. 1999. Fate of free DNA and transformation of the oral bacterium *Streptococcus gordonii* DL1 by plasmid DNA in human saliva. Appl. Environ. Microbiol. 65:6–10.

105. Mercer, D. K., K. P. Scott, C. M. Melville, L. A. Glover, and H. J. Flint. 2001. Transformation of an oral bacterium via chromosomal integration of free DNA in the presence of human saliva. FEMS Microbiol. Lett. 200:163–167.

106. Mikx, F. H., and J. S. van der Hoeven. 1975. Symbiosis of *Streptococcus mutans* and *Veillonella alcalescens* in mixed continuous cultures. Arch. Oral Biol. 20:407–410.

107. Mikx, F. H., J. S. van der Hoeven, K. G. Konig, A. J. Plasschaert, and B. Guggenheim. 1972. Establishment of defined microbial ecosystems in germ-free rats. I. The effect of the interactions of *Streptococcus mutans* or *Streptococcus sanguis* with *Veillonella alcalescens* on plaque formation and caries activity. Caries Res. 6:211–223.

108. Miller, M. B., and B. L. Bassler. 2001. Quorum sensing in bacteria. Annu. Rev. Microbiol. 55:165–199.

109. Moore, W. E. C., and L. V. H. Moore. 1994. The bacteria of periodontal diseases. Periodontology 5:2000.66–77.

110. Moter, A., and U. B. Göbel. 2000. Fluorescence in situ hybridization (FISH) for direct visualization of microorganisms. J. Microbiol. Methods 41:85–112.

111. Nilius, A. M., S. C. Spencer, and L. G. Simonson. 1993. Stimulation of in vitro growth of *Treponema denticola* by extracellular growth factors produced by *Porphyromonas gingivalis*. J. Dent. Res. 72:1027–1031.

112. Noiri, Y., L. Li, and S. Ebisu. 2001. The localization of periodontal-disease-associated bacteria in human periodontal pockets. J. Dent. Res. 80:1930–1934.

113. Noiri, Y., K. Ozaki, H. Nakae, T. Matsuo, and S. Ebisu. 1997. An immunohistochemical study on the localization of *Porphyromonas gingivalis*, *Campylobacter rectus* and *Actinomyces viscosus* in human periodontal pockets. J. Periodontal Res. 32:598–607.

114. Nyvad, B., and M. Kilian. 1990. Comparison of the initial streptococcal microflora on dental enamel in caries-active and in caries-inactive individuals. Caries Res. 24:267–272.

115. Nyvad, B., and M. Kilian. 1987. Microbiology of the early colonization of human enamel and root surfaces in vivo. Scand. J. Dent. Res. 95:369–380.

116. Okahashi, N., C. Sasakawa, M. Yoshikawa, S. Hamada, and T. Koga. 1989. Molecular characterization of a surface protein antigen gene from serotype c *Streptococcus mutans*, implicated in dental caries. Mol. Microbiol. 3:673–678.

117. Ouverney, C. C., and J. A. Fuhrman. 1999. Combined microautoradiography-16S rRNA probe technique for determination of radioisotope uptake by specific microbial cell types in situ. Appl. Environ. Microbiol. 65:1746–1752.

118. Pace, N. R. 1997. A molecular view of microbial diversity and the biosphere. Science 276:734–740.

119. Palmer, R. J., Jr., and D. E. Calwell. 1995. A flowcell for the study of plaque removal and regrowth. J. Microbiol. Methods 24:171–182.

120. Palmer, R. J., Jr., K. Kazmerzak, M. C. Hansen, and P. E. Kolenbrander. 2001. Mutualism versus independence: strategies of mixed-species oral biofilms in vitro using saliva as the sole nutrient source. Infect. Immun. 69:5794–5804.

121. Palmer, R. J., Jr., R. Wu, S. Gordon, C. G. Bloomquist, W. F. Liljemark, M. Kilian, and P. E. Kolenbrander. 2001. Retrieval of biofilms from the oral cavity. Methods Enzymol. 337:393–403.

122. Paster, B. J., I. M. Bartoszyk, and F. E. Dewhirst. 1998. Identification of oral streptococci using PCR-based, reverse-capture, checkerboard hybridization. Methods Cell Sci. 20:223–231.

