# Exhibit  M

# ARTIFICIAL DENTAL PLAQUE BIOFILM MODEL SYSTEMS

C.H. SISSONS

Dental Research Group
Department of Pathology
Wellington School of Medicine
University of Otago
P.O. Box 7343
Wellington South, New Zealand

*Adv Dent Res 11(1):110-126, April, 1997*

**Abstract**—Difficulties with *in vivo* studies of natural plaque and its complex, heterogeneous structure have led to development of laboratory biofilm plaque model systems. Technologies for their culture are outlined, and the rationale, strengths, and relative uses of two complementary approaches to microbial models with a focus on plaque biodiversity are analyzed. Construction of synthetic consortia biofilms of major plaque species has established a variety of bacterial interactions important in plaque development. In particular, the 'Marsh' nine-species biofilm consortia systems are powerful *quasi* steady-state models which can be closely specified, modified, and analyzed. In the second approach, microcosm plaque biofilms are evolved *in vitro* from the natural oral microflora to the laboratory model most closely related to plaque *in vivo*. Functionally reproducible microcosm plaques are attainable with a biodiverse microbiota, heterogeneous structure, and pH behavior consistent with those of natural plaque. The resting pH can be controlled by urea supply. Their growth patterns, pH gradient formation, control of urease levels by environmental effectors, and plaque mineralization have been investigated. Microcosm biofilms may be the only useful *in vitro* systems where the identity of the microbes and processes involved is uncertain. Together, these two approaches begin to capture the complexity of plaque biofilm development, ecology, behavior, and pathology. They facilitate hypothesis testing across almost the whole range of plaque biology and the investigation of antiplaque procedures yielding accurate predictions of plaque behavior *in vivo*.

**Key words:** plaque, microcosm, biofilm, oral bacteria, consortia, culture technology.

*Presented at the 14th International Conference on Oral Biology, "Biofilms on Oral Surfaces: Implications for Health and Disease", held March 18-20, 1996, in Monterey, California, organized by the International Association for Dental Research and supported by Unilever Dental Research*

## LABORATORY MODELING AND THE NATURE OF DENTAL PLAQUE

### Why model dental plaque?

*In vivo* experimental studies of natural dental plaque in both humans and animals are severely restricted. Complicated ethical issues, including induction of gingivitis by simple plaque accumulation, and problems with access and sampling present considerable difficulties. Plaque is a microbial biofilm defined only by its location on teeth: Smooth-surface, fissure, approximal, and subgingival plaques are recognized as distinct (Marsh and Martin, 1992). Plaque has a biodiverse, heterogenous, organized structure changing over time (Listgarten, 1994), yet displaying considerable homeostasis, and is sited in an almost uncontrollable, fluctuating locus-specific oral environment (Table 1; Bowden and Li, 1997; Caldwell *et al.*, 1997; Marsh and Bradshaw, 1997; Wimpenny, 1997). Dental disease is correspondingly also site-specific (Dawes and Macpherson, 1993). As a result of these complications, *in vivo* experimental protocols are limited, variability high, and interpretation of results difficult.

Model systems which are more controllable than natural dental plaque have been developed and then used to explain and predict its behavior (Tatevossian, 1988; Gilbert and Allison, 1993; Wimpenny *et al.*, 1993; Bowden, 1995; Marsh, 1995a; Wimpenny, 1997). There are considerable difficulties inherent in the modeling of such a heterogeneous and variable biofilm. To explain plaque ecology, pathology, and behavior, the model must be realistic, reflecting the very behavior which is under investigation, predicting plaque behavior *in vivo* in response to perturbation and interventions to prevent dental disease. A range of technologies and microbial systems has been utilized, all with different uses, strengths, and limitations. All are compromises between the reality of the *in vivo* ecosystem and the simplification and controllability necessary to gain meaningful, useful results.

### The quest for biodiversity:
### defined species consortia and plaque microcosms

A key feature of plaque is its high genetic heterogeneity or biodiversity, with probably 30 to 300 species in 500-plus taxa, and an unknown number of genetically distinct subspecies strains (clonotypes) of each (Moore and Moore, 1994). These microflora vary widely between intra-oral sites and people (Marsh 1989, 1991a) and over time (Socransky *et al.*, 1977). Such biodiversity may insure against changes in the environment and enhance ecosystem resistance to adversity (Naeem *et al.*, 1994; Tilman and Downing, 1994). An understanding of the role of this great biodiversity is necessary if we are to predict and control the appearance of species and clonotypes which have a major impact on plaque

## TABLE 1

### ASPECTS OF DENTAL PLAQUE RELEVANT TO MODELS

Biofilm of linked bacterial communities:
Complex, heterogeneous, site-specific, variable, evolving, spatially organized.

Microbiota:
Bidiverse, microbial succession, interspecies structures, microcolonies, clonal blooms.

Oral environment:
Fluctuating, uncontrollable, site-specific, laminar-flow fluids (salivas, GCF).

Intraplaque environment:
Distinct, fluctuating, interacting physicochemical gradients.

Plaque growth countered by:
Host immunological/chemical defenses, fluid shear, abrasion, oral hygiene procedures.

Plaque maximum thickness (approx.)

| | |
|---|---|
| Smooth surface | 300 µm* |
| Fissure | 2 mm§ |
| Approximal | 5 mm¶ |

---

* Main *et al.* (1984).
§ Igarishi *et al.* (1989).
¶ Newman and Morgan (1980).

behavior and on dental pathology.

Plaque behavior and development are the outcome of a vast number of specific adherence, nutrient (Carlsson, 1997), and metabolite interactions between and among the bacteria present in the biofilm, including; micro-environment modification, synergism, competition, and antagonism (Table 2), together with interchanges between the biofilm and its environment. The ability to predict emergent properties of microbial biofilms from knowledge of the individual bacteria quickly disappears as the number of species increases beyond about two. An attempt to explain plaque behavior based on the properties of monocultures can be regarded as somewhat heroic.

Two complementary microbiological approaches have been taken to generating and studying emergent properties in biodiverse model biofilm systems. The first is construction of a 'synthetic' plaque-like consortia with major plaque species (McKee *et al.*, 1985; Bradshaw *et al.*, 1989, 1990, 1993, 1994; Marsh *et al.*, 1994, 1995; Kinniment *et al.*, 1996a,b). The second is the evolution of plaque microcosms from the natural oral microflora (Sissons *et al.*, 1985, 1988a,b, 1991, 1992, 1994a,b, 1995a,b, 1996a; Tatevossian, 1988). A microcosm is "a laboratory subset of the natural system from which it originates but from which it also evolves"

## TABLE 2

### SOME INTERBACTERIAL INTERACTIONS MODIFYING BEHAVIOR

Environmental modifications—*e.g.*, pH, $pO_2$, $pCO_2$, Eh

Synergism—mutual adhesion
      —nutrient cross-feeding
      —complementation in macromolecule hydrolysis
      —defense against host antibacterial factors

Competition—for adhesion, nutrients, growth factors, space

Antagonism—poisoning by metabolites, active $O_2$ species
      —degradative enzymes
      —bacteriocins

---

(Wimpenny, 1988). It almost always features genetic, temporal, and structural heterogeneity and may be any size—"micro" is in comparison with lakes and oceans. A microcosm after culture and evolution in an *in vitro* environment is no longer quite the natural system but rather an holistic, closely related but simpler, more controllable model.

## BIOFILM TECHNOLOGIES

**Model systems related to dental plaque biofilm culture models**
At the boundaries of *in vitro* plaque biofilm culture systems, there are important, complementary experimental systems outside the scope of this review.

*Non-biofilm culture systems.* These have formed the cornerstone of oral microbiology. The most common plaque model is a batch culture of a single oral organism—which is not a biofilm, has no genotypic or spatial heterogeneity, and a changing bacterial environment far removed from that of plaque. Within these limitations, it can be a valid approach to the study of behavior relevant to that in plaque biofilms of the organism involved.

Standard chemostat mono- and co-cultures allow the environment and bacterial growth to be controlled but generally lack biofilm organization, since they need to be homogenously planktonic to function properly (Marsh, 1995b). Nevertheless, biofilms tend to form anyway, providing the basis for one set of biofilm models.

*Microbial biofilm biochemical reactors.* Microbial biofilms which are constructed to function in short-term experiments but are not cultured are particularly important in establishing metabolic parameters and biofilm-specific behavior for mathematical modeling (Dibdin, 1997). They usually involve biofilms with a single species of bacteria. They have included bacteria suspended in gels of defined geometry and fluid flow for the study of, *e.g.*, pH changes

(Macpherson and Dawes, 1991a,b), and cells packed onto enamel (Luoma et al. 1984; Assinder and Dibdin, these proceedings) or layered between membranes for the study of diffusion and metabolism rates (Dibdin, 1981; Pearce and Dibdin, 1995). Salivary sediment, the mixed salivary bacteria, many of which are clumped or adherent to epithelial cells, is partly in this category.

*Intra-oral models*. Intra-oral model systems include plaque growth on plastic strips (Brecx et al., 1981), under bands (Boyar et al., 1989), on enamel attached to teeth (Robinson et al. 1996; Liljemark et al., 1997), and to intra-oral appliances in different configurations (e.g., Nyvad and Kilian, 1987; Igarashi et al. 1989; Macpherson et al., 1990, 1991; Pearce et al., 1991). They feature mainly growth of the natural microflora in an intra-oral environment; hence they are not really artificial biofilm models. Compared with *in vivo* plaque, these models give increased access and sampling possibilities and do not put host tissues at risk; those on removable appliances allow for experimental treatments outside the mouth, but they suffer other difficulties of natural plaque studies (Nyvad, 1993; Zero, 1995; Marsh, 1995a).

Some ingenious hybrid systems exist. One intra-oral model involves pre-formed cariogenic biofilms of *Streptococcus mutans* between enamel blocks in a palatal appliance (Zero et al., 1992). Changes in cariogenic attack on enamel with increasing plaque depth, affected by the amount of extracellular polysaccharide present, and hence cell packing, have been demonstrated (Zero et al., 1996). In another model, bacterial monolayers are applied to the enamel, followed by growth of the natural microflora (Liljemark et al., 1988). The finding in this system that growth of natural plaque was unaffected by variations in the adherence properties of initial streptococcal monolayers (Skopek et al., 1993) is of particular significance to the issue of how initial colonizing bacteria affect the development of mature plaque. Such models both benefit and suffer from being sited in the natural but site-specific, uncontrolled oral environment.

## Major oral biofilm culture system technologies in current use
Tatevossian (1988) has comprehensively reviewed culture systems for plaque biofilms and their development up to the mid-1980s. I will focus on more recent developments.

*Chemostat-based systems*. Experimental surfaces submerged in chemostats (Keevil et al., 1987; Li and Bowden, 1994a,b, 1996; Bowden and Li, 1997; Burne et al, 1997; Marsh and Bradshaw, 1997) or in flow cells supplied by chemostats (Herles et al., 1994; Allison et al., 1997) have been developed into a set of powerful model systems. Since they are mainly described elsewhere in these symposium proceedings, I will not do so in detail.

*Growth-rate-controlled biofilm fermenter (GRBF)*. This gives controlled media-limited outgrowth rates of thin filter-deposited biofilms, analogously to the chemostat (Gilbert et al., 1989, 1997; Gilbert and Allison, 1993). Analysis of

steady-state biofilms and the effluent which contains a cohort of freshly divided daughter cells allows for investigation of the growth-rate dependence and cell-cycle specificity of anti-bacterial agents.

*'Artificial mouths'*. Pigman et al. (1952) coined the term 'artificial mouth', applied subsequently to similar plaque biofilm culture systems. Most of the early studies focused on dental caries rather than on the plaque biofilm itself, sometimes with insufficient attention to sterility.

Several major current designs of artificial mouths were developed in the 1970s. Russell and Coulter (1975) developed a culture system which included sectioned teeth, pH, and Eh electrodes. They studied the plaque microbiology with an emphasis on pH and Eh responses and effluent analysis of microcosm, monoculture, and up to four species consortia (Russell and Coulter, 1975, 1977; Ahmed and Russell, 1978; Russell and Tagg, 1981). Dibdin et al. (1976) developed an artificial mouth with up to six replicated chambers for independent controlled plaque growth and control of nutrients by pumps. They made preliminary studies of microcosm plaques. These culture systems were combined by Donoghue and colleagues using separate culture chambers (Hudson et al., 1986), and by us, as described below, to develop a multiplaque single-chamber culture system (Sissons et al., 1991, 1992; Wong et al., 1994).

Another artificial mouth lineage involves rotating enamel blocks or hydroxyapatite disks under a nutrient fluid supply. In one example, the Orofax, slowly melted frozen saliva dripped onto hydroxyapatite disks mounted between slides in a slide projector carousel. It had problems with reproducible growth but produced microcosm plaques, Gram-stained smears of which were similar to natural plaques (Yaari and Bibby, 1976; Bibby and Huang, 1980). The major system in current use, developed by Noorda et al. (1985), consists of a computer-controlled fluid supply and rotating platter which contains a series of enamel blocks or hydroxyapatite disks enclosed in a fermenter and is inoculated from batch culture. Mono- (Noorda et al., 1986a,b), di-, and tri-culture (Cummins et al., 1992; Simmonds et al., 1995) consortia have been studied.

*The constant-depth film fermenter (CDFF)*. This culture system limits biofilm thickness. Biofilms are grown in a set of 15 pans, each containing 5 or 6 disc depressions of pre-set depth, usually 300 µm, and when biofilm growth reaches the top, it is limited by sweeping of the surface with a Teflon blade. Fluids are also delivered by this blade (Peters and Wimpenny, 1988; Wimpenny et al., 1993; Wimpenny, 1997). Until this maximum depth is reached, there is a planktonic culture above the biofilm, forming a second phase. The CDFF used for plaque studies can be regarded as a type of artificial mouth. It is now being operated as a two-stage system, with its inocula established as a steady-state consortium in an anaerobic chemostat with aerobic CDFF biofilm growth (Kinniment et al., 1996a; see below).

*The multiplaque artificial mouth*. This is a fairly generic

*PLAQUE BIOFILM MODEL SYSTEMS*

artificial mouth which has developed into a flexible system allowing for a range of experimental regimes and modifications.

Current design features include:

- long-term independent growth of five replicate plaques from the same inoculum, at the same temperature in the same gas phase (Sissons *et al.*, 1991);
- computer control of (i) three or more independent fluid lines to each plaque for simulated oral fluid, carbohydrate, and experimental treatments, and (ii) data acquisition from micro-pH and reference electrodes, allowing for continuous pH measurement for up to two weeks (Sissons *et al.*, 1992; Wong *et al.*, 1994); and
- a wide choice of possible plaque growth supports and substrata, including tooth tissues (Sissons *et al.*, 1992; Cutress *et al.*, 1995; Shu *et al.*, 1996) [The standard plaque support system consists of a 2.5-cm-diameter autoclavable Themanox (TM) tissue-culture coverslip to give radially symmetrical plaques which are positioned on a glass ring with posts to standardize fluid dynamics. Plaque and coverslip can be weighed during growth so that plaque wet-weight can be measured (Sissons *et al.*, 1995a). As well as direct plaque sampling with a loop or spatula, wedge samples of coverslips with undisturbed plaque can be removed and processed for electron microscopy. Up to six blocks of enamel, dentin, or sectioned teeth can be embedded in a 2.2-cm-diameter disk of resin for the measurement of cariogenic attack by hardness testing or microradiography (Shu *et al.*, 1996).]

In the standard growth protocols, a nutritional analogue of saliva, BMM (Table 3), based on the medium of Glenister *et al.* (1988), is supplied at 3.6 mL *per* hour *per* plaque. Every 6 or 8 hours, 1.5 mL of 5 or 10% sucrose is supplied for 6 min to mimic meals. All of these parameters can be varied.

## Comparison of plaque biofilm culture technologies

Different biofilm culture technologies have distinctive features and approaches to modeling the oral environment, as summarized in Table 4.

In chemostats, there is a controlled fluid environment and a planktonic phase with a nutritionally limited growth-rate, which interacts biologically with the biofilm. Potentially, a large number of replicate samples and a variety of surfaces can be used, but plaques grown under different conditions require separate chemostats. Removing the surfaces outside the chemostats to give external biofilm growth increases flexibility of sample configuration, fluid dynamics, plaque monitoring possibilities, and experimental treatments. The main differences between the growth-rate-controlled biofilm fermenter and chemostat-related systems are the former's lack of intervening planktonic phase, fluid flow through the biofilm instead of across its surface as in mucosal but not hard-surface biofilms, possibilities for cell-cycle analysis, but limited sample replication and choice of substratum.

Artificial mouths tend to feature independently grown plaques with essentially unrestrained growth, being limited in size, to a small degree, by liquid shear. Compared with chemostat systems, they lack significant planktonic phases and are less controlled by the physical properties of the oral

**TABLE 3**

ORAL FLUID ANALOGUE (BMM) USED IN 'MULTIPLAQUE ARTIFICIAL MOUTH' MICROCOSM PLAQUE STUDIES (Sissons *et al.*, 1991)

| Component | Concentration |
|---|---|
| Trypticase peptone | 0.5 % |
| Proteose peptone | 1.0 % |
| Yeast extract | 0.5 % |
| KCl | 0.25% |
| Part purified pig gastric mucin | 0.25% |
| Hemin | 5 mg/L |
| Menadione | 1 mg/L |
| Urea | 1 mmol/L |
| Arginine | 1 mmol/L |

fluids which are, however, applied with approximately laminar flow as in the oral cavity, instead of turbulent flow. They have flexible and more precisely timed fluid application regimes, properties such as pH can be controlled by manipulation of the supply of appropriate substrates (see below), and nutrient cycling with oral fluid to mimic meals is usually present. They can grow a number of plaques from replicate inocula under different controlled nutrient conditions. Because of unrestrained growth, exact sample replication within each plaque is limited, except with the controlled-depth film fermenter, but subsampling and effluent analysis are usually possible. With our standard plaque supports in the artificial mouth, plaque wet-weight accumulation can be measured (Sissons *et al.*, 1995a). Growth of mature plaques over weeks can be studied. Treatments with semi-solids such as toothpaste can be applied outside the culture chamber (Zampatti *et al.*, 1994). Long-term continuous monitoring of biofilm pH behavior by electrodes is a major advantage (Russell and Coulter, 1975; Hudson *et al.*, 1986; Sissons *et al.*, 1992; Wong *et al.*, 1994). This is not easily possible in the current-configuration constant-depth film fermenter, which has traded this facility for constant geometry plaques and a large number of sample replicates (Peters and Wimpenny, 1988; Wimpenny *et al.*, 1993).

Overall, each culture system has strengths, limitations, and difficulties, with no one system better than the others for all purposes. Hybrid systems may focus most effectively on specific problems. Key issues include available expertise and technologies which are moderately complicated, focus on the number of different growth conditions required and on plaque morphology, flexibility of experimental protocols, number of replicates and types of samples, possibilities for biofilm and substratum analysis, and modeling of surface (and pellicle), fluid, and gaseous environments. Separate choices need to be made of culture technology and microbial

## TABLE 4

### DISTINCTIVE FEATURES OF BIOFILM CULTURE TECHNOLOGIES

| Parameter | GRBF | Chemostat Surfaces | CDFF | Artificial Mouths |
|---|---|---|---|---|
| Duration | hours to days | hours to days | days to weeks | days to weeks |
| Planktonic phase | none | controlled | [none] | none |
| Growth control by media | direct | *via* planktonic phase | yes | yes |
| Fluid flow | vertical | turbulent/laminar* | laminar | laminar |
| Shear force limitation | none | fluid | mechanical | none |
| Defined thickness | no | no | yes | no |
| Timed CHO/reagents | (pulse?) | pulse | yes | yes |
| Control of biofilm pH | media? | *via* planktonic phase | metabolic | metabolic |
| Electrode monitoring | no | possible | no | yes |
| Alternative substrata | no | yes | some | yes |
| Independent regimes | 1 | 1(+) | 1 | $\approx 6$ |
| Plaque replication | low | high | high | $\approx 6$ |
| Plaque subsampling during growth | no? | possible | no | yes |

* Laminar flow is possible with external surfaces.

system. The same technologies are generally applicable to consortia and microcosm systems.

### BIODIVERSE PLAQUE BIOFILM MODEL SYSTEMS

#### Biofilm consortia of up to 6 oral bacteria

Until recently, published biofilm studies of oral bacteria consortia extended to 4 or 5 species. Russell and colleagues showed in di-cultures that sucrose and extracellular polysaccharide formation were important in biofilm production (Russell and Coulter, 1977), that *Actinomyces naeslundii* was cleared from biofilms of *S. mutans* and *S. sanguis* (Ahmed and Russell, 1978), and that bacteriocin antagonism between *Streptococcus salivarius* and *S. sanguis* occurred (Russell and Tagg, 1981).

Donoghue and co-workers, in an elegant series of studies, showed that *Streptococcus rattus* and *Streptococcus oralis* co-culture biofilms were affected by carbohydrate supply (Donoghue *et al.*, 1980, 1983), inoculation sequence (Donoghue *et al.*, 1983), and antagonism mediated by $H_2O_2$ and the lactoperoxidase system (Donoghue *et al.*, 1985, 1987; Donoghue and Perrons, 1988a). A consortium including *S. mutans, S. oralis, A. naeslundii,* and *Veillonella dispar* showed significant cross-feeding, and *S. mutans* antagonized the *A. naeslundii* (Donoghue and Perrons, 1988b; Perrons and Donoghue, 1990). Considerable but not complete colonization resistance developed against *S. mutans* in 24-hour plaques. The ability of *S. mutans* to colonize was unaffected in a glucan-deficient non-cariogenic mutant (Donoghue and Perrons, 1991). Recently, the Noorda/Purdell-Lewis system has been used to demonstrate

that the bacteriocin Zoocin A from *Streptococcus zooepidemicus* reduces by about 2 logs the proportion of *S. mutans* in a tri-culture plaque with *S. sanguis* and *A. viscosus* (Simmonds *et al.*, 1995).

We have also been studying four-species-consortia biofilms in the artificial mouth using the putative root caries pathogens: *S. mutans, Streptococcus sobrinus, Lactobacillus rhamnosus,* and *A. naeslundii*. Reasonably reproducible four-bacteria biofilm consortia were formed after 11 days, even with sucrose changed to glucose as carbohydrate supply (Shu *et al.*, 1996). The resting pH of these consortia was low (about 5.2 to 5.8), and probably, as a result, *A. naeslundii* had trouble remaining established, even if inoculated first. It ranged up to 4% in some experiments. These four-species consortia caused caries-like lesions on bovine enamel, dentin slabs, and sectioned human teeth, and a greater pH decrease and enamel softening than the monoculture biofilms. In a six-species consortium (Table 5), fluoride continuously applied at 5 and 20 ppm decreased *S. mutans* but not *S. sobrinus*, replaced mainly by *L. rhamnosus*. The cariogenic attack reflected by enamel softening was reduced by the F treatments, similarly to microcosm plaques (Cutress *et al.*, 1995).

#### Synthetic plaque-like consortia of 9 (plus) oral bacteria

Development of nine- to 11-member-consortia biofilm systems by Marsh and colleagues is a major advance in biodiverse synthetic plaque models (McKee *et al.*, 1985). These systems contain representatives of major plaque species (Table 6) selected to allow for complete microflora analysis. In anaerobic chemostats, steady-state consortia are formed containing all species, maintained by co-operative

**TABLE 5**

EFFECT OF CONTINUOUSLY SUPPLIED FLUORIDE
ON THE COMPOSITION AND CARIOGENICITY
OF SIX-MEMBER CARIES CONSORTIA
PLAQUES (Shu et al., 1996)

| Parameter | F Concentration | | |
|---|---|---|---|
| | 0 ppm | 5 ppm | 20 ppm |
| **Composition (%)**[*] | | | |
| Streptococcus mutans ATCC 25175 | 68 | 26 | 5 |
| Streptococcus sobrinus O1H1 | 14 | 24 | 20 |
| Streptococcus mitis SK146 | 2 | 20 | 0 |
| Actinomyces naeslundii HNG 243 | 0 | 1 | 0 |
| Veillonella dispar ATCC 12745 | 10 | 12 | 9 |
| Lactobacillus rhamnosus ATCC 7461 | 8 | 16 | 86 |
| **Enamel Softening (μm)**[§] | 72.2 | 49.5[a] | 23.5[b] |

[*]  Half the entire plaque was analyzed by spiral plating of
50-fold dilutions in triplicate Brain-Heart-Infusion-Yeast
Extract agar, and in duplicate on MS, MSB, CFAT,
Rogosa, and Veillonella agars (Slots, 1986).

[§]  There were four enamel blocks per plaque growth station,
each with six paired before and after treatment measure-
ments of enamel microhardness by Knoop diamond inden-
tation. Softening was estimated as the increase in inden-
tation length; the control indentations were ca. 49 μm.

[a]  $p < 0.05$.

[b]  $p < 0.0001$.

glycoprotein degradation (McDermid et al., 1986; Bradshaw
et al., 1994). Planktonic chemostat versions of these consortia
have been used to show that low pH rather than carbohydrate
availability favors S. mutans (Bradshaw et al., 1989) except
in 1 mmol/L fluoride, where pH-uncontrolled cultures pulsed
with glucose lost S. mutans and correspondingly favored
Lactobacillus casei (Bradshaw et al., 1990). They have also
been used to investigate the action of antimicrobials
(McDermid et al., 1987; Marsh, 1991b, 1992, 1993;
Bradshaw et al., 1993).
    Consortium biofilms containing all species have been
cultured on hydroxyapatite (HA) surfaces suspended in the
chemostat and showed effects similar to those of glucose/pH
pulsing (Marsh et al., 1994). Conditioning the HA surface
with saliva or glucosyltransferase preparations differentially
affected both total plaque growth and individual species
(Marsh et al., 1994; Bradshaw et al., 1995). Differences
between planktonic and biofilm phases in response to
pyrophosphate and a synergistic inhibition of biofilm growth
by combinations of triclosan with pyrophosphate or zinc
citrate were demonstrated (Marsh and Bradshaw, 1993). With
a first-stage anaerobic chemostat feeding an aerobic
chemostat containing HA surfaces, again all species grew in
the biofilm (Marsh et al., 1995). Initially, Neisseria subflava
predominated, but later, obligate anaerobes did so even if N.

**TABLE 6**

THE 'MARSH' CONSORTIA BACTERIA

| 1 | * | Streptococcus mutans R9 |
|---|---|---|
| 2 | | Streptococcus sobrinus ATCC 227351 |
| 3 | * | Streptococcus gordonii NCTC 7865 |
| 4 | * | Streptococcus oralis EF 186 |
| 5 | * | Actinomyces naeslundii WVU 627 |
| 6 | * | Lactobacillus casei AC 413 |
| 7 | * | Neisseria subflava A1078 |
| 8 | * | Veillonella dispar ATCC 17748 |
| 9 | * | Porphyromonas gingivalis W50 |
| 10 | | Prevotella nigrescens T588 |
| 11 | * | Fusobacterium nucleatum ATCC 10953 |

*  In nine-bacteria biofilm consortia.

subflava was omitted. The anaerobes, even in an aerated
planktonic phase, were protected from $O_2$ by co-aggregation
with aerobic and facultative species, mediated by
Fusobacterium nucleatum for species pairs which did not
otherwise co-aggregate (Bradshaw et al., 1996, 1997).
Overall, these studies reinforce the potential usefulness of the
chemostat-based plaque consortium system in biofilm
studies.
    The above studies have also laid the basis for development
of consortia biofilms in an aerobic constant-depth film
fermenter after inoculation over 8 hr with a steady-state
anaerobic chemostat consortium (Wimpenny, 1995;
Kinniment et al., 1996a). Successive increases in S. mutans,
L. casei, and P. gingivalis occurred, with decreases after the
first few days in S. oralis, V. dispar, and A. viscosus, to yield
a relatively constant composition after about 20 days of
growth, possibly a quasi-steady state. There are difficulties
with the concept of an actual steady state in complex-
structured biofilms. Microscopy showed distinct layers:
surface Neisseria, fusobacteria in inner layers, and moribund
cells in the basal layers. The final composition of the
microflora varied between runs, suggesting that more than
one set of bacterial communities can be stable in one set of
environmental conditions. Accumulation of mutations during
growth was suggested as a possible source of variation.
Pulses of chlorhexidine induced species-specific changes
consistent with clinical findings (Kinniment et al., 1996b).
Overall, these consortia systems embody a powerful synthetic
approach for studying the behavior of plaque biofilms.

**Plaque microcosms evolved from the natural microflora**
Microcosm biofilms have proved to be powerful, relevant,
and useful experimental systems in many areas of
environmental microbiology and microbial ecology
(Wimpenny, 1988, 1995, 1997). Because they originate
directly from the whole-mixed natural microflora,
microcosms embody its complexity and heterogeneity of
genotype, and biofilm microcosms develop spatial
heterogeneity and structure. They evolve and hence are not

SISSONS   ADV DENT RES APRIL 1997

## TABLE 7

GRAM-STAIN MORPHOTYPES, UREOLYTIC FLORA, AND UREASE LEVELS OF 'DIBDIN' SINGLE-CHAMBER CULTURE SYSTEM ARTIFICIAL MOUTH PLAQUES (after Sissons et al., 1988a)[*]

| Saliva Origin[§] | EH | | | | CS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Enamel or Chamber Wall[¶] Plaques in the Same Run[¶] | E | E | E | W | E | E | W | E | W |
| Ratio: Gram + ve/ - ve | 2.6 | 1.8 | 4.0 | 4.0 | 0.92 | 1.7 | 0.92 | 32 | 13 |
| Rods % | 12 | 30 | 13 | 10 | 36 | 15 | 25 | 2 | 2 |
| Ureolytic Bacteria % | 35.1 | 13.5 | 25.0 | 11.6 | 21.1 | 19.6 | 8.8 | 63.3 | 31.7 |
| Plaque Urease Level (nmol $NH_3$/min/mg protein) | 431 | 275 | 342 | 279 | 332 | 362 | 132 | 994 | 697 |

$r^2 = 86\%$[#] (bracketing the last two rows of the CS columns)

[*] Samples were taken at the same time for urease and protein measurement and for cultural analysis. Sixty random colonies from brain-heart-infusion yeast extract agar plates were subcultured, purified, Gram-stained, and tested for ureolytic activity on urea-segregation agar.

[§] Saliva-enriched saliva from single individuals, EH and CS, was cultured.

[¶] Location of plaque on a suspended block of tooth enamel (E) or growing periodically submerged on the culture chamber wall (W). Corresponding plaques in the same culture vessel taken at the same time are indicated by the line.

[#] $r^2$ was derived by linear regression of the percentage ureolytic bacteria detected against the plaque urease level.

steady-state systems, in that they resemble plaque in vivo.

In dental research, some early culture systems were, in essence, plaque microcosms (Tatevossian, 1988), but interest in this approach and belief in its value seem to have waned. Reasons probably include the intrinsic variability and ill-defined nature of the inoculum, the ill-defined complex heterogeneity of the resulting microcosm plaques, and reproducibility issues. A suggestion that the transient organisms present in saliva or supragingival plaque outgrew the normal microflora (Sidaway et al., 1964) is probably also a factor. Insufficient appreciation of the significance of a highly biodiverse microflora and the 'biofilm lifestyle' (Bowden and Li, 1997; Caldwell et al., 1997) may have also played a role. Developments in ecological theory on the role of the biodiversity (Naeem et al., 1994; Steneck and Dethier, 1994; Tilman and Downing, 1994; Liljemark et al., 1997) of in vitro technologies, together with existing findings in plaque microcosms, suggest that re-assessment of their potential is warranted.

Prior to the 1980s, little useful information was obtained from microcosm plaque studies beyond the demonstration that plaque and saliva inocula give plaque-like structures (Dibdin et al., 1976), even in batch enrichment cultures (Leadbetter and Holt, 1976), and attack enamel (e.g., Pigman et al., 1952; see Tatevossian, 1988). Singer and Buckner (1980) showed that a plaque-inoculated artificial mouth microcosm elaborated a range of cell toxins. A key study (Marsh et al., 1983) of chemostat microcosms inoculated from plaque showed that a complex mixed microflora was established with a splash zone biofilm which, under glucose limitation, contained spirochetes which are indicative of considerable cross-feeding in a mature, possibly periodontopathic microflora (ter Steeg and van der Hoeven, 1990). In the late 1980s, it was shown that inclusion of acrylic tile surfaces generated complex biofilms (Keevil et al., 1987) and that mucin in a version of BMM medium enhanced the biodiversity of a planktonic microcosm (Glenister et al., 1988). Subgingival plaque chemostat enrichments in serum, to simulate gingival crevicular fluid, generated a succession of periodonto-pathogens, also including spirochetes, with directly demonstrated extensive cross-feeding and complementation of glycoprotein degradation (ter Steeg et al., 1988; ter Steeg and van der Hoeven, 1989, 1990). These important studies demonstrate the potential for the development of realistic subgingival plaque microcosms.

My initial studies on artificial mouth plaques in the 1980s (Sissons et al., 1985, 1988a,b; Sissons and Cutress, 1987; Pearce and Sissons, 1987) used a single-chamber variant of the Dibdin system, growing a plaque from saliva on an enamel block supplied with 1% peptone-0.5% yeast extract continuously and with sucrose every 4 hrs. This protocol extensively softened enamel (unpublished). Analysis of plaque urea metabolism rates, Gram-stain morphotypes, and isolated ureolytic microflora (Table 7) showed that successive microcosms inoculated from the same person differed greatly in both microflora composition and urea metabolism rate (Sissons et al., 1988a). To get reproducible microcosm plaques, it is clearly essential that one use the same inoculum for each plaque. Plaques grown on the tooth and culture vessel wall, although under somewhat different nutrient regimes, were quite similar in characteristics, demonstrating some robustness of composition to variation in environment. The microflora percentage of the isolated

ureolytic bacteria (Sissons *et al.*,1988a,b) almost entirely explained ($r^2$, 86%) the ureolysis rate of the plaques, indicating considerable environmental standardization of the system between runs with respect to the level of urease, an environmentally regulated enzyme (Sissons *et al.*, 1990, 1995c; Mobley *et al.*, 1995).

**Microcosm plaques in the multiple artificial mouth**
Various features of microcosm plaques which we have studied in the multiple artificial mouth reinforce the evidence that they are realistic and useful plaque models.

*Biodiversity and selective processes in the evolution of microcosms.* We normally initiate microcosm plaques from plaque-enriched saliva rather than plaque, with repeat inoculation on d3 and d5 of growth to encourage acquisition of climax species. As well as laying a pellicle, the rationale for the use of saliva is grounded in unresolved issues about biodiversity, the role of natural selection in evolving microcosms, and the possibility that accessible smooth-surface plaque may not contain founder species or climax species for other areas of the dentition. By contrast, plaque-enriched saliva contains micro-organisms pooled from all ecosystems in the oral cavity (Sissons *et al.*, 1989). A fundamental question is to what degree the environment selects for particular species and programs a specific succession of organisms from a more biodiverse pool, such as plaque-enriched saliva. It is likely that selective pressures will be directed to plaque function and only indirectly to the composition of the microflora, supported by the run-to-run variation found in CDFF nine-species-consortia biofilms (Kinniment *et al.*, 1996a). The concept of convergent evolution of different composition but equivalent function ecosystems has received recent support from studies in marine algal communities showing extensive changes in dominant algal species but constant predator resistance and rates of nutrient consumption (Steneck and Dethier, 1994). This concept may prove helpful in the understanding of dental disease. Plaque ecology induces dental pathology: Caries, gingivitis, and periodontitis result from ecological shifts in the biodiverse plaque microflora (Newman, 1990; Bowden, 1991; Marsh and Martin, 1992; Marsh, 1995a; Marsh and Bradshaw, 1997). This concept is encapsulated as the 'ecological plaque hypothesis' (Marsh, 1995a; Marsh and Bradshaw, 1997) and reinforces the need for caution in extrapolation from studies of single pathogens such as *S. mutans* or *P. gingivalis* to dental pathology [the traditional medical approach to individual pathogens involving Koch's criteria is inapplicable to biofilms of the normal body microflora (Caldwell *et al.*, 1997)].

*Composition and structure.* The composition of saliva-evolved microcosm plaques reflects a mainly anaerobic, substantially Gram-negative microflora, consistent with natural supragingival plaques and chemostat plaque enrichments (Table 8; Sissons *et al.*, 1991). We cannot rule out overgrowth by transient organisms but have looked quite thoroughly and did not find staphylococci or yeasts. Plaque

**TABLE 8**

CULTURAL ANALYSIS OF MICROCOSM PLAQUE*

| | Media§ | % of Anaerobes |
|---|---|---|
| Total colony-forming units | | |
| Anaerobic | TSB | 100 |
|    Gram-negative | | 43 |
|    Rods | | 30 |
| 10% $CO_2$ in air | TSB | 27 |
| | | |
| Selective media | | |
| 10% $CO_2$ in air: | | |
| *Haemophilus sp.* | HMC | 0.0005 |
| *Neisseria sp.* | TSV | ND[#] |
| *A. a.*¶ | MGB | ND |
| Yeasts | Sabouraud | ND |
| Staphylococci | Staph110 | 0[#] |
| | MN | 0 |
| | | |
| Anaerobic (10% $H_2$, 10% $CO_2$, 80% $N_2$) | | |
| Streptococci | MS | 37 |
| Mutans sp. | MSB | 8 |
| Fusobacteria | CVE | 3 |
| *Veillonella* sp. | V | 6 |
| *Lactobacillus* sp. | Rogosa | 13 |
| *Actinomyces* sp. | CFAT | 8 |

* The plaque was grown for 18 days with BMM with the yeast extract replaced by CVA vitamin enrichment (Life Technologies Inc., NY). Ten bacteriological loopfuls were taken from representative areas of the plaque, combined, and dispersed by vortex mixing with glass beads. Fifty-fold dilutions were spiral-plate-cultured on the media shown.
§ TSB is tryptic soy agar enriched with 1 mg/L menadione, 5 mg/L hemin, and 10% defibrinated sheep blood (Life Technologies). MN is mannitol salt agar, MS(B) is Mitis Salivarius (bacitracin) agar, and other media are as in Slots (1986).
¶ *A.a.* is *Actinobacillus actinomycetemcomitans*.
# ND = not detected among colonies present in highest measurable dilution; 0 = not present in original plaque suspension.

protein is about 5% of the wet weight (Sissons *et al.*, 1995a), typical of relatively unpacked plaques (Gilmour *et al.*, 1979), and electron microscopy shows a diverse morphology microflora. We have seen flagellated curved rods and, with serum supplementation, spirochetes. Motile bacteria are present, sometimes in considerable numbers. Microcolonies, ordered associations, various stages of degrading plaque, and complex extracellular structures occur (Pearce *et al.*, 1991; Sissons *et al.*, 1991). Overall, electron microscopy shows a biofilm consistent with natural plaques.



*Fig. 1—Effect on microcosm plaque pH of consecutive sucrose and urea applications over 3 days with and without a flow of simulated oral fluid (BMM, Table 3). S, sucrose; UREA, an urea application for 6 min (1.5 mL). ON and OFF indicate changes in BMM flow.*

*Plaque growth and reproducibility.* Large plaques develop which, after several weeks' growth, reach a depth of several mm, weigh 1 to 2 g, and model the extremes of thick, sheltered approximal plaques (Newman and Morgan, 1980; Sissons *et al.*, 1992, 1994a,b). Plaque growth is mainly limited by the coverslip area. Excess plaque falls from the holder to the base of the chamber, where a continuous thick biofilm develops which helps remove oxygen from the chamber. We have grown plaques for 7 weeks, a six-month time has been reported (Sidaway *et al.*, 1964), and there seems to be no reason why they cannot grow indefinitely. The rate of plaque accumulation under standard conditions declined over the first five days of culture, with doubling times of from 3 to 7 hrs over the first day of growth, from 9 to 21 hrs over the second day, and subsequently from 20 to 40-plus hrs (Sissons *et al.*, 1995a). These declining growth rates are the same as those for supragingival plaque *in vivo* (Weiger *et al.*, 1995). Thus, the large plaque sizes finally reached are a consequence of limited mechanisms to counter plaque accumulation rather than unnatural growth rates. The relative importance of different mechanisms limiting plaque

accumulation *in vivo* (Table 1) is site-specific and uncertain.

Sometimes there was biphasic growth with second-stage linear growth (Sissons *et al.*, 1995a). In one run, one plaque maintained its high initial growth rate to give a yellow plaque bloom containing a mixed microflora. Because of spatial differentiation and extensive microcolony formation, plaque growth can perhaps be regarded as a series of blooms (Skopek *et al.*, 1993) which are usually restricted by competition and antagonism with the rest of the microflora. Stochastic processes undoubtedly play a part in developing variability of composition during growth. For this reason, a quest for growing reproducible-composition microcosm biofilms may be futile, especially in plaques grown for long periods. It should probably be replaced by a search for reproducible-function plaques. Functionally reproducible plaques may be attainable, since we have found the resting pH to be highly reproducible (Sissons *et al.*, 1991, 1993, 1996b) and have established a coefficient of variation for within runs of about 25% for plaque accumulation (Sissons *et al.*, 1995a) and urease levels (Sissons *et al.*, 1995b).

*Plaque pH and responses to sucrose and urea.* pH responses to applications of sucrose and 500 mmol/L urea in microcosm plaques correspond to those expected in natural plaque (Fig. 1). Stopping the oral fluid flow enhanced pH responses; restoring it was necessary for a return to the resting pH. The effects of even a slow oral fluid flow were profound (Fig. 1; Sissons *et al.*, 1992, 1994a,b), as predicted by the Dawes/Dibdin mathematical models (Dawes, 1989; Dibdin, 1990a,b, 1995, 1997). Intraplaque pH gradients have been found after sucrose application; there were Stephan curves on the plaque surface but virtually no pH response in inner layers (Sissons *et al.*, 1992). Urea generated pH gradients of opposite polarity which were stable for many hours in the absence of a BMM flow (Sissons *et al.*, 1994b). With BMM flowing, pH gradients changing in polarity were formed, with the highest pH reached in mid-plaque (Fig. 2 and Sissons *et al.*, 1994b). Hence, the pH of structured, diffusion-limited biofilms involves a delicate interaction of oral fluid flow with the supply, clearance, and metabolism of substrates, buffers, and products involving dynamically reversing intraplaque pH gradients.

Significant levels of urea occur in saliva (Kopstein and Wrong, 1977; Macpherson and Dawes, 1991a) and crevicular fluid (Golub *et al.*, 1971) and may be important in modifying plaque pH and dental pathology (Peterson *et al.*, 1985). The resting pH of microcosm plaques in BMM containing no urea is reliably pH $6.4 \pm 0.1$, regardless of inoculum source (Sissons *et al.*, 1991, 1993, 1996b). This is apparently an example of evolution to convergent function in biofilms in a particular *in vitro* nutrient and flow environment. Supplementing the BMM with 20 mmol/L urea raised the resting pH above pH 7 (Fig. 3) and gave sucrose-induced pH responses reminiscent of Stephan's (1944) pH curves associated with caries activity (Sissons *et al.*, 1993, 1996b). Probably, the plaque microbial composition present is both determined by and interacts with its particular fluid and nutrient environment to 'set' the resting pH. An ability to



*Fig. 2—Plaque pH gradients induced by 30-minute applications of 500 mmol/L urea; initially alkaline outside, then progressively reversing to become alkaline inside. Sequential pH responses to applications of urea were measured with the pH electrode at the surface, mid-point, and base of a convex 6 mm maximum depth plaque (after Sissons et al., 1994b).*

manipulate the plaque pH range metabolically through controlling the urea supply allows for experiments on the pH dependency of biofilm processes and dental pathology.

*Regulation of plaque ureases.* The control of the macroenvironment which is possible in biofilm microcosms makes it possible directly to address environmental regulation issues which are impossible to study *in vivo*. An example is control by effectors of urease levels in plaque. Manipulation of urea, arginine, and ammonia levels showed that urea up-regulation but destabilization, arginine and ammonia down-regulation, and possibly stabilization of plaque urease levels occur in a complex time-dependent fashion (Sissons *et al.*, 1995b).

*Plaque mineralization.* Plaque microcosm biofilms have special advantages for the study of plaque processes where the identity of the microbes involved is uncertain, the significance of various possible processes involved is unknown, and the relevant events are buried in the biofilm. A particularly important example is mineralization of plaque to calculus, a biofilm-controlled interaction between a range of

strain- not species-specific bacterial activities and the localized intraplaque environment, where the calcium phosphate supersaturation fluctuates with pH (Fig. 4).

Microcosm plaques have been mineralized by a procedure based on a pH rise induced by 500 mmol/L urea present in a pH 5, 20 mmol/L calcium, 12 mmol/L phosphate solution also containing 5 mmol/L monofluorophosphate (Pearce and Sissons, 1987; Pearce *et al.*, 1991; Sissons *et al.*, 1991, 1995c) which deposits fluorhydroxyapatite into plaque *in vivo* (Pearce, 1981, 1984). With plaque of resting pH of 6.3-6.5, this solution, applied 6 min every 2 hrs for 10 days, increases the Ca levels over 20-fold to about 2-3 nmol/mg plaque protein (Table 9; Sissons *et al.*, 1991, 1995c). Raising the resting pH by supplementing the BMM with urea increased mineral deposition and the Ca:Pi ratio, the latter perhaps indicating some carbonate as well as apatite formation. Mineral levels in 20 mmol/L urea reached about 35% of the dry weight. Hence, the plaque pH range had a major effect on mineralization, even by this procedure, which elevates the pH above 8 during mineral deposition (Wong *et al.*, 1996).

### TABLE 9

MINERALIZATION OF MICROCOSM PLAQUES BY CPMU*—EFFECT OF RAISING THE PLAQUE RESTING pH
BY SUPPLEMENTING THE BMM WITH UREA (Sissons *et al.*, 1995c; Wong *et al.*, 1996)

| BMM Supplement (mmol/L) | Resting pH | Ca | Pi | F | Ca:Pi Ratio | F:Ca Ratio x1000 |
|---|---|---|---|---|---|---|
| | | | (mmol/g plaque protein) | | | |
| None | 6.5 | 3.4 | 1.9 | 0.13 | 1.81 | 38 |
| Urea - 5 | 6.7 | 5.2 | 2.1 | 0.20 | 2.49 | 38 |
| Urea - 20 | 7.2 | 14.3 | 5.8 | 0.35 | 2.46 | 25 |

* CPMU—20 mmol/L Ca, 12 mmol/L Pi (phosphate), 5 mmol/L monofluorophosphate, 500 mmol/L urea at pH 5.0—was
applied to 21-day-old plaques for 6 min every 2 hrs for a further 10 days. Plaque Ca, Pi, F, and protein were measured.

There was a wide range of mineral formations seen by electron microscopy, mainly in the extracelluar matrix, and many were similar to those formed in natural plaque (Pearce *et al.*, 1991). We have counted 13 types so far. These include lines of mineral deposition which appear to relate to extensive intraplaque structures, possibly resulting from channels in the plaque, lipid structures, or extracellular polysaccharides. Possible associations with streptococcal walls were also seen. Clearly, intraplaque mineralization is a complex, multifaceted process. Microcosms may be the only useful *in vitro* systems available for the study of such unknown processes in detail.

*A test system for plaque-modifying reagents.* Plaque microcosms potentially give responses to interventions closely related to those of plaque *in vivo*. It is now well-established that bacterial resistance to insult is greater in plaque biofilms than in corresponding planktonic phases (ten Cate and Marsh, 1994; Bradshaw, 1995; Gilbert *et al.*, 1997; Marsh and Bradshaw, 1997). Mechanisms may include diffusion limitations, phenotypic adaptation, and selection of resistant species. We have examined the effect of ethanol on microcosm plaques at concentrations up to 40% (v/v), concentrations to which the oral cavity is regularly exposed in some people (Sissons *et al.*, 1996a). Examination of the minimum inhibitory concentration of ethanol to dispersed plaque bacteria enrichment cultures confirmed that no bacteria grew above 10% ethanol, while 40% ethanol sterilized them within 2 min. With 15-minute applications of ethanol every 4 hrs, the same microcosm biofilm was completely resistant to 10% ethanol, and much higher concentrations were needed for inhibition. If the ethanol inhibition was partially lifted by reducing the application time to 6 min on day 5 of growth, 30% ethanol treatments became ineffective, indicating some form of adaptation. Spontaneous resistance to antiseptics can arise within days (Sissons *et al.*, 1995a). In a biodiverse biofilm such as plaque, there are several mechanisms for development of resistance in response to environmental stress, allowing a homeostatic return to a functionally equivalent state. Evaluating these possibilities is important when in the development of procedures to reduce pathogenic species by antimicrobials.



*Fig. 3—Effect of supplementing BMM with urea at physiological concentrations on the resting pH.*

### Defined species consortia and microcosms are complementary model systems

The 'Marsh' nine-species consortia and microcosms

represent complementary synthetic and holistic approaches to plaque biofilm ecology and behavior (Table 10). They differ in their emphasis on complexity, biodiversity, relationship to plaque *in vivo* and plaque development, manipulability of the microflora, repeatability and reproducibility, and the prior knowledge needed of both the phenomenon being studied and its microbial basis.

Plaque reconstruction systems allow for a focus on processes which are basic to plaque biofilm function *per se* with near-total control and manipulation of the particular species present (Table 11A). Although the choice of strains and species is inevitably, to a degree, arbitrary, the effect of strain variation can be studied. The nine-species consortium has a biodiversity which is an order of magnitude greater than that of mono- and di-cultures, probably sufficient for higher levels of interaction and organization to emerge. This consortium provides a benchmark plaque community and a baseline for further development with potential to illuminate emergent properties of plaque biofilms and predict effects of antiplaque agents. Overall, this is an extremely powerful laboratory model of plaque which can be closely specified, modified, and analyzed, and which is applicable to the testing of hypotheses across almost the whole range of plaque biology.

The advantages of plaque microcosms are possibly more nebulous, and they have obvious disadvantages in their complex, heterogeneous, biodiverse, irrepeatable nature (Table 11B). Nevertheless, they are the laboratory model system most closely related to plaque *in vivo*. The biodiversity, heterogeneity, and complexity causing experimental difficulties are properties which characterize plaque *in vivo* and therefore need to be modeled in laboratory systems. Where consortia allow for control and manipulation of the environment for selected oral microflora, microcosms do so for an experimentally accessible natural plaque microflora. The concept of environmental control of evolution to convergent function in biodiverse systems reinforces the rationale for the use of microcosms and helps to explain plaque homeostasis and the flora changes in dental disease. Microcosms allow for the unexpected and unknown which is unsettling to predictions and experimental design. However, this unexpectedness, and high-level emergent properties, make microcosms a powerful system for the study of plaque behavior, ecology, and pathology and for the testing of potential clinical interventions. There are several studies where the attributes of microcosms may be especially advantageous (Table 12). There are now preliminary reports of several studies in addition to our research where plaque



microcosms are being used (Palmer *et al.*, 1996a,b, 1997; Charbonneau *et al.* 1997; Wilson *et al.*, 1997). Overall, microcosm plaque biofilms make an unique and valuable contribution to the hierarchy of plaque model systems.

## CONCLUSION

There is a variety of plaque biofilm culture technologies suitable for different purposes and which complement

Fig. 4—*Schematic diagram of some of the processes affecting intra-biofilm plaque mineralization.*

### TABLE 10

FEATURES OF BIOFILM NINE-SPECIES CONSORTIUM AND MICROCOSM PLAQUE MODELS

| Parameter | Consortium | Microcosm |
|---|---|---|
| Synthetic reconstruction | + | - |
| Holistic | - | + |
| Biodiversity | 9 | (100+?) x (clonotypes) |
| Control of species/clonotypes | total | almost none |
| Relationship to natural flora | limited/ arbitrary | is natural flora |
| Mature composition | *quasi* steady-state? | evolving |
| Reproducibility of | | |
|    Function—within expt | high? | CV* = 25% |
|       —between expts | ? | low? |
|    Microflora composition | good? | low |
| Environmental control | high | high |
| Complexity | moderate | very high |
| Emergent/unexpected properties | modest | high |

\* CV is within-run Coefficient of Variation (Sissons *et al.*, 1995a,c).

## TABLE 11

### INVESTIGATIONS APPROPRIATE TO PLAQUE-LIKE CONSORTIA AND MICROCOSMS

(A) Plaque biofilm reconstruction consortia (n = 9):
* into basic biofilm physiology, mechanisms, processes and interactions (symbiosis, competition, antagonism); their environmental regulation and mode of action studies.
* requiring manipulation of:
  — plaque composition
  — plaque behavior
* where the required microbial species/functions are known to be represented in the consortium.

(B) Microcosms (in vitro evolved natural "plaque"):
* into plaque behavior, development, maturation, and reaction to environmental change and perturbation
* requiring:
  — the closest plaque-like in vitro system
  — allowance for unknown/unexpected processes
* where:
  — the exact microbial specificity is unknown
  — the processes involved are unknown
  — biodiversity may be important.

## TABLE 12

### POTENTIAL PLAQUE MICROCOSM STUDIES

Plaque growth, development, microbial succession.

Colonization resistance to invasion, commensal pathogens.

Holistic plaque behavior, e.g., pH, calcification.

Response to: environmental factors, perturbation, insult.

Response to interventions/antimicrobial agents
— susceptibility, adaptation, selection for resistance.

Screening of antiplaque agents, anti-cariogenicity procedures.

Establishing quantitative parameters, e.g., metabolic fluxes.

Confirmation of in vivo results in detail.

simpler and intra-oral appliance technologies. Realistic synthetic and holistic microcosm laboratory models are now being developed which enable studies to start addressing the complexity of plaque biofilm ecology and pathology, and realistically testing antiplaque effects of agents and procedures. Previously, such studies were confined to the difficult and uncontrollable environment of the mouth.

## ACKNOWLEDGMENTS

I would like to acknowledge all those who have contributed to and encouraged the development of the multiplaque artificial mouth microcosm system. They include Drs. T.W. Cutress, C. Dawes, G.H. Dibdin, G. Faulds, M.P. Hoffmann, E.I.F. Pearce, and Elizabeth M. Hancock, Man Shu, and Lisa Wong. I thank Lisa Wong for help in preparing this manuscript and Dr. J.St.J. Wakefield for electron microscopy. This work was supported by the Medical (now Health) Research Council of New Zealand, with early partial support by L'Oreal Laboratoires de Recherche Appliquée et Développement, Clichy, France.

## REFERENCES

Ahmed FIK, Russell C (1978). Plaque formation in vitro by Actinomyces viscosus in the presence of Streptococcus sanguis or Streptococcus mutans. Microbios 23:93-98.
Allison C, Watson GK, Singleton S, Schilling K, Cummins D (1997). Modulation of physiological responses and population structure of mixed culture oral biofilms grown in vitro (abstract). Adv Dent Res 11:191.
Bibby BG, Huang CT (1980). Some observations on in vitro dental plaques. J Dent Res 59:1946-1952.
Bowden GH (1991). Which bacteria are cariogenic in humans? In: Risk markers for oral diseases. Vol. 1. Dental caries. Johnson NW, editor. Cambridge, UK: Cambridge University Press, pp. 266-286.
Bowden GH (1995). The role of microbiology in models of dental caries: Reaction paper. Adv Dent Res 9:255-269.
Bowden GHW, Li YH (1997). Nutritional influences on biofilm development. Adv Dent Res 11:81-99.
Boyar RM, Thylstrup A, Holmen L, Bowden GH (1989). The microflora associated with the development of initial enamel decalcification below orthodontic bands in vivo in children living in a fluoridated area. J Dent Res 68:1734-1738.
Bradshaw DJ (1995). Metabolic responses in biofilms. Microb Ecol Hlth Dis 8:313-316.
Bradshaw DJ, McKee AS, Marsh PD (1989). Effects of carbohydrate pulses and pH on population shifts within oral microbial communities in vitro. J Dent Res 68:1298-1302.
Bradshaw DJ, McKee AS, Marsh PD (1990). Prevention of population shifts in oral microbial communities in vitro by low fluoride concentrations. J Dent Res 69:436-441.
Bradshaw DJ, Marsh PD, Watson GK, Cummins D (1993). The effects of Triclosan and zinc citrate, alone and in combination, on a community of oral bacteria grown in vitro. J Dent Res 72:25-30.
Bradshaw DJ, Homer KA, Marsh PD, Beighton D (1994). Metabolic cooperation in oral microbial communities during growth on mucin. Microbiol 140:3407-3412.
Bradshaw DJ, Marsh PD, Watson GK, Schilling K (1995).

The effect of conditioning films on adhesion. In: The life and death of biofilm. Wimpenny J, Handley P, Gilbert P, Lappin-Scott H, editors. Cardiff, UK: Bioline, pp. 47-52.

Bradshaw DJ, Marsh PD, Watson GK, Allison C (1996). Potential role for coaggregation in microbial community development *in vitro* (abstract). *J Dent Res* 75:206.

Bradshaw DJ, Marsh PD, Watson GK, Allison C (1997). Interactions between facultative and obligate anaerobes in oral biofilm development (abstract). *Adv Dent Res* 11:187.

Brecx M, Rönström A, Theilade J, Attström R (1981). Early formation of dental plaque on plastic films. 2. Electron microscopic observations. *J Periodont Res* 16:213-227.

Burne RA, Chen YM, Penders JEC (1997). Analysis of gene expression in *Streptococcus mutans* in biofilms *in vitro*. *Adv Dent Res* 11:100-109.

Caldwell DE, Atuku E, Wilkie DC, Wivcharuk KP, Karthikeyan S, Korber DR, *et al*. (1997). Germ theory *vs*. community theory in understanding and controlling the proliferation of biofilms. *Adv Dent Res* 11:4-13.

Carlsson J (1997). Bacterial metabolism in dental biofilms. *Adv Dent Res* 11:75-80.

Charbonneau DL, Erb JE, Goubourne EA, Herbort K, Howard-Nordan KS, Plageman CM, *et al*. (1997). Anti-adherence hexapeptides: effects on bacterial colonization, viability, coaggregation and *in vitro* biofilm formation (abstract). *Adv Dent Res* 11:190.

Cummins D, Moss MC, Jones CL, Howard CV, Cummins PG (1992). Confocal microscopy of dental plaque development. *Binary* 4:86-91.

Cutress TW, Sissons CH, Pearce EIF, Wong L, Andersson K, Angmar-Månsson B (1995). Effects of fluoride-supplemented sucrose on experimental dental caries and dental plaque pH. *Adv Dent Res* 9:14-20.

Dawes C (1989). An analysis of factors influencing diffusion from dental plaque into a moving film of saliva and the implications for caries. *J Dent Res* 68:1483-1488.

Dawes C, Macpherson LMD (1993). The distribution of saliva and sucrose around the mouth during the use of chewing gum and the implications for the site-specificity of caries and calculus deposition. *J Dent Res* 72:852-857.

Dibdin GH (1981). Diffusion of sugars and carboxylic acids through human dental plaque *in vitro*. *Arch Oral Biol* 26:515-523.

Dibdin GH (1990a). Plaque fluid and diffusion: study of the cariogenic challenge by computer modeling. *J Dent Res* 69:1324-1331.

Dibdin GH (1990b). Effect on a cariogenic challenge of saliva/plaque exchange via a thin salivary film studied by mathematical modelling. *Caries Res* 24:231-238.

Dibdin GH (1995). Models of diffusion/reaction in dental plaque. *Microb Ecol Hlth Dis* 8:317-319.

Dibdin GH (1997). Mathematical modeling of biofilms. *Adv Dent Res* 11:127-132.

Dibdin GH, Shellis RP, Wilson CM (1976). An apparatus for the continuous culture of micro-organisms on solid surfaces with special reference to dental plaque. *J Appl Bacteriol* 40:261-268.

Donoghue HD, Perrons CJ (1988a). Accumulation of streptococci on teeth in a laboratory microcosm (artificial mouth). *Microb Ecol Hlth Dis* 1:123-130.

Donoghue HD, Perrons CJ (1988b). Establishment of defined mixed bacterial plaques on teeth in a laboratory microcosm (model mouth). *Microb Ecol Hlth Dis* 1:193-200.

Donoghue HD, Perrons CJ (1991). Effect of nutrients on defined bacterial plaques and *Streptococcus mutans* C67-1 implantation in a model mouth. *Caries Res* 25:108-115.

Donoghue HD, Dibdin GH, Shellis RP, Rapson G, Wilson CM (1980). Effect of nutrients upon *Streptococcus mutans* BHT and *Streptococcus mitior* LPA-1 growing in pure and mixed culture on human teeth in an artificial mouth. *J Appl Bacteriol* 49:295-304.

Donoghue HD, Hudson DE, Perrons CJ, Dibdin GH, Rapson G, Shellis RP, *et al*. (1983). Effect of inoculation sequence and nutrients upon *Streptococcus mutans* BHT and *Streptococcus mitior* LPA-1 growing on human teeth in an artificial mouth. *J Appl Bacteriol* 54:23-29.

Donoghue HD, Perrons CJ, Hudson DE (1985). The role of $H_2O_2$ and the lactoperoxidase-SCN-$H_2O_2$ system on the interaction between two bacteria originating from human dental plaque *Streptococcus rattus* (*mutans*) BHT and *Streptococcus mitior* LPA-1, grown on human teeth in an artificial mouth. *Arch Oral Biol* 30:519-523.

Donoghue HD, Hudson DE, Perrons CJ (1987). Effect of the lactoperoxidase system on streptococcal acid production and growth. *J Dent Res* 66:616-618.

Gilbert P, Allison DG (1993). Laboratory methods for biofilm production. In: Microbial biofilms: formation and control. Denyer SP, Gorman SP, Sussman M, editors. London, UK: Blackwell Scientific Publications, pp. 29-49.

Gilbert P, Allison DG, Evans DJ, Handley PS, Brown MRW (1989). Growth rate control of adherent bacterial populations. *Appl Environ Microbiol* 55:1308-1311.

Gilbert P, Das J, Foley I (1997). Biofilm susceptibility to antimicrobials. *Adv Dent Res* 11:160-167.

Gilmour MN, Turner G, Krenzer AK, Zahn LB, Curzon JA (1979). Protein-to-wet-weight relationships in supra-gingival plaques from caries-prone tooth surfaces. *Appl Environ Microbiol* 38:119-126.

Glenister DA, Salamon KE, Smith K, Beighton D, Keevil CW (1988). Enhanced growth of complex communities of dental plaque bacteria in mucin-limited continuous culture. *Microb Ecol Hlth Dis* 1:31-38.

Golub LM, Borden SM, Kleinberg I (1971). Urea content of gingival crevicular fluid and its relation to periodontal disease in humans. *J Periodont Res* 6:243-251.

Herles S, Olsen S, Afflitto J, Gaffar A (1994). Chemostat flow cell system: An *in vitro* model for the evaluation of antiplaque agents. *J Dent Res* 73:1748-1755.

Hudson DE, Donoghue HD, Perrons CJ (1986). A laboratory microcosm (artificial mouth) for the culture and continuous pH measurement of oral bacteria on surfaces. *J Appl Bacteriol* 60:301-310.

Igarashi K, Lee IK, Schachtele CF (1989). Comparison of *in vivo* human dental plaque pH changes within artificial fissures and at interproximal sites. *Caries Res* 23:417-422.

Keevil CW, Bradshaw DJ, Dowsett AB, Feary TW (1987).

Microbial film formation: dental plaque deposition on acrylic tiles using continuous culture techniques. *J Appl Bacteriol* 62:129-138.

Kinniment SL, Wimpenny JWT, Adams D, Marsh PD (1996a). Development of a steady-state oral microbial biofilm community using the constant-depth film fermenter. *Microbiol* 142:631-638.

Kinniment SL, Wimpenny JWT, Adams D, Marsh PD (1996b). The effect of chlorhexidine on defined, mixed culture oral biofilms grown in a novel model system. *J Appl Bacteriol* 81:120-125.

Kopstein J, Wrong OM (1977). The origin and fate of salivary urea and ammonia in man. *Clin Sci Mol Med* 52:9-17.

Leadbetter ER, Holt SC (1976). The enrichment culture approach to analysis of dental plaque microbiota. In: Microbial aspects of dental caries. Stiles HM, Loesche WJ, O'Brien TC, editors. Proceedings of a workshop on microbial aspects of dental caries, 1976 June 21-24, St. Simons Island (Georgia). Microbiol Abst Spec Supp. Vol. III. Washington, DC: Information Retrieval, Inc., pp. 829-841.

Li YH, Bowden GH (1994a). Characteristics of accumulation of oral Gram-positive bacteria on mucin-conditioned glass surfaces in a model system. *Oral Microbiol Immunol* 9:1-11.

Li YH, Bowden GH (1994b). The effect of environmental pH and fluoride from the substratum on the development of biofilms of selected oral bacteria. *J Dent Res* 73:1615-1626.

Li YH, Bowden GH (1996). Carbon source, environmental pH and accumulation of two species biofilms (abstract). J *Dent Res* 75:205.

Liljemark WF, Bloomquist CG, Coulter MC, Fenner LJ, Skopek RJ, Schachtele CF (1988). Utilization of a continuous streptococcal surface to measure interbacterial adherence *in vitro* and *in vivo*. *J Dent Res* 67:1445-1460.

Liljemark WF, Bloomquist CG, Reilly BE, Bernards CJ, Townsend DW, Pennock AT, *et al.* (1997). Growth dynamics in a natural biofilm and its impact on oral disease management. *Adv Dent Res* 11:14-23.

Listgarten MA (1994). The structure of dental plaque. *Periodontol 2000* 5:52-65.

Luoma H, Luoma A-R, Seppä L (1984). Exchange of fluoride between bovine enamel and the surface-related cells of the oral bacterium *Streptococcus mutans*. *Arch Oral Biol* 29:343-348.

Macpherson LMD, Dawes C (1991a). Urea concentration in minor mucous gland secretions and the effect of salivary film velocity on urea metabolism by *Streptococcus vestibularis* in an artificial plaque. *J Periodont Res* 26:395-401.

Macpherson LMD, Dawes C (1991b). Effects of salivary film velocity on pH changes in an artificial plaque containing *Streptococcus oralis*, after exposure to sucrose. *J Dent Res* 70:1230-1234.

Macpherson LMD, Macfarlane TW, Aitchison TC, Stephen KW (1990). The effect of sucrose application and implantation of mutans streptococci on the microbial composition of three-week experimental plaque—an *in situ* study. *J Dent Res* 69:1706-1711.

Macpherson LMD, Macfarlane TW, Weetman DA, Stephen KW (1991). Comparison of the plaque microflora from natural and appliance-bourne enamel surfaces. *Caries Res* 25:58-64.

Main C, Geddes DAM, McNee SG, Collins WJN, Smith DC, Weetman DA (1984). Instrumentation for measurement of dental plaque thickness *in situ*. *J Biomed Eng* 6:151-154.

Marsh PD (1989). Host defenses and microbial homeostasis: role of microbial interactions. *J Dent Res* 68:1567-1575.

Marsh PD (1991a). The significance of maintaining the stability of the natural microflora of the mouth. *Br Dent J* 171:174-177.

Marsh PD (1991b). Dentifrices containing new agents for the control of plaque and gingivitis: microbiological aspects. *J Clin Periodontol* 18:462-467.

Marsh PD (1992). Microbiological aspects of the chemical control of plaque and gingivitis. *J Dent Res* 71:1431-1438.

Marsh PD (1993). The role of chemostats in the evaluation of antimicrobial agents for use in dental products. *Microb Ecol Hlth Dis* 6:147-149.

Marsh PD (1995a). The role of microbiology in models of dental caries. *Adv Dent Res* 9:244-254.

Marsh PD (1995b). The role of continuous culture in modelling the human microflora. *J Chem Technol Biotechnol* 64:1-9.

Marsh PD, Bradshaw DJ (1993). Microbiological effects of new agents in dentifrices for plaque control. *Int Dent J* 43:399-406.

Marsh PD, Bradshaw DJ (1997). Physiological approaches to the control of oral biofilms. *Adv Dent Res* 11:176-185.

Marsh PD, Martin MV (1992). Oral microbiology. 3rd ed. London, UK: Chapman and Hall.

Marsh PD, Hunter JR, Bowden GH, Hamilton IR, McKee AS, Hardie JM, *et al.* (1983). The influence of growth rate and nutrient limitation on the microbial composition and biochemical properties of a mixed culture of oral bacteria grown in a chemostat. *J Gen Microbiol* 129:755-770.

Marsh PD, Bradshaw DJ, Watson GK, Cummins D (1994). Factors affecting the development and composition of defined mixed culture biofilms of oral bacteria. In: Bacterial biofilms and their control in medicine and industry. Wimpenny J, Nichols W, Stickler D, Lappin-Scott H, editors. Cardiff, UK: Bioline, pp. 13-17.

Marsh PD, Bradshaw DJ, Watson GK, Allison C (1995). Community development in a mixed species oral biofilm. In: The life and death of biofilm. Wimpenny J, Handley P, Gilbert P, Lappin-Scott H, editors. Cardiff, UK: Bioline, pp. 65-69.

McDermid AS, McKee AS, Ellwood DC, Marsh PD (1986). The effect of lowering the pH on the composition and metabolism of a community of nine bacteria grown in a chemostat. *J Gen Microbiol* 132:1205-1214.

McDermid AS, McKee AS, Marsh PD (1987). A mixed-culture chemostat system to predict the effects of anti-microbial agents on the oral flora: preliminary studies using chlorhexidine. *J Dent Res* 66:1315-1320.

McKee AS, McDermid AS, Ellwood DC, Marsh PD (1985). The establishment of reproducible, complex communities of oral bacteria in the chemostat using defined inocula. *J*

*Appl Bacteriol* 59:263-275.

Mobley HLT, Island MD, Hausinger RP (1995). Molecular biology of microbial ureases. *Microbiol Rev* 59:451-480.

Moore WEC, Moore LVH (1994). The bacteria of periodontal diseases. *Periodontol 2000* 5:66-77.

Naeem S, Thompson LJ, Lawler SP, Lawton JH, Woodfin RM (1994). Declining biodiversity can alter the performance of ecosystems. *Nature* 368:734-737.

Newman HN (1990). Plaque and chronic inflammatory periodontal disease. A question of ecology. *J Clin Periodontol* 17:533-541.

Newman HN, Morgan WJ (1980). Topographical relationship between plaque and approximal caries. *Caries Res* 14:428-433.

Noorda WD, Purdell-Lewis DJ, de Koning W, van Montfort AMAP, Weerkamp AH (1985). A new apparatus for continuous cultivation of bacterial plaque on solid surfaces and human dental enamel. *J Appl Bacteriol* 58:563-569.

Noorda WD, van Montfort AMAP, Purdell-Lewis DJ, Weerkamp AH (1986a). Developmental and metabolic aspects of a monobacterial plaque of *Streptococcus mutans* C67-1 grown on human enamel slabs in an artificial mouth model. I. Plaque data. *Caries Res* 20:300-307.

Noorda WD, Purdell-Lewis DJ, van Montfort AMAP, Weerkamp AH (1986b). Developmental and metabolic aspects of a monobacterial plaque of *Streptococcus mutans* C67-1 grown on human enamel slabs in an artificial mouth model. II. Enamel data. *Caries Res* 20:308-314.

Nyvad B (1993). Microbial colonization of human tooth surfaces (dissertation). University of Aarhus, Denmark. APMIS: 101(Suppl 32). Copenhagen: Munksgaard.

Nyvad B, Kilian M (1987). Microbiology of the early colonization of human enamel and root surfaces *in vivo*. *Scand J Dent Res* 95:369-380.

Palmer RJ, Almeida JS, Ringelberg DB, White DC (1996a). *In vitro* analogues of oral biofilms: changes in community structure revealed by lipid profiles (abstract). *J Dent Res* 75:205.

Palmer RJ, Ringelberg DB, White DC (1996b). *In vitro* analogues of oral biofilms: phospholipid-bound fatty acid (PLFA) composition (abstract). *J Dent Res* 75:205.

Palmer RJ Jr, Almeida JS, Ringelberg DB, White DC (1997). Phospholipid-bound fatty-acid profiles reveal community structure of oral biofilms (abstract). *Adv Dent Res* 11:187.

Pearce EIF (1981). The artificial mineralization of dental plaque. *Front Oral Physiol* 3:108-124.

Pearce EIF (1984). Therapeutic modifications to the mineral ion composition of dental plaque. *Caries Res* 18:103-110.

Pearce EIF, Dibdin G (1995). The diffusion and enzymic hydrolysis of monofluorophosphate in dental plaque. *J Dent Res* 74:691-697.

Pearce EIF, Sissons CH (1987). The concomitant deposition of strontium and fluoride in dental plaque. *J Dent Res* 66:1518-1522.

Pearce EIF, Wakefield JStJ, Sissons CH (1991). Therapeutic mineral enrichment of dental plaque visualized by transmission electron microscopy. *J Dent Res* 70:90-94.

Perrons CJ, Donoghue HD (1990). Colonization resistance of defined bacterial plaques to *Streptococcus mutans* implantation on teeth in a model mouth. *J Dent Res* 69:483-488.

Peters A, Wimpenny JWT (1988). A constant-depth laboratory model film fermenter. In: CRC handbook of laboratory model systems for microbial ecosystems. Wimpenny JWT, editor. Boca Raton, FL: CRC Press Inc., pp. 175-195.

Peterson S, Woodhead J, Crall J (1985). Caries resistance in children with chronic renal failure: plaque pH, salivary pH, and salivary composition. *Pediat Res* 19:796-799.

Pigman W, Elliott HC, Laffre RO (1952). An artificial mouth for caries research. *J Dent Res* 31:627-633.

Robinson C, Kirkham J, Shore RC, Bonass WA, Natress B, Kato K (1996). A quantitative site-specific study of plaque biofilms formed *in vivo* (abstract). *J Dent Res* 75:232.

Russell C, Coulter WA (1975). Continuous monitoring of pH and Eh in bacterial plaque grown on a tooth in an artificial mouth. *Appl Microbiol* 29:141-144.

Russell C, Coulter WA (1977). Plaque formation by streptococci in an artificial mouth and factors influencing colonization. *J Appl Bacteriol* 42:337-344.

Russell C, Tagg JR (1981). Role of bacteriocin during plaque formation by *Streptococcus salivarius* and *Streptococcus sanguis* on a tooth in an artificial mouth. *J Appl Bacteriol* 50:305-313.

Shu M, Sissons CH, Miller JH, Cutress TW (1996). Cariogenicity of monoculture and consortia caries pathogen plaque biofilms in an artificial mouth (abstract). *J Dent Res* 75:35.

Sidaway DA, Marsland EA, Rowles SL, MacGregor A (1964). The artificial mouth in caries research. *Proc R Soc Med* 57:1065-1069.

Simmonds RS, Naidoo J, Jones CL, Tagg JR (1995). The streptococcal bacteriocin-like inhibitory substance, Zoocin A, reduces the proportion of *Streptococcus mutans* in an artificial plaque. *Microb Ecol Hlth Dis* 8:281-292.

Singer RE, Buckner BA (1980). Characterization of toxic extracts of *in vitro* cultured human plaque. *J Periodont Res* 15:603-614.

Sissons CH, Cutress TW (1987). *In vitro* urea-dependent pH-changes by human salivary bacteria and artificial mouth, bacterial plaques. *Arch Oral Biol* 32:181-189.

Sissons CH, Cutress TW, Pearce EIF (1985). Kinetics and product stoichiometry of ureolysis by human salivary bacteria and artificial mouth plaques. *Arch Oral Biol* 30:781-790.

Sissons CH, Hancock EM, Cutress TW (1988a). The source of variation in ureolysis in artificial plaques cultured from human salivary bacteria. *Arch Oral Biol* 33:721-726.

Sissons CH, Hancock EM, Perinpanayagam HER, Cutress TW (1988b). The bacteria responsible for ureolysis in artificial dental plaque. *Arch Oral Biol* 33:727-733.

Sissons CH, Loong PC, Hancock EM, Cutress TW (1989). Electrophoretic analysis of ureases in *Streptococcus salivarius* and in saliva. *Oral Microbiol Immunol* 4:211-218.

Sissons CH, Perinpanayagam HER, Hancock EM, Cutress

TW (1990). pH regulation of urease levels in *Streptococcus salivarius*. *J Dent Res* 69:1131-1137.

Sissons CH, Cutress TW, Hoffman MP, Wakefield JStJ (1991). A multi-station dental plaque microcosm (artificial mouth) for the study of plaque growth, metabolism, pH, and mineralization. *J Dent Res* 70:1409-1416.

Sissons CH, Cutress TW, Faulds G, Wong L (1992). pH responses to sucrose and the formation of pH gradients in thick 'artificial mouth' microcosm plaques. *Arch Oral Biol* 37:913-922.

Sissons CH, Cutress TW, Wong L, Hancock EM (1993). Effect of urea on pH in artificial mouth microcosm plaques (abstract). *Caries Res* 27:226.

Sissons CH, Wong L, Hancock EM, Cutress TW (1994a). pH gradients induced by urea metabolism in 'artificial mouth' microcosm plaques. *Arch Oral Biol* 39:507-511.

Sissons CH, Wong L, Hancock EM, Cutress TW (1994b). The pH response to urea and the effect of liquid flow in 'artificial mouth' microcosm plaques. *Arch Oral Biol* 39:497-505.

Sissons CH, Wong L, Cutress TW (1995a). Patterns and rates of growth of microcosm dental plaque biofilms. *Oral Microbiol Immunol* 10:160-167.

Sissons CH, Wong L, Cutress TW (1995b). Regulation of urease levels in microcosm dental plaque. *Microb Ecol Hlth Dis* 8:219-224.

Sissons CH, Wong L, Cutress TW (1995c). *In vitro* plaque mineralization induced by urea metabolism (abstract). *J Dent Res* 74:547.

Sissons CH, Wong L, Cutress TW (1996a). Ethanol inhibition of the growth of biofilm and dispersed microcosm dental plaques. *Arch Oral Biol* 41:27-34.

Sissons CH, Wong L, Shu M, Cutress TW (1996b). Urea and the regulation of resting pH in *in vitro* microcosm plaque biofilms (abstract). *J Dent Res* 75:36.

Skopek RJ, Liljemark WF, Bloomquist CG, Rudney JD (1993). Dental plaque development on defined streptococcal surfaces. *Oral Microbiol Immunol* 8:16-23.

Slots J (1986). Rapid identification of important periodontal microorganisms by cultivation. *Oral Microbiol Immunol* 1:48-55.

Socransky SS, Manganiello AB, Propas D, Oram V, van Houte J (1977). Bacteriological studies of developing supragingival dental plaque. *J Periodont Res* 12:90-106.

Steneck RS, Dethier MN (1994). A functional group approach to the structure of algal-dominated communities. *Oikos* 69:476-498.

Stephan RM (1944). Intra-oral hydrogen ion concentrations associated with dental caries activity. *J Dent Res* 23:257-266.

Tatevossian A (1988). Film fermenters in dental research. In: CRC handbook of laboratory model systems for microbial ecosystems. Wimpenny JWT, editor. Boca Raton, FL: CRC Press Inc., pp. 197-227.

Ten Cate JM, Marsh PD (1994). Procedures for establishing efficacy of antimicrobial agents for chemotherapeutic caries prevention. *J Dent Res* 73:695-703.

Ter Steeg PF, van der Hoeven JS (1989). Development of periodontal microflora on human serum. *Microb Ecol Hlth Dis* 2:1-10.

Ter Steeg PF, van der Hoeven JS (1990). Growth stimulation of *Treponema denticola* by periodontal organisms. *A van Leeuwenhoek* 57:63-70.

Ter Steeg PF, van der Hoeven JS, de Jong MH, van Munster PJJ, Jansen MJH (1988). Modelling the gingival pocket by enrichment of subgingival microflora in human serum in chemostats. *Microb Ecol Hlth Dis* 1:73-84.

Tilman D, Downing JA (1994). Biodiversity and stability in grasslands. *Nature* 367:363-365.

Weiger R, Netuschil L, von Ohle C, Schlagenhauf U, Brecx M (1995). Microbial generation time during the early phases of supragingival dental plaque formation. *Oral Microbiol Immunol* 10:93-97.

Wilson M, Patel H, Noar J, Hunt N (1997). Effect of chlorhexidine on bacterial viability in multi-species biofilms (abstract). *Adv Dent Res* 11:190.

Wimpenny JWT, editor (1988). Introduction. In: CRC handbook of laboratory model systems for microbial ecosystems. Boca Raton, FL: CRC Press Inc., pp. 1-17.

Wimpenny JWT (1995). Biofilms: structure and organisation. *Microb Ecol Hlth Dis* 8:305-308.

Wimpenny JWT (1997). The validity of models. *Adv Dent Res* 11:150-159.

Wimpenny JWT, Kinniment SL, Scourfield MA (1993). The physiology and biochemistry of biofilm. In: Microbial biofilms: formation and control. Denyer SP, Gorman SP, Sussman M, editors. London, UK: Blackwell Scientific Publications, pp. 51-94.

Wong L, Sissons CH, Cutress TW (1994). Control of a multiple dental plaque culture system and long-term, continuous, plaque pH measurement using LabVIEW®. *Binary* 6:173-180.

Wong L, Sissons CH, Cutress TW (1996). pH response of microcosm plaques to a calcium-phosphate-monofluorophosphate-urea mineralizing solution (abstract). *J Dent Res* 75:98.

Yaari A, Bibby BG (1976). Production of plaques and initiation of caries *in vitro*. *J Dent Res* 55:30-36.

Zampatti O, Roques C, Michel G (1994). An *in vitro* mouth model to test antiplaque agents: Preliminary studies using a toothpaste containing chlorhexidine. *Caries Res* 28:35-42.

Zero DT (1995). *In situ* caries models. *Adv Dent Res* 9:214-230.

Zero DT, Fu J, Anne KM, Cassata S, McCormack SM, Gwinner LM (1992). An improved intra-oral enamel demineralization test model for the study of dental caries. *J Dent Res* 71:871-878.

Zero DT, Scott-Anne K, Fu J (1996). Effect of plaque composition, plaque thickness and sucrose concentration on *in situ* demineralization (abstract). *J Dent Res* 75:36.

Case 1:07-cv-08379-RJS Document 22-16 Filed 10/26/2007 Page 18 of 18