# Exhibit S








YOU ARE HERE:    Sonicare Home    Dental Professionals    Clinical Studies    Comparison of brushing compliance with Sonicare...

- Why Sonicare?
- Oral Care & Your Health
- Brushes
- Sanitizers
- Owners

**Dental Professionals**
- Why Dispense Sonicare?
- Professional Products
- **Clinical Studies**
- Resources
- Sponsorships

:: Contact Us
:: Glossary

# Comparison of plaque removal by Sonicare FlexCare, Ultreo and Ultreo with ultrasonic function disabled

**Objective**
To compare the plaque removal efficacy of the Sonicare FlexCare and Ultreo power toothbrush with the ultrasonic function active and disabled

**Methodology**
Thirty five healthy adults, aged 21-51 years, participated in a single-blind, randomized, crossover design study assessing the plaque removal efficacy and safety of the Sonicare FlexCare and Ultreo power toothbrushes. The Ultreo power toothbrush was tested with and without a functioning ultrasonic feature while still maintaining the bristle motion. Each toothbrush was used for one week at home for familiarization. At the end of each period, subjects presented with 24 hours of plaque accumulation and then had an assessment of plaque using the Turesky modified Quigley and Hein Plaque Index before and after a two-minute supervised brushing with the assigned toothbrush. Safety was assessed in oral soft tissue examinations prior to all assessments of plaque.

**Results**
Sonicare FlexCare removed significantly more plaque than Ultreo

in either mode from the dentition overall (p<0.0001) as well as in all sub-regions of the mouth (p<0.0001), i.e., the posterior teeth (p<0.0001) and the interproximal spaces (p<0.0001). There was no significant difference in plaque removal from the dentition overall (p=0.52) between the Ultreo with ultrasonic function enabled or disabled. Both brushes were safe to use.

**Conclusion**
Sonicare FlexCare was found to remove significantly more plaque than Ultreo power toothbrushes with and without the ultrasonic function when assessed over the entire dentition (overall) as well as in hard-to-reach areas.



*Jenkins W, Wei J, Moritis K, Strate J. Data on file, 2007.*



Careers | Philips | Privacy policy | Terms of use | Site Map
©2004-2007 Koninklijke Philips Electronics N.V. All rights reserved.

United States / English