UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE PROCTOR & GAMBLE COMPANY,

    Plaintiff,

-v-

ULTREO, INC.,

    Defendant.

No. 07 Civ. 8379 (RJS)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/07

RICHARD J. SULLIVAN, District Judge:

    At a pre-motion conference held on October 24, 2007, the following schedule was established:

    The plaintiff will file their motion and supporting briefs on October 26, 2007.

    The defendant will file their opposition papers on November 30, 2007.

    Discovery shall commence immediately.

    The parties are to develop a joint scheduling and discovery order, identifying any disputes.

    The joint order is due on November 2, 2007.

    A status conference will be held on November 9, 2007, at 3 p.m.

SO ORDERED.

Dated:     October **26**, 2007
                New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE