UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
THE PROCTOR & GAMBLE COMPANY,

        Plaintiff,

        v.

ULTREO, INC.,

        Defendant.
-------------------------------------------------------------x

) Civil Action No. 07-Civ-8379 (RJS)
)
) ECF Case
)
)
)

*USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 10/30/07*

## ORDER FOR ADMISSION *PRO HAC VICE* OF STEPHEN P. DURCHSLAG ON WRITTEN MOTION

Upon the written motion of Defendant Ultreo, Inc., and the accompanying Affidavit of Anthony DiSarro, dated October 23, 2007 and the exhibits annexed thereto:

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's name: | Stephen P. Durchslag |
| Firm name: | Winston & Strawn LLP |
| Address: | 35 West Wacker Drive |
| | Chicago, Illinois, 60601 |
| Telephone: | (312) 558-5600 |
| Facsimile: | (312) 558-5700 |
| Email: | sdurchslag@winston.com |

is admitted to practice *pro hac vice* as counsel for Defendant Ultreo, Inc. in the above-captioned action in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

If this action is assigned to the Electronic Case Filing ("ECF") system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov.

Dated: Oct. 29, 2007
New York, New York

_____
Honorable Richard J. Sullivan
United States District Judge