UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
THE PROCTOR & GAMBLE COMPANY,    )
                                 )
            Plaintiff,           )
                                 ) Civil Action No. 07-Civ-8379 (RJS)
        v.                       )
                                 ) ECF Case
ULTREO, INC.,                    )
                                 )
            Defendant.           )
-----------------------------------------------------------------x

NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF
KIMBALL R. ANDERSON



**PLEASE TAKE NOTICE** that, upon the accompanying Affidavit of Anthony DiSarro, dated October 30, 2007 and the exhibits annexed thereto, the Defendant in the above-captioned action, Ultreo, Inc. ("Ultreo"), will move this Court before the Honorable Richard J. Sullivan, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an Order in the proposed form that is submitted herewith, granting the admission *pro hac vice* of Kimball R. Anderson to act as counsel in this matter for Ultreo pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and the Standing Order of this Court, dated October 26, 2006.

The full contact information for Kimball R. Anderson is as follows:

|  |  |
|---|---|
| Applicant's name: | Kimball R. Anderson |
| Firm name: | Winston & Strawn LLP |
| Address: | 35 West Wacker Drive |
|  | Chicago, Illinois, 60601 |
| Telephone: | (312) 558-5600 |
| Facsimile: | (312) 558-5700 |
| Email: | kanderson@winston.com |

Kimball R. Anderson is a member in good standing of the Bar of the State of Illinois.

There are no pending disciplinary proceedings against him in any state or federal court.

The requisite application fee of $25.00 is also submitted herewith.

Dated: October 30, 2007
      New York, New York

                              **Respectfully submitted,**

                              **WINSTON & STRAWN LLP**

                              By: _/s/ Lina M. Viviano_

                              Anthony DiSarro
                              Lina M. Viviano
                              200 Park Avenue
                              New York, New York 10166
                              (212) 294-6700 (telephone)
                              (212) 294-4700 (facsimile)
                              adisarro@winston.com
                              lviviano@winston.com

                              **Attorneys for Defendant Ultreo, Inc.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE PROCTOR & GAMBLE COMPANY,    )
                                 )
            Plaintiff,           )
                                 ) Civil Action No. 07-Civ-8379 (RJS)
      v.                         )
                                 ) ECF Case
ULTREO, INC.,                    )
                                 )
            Defendant.           )
------------------------------------------------------------x

### AFFIDAVIT OF ANTHONY DISARRO
### IN SUPPORT OF MOTION FOR THE ADMISSION *PRO HACE VICE* OF
### KIMBALL R. ANDERSON

**State of New York** )
                      ) ss:
**County of New York** )

**Anthony DiSarro**, being duly sworn, hereby deposes and says:

1. I am a member of the law firm of Winston & Strawn LLP, counsel of record for Defendant Ultreo, Inc. ("Ultreo") in the above-captioned action. I am familiar with the proceedings in this case and make this statement based on my personal knowledge of the facts set forth herein.

2. I submit this Affidavit pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and the Standing Order of this Court, dated October 25, 2006, in support of Ultreo's motion to admit Kimball R. Anderson as counsel *pro hac vice* to represent Ultreo in this matter.

3. I am a member in good standing of the bar of the State of New York and was admitted to the practice of law on April 22, 1987. I am also admitted to the bar of the United

States District Court for the Southern District of New York, and am in good standing with this Honorable Court.

4. I have known Mr. Anderson since 1994. He is a member of the law firm of Winston & Strawn LLP, counsel of record for Ultreo in this action, and is resident in the Chicago, Illinois office of our firm.

5. Mr. Anderson was admitted to practice before the courts of the State of Illinois on October 29, 1977, and is currently a member in good standing of the bar of that state. A Certificate of Good Standing issued by the State of Illinois and dated October 25, 2007, is annexed hereto as Exhibit A.

6. Mr. Anderson is a skilled attorney and a person of integrity. He is experienced in the federal practice of law and is familiar with the Federal Rules of Procedure. There are no pending disciplinary proceedings against him in any state or federal court. He is a person of high moral character.

7. Pursuant to the Local Rules of this Honorable Court, and its Standing Order dated October 25, 2006, I respectfully request that Kimball R. Anderson be permitted to appear *pro hac vice* in order to act as counsel to Ultreo in this matter.

8. The full contact information for Mr. Anderson is as follows:

| | |
|---|---|
| Applicant's name: | Kimball R. Anderson |
| Firm name: | Winston & Strawn LLP |
| Address: | 35 West Wacker Drive |
| | Chicago, Illinois, 60601 |
| Telephone: | (312) 558-5600 |
| Facsimile: | (312) 558-5700 |
| Email: | kanderson@winston.com |

9. The requisite fee of $25.00 is submitted herewith.

10. No novel issue of law is connected with the filing of this motion. Accordingly, I respectfully request that the Court waive the filing requirement, as set forth in Local Rule 7.1 of

this Court, of a supporting memorandum of law.

11. Annexed hereto is a proposed form of Order granting this motion.

12. There has been no prior application in this matter in connection with the form of relief requested by this motion.

13. I declare under penalty of perjury that the foregoing is true and correct.

WHEREFORE, I respectfully request that this motion to admit Kimball R. Anderson *pro hac vice* to represent Ultreo in the above-captioned action be granted.

Dated: New York, New York
October 30, 2007

Respectfully submitted,

_____
Anthony DiSarro

Sworn to before me this
30th day of October, 2007.

_____
Notary Public

My Commission Expires on: 2/14/2010

HILBANIA DEJESUS
Notary Public, State of New York
No. 01DE6037376
Qualified in Queens County
Commission Expires Feb. 14, 2010

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Kimball Richard Anderson

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on October 29, 1977 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, October 25, 2007.

*Juleann Hornyak*
Clerk

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 30, 2007, I caused a copy of the foregoing:

1. NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF KIMBALL R. ANDERSON;

2. AFFIDAVIT OF ANTHONY DISARRO IN SUPPORT OF MOTION FOR THE ADMISSION *PRO HACE VICE* OF KIMBALL R. ANDERSON; and

3. [PROPOSED FORM OF] ORDER FOR ADMISSION *PRO HAC VICE* OF KIMBALL R. ANDERSON ON WRITTEN MOTION (attached to DiSarro Affidavit),

to be served upon counsel by Fed Ex overnight mail delivery on the following individuals:

Theresa M. Gillis, Esq.
Harold Keith Gordon, Esq.
**JONES DAY**
222 East 41st Street
New York, New York 10017

John B. Williams, Esq.
Danielle M. Hohos, Esq.
**JONES DAY**
51 Louisiana Avenue, North West
Washington, D.C. 20001

**Attorneys for the Proctor & Gamble Company**

Dated: New York, New York
       October 30, 2007

*[signature]*
Lina M. Viviano

NY:1141830.1