UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/07
```

------------------------------------------------------------x

THE PROCTOR & GAMBLE COMPANY,          )
                                       )
            Plaintiff,                 )
                                       ) Civil Action No. 07-Civ-8379 (RJS)
            v.                         )
                                       )
ULTREO, INC.,                          ) ECF Case
                                       )
            Defendant.                 )
------------------------------------------------------------x

## ORDER FOR ADMISSION *PRO HAC VICE* OF KIMBALL R. ANDERSON
## ON WRITTEN MOTION

Upon the written motion of Defendant Ultreo, Inc., and the accompanying Affidavit of

Anthony DiSarro, dated October 30, 2007 and the exhibits annexed thereto:

### IT IS HEREBY ORDERED that:

| | |
|---|---|
| Applicant's name: | Kimball R. Anderson |
| Firm name: | Winston & Strawn LLP |
| Address: | 35 West Wacker Drive |
| | Chicago, Illinois, 60601 |
| Telephone: | (312) 558-5600 |
| Facsimile: | (312) 558-5700 |
| Email: | kanderson@winston.com |

is admitted to practice *pro hac vice* as counsel for Defendant Ultreo, Inc. in the above-captioned

action in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing the discipline of attorneys.

If this action is assigned to the Electronic Case Filing ("ECF") system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov.

Dated: **Nov. 5, 2007**
New York, New York

Honorable Richard J. Sullivan
United States District Judge