UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE PROCTER & GAMBLE COMPANY,   )
                                )
            Plaintiff,          )
                                ) Civil Action No. 07-Civ-8379 (RJS)
       v.                       )
                                ) Electronically Filed
ULTREO, INC.,                   )
                                ) NOTICE OF APPEARANCE
            Defendant.          )
------------------------------------------------------------x

     **PLEASE TAKE NOTICE** that the undersigned attorney hereby certifies that he is duly admitted, by Order dated November 6, 2007, to practice *pro hac vice* in this Honorable Court, appears as co-counsel of record for Defendant, Ultreo, Inc., in the above-captioned case, and further requests that copies of all papers in this action be served upon him at the address set forth below.

Dated: New York, New York
       November 8, 2007

                **Respectfully submitted,**

                By: /s/ Marc C. Levy
                Marc C. Levy
                Kirkpatrick & Lockhart Preston Gates Ellis LLP
                925 Fourth Avenue, Suite 2900
                Seattle, Washington 98104
                Telephone: (206) 623-7580
                Email: marc.levy@klgates.com

                and

                Anthony DiSarro
                Lina M. Viviano
                Winston & Strawn LLP
                200 Park Avenue
                New York, New York 10166

                Kimball R. Anderson
                Stephen P. Durchslag
                Winston & Strawn LLP
                35 West Wacker Drive
                Chicago, Illinois, 60601

                **Attorneys for Defendant Ultreo, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on November 8, 2007, a copy of the foregoing **NOTICE OF APPEARANCE** was served upon counsel by: (1) ECF notice of filing with the Court; and (2) Fed Ex overnight mail delivery on the following individuals:

Harold K. Gordon, Esq.
Laura W. Sawyer, Esq.
**JONES DAY**
222 East 41st Street
New York, New York 10017

John B. Williams, Esq.
Danielle M. Hohos, Esq.
**JONES DAY**
51 Louisiana Avenue, North West
Washington, D.C. 20001

**Attorneys for the Procter & Gamble Company**

Dated: New York, New York
November 8, 2007

_____
Allison Schrader Dunn