Please just scan.

We will use the original file date that is on this document.

Do not add the electronically filed stamp or change the date.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV. 5, 07

SULLIVAN, J,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

THE PROCTER & GAMBLE COMPANY,  )
                                                      )
         Plaintiff,                    )    No. 07 Civ. 8379 (RJS)
                                                      )
         v.                            )
                                                      )    ECF CASE
ULTREO, INC.,                       )
         Defendant.            )

---------------------------------------------------------x

### STIPULATED EXPEDITED DISCOVERY AND PRELIMINARY INJUNCTION MOTION SCHEDULING ORDER

WHEREAS the parties have met and conferred to develop a discovery and scheduling order related to Plaintiff's Motion for a Preliminary Injunction; and

WHEREAS the parties have submitted the following expedited discovery and preliminary injunction scheduling order;

The Court HEREBY adopts the following discovery and scheduling provisions:

1. Plaintiff's document production has already commenced and will proceed on a rolling basis to be completed on or before November 16, 2007, with responses and objections to Defendant's document requests due on or before November 7, 2007;

2. Defendant's document production will commence November 9, 2007 and will proceed on a rolling basis to be completed on or before November 20, 2007, with responses and objections to Plaintiff's document requests due on or before November 7, 2007;

Returned to chambers for scanning on 11/16/07
RE  Scanned by chambers on 11/19/07

3. Depositions of Plaintiff's fact witnesses will be completed on or before November 30, 2007;

4. Depositions of Defendant's witnesses will be completed on or before December 12, 2007;

5. Plaintiff shall file a declaration by its expert, which shall contain the information required under Fed. R. Civ. P. 26 (a)(2)(B), on or before November 27, 2007 and such expert shall be deposed by December 5 (assuming availability);

6. Any declarations from Defendant's experts in its opposition papers filed on November 30 shall contain the information required by Fed. R. Civ. P. 26 (a)(2)(B);

7. ~~The Court will entertain a two-day hearing on Plaintiff's Motion for a Preliminary Injunction during the period of December 19-21, 2007, dates and times to be determined by the Court;~~ *Preliminary Injunction Hearing Scheduled For December 19, 2007 @ 9:15am*

8. Plaintiff's and Defendant's direct examination declarations, exhibits and pre-hearing briefs are due one week prior to the first date set for the hearing.

Dated: November 1, 2007
      New York, New York

*[signature]*

Laura W. Sawyer (LS-4385)
Jones Day
222 East 41st Street
New York, NY 10017-6702
(212) 326-3939 (telephone)

John B. Williams
Danielle M. Hohos
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3939

*Attorneys for Plaintiff*
*The Procter & Gamble Company*

*[signature]*

Anthony DiSarro
Lina M. Viviano
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700 (telephone)
(212) 294-4700 (facsimile)
adisarro@winston.com (email)
lviviano@winston.com (email)

Kimball R. Anderson
Stephen P. Durchslag
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600 (telephone)

*Attorneys for Defendant*
*Ultreo, Inc.*

It is so ORDERED.

*[signature]*
RICHARD J. SULLIVAN
UNITED STATES DISTRICT COURT JUDGE

11/2/07