# WINSTON & STRAWN LLP

| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 | 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 |
|---|---|---|
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | (212) 294-6700 | 21 AVENUE VICTOR HUGO<br>75116 PARIS, FRANCE |
| BUCKLERSBURY HOUSE<br>3 QUEEN VICTORIA STREET<br>LONDON, EC4N 8NH | FACSIMILE (212) 294-4700<br><br>www.winston.com | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894<br><br>1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 |

LINA M. VIVIANO
(212) 294-6809
lviviano@winston.com

November 26, 2007



**BY HAND**

The Honorable Richard J. Sullivan
United States Courthouse
500 Pearl Street – Room 615
New York, New York 10007

Re: *Procter & Gamble v. Ultreo, Inc.,* **Case No. 07 Civ. 8379 (RJS)**

Dear Judge Sullivan:

We represent Ultreo, Inc. ("Ultreo") in the above-captioned action.

On Friday, November 30, 2007, Ultreo will file its papers in opposition to Plaintiff, The Procter & Gamble Company ("P&G's"), motion for a preliminary injunction. Your Honor's Individual Practices state that opposing memoranda of law should be limited to 25 pages. Pursuant to those rules, we respectfully request that the Court grant Ultreo permission to file a slightly longer memorandum of law – *i.e.*, 30 pages, rather than 25 pages.

Counsel for P&G, the Jones Day firm, has informed us that P&G does not object to Ultreo's request.

Respectfully,

Lina M. Viviano

cc: Laura W. Sawyer, Harold K. Gordon, John B. Williams, Danielle M. Hohos
(By Facsimile and Fed Ex Overnight Delivery)

*[Handwritten: Denied. 25 pages should be sufficient to address the relevant legal and factual issues. SO ORDERED. RICHARD J. SULLIVAN, U.S.D.J.]*

NY:1148924.1