# Exhibit B

# List of Materials Considered by Yoram (Jerry) Wind

## Description

### *Pleadings*

1) Complaint, *The Procter & Gamble Company v. Ultreo, Inc.* Before the United States District Court, Southern District of New York, No. 07 Civ. 8379 (RJS), September 27, 2007

2) Motion for a Preliminary Injunction and Memorandum of Law in Support, and supporting documents, October 26, 2007

3) Stipulated Confidentiality Order

### *Deposition Testimony*

1) Deposition of Thomas D. Dupont, Ph.D., and attached Exhibits, November 14, 2007

### *Other Materials*

1) *Harris Interactive Website*:
   http://www.harrisinteractive.com/partner/pubs/HI_Panel_Overview.pdf

2) *Manual for Complex Litigation* § 11.493 at 103

3) Aaker, David A., V. Kumar and George S. Day, *Marketing Research*, Eighth Edition, (New York: Wiley, 2004)

4) Bennett, Peter D., *Dictionary of Marketing Terms*, (Chicago, IL: American Marketing Association, 1988)

5) Churchill, Jr., Gilbert A and Dawn Iacobucci, *Marketing Research: Methodological Foundations*, Ninth Edition, (Fort Worth, TX: Harcourt, 2005)

6) Green, Paul E., Donald S. Tull and G. Albaum, *Research for Marketing Decisions*, Fifth Edition, (Englewood Cliffs, NJ: Prentice-Hall, 1990)

7) Lehmann, Donald R., Sunil Gupta, and Joel Steckel, *Marketing Research*, (Boston, MA: Addison-Wesley, 1998)

8) Rosenthal, Robert and Ralph L. Rosnow, *Essentials of Behavioral Research*, Second Edition, (New York, NY: McGraw-Hill, 1991)

9) Schmittlein, David C., and Jerry Wind. "Inferring Causality in Consumer Perception Studies in Litigation Contexts." *Advances in Claim Substantiation*, New York: Council of Better Business Bureaus, Inc., April 30, 1991, 161-170.

10) Shadish, William R., Thomas D. Cook, and Donald T. Campbell, *Experimental and Quasi-Experimental Designs for Generalized Causal Inference*, (Boston, MA: Houghton Mifflin, Co, 2002)

**Bates Numbered Documents**

PG000789 - PG000791