123. Paster, B. J., S. K. Boches, J. L. Galvin, R. E. Ericson, C. N. Lau, V. A. Levanos, A. Sahasrabudhe, and F. E. Dewhirst. 2001. Bacterial diversity in human subgingival plaque. J. Bacteriol. 183:3770–3783.

124. Petersen, F. C., S. Pasco, J. Ogier, J. P. Klein, S. Assev, and A. A. Scheie. 2001. Expression and functional properties of the *Streptococcus intermedius* surface protein antigen I/II. Infect. Immun. 69:4647–4653.

125. Qi, F., P. Chen, and P. W. Caufield. 2001. The group I strain of *Streptococcus mutans*, UA140, produces both the lantibiotic mutacin I and a nonlantibiotic bacteriocin, mutacin IV. Appl. Environ. Microbiol. 67:15–21.

126. Roberts, A. P., G. Cheah, D. Ready, J. Pratten, M. Wilson, and P. Mullany. 2001. Transfer of Tn916-like elements in microcosm dental plaques. Antimicrob. Agents Chemother. 45:2943–2946.

127. Roberts, A. P., J. Pratten, M. Wilson, and P. Mullany. 1999. Transfer of a conjugative transposon, Tn5397 in a model oral biofilm. FEMS Microbiol. Lett. 177:63–66.

128. Reference deleted.

129. Reference deleted.

130. Roelofs, W. L. 1995. Chemistry of sex attraction. Proc. Natl. Acad. Sci. USA 92:44–49.

131. Roelofs, W. L., and R. A. Jurenka. 1996. Biosynthetic enzymes regulating ratios of sex pheromone components in female redbanded leafroller moths. Bioorg. Med. Chem. 4:461–466.

132. Rogers, J. D., R. J. Palmer, Jr., P. E. Kolenbrander, and F. A. Scannapieco. 2001. Role of *Streptococcus gordonii* amylase-binding protein A in adhesion to hydroxyapatite, starch metabolism, and biofilm formation. Infect. Immun. 69:7046–7056.

133. Schauder, S., and B. L. Bassler. 2001. The languages of bacteria. Genes Dev. 15:1468–1480.

134. Schauder, S., K. Shokat, M. G. Surette, and B. L. Bassler. 2001. The LuxS family of bacterial autoinducers: biosynthesis of a novel quorum-sensing signal molecule. Mol. Microbiol. 41:463–476.

Downloaded from mmbr.asm.org by on September 19, 2007

VOL. 66, 2002

135. Schneewind, O., A. Fowler, and K. F. Faull. 1995. Structure of the cell wall anchor of surface proteins in *Staphylococcus aureus*. Science 268:103–106.
136. Socransky, S. S., and A. D. Haffajee. 1994. Evidence of bacterial etiology: a historical perspective. Periodontology 5:2000.7–25.
137. Socransky, S. S., A. D. Haffajee, C. M. A., C. Smith, and R. L. Kent, Jr. 1998. Microbial complexes in subgingival plaque. J. Clin. Periodontol. 25:134–144.
138. Socransky, S. S., and S. D. Manganiello. 1971. The oral microbiota of man from birth to senility. J. Periodontol. 42:485–496.
139. Surette, M. G., and B. L. Bassler. 1999. Regulation of autoinducer production in *Salmonella typhimurium*. Mol. Microbiol. 31:585–595.
140. Surette, M. G., M. B. Miller, and B. L. Bassler. 1999. Quorum sensing in *Escherichia coli*, *Salmonella typhimurium*, and *Vibrio harveyi*: a new family of genes responsible for autoinducer production. Proc. Natl. Acad. Sci. USA 96:1639–1644.
141. Taga, M. E., J. L. Semmelhack, and B. L. Bassler. 2001. The LuxS-dependent autoinducer AI-2 controls the expression of an ABC transporter that functions in AI-2 uptake in *Salmonella typhimurium*. Mol. Microbiol. 42:777–793.
142. Takahashi, Y., K. Konishi, J. O. Cisar, and M. Yoshikawa. 2002. Identification and characterization of *hsa*, the gene encoding the sialic acid-binding adhesin of *Streptococcus gordonii* DL1. Infect. Immun. 70:1209–1218.
143. Takahashi, Y., A. L. Sandberg, S. Ruhl, J. Muller, and J. O. Cisar. 1997. A specific cell surface antigen of *Streptococcus gordonii* is associated with bacterial hemagglutination and adhesion to alpha2–3-linked sialic acid-containing receptors. Infect. Immun. 65:5042–5051.
144. Tamura, H., T. Kikuchi, R. Shirato, and H. Kato. 2001. Cloning and DNA sequencing of the surface protein antigen I/II (PAa) of *Streptococcus cricetus*. FEMS Microbiol. Lett. 196:251–256.
145. Tatusova, T. A., and T. L. Madden. 1999. BLAST 2 Sequences, a new tool for comparing protein and nucleotide sequences. FEMS Microbiol. Lett. 174:247–250.
146. Tokuda, M., N. Okahashi, I. Takahashi, M. Nakai, S. Nagaoka, M. Kawagoe, and T. Koga. 1991. Complete nucleotide sequence of the gene for a surface protein antigen of *Streptococcus sobrinus*. Infect. Immun. 59:3309–3312.
147. Tompkins, G. R., M. A. Peavey, K. R. Birchmeier, and J. R. Tagg. 1997. Bacteriocin production and sensitivity among coaggregating and noncoaggregating oral streptococci. Oral Microbiol. Immunol. 12:98–105.
148. Upton, M., J. R. Tagg, P. Wescombe, and H. F. Jenkinson. 2001. Intra- and
149. van der Hoeven, J. S., A. I. Toorop, and F. H. Mikx. 1978. Symbiotic relationship of *Veillonella alcalescens* and *Streptococcus mutans* in dental plaque in gnotobiotic rats. Caries Res. 12:142–147.
150. Vroom, J. M., K. J. De Grauw, H. C. Gerritsen, D. J. Bradshaw, P. D. Marsh, G. K. Watson, J. J. Birmingham, and C. Allison. 1999. Depth penetration and detection of pH gradients in biofilms by two-photon excitation microscopy. Appl. Environ. Microbiol. 65:3502–3511.
151. Wecke, J., T. Kersten, K. Madela, A. Moter, U. B. Göbel, A. Friedmann, and J. Bernimoulin. 2000. A novel technique for monitoring the development of bacterial biofilms in human periodontal pockets. FEMS Microbiol. Lett. 191:95–101.
152. Weiss, E. I., B. Shaniztki, M. Dotan, N. Ganeshkumar, P. E. Kolenbrander, and Z. Metzger. 2000. Attachment of *Fusobacterium nucleatum* PK1594 to mammalian cells and its coaggregation with periodontopathogenic bacteria are mediated by the same galactose-binding adhesin. Oral Microbiol. Immunol. 15:371–377.
153. Whitchurch, C. B., T. Tolker-Nielsen, P. C. Ragas, and J. S. Mattick. 2002. Extracellular DNA required for bacterial biofilm formation. Science 295:1487.
154. Whittaker, C. J., C. M. Kler, and P. E. Kolenbrander. 1996. Mechanisms of adhesion by oral bacteria. Annu. Rev. Microbiol. 50:513–552.
155. Wilson, M. 1999. Use of constant depth film fermentor in studies of biofilms of oral bacteria. Methods Enzymol. 310:264–279.
156. Wimpenny, J. 2000. An overview of biofilms as functional communities, p. 1–24. *In* D. G. Allison, P. Gilbert, H. M. Lappin-Scott, and M. Wilson (ed.), Community structure and co-operation in biofilms. Cambridge University Press, Cambridge, United Kingdom
157. Wood, S. R., J. Kirkham, P. D. Marsh, R. C. Shore, B. Nattress, and C. Robinson. 2000. Architecture of intact natural human plaque biofilms studied by confocal laser scanning microscopy. J. Dent. Res. 79:21–27.
158. Yao, E. S., R. J. Lamont, S. P. Leu, and A. Weinberg. 1996. Interbacterial binding among strains of pathogenic and commensal oral bacterial species. Oral Microbiol. Immunol. 11:35–41.
159. Zaura-Arite, E., J. van Marle, and J. M. ten Cate. 2001. Conofocal microscopy study of undisturbed and chlorhexidine-treated dental biofilm. J. Dent. Res. 80:1436–1440.

interspecies signaling between *Streptococcus salivarius* and *Streptococcus pyogenes* mediated by SalA and SalA1 lantibiotic peptides. J. Bacteriol. 183:3931–3938.

Downloaded from mmbr.asm.org by on September 19, 2007