# Exhibit B



# PHILIPS

 United States / English          Search          ▶                    ▶ Contact & :

About Philips       Consumer Products       Lighting       Medical Systems

  

**YOU ARE HERE:** Sonicare Home    Why Sonicare?    **Sonic Technology**

**Why Sonicare?**

Proven Results

**Sonic Technology**

Benefits

Opinions

No-risk Guarantee

Oral Care & Your Health

Products

Owners

Dental Professionals

Brush Head Reminder

:: Contact Us

:: Glossary

# Sonic Technology

Sonicare's technology is designed to deliver superior results.

The Sonicare toothbrushes are inspired by dental equipment and therefore create dynamic fluid cleaning action. It works like tiny, but powerful waves, dislodging plaque that isn't normally reachable by a manual brush, nor the oscillating or rotating movement of other power brushes. In fact, Dynamic Fluid Cleaning Action can actually make it easier to clean plaque below the gumline

The bristles on a Sonicare play an important part too. Their high velocity movement creates the Dynamic Fluid Cleaning Action, and allows for direct contact with each tooth. Sonicare's bristles are also designed to be extra gentle on teeth and gums.

The first time you use a Sonicare, you'll notice that the cleaning technique feels entirely different than any other toothbrush. Now you'll know it's because it cleans in a way that is completely unique from any other toothbrush.

+ Watch a brush head in action

**A Brief History of Sonic Technology**

Sonicare toothbrushes were brought to market by Optiva Corporation in the late 80s. Royal Philips acquired Optiva in 2000 as part of the product division Domestic Appliances and Personal Care. Since its inception Sonicare has grown from a small entrepreneurial venture capital company to become a global manufacturer of a successful consumer and dental professional proposition in electronic toothbrushes which is now the power toothbrush brand most used and recommended by dental professionals.

For further information please contact Terry Fassburg of Philips Electronics.

**Elite 9500**

Now with the Custom Care System, you can tailor your brushing experience to your personal oral care needs.

+ Learn more about the Elite

NYSE | US$ 37.38

Philips | Privacy policy | Terms of use | Site Map
©2004-2006 Koninklijke Philips Electronics N.V. All rights reserved.

SAVE UP TO $15



**PHILIPS** sense and simplicity

New Sonicare FlexCare
and UV Sanitizer

**PHILIPS**
**sonicare**



Ask your dental
professional about
FlexCare

Find out why Sonicare is the #1 recommended
brand by dental professionals—and how
improving your oral health can lead to better
overall health.

Then, be sure to purchase your FlexCare and
return the attached rebate form to enjoy
your savings and a healthier smile.

Use your
rebate today
and save up to
$15



**PHILIPS**
**sonicare**

Redefine clean

Significantly improved oral health.
Guaranteed.

Use Sonicare and we guarantee noticeable results
and better checkups or your money back.

Visit sonicare.com or call 1-800-682-SONIC (7664)

1, 2, 3 Data on file.
© 2007 Philips Oral Healthcare, Inc. All rights reserved. PHILIPS and the Philips shield are trademarks of PHILIPS Electronics N.V. Sonicare, and the Sonicare logo are trademarks of Philips Oral Healthcare and/or KYOCN. www.sonicare.com

7003453

Save up to $15
on your new FlexCare.



To receive your Philips Sonicare rebate:

1. Purchase the products below from your dental professional's office
   or retail stores on or before 12/31/08:
   ☐ Save $10 on a Sonicare FlexCare, Elite, or Essence*
   ☐ Save $5 on Sonicare ProResults or e-Series brush heads
   (2 single-packs or 1 multi-pack)

2. Enclose:
   • this rebate form
   • the original sales receipt (please circle the Sonicare purchase price)
   • proof of purchase—cut out and attach the bar code from the
     bottom of the package

3. Mail to: Sonicare Rebate, PO Box 29367
   Shawnee Mission, KS 66220-5367

| First Name | | Last Name | |
|---|---|---|---|
| Mailing Address | | | |
| City | State | Zip | |
| Phone | | Email | |

*Offer not valid on Professional/Trial Models or Sonicare Essence e5800. Offer valid on select Sonicare only. No photocopies will be accepted. Not redeemable in retail stores. Offer valid through 12/31/08. Please allow 6-8 weeks for redemption. Limit one per individual or address. Resellers are not eligible. May not be combined with other offers. Keep copies of all submitted materials for your records. Lost or stolen, damaged or expired rebate checks/forms will not be replaced. Offer good only in the U.S. and void where prohibited, restricted or taxed by law. Allow 8-10 weeks for redemption.

1026SH



## The new Philips Sonicare FlexCare

The new FlexCare, the most effective toothbrush in the Philips Sonicare family, delivers improved plaque removal and advanced features.

Powered by our patented sonic technology, Sonicare cleans beyond the bristles to remove plaque deep between the teeth and along the gumline. Sonicare gives you naturally whiter teeth and healthier gums. Guaranteed.

## Significantly improved oral health, guaranteed



* FlexCare removes significantly more plaque than Oral-B Triumph and Sonicare Elite[1]
* FlexCare is clinically proven to help reduce gingivitis[2]
* FlexCare is proven gentle on teeth, gums, as well as restorations, implants, and braces[3]

## ProResults brush head for better tooth coverage

The new FlexCare ProResults brush head conforms to your teeth to remove more plaque with:

* Contour-fit bristles
* A wider bristle range for a broader sweeping motion



Cleans beyond the bristles

Plus, ProResults brush heads are easy to use and maintain.

## FlexCare features can help improve your brushing habits

Modes and routines adapt to your brushing needs:

* **Clean** for everyday superior brushing
* **Sensitive** or **Massage** to meet your varying oral care needs
* **MaxCare** for a thorough full-mouth cleaning and massage
* **GoCare** for a quick clean between regular brushing

## New brush head sanitizer

FlexCare also has a convenient UV sanitizer that kills up to 99% of bacteria* on your brush head. The sanitizer is built-in to the charger base in select FlexCare models.





## Advanced features designed around you

**NEW ProResults brush head** New brush head design delivers a broader sweeping motion for better plaque removal.

**Two brush head sizes** Standard is ideal for complete cleaning. Compact provides precision cleaning.

**NEW Multiple needs, one solution**
3 Flexible brushing modes
2 Personalized cleaning routines

**Quadpacer** 30-second timer encourages even cleaning throughout your mouth.

**Deluxe recharge gauge** Green light indicates battery charge and yellow light signals when to recharge.

**NEW Multi-voltage compact travel charger** New compact charger lets you enjoy FlexCare while you're on the go.



**PHILIPS**

sense and simplicity

Consumer Products    Lighting    M

• Contact & Support    |







the sonic toothbrush

**YOU ARE HERE:** Sonicare Home    Why Sonicare?    **Sonic Technology**

**Why Sonicare?**

Proven Results

**Sonic Technology**

Benefits

Opinions

No-risk Guarantee

Environmental Policy

Oral Care & Your Health

Brushes

Sanitizers

Owners

Register Your Sonicare

Dental Professionals

:: Contact Us

:: Glossary

# Sonic Technology

Sonicare's technology is designed to deliver superior results.

Sonicare toothbrushes, inspired by the sonic technology used in dental offices, have dynamic cleaning action to reduce plaque along the gumline.

The bristles on a Sonicare play an important part too. Their high velocity movement creates the dynamic cleaning action, and allows for direct contact with each tooth. Sonicare's bristles are also designed to be extra gentle on teeth and gums.

The first time you use a Sonicare, you'll notice that the cleaning technique feels entirely different than any other toothbrush. Now you'll know it's because it cleans in a way that is completely unique from any other toothbrush.

+ Watch a brush head in action

**A Brief History of Sonic Technology**

Sonicare toothbrushes were brought to market by Optiva Corporation in the late 80s. Royal Philips acquired Optiva in 2000 as part of the product division Domestic Appliances and Personal Care. Since its inception Sonicare has grown from a small entrepreneurial venture capital company to become a global manufacturer of a successful consumer and dental professional proposition in electronic toothbrushes which is now the power toothbrush brand most recommended by dental professionals.

For further information please contact Terry Fassburg of Philips Electronics.

**Sonicare FlexCare**

Sonicare's top model offers personal care settings along with an improved brush head design.

+ Learn more about Sonicare FlexCare

AEX | EUR 29,83

Careers | Philips | Privacy policy | Terms of use | Site Map
©2004-2007 Koninklijke Philips Electronics N.V. All rights reserved.

 United States / English

# PHILIPS
sense and simplicity





**YOU ARE HERE:** Sonicare Home    Why Sonicare?    **Benefits**

**Why Sonicare?**

Proven Results

Sonic Technology

**Benefits**

What Makes it Worth the Cost?

Opinions

No-risk Guarantee

Environmental Policy

Oral Care & Your Health

Brushes

Sanitizers

Owners

Register Your Sonicare

Dental Professionals

:: Contact Us

:: Glossary

# Benefits

**Positive Impact on Overall Health**
You will be hearing about it more and more: your oral health is linked to your overall health.

Often, issues with your oral health can be an indicator of—or even more importantly—directly effect your overall health. For instance, certain medical conditions require particular attention to oral care. For instance, some conditions, such as diabetes, require that you pay special attention to your teeth and gums in order to better maintain your health.

+ Read about the oral health/overall health connection

**Healthier Gums**
When plaque accumulates between the teeth and gums, it becomes an irritant to the gum tissues causing gingivitis, the most common form of gum disease. Sonicare is clinically proven to reduce gingivitis.

Sonicare also helps to shrink periodontal pockets, which form between the teeth and the gums when gingivitis goes untreated. Periodontal pockets are especially problematic because plaque and debris from food collect in the pocket, which can eventually result in the loss of teeth.

+ View the proven results

**Superior Plaque Removal**
Sonicare's dynamic action cleans teeth resulting in superior plaque removal making it a step forward in anyone's oral care.

+ View the proven results

**An Investment in Your Oral Health**
Giving your mouth the attention and care it deserves can really pay off. While it doesn't mean you should say goodbye to the

**Sonicare FlexCare**
Sonicare's top model offers personal care settings along with an improved brush head design.
+ Learn more about Sonicare FlexCare

dentist's office forever, using a Sonicare can help remove plaque and prevent in the development of gingivitis.

+ Read what makes Sonicare worth the cost

### Gentle Brushing

Although it removes hidden plaque from hard-to-reach areas, the Sonicare toothbrushes' technology is gentle on teeth and gums requiring a lot less pressure from the user. But more importantly, research has shown increased compliance in users with the Sonicare toothbrushes.

+ Learn how sonic technology works

### Healthier & Naturally Whiter Teeth

People notice the Sonicare difference in more ways than one. Right away your teeth are cleaner, leading to improved oral health. We are so confident that you will see and feel improvement that Sonicare is backed by a 90-Day Satisfaction Guarantee, or your money back.

+ Read about Sonicare's no-risk guarantee

NYSE | US$ 43.50

Careers | Philips | Privacy policy | Terms of use | Site Map

©2004-2007 Koninklijke Philips Electronics N.V. All rights reserved.

 United States / English



Consumer Products    Lighting    M

• Contact & Support                |





**YOU ARE HERE:**    Sonicare Home    Dental Professionals    Why Dispense Sonicare?

Why Sonicare?

Oral Care & Your
Health

Brushes

Sanitizers

Owners

Register Your Sonicare

Dental Professionals

   Why Dispense
   Sonicare?

    Superior Technology

    Proven Results

    Improved Compliance

    Peer Opinions

   Professional Products

   Clinical Studies

   Resources

   Sponsorships

:: Contact Us

:: Glossary

# Why Dispense Sonicare?

**Sonicare uses superior technology**
Sonicare toothbrushes use a technology that generates high
amplitude and high frequency bristle motion, which in turn
creates dynamic cleaning activity. The resonating motion of the
bristles is gentle on dentin, yet penetrates deeply into
interproximal spaces.
+ More about Sonicare technology

Philips Sonicare is backed by more than 140 abstracts
representing clinical and laboratory studies at over 40
universities and research institutions worldwide.
+ More about Sonicare's proven results

**Sonicare can improve patient compliance**
Patient compliance can be improved by the visible results that
Sonicare delivers in only 28 days. For many, seeing whiter teeth
is a great motivator for patients to stay on the path to long-term
oral care improvements. And as you know, there is new data
showing that better oral health can have an impact on overall
health.
+ More about improved patient compliance

**Dental professionals recommend Sonicare**
Sonicare is the most recommended power toothbrush by U.S.
dental professionals. Find out what your peers think.
+ Read peer opinions

AEX | EUR 29,83

Careers | Philips | Privacy policy | Terms of use | Site Map
©2004-2007 Koninklijke Philips Electronics N.V  All rights reserved.

    United States / English



**PHILIPS**

sense and simplicity

Consumer Products    Lighting    M-

• Contact & Support    |



**PHILIPS**
**sonicare**

**YOU ARE HERE:** Sonicare Home    Dental Professionals    Why Recommend Sonicare?    **Superior Technology**

Why Sonicare?

Oral Care & Your Health

Brushes

Sanitizers

Owners

Register Your Sonicare

Dental Professionals

**Why Dispense Sonicare?**

Superior Technology

Proven Results

Improved Compliance

Peer Opinions

Professional Products

Clinical Studies

Resources

Sponsorships

:: Contact Us

:: Glossary

# Superior Technology

Philips believes in inventing technologies and designing products around the people that use them. Therefore, Sonicare is always improving the products they make. That's why the sonic technology that moves the Sonicare bristles is proven to deliver results that the patient can feel and that you can see.

Sonicare is based on a technology that is extremely advanced.

**Here are the basics on how it works:**

- Sonicare achieves its bristle velocity through a combination of high frequency and high amplitude bristle motion.
- This velocity generates dynamic action.
- Dynamic action is gentler on dentin than a manual or an oscillating toothbrush. This action cannot be achieved by oscillating, spinning, rotating, or pulsating brushes.
- The cleaning power of dynamic action, coupled with the specially designed bristle orientation, results in deep penetration of interproximal spaces.
- This process results in a distinctly different brushing experience.

**Sonicare FlexCare**

Sonicare's top model offers personal care settings along with an improved brush head design.
+ Learn more about Sonicare FlexCare

NYSE | US$ 43.46

Careers | Philips | Privacy policy | Terms of use | Site Map
©2004-2007 Koninklijke Philips Electronics N.V. All rights reserved.

    United States / English

# Exhibit C

An MWC Publication
October 2004 / Vol. 25, No. 10 (Suppl 1)

A Supplement to

# Compendium

of Continuing Education in Dentistry®

Review of Clinical Research on the
IntelliClean System from Sonicare® and Crest



*Supported by Philips Oral Healthcare, Inc, and The Procter & Gamble Company*
© 2004. Medical World Business Press, Inc.


of Continuing Education in Dentistry®

A Realistic and Clinically Efficacious Way to Foster Patient
Compliance with Home Oral Care Regimens

Throughout the course of routine practice, clinicians and hygienists encounter challenging patients who do not fully comply with the daily routines necessary to sustain sound oral health. They may not brush for the recommended full 2 minutes twice each day, or properly floss between their teeth and gums. In our efforts to promote the importance of correctly performing these tasks, we communicate the devastating and potentially painful consequences of unchecked food acids and gingivitis, as well as the documented link between oral bacteria and systemic disease.

If we've piqued their concern enough to warrant questions regarding appropriate products to use, we are then faced with guiding them through myriad toothbrushes, dentifrices, flosses, etc, to those best suited to their clinical needs, personal preferences, and, most importantly, personal habits. And that, for all dental professionals, becomes an additional challenge, because manufacturers have employed creative concepts to entice and intrigue the public into purchasing products that claim to make daily oral care easier, more comfortable, and even more enjoyable. Research-based recommendations to our patients are our obligation, but issues of compliance still loom.

To induce compliance, what we need to introduce to our patients is a product that (1) intrinsically encourages its regular and proper use; (2) "automates" compliance with accepted brushing regimens; and (3) achieves the clinically proven efficacy and benefits that we, as dental health care providers, want for our patients.

To this end, this supplement to *The Compendium of Continuing Education in Dentistry* is dedicated to empowering you with research-based support for the new IntelliClean System from Sonicare® and Crest®, a single product that achieves all of these objectives as proven through the extensive research documented on the following pages. The IntelliClean System is intuitively designed to combine proven Sonicare® technology with the efficacy of a specially formulated Crest® liquid toothpaste. As a result, you can be assured that your patients will demonstrate heightened oral care compliance, caused in part by their ability to personalize the brushing experience while still adhering to the recommended 2-minute brushing regimen. Overall, the research data presented in this supplement suggest that the IntelliClean System is a breakthrough innovation in oral care that can deliver meaningful results to your patients and keep them compliant with the home oral care regimens necessary for improved oral health.

Sincerely,

*D.Walter Cohen*

Dr. D. Walter Cohen
*Dean-Emeritus, University of Pennsylvania, School of Dental Medicine*
*Chancellor-Emeritus, Drexel University College of Medicine*
*Editor-in-Chief,*
The Compendium of Continuing Education in Dentistry

This supplement to *The Compendium* was supported by Philips Oral Healthcare, Inc, and The Procter & Gamble Company.

PG007056

IntelliClean System From Sonicare® and Crest

# Table of Contents

**A Novel Oral Hygiene System Through Integration of a Sonic Toothbrush and Liquid Toothpaste**
Douglas J Dudgeon, PhD; Ashley P Barlow, BS, DPharmMed
4

**Plaque Reduction Over Time of an Integrated Oral Hygiene System**
Martha E Nunn, DDS, PhD; C Douglas Ruhlman, DMD; Philip R Mallatt, DDS;
Sally M Rodriguez, MS; Katherine M Ortblad, RDH, MHA
8

**Effect of a Novel Integrated Power Toothbrush and Toothpaste Oral Hygiene System on Gingivitis**
Ashley P Barlow, BS, DPharmMed; Xiaojie Zhou, PhD; Judith Roberts, BDH; Paddy Colgan, BDS
15

**Pharmacodynamic and Pharmacokinetic Effects in Gingival Crevicular Fluid From Re-dosing During Brushing**
Ashley P Barlow, BS, DPharmMed; Xiaojie Zhou, PhD; John E Barnes, BS; Steve H Hoke, PhD; Thomas H Eichhold, MBA;
Roger D Gibb, PhD; Nivedita B Ramji, PhD; Tao He, DDS, PhD; Sheri A Hunt, PhD; Michael J Kowolik, BDS, PhD;
Marta Somogyi-Mann, MSc
21

**Brushing Compliance with a Novel Integrated Power Toothbrush and Toothpaste Oral Hygiene System**
Jill Rechman, RDH, BA; Frauke Neuser, PhD; Ashley P Barlow, BS, DPharmMed
28

**Stain Reduction of an Integrated Oral Hygiene System**
Martha E Nunn, DDS, PhD; Eros S Chaves, DDS, MS, DMD; Andrew C Gallagher, DMD; Sally M Rodriguez, MS;
Katherine M Ortblad, RDH, MHA
36

**In vitro Evaluation of the Efficacy and Safety of the IntelliClean System: Interproximal Biofilm Removal and Dentin Substrate Wear**
Anson F Yuen, MS; Ron Nelson, BS; Matthew R Johnson, MS; Christopher McInnes, BSME, PhD; Hung Kim Nguyen, BS;
John A Sorensen, DMD, PhD
44

Senior Vice-President of Medical/Dental Divisions, Daniel W. Perkins; Vice President and Group Publisher, Anthony Angelini; Chief Operating Officer, Medical and Dental Group, Robert Issler; Editorial Director, Special Projects, Brian Benbrook; Associate Projects Editor, Lisa M. Neuman; Projects Coordinator, Dawn Lagrosa; Associate Editor, Lee Ann Pascarella; Copy Editor, Jill Olivero; Design Director, Special Projects, Wayne Williams; Projects Director, Susan M. Carr; Director of Quality Assurance, Barbara Marino; Director of Production and Manufacturing, Elizabeth Long; North East Regional Sales Manager, Jeffrey E. Gordon; West Coast Regional Sales Manager, Michael Gee; Executive Assistant, Thelia McCormick; Executive and Advertising Offices, Dental Learning Systems, 241 Forsgate Drive, Jamesburg, NJ 08831-1676, Phone (732) 656-1143, Fax (732) 656-1148.

The Compendium of Continuing Education in Dentistry is published monthly with an extra issue in October by Dental Learning Systems. Copyright © 2004, Medical World Business Press, Inc./A division of Medical World Communications, Inc. All rights reserved. No part of this issue may be reproduced in any form without written permission from the publisher. Medical World Communications Corporate Officers: Chairman/CEO, John J. Hennessy; President, Curtis Pickelle; Chief Financial Officer, Steven Resnick.

The views and opinions expressed in the articles appearing in this publication are those of the author(s) and do not necessarily reflect the views or opinions of the editors, the editorial board, or the publisher. As a matter of policy, the editors, the editorial board, the publisher, and the university affiliate do not endorse any products, medical techniques, or diagnoses, and publication of any material in this journal should not be construed as such an endorsement.

WARNING: Reading an article in The Compendium does not necessarily qualify you to integrate new techniques or procedures into your practice. The Compendium expects its readers to rely on their judgment regarding their clinical expertise and recommends further education when necessary before trying to implement any new procedure.
Printed in the U.S.A. D532


Medical World

# A Novel Oral Hygiene System Through Integration of a Sonic Toothbrush and Liquid Toothpaste

Douglas J Dudgeon, PhD
*Scientific Affairs Manager*
*Philips Oral Healthcare, Inc*
*Snoqualmie, Washington*

Ashley P Barlow, BS,
DPharmMed
*Senior Scientist*
*Procter & Gamble*
*Technical Centres Ltd*
*Egham, Surrey, UK*

**Abstract:** *A novel system for home oral hygiene, the IntelliClean System from Sonicare® and Crest® is an integrated sonic toothbrush and liquid-toothpaste dispensing system. New research has established the ability of this system to reduce plaque, especially in interproximal regions, and to reduce gingivitis. The unique capability for the user to reapply liquid toothpaste during brushing (ie, re-dose) allows for a greater reduction in bacteria in the sulcus and an enhanced in-use experience that leads to improved compliance with brushing instruction, specifically longer brushing times. Through in vitro and in vivo studies, the system and its constituents have been shown to be safe for daily use.*

Dental professionals recognize the importance of regular oral hygiene by their patients at home and understand the power of a simple regimen of brushing twice daily for 2 minutes with a fluoride toothpaste and flossing between teeth once a day. Both brushing and flossing require good technique for the patient to maintain or improve oral health, and, quite naturally, patient education and encouragement are routinely incorporated into office visits. The results are mixed, of course, depending on the patients, their ability, and their interest. Cleaning between teeth is especially problematic for many patients, including those who floss regularly but do not use proper technique.

There is still a clear need for products that offer improved interproximal cleaning. Philips Oral Healthcare, Inc, and The Procter & Gamble Company have jointly developed the new IntelliClean System from Sonicare®[a] and Crest®[b] to address this need (Figure 1). The IntelliClean System combines the proven sonic technology of the Sonicare® power toothbrush family with a liquid toothpaste specially formulated to work with the toothbrush's patented high-speed bristle motion. At the push of a button, the toothpaste is dispensed from a replaceable cartridge inside the toothbrush handle directly to the bristles (Figure 2), and the user can operate the toothpaste pump to dispense additional toothpaste on demand during brushing for targeted cleaning in particular areas. The toothbrush motion liquefies the toothpaste and, as reported elsewhere in this supplement, drives the cleaning ingredients between teeth and into the gingival sulcus.[1] Although the IntelliClean System is not intended to replace daily flossing, it can provide better cleaning between teeth for many patients, bringing them one step closer to the results of daily flossing.

The Sonicare® toothbrush within the IntelliClean System is built fundamentally on the same platform as the Sonicare® Elite®[a] toothbrush, which

[a]Philips Oral Healthcare, Inc, Snoqualmie, WA 98065; 800-676-SONIC
[b]The Procter & Gamble Co, Cincinnati, OH 45202; 800-492-7378

Case 1:07-cv-08379-RJS   Document 37-3   Filed 11/30/2007   Page 18 of 95

was described by McInnes and Pace.[2] Central to both is the patented 260-Hz,[3] side-to-side motion of the bristle tips,[3] which creates dynamic fluid activity in the mouth. According to in vitro studies conducted by Hope and Wilson[4] and Adams and colleagues,[5] such fluid activity can remove plaque from beyond the reach of the bristles significantly better than a rotational-oscillation power toothbrush. The IntelliClean System also incorporates the "double scallop" bristle trim profile of Elite®, so that the bristles fit the natural contour of teeth. The thin, oval head shape with broadly rounded edges allows for good accessibility to the back of the mouth while remaining gentle against soft tissue.

*Dental professionals recognize the importance of regular oral hygiene by their patients at home and understand the power of a simple regimen of brushing twice daily for 2 minutes with a fluoride toothpaste and flossing between teeth once a day.*

The Crest® IntelliClean liquid toothpaste[b] has a unique rheological profile optimized specifically for the IntelliClean System. Under the high shear conditions of pumping or brushing, it is thin enough to be readily dispensed by the pump, dispersed quickly in saliva, and transported between the teeth and into the sulcus under the action of the brush's high-speed bristle action; conventional toothpastes are not readily pumped and do not mix so easily in the mouth with the Sonicare® bristle motion. Under low shear conditions, the IntelliClean liquid toothpaste remains viscous enough to stand on the bristle tips. According to the manufacturer, the liquid toothpaste additionally has levels of foaming and flavor that consumers rate highly and that may be lacking in other toothpastes when used with a sonic toothbrush.

The IntelliClean liquid toothpaste is available in standard and whitening formulas. Both varieties contain sodium fluoride (1,100 ppm) as the active ingredient for anticaries efficacy and have been shown to be effective against caries using methods accepted by the US Food and Drug Administration (data on file, The

Procter & Gamble Company). The whitening formula additionally contains sodium tripolyphosphate, which is well established as a whitening agent in toothpastes.[6,7]

Published clinical research also has established the anticalculus benefits of polymeric pyrophosphate adjuncts when included in toothpaste formulations.[8,9] Laboratory studies involving crystal growth inhibition and plaque biofilm calcification were conducted to confirm the anticalculus potential of the whitening liquid toothpaste. This methodological approach already has been shown to provide meaningful and predictive results relative to the proven in vivo performance of toothpaste containing anticalculus agents.[10,11] The whitening liquid toothpaste produced activity similar to formulations clinically proven for anticalcu-



**Figure 1**—The IntelliClean System.

data on file, The Procter & Gamble Company). These results support the anticalculus clinical activity of this new whitening liquid toothpaste.

The IntelliClean System has been through extensive safety testing. The liquid toothpastes all have been tested for gentleness on the oral hard and soft tissue using preclinical and clinical experiments to ensure that they satisfy safety reassurance assumptions. In evaluating hard tissue safety of the liquid toothpastes, preclinical evaluations of relative enamel and dentinal abrasivity were undertaken at independent testing facilities according to American Dental Association protocols.[12,13] In all instances, the liquid toothpastes exhibited levels of hard tissue abrasivity that were significantly less than reference controls. The formulations meet the international standard,[14] falling well below the upper limit of 250 and thus confirming their safety for daily use. Separately, the Sonicare® brush technology offers an excellent oral hard tissue safety profile that has been shown in vitro to be significantly gentler on dentin than



Figure 2—Liquid toothpaste is dispensed onto the bristles from a replaceable cartridge inside the handle.

*$\mathcal{B}$oth brushing and flossing require good technique for the patient to maintain or improve oral health.*

other toothbrushes when used with the Crest® IntelliClean liquid toothpastes.[15]

Clinical safety evaluations undertaken as part of the development of the liquid toothpaste formulations include more than 30 randomized controlled clinical studies where oral soft tissue tolerability was evaluated as either a primary or secondary objective. In a variety of designs involving short- and long-term exposure, the frequency and incidence of oral soft tissue irritation were comparable to negative controls (data on file, Philips Oral Healthcare, Inc, and The Procter & Gamble Company). Importantly, during typical home use, as in the clinical studies presented in this supplement[16-19] and in the pilot studies conducted during the system's development, there have been no more significant or serious adverse events reported that were attributable to the IntelliClean System than for the commercially available toothpastes and toothbrushes used as

control products in these studies. In conclusion, in-use exposure to more than 500 subjects indicates the integrated power toothbrush/liquid toothpaste formulations to be clinically well tolerated.

The IntelliClean System's toothpaste dispensing system additionally has been shown to resist bacterial contamination. To investigate this potential hazard unique for an oral hygiene system such as this, 18 human subjects were recruited to use the system twice per day according to manufacturer's instructions for 4 weeks. After this exposure period, brush heads were sectioned at specific locations, placed into separate tubes containing a growth medium, and thoroughly vortexed to disperse the contents of the dispensing system in each section. Each section's solution was then pipetted onto three different types of agar plates using the drop streak method. Plates were incubated at 37°C for 2 days and then checked for the presence of bacteria. No bacteria were detected inside the toothpaste channel within the brush neck.

The clinical performance of this new integrated product is summarized within this supplement. Notably, the IntelliClean System offers cleaning performance in interproximal

*$\mathcal{C}$leaning between teeth is especially problematic for many patients, including those who floss regularly.*

regions—and overall—that is superior to manual toothbrushing with conventional toothpaste, as described by Nunn and colleagues.[16] Rethman and coworkers report that a positive toothbrushing experience motivates patients to better comply with oral hygiene instruction, specifically longer brushing times.[17] Greater

PG007060

plaque removal and longer brushing times both likely play a role in the significant improvement in gingival health in subjects after 4 weeks of using the IntelliClean System, as observed by Barlow and colleagues.[18] The ability to dose additional toothpaste during brushing clearly translates into a greater effect in plaque bacteria control in the gingival sulcus as observed by Barlow and coworkers in a separate study.[1] Like other Sonicare® toothbrushes, the IntelliClean System is effective at reducing extrinsic stains, as confirmed in another study by Nunn and colleagues.[19] It has also been shown in vitro by Yuen and coworkers[15] to exhibit "beyond the bristles" cleaning and to be gentle on dentin, significantly more so than the Oral-B® ProfessionalCare 7000ᶜ, a leading rotational oscillation toothbrush.

The IntelliClean System from Sonicare® and Crest® is the first integrated power toothbrush and toothpaste system. That in itself is noteworthy. For dental professionals and their patients, however, there are more important implications. Superior efficacy and greater compliance lead to improved oral hygiene for patients, including those less compliant with oral hygiene instruction. Better oral health outcomes will result from this breakthrough in home oral care.

## References

1. Barlow AP, Zhou X, Barnes JE, et al. Pharmacodynamic and pharmacokinetic effects in gingival crevicular fluid from re-dosing during brushing. Compend Contin Educ Dent. 2004;25(suppl 1):21-27.
2. McInnes C, Pace JW. Designing the next generation of a sonic toothbrush. Am J Dent. 2002;15(spec no):4B-6B.
3. Giuliani D, Martin RW. High performance acoustical cleaning apparatus for teeth. US Patent 5,378,153. January 3, 1995.
4. Hope CK, Wilson M. Comparison of the interproximal plaque removal of two power toothbrushes being used in vitro oral biofilms. Am J Dent. 2002;15(spec no):7B-11B.
5. Adams H, Winston MT, Heersink J, et al. Development of a laboratory model to assess the removal of biofilm from interproximal spaces by powered tooth brushing [published correction appears in Am J Dent. 2002;15:46]. Am J Dent. 2002;15(spec no):12B-17B.
6. Pontefract H, Sheen S, Moran J. The benefits of toothpaste—real or imagined? Review of its role in tooth whitening. Dent Update. 2001;28:67-74.
7. Baig AA, Kozak KM, Cox ER, et al. Laboratory studies on the chemical whitening effects of a sodium hexametaphosphate dentifrice. J Clin Dent. 2002;13:19-24.
8. White DJ, Gerlach RW. Anticalculus effects of a novel, dual-phase polypyrophosphate dentifrice: chemical basis, mechanism, and clinical response. J Contemp Dent Pract. 2000;1:1-19.
9. Sowinski J, Battista G, Petrone DM, et al. A twelve-week clinical comparison of two tartar control dentifrices. J Clin Dent. 2000;11:76-79.
10. White DJ, Cox ER. In vitro studies of the anticalculus efficacy of an improved whitening dentifrice. J Clin Dent. 2001;12:38-41.
11. White DJ, Cox ER, Suszcynskymeister EM, et al. In vitro studies of the anticalculus efficacy of a sodium hexa-metaphosphate whitening dentifrice. J Clin Dent. 2002;13:33-37.
12. Hefferren JJ. A laboratory method for assessment of dentifrice abrasivity. J Dent Res. 1976;55:563-573.
13. Stookey GK, Muhler JC. Laboratory studies concerning the enamel and dentin abrasion properties of common dentifrice polishing agents. J Dent Res. 1968;47:524-532.
14. ISO 11609:1995, Dentistry—Toothpastes—Requirements, test methods and marking. Geneva: International Organization for Standardization, 1995.
15. Yuen AP, Nelson R, Johnson MR, et al. In vitro evaluation of the efficacy and safety of the IntelliClean System: interproximal biofilm removal and dentin substrate wear. Compend Contin Educ Dent. 2004;25(suppl 1):44-50.
16. Nunn ME, Ruhlman CD, Mallatt PR, et al. Plaque reduction over time of an integrated oral hygiene system. Compend Contin Educ Dent. 2004;25(suppl 1):8-14.
17. Rethman J, Neuser F, Barlow AP. Brushing compliance with a novel integrated power toothbrush and toothpaste oral hygiene system. Compend Contin Educ Dent. 2004;25(suppl 1):28-35.
18. Barlow AP, Zhou X, Roberts J, et al. Effect of a novel integrated power toothbrush and toothpaste oral hygiene system on gingivitis. Compend Contin Educ Dent. 2004;25(suppl 1):15-20.
19. Nunn ME, Chaves ES, Gallagher AC, et al. Stain reduction of an integrated oral hygiene system. Compend Contin Educ Dent. 2004;25(suppl 1):36-43.

ᶜOral-B Laboratories, Boston, MA. 02127; 800-446-7252

PG007061

# Plaque Reduction Over Time of an Integrated Oral Hygiene System

**Martha E Nunn, DDS, PhD**
*Director, Biometry Core*
*Center for Research to Evaluate and*
*Eliminate Dental Disparities*

*Associate Professor*
*Department of Health Policy & Health*
*Services Research*
*Goldman School of Dental Medicine*
*Boston University*
*Boston, Massachusetts*

**C Douglas Ruhlman, DMD**
*Independent Consultant*

**Philip R Mallatt, DDS**
*Independent Consultant*

*Hill Top Research, Inc*
*West Palm Beach, Florida*

**Sally M Rodriguez, MS**
*Clinical Statistician*

**Katherine M Ortblad,**
**RDH, MHA**
*Director of Clinical Research*

*Philips Oral Healthcare, Inc*
*Snoqualmie, Washington*

**Abstract:** *This article compares the efficacy of a prototype integrated system (the IntelliClean System from Sonicare® and Crest®) in the reduction of supragingival plaque to that of a manual toothbrush and conventional toothpaste. The integrated system was compared to a manual toothbrush with conventional toothpaste in a randomized, single-blinded, parallel, 4-week, controlled clinical trial with 100 subjects randomized to each treatment group. There was a low dropout rate, with 89 subjects in the manual toothbrush group (11% loss to follow-up) and 93 subjects in the integrated system group (7% loss to follow-up) completing the study. The Turesky modification of the Quigley and Hein Plaque Index was used to assess full-mouth plaque scores for each subject. Prebrushing plaque scores were obtained at baseline and at 4 weeks after 14 to 20 hours of plaque accumulation. A survey also was conducted at the conclusion of the study to determine the attitude toward the two oral hygiene systems. The integrated system was found to significantly reduce overall and interproximal prebrushing plaque scores over 4 weeks, both by 8.6%, demonstrating statistically significant superiority in overall plaque reduction (P = .002) and interproximal plaque reduction (P < .001) compared to the manual toothbrush with conventional toothpaste, which showed no significant reduction in either overall plaque or interproximal plaque. This study demonstrates that the IntelliClean System from Sonicare® and Crest® is superior to a manual toothbrush with conventional toothpaste in reducing overall plaque and interproximal plaque over time.*

Oral microorganisms accumulating on the surface of the teeth in the form of dental plaque may give rise to caries, calculus, or inflammatory changes in adjacent tissue. Chronic gingivitis and periodontitis are considered to be diseases in the oral cavity that result from dental plaque.[1] Associations between periodontal disease and systemic illness involving the cardiovascular system have been proposed.[2] Thus, the removal of dental plaque has been and remains the mainstay of preventive dentistry.[3]

Regular and proper use of a manual toothbrush is effective in removing dental plaque. However, studies have shown that power toothbrushes have improved efficacy over manual toothbrushes.[4-8] Conventional power toothbrushes rely primarily on contact of the bristles with the teeth, as do manual toothbrushes, but they increase the efficacy by automating the back-and-forth or up-and-down motion of the bristles and sometimes by rotating the bristles. In certain power toothbrushes, notably the Sonicare® toothbrush[a], the brush's high-frequency motion not only cleans by direct bristle–tooth contact but also creates dynamic fluid pressure and shear forces that have been shown in laboratory studies to disrupt and disperse bacterial plaque beyond the reach of the bristles.[9-11]

In numerous controlled clinical trials, various versions of the Sonicare® sonic toothbrush were shown to be effective and safe in dental plaque removal overall and, specifically, in interproximal areas in a wide range of

[a]Philips Oral Healthcare, Inc, Snoqualmie, WA 98065; 800-676-SONIC

PG007062

subject populations.[1,19] The same high-frequency motion has now been incorporated into a new product. The IntelliClean System from Sonicare® and Crest®,[b] is an integrated sonic-power toothbrush and liquid-toothpaste dispensing system that, at the touch of a button, delivers the liquid toothpaste directly into the brush head. The purpose of the clinical trial was to compare the efficacy of a prototype IntelliClean System with IntelliClean liquid toothpaste to the efficacy of a manual toothbrush with conventional toothpaste in reducing supragingival plaque over a 4-week period of regular brushing.

## Materials and Methods
### Overview

The clinical study compared the efficacy of a prototype integrated system in the reduction of supragingival plaque to that of a manual toothbrush and conventional toothpaste. For inclusion in this study, participants had to have at least 20 natural teeth without crowns, a minimum overall mean Turesky plaque score[20] of 1.8, no urgent need for extensive dental treatment, no systemic disease that might interfere with oral health, absence of generalized severe gingivitis, and no severe periodontal disease (ie, no periodontal pockets of 7 mm or greater).

The design of this study was a parallel, single-blinded, randomized, controlled clinical trial with the examiner blinded to assigned treatment groups. Before visit 1, the examiner was calibrated for repeatability using the Turesky modification of the Quigley and Hein

*Associations between periodontal disease and systemic illness involving the cardiovascular system have been proposed.*

Plaque Index[20] on a population equivalent to those selected for the current study.

All participants were required to read, sign, and date the informed consent form approved by the Institutional Review Board before starting the study. Participants also were instructed to call the telephone number provided on the informed consent form in case of any suspected adverse effects. Participants were examined as

[b]The Procter & Gamble Co, Cincinnati, OH 45202; 800-492-7378

### Treatment Groups

Control group (manual toothbrush with conventional toothpaste): Subjects randomized to the control group were provided with an Oral-B® Indicator® 35 manual toothbrush[c] and Crest® Cavity Protection Cool Mint Gel toothpaste[b] with active ingredient sodium fluoride (0.243% weight). They were provided with detailed brushing instructions and also were told to brush their teeth for 2 minutes twice a day throughout the course of the study. No

*The removal of dental plaque has been and remains the mainstay of preventive dentistry.*

additional oral hygiene aids, such as floss, mouth rinses, etc, were to be used throughout the course of the study. In addition to brushing twice a day, subjects also were instructed not to brush for 14 to 20 hours before each visit to allow for plaque accumulation when plaque scoring would be conducted.

Test group (prototype integrated system): Subjects randomized to the test group were provided with a prototype of the IntelliClean System with IntelliClean liquid toothpaste. They were supplied a kit containing one complete plastic power brush and one charger plus four toothpaste cartridges to be used over the course of the study. The toothbrush device in the integrated system, manufactured by Philips Oral Healthcare, Inc, is built on the company's Sonicare® brushing platform. The Sonicare® toothbrush in the integrated system incorporates high-frequency bristle motion with a 2-minute timer and an audible indication every 30 seconds during brushing to signal the user to move the brush from quadrant to quadrant for a more even distribution of brushing time. A label that designated the device as an "Investigational Product" and included a 24-hour telephone number was placed on the toothbrush component of the integrated system for questions and to report any problems. The directions for use of the integrated system and the informed consent form also clearly stated that the IntelliClean

[c]Oral-B Laboratories, Boston, MA 02127; 800-446-7252

liquid toothpaste was a prototype and provided a 24-hour telephone number for questions and/or concerns.

The integrated system additionally incorporates a push-button pump to allow the user to dispense toothpaste from a toothpaste cartridge, which is integrated into the device, into the toothbrush bristles on demand, before and during brushing. The toothpaste is a sodium fluoride liquid toothpaste manufactured by The Procter & Gamble Company in accordance with good manufacturing practices and federal regulations concerning fluoride-based anti-caries toothpaste. The prototype toothpaste was packaged within 15-mL volume, soft-side cartridges that fit into the prototype device. Each toothpaste cartridge was labeled with nonremovable clinical test labels listing a reference to usage directions, the active ingredient, and its concentration (sodium fluoride, 0.243% weight), as well as a 24-hour telephone number for any questions or concerns.

## Study Population

Two hundred people met the criteria for admission into the study and were enrolled and randomized to either the manual toothbrush with conventional toothpaste or the integrated system. There were 182 participants who completed the study (89 in the manual toothbrush group and 93 in the integrated system group), with 11 lost to follow-up for the manual group and 7 lost to follow-up for the integrated system group. Participants were dropped from the study if they failed to allow time for plaque accumulation, experienced power brush failure, returned to the study center with the wrong brush, or did not return for follow-up.

## Statistical Analysis

**Plaque reduction over 4 weeks:** Summary statistics were computed for prebrushing plaque scores at baseline and at 4 weeks for each treatment group. Both overall plaque scores and interproximal plaque scores were computed as well as the change in the prebrushing plaque score from baseline to 4 weeks for both overall and interproximal plaque. Percent reduction in plaque also was calculated for each group. Baseline differences between treatment groups were tested using 2-sample $t$ tests. Paired $t$ tests were used to determine if there was a statistically significant reduction in prebrushing plaque scores from baseline to 4 weeks for each treatment group.

To investigate the clinical differences in plaque removal between the manual toothbrush with conventional toothpaste and the integrated system, the percentage of sites with plaque scores greater than 1 were evaluated to determine if the prebrushing plaque scores were improved at 4 weeks. The mean percentages of sites with initial prebrusing plaque scores greater than 1 that also showed improvement were calculated for all sites (interproximal sites, posterior sites, anterior sites, posterior interproximal sites, and anterior interproximal sites) for each subject in the study. The mean percentages of improved sites by treatment group and location were then calculated from subject-level mean percentages. Comparisons between groups were conducted using 2-sample $t$ tests.

To further investigate differences in prebrushing plaque reduction over 4 weeks between the 2 treatment groups, analysis of covariance (ANCOVA) was used with the corresponding baseline prebrushing plaque score



**Visit 1 — Screening**
- Study verbally explained to subject
- Informed consent read and signed
- Complete medical/dental history
- Assess admission criteria (excluding plaque)
- Intraoral examination
- Schedule visit 2

**Visit 2 — Baseline**
- Health history update
- Intraoral examination
- Disclosing solution applied

*If subject qualified based on plaque scores:*
- Randomized to treatment
- Subject training/subject brushing
- Remind subjects not to brush 14 to 20 hours before next visit and to bring back study toothbrush and toothpaste

**Visit 3 — 4-Week Clinical Evaluation**
- Health history update
- Intraoral examination
- Disclosing solution applied
- Prebrushing plaque index
- Product evaluation questionnaire

**Figure 1**—Flowchart of study.

Vol. 25, No. 10 (Suppl 1)

| Parameter | n | Mean (Median) | SD | Range | P Value* |
|---|---|---|---|---|---|
| **Overall Prebrushing (Baseline)** | | | | | |
| Manual Toothbrush w/toothpaste | 89 | 2.44 (2.38) | 0.36 | (1.85, 3.63) | |
| IntelliClean System | 93 | 2.44 (2.41) | 0.42 | (1.80, 3.39) | .978 |
| **Overall Prebrushing (4 Weeks)** | | | | | |
| Manual Toothbrush w/toothpaste | 89 | 2.44 (2.42) | 0.42 | (0.57, 3.44) | |
| IntelliClean System | 93 | 2.22 (2.19) | 0.60 | (0.58, 3.66) | .005 |
| **Overall Prebrushing Reduction** | | | | | |
| Manual Toothbrush w/toothpaste | 89 | 0.000 (−0.04) | 0.41 | (−0.74, 1.98) | |
| IntelliClean System | 93 | 0.216 (0.16) | 0.51 | (−0.81, 2.14) | .002 |
| **Interproximal Prebrushing (Baseline)** | | | | | |
| Manual Toothbrush w/toothpaste | 89 | 2.57 (2.55) | 0.33 | (1.91, 3.69) | |
| IntelliClean System | 93 | 2.56 (2.52) | 0.39 | (1.83, 3.59) | .808 |
| **Interproximal Prebrushing (4 Weeks)** | | | | | |
| Manual Toothbrush w/toothpaste | 89 | 2.59 (2.59) | 0.38 | (0.79, 3.43) | |
| IntelliClean System | 93 | 2.33 (2.31) | 0.58 | (0.62, 3.66) | < .001 |
| **Interproximal Prebrushing Reduction** | | | | | |
| Manual Toothbrush w/toothpaste | 89 | −0.017 (−0.08) | 0.38 | (−0.68, 1.92) | |
| IntelliClean System | 93 | 0.225 (0.16) | 0.50 | (−0.81, 2.10) | < .001 |

* P values are based on 2-sample t tests.
SD = standard deviation.

included as a covariate. Adjusted means and 95% confidence intervals (CIs) from ANCOVA for both overall plaque and interproximal plaque also were computed.

## Product Evaluation Questionnaire

At the completion of the study, participants in both groups were asked questions regarding their attitude toward their assigned toothbrush. Frequencies of participant responses for the integrated system group and the manual toothbrush group were computed and compared using the chi-square test of independence.

## Results

Of the 182 participants who completed the study, 61% (111 of 182) were women. The distribution of race/ethnicity was 70.9% (129 of 182) Caucasian, 16.5% (30 of 182) African American, 7.1% (13 of 182) Hispanic, and 5.5% (10 of 182) other. The age range of subjects completing the study was 18 to 68 years, and the mean age was 37 (standard deviation = 13.17; median = 38 years). No statistically significant difference in gender, race, or age by treatment group was detected.

With respect to intraexaminer reliability, statistical testing of repeated plaque scores showed that the simple kappa statistic, an indication of agreement among examinations, was 0.916 and a weighted kappa statistic was 0.964.

A kappa statistic of 0.75 and above represents excellent agreement.[21]

Summary statistics for prebrushing plaque scores were calculated for each treatment group at baseline and at 4 weeks. In addition, summary statistics for reduction in prebrushing plaque scores over 4 weeks as well as percent reduction in prebrushing plaque scores over 4 weeks were calculated for each treatment group. Comparisons between groups were conducted using a 2-sample t test. Summary statistics by group are presented in Table 1. No difference in either overall plaque at baseline or interproximal plaque at baseline was detected between the manual toothbrush and the integrated system groups. Based on paired testing, the integrated system group demonstrated statistically significant reduction in both overall prebrushing plaque (P < .001) and interproximal prebrushing plaque (P < .001) over 4 weeks, whereas no significant reduction in either overall plaque (P = .997) or interproximal plaque (P = .668) was noted for the manual toothbrush group. In addition, both overall plaque reduction (P = .002) and interproximal plaque reduction (P < .001) were significantly greater in the integrated system group compared to the manual toothbrush group.

To investigate clinical differences in plaque reduction between the manual toothbrush with conventional toothpaste and the integrated

Case 1:07-cv-08379-RJS   Document 37-3   Filed 11/30/2007   Page 25 of 95

system, the mean percentage of sites with initial prebrushing plaque scores greater than 1 that also showed improvement were calculated and compared using 2-sample $t$ tests. The integrated system group exhibited a significantly greater percentage of sites with improvement in prebrushing plaque after 4 weeks ($P < .005$), with the most pronounced differences noted for anterior sites ($P < .001$) and anterior interproximal sites ($P < .001$) (Figure 2).

To further investigate differences in plaque reduction over time, ANCOVA was conducted with and adjusted for baseline prebrushing plaque scores. The integrated system group had an adjusted-mean overall plaque reduction of 0.216 (95% CI: 0.124 to 0.308), whereas the manual toothbrush group had an adjusted-mean overall plaque reduction of 0 (95% CI: –0.094 to 0.093). In other words, the integrated system demonstrated a significant reduction in plaque over time whereas the manual toothbrush with conventional dentifrice showed no reduction in plaque over time. Similarly, the integrated system group had an adjusted-mean interproximal reduction of 0.227 (95% CI: 0.140 to 0.315), whereas the manual toothbrush group showed an adjusted-mean change in interproximal plaque of –0.020 (95% CI: –0.109 to 0.070), ie, no significant change in prebrushing interproximal plaque over 4 weeks. Differences between treatment groups in the

adjusted-mean reductions for overall plaque and interproximal plaque were both statistically significant ($P = .001$ and $P < .001$, respectively).

There were four oral adverse events (AEs) reported during this study, and all were judged by the principal investigator to be mild in severity. The AEs included an ulceration for one subject in the manual toothbrush group, judged possibly related to treatment, and tooth sensitivity and gum irritation for one subject in the integrated system group, judged probably related to treatment. The other AE was judged doubtfully related to treatment, and the one serious AE reported was judged definitely not related to treatment.

## Questionnaire Response

There were 188 subjects (98 subjects in the integrated system group and 90 subjects in the manual toothbrush group) who responded to the questionnaire. Table 2 shows the distribution of responses by treatment group. Comparisons were made using a chi-square test of independence. Significantly more participants in the integrated system group (87.8%) reported that the study brushing system was better than their usual method of brushing. This compares to only 14.4% in the manual toothbrush group reporting that their study brush was better than their usual method. A significantly greater percentage of participants in the inte-



Figure 2—Percentage of improved sites with baseline prebrushing plaque scores > 1.

PG007066

| | Percentage | | |
|---|---|---|---|
| | Manual (n=90) | IntelliClean (n=98) | P value |
| **How would you rate the study brushing system compared to the toothbrush and toothpaste you use most often?** | | | |
| Better | 14.4 | 87.8 | |
| Same | 63.3 | 5.1 | |
| Worse | 22.2 | 7.1 | < .001 |
| **How likely are you to replace your current toothbrush with the study brush?** | | | |
| Very likely | 4.4 | 45.9 | |
| Somewhat likely | 23.3 | 27.6 | |
| Not sure | 30.0 | 7.1 | |
| Somewhat unlikely | 18.9 | 4.1 | |
| Very unlikely | 23.3 | 15.3 | < .001 |
| **"I feel excited and motivated to brush with the study brushing system."** | | | |
| Strongly agree | 10.0 | 50.0 | |
| Somewhat agree | 33.3 | 22.4 | |
| No opinion | 37.8 | 17.3 | |
| Somewhat disagree | 11.1 | 3.1 | |
| Strongly disagree | 7.8 | 7.1 | < .001 |
| **"My overall oral health has improved due to brushing with the study brushing system."** | | | |
| Strongly agree | 6.7 | 42.9 | |
| Somewhat agree | 24.4 | 24.5 | |
| No opinion | 42.2 | 24.5 | |
| Somewhat disagree | 15.6 | 4.1 | |
| Strongly disagree | 11.1 | 4.1 | < .001 |
| **"I would recommend the study brushing system to others."** | | | |
| Strongly agree | 23.3 | 58.2 | |
| Somewhat agree | 21.1 | 22.4 | |
| No opinion | 33.3 | 8.2 | |
| Somewhat disagree | 15.6 | 5.1 | |
| Strongly disagree | 6.7 | 6.1 | < .001 |

grated system group reported that they were likely to replace their current toothbrush with the study toothbrush (ie, the integrated system), with 73.5% reporting that they were either "somewhat likely" or "very likely" to do so. In the manual toothbrush group, only 27.7% reported a likelihood of replacing their usual toothbrush with the study brush (ie, the manual toothbrush with conventional toothpaste). Significantly more participants in the integrated system group were "excited and motivated" about the study brushing system compared to the manual group (72.4% in the integrated system group vs 43.3% in the manual toothbrush group); more participants in the integrated system group felt that their "overall oral health" had improved compared to participants in the manual toothbrush group (67.4% vs 31.1%); and more participants in the integrated system group would "recommend the study brushing system to others" compared to the manual toothbrush group (80.6% vs 44.4%).

## Discussion

This study demonstrated that the use of the IntelliClean System with IntelliClean liquid toothpaste over a 4-week period is highly effective in reducing plaque, exhibiting a significant reduction in prebrushing plaque scores, whereas the manual toothbrush with conventional toothpaste did not significantly reduce prebrushing plaque scores over 4 weeks. The safety of the integrated system is further substantiated by the low number of AEs possibly or probably related to treatment for the test group, similar to the number observed for the control group. The results from this study agree with the safety testing on the IntelliClean liquid toothpaste reported elsewhere in this supplement[21] and in previously published studies demonstrating the effectiveness of Sonicare® toothbrush technology in reducing plaque over time.[13,19]

Improvement in plaque levels over time also was evaluated by tabulating the percentage of sites with prebrushing plaque scores greater

than 1 that showed improvement over 4 weeks. The percentage of sites showing improvement in plaque over time was assessed for all sites, interproximal sites, posterior sites, posterior interproximal sites, anterior sites, and anterior interproximal sites. The integrated system was found to be significantly better than the manual toothbrush with conventional toothpaste for all of these areas. In particular, the integrated system was found to demonstrate the most pronounced superiority in reducing plaque over time for anterior sites and anterior interproximal sites compared to the manual toothbrush with conventional toothpaste.

In addition to the objective measures of plaque reduction, subject questionnaires revealed that the integrated system was well-liked by study subjects, with almost 90% saying that the new system was better than what they had been using before the study. In addition, almost 70% of subjects in the integrated system group indicated that their overall oral health had been improved by using the integrated system. One can reasonably speculate that an oral hygiene system that is liked by patients and that delivers to the patient a perceived improvement in oral health is an oral hygiene system that will be used regularly, and this may be another benefit of the integrated system.

## Conclusion

In this randomized parallel study, the prototype integrated IntelliClean System from Sonicare® and Crest® was found to be superior to a manual toothbrush with conventional toothpaste in the reduction of plaque over time. This study also strengthens previous claims about the effectiveness of interproximal plaque removal with the Sonicare® technology incorporated into the integrated system. In addition to the objective measures of plaque reduction over time, subject questionnaire responses demonstrated that the integrated system is well-liked by subjects, receiving higher approval ratings than the manual toothbrush and conventional toothpaste.

## Acknowledgment

The authors thank Ashley Barlow of The Procter & Gamble Company for his assistance.

## Disclosure

This study was conducted at Hill Top Research, Inc, West Palm Beach, Florida, and was sponsored by Philips Oral Healthcare, Inc.

## References

1. Van Dyke TE, Offenbacher S, Philstrom B, et al. What is gingivitis? Current understanding of prevention, treatment, measurement, pathogenesis and relation to periodontitis. J Int Acad Periodontol. 1999;1:3-15.
2. Genco R, Offenbacher S, Beck J. Periodontal disease and cardiovascular disease: epidemiology and possible mechanisms. J Am Dent Assoc. 2002;133(suppl):14S-22S.
3. Frandsen A. State-of-the-science review. In: Dental Plaque Control Measures and Oral Hygiene Practices. Oxford, UK: IRL Press Ltd; 1986:93-119.
4. Schifter CC, Emling RC, Seibert JS, et al. A comparison of plaque removal effectiveness of an electric versus a manual toothbrush. Clin Prev Dent. 1983;5:15-19.
5. Baab DA, Johnson RH. The effect of a new electric toothbrush on supragingival plaque and gingivitis. J Periodontol. 1989;60:336-341.
6. Tritten CB, Armitage GC. Comparison of a sonic and a manual toothbrush for efficacy in supragingival plaque removal and reduction of gingivitis. J Clin Periodontol. 1996;23:641-648.
7. Saxer UP, Yankell SL. Impact of improved toothbrushes on dental diseases. II. Quintessence Int. 1997;28:573-593.
8. Zeeman GG, Veth EO, Dennison DK. Focus on primary care: periodontal disease: implications for women's health. Obstet Gynecol Surv. 2001;56:43-49.
9. Hope CK, Wilson M. Comparison of the interproximal plaque removal efficacy of two powered toothbrushes using in vitro oral biofilms. Am J Dent. 2002;15(spec no):7B-11B.
10. Hope CK, Petrie A, Wilson M. In vitro assessment of the plaque-removing ability of hydrodynamic shear forces produced beyond the bristles by 2 electric toothbrushes. J Periodontol. 2003;74:1017-1022.
11. Adams H, Winston MT, Heersink J, et al. Development of a laboratory model to assess the removal of biofilm from interproximal spaces by powered tooth brushing. Am J Dent. 2002;15(spec no):12B-17B.
12. Engel D, Nessly M, Morton T, et al. Safety testing of a new electronic toothbrush. J Periodontol. 1993;64:941-946.
13. Johnson BD, McInnes C. Clinical evaluation of the efficacy and safety of a new sonic toothbrush. J Periodontol. 1994; 65:692-697.
14. O'Beirne G, Johnson RH, Persson GR, et al. Efficacy of a sonic toothbrush on inflammation and probing depth in adult periodontitis. J Periodontol. 1996;67:900-908.
15. Day J, Martin MD, Chin M. Efficacy of a sonic toothbrush for plaque removal by caregivers in a special needs population. Spec Care Dentist. 1998;18:202-206.
16. Knudsen J, Donnellan J. Reduction of pocket depths in private practice recall patients using a sonic toothbrush. J Pract Hyg. 1998;7:60-64.
17. Platt K, Moritis K, Johnson MR, et al. Clinical evaluation of the plaque removal efficacy and safety of the Sonicare Elite toothbrush. Am J Dent. 2002;15(spec no):18B-22B.
18. Moritis K, Delaurenti M, Johnson MR, et al. Comparison of the Sonicare Elite and a manual toothbrush in the evaluation of plaque reduction. Am J Dent. 2002;15(spec no):23B-25B.
19. Holt J, Armstrong R, Weader L, Huntington E, Ortblad K. Comparison of plaque removal by Sonicare Elite and manual toothbrushes. J Dent Res. 2004;83(spec iss A):abstract 0866.
20. Turesky S, Gilmore ND, Glickman I. Reduced plaque formation by the chloromethyl analogue of victamine C. J Periodontol. 1970;41:41-43.
21. Hunt RJ. Percent agreement, Pearson's correlation, and kappa as measures of inter-examiner reliability. J Dent Res. 1986;65:128-130.
22. Dudgeon DJ, Barlow AP. A novel oral hygiene system through integration of a sonic toothbrush and liquid toothpaste. Compend Cont Educ Dent. 2004;25(suppl 1):4-7.

---

using the right technique and duration, a combination of manual toothbrushing and daily flossing will deliver excellent oral health.[5] Unfortunately, research has indicated that patients find adherence to such regimens problematic. Not only is the frequency and duration of toothbrushing hard to maintain, but compliance with a daily regimen of flossing also is low (2% to 20%).[5,6]

The introduction of power toothbrushes has offered a more effective means of removing plaque than manual toothbrushing. A review of the published literature reveals multiple examples of studies where power brushes have outperformed their manual counterparts.[7-12] Through a combination of electronic user-guidance aids (such as built-in timers and dual-speed control switches) and greater acceptance, power toothbrushes represent a good option for dental professionals seeking better oral hygiene for their patients. Unlike many power toothbrushes, the Sonicare® toothbrush[a] was designed to deliver not only physical bristle contact with the teeth to remove plaque but also a fluid dynamic action derived from the bristle motion that has been shown in vitro to disrupt plaque biofilms.[13,14] Numerous studies, employing a wide range of designs, clinical end points, and study populations, also have demonstrated the ability of this brush to deliver clinically meaningful results.[7,15-17]

> *It is widely recognized that the removal or prevention of plaque accumulation on the tooth surface, either by mechanical or chemotherapeutic means, will prevent gingivitis.*

Building on the benefits of the Sonicare® technology, the IntelliClean System from Sonicare®,[a] and Crest®,[b] combines a power toothbrush and toothpaste dispensing system into one device. Using a specially formulated liquid dentifrice designed to work in combination with the bristle action, this system offers a novel approach to addressing the issues of oral hygiene performance and patient acceptance.

The primary aim of this study was to evaluate the magnitude of effect, relative to baseline,

of this novel integrated brush/paste system vs a positive-control oral hygiene regimen (manual toothbrushing with daily flossing). In considering the most appropriate design parameters for this research, the authors considered the existing guidelines prepared by the American Dental Association (ADA) for toothbrush performance with respect to plaque removal and gingivitis-reduction efficacy. As such, Löe-Silness,[1] a recognized gingival index (GI), was employed and a minimum of 25 subjects (68 randomized) were assigned to use either treatment for a period of 28 days. Proof of efficacy was evaluated based on achieving at least a 15% reduction in gingivitis relative to baseline.

## Materials and Methods
### Study Procedures

This was a randomized, controlled, examiner-blind, parallel-group study that examined the gingivitis reduction efficacy of a novel integrated power toothbrush/toothpaste dispensing system vs a positive control of manual toothbrushing with daily flossing over a 4-week period. The protocol, including consent form, was approved by an independent ethics committee. All subjects participated voluntarily in the study and were required to read, understand, and sign an informed consent form before being enrolled. Reduction in gingivitis after 4 weeks of treatment relative to baseline was considered the primary efficacy parameter, with levels of gingivitis evaluated using the Löe-Silness GI at baseline and at 2 and 4 weeks. Approximately 80 subjects aged 18 to 65 years with a minimum of 16 gradable teeth were screened. Subjects were considered eligible for participation based on having a moderate level of gingivitis (a minimum of 20 bleeding sites at baseline), their ability to comply with the protocol, and freedom from obvious oral disease conditions such as rampant caries and periodontitis. Subjects also were excluded if they were pregnant.

Participants refrained from all oral hygiene procedures for a period of approximately 12 hours before any evaluation of gingivitis. Subjects were appointed between 7:30 AM and 12:30 PM to facilitate compliance with the study requirements and were queried regarding compliance with instructions before each study visit. Eligible participants reporting to the clinical facility at baseline were randomly assigned to one of the following two treatment groups according to a computer-generated randomiza-

[a]Phillips Oral Healthcare, Inc, Snoqualmie, WA 98065; 800-676-SONIC
[b]The Procter & Gamble Co, Cincinnati, OH 45202; 800-492-7378

Case 1-07-cv-0837... Document 187-3... Filed 11/30/2007... Page 30 of 95

**Table 1—Löe-Silness Gingival Index**

| 0 | Absence of inflammation |
|---|---|
| 1 | Mild inflammation. Slight change in color and texture. No BOP. |
| 2 | Moderate inflammation. Moderate glazing, redness, edema, and hypertrophy. There is BOP. |
| 3 | Severe inflammation. There is a marked redness and hypertrophy, a tendency toward spontaneous bleeding, and ulceration. |

BOP = bleeding on probing.

tion plan prepared in advance of the study:

*1. Prototype Integrated Oral Hygiene System* (an experimental rechargeable power tooth-brush with integrated toothpaste-dispensing system using a novel sodium-fluoride liquid toothpaste). At the baseline visit, study personnel familiarized the subjects in this treatment group with the system's operation, toothpaste dispensing, and the correct brushing technique. Subjects were instructed to brush their teeth for 2 minutes twice a day for the next 4 weeks.

*2. Oral-B® Indicator® Toothbrush*[c] (brush head size 35) with Crest® Decay Prevention Toothpaste[b] and Oral-B Waxed Floss (mint flavor).[c] A qualified oral hygienist trained the subjects in this treatment group on the correct toothbrushing and flossing technique. Subjects were instructed to brush their teeth twice per day using the toothbrush and toothpaste assigned to them in combination with daily whole-mouth flossing.

Participants were recalled after 2 days and then weekly to check compliance with the study procedures and to receive further oral hygiene instructions relevant to their assigned treatment. They were examined by a single examiner using the Löe-Silness GI at baseline and at weeks 2 and 4[1,18] (Table 1).

Probing, as part of the examination process, involved inserting a periodontal probe approximately 1 mm to 2 mm at the gingival margin and angling the probe at a 45° angle under moderate axial pressure, sweeping interproxi-

[c]Oral-B Laboratories, Boston, MA 02127; 800-446-7252

mally along the buccal and lingual aspect of the tooth. Gingivitis was measured on six surfaces per tooth (mesiobuccal, buccal, distobuccal, mesiolingual, lingual, and distolingual) on all natural teeth except the third molars, which were excluded. In all, there were a possible 168 observations per subject (assuming a maximum of 28 natural teeth). Mean GI scores were derived for each subject by summing the subject's individual GI scores and dividing by the number of sites graded for that subject. In addition, the number of bleeding sites for a subject was computed by summing all sites scored as 2 or 3.

### Statistical Methods

Comparisons to baseline were of primary interest. For each subject at each visit, whole-mouth average GI and total number of bleeding sites scores were calculated. Change from baseline values were obtained by subtracting baseline values from postbaseline values at weeks 2 and 4. Mean changes from baseline for GI and bleeding scores were tested using paired $t$ tests for each treatment group, separately. Between-group comparisons were made with respect to change from baseline using an analysis of covariance. Baseline values were used as the covariate. Separate models were fitted for the Löe-Silness GI score and for the number of gingival bleeding sites. All tests were 2-sided with a 0.05 level of significance.

### Results

Sixty-eight subjects were enrolled in the study. Of these, one subject was withdrawn before completing the baseline examination because of an inability to comply with the protocol requirements. Another subject voluntarily withdrew from the study at the 2-week visit, citing personal reasons. A total of 66 subjects, comprising 61 women and 5 men, completed the study. The subjects ranged in age from 20 to 64 years with an overall mean age of 39.4 years. There were no statistically significant ($P > .8$) differences between the 2 treatment groups

**Table 2—Demographics**

| Treatment | n | Age (mean ± SD) | P value | Female (%) | P value |
|---|---|---|---|---|---|
| IntelliClean System | 33 | 39.7 ± 9.4 | .8364 | 90.9 | > .9 |
| Manual brushing + daily flossing | 33 | 39.2 ± 11.9 | | 93.9 | |

SD = standard deviation.

Case 1:07-cv-...

## Table 3—Reduction in Gingival Inflammation

| | | | | | | |
|---|---|---|---|---|---|---|
| IntelliClean System | 33 | 0.54 ± 0.24 | −0.19 ± 0.16 | 35.2 | −0.15 ± 0.16 | 27.8 |
| Manual brushing + daily flossing | 33 | 0.48 ± 0.16 | −0.18 ± 0.14 | 37.5 | −0.11 ± 0.16 | 22.9 |

SD = standard deviation; GI = gingival index.
*Changes from baseline at weeks 2 and 4 are highly statistically significant ($P < .001$).
†Percent GI reduction = 100% x (baseline score − 2-week/4-week score)/baseline score, calculated from group means.

with respect to these demographic characteristics (Table 2).

Baseline GI scores were not significantly different between the experimental and the positive-control groups, with mean (standard deviation [SD]) GI scores of 0.54 (0.24) and 0.48 (0.16), respectively (Table 3). Both treatment regimens demonstrated highly statistically significant reductions in GI vs baseline ($P < .001$) at weeks 2 and 4. At the 2-week evaluations, the mean percent GI reductions were 35% for the experimental integrated system group and 38% for the manual brushing with daily flossing group. After 4 weeks, there was a 28% mean GI reduction for the experimental integrated system and a 23% mean reduction for manual brushing with daily flossing. The experimental integrated system had a directionally greater GI reduction at week 4. However, this difference was not statistically significant.

Baseline bleeding site scores were 39.2 ± 16.5 and 35.0 ± 11.5 for the experimental integrated system and the manual brushing with flossing regimen groups, respectively. There were no statistically significant differences between the two groups ($P > .2$). Both treatment regimens demonstrated highly statistically significant reductions in the number of bleeding sites vs baseline ($P < .001$) (Table 4).

At the 2-week evaluations, the mean percent reductions in the number of bleeding sites were between 34% and 37% for both treatment groups. After 4 weeks, there was a 28% mean reduction for the experimental integrated sys-

tem and a 23% mean reduction for manual brushing with daily flossing. Both mean reductions were statistically significant ($P < .001$). However, no statistically significant ($P > .6$) difference was found between the two treatment groups at either week 2 or 4.

Figure 1 shows the distribution of bleeding site reduction by treatment at week 4. In the experimental integrated system group, 33% of the participants experienced greater than a 15-site reduction in the occurrence of bleeding vs 27% in the manual brushing with daily flossing group. Overall improvement in bleeding and gingival inflammation was observed in more than 82% of subjects after 4 weeks of treatment for the experimental integrated system group and 64% for the manual brushing with daily flossing group.

There were 18 adverse events (AEs) reported during the course of this study, of which 4 were considered either possibly or probably related to treatment. One subject from each treatment group experienced two AEs. The nature of these AEs ranged from swollen palate and in-mouth numbness sensation in the experimental integrated system group, to sore and/or hypersensitive gums in the manual brushing with daily flossing group. All the AEs were considered mild in nature and were fully resolved before study completion.

## Discussion

The outcomes from this study clearly demonstrate a significant gingivitis-reduction efficacy for the integrated power toothbrush/

## Table 4—Reduction in Bleeding Sites

| | | | | | | |
|---|---|---|---|---|---|---|
| IntelliClean System | 33 | 39.2 ± 16.5 | −13.5 ± 11.0 | 34.4 | −10.9 ± 11.8 | 27.8 |
| Manual brushing + daily flossing | 33 | 35.0 ± 11.5 | −12.8 ± 9.9 | 36.6 | −7.9 ± 11.3 | 22.6 |

*Changes from baseline at weeks 2 and 4 are highly statistically significant ($P < .001$).
†Percent bleeding site reduction = 100% x (baseline score − 2-week/4-week score)/baseline score, calculated from group means.



SD = standard deviation.

Figure 1—Distribution of the change in the number of bleeding sites for each subject at week 4.

toothpaste dispensing system. The results replicate findings from other research that also have shown a gingival health benefit from using Sonicare® toothbrushes.[7,15,19] Importantly, the study design offered the advantage of considering the outcomes in relation to a positive-control treatment. Given the comparable levels of both GI and bleeding site reductions observed among those subjects assigned to the experimental and the positive-control groups, the inferences drawn from these results can be considered meaningful.

The design used in this study was derived from the current ADA guidelines that are in place to ensure a minimum standard of performance for any toothbrush technology with respect to gingivitis efficacy. Research published elsewhere in this supplement demonstrates the ability of the IntelliClean System to significantly reduce prebrushing plaque levels over a 4-week period vs a negative control.[20] The results from this study show an average reduction of approximately 28% for the IntelliClean System after 4 weeks of use relative to baseline, nearly twice the current ADA criteria of 15%. Overall, more than 76% of the subjects using the experimental system achieved greater than a 15% reduction in gingivitis.

Change-from-baseline studies, where the absolute magnitude of effect is the primary efficacy variable, require careful interpretation. They are liable to confounding effects, such as Hawthorne effects or natural drift, on behalf of the examiner. Regarding these results, such factors can be discounted given the distribution of the bleeding sites (Figure 1) and similar GI responses at 4 weeks within both the experimental and positive-control groups. A proportion of the study participants showed no improvement or a continued worsening of gingivitis over the course of the study. Such observations clearly point to the influence of other experimental factors. Here, the 2-week results may help to provide some insight.

Both treatment groups demonstrated a decrease in response (albeit not statistically significant) after 4 weeks of treatment vs 2 weeks. A marginal 7% reduction in benefit was observed at 4 weeks for subjects using the experimental integrated system vs a more significant 14% to 15% reduction for subjects using manual brushing with floss. Given the level of motivational instruction throughout the study in both treatment groups, the result could be described as unexpected. As already pointed out, willingness to comply with a daily flossing

egress is difficult for many individuals, even in a clinical study setting.[5,6] It is certainly possible that the lack of response in some subjects and the directional increase in disease parameters from week 2 to week 4 is the product of poor compliance. Importantly, the change between visits was lower for the integrated system, and the integrated system delivered a smaller number of nonresponders. In comparison to the positive-control group, this phenomenon owes much to the ability of the experimental system to promote acceptance and, therefore, compliance by the user. Rethman and colleagues have demonstrated significant compliance benefits for the IntelliClean System vs another power toothbrush.[21]

## Conclusion

This randomized, controlled, clinical study demonstrated a significant reduction in gingivitis and bleeding relative to baseline after 2 and 4 weeks of using the IntelliClean System from Sonicare® and Crest®. The magnitude of the benefit was comparable to the benefit of using manual brushing with daily flossing.

## Disclosure

The Procter & Gamble Company supported this research.

## Acknowledgments

The authors acknowledge Clare McAlinden of The Procter & Gamble Company, Dr. Douglas Dudgeon of Philips Oral Healthcare, Inc, and the staff of Hill Top Research, Inc, Europe, for their contributions to this research.

## References

1. Silness J, Löe H. Periodontal disease in pregnancy. II. Correlation between oral hygiene and periodontal condition. Acta Odontol Scand. 1964;22:121-135.
2. Schroeder HE, Lindhe J. Conversion of stable established gingivitis in the dog into destructive periodontitis. Arch Oral Biol. 1975;20:775-782.
3. Graves RC, Disney JA, Stamm JW. Comparative effectiveness of flossing and brushing in reducing interproximal bleeding. J Periodontol. 1989;60:243-247.
4. Hill HC, Levi PA, Glickman I. The effects of waxed and unwaxed dental floss on interdental plaque accumulation and interdental gingival health. J Periodontol. 1973;44:411-413.
5. Gift HC. Current utilization patterns of oral hygiene practices—state of the science review. In: Löe H, Kleinman DV, eds. Dental Plaque and Control Measures and Oral Hygiene Practices: Proceedings From a State of the Science Workshop. Oxford, UK: Oxford University Press; 1986:39-71.
6. Spolsky V. Measurement of Dental Health Status. Santa Monica, Calif: RAND Corporation; 1993:45-46.
7. Tritten CB, Armitage GC. Comparison of a sonic and a manual toothbrush for efficacy in supragingival plaque removal and reduction of gingivitis. J Clin Periodontol. 1996;23:641-648.
8. Saxer UP, Yankell SL. Impact of improved toothbrushes on dental diseases. II. Quintessence Int. 1997;28:573-593.
9. Heasman PA, McCracken GI. Powered toothbrushes: a review of clinical trials. J Clin Periodontol. 1999;26:407-420.
10. Bustillo E, Cartwright S, Battista GW, et al. Effectiveness of a battery-powered toothbrush on plaque removal: comparison with four manual toothbrushes. Compend Contin Educ Dent. 2000;21(suppl 31):S25-S29.
11. Zeeman GG, Veth EO, Dennison DK. Focus on primary care: periodontal disease: implications for women's health. Obstet Gynecol Surv. 2001;56:43-49.
12. Heins P, Bartizek RD, Walters PA, et al. Plaque removal efficacy of a battery-operated power toothbrush compared to two control manual toothbrushes in single use studies. Am J Dent. 2002;15(spec no):28A-32A.
13. Adams H, Winston MT, Heersink J, et al. Development of a laboratory model to assess the removal of biofilm from interproximal spaces by powered tooth brushing. Am J Dent. 2002;15(spec no):12B-17B.
14. Hope CK, Petrie A, Wilson M. In vitro assessment of the plaque-removing ability of hydrodynamic shear forces produced beyond the bristles by 2 electric toothbrushes. J Periodontol. 2003;74:1017-1022.
15. O'Beirne G, Johnson RH, Persson GR, et al. Efficacy of a sonic toothbrush on inflammation and probing depth in adult periodontitis. J Periodontol. 1996;67:900-908.
16. Day J, Martin MD, Chin M. Efficacy of a sonic toothbrush for plaque removal by caregivers in a special needs population. Spec Care Dentist. 1998;18:202-206.
17. Moritis K, Delaurenti M, Johnson M, et al. Comparison of the Sonicare Elite and a manual toothbrush in the evaluation of plaque reduction. Am J Dent. 2002;15(spec no):23B-25B.
18. Löe H, Silness J. Periodontal disease in pregnancy. I. Prevalence and severity. Acta Odontol Scand. 1963;21:533-551.
19. Johnson BD, McInnes C. Clinical evaluation of the efficacy and safety of a new sonic toothbrush. J Periodontol. 1994;65:692-697.
20. Nunn ME, Ruhlman CD, Mallatt PR, et al. Plaque reduction over time of an integrated oral hygiene system. Compend Cont Educ Dent. 2004;25(suppl 1):8-14.
21. Rethman J, Neuser F, Barlow AP. Brushing compliance with a novel integrated power toothbrush and toothpaste oral hygiene system. Compend Cont Educ Dent. 2004; 25(suppl 1):28-35.

PG007074

# Pharmacodynamic and Pharmacokinetic Effects in Gingival Crevicular Fluid From Re-dosing During Brushing

Ashley P Barlow, BS, DPharmMed
*Senior Scientist*
*Procter & Gamble Technical Centres Ltd*
*Egham, Surrey, UK*

Xiaojie Zhou, PhD
*Senior Statistician*

John E Barnes, BS
*Microbiologist*

Steve H Hoke, PhD
*Principal Bioanalytical Scientist*

Thomas H Eichhold, MBA
*Bioanalyst*

Roger D Gibb, PhD
*Senior Statistician*

Nivedita B Ramji, PhD
*Senior Scientist*

Tao He, DDS, PhD
*Senior Scientist*

Sheri A Hunt, PhD
*Senior Scientist*

*The Procter & Gamble Company*
*Mason, Ohio*

Michael J Kowolik, BDS, PhD
*Professor, Department of Periodontics & Allied Dental Programs*
*Director, Graduate Periodontics Research*
*Indiana University*
*School of Dentistry*
*Indianapolis, Indiana*

Marta Somogyi-Mann, MSc
*Statistician*
*Venturi Technology Partners*
*Rosemont, Illinois*

**Abstract:** *The IntelliClean System from Sonicare® and Crest® combines a rechargeable sonic power toothbrush and a novel liquid toothpaste into one integrated system, providing the opportunity to re-dose with toothpaste during the brushing cycle. The purpose of this study was to investigate cleaning effects from in-mouth re-dosing with toothpaste during the brushing cycle vs conventional bolus dosing. This was a randomized, examiner-blind, six-period, crossover clinical study. Eighteen adult subjects used an experimental integrated system employing either a re-dosing regimen (2 doses at the start of brushing with 1 additional in-mouth dose during the last 30 seconds of brushing [2+1]) or a conventional regimen (2 doses at the start of brushing only [2+0]). Gingival crevicular fluid (GCF) was sampled at the final brushing quadrant from a preselected site in the gingival sulcus using filter strips at baseline and at 4, 15, and 120 minutes postbrushing. Mean change from baseline in the concentrations of total facultative anaerobes (TFAs) and gram-negative anaerobes (GNAs) in the GCF at 120 minutes posttreatment were modeled separately using general linear mixed models. Area under the curve of surfactant (sodium dodecyl sulfate [SDS]) in GCF over 2 hours postbrushing was calculated and modeled using an analysis of variance model. All hypotheses were tested 2-sided at the 5% significance level. Relative to the conventional regimen, the re-dosing (2+1) regimen produced a significantly greater reduction in $\log_{10}$ (TFA colony-forming units [CFU]/$\mu$L GCF) after brushing, $0.99 \pm 0.12$ vs $0.65 \pm 0.12$ (mean change $\pm$ standard error), and a significantly greater reduction in $\log_{10}$ (GNA CFU/$\mu$L GCF) after brushing, $0.75 \pm 0.14$ vs $0.45 \pm 0.14$. The re-dosing regimen led to significantly more SDS in GCF relative to the conventional regimen over the 2-hour time period. Re-dosing of liquid toothpaste during the brushing cycle with the IntelliClean System leads to a significantly increased cleaning effect, as defined by a reduced bacterial count in GCF, and significantly higher levels of surfactant in the GCF up to 2 hours after the brushing event.*

Mechanical and/or chemotherapeutic cleaning of the oral cavity to remove or inhibit plaque growth remains the most effective means of promoting good oral health. Oral hygiene products continue to evolve rapidly by employing the latest advances in engineering, electronics, and chemistry to develop more effective cleaning technologies. Of those products available directly to the consumer, power toothbrushes have been recognized as making a positive contribution toward improved daily plaque control. Studies report improved plaque removal efficacy vs manual brushes as well as significant improvements in gingival and periodontal health.[1-4] Rechargeable power toothbrushes employing sonic technology are among the most innovative, delivering improved cleaning performance and an enhanced user experience.[5-7]

PG007075

Similarly, toothpastes have improved as a result of advances in chemical formulation and the identification of novel ingredients. Stable fluoridated toothpastes containing either high-performance cleaning ingredients, substantive antibacterial agents, or combinations of the two are more readily formulated and can offer multiple oral health benefits.[8,9] A new system, the IntelliClean System from Sonicare®,a and Crest®,b, has combined novel toothbrush and toothpaste technologies in an integrated oral hygiene product. The product uses a low-viscosity sodium-fluoride liquid toothpaste that has been specially developed to maximize both the cleaning performance of a sonic toothbrush and the in-use consumer experience. The stain, gingivitis, and plaque benefits of this system have been evaluated.[10-12] As well as enhanced cleaning, the system provides the opportunity to re-dose with toothpaste without interrupting the brushing cycle. Given the proven hydrodynamic action of sonic brush technology[7] and low-viscosity toothpaste, this unique feature may offer additional cleaning benefits.

Gingival crevicular fluid (GCF) is generally recognized as a key source of biomaterial suitable for studying the environmental factors associated with periodontal disease.[13,14] In clinically healthy individuals, GCF is a serum transudate, which can be readily collected from the sulcus after its passage through the junctional epithelium. As such, it contains most of the elements that are present in serum, but as a transudate into the gingival microenvironment it also is likely to contain plaque-derived microbes as well as related bacterial and host inflammatory response factors.[15] Quantitative and qualitative assessments of the GCF potentially can provide useful information about an individual's oral health status.[16] In certain situations, these evaluations may be particularly valuable in establishing cleaning or antibacterial performance of oral hygiene products.

Sodium dodecyl sulfate (SDS) is commonly used in personal cleansing and oral hygiene products, such as toothpaste. As a surfactant, it adds both esthetic and cleaning attributes to the formulation. Its chemical properties also may bestow limited bactericidal action, given the propensity of surfactants to break down phospholipid membranes.

The aim of this study was to determine the

cleaning benefits from re-mouth or re-dosing using a prototype integrated system representing the final and optimized brush design and toothpaste formulation.

## Materials and Methods
### Study Procedures

This was a randomized, single-center, examiner-blind, crossover clinical study. Eighteen adults (9 women and 9 men) with a mean age of 40 years were recruited. The study was limited to healthy individuals with gingival/periodontal pocket depths of 1 mm to 3 mm. All subjects gave written informed consent and agreed not to receive a dental prophylaxis or use any other dental product during the phase of active treatment. Subjects also were required not to use antibiotics during the study or within 2 weeks before the start of the study. At their initial visit, all subjects received a periodontal examination, including the identification of 3 gingival sites in the posterior upper quadrants that gave a crevicular fluid sample exceeding 25 Periotron®,c units. Typically, mesiobuccal or mesiolingual sites were chosen and recorded for future use during the study. Pocket depth and bleeding on probing status were recorded for each GCF sampling site (Figure 1).

Subjects used the prototype integrated toothbrush/toothpaste system once during each treatment period under supervision according to their assigned usage/dosing instructions. Otherwise, subjects were supplied with Crest® Cavity Protection toothpaste[b] and Sonicare® Advance toothbrushes[a] to be used for the duration of the study.

Subjects received instructions to brush each of the 4 dental quadrants for 30 seconds. Half of the subjects brushed in the right-to-left order as follows: upper right (Q1), lower right (Q4), lower left (Q3), upper left (Q2) (Figure 2); the other half brushed in the left-to-right

c Oraflow, Inc, Plainview, NY 11803; 631-669-8954



Figure 1—
Sampling of gingival crevicular fluid.

a Phillips Oral Healthcare, Inc, Snoqualmie, WA 98065; 800-676-SONIC
b The Procter & Gamble Co, Cincinnati, OH 45202; 800-492-7378

PG007076

Case 1:09-cv-05675-RJS Document 17-2 Filed 11/18/2009 Page 36 of 95

**Table 1—Regimen Sequences**

| Regimen Sequence | Treatment Period | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 1 | A | B | B | A | A | B |
| 2 | B | A | A | B | B | A |
| 3 | A | A | A | B | B | A |
| 4 | B | B | A | A | A | B |

"A" and "B" represent the brushing regimens.

order as follows: upper left (Q2), lower left (Q3), lower right (Q4), upper right (Q1) (Figure 3).

After brushing, all subjects rinsed for 15 seconds with 30 mL of water. The treatment regimens employed a total of 2 minutes brushing time but differed with respect to the timing for the introduction of SDS-containing toothpaste into the mouth and the amount of SDS-containing toothpaste on the brush head, as follows:

**Re-dose regimen (2+1):** 2 pumps (~0.50 g toothpaste) delivered into the brush head to start brushing the upper quadrant ($t = 0$ seconds), 1 pump (~0.25 g toothpaste) delivered into the brush head to start brushing opposite the upper quadrant ($t = 90$ seconds). Re-dosing was reserved for the last 30 seconds of brushing, when the foam and body qualities of toothpaste are generally compromised from dilution effects.

**Bolus-only regimen (2+0):** 2 pumps (~0.50 g toothpaste) delivered into the brush head to start brushing the upper quadrant ($t = 0$ seconds).

Subjects were randomly assigned to one of the regimen sequences shown in Table 1 in a block size of 4 based on the subject's order of entry at the first day of treatment.

At the start of each treatment period, subjects had a baseline GCF sample taken from preidentified pharmacodynamic and pharmacokinetic sites. Subjects were blinded as to the location of these sites before study initiation. Subjects remained at the clinic for their 4- and

15-minute pharmacokinetic site GCF samplings and then returned to the clinic for pharmacokinetic and pharmacodynamic site samples 120 minutes after brushing. Subjects were not permitted to eat, drink, chew gum, or smoke between samplings.

*Pharmacodynamic Procedures*

1. Four Periotron® 8000 series instruments were calibrated before the start of the study according to the manufacturer's instructions. GCF samples were collected at the designated times by placing paper strips (PerioPaper®) at the entrance to the gingival sulcus for 30 seconds to absorb the fluid present.

2. GCF samples were collected at baseline from the upper quadrant (depending on the brushing sequence, the upper-left or the upper-right quadrant where brushing ended). Sampling sites were predetermined based on screening Periotron® values. A GCF sample was collected from the same sites used for baseline collection 120 minutes ± 5 minutes from the time the treatment was administered.

3. Periotron® units of the collected GCF volume were determined immediately after collection using the Periotron® 8000 series instruments. A calibration curve provided direct translation of Periotron® unit values to volumes that were reported in µL. The GCF volumes were used to obtain the final concentrations of bacteria expressed as colony-forming units



Figure 2—Brushing direction for brushing regimen A.



Figure 3—Brushing direction for brushing regimen B.

(CFU)/μL GCF

4. Strips were cut with scissors to remove the orange plastic portion before placement into labeled sample vials containing 1 μL of Liquid Dental Transport (DTF)[d], caps closed, and then stored on ice before microbial processing. All pharmacodynamic processing was done within 2 hours of sample collection.

5. Appropriate cleaning and sterilization procedures were undertaken in between each sampling event.

6. To ensure mixing of the substrate before analysis, the Liquid Dental Transport was vortexed for 30 seconds at high speed before plating the sample. A neat sample ($10^{-3}$) and 1:10 ($10^{-4}$) and 1:100 ($10^{-5}$) dilutions of the neat sample were plated on Enriched Tryptic Soy Agar (ETSA)[d] for total facultative anaerobes (TFAs) and on Enriched Tryptic Soy Agar with nalidixic acid and vancomycin (ETSA-NV)[d] for gram-negative anaerobes (GNAs). All dilutions were prepared in sterile physiological saline. A spiral plater (Autoplater™ 4000[e]) was used for all platings.

7. Plates were incubated in an anaerobic chamber (AALC 3-DOOR[f]) at 37°C for 48 hours. Colonies were then enumerated using an automatic colony counter (QCount™·[e]), and the counts were reported separately for the three dilutions as CFU/mL.

*Oral hygiene products continue to evolve rapidly by employing the latest advances in engineering, electronics, and chemistry to develop more effective cleaning technologies.*

## Pharmacokinetic Procedures

1. Periotron® calibration, GCF sample collection, and quantification were performed as described for the pharmacodynamic procedures.

2. Strips were cut with scissors to remove the orange plastic portion before placement into a specified well of a 96-round, deep-well plate. Plate specification included subject identification, treatment period, time point, and whether the sample was collected from the upper-left, or upper-right quadrant of the mouth. Plates containing the samples were stored frozen at −70°C until the time of analysis. Plates were removed from the freezer and allowed to reach room temperature before analysis.

3. Water (0.9 mL) was added to each well, followed by 0.1 mL of an internal standard solution containing a known mass of stable isotope labeled SDS ($d_{25}$).

*Power toothbrushes have been recognized as making a positive contribution toward improved daily plaque control.*

4. The plate was sealed with a cap mat and, to ensure mixing of the substrate before analysis, vortexed for 5 minutes before liquid chromatography tandem mass spectrometry analysis. An aliquot of the sample was injected onto an Xterra High Performance Liquid Chromatography column[g] using isocratic conditions. The column effluent was introduced into a triple quadrupole mass spectrometer (API 3000[h]) under turbo ion-spray conditions in the negative-ion–selected reaction monitoring mode. Transitions consisting of $m/z$ $265 \rightarrow 97$ and $m/z$ $290 \rightarrow 98$ were continuously monitored for SDS and $d_{25}$-SDS, respectively.

5. Calibration standards were prepared by spiking 1 μL of human plasma matrix containing a known mass of SDS onto PerioPaper® strips over the expected concentration range of the unknown samples. These standards were analyzed as described above. Samples with SDS concentrations exceeding the upper limit of the normal calibration range were further diluted with internal standard and reanalyzed.

6. A calibration curve was constructed by plotting peak area ratios of SDS/$d_{25}$-SDS vs the mass of SDS in each calibration standard. The mass of SDS contained in the unknown samples was then interpolated from the calibration curve. The mass of SDS in each unknown sample was then divided by the volume of GCF collected onto its respective strip to obtain the SDS concentration (ng SDS/μL GCF).

[d]Anaerobe Systems, Morgan Hill, CA 95037; 408-782-7557
[e]Spiral Biotech, Norwood, MA 02062; 800-554-1620
[f]COY Laboratory Products, Inc, Grass Lake, MI 49240; 734-475-2200

[g]Waters Corporation, Milford, NJ 01757; 800-252-4752
[h]Applied Biosystems, Foster City, CA 94404; 800-327-3002

| Regimen | Adjusted Mean Change | Adjusted Mean Final | Treatment Difference | P value |
|---|---|---|---|---|
| **log₁₀ (TFA CFU/μL GCF)** | | | | |
| 2+1 regimen | −0.99 (0.12) | 8.06 (0.12) | −0.34 | .005 |
| 2+0 regimen | −0.65 (0.12) | 8.40 (0.12) | | |
| **log₁₀ (GNA CFU/μL GCF)** | | | | |
| 2+1 regimen | −0.75 (0.14) | 7.09 (0.14) | −0.30 | .019 |
| 2+0 regimen | −0.45 (0.14) | 7.38 (0.14) | | |
| CFU = colony-forming units; GCF = gingival crevicular fluid. | | | | |

Table 2—Analysis of Covariance for Average Total Facultative and Gram-negative Anaerobes (TFA and GNA).

## Statistical Methods

For the pharmacodynamic measurements, the base-10 logarithm function was applied to the concentrations of GNA CFU/μL GCF and TFA CFU/μL GCF data before statistical analysis. For the pharmacokinetic measurement, the area under the SDS concentration curve (AUC) was calculated using the trapezoid rule for each subject. The SDS AUC was the primary measure of surfactant delivery to GCF. The analysis was performed on the natural logarithm scale of the original data. The adjusted means were transformed back to the original scale for the purposes of reporting.

The mean change from baseline in the number of GNA CFU/μL GCF and TFA CFU/μL GCF and SDS AUC were modeled separately using general linear mixed models. Each model included treatment and period as fixed class variables. Subject was included as a random class variable with compound symmetric within-subject correlation structure. The models of mean change from baseline bacteria concentration levels also included the respective baseline CFU/μL GCF (log₁₀ scale) as a continuous covariate. These general mixed models were used to compare regimens at the 5% significance level.

## Results

### Study Population

All 18 subjects who were randomly assigned to 1 of the 4 regimen sequences completed all study visits. Subjects used each of the two treatment regimens three times during the course of the study. Subject sampling sites ranged from 2 mm to 3 mm probing depth, and 1 of 36 sample sites displayed bleeding when pocket depth was measured at the screening visit.

### Pharmacodynamic Results

Before brushing, subjects had an average of 9.05 log₁₀ TFA CFU/μL GCF and 7.84 log₁₀ GNA CFU/μL GCF. After 2 hours postbrushing, the mean TFA reduction compared to baseline was significantly greater for the 2+1 regimen than for the 2+0 regimen (0.99 vs 0.65 log₁₀ CFU/μL GCF, $P = .005$). There was also a significantly greater mean reduction of GNAs in GCF for the 2+1 regimen compared to the 2+0 regimen (0.75 vs 0.45 log₁₀ CFU/μL GCF; $P = .019$) (Table 2 and Figure 4).

### Pharmacokinetic Results

The mean SDS concentration in GCF was statistically significantly ($P < .002$) higher for the 2+1 regimen relative to the 2+0 regimen at each of the 4-, 15-, and 120-minute time points. Over the 2-hour postbrushing period, the SDS AUC was statistically significantly ($P < .0001$) greater for the 2+1 re-dosing regimen than for the 2+0 bolus-only regimen (29.5 vs 19.2 μg × min/μL) (Table 3 and Figure 5).



CFU = colony-forming units; GCF = gingival crevicular fluid.

Figure 4—Reduction in total facultative and gram-negative anaerobic bacteria 120 minutes posttreatment.

Table 2—Analysis of Variance of the Area Under the SDS Concentration Curve (4 to 120 Minutes) in Gingival Crevicular Fluid (ng SDS × min/µL GCF)

| Regimens | Adjusted Mean | Adjusted Difference | Type 3 SS P Value |
|---|---|---|---|
| 2+1 regimen | 29.5 | 1.54 | < .0001 |
| 2+0 regimen | 19.2 | | |

SDS = sodium dodecyl sulfate.

## Discussion

The results of this study demonstrated the pharmacodynamic and pharmacokinetic benefits of re-dosing with toothpaste during the brushing cycle. A direct comparison of brushing cycles with and without an additional dose of liquid toothpaste indicated a significant reduction in TFAs and GNAs 2 hours after brushing had ceased. Re-dosing delivered approximately a log reduction in TFAs, a 52% greater effect than dosing only at the beginning of the brushing cycle. Differences for GNAs were similar, with a 66% greater log reduction in bacterial load in the GCF for the re-dosing vs regular regimen. The role of bacteria, specifically GNA classes, in the formation of plaque and subsequent initiation of gingivitis is well documented.[17-19] The ability of any oral hygiene regimen to positively affect the microbial flora within the sulcus is likely to aid the maintenance of healthy gingival tissues. The clinical relevance of such reductions remains to be established, although randomized clinical trials have already demonstrated antiplaque and antigingivitis effects for this integrated oral hygiene system.[10,11]

Similarly, the pharmacokinetic effects observed indicate the advantage of re-dosing to raise the amount of cleaning ingredients delivered into the gingival sulcus, thus prolonging the surfactant's activity in the oral cavity longer than with a bolus-only dose of toothpaste at the start of brushing. Over the 2-hour postbrushing period, the mean concentration of surfactant (SDS) in the GCF was 54% higher when an additional dose of toothpaste was dispensed during the brushing cycle compared to a bolus-only dose at the start of brushing. Importantly, the pharmacokinetic outcomes ap-pear to be consistent with the pharmacodynamic results in supporting the overall cleaning benefits that can be observed in the GCF through re-dosing during the brushing cycle. From a pharmacokinetic perspective, there are clearly opportunities to explore the use of integrated antibacterial formulations and their impact on these evaluation parameters as a result of re-dosing.

The benefits of re-dosing during the brushing cycle are not yet fully characterized, and further experiments are required to fully understand the relative impact it may have vs the conventional toothbrush/toothpaste regimen. Research is ongoing to characterize the whole-mouth pharmacokinetic and pharmacodynamic profiles resulting from re-dosing if the actual quantity of product dispensed during the brushing cycle remains constant, ie, 3+0 vs 2+1. It is hypothesized that, by improving the distribution of the product within the mouth, the product's efficacy is less likely to suffer the dilution effects associated with bolus dosing. Supervised brushing to control brushing time and patterns was implemented to minimize individual habit influences and the impact, if any, of the subjects' awareness of sampling-site locations.

This research also focused on single-use effects, and it is clearly of interest to explore



SDS = sodium dodecyl sulfate; GCF = gingival crevicular fluid.

Figure 5—Mean sodium dodecyl sulfate concentration in gingival crevicular fluid over time.

the longer-term impact on cleaning using these evaluation parameters over time. Research reported elsewhere in this supplement indicates higher levels of compliance with the integrated system vs a separate toothbrush plus toothpaste over a 6-week period.[20] The result of that study indicated that user acceptance was higher with the integrated system, and it may be speculated that re-dosing plays an important role in this outcome by enhancing the usage experience.

## Conclusion

Re-dosing with liquid toothpaste during the brushing cycle using an integrated sonic power toothbrush/low-viscosity liquid toothpaste leads to a significantly increased cleaning effect, defined as reduced bacteria count in GCF, vs bolus dosing at the start of brushing. Furthermore, re-dosing delivers significantly higher levels of surfactant to the GCF up to 2 hours after the brushing event vs bolus dosing at the beginning of the brushing cycle.

## Disclosure

The Procter & Gamble Company supported this research.

## Acknowledgments

The authors acknowledge Susan Fiedler and Phyllis Hoke of The Procter & Gamble Company for their contributions to this research.

## References

1. Tritten CB, Armitage GC. Comparison of a sonic and a manual toothbrush for efficacy in supragingival plaque removal and reduction of gingivitis. *J Clin Periodontol*. 1996;23:641-648.
2. Haun J, Williams K, Friesen L, et al. Plaque removal efficacy of a new experimental battery-powered toothbrush relative to two advanced-design manual toothbrushes. *J Clin Dent*. 2002;13:191-197.
3. O'Beirne G, Johnson RH, Persson GR, et al. Efficacy of a sonic toothbrush on inflammation and probing depth in adult periodontitis. *J Periodontol*. 1996;67:900-908.
4. Saxer UP, Yankell SL. Impact of improved toothbrushes on dental diseases. I. *Quintessence Int* 1997;28:513-593.
5. Johnson BD, McInnes C. Clinical evaluation of the efficacy and safety of a new sonic toothbrush. *J Periodontol*. 1994;65:692-697.
6. McInnes C, Pace JW. Designing the next generation of a sonic toothbrush. *Am J Dent*. 2002;15(spec no):4B-6B.
7. Hope CK, Petrie A, Wilson M. In vitro assessment of the plaque-removing ability of hydrodynamic shear forces produced beyond the bristles by 2 electric toothbrushes. *J Periodontol*. 2003;74:1017-1022.
8. White DJ. Tartar control dentifrices: current status and future prospects. In: Embery G, Rolla G, eds. *Clinical and Biological Aspects of Dentifrices*. Oxford, UK: Oxford University Press; 1992:277-291.
9. Mankodi S, Bartizek RD, Winston JL, et al. Antigingivitis efficacy of a stabilized 0.454% stannous fluoride/hexametaphosphate dentifrice: a controlled six-month clinical trial. *J Clin Periodontol*. In press.
10. Nunn ME, Ruhlman C, Mallatt PR, et al. Plaque reduction over time of an integrated oral hygiene system. *Compend Contin Educ Dent*. 2004;25(suppl 1):8-14.
11. Barlow AP, Zhou X, Roberts J, et al. Effect of a novel integrated power toothbrush and toothpaste oral hygiene system on gingivitis. *Compend Contin Educ Dent*. 2004; 25(suppl 1):15-20.
12. Nunn ME, Chaves ES, Gallagher AC, et al. Stain reduction of an integrated oral hygiene system. *Compend Contin Educ Dent*. 2004;25(suppl 1):36-43.
13. Eley BM, Cox SW. Advances in periodontal diagnosis. 7. Proteolytic and hydrolytic enzymes link with periodontitis. *Br Dent J*. 1998;184:323-328.
14. Wolff LF, Koller NJ, Smith QT, et al. Subgingival temperature: relation to gingival crevicular fluid enzymes, cytokines and subgingival plaque micro-organisms. *J Clin Periodontol*. 1997;24:900-906.
15. Cimasoni G. The crevicular fluid. In: Whitford GM, ed. *Monographs in Oral Science*. Vol 3. Farmington, Conn: S. Karger Publishers, Inc; 1974.
16. Nakashima K, Giannopoulo C, Andersen E, et al. A longitudinal study of various crevicular fluid components as markers of periodontal disease activity. *J Clin Periodontol*. 1996;23:832-838.
17. Löe H, Theilade E, Jensen SB. Experimental gingivitis in man. *J Periodontol*. 1965;36:177-187.
18. Wolff LF, Liljemark WF, Bloomquist CG, et al. The distribution of *Actinobacillus actinomycetemcomitans* in human plaque. *J Periodontal Res*. 1985;20:237-250.
19. Mombelli A, McNabb H, Lang NP. Black-pigmenting gram-negative bacteria in periodontal disease. I. Topographic distribution in the human dentition. *J Periodontal Res*. 1991; 26:301-307.
20. Rethman J, Neuser F, Barlow AP. Brushing compliance with a novel integrated power toothbrush and toothpaste oral hygiene system. *Compend Contin Educ Dent*. 2004;25(suppl 1):28-35.

PG007081

# Brushing Compliance with a Novel Integrated Power Toothbrush and Toothpaste Oral Hygiene System

Jill Rethman, RDH, BA
*Consultant and Speaker*
*Kaneohe, Hawaii*

Frauke Neuser, PhD
*Senior Scientist*

Ashley P Barlow, BS, DPharmMed
*Senior Scientist*

*Procter & Gamble Technical Centres Ltd*
*Egham, Surrey, UK*

**Abstract:** *Patient motivation can be an important factor in successful compliance with an oral hygiene program. However, it also can present the most difficulty with such compliance. For example, some conditions, such as gingivitis, may seem nonthreatening, making adherence to recommended regimens especially difficult to attain. A new power toothbrush technology with an integrated toothpaste system has been developed that increases a patient's ability and willingness to adopt recommended regimens. This article reviews this novel technology and reports on a study comparing it to a nonintegrated power toothbrush and regular toothpaste. The features of the novel toothbrush technology also are explained in the context of patient concordance vs patient compliance.*

The impact of poor compliance to the self-care programs recommended by oral health care providers has been well documented.[1-4] In patients with chronic illnesses, such as periodontitis, a lack of improvement in plaque levels, inflammation, and/or bleeding have been directly correlated with the patient's lack of adherence to prescribed treatment regimens.[5] Furthermore, caries incidence rates have been shown to be adversely affected by the lack of compliance to recommended oral care routines.[6]

One of the key challenges of dental disease is the patient's perception that the condition is nonthreatening and, as such, the health risks involved are insignificant. This phenomenon is even more problematic in conditions such as gingivitis, where the health implications often are poorly understood by the patient. Of course, acute gum disease and its progression to a more destructive periodontal condition are directly linked to effective longitudinal plaque control.[7-9] Therefore, maintaining adequate plaque control between dental visits, irrelevant of the patient's health status, is a key aim of any dental professional. Of the treatment options available to the dentist/hygienist, devices that employ mechanical means to remove and prevent accumulation of plaque biofilm are regarded as the most effective.

When good technique, sufficient duration, and regular frequency of use are employed, toothbrushing has been shown to promote good oral health.[10-12] Brushing also can be complemented by adjunctive mechanical methods, such as flossing, interdental brushes, and toothpicks, to target areas where toothbrushes are less effective. The enhanced oral health benefits of these techniques in combination with toothbrushing are well documented in the literature.[13-15] In fact, an oral hygiene regimen involving regular toothbrushing and daily flossing is still regarded as the preferred approach to optimal oral health. However, it is clear that the success of these approaches is a function of patient instruction, technique, and overall motivation. Unfortunately, the process of brushing the teeth, let alone flossing them regularly, is an experience that most

PG007082

**Table 1 — Demographic and Baseline Summary by Treatment Group**

|  | IntelliClean System | Sonicare Elite Toothbrush |
|---|---|---|
| **Total Number of Subjects** | 169 | 175 |
| **Age: Number (Percent)** |  |  |
| 18–24 | 13 (7.7%) | 12 (6.9%) |
| 25–34 | 22 (13.0%) | 22 (12.6%) |
| 35–45 | 75 (44.4%) | 77 (44.0%) |
| 46–55 | 59 (34.9%) | 64 (36.6%) |
| **Gender*: Number (Percent)** |  |  |
| Men | 61 (36.1%) | 57 (32.6%) |
| Women | 108 (63.9%) | 118 (67.4%) |
| **Screener Brushing Time (Ordinal Data)†: Number (Percent)** |  |  |
| Up to 30 seconds | 15 (8.9%) | 15 (8.6%) |
| 31 to 60 seconds | 58 (34.3%) | 51 (29.1%) |
| 1 to 2 minutes | 63 (37.3%) | 69 (39.4%) |
| 2 to 3 minutes | 19 (11.2%) | 27 (15%) |
| 3+ minutes | 14 (8.3%) | 13 (8.3%) |
| **Screener Brushing Time: Median (Range)** |  |  |
| Time (seconds) | 90 (10–780) | 90 (15–900) |

*The Fisher exact test revealed no differences between groups.  †The Wilcoxon signed-rank test showed no difference between groups.

people do not enjoy.[11] As a result, compliance with recommended brushing procedures generally is poor and, thus, the positive impact on oral health status is minimized. An additional inhibitor of patient motivation is the concept of compliance itself. Synonymous with terms such as *obedience*, *submission*, and *yielding*, the concept of compliance has proven to be an ineffective way to promote patient motivation. In contrast, the idea of concordance promotes an agreement between an oral health care provider and the patient about therapeutic decisions. Concordance considers the patient's needs and beliefs. Unlike compliance, the concordance mindset does not assume that patients will follow through with health-related advice simply because it is dictated by the professional. The concordance model encourages a sharing of control in the professional/patient relationship.

Numerous studies have reported the effectiveness of power toothbrushes vs their manual counterparts in the removal of plaque, reduction of gingivitis, and improvement in periodontal parameters.[16] However, the role played by the power toothbrush in enhancing the brushing experience should not be overlooked. Research indicates an increase in a patient's ability and willingness to follow the recommended regimen with power toothbrushes.[17-19] This enhanced motivation may be linked to specific design features that have been incorporated into recent power toothbrushes to promote product familiarization, brushing-time adherence, applied brushing forces, and technique.

One of the most innovative power toothbrush designs, the Sonicare® toothbrush[a], uses sonic technology to supplement direct mechanical plaque removal with dynamic fluid cleaning action. Both in vitro and in vivo research indicates that the Sonicare® toothbrush provides superior cleaning effects and meaningful oral health benefits vs manual toothbrushes.[20,21] An upgraded version of this sonic power toothbrush, the Sonicare® Elite®[a], was introduced in 2002 and maintains these features in a revised design that significantly improves ease of use and offers enhanced plaque-removal benefits.[22,23] Sonicare® toothbrushes employ system features that actively encourage a 2-minute brushing duration and proper brushing technique (Smartimer®[a] and Quad-Pacer®[a]) as well as brush adoption for new users (Easy-Start®[a]). From a concordance standpoint, these features empower the patient to more easily adopt behaviors recommended by the oral health professional, such as adequate brushing time and full-mouth technique.

Most recently, a novel technology, the IntelliClean System from Sonicare®[a] and Crest®[b], has been developed based on the Sonicare® technology platform that incorporates a dispensing system able to deliver controlled doses of a specially formulated sodium-

[a]Philips Oral Healthcare, Inc, Snoqualmie, WA 98065; 800-676-SONIC
[b]The Procter & Gamble Co, Cincinnati, OH 45202; 800-492-7378



Figure 1—Measured (objective) brushing time by treatment group.

fluoride liquid toothpaste on demand.

The IntelliClean System offers a fully integrated approach to toothbrushing by combining both mechanical and chemical components into one device. Clinical research demonstrates that this novel system provides plaque reduction superior to manual brushing and significant reductions in gingivitis within 4 weeks of use.[24,25] Users also have the unique ability to redose the liquid toothpaste during the brushing cycle. This has been shown to significantly increase the effects of cleaning through the reduction of plaque bacteria in the gingival sulcus.[26] Evidence from consumer research (data on file, The Procter & Gamble Company) suggests that this integrated system also provides an enhanced user experience through a combination of perceived performance, increased convenience, and better in-use properties of the system (eg, easy and consistent dispersion of the toothpaste, fast and consistent foaming, ease of rinsing of the paste, and enhanced flavor during and after brushing). Investigating consumer brushing behavior, particularly in relation to other power toothbrushes, may provide an understanding as to why these features are so important in delivering positive oral health effects to users. The aim of this controlled study was to investigate consumer compliance to brushing instructions among users of the novel integrated oral hygiene system vs users of the Sonicare® Elite® toothbrush and conventional sodium-fluoride toothpaste.

## Methods
### Study Procedures

For this market research study, 356 subjects were recruited among the representative population (Delve, Minneapolis, Minnesota). They were between 18 and 55 years of age and brushed their teeth at least once a day before entering the study. A single-blind, parallel study design was used. Placement was randomized, and groups were balanced for age, gender, brushing frequency, brushing duration, and type of toothbrush used at baseline (eg, rechargeable, battery, or manual). One group was assigned the new integrated toothbrush system, the other group was assigned a Sonicare® Elite® power toothbrush and Crest® Cavity Protection[b] toothpaste. Within each group, a proportion of brushes (100) was fitted with electronic tracking devices to record actual brushing frequency and duration over the 6-week study period. The tracking devices were not known or noticeable to the subjects. Participants were asked to use the respective test product for 6 weeks at home, in place of their regular toothbrush and toothpaste. They completed a baseline habits-and-practices questionnaire and received a brief product introduction. Subjects in the nonintegrated group were instructed to brush as indicated in the Sonicare® owner's manual, which was adapted for the group using the integrated system. After 6 weeks, participants returned the products and filled in a computer-based postuse questionnaire.

### Statistical Methods

Demographics and pretreatment measures were tested to ensure no significant differences between groups at baseline. Self-reported brushing times from the postuse questionnaire were compared between the two treatment legs. Data obtained from the electronic track-

ing devices were used to calculate a median brushing time and comparison between the two treatment legs. Self-reported brushing frequency on the postuse questionnaire used a five-point categorical scale. For the purposes of analysis, this was converted into a binary scale of compliant (twice per day or more) and noncompliant (less than twice per day). Statistical comparisons of the proportion of compliant respondents on each treatment leg were made. For the remaining direct questions on the postuse questionnaire, treatment means were compared using analysis of variance (ANOVA) techniques. In addition to the planned analysis, the variation in brushing time that was recorded over the course of the study was evaluated. Any change in self-reported brushing time was calculated by subtracting each subject's response at baseline from their response postuse.

Self-reported brushing time also was used to define compliance. The continuous time scale was converted into a binary scale of compliant ($\geq$ 120 seconds) and noncompliant (< 120 seconds) for both the preuse and postuse measures. The proportion of compliant respondents on each treatment leg was compared, as was any change in compliance from preuse to postuse. All statistical significances were declared at the 2-sided, 0.05 significance level. Data were not normally distributed, so nonparametric methods were used to test for differences between treatment groups. Because of the distribution of the data and the presence of outliers, mean values were considered an unsuitable measure of location. For this reason, median values were used in the analysis.

## Results

### Demographics

Table 1 summarizes the demographics and baseline characteristics of the two study groups. The Fisher exact test was used to compare for age, brush type, and brushing frequency. Both groups were well balanced for these factors at baseline. Respondent-defined "screener brushing time" (seconds) is a continuous variable and hence the median and range are used as summary statistics. Again, there was no significant difference for this measure at baseline between groups.

### Objective Brushing Time

The median brushing time over the course of the study was calculated for each respondent to provide a single measure of brushing time. The median of these values was then taken, along with the lower and upper quartiles, to give an overall summary for each treatment group (Figure 1). The overall median brushing time for users of the integrated system was 120 seconds, compared with 103 seconds for nonintegrated users. The central 50% of the data from users of the integrated system fell between 109 and 120 seconds compared to the control-group data, where the central 50% fell between 63 and 120 seconds. Users of the integrated system had a significantly longer median brushing time than the nonintegrated users ($P$ = .018). More than 60% of the subjects using the integrated system brushed for approximately 120 seconds during each period of use. Overall, there was a significantly higher proportion of compliant integrated system users (70.7%) than nonintegrated users (45.6%) at postuse ($P$ = .001).



Figure 2—Self-reported (subjective) brushing time by treatment group.

Postuse brushing time: On the postuse questionnaire, respondents were asked to state for how long they had brushed their teeth, on average, each time over the past week. The response was given as a specific length of time in seconds (Figure 2). While both treatment groups had a median value of 120 seconds, the central 50% of the integrated group data was all equal to 120 seconds; whereas the central 50% of the nonintegrated group data was more spread, ranging from 90 to 120 seconds. More than 60% of the integrated users reported brushing for 120 seconds. Compared to the integrated group, a significantly higher proportion ($P = .0475$) of nonintegrated users reported brushing for less than 120 seconds.

Change in brushing time: Change in self-reported brushing time was calculated by subtracting each respondent's self-reported brushing time at baseline from the same measure postuse. A positive result indicated that the respondent's self-reported brushing time increased over the study. A negative result indicated that the brushing time decreased, and a result of zero indicated no change (Table 2). Overall, the self-reported brushing in the integrated group increased significantly more than that of the nonintegrated group. In the integrated group, at least 75% of the change in brushing times was positive, demonstrating an increase in respondents' brushing times, with the median value being 30 seconds. In comparison, the central 50% of the control group data fell between −15 seconds and 40 seconds, with the median value being zero.

Brushing time to define compliance: At both baseline and postuse, respondents were asked to state their average brushing time over the past week. These data were converted from continuous form into a binary scale defining compliant and noncompliant respondents. Respondents with reported brushing times of 120 seconds or more were defined as compliant, while those with brushing times less than 120 seconds were defined as noncompliant (Figure 3). Changes in compliance were evaluated based on differences in reported brushing times at baseline and postuse. The integrated group had a significantly higher proportion of respondents whose compliance increased by the end of the study ($P = .0016$).

## Self-reported Brushing Frequency

When analyzing the full population, there was a less than 1% difference in the proportion of compliant respondents between the integrated and the nonintegrated groups (84% and 83.4%, respectively). When subjects who did not use the assigned system or used another brush were removed, there was an approximately 4% difference in the proportion of compliant respondents between the integrated and the nonintegrated groups (84.6% and 80.7%, respectively). Because of a technical hardware problem, an objective measure of brushing frequency could not be derived from this study. Because the tracking devices drained the brush charge more than was foreseen, the number of recorded brush-user interactions could not be directly translated into the number of brushing occasions.

## Analysis of Product Attributes

Questions were asked on the categorical scales indicated in Table 3. ANOVA was used to compare the two treatment groups. The integrated product scored significantly higher than the control product in Overall Rating, Relative Category Rating, Brushing Less of a Chore, Convenience of Using the System, and Messiness of System.



**Figure 3**—Change in brushing compliance postuse vs baseline by treatment group.

PG007086

| | | Median | |
|---|---|---|---|
| IntelliClean System (n = 169) | 0 | 30 | 60 |
| Sonicare® Elite® + Crest® Cavity Protection (n = 175) | −15 | 0 | 40 |

## Discussion

The results of this study indicate that, in both test groups, subjects brushed their teeth for significantly longer than the commonly observed brushing time for manual toothbrush users. In fact, several studies in which subjects' toothbrushing behavior with a manual brush was recorded with or without their knowledge revealed brushing times ranging from 33 to 84 seconds.[27-30] In particular, Emling et al reported observing an average brushing time of 56.7 seconds when patients brushed at intake to a university dental clinic and were timed without their knowledge.[27] In the present study, both the integrated and nonintegrated power toothbrush systems show brushing times much longer than those reported for manual brushing. The results of this study also indicate significant differences in the objectively measured and subject-perceived brushing times between the novel integrated system and the control (nonintegrated power toothbrush and toothpaste). Over the duration of the study, subjects using the integrated system demonstrated a 15% greater brushing time than the nonintegrated system. In terms of actual time, this equates to full compliance with the recommended 120 seconds per brushing episode for the integrated system vs 103 seconds for the nonintegrated system over the duration of the study. The self-reported results indicate a similar trend, with more than 75% of subjects stating they maintained the recommended brushing time in the integrated group vs 60% among the nonintegrated group.

It should be noted that the discussed differences in brushing time were observed although both power toothbrushes tested in this study have the same timer features to encourage a 2-minute brushing duration (Smartimer® = automatic switch off after 120 seconds; Quad-Pacer® = timer signal every 30 seconds).

While it is difficult to interpret the clinical significance of this increased compliance, we may speculate that the level of cleaning efficacy in the long term might be affected as increased brushing times have been directly correlated to better plaque removal.[31] The

results derived from the self-reported data are comparable to those generated using the objective tracking devices. A common problem in research of this nature is the lack of correlation between subject-estimated and objectively recorded brushing times.[27,32] In this study, the fact that both measures provided similar outcomes imparts confidence in the inferences derived from the subjective results.

Interestingly, when changes in brushing time are evaluated over the course of the study, there is a significant increase among users of the integrated system vs the nonintegrated system. In fact, there was no reported change in median brushing time for the nonintegrated users over the course of the study. In terms of compliance, approximately 40% of the integrated group improved their brushing times by the end of the study vs only 23% of the nonintegrated group. This outcome may be important in understanding how an improved brushing experience affects motivation.

Surprisingly, self-reported frequency of brushing did not show any significant differences between products, with more than 80% of the subjects in both groups reporting adherence to the recommended 2 episodes of brushing. However, it was not possible to derive an objective measure of brushing frequency from the tracking devices because of a technical failure in the hardware. Given the previously reported inconsistencies between subjective and objective measures, these results would have been useful to place the reported data into context. Hopefully, future research will clarify changes in the frequency of toothbrushing for this type of product.

Some studies have indicated a steady fall in brushing frequency after 2 months of power toothbrush use.[33,34] This study was relatively short in length, but it is of clear interest in furthering understanding of the effects on motivation in long-term use of an integrated toothbrush/toothpaste system. Research investigating the brushing compliance with the IntelliClean System over a longer period of time—up to 6 months—is ongoing and will be reported separately. Regular den-

Downloaded from ...

| | IntelliClean System | Sonicare Elite plus Crest Toothpaste Combination |
|---|---|---|
| | n = 169 a | n = 175 b |
| **Q1 Overall Rating** | 2.86 b | 2.50 |
| *Scored on a 9-point scale with −4 = Dislike extremely, +4 = Like extremely* | | |
| **Q4 Relative Category Rating (RCR)** | 4.49 b | 4.15 |
| *Scored on a 5-point scale with 1 = Worst system tried, 5 = Best system tried* | | |
| **Q8a Brushing less of a chore** | 1.06 b | 0.70 |
| **Q8b Brush teeth more often** | 0.27 | 0.12 |
| **Q8c Brush teeth for longer** | 1.09 | 0.96 |
| *Scored on a 5-point scale with −2 = Strongly disagree, +2 = Strongly agree* | | |
| **Q9a Ability to clean overall** | 3.15 | 2.87 |
| **Q9b Ability to clean between teeth** | 2.52 | 2.41 |
| **Q9c Ease of using the system** | 2.75 | 2.70 |
| **Q9d Convenience of using system** | 3.12 b | 2.68 |
| **Q9e Messiness of system** | 1.53 b | 0.92 |
| *Scored on a 9-point scale with −4 = Dislike extremely, +4 = Like extremely* | | |
| **Q10 Change in health of teeth and gums** | 1.17 | 1.05 |
| *Scored on a 5-point scale with −2 = Much worse, +2 = Much better* | | |
| **Q5 How often you brushed teeth per day** | 84.0% | 83.4% |
| *Proportion of "compliant" respondents—brushing twice or more per day* | | |
| *Letter indicates that the product scored significantly higher than the product indicated, at a 95% confidence level.* | | |

tal visits, appropriate to an individual's oral condition and involving repeated instruction and motivation by the professional, also should help with longer-term compliance.

Factors driving motivation are varied and have been the subject of much research. A number of models have been proposed to characterize compliance and the factors by which it is affected.[35-38] Although a definitive example is still outstanding, a common thread in many of these models is the role satisfaction plays. This study is particularly relevant when looking at the level of satisfaction at the product/patient interface. While there was no observed difference between treatments in terms of perceived product efficacy (cleaning, change in health), the integrated system scored significantly higher than the control in use-related attributes (convenience, messiness). A more emotional measure of product rating was gained from the statement that toothbrushing had become less of a chore, in which, again, the integrated system scored significantly higher than the nonintegrated brush. The mentioned attributes are key to understanding the overall acceptance of the integrated system as seen in this study. Turning an everyday necessary treatment into an enjoyable experience can motivate patients to better comply with the recommended treatment regimen. In this respect, the integrated toothbrush/toothpaste system appears to offer a clear and distinct advantage over other toothbrushing alternatives.

When the concordance model is applied to this study, it is apparent that the motivational features of the integrated system enhance concordance. While the concordance concept is derived from the medical community (ie, the failure of patients to take prescribed medications), it is a fitting approach for the promotion of better oral hygiene.[39-41] Concordance advocates a sharing of power in the professional/patient relationship. Therefore, a device that promotes the professional's recommendations (eg, 2-minute brushing time, full-mouth technique, adequate toothpaste dispensing) in a manner that facilitates these actions by the patient furthers an atmosphere of concordance.

## Conclusion

This research has demonstrated that the novel integrated power toothbrush/toothpaste system, the IntelliClean System from Sonicare® and Crest®, significantly improved oral hygiene compliance with brushing instructions vs a conventional power toothbrush and toothpaste combination. The results also indicated a significantly higher level of user acceptance for the integrated system compared to the nonintegrated power toothbrush plus toothpaste combination. Further research is required to understand the concordance/motivation profile over longer time periods as well as the possible applications of the system in specific patient populations.

PG007088

## Disclosure

The Procter & Gamble Company supported this research.

## Acknowledgments

The authors thank Lorraine Bourke of The Procter & Gamble Company and Dr. Douglas Dudgeon of Philips Oral Healthcare, Inc, for their contributions to this research.

## References

1. Wilson TG Jr. Compliance. A review of the literature with possible applications to periodontics. J Periodontol. 1987; 58:706-714.
2. Camner LG, Sandell R, Sarhed G. The role of patient involvement in oral hygiene compliance. Br J Clin Psychol. 1994;33(pt 3):379-390.
3. Wilson TG Jr. How patient compliance to suggested oral hygiene and maintenance affect periodontal therapy. Dent Clin North Am. 1998;42:389-403.
4. Verweij TA, Oosterveld P, Hoogstraten J. Compliance in dentistry: general adherence, specific adherence and perceived dental health. Community Dent Oral Epidemiol. 1998;26:394-399.
5. Wilson TG Jr. Compliance and its role in periodontal therapy. Periodontol 2000. 1996;12:16-23.
6. Chestnutt IG, Schafer F, Jacobson AP, et al. The influence of toothbrushing frequency and post-brushing rinsing on caries experience in a caries clinical trial. Community Dent Oral Epidemiol. 1998;26:406-411.
7. Silness J, Löe H. Periodontal disease in pregnancy. II. Correlation between oral hygiene and periodontal condition. Acta Odontol Scand. 1964;22:121-135.
8. Löe H, Thelaide E, Jensen J. Experimental gingivitis in man. J Periodontol. 1965;36:177-187.
9. Axelsson P, Lindhe J. Effect of controlled oral procedures on caries and periodontal disease in adults. J Clin Periodontol. 1978;5:133-151.
10. Suomi JD, Greene JC, Vermillon JR, et al. The effect of controlled oral hygiene procedures on the progression of periodontal diseases in adults: results after third and final year. J Periodontol. 1971;42:152-160.
11. Pader M. The toothbrush and other mechanical devices. In: Oral Hygiene Products and Practice. 2nd ed. New York, NY: Marcel Dekker, Inc; 1987:141-194.
12. Van der Weijden FA, Timmerman MF, Nijboer A, et al. A comparative study of electric toothbrushes for the effectiveness of plaque removal in relation to toothbrushing duration. Timer study. J Clin Periodontol. 1993;20:476-481.
13. Gjermo P, Flotra L. The effect of different methods of interdental cleaning. J Periodontol Res. 1970;5:230-236.
14. Abelson DL, Barton JE, Maietti GM, et al. Evaluation of interproximal cleaning by two types of dental floss. Clin Prev Dent. 1981;3:19-21.
15. Lobene RR, Soparker PM, Newman MB. Use of dental floss. Effect on plaque and gingivitis. Clin Prev Dent. 1982;4:5-8.
16. Heasman PA, McCracken GI. Powered toothbrushes: a review of clinical trials. J Clin Periodontol. 1999;26:407-420.
17. Walsh M, Heckman B, Leggot P, et al. Comparison of manual and power toothbrushing, with and without adjunctive oral irrigation, for controlling plaque and gingivitis. J Clin Periodontol. 1989;16:419-427.
18. Stalmake K, Soderfeldt B, Sjodin B. Compliance in use of electric toothbrushes. Acta Odontol Scand. 1995;53:17-19.
19. Forgas-Brockmann LB, Carter-Hanson C, Killoy WJ. The effects of an ultrasonic toothbrush on plaque accumulation and gingival inflammation. J Clin Periodontol. 1998; 25:375-379.
20. Tritten CB, Armitage GC. Comparison of a sonic and a manual toothbrush for efficacy in supragingival plaque removal and reduction of gingivitis. J Clin Periodontol. 1996;23:641-648.
21. Johnson BD, McInnes C. Clinical evaluation of the efficacy and safety of a sonic toothbrush. J Periodontol. 1994; 65:692-697.
22. McInnes C, Pace JW. Designing the next generation of a sonic toothbrush. Am J Dent. 2002;15(spec no):4B-6B.
23. Platt K, Moritis K, Johnson MR, et al. Clinical evaluation of the plaque removal efficacy and safety of the Sonicare Elite toothbrush. Am J Dent. 2002;15(spec no):18B-22B.
24. Nunn ME, Ruhlman CD, Mallatt PR, et al. Plaque reduction over time of an integrated oral hygiene system. Compend Cont Educ Dent. 2004;25(suppl 1):8-14.
25. Barlow AP, Zhou X, Roberts J, et al. Effect of a novel integrated power toothbrush and toothpaste oral hygiene system on gingivitis. Compend Cont Educ Dent. 2004;25(suppl 1):15-20.
26. Barlow AP, Zhou X, Barnes JE, et al. Pharmacodynamic and pharmacokinetic effects in gingival crevicular fluid from re-dosing during brushing. Compend Cont Educ Dent. 2004; 25(suppl 1):21-27.
27. Emling RC, Flickinger KC, Cohen DW, et al. A comparison of estimated versus actual brushing time. Pharmacol Ther Dent. 1981;6:93-98.
28. Rugg-Gunn AJ, Macgregor ID. A survey of toothbrushing behaviour in children and young adults. J Periodontal Res. 1978;13:382-389.
29. Macgregor IDM, Rugg-Gunn AJ. Toothbrushing duration in 60 uninstructed young adults. Community Dent Oral Epidemiol. 1985;13:121-122.
30. Saxer UP, Barbakow J, Yankell SL. New studies on estimated and actual toothbrushing times and dentifrice use. J Clin Dent. 1998;9:49-51.
31. Van der Weijden FA, Timmerman MF, Snoek IM, et al. Toothbrushing duration and plaque removal efficacy of electric toothbrushes. Am J Dent. 1996;9(spec no):S31-S36.
32. Robinson HB. Toothbrushing habits of 405 persons. J Am Dent Assoc. 1946;33:1112-1117.
33. Muhler JC. Comparative frequency of use of the electric toothbrush and hand toothbrush. J Periodontol. 1969;40:268-270.
34. Baab DA, Johnson RH. The effect of a new electric toothbrush on supragingival plaque and gingivitis. J Periodontol. 1989;60:336-341.
35. Buckalew LW, Sallis RE. Patient compliance and medication perception. J Clin Psychol. 1986;42:49-53.
36. Morris LS, Schulz RM. Patient compliance—an overview. J Clin Pharm Ther. 1992;17:283-295.
37. Inglehart M, Tedesco LA. Behavioral research related to oral hygiene practices: a new century model of oral health promotion. Periodontol 2000. 1995;8:15-23.
38. Albrecht G, Hoogstraten J. Satisfaction as a determinant of compliance. Community Dent Oral Epidemiol. 1998;26:139-146.
39. Weiss M, Britten N. What is concordance? Pharm J. 2003;271:493.
40. Harris NO, Garcia-Godoy F. Understanding human motivation. In: Norman O, Harris F, eds. Primary Preventative Dentistry. 6th ed. Englewood Cliffs, NJ: Prentice Hall; 2003:Chapter 16.
41. Hodges K. Concepts in Nonsurgical Periodontal Therapy. Albany, NY: Delmar Publishing; 1997:Chapter 8.

PG007089

# Stain Reduction of an Integrated Oral Hygiene System

**Martha E Nunn, DDS, PhD**
*Director, Biometry Core*
*Center for Research to Evaluate and*
*Eliminate Dental Disparities*

*Associate Professor*
*Department of Health Policy & Health*
*Services Research*
*Goldman School of Dental Medicine*
*Boston University*
*Boston, Massachusetts*

**Eros S Chaves, DDS, MS, DMD**
*Independent Consultant*
*Hill Top Research, Inc*
*West Palm Beach, Florida*

**Andrew C Gallagher, DMD**
*Independent Consultant*
*Hill Top Research, Inc*
*Miamiville, Ohio*

**Sally M Rodriguez, MS**
*Clinical Statistician*

**Katherine M Ortblad, RDH, MHA**
*Director of Clinical Research*

*Philips Oral Healthcare, Inc*
*Snoqualmie, Washington*

*Abstract: This article discusses research to determine the efficacy of a prototype integrated power toothbrush and toothpaste dispensing system, the IntelliClean System from Sonicare® and Crest®, in the removal of extrinsic stain. The prototype integrated system and a positive control, the Sonicare® Elite® with conventional toothpaste, were evaluated in 2 randomized, single-blinded, parallel 4-week controlled clinical trials. There was a low dropout rate, with 28 subjects of the 31 randomized in study 1 completing the study (10% loss to follow-up) and 26 subjects of the 28 randomized in study 2 completing the study (7% loss to follow-up). Lobene stain scores were used to assess the extent and intensity of stain for all teeth meeting the criteria for inclusion in the studies. Lobene stain scores were assessed at baseline and after 4 weeks in both studies. A survey also was conducted at the conclusion of each study to determine user attitude toward the integrated system. The prototype integrated system was found to significantly reduce overall extrinsic stain over time, performing not significantly differently from the positive control. Overall, the prototype integrated system reduced the composite measure of stain that encompasses both the extent and intensity of stain by 60%. This research demonstrates that the IntelliClean System from Sonicare® and Crest® is highly effective in reducing extrinsic stain.*

Tooth color continues to be of esthetic importance to many people. Over the past 15 years, both in-office and direct-to-consumer bleaching have become more and more commonplace, particularly in the United States, as patients seek whiter teeth to improve their overall appearance. Up to 90% of US dental practices now offer vital tooth bleaching,[1] and teeth whitening, including direct-to-consumer bleaching products such as Crest® Whitestrips[a], has become a $600-million business.[2] In practice, bleaching is indicated for the reduction of overall stain, both the extrinsic stains on the surface of teeth and the intrinsic stains that may be incorporated into the tooth structure. For many patients, the removal of extrinsic stain alone is sufficient to bring about the desired whiteness in tooth color, and even for patients with bleached teeth, extrinsic stain removal may be important for maintaining optimal color of the dentition. The dental professional readily removes extrinsic stain during routine prophylaxis by polishing the teeth with an abrasive-containing paste. Patients also may remove extrinsic stain through better oral hygiene alone or combined with direct-to-consumer whitening products.

Power toothbrushes have been demonstrated in clinical trials to remove extrinsic stain when used with regular toothpaste products, and the Sonicare® power toothbrush[b] was among the first to be examined in this regard. In 1994, McInnes and colleagues[3] reported that use of the sonic toothbrush resulted in an 82% reduction in naturally occurring coffee, tea, and tobacco stains after 4 weeks and a 50% reduction in stain induced by regular use of a 0.12% chlorhexidine mouth rinse in a similar period. In

---

[a]The Procter & Gamble Co, Cincinnati, OH 45202; 800-492-7378
[b]Philips Oral Healthcare, Inc, Snoqualmie, WA 98065; 800-676-SONIC

**Table 1—Lobene Stain Index**

| Area Index | |
|---|---|
| 0 | No stain detected, only tooth color |
| 1 | Stain in up to 1/3 of the region |
| 2 | Stain in over 1/3 but less than 2/3 of the region |
| 3 | Stain in over 2/3 of the region |

| Intensity Index | |
|---|---|
| 0 | No stain; clean and natural color |
| 1 | Light stain; slight yellowish to tan color that can be seen with close examination |
| 2 | Moderate stain; obvious brownish discoloration |
| 3 | Heavy stain; heavy brown to black discoloration |

Labial surface of each incisor is divided into two regions, margin and body. Margin and body regions are scored separately for stain. The margin is the gingival region of the tooth from the gingival margin to an imaginary line connecting the tips of the adjacent papillae. The body is the remainder of the tooth above the line connecting papillae tips. The stain in each region is scored 0 to 3 for area and 0 to 3 for intensity.

another study, the Braun Oral-B® 3D Plaque Remover[c] and the Sonicare® Plus[b] power toothbrushes were investigated to determine the ability of each to remove naturally occurring extrinsic stain. After 6 weeks of use, both types of power toothbrushes produced statistically significant reductions in stain ($P < .001$).[4] More recently, Terézhalmy et al[5] reported 4 independent clinical studies to determine the effectiveness of the Crest® SpinBrush™ Pro Whitening[c] and Sonicare® Advance 4100[b] power toothbrushes in removing extrinsic stain after 2 weeks of brushing. Again, both products were found to significantly reduce extrinsic stain ($P < .05$) with stain scores reduced by 44% to 88% compared to baseline. A study by Drisko and colleagues found that the Sonicare® Elite® power toothbrush[b] significantly reduced extrinsic stain over 4 weeks in both intensity ($P < .001$) and area ($P = .002$) (data on file, Philips Oral Healthcare, Inc).

*B*oth in-office and direct-to-consumer bleaching have become more and more commonplace in the United States, as patients seek whiter teeth to improve their overall appearance.

The IntelliClean System from Sonicare® and Crest® is a new integrated sonic power toothbrush and liquid-toothpaste dispensing system. The toothpaste is formulated with a special consistency that allows the gel to be liq-

uefied rapidly by the system's high-speed bristle motion. A pump in the handle of the toothbrush allows the user to re-dose toothpaste during brushing, for targeting cleaning in hard-to-reach areas of the mouth. The toothbrush maintains the same patented sonic technology of previous Sonicare® products.[6] The primary objective of the current 2 studies was to assess whether a prototype version of the new integrated system demonstrated significant extrinsic-stain reduction over a 4-week period.

## Materials and Methods
### Overview

Two parallel, single-blinded, randomized, controlled clinical trials were conducted to determine the efficacy of the prototype integrated system in stain reduction after 4 weeks of product use according to the manufacturer's instructions. Stain reduction was investigated through clinical visual examinations using the Lobene stain index (Table 1).[7] Intraoral photographs were taken at baseline and at 4 weeks. Independent study sites were used for each study, with the same calibrated examiner evaluating and scoring subjects at both sites.

Each study used the same inclusion/exclusion criteria. For inclusion in the study, subjects had to have at least 18 teeth with 10 natural anterior teeth (ie, no large restorations or crowns on anterior teeth) and have esthetically noticeable stain with an average composite Lobene score of 1.5 or greater on the facial surfaces of at least 4 anterior teeth without significant recession or malocclusion.

The examiner was blinded to the assigned treatment group. Before visit 1, the examiner was calibrated for accuracy and repeatability

using the modified Lobene stain index on a population equivalent to those selected for the study.

## Human Subjects Consideration

All subjects were required to read, sign, and date the informed consent form approved by the Institutional Review Board before starting the study. Subjects were also instructed to call the telephone number provided on the informed consent form in case of any suspected adverse effects. Subjects were examined as indicated in the flowchart in Figure 1.

## Treatment Groups

**Control group (nonintegrated system):** Subjects randomized to the control group were provided with a Sonicare® Elite® toothbrush and Crest® Cavity Protection Cool Mint Gel toothpaste³ with active ingredient sodium fluoride (0.243% weight). They were provided with detailed brushing instructions and also



**Visit 1 — Screening**
- Verbal study explanation to subject
- Informed consent read and signed
- Complete medical/dental history
- Intraoral soft tissue examination
- Schedule visit 2

**Visit 2 — Baseline**
- Health history update
- Intraoral soft tissue examination
- Lobene stain index

*If subject qualified based on Lobene scores:*
- Randomized to treatment
- Intraoral photographs taken
- Subject training/subject brushing
- Questionnaire completed

**Visit 3 — 4-Week Clinical Evaluation**
- Health history update
- Intraoral soft tissue examination
- Lobene stain index
- Intraoral photographs taken
- Product evaluation questionnaire

**Figure 1**—Flowchart of study.

were told to brush their teeth throughout the course of the study twice a day for 2 minutes plus an additional 30 seconds on the facial surfaces of the anterior teeth. No additional oral hygiene aids, such as floss, mouth rinses, etc, were to be used throughout the course of the study. No attempt was made to mask the identity of either the toothbrush or the toothpaste.

*For many patients, the removal of extrinsic stain alone is sufficient to bring about the desired whiteness in tooth color.*

**Test group (prototype integrated system):** Subjects randomized to the integrated system group were provided with a prototype IntelliClean System. The toothbrush part of the prototype system was identified with a label designating it as an "investigational product," with a 24-hour telephone number for questions and to report problems. The directions for use of the prototype integrated system and the informed consent form also clearly stated that the toothpaste was a prototype and provided a 24-hour telephone number for questions and/or concerns. The toothbrush in the integrated system is manufactured by Philips Oral Healthcare, Inc, and is built on the company's Sonicare® brushing technology. The integrated system toothbrush incorporates high-frequency bristle motion with a 2-minute timer and an audible indication every 30 seconds during brushing to signal the user to move the brush from quadrant to quadrant for a more even distribution of brushing time. It additionally incorporates a push-button pump to allow the user to dispense toothpaste into the toothbrush bristles before and during brushing from a toothpaste cartridge that is integrated into the device.

The toothpaste for the prototype integrated system is a sodium-fluoride liquid toothpaste manufactured by The Procter & Gamble Company. (A whitening liquid toothpaste for the IntelliClean System also exists but was not used in these studies.) It is manufactured in accordance with good manufacturing practices and federal regulations concerning fluoride-based anticaries toothpaste. The prototype toothpaste was packaged within 15-mL volume soft-side cartridges that fit into the prototype device. Each toothpaste cartridge was labeled

| | Study 1 Mean ± SD | Study 2 Mean ± SD | Both Studies Mean ± SD |
|---|---|---|---|
| **Margin Intensity** | | | |
| Sonicare® Elite® w/toothpaste | 1.57 ± 0.46 | 1.42 ± 0.29 | 1.51 ± 0.40 |
| IntelliClean System | 1.56 ± 0.71 | 1.47 ± 0.34 | 1.52 ± 0.54 |
| **Margin Extent** | | | |
| Sonicare® Elite® w/toothpaste | 1.36 ± 0.36 | 1.23 ± 0.29 | 1.31 ± 0.30 |
| IntelliClean System | 1.32 ± 0.41 | 1.52 ± 0.39 | 1.42 ± 0.41 |
| **Margin Composite** | | | |
| Sonicare® Elite® w/toothpaste | 2.14 ± 0.76 | 1.77 ± 0.47 | 2 00.± 0.67 |
| IntelliClean System | 2.10 ± 1.07 | 2.31 ± 0.90 | 2.21 ± 0.98 |
| **Body Intensity** | | | |
| Sonicare® Elite® w/toothpaste | 2.04 ± 0.62 | 2.06 ± 0.29 | 2.04 ± 0.51 |
| IntelliClean System | 2.04 ± 0.61 | 1.98 ± 0.43 | 2.01 ± 0.52 |
| **Body Extent** | | | |
| Sonicare® Elite® w/toothpaste | 1.10 ± 0.13 | 1.17 ± 0.27 | 1 12.± 0.19 |
| IntelliClean System | 1.08 ± 0.16 | 1.16 ± 0.21 | 1.12 ± 0.19 |
| **Body Composite** | | | |
| Sonicare® Elite® w/toothpaste | 2.30 ± 0.77 | 2.32 ± 0.44 | 2.31 ± 0.65 |
| IntelliClean System | 2.22 ± 0.73 | 2.27 ± 0.54 | 2.24 ± 0.63 |
| **Overall Intensity** | | | |
| Sonicare® Elite® w/toothpaste | 1.80 ± 0.42 | 1.74 ± 0.24 | 1.78 ± 0.36 |
| IntelliClean System | 1.80 ± 0.54 | 1.72 ± 0.30 | 1.76 ± 0.43 |
| **Overall Extent** | | | |
| Sonicare® Elite® w/toothpaste | 1.23 ± 0.19 | 1.20 ± 0.14 | 1.22 ± 0.17 |
| IntelliClean System | 1.20 ± 0.26 | 1.34 ± 0.28 | 1.27 ± 0.28 |
| **Overall Composite** | | | |
| Sonicare® Elite® w/toothpaste | 2.22 ± 0.58 | 2.05 ± 0.37 | 2.15 ± 0.51 |
| IntelliClean System | 2.16 ± 0.78 | 2.29 ± 0.61 | 2.23 ± 0.69 |

SD = standard deviation.

with a nonremovable clinical test label listing a reference to usage directions, the active ingredient and its concentration (sodium fluoride, 0.243% weight), as well as a 24-hour telephone number for any questions or concerns.

The prototype integrated system was supplied as a kit. Subjects randomized to the integrated system were supplied with one complete white power toothbrush and one charger plus four toothpaste cartridges to be used over the course of the study. No brand identification was made on any part of the integrated system.

## Study Population

Because the primary focus of the two studies was to evaluate the efficacy of the prototype integrated system, subjects were randomized in blocks of four, with three randomized to the integrated system (test) and one randomized to the nonintegrated system (control). For study 1, 31 subjects were randomized and enrolled, and 29 (93.5%) completed the study. For study 2, 28 subjects were randomized and enrolled, and 26 (92.9%) completed the study. With both studies combined, a total of 59 subjects were randomized and enrolled, with 55 subjects (93.2%) completing the 2 studies. Of the four subjects that dropped out of the study, three were in the integrated group and one was in the nonintegrated group.

## Statistical Analysis

Subject means were calculated for margin, body, and overall Lobene scores for extent of stain, intensity of stain, and a composite score representing both extent and intensity of stain. The composite Lobene scores were calculated by taking the product of the Lobene scores for the corresponding extent of stain and intensity of stain. Descriptive statistics were calculated for all baseline Lobene scores. Percent stain reduction over 4 weeks was calculated for each subject. Analysis of covariance (ANCOVA) was used to obtain the adjusted mean percent stain reduction over 4 weeks.

Statistical analysis was conducted for each

study individually. Then data from the two studies were combined and analyzed together. A term for the study site was included where a significant difference between studies was detected.

## Results

For study 1, 14 of the 19 subjects (73.7%) in the integrated group (test) were women, and 5 of the 10 subjects (50%) in the nonintegrated group (control) were women. The mean age of the 19 subjects in the integrated group was 46.2 (standard deviation [SD] = 8.43, median = 47 years, range = 34 to 68 years), whereas the mean age of the 10 subjects in the nonintegrated group was 45.6 (SD = 13.8, median = 48.5 years, range = 21 to 65 years).

For study 2, 14 of the 20 subjects (70%) in the integrated group were women, and 2 of the 6 subjects (33.3%) in the nonintegrated group were women. The mean age of the 20 subjects in the integrated group was 47.3 (SD = 9.54, median = 45.5 years, range = 34 to 68 years), whereas the mean age of the 6 in the nonintegrated group was 37.8 (SD = 5.88, median = 39.5 years, range = 29 to 43 years).

With respect to intraexaminer reliability, statistical testing of repeated stain scores showed that the weighted kappa statistic, an indication of agreement among examinations, was 0.77. A kappa statistic of 0.75 and above represents excellent agreement.[8]

Mean Lobene scores (extent and intensity) were calculated for each subject for both the body of the tooth and the margin of the tooth at baseline. Composite Lobene scores were obtained from the product of the extent and intensity, and mean composite Lobene scores also were calculated for each subject for both the body of the tooth and the margin of the tooth at baseline. Overall mean Lobene scores that were computed from the body and margin scores also were computed for extent, intensity, and composite at baseline. Descriptive statistics

| Table 3 — Descriptive Statistics for Percent Reduction in Lobene Stain Over 4 Weeks | Study 1 Mean ± SD | Study 2 Mean ± SD | Both Studies Mean ± SD |
|---|---|---|---|
| **% Reduction in Margin Intensity** | | | |
| Sonicare® Elite® w/toothpaste | 55.2 ± 28.6 | 61.5 ± 36.0 | 57.6 ± 30.5 |
| IntelliClean System | 46.6 ± 25.9 | 57.9 ± 27.1 | 52.4 ± 26.8 |
| **% Reduction in Margin Extent** | | | |
| Sonicare® Elite® w/toothpaste | 48.9 ± 30.9 | 55.4 ± 38.8 | 51.3 ± 32.9 |
| IntelliClean System | 45.6 ± 35.4 | 63.0 ± 24.2 | 154.5 ± 31 |
| **% Reduction in Margin Composite** | | | |
| Sonicare® Elite® w/toothpaste | 62.3 ± 22.2 | 65.0 ± 36.2 | 63.3 ± 27.1 |
| IntelliClean System | 57.6 ± 23.1 | 68.8 ± 20.2 | 63.3 ± 22.1 |
| **% Reduction in Body Intensity** | | | |
| Sonicare® Elite® w/toothpaste | 53.8 ± 19.4 | 38.0 ± 20.8 | 47.9 ± 20.8 |
| IntelliClean System | 62.8 ± 18.6 | 43.4 ± 32.1 | 52.8 ± 27.8 |
| **% Reduction in Body Extent** | | | |
| Sonicare® Elite® w/toothpaste | 29.3 ± 31.4 | 24.4 ± 20.6 | 27.5 ± 27.2 |
| IntelliClean System | 49.3 ± 20.4 | 34.2 ± 27.1 | 41.6 ± 24.9 |
| **% Reduction in Body Composite** | | | |
| Sonicare® Elite® w/toothpaste | 57.2 ± 16.2 | 43.0 ± 17.8 | 51.8 ± 17.7 |
| IntelliClean System | 65.2 ± 16.7 | 49.2 ± 28.5 | 57.0 ± 24.6 |
| **% Reduction in Overall Intensity** | | | |
| Sonicare® Elite® w/toothpaste | 52.9 ± 14.2 | 46.9 ± 24.7 | 50.6 ± 18.2 |
| IntelliClean System | 56.5 ± 11.9 | 48.9 ± 23.2 | 52.6 ± 18.7 |
| **% Reduction in Overall Extent** | | | |
| Sonicare® Elite® w/toothpaste | 39.6 ± 17.7 | 41.7 ± 23.6 | 40.4 ± 19.3 |
| IntelliClean System | 48.6 ± 19.4 | 49.3 ± 11.8 | 49.0 ± 15.7 |
| **% Reduction in Overall Composite** | | | |
| Sonicare® Elite® w/toothpaste | 58.4 ± 11.9 | 52.8 ± 21.8 | 56.3 ± 15.8 |
| IntelliClean System | 62.5 ± 10.5 | 57.5 ± 17.2 | 59.9 ± 14.4 |

SD = standard deviation.

PG007094



**Figure 2**—Percent reduction in Lobene stain index over 4 weeks.

were calculated for each study individually as well as for the two studies combined for these baseline Lobene scores by treatment group. Means and standard deviations are presented for all Lobene scores by treatment group and study in Table 2.

Changes in Lobene scores over 4 weeks were calculated for intensity, extent, and composite (product of intensity and extent) for margin, body, and overall stain for each subject. Mean changes in these Lobene scores for both integrated and nonintegrated groups were tested using paired $t$ tests. Signi-

*Power toothbrushes have been demonstrated in clinical trials to remove extrinsic stain when used with regular toothpaste products.*

ficant reductions in intensity, extent, and composite (product of intensity and extent) Lobene scores for margin, body, and overall stain for both the integrated group and the nonintegrated group over 4 weeks were detected ($P < .001$ for all measures and all groups). Percent reductions in intensity, extent, and composite Lobene scores for margin, body, and overall stain over 4 weeks also were calculated for each subject. Mean percent reductions in these Lobene scores with corresponding standard deviations are presented in Table 3 for each study individually as well as for both

studies pooled together. ANCOVA was conducted to test whether there was a difference in the percent reduction over 4 weeks between the integrated group and the nonintegrated group with age and corresponding baseline Lobene scores included as covariates as well as testing for differences between the two studies. The only statistically significant differences that were detected were in the pooled data for the percent reduction in the extent of body stain ($P = .023$) and the percent reduction in the extent of overall stain ($P = .049$), with the integrated group exhibiting a greater reduction in the extent of body stain and extent of overall stain than the nonintegrated group. The adjusted means with 95% confidence intervals for the percent reductions in these Lobene scores by treatment group are shown in Figure 2.

There were 2 oral adverse events (AEs) and 3 non-oral AEs in study 1. All were deemed by the principal investigator to be mild in severity and not related to the study products. In study 2, there was 1 oral AE, a case of gum irritation for a subject in the integrated system group. This AE was judged by the principal investigator to be mild in severity and possibly related to the test product, and it was resolved 2 days after the final product use. There were no serious AEs in either study.

## Questionnaire Response

Thirty-nine subjects in the integrated system group (19 subjects in study 1 and 20 subjects in

| | Study 1 | Study 2 |
|---|---|---|
| **Using the study toothbrush and toothpaste made my teeth feel "just from the dentist" clean.** | | |
| No | 16% | 15% |
| Yes | 74% | 75% |
| No difference | 11% | 10% |
| **By the end of the study, I noticed that my teeth were whiter.** | | |
| No | 11% | 15% |
| Yes | 74% | 75% |
| No difference | 16% | 10% |
| **The study toothbrush and toothpaste made my teeth feel cleaner than my usual toothbrush and toothpaste.** | | |
| No | 11% | 20% |
| Yes | 84% | 80% |
| No difference | 5% | 0 |
| **The study toothbrush and toothpaste were gentler on my gums than my usual toothbrush and toothpaste.** | | |
| No | 16% | 20% |
| Yes | 42% | 55% |
| No difference | 42% | 25% |
| **I liked the study brush and paste better at the end of the study than at the start.** | | |
| No | 5% | 5% |
| Yes | 63% | 70% |
| No difference | 32% | 25% |
| **By the end of the study, I had less bleeding from brushing and flossing.** | | |
| No | 5% | 0 |
| Yes | 26% | 60% |
| No difference | 68% | 40% |
| **By the end of the study, the brush vibration was comfortable.** | | |
| No | 0 | 10% |
| Yes | 84% | 75% |
| No difference | 16% | 15% |
| **By the end of the study, the brush had become easier to use.** | | |
| No | 0 | 5% |
| Yes | 84% | 85% |
| No difference | 16% | 10% |
| **I liked the study brush and paste better than my usual brush and paste.** | | |
| No | 11% | 20% |
| Yes | 74% | 75% |
| No difference | 16% | 5% |

study 2) responded to the questionnaire. Table 4 shows the distribution of responses by study. A poststudy questionnaire was not administered to the control group because of the extremely small number of subjects in that group. It was felt that it would not be useful or informative to present data from this group because statistical comparisons could not be made.

No significant difference in response was detected between the two groups. Overall, three quarters of the subjects using the prototype integrated system indicated that their teeth were "just from the dentist" clean, their teeth were whiter, and they preferred the integrated system to their usual toothbrush and

toothpaste. At least 80% responded that the integrated system made their teeth feel cleaner than their usual toothbrush and toothpaste.

## Discussion

These 2 studies demonstrated that the prototype integrated system is highly effective in reducing stain over a 4-week period, with a significant reduction in all Lobene scores exhibited by the integrated system over the study period. Observed reductions in stain for the integrated system are comparable to the stain reduction achieved with the nonintegrated system of the sonic toothbrush and conventional toothpaste. The only statistically

Case 1:07-cv-08379-RJS    Document 37-3    Filed 11/30/2007    Page 56 of 95

significant differences noted between the integrated and nonintegrated systems were for the extent of body stain and the extent of overall stain, with the integrated system performing significantly better in these two instances. The integrated system resulted in a 49% reduction in the extent of stain, a 53% reduction in the intensity of stain, and a 60% reduction in the composite measure of stain that encompasses both extent and intensity of stain. This reduction in stain also is comparable to the results of earlier stain studies of power toothbrushes.[3-5]

Responses to the questionnaire demonstrate that subjects felt that the integrated system was highly effective in whitening their teeth, with very few indicating at the end of the study discomfort from vibration or persistent irritation and bleeding from using the system. The low number of AEs possibly or probably related to treatment for the integrated group substantiates the safety of the integrated system.

## Conclusion

Over the 4-week period of the study, regular use of the prototype IntelliClean System demonstrated a 60% reduction in stain. There were very few AEs related to the IntelliClean System and all AEs were mild and temporary in duration, which validates the safety of this system. The stain reduction observed for the IntelliClean System was comparable to the stain reduction observed in previous studies of other powered toothbrushes. The prototype IntelliClean System from Sonicare® and Crest® is a highly effective device for removing extrinsic stain and was well received by most people.

## Disclosures

These studies were conducted at Hill Top Research, Inc, West Palm Beach, Florida, and Miamiville, Ohio, and were sponsored by Philips Oral Healthcare, Inc.

## Acknowledgment

The authors thank Ashley Barlow of The Procter & Gamble Company for his assistance.

## References

1. Christensen GJ. Bleaching teeth: practitioner trends. J Am Dent Assoc. 1997;128(suppl):16S-18S.
2. Academy of General Dentistry. Want a super-powered smile? See your dentist. Available at: http://www.agd.org/consumer/topics/bleaching/bleach2.html.
3. McInnes C, Johnson B, Emling R, et al. Clinical and computer-assisted evaluations of the stain removal ability of the Sonicare electronic toothbrush. J Clin Dent. 1994;5:13-18.
4. Sharma NC, Galustians HJ, Qaqish J, et al. A comparison of the Braun Oral-B 3D plaque remover and the Sonicare plus electric toothbrush in removing naturally occurring extrinsic staining. Am J Dent. 2000;13:17-20.
5. Terézhalmy G, Stookey GK, Mason S, et al. Tooth whitening through the removal of extrinsic stain with a power toothbrush: results of four randomized, examiner blind, positive controlled clinical studies. Am J Dent. 2004;17(spec no):18A-24A.
6. Giuliani D, Martin RW. High performance acoustical cleaning apparatus for teeth. US patent 5,378,153. January 3,1995.
7. Lobene RR. Effect of dentrifices on tooth stains with controlled brushing. J Am Dent Assoc. 1968;77:849-855.
8. Hunt RJ. Percent agreement, Pearson's correlation, and kappa as measures of inter-examiner reliability. J Dent Res. 1986;65:128-130.

PG007097

Case 1:07-cv-08379-RJS   Document 37-30   Filed 11/30/2007   Page 57 of 95

# In vitro Evaluation of the Efficacy and Safety of the IntelliClean System: Interproximal Biofilm Removal and Dentin Substrate Wear

**Anson F Yuen, MS**
*Research Associate*

**Ron Nelson, BS**
*Research Associate*

**Matthew R Johnson, MS**
*Senior Statistician*

**Christopher McInnes, BSME, PhD**
*Principal Scientist*

*Philips Oral Healthcare, Inc*
*Snoqualmie, Washington*

**Hung Kim Nguyen, BS**
*Research Assistant*

**John A Sorensen, DMD, PhD**
*Director*

*Applied Materials Testing Laboratory*
*Pacific Dental Institute*
*Portland, Oregon*

**Abstract:** *The ability of a novel integrated power toothbrush and liquid-toothpaste dispensing system, the IntelliClean System from Sonicare® and Crest®, to remove interproximal biofilm while being gentle on dentin was studied using two in vitro models. Interproximal biofilm removal was assessed via a complex multispecies biofilm grown on hydroxyapatite disks and then placed interproximally in a typodont section modeling a typical oral environment. The power toothbrush in the prototype integrated system was compared to a traditional rotating/oscillating power toothbrush, the Oral-B® ProfessionalCare 7000, and a nonbrushing control through a series of 3 experiments with a total of 36 replicates per arm. The amount of interproximal plaque biofilm removed by the integrated system toothbrush was significantly greater than that removed by the rotating/oscillating toothbrush and by the nonbrushing control (P < .05). In the second model, dentin substrate wear was measured using profilometry after the brushing of dentin sections (3 mm X 10 mm) for a period equivalent to 2 years of typical product use. Dentin wear associated with the use of the prototype integrated system with standard and whitening versions of the liquid toothpaste was compared to that of a rotating/oscillating power toothbrush and a manual toothbrush with the standard version of the prototype liquid toothpaste, with a total of 12 replicates per arm. The amount of dentin wear induced by the integrated system with either the standard or whitening liquid toothpaste was significantly less than the wear from the rotating/oscillating power toothbrush and the manual toothbrush with the standard liquid toothpaste (P < .05).*

The health of the oral cavity relies primarily on diligent oral hygiene. The number of oral hygiene products available to the public has been increasing rapidly in recent years. Elucidation of product efficacy and safety is needed as technological advances result in more effective oral hygiene devices. Dental professionals and consumers need data to make informed decisions and thus require adequate support for a product's ability to maintain oral hygiene while being safe for extended use. Additionally, comparative information to alternative products allows the user to choose the product best suited to meet specific oral hygiene needs.

The power toothbrush category of oral hygiene products has experienced a tremendous surge in options available to the consumer. The introduction of the Sonicare®ᵃ in 1992 and the Sonicare® Elite®ᵃ in 2002 have brought innovative features and bristle motions to power toothbrushes. These innovations

---

ᵃPhilips Oral Healthcare, Inc, Snoqualmie, WA 98065; 800-676-SONIC

PG007098

have led to significant improvements in oral hygiene.[4] Target objectives achieved with Sonicare® Elite® included increased cleaning efficacy, better access to hard-to-reach areas, and improved user experience through ergonomic design and a smarter feature set.[5] As sonic toothbrush technology evolves and builds on previous accomplishments, a new generation emerges that continues to target all areas of cleaning in the oral cavity—both easy-to-reach and hard-to-reach plaque. The IntelliClean System from Sonicare® and Crest®,[b] integrates an advanced sonic toothbrush technology and a liquid-toothpaste dispensing system to target interproximal plaque.

Early studies provided evidence that fluid forces induced by Sonicare® toothbrushes remove oral biofilm from in vitro dental surfaces.[6-8] As methodology developed, the biofilm was placed in the interproximal space of a typodont model to specifically assess dental-plaque removal efficacy in areas ordinarily inaccessible to the contact of toothbrush bristles.[9] In two subsequent studies, it was determined that the fluid forces associated with the

*Elucidation of product efficacy and safety is needed as technological advances result in more effective oral hygiene devices.*

Sonicare® toothbrushes removed more interproximal biofilm than toothbrushes using the rotating/oscillating technology of the Braun Oral-B® 3D Plaque Remover pulsating toothbrush[c].[10,11] The patented range of bristle-tip velocities associated with the amplitude and frequency of bristle-tip motion generates the Sonicare® toothbrush's hydrodynamic fluid forces and is maintained within the IntelliClean System (data on file, Philips Oral Healthcare, Inc).

Safety also is a concern with any oral hygiene regimen. The wear of exposed dentin as a result of toothbrush and toothpaste use is a well-established area of concern, whereas the wear of enamel and dental materials is a lesser concern.[12-15] As the IntelliClean System is a combination of new brushing technology and

new chemistry, it is important to not only its efficacy but also to consider its safety as an oral care product. Because toothbrushing with toothpaste is the most common method of plaque and extrinsic-stain removal,[16] it is appropriate to test both products together for safety. Previous research has indicated that the Sonicare® toothbrush, when tested with a common toothpaste, results in less dentin-abrasion wear than both an oscillating/rotating power toothbrush and a manual toothbrush.[17]

The purpose of the current in vitro studies was to investigate the ability of a prototype integrated system both to reduce interproximal dental-plaque biofilm and to remain gentle on dentin. These studies were accomplished by using in vitro models and methods closely related to those previously published for evaluating these attributes in power toothbrushes.[10,17]

## Biofilm Reduction Experiments
### Materials and Methods

The biofilm reduction tests conducted closely followed the methodology employed by Hope and Wilson.[10] This methodology was developed to assess the ability of fluid-induced forces associated with power toothbrushes to cause biofilm removal from interproximal surfaces beyond bristle contact. The constant depth film fermenter (CDFF) has been shown to produce steady-state oral biofilm communities and plaque structures similar to those occurring in the mouth.[18,19] Application of the CDFF biofilm to the in vitro model described by Hope and Wilson provides a measure of the ability of an oral hygiene device to remove biofilm beyond the reach of the bristles. A brief summary of the methodology is provided below.

### Treatment Arms

Three treatment arms were used in this test: the prototype integrated system toothbrush as the test device, the Oral-B® ProfessionalCare 7000[c] as a comparative rotating/oscillating power toothbrush, and a nonbrushing control. The devices were tested in the absence of toothpaste, as the components within the toothpaste could influence bacterial viability. Previous studies have shown that inactive power toothbrushes (toothbrush turned off) remove relatively little biofilm bacteria interproximally,[9,10] and thus inactive toothbrush treatment arms were not included in this study.

---

[b]The Procter & Gamble Co, Cincinnati, OH 45202; 800-492-7378
[c]Oral-B Laboratories, Boston, MA 02127; 800-446-7252

## Specimen Preparation

Saliva samples collected from 20 individuals (ranging in age from 20 to 40 years and in good oral health) were processed and stored for use in inoculating the CDFF chambers. The CDFF chambers contained 75 hydroxyapatite (HA) disks[d] on which the biofilm was grown at a constant depth (200 μm). The biofilm was allowed to develop for 4 to 5 days of growth under aerobic conditions. Upon harvest, all HA disks from the CDFF were used in one run of the brushing experiment. A pan containing disks was removed as needed and immediately taken to the brushing apparatus, where the HA disks were removed and placed in sterile Ringer's irrigation solution for subsequent testing. Care was taken not to disturb the biofilm when removing the pans or manipulating the HA disks. Before use in the assay, each biofilm-coated HA disk was dipped without agitation in Ringer's irrigation solution to remove nonadherent bacteria.

*Comparative information to alternative products allows the user to choose the product best suited to meet specific oral hygiene needs.*

## Brushing Experiments

Fully charged power toothbrushes were positioned with respect to the typodont tooth section according to instructions within the instruction manual of each product. Separation between the bristles and the interproximally located HA disks was ensured visually to be 1 mm to 2 mm as the active toothbrush was moved across the typodont. A pair of biofilm-coated HA disks were placed in interproximal recesses between representative mandibular molars, one on each side of the interproximal space flush with the surface of the tooth. In this location, the biofilm-coated HA disks represented plaque on the interproximal tooth surface. The exposure chamber was filled with 7 mL of diluted Saliva Substitute™,[e] (33% v/v Ringer's) to mimic fluid levels at the dentition during a typical brushing.

Randomization of the treatment order for the biofilm-coated HA disks was performed by colleagues who were blind to the nature of treatments and outcomes. After each brushing (15 seconds for the 5-tooth typodont section), the fluid within the brushing chamber was completely removed using a disposable curved syringe. This fluid was considered to contain the biofilm bacteria removed as a result of fluid-induced forces of the toothbrush. The fluid was transferred to sterile 15-mL conical tubes, vortexed, and bath-sonicated for 2 minutes. The fluid was diluted 1:10 by adding 1 mL of fluid to 9 mL of sterile Ringer's irrigation solution. Aliquots of this dilution were then plated on tryptic soy agar plates supplemented with 5% sheep's blood using a spiral plater[f]. Plates were incubated aerobically at 37°C for 24 hours in 5% carbon dioxide before bacterial colonies were enumerated.

Each run of a CDFF yields 12 replicates per treatment arm. The study consisted of 3 runs of the CDFF for a total of 36 replicates per treatment arm. Colony-forming units (CFUs) were recorded for each of the replicates and normalized to the volume of brushing fluid sampled (CFU/mL) to represent the amount of biofilm removed with that test.

## Analysis

The raw data in CFU/mL were transformed by the base-10 logarithm to create a more normal distribution as appropriate for the subsequent analysis of variance (ANOVA). In the ANOVA, log (CFU/mL) was the dependent variable and treatment group was the independent variable. The null hypothesis was that there is no difference in mean log (CFU/mL) between the three treatment arms. The alternative hypothesis was that at least two of the means differ.

Overall differences between treatments were tested with an F statistic at the $\alpha = 0.05$ level of significance. Multiple comparisons were conducted to specify where the differences exist, if so designated by the F test.

Mean CFU/mL per treatment also was calculated on the raw data for comparison of relative effects. The measure of difference between two treatments was calculated as the ratio of the difference in CFU/mL between one treatment and the nontreatment control to the difference in CFU/mL between the second treatment and the nontreatment control.

[d]Clarkson Chromatography Products, Inc, South Williamsport, PA 17702; 570-323-0450

[e]Roxane Laboratories, Inc, Columbus, OH 43216; 800-962-8364

[f]Spiral Biotech, Norwood, MA 02062; 800-554-1620

PG007100

| Table 1—Biofilm Removal Results for Minimally Treated Biofilm on Disk Surfaces | | | |
|---|---|---|---|
| Treatment Group | CFU/mL Mean (SD) | Log (CFU/mL) Mean (SD) | Homogeneous Group* |
| No-treatment control | $8.29 \times 10^4$ ($5.52 \times 10^4$) | 4.81 (0.31) | A |
| IntelliClean System (integrated system, toothbrush only) | $2.37 \times 10^6$ ($6.10 \times 10^5$) | 6.36 (0.11) | B |
| Oral-B® ProfessionalCare 7000 (rotating/oscillating toothbrush) | $5.69 \times 10^5$ ($3.23 \times 10^5$) | 5.68 (0.28) | C |

*n = 36 each treatment arm.
†Groups in the same column are not statistically different at $P < .05$.
CFU = colony-forming units; SD = standard deviation.

## Results

The results of the biofilm removal tests are shown in Table 1 and expressed in CFU/mL and log (CFU/mL). Each treatment was statistically different from the others ($P < .05$). The integrated system toothbrush removed the greatest amount of biofilm from the disk surfaces, 3.7 times more than the rotating/oscillating toothbrush based on the mean number of viable bacteria CFUs removed by each brush.

## Dentin-Abrasion Experiments
### Materials and Methods

The dentin-abrasion tests conducted closely followed the methodology employed by Sorensen and Nguyen.[17] This methodology was developed specifically for investigating dentin wear associated with the use of power and manual toothbrushes. It takes into consideration the bristle motion inherent in the operation of the toothbrush (eg, movement of the bristles by the toothbrush itself) as well as bristle motion resulting from the user (eg, movement of the toothbrush throughout the mouth). Furthermore, the methodology ensures accurate comparatives such that the dentin is exposed to the complete brush head for the same duration of exposure for all products. A brief summary of the methodology is provided below.

## Treatment Arms

As outlined in Table 2, 4 treatment arms were included in the study with chosen param-

eters for device, toothpaste, and brush-head load. Devices consisted of the integrated system toothbrush as the test device, the Oral-B® ProfessionalCare 7000 as the comparative oscillating/rotating power toothbrush, and the Oral-B® Indicator® 35 manual toothbrush[c] as the control. The integrated system was tested with both the prototype standard and whitening liquid toothpastes; the comparative power toothbrush and the manual toothbrush were tested with only the prototype standard liquid toothpaste. As was described by Sorensen and Nguyen, different loads were used for each device based on available evidence of typical use patterns for these different toothbrush technologies.[17] Each arm consisted of a total of 12 specimens being exposed to treatment, randomized in blocks of 4 (the brushing machine simultaneously brushed 4 specimens of 1 treatment type).

## Specimen Preparation and Brushing Experiments

Human dentin was sectioned from extracted teeth using a slow-speed saw with a diamond-wafering blade in a water bath, with cuts made to avoid pulp canals and chambers. The dentin sections were cut to 3 mm by 10 mm and embedded in a resin mold shaped to approximate the curvature of teeth. The surface (dentin section and specimen face) was polished flat, with the exception of the valleys between the representative tooth ridges. Specimens were scanned with a profilometer to

| Table 2—Treatment Groups for Dentin Abrasion Study | | | |
|---|---|---|---|
| Group | Toothbrush(s) | Toothpaste | Brush-head Load (g) |
| 1 | IntelliClean System (integrated system) | IntelliClean | 90 |
| 2 | IntelliClean System | IntelliClean plus Whitening | 90 |
| 3 | Oral-B® ProfessionalCare 7000 (rotating/oscillating) | IntelliClean | 150 |
| 4 | Oral-B® Indicator® 35 (manual) | IntelliClean | 250 |

Table 3—Average Depth of Toothbrush/Toothpaste-induced Dentin Substrate Wear (µm)

| Treatment Group[a] | Toothpaste | Average Depth (Mean [SD]) | Homogeneous Group[b] |
|---|---|---|---|
| IntelliClean System (integrated system) | IntelliClean | 28.0 (7.2) | A |
| IntelliClean System | IntelliClean plus Whitening | 40.6 (14.1) | A |
| Oral-B® ProfessionalCare 7000 (rotating/oscillating) | IntelliClean | 80.1 (27.8) | B |
| Oral-B® Indicator® 35 (manual) | IntelliClean | 67.8 (17.0) | B |

[a] n = 12 each treatment arm.
[b] Groups in the same column are not statistically different at $P < .05$.
SD = standard deviation.

ensure a smooth surface and were kept hydrated before use. The specimens were randomly assigned to toothbrush treatment groups.

All power toothbrush handles were externally powered so that operating characteristics remained consistent throughout the brushing episode without concern of depleting the batteries. The brush-head motion of the externally powered toothbrushes used in the test was verified to match that of the same brushes before they were altered with the external power leads. The brushes were mounted on a brushing machine so that the complete brush head would move back and forth across the dentin section within the specimen at a constant velocity. This avoided an active brush head dwelling over the dentin section as the machine reversed direction. A new brush head was used for each of the 12 replicates within a treatment arm. A slurry of 0.5 part toothpaste, 0.8 part water, and 1 part artificial saliva (by mass) determined by the treatment arm was applied at a controlled drip (50 mL/min).

Brush exposure on the dentin section approximated an equivalent 2-year typical use of two, 2-minute brushings per day. For the power toothbrushes, this resulted in 52 minutes of brushing per dentin-section surface. For the manual toothbrush, 12,500 strokes across the dentin section represented typical use assuming the user's hand brushes at approximately 2 Hz.

## Analysis

Wear on the dentin substrate was evaluated using a profilometer. An impartial individual who was blind to the treatment assignment performed the dentin-wear surface analysis. Scans were taken in triplicate, perpendicular to the brushing machine's motion and at a distance of 1 mm apart. Every set of scans contained a control scan of the unbrushed portion on both sides of the wear facet of the specimen, serving as a reference. The average depth and average maximum depth of the three profiling scans were calculated for each sample across the complete dentin section, followed by the calculation of mean depth and mean maximum depth for each condition based on 12 specimens for each condition.

The quantitative data were analyzed with a one-way ANOVA, with wear as the dependent variable and treatment group as the independent variable. The null hypothesis was that there is no difference in mean dentin wear between the four treatment arms. The alternative hypothesis was that at least two of the means differ.

Differences between treatments were tested with an F statistic at the $\alpha = 0.05$ level of significance. Multiple comparisons were conducted to specify where the differences exist, if so designated by the F test.

**Table 4—Average Maximum Depth of Toothbrush/Toothpaste-induced Dentin Substrate Wear (µm)**

| Treatment Group[a] | Toothpaste | Average Maximum Depth (Mean [SD]) | Homogeneous Group[b] |
|---|---|---|---|
| IntelliClean System (integrated system) | IntelliClean | 55.9 (16.8) | A |
| IntelliClean System | IntelliClean plus Whitening | 79.1 (22.1) | A |
| Oral-B® ProfessionalCare 7000 (rotating/oscillating) | IntelliClean | 149.1 (43.7) | B |
| Oral-B® Indicator® 35 (manual) | IntelliClean | 129.2 (23.7) | B |

[a] n = 12 each treatment arm.
[b] Groups in the same column are not statistically different at $P < .05$.
SD = standard deviation.



**Figure 1**—Average and average maximum depths of wear (μm) for each treatment group.

## Results

The results of the dentin-abrasion tests can be found in Table 3 (average wear), Table 4 (maximum wear), and Figure 1. For both measures, the two integrated-system treatment groups produced significantly less wear than the rotating/oscillating toothbrush and the manual toothbrush ($P < .05$). There were no significant differences between the two toothpaste arms for the integrated system. Similarly, there were no significant differences between the manual toothbrush and the rotating/oscillating toothbrush.

## Discussion

Dental plaque commonly forms on tooth surfaces within the oral cavity. Plaque accumulates preferentially in regions sheltered from the physical forces that may disrupt its adherence. These regions include interproximal spaces, the sulcus, the gumline, and pits and fissures of the tooth structure. Traditionally, the primary means by which a toothbrush cleans the tooth surface is by bristle contact. The direct contact of the bristle with the tooth displaces dental plaque and aids in its removal from the oral cavity. This bristle-to-tooth contact, therefore, limits cleaning to areas directly reached by the bristles. Cleaning and polishing of the tooth surface is aided by toothpaste that may, in part, contribute to wear of the tooth surface, particularly the softer dentin and cementum structures.

In contrast to traditional brushes that rely primarily on direct bristle contact for cleaning, Sonicare® technology has been shown to remove biofilm bacteria beyond the reach of the bristles. The rapid motion of the Sonicare® bristles activates fluid surrounding the brush head, forcing it into regions the bristles do not contact. This fluid motion effects biofilm removal.[7,9-11] Because the rapidly moving bristles function to clean the tooth surface, users typically apply less force than they would with a manual toothbrush.

With respect to the removal of plaque biofilm beyond the reach of the bristles, the current results with the prototype integrated-system toothbrush are consistent with previously published work in which fluid activity associated with the Sonicare® toothbrush was found to remove more biofilm in the interproximal space of this in vitro model than a power toothbrush with rotating/oscillating motion.[10,11] Results presented here demonstrate nearly four times greater removal of biofilm bacteria with the prototype integrated-system toothbrush. This demonstrated superiority is likely a result of the magnitude of the fluid motion generated by the toothbrush and its direction. The toothbrush propels fluid between the teeth as opposed to the rotating/oscillating toothbrush, which generates less fluid motion and generally propels fluid along the smooth surfaces of the teeth (facial or lingual aspect).

Previous studies using this methodology have indicated that this beyond-the-bristles biofilm removal effect was because of the fluid motion generated by the active motion of the bristles (ie, when the bristles were inactive, there was very little removal of biofilm, likely as a result of the minor agitation of fluid as the inactive brush is moved back and forth across the teeth).[10,11] In the current study, a nonbrushing treatment served as a control as opposed to the inactive toothbrush. The biofilm bacteria removed in this control arm represent the spontaneous release of bacteria from the biofilm surface as a result of forces associated with handling the biofilm within a fluid environment. This effect is minimal compared to that of the active prototype or rotating/oscillating toothbrushes.

In the dentin-abrasion study, the prototype integrated system was found to be less abrasive

rotating/oscillating toothbrush used with the prototype standard liquid toothpaste. This is consistent with previous results that showed the Sonicare® technology to yield the least amount of dentin wear.[17] No statistical difference was found between the standard and whitening versions of the liquid toothpaste.

The in vitro test methods applied here provide objective analyses of the efficacy and safety of these oral hygiene products. Both the biofilm and dentin-wear experiments have been developed for power toothbrush evaluation, taking into consideration the inherent bristle motion of the device as well as the motion required to move the toothbrush across the tooth surface. They provide methods of assessment of product efficacy representative of what would be found in the oral cavity. These methods build on previous in vitro work within the dental community in which basic models were used to evaluate toothbrush performance[6,8] and dentin wear associated with manual toothbrushes and toothpastes.[20,21]

## Conclusion

The IntelliClean System toothbrush, with its associated dynamic fluid activity, demonstrates superior removal of biofilm as compared to a power toothbrush with conventional rotating/oscillating bristle motion. Furthermore, the IntelliClean System with both standard and whitening toothpastes demonstrates significantly lower levels of dentin abrasion than a power toothbrush with rotating/oscillating motion and a manual toothbrush. The results presented here validate that the IntelliClean System is both safe and efficacious and provide the consumer and dental professional with information allowing an informed choice in oral hygiene product selection.

## Disclosure

This research was supported by Philips Oral Healthcare, Inc.

## References

1. Tritten CB, Armitage GC. Comparison of a sonic and a manual toothbrush for efficacy in supragingival plaque removal and reduction of gingivitis. *J Clin Periodontol.* 1996;23:641-648.
2. Johnson BD, McInnes C. Clinical evaluation of the efficacy and safety of a new sonic toothbrush. *J Periodontol.* 1994;65:692-697.
3. O'Beirne G, Johnson RH, Persson GR, et al. Efficacy of a sonic toothbrush on inflammation and probing depth in adult periodontitis. *J Periodontol.* 1996;67:900-908.
4. Platt K, Moritis, K, Johnson MR, et al. Clinical evaluation of the plaque removal efficacy and safety of the Sonicare Elite toothbrush. *Am J Dent.* 2002;15(spec no):18B-22B.
5. McInnes C, Pace JW. Designing the next generation of a sonic toothbrush. *Am J Dent.* 2002;15(spec no):4B-6B.
6. Stanford CM, Srikantha R, Wu CD. Efficacy of the Sonicare toothbrush fluid dynamic action on removal of human supragingival plaque. *J Clin Dent.* 1997;8(spec no):10-14.
7. Stanford CM, Srikantha R, Kirchner HL, et al. Removal of supragingival plaque in an intraoral model by use of the Sonicare toothbrush. *J Int Acad Periodontol.* 2000; 2:115-119.
8. Wu-Yuan CD, Anderson RD, McInnes C. Ability of the Sonicare electronic toothbrush to generate dynamic fluid activity that removes bacteria. *J Clin Dent.* 1994;5:89-93.
9. Hope CK, Wilson M. Effects of dynamic fluid activity from an electronic toothbrush on in vitro biofilms. *J Clin Periodontol.* 2003;30:624-629.
10. Hope CK, Wilson M. Comparison of the interproximal plaque removal efficacy of two powered toothbrushes using in vitro oral biofilms. *Am J Dent.* 2002;15(spec no):7B-11B.
11. Hope CK, Petrie A, Wilson M. In vitro assessment of the plaque-removing ability of hydrodynamic shear forces produced beyond the bristles by 2 electric toothbrushes. *J Periodontol.* 2003;74:1017-1022.
12. Volpe AR, Mooney R, Zumbrunnen C, et al. A long-term clinical study evaluating the effect of two dentifrices on oral tissues. *J Periodontol.* 1975;46:113-118.
13. Sangnes G, Gjermo P. Prevalence of oral soft and hard tissue lesions related to mechanical toothcleansing procedures. *Community Dent Oral Epidemiol.* 1976;4:77-83.
14. Larsson BT. Tooth abrasion and toothbrushing among patients in a public dental health clinic [in Swedish]. *Sver Tandlakarforb Tidn.* 1969;61:58-65.
15. Bergstrom J, Lavstedt S. An epidemiological approach to toothbrushing and dental abrasion. *Community Dent Oral Epidemiol.* 1979;7:57-64.
16. Frandsen A. Mechanical hygiene practices. In: Löe H, Kleinman DV, eds. *Dental Plaque Control Measures and Oral Hygiene Practices.* Oxford, UK: IRL Press; 1986:93-116.
17. Sorensen JA, Nguyen HK. Evaluation of toothbrush-induced dentin substrate wear using an in vitro ridged-configuration model [published correction appears in *Am J Dent.* 2002;15:416]. *Am J Dent.* 2002;15(spec no):26B-32B.
18. Peters AC, Wimpenny JW. A constant depth laboratory model film fermenter. *Biotechnol Bioeng.* 1988;32:263-270.
19. Kinniment SL, Wimpenny JW, Adams D, et al. Development of a steady-state oral microbial biofilm community using the constant-depth film fermenter. *Microbiology.* 1996;142:631-638.
20. Harte DB, Manly RS. Effect of toothbrush variables on wear of dentin produced by four abrasives. *J Dent Res.* 1975; 54:993-998.
21. Hefferren JJ. A laboratory method for assessment of dentifrice abrasivity. *J Dent Res.* 1976;55:563-573.

PG007104

# sonicare.

**@Lrest/.**  IntelliClean
System



# Patented Sonicare technology with a twist.

Introducing the IntelliClean System from Sonicare and Crest. The first-of-its-kind integrated power toothbrush and liquid

toothpaste dispensing system designed to deliver a refreshing brushing experience and a deep, more targeted clean.

   

# PHILIPS

PG007105



Two trusted names in oral care.
A first-of-its-kind integrated system.
It all adds up to results that are one step
closer to daily flossing.



PG007106

# Exhibit D

## SUMMARY OF ORAL-B REPORTED CLINICAL RESEARCH
## (EXHIBIT D)

**A.    Oral-B Power Toothbrush v. Competing Power Toothbrushes**

1. Cugini, M.A. et al., *Plaque removal efficacy of three power toothbrushes*, J Clin. Perio. 2003; 30 (Sp. Iss.): Abstract 147 – Oral-B 3D Excel, new upgraded Oral-B 3D Excel, and Sonicare Advance (Oral-B outperforms Sonicare),

2. Sharma, N.C. et al., *The Effect of Two Power Toothbrushes on Calculus and Stain*, J. Dent. Res. 2001; 80 (Spec. Iss.); 548, Abstr. 171 – Braun Oral-B D-17 and Sonicare Plus (Oral-B outperforms Sonicare)

3. Timmerman, M.F. et al, *Braun D17 versus Phillips HX 2550; an experimental gingivitis study*, J Dent Res 2001; 80 (Spec. Iss)119, Abstr, 671 – (Oral-B outperforms Phillips).

4. Van Der Weijden, G.A. et al., *Effect of Sonicare and Braun D17 on experimentally-induced gingivitis*, J Dent Res 2001; 80 (Spec. Iss): 119, Abstr. 672 – Braun Oral-B D17 and Sonicare (Oral-B outperforms Sonicare).

5. Goyal, C.R. et al., *Efficacy of a novel brush head in the comparison of two power toothbrushes on removal of plaque and naturally occurring extrinsic stain*, J Dent. 2005 Jun; 33S1:37-43 – Oral-B PC 7000 and Sonicare Elite (Oral-B outperforms Sonicare).

6. Qaquish, J.G. et al., *A comparison of two power toothbrushes with respect to plaque removal and safety*, Seq #262 – Antimicrobials, Power and Manual Toothbrushes, 3:45 PM-5:00 PM, Friday, 8 March 2002 San Diego Convention Center Exhibit Hall C – Braun Oral-B 3D Excel (D17) and National Speed Swing (Oral-B outperforms National Speed Swing).

7. Sharma, N.C. et al., *Evaluation of plaque removal efficacy of two power toothbrushes*, Abstract 0936 Oral-B Laboratories – Oral-B PC 7000 and the Doltz EW1024 (Oral-B outperforms Doltz).

8. Rosema, N.A. et al., *An oscillating/pulsating electric toothbrush versus a high-frequency electric toothbrush in the treatment of gingivitis*, J Dent. 2005 Jun; 33 Suppl 1:29-36 – Oral-B PC 7000 and Sonicare Elite (Oral-B outperforms Sonicare).

9. Sharma, N.C. et al., *The effect of two power toothbrushes on calculus and stain formation*, Am J Dent. 2002 Apr; 15(2):71-76 – Braun Oral-B 3D Excel (D17) and Sonicare (Oral-B outperforms Sonicare).

10. Sharma, N.C. et al., *Single-use plaque removal efficacy of three power toothbrushes*, J Dent. 2005 Jun: 33S1: 11-15 – Oral-B PC 7000, Oral-B 3D Excel, and Sonicare Advance (Oral-B outperforms Sonicare).

11. Strate, J. et al., *Plaque removal efficacy of two power toothbrushes*, Abstract 0863 Oral-B Laboratories – Oral-B PC 7000 and Sonicare Elite (Oral-B outperforms Sonicare).

12. Strate, J. et al., *A comparison of the plaque removal efficacy of two power toothbrushes: Oral-B Professional Care Series versus Sonicare Elite*, Int Dent J. 2005 Jun; 55(3): 15106 – (Oral-B outperforms Sonicare).

13. Goyal, C. et al., *Evaluation of the plaque removal efficacy of two power toothbrushes*, Seq #230 – Oral Health Research III 3:00 PM-4:00 PM, Saturday, 11 March 2006

Dolphin Hotel Pacific Hall – Oral-B Sonic Complete and Sonicare IntelliClean (Oral-B outperforms Sonicare).

14. Goyal, C.R. et al., *Evaluation of plaque removal efficacy of three power toothbrushes*, Abstract 0934 BioSci Research Canada & Oral-B Laboratories – Oral-B Sonic Complete, Sonicare Elite, and Sonicare Advance (Oral-B outperforms Sonicare).

15. Sharma, N.C. et al., *Clinical comparison of extrinsic stain removal by two power toothbrushes*, Abstract 0935 BioSci Research Canada & Oral-B Laboratories – Oral-B Sonic Complete and Sonicare Elite (Oral-B outperforms Sonicare).

16. Van Der Weijden, G.A. et al., *Sonic powered toothbrushes and reversal of experimental gingivitis*, J Clin Periodontol, 2005 Dec; 32(12): 1236-41 – Oral-B Sonic Complete and Sonicare Elite (No significant difference between power toothbrushes).

17. Cronin, M. et al., *Comparison of two electric toothbrushes*, Abstract 550 TKL research Inc.– Braun Oral-B Plaque Remover D7 and Interplak NT-6 (Oral-B outperforms Interplak).

18. Danser, M.M. et al., *A laboratory and clinical investigation comparing 2 oscillating/rotating electric toothbrushes*, J Clin Periodontol, 2000; 27: 277-283 – Phillips/Jordan HP 735 and Braun Oral-B Ultra Plaque Remover D9 (Oral-B outperforms Phillips).

19. Isaacs, R.L. et al., *A crossover clinical investigation to evaluate the cleaning efficacy of two electric toothbrushes*, Am. J. Dent., 1998; 11:7-12 – Braun Oral-B Ultra Plaque Remover D9 and Sonicare (Oral-B outperforms Sonicare).

20. Van Der Weijden, G.A. et al., *Toothbrushing duration and plaque removing efficacy of electric toothbrushes*, Am J Dent. 1996 Jul: 9 Spec No: S31-6 – Sonicare, Braun Oral-B Plak Remover D7, and a modified Braun Oral-B Plak Control with increased speed D9 (Oral-B outperforms Sonicare).

21. Van Der Weijden, G.A. et al., *A clinical comparison of three powered toothbrushes*, J Clin Periodontol, 2002 Nov; 29(11):1042-7 – Braun Oral-B 3D Excel, Sonicare, and Phillips Sensiflex 2000 (Oral-B outperforms Sonicare and Phillips).

22. Conforti, N.J. et al., *A comparative 3-month clinical investigation of the safety and efficacy of a battery operated and a rechargeable oscillating-rotating power toothbrush*, Am. J. Dent., In Press – Braun Oral-B Plak Control D8 and Colgate Actibrush (Oral-B outperforms Colgate).

23. Cronin, M.J., et al., *A clinical study of plaque removal with an advanced rechargeable power toothbrush and battery-operated device*, Am J Dent. 2002 Dec;15(6): 365-8 – Braun Oral-B 3D Excel D 17 and Colgate Actibrush (Oral-B outperforms Colgate).

24. Putt, M.S. et al., *A 3-month clinical comparison of the safety and efficacy of two battery-operated toothbrushes: The Braun Oral-B D4 and the Colgate Actibrush*, AM. J. Dent. 2001; 14: 138-178 – (Oral-B outperforms Colgate).

**Instances in the Oral-B Reported Research where an Oral-B power toothbrush went head to head in vivo with another manufacturer's power toothbrush and outperforms the competitor's power toothbrush:    23.**

**Instances in the Oral-B Reported Research where an Oral-B power toothbrush went head to head in vivo with another manufacturer's power toothbrush and was outperformed by the competitor's power toothbrush:    0.**

**Instances in the Oral-B Reported Research where an Oral-B power toothbrush went head to head in vivo with another manufacturer's power toothbrush and neither power toothbrush outperforms the other:    1.**

**Oral-B Power Toothbrush's Record Against Another Manufacturer's Power Toothbrush:    23-0-1.**

**B.    Oral-B Power Toothbrush v. Manual Toothbrush**

1. Garcia-Godoy, F. et al., *The Safety and Efficacy of a Children's Power Toothbrush and a Manual Toothbrush in 6 to 11 Year Olds*, Am. J. Dent. 2001: In Press – (Oral-B outperforms manual toothbrush).

2. Warren, P.R. et al., *Safety, efficacy and acceptability of a new power toothbrush: A 3-month investigation*, Am. J. Dent. 2001 Feb; 14(1):3-7 – (Oral-B outperforms manual toothbrush).

3. Gugerli, P. et al., *Evaluation of the Benefits of Using a Power Toothbrush During the Initial Phase of Periodontol Therapy*, J Clin Periodontol 2007;28: 654-660 – (Oral-B outperforms manual toothbrush).

4. Wolff, D. et al., *Effect of an oscillating-rotating power toothbrush on recession*, Abstract 3592 University of Heidelberg – (Oral-B outperforms manual toothbrush).

5. Joerss, D. et al, *Effect of an oscillating-rotating power toothbrush on plaque and gingivitis*, Abstract 3595 University of Heidelberg – (Oral-B outperforms manual toothbrush).

6. Cronin, M.J. et al., *3-month assessment of the safety and efficacy of two toothbrushes*, Abstract 0933 New Institutional Service Company & Oral-B Laboratories – (Oral-B outperforms manual toothbrush).

7. Goyal, C.R. et al., *Plaque removal of a power toothbrush compared to manual toothbrushing*, Seq #230 – Oral Health Research III 3:00 PM-4:00 PM, Saturday, 11 March 2006 Dolphin Hotel Pacific Hall – (Oral-B outperforms manual toothbrush).

8. Van Der Weijden, G.A. et al., *Different modes of oral hygiene to prevent plaque and gingivitis,* Seq # 185 – Oral Health Research 5, 3:30 PM-4:30 PM, Friday, 30 June 2006 Brisbane Convention & Exhibition Centre Exhibit Hall 1 – (Oral-B outperforms manual toothbrush).

9. Klukowska, M.A. et al., *Power Toothbrush Efficacy in Control of Dental Plaque*, Abstract 1741 85th General Session of the IADR, March 21-24 2007(Oral-B outperforms manual toothbrush).

10. Walters, P.A. et al., *A 30 Day Clinical Comparison of Two Toothbrushes in Brushing Time*, PGG-1732A – (Oral-B outperforms manual toothbrush).

11. Goyal, C.R. et al., *Comparison of two power toothbrushes versus manual toothbrushing*, Seq #230 – Oral Health Research III 3:00 PM-4:00 PM, Saturday, 11 March 2006 Dolphin Hotel Pacific Hall – (Oral-B outperforms manual toothbrush).

12. Clerehugh V. et al., *A practice-based randomized controlled trial of the efficacy of an electric and a manual toothbrush on gingival health in patients with fixed orthodontic appliances*, J Dent. 1998 Nov: 26(8): 633-9 – (Oral-B outperforms manual toothbrush).

13. Dentino, A.R. et al., *Six-month comparison of powered versus manual toothbrushing for safety and efficacy in the absence of professional instruction in mechanical plaque

*control*, J Periodontol, 2002 Jul: 73(7):770-8 – (Oral-B outperforms manual toothbrush).

14. Grossman, E. et al., *A comparative clinical study of extrinsic tooth stain removal with two electric toothbrushes (Braun Oral-B D7 and D9) and a manual toothbrush*, Am. J. Dent., 1996: 9-S25-S29 – (Oral-B outperforms manual toothbrush).

15. Grossman, E. et al., *A comparison of the efficacy and safety of an electric and a manual children's toothbrush*, J. Am. Dental Assoc., 1997; 128: 469-47 – (Oral-B outperforms manual toothbrush).

16. Goyal, C.R. et al., *Comparison of two power toothbrushes versus manual toothbrushing*, Seq #230 – Oral Health Research III 3:00 PM-4:00 PM, Saturday, 11 March 2006 Dolphin Hotel Pacific Hall – (Oral-B outperforms manual toothbrush).

17. Sharma, N.C. et al., *Safety and plaque removal efficacy of a battery-operated power toothbrush and a manual toothbrush*, Am J Dent. 2001 Nov; 14 Spec No 9B-12B – (Oral-B outperforms manual toothbrush).

**Instances in the Oral-B Reported Research where an Oral-B power toothbrush went head to head in vivo with a manual toothbrush and outperforms the manual toothbrush: 17.**

**Instances in the Oral-B Reported Research where an Oral-B power toothbrush went head to head in vivo with a manual toothbrush and was outperformed by the manual toothbrush:  0.**

**Instances in the Oral-B Reported Research where an Oral-B power toothbrush went head to head in vivo with a manual toothbrush and neither toothbrush outperforms the other: 0.**

**Oral-B Power Toothbrush's Record Against A Manual Toothbrush: 17-0-0.**

# Exhibit E

## SUMMARY OF SONICARE REPORTED CLINICAL RESEARCH
## (EXHIBIT E)

**A.  Sonicare Power Toothbrush v. Competing Power Toothbrushes**

   1.  McGrady, M. et al., *Comparison of plaque removal by Sonicare FlexCare and Oral-B Sonic Complete*, Clinical Study 5-sonicare.com – (Sonicare outperforms Oral-B).
   2.  Schaeken, M. et al., *Comparison of plaque removal by Sonicare FlexCare and Oral-B Triumph*, Clinical Study 6-sonicare.com – (Sonicare outperforms Oral-B).
   3.  Putt, M. et al., *Comparison of plaque removal by Sonicare FlexCare and Oral-B Triumph*, Clinical Study 7-sonicare.com – (Sonicare outperforms Oral-B).
   4.  Putt, M. et al., *Comparison of plaque removal by Sonicare FlexCare and National Doltz EW 1037,* Clinical Study 9-sonicare.com – (Sonicare outperforms National Doltz).
   5.  Putt, M. et al., *Comparison of plaque removal by Sonicare Elite e9000 Series mini brush head and National Doltz EW 1035,* Clinical Study 10-sonicare.com – (Sonicare outperforms National Doltz).
   6.  Moritis, K. et al., *Comparison of plaque removal by Sonicare FlexCare and Rota-dent One Step*, Clinical Study 21-sonicare.com – (Sonicare outperforms Rota-dent).
   7.  Jenkins, W. et al., *Comparison of plaque removal by Sonicare FlexCare, Ultreo and Ultreo with ultrasonic function disabled,* Clinical Study 24-sonicare.com – (Sonicare outperforms Ultreo).

   **Instances in the Sonicare Reported Research where a Sonicare power toothbrush went head to head in vivo with another manufacturer's power toothbrush and outperforms the competitor's power toothbrush: 7.**

   **Instances in the Sonicare Reported Research where a Sonicare power toothbrush went head to head in vivo with another manufacturer's power toothbrush and was outperformed by the competitor's power toothbrush: 0.**

   **Instances in the Sonicare Reported Research where a Sonicare power toothbrush went head to head in vivo with another manufacturer's power toothbrush and neither power toothbrush outperforms the other: 0.**

   **Sonicare's Record Against Another Manufacturer's Power Toothbrush: 7-0-0.**

**B.  Sonicare Power Toothbrush v. Manual Toothbrush**

   1.  Platt, K. et al., *Comparison of plaque removal for 1-minute brushing by Sonicare FlexCare and a manual toothbrush*, Clinical Study 8-sonicare.com – (Sonicare outperforms manual toothbrush).
   2.  Clausnitzer, C.E. et al., *Plaque removal efficacy of Sonicare Elite in Periodontol maintenance patients compared to a manual toothbrush,* Clinical Study 11-sonicare.com – (Sonicare outperforms manual toothbrush).

3. Master, A.S. et al., *Comparison of plaque removal by Sonicare Xtreme e3000 Series and manual toothbrush in preteens and teens aged 9-17 years*, Clinical Study 12-sonicare.com – (Sonicare outperforms manual toothbrush).

4. Holt J. et al., *Comparison of gingivitis reduction plaque removal by Sonicare FlexCare and a manual toothbrush*, Clinical Study 13-sonicare.com – (Sonicare outperforms manual toothbrush).

5. Clausnitzer, C.E. et al., *Gingival health of a Periodontol maintenance population after the use of Sonicare Elite or a manual toothbrush over a 12-week period*, Clinical Study 15-sonicare.com – (Sonicare outperforms manual toothbrush).

6. Milleman, K.R. et al., *Comparison of brushing compliance with Sonicare Xtreme e3000 Series versus manual toothbrush in preteens and teens*, Clinical Study 15-sonicare.com – (Sonicare outperforms manual toothbrush).

**Instances in the Sonicare Reported Research where a Sonicare power toothbrush went head to head in vivo with a manual toothbrush and outperforms the manual toothbrush: 6.**

**Instances in the Sonicare Reported Research where a Sonicare power toothbrush went head to head in vivo with a manual toothbrush and was outperformed by the manual toothbrush: 0.**

**Instances in the Sonicare Reported Research where a Sonicare power toothbrush went head to head in vivo with a manual toothbrush neither toothbrush outperforms the other: 0.**

**Sonicare's Record Against A Manual Toothbrush: 6-0-0.**

# Exhibit F

# JOEL HOWARD BERG

## CURRICULUM VITAE

**CURRENT POSITIONS**

Chair
Department of Pediatric Dentistry
School of Dentistry
University of Washington
Seattle WA

Professor
Lloyd and Kay Chapman Chair for Oral Health
Department of Pediatric Dentistry
School of Dentistry
University of Washington
Seattle WA

**RESEARCH INTERESTS**

Development of a caries risk assessment educational program for dental professionals
Clinical evaluation of dental restorative materials

**OFFICE ADDRESS**

University of Washington School of Dentistry
Department of Pediatric Dentistry
1959 NE Pacific Street, HSC Room B-242
Box 357136
Seattle WA 98195-7136

Office:      206-543-4885
Fax:         206-616-7470
Cell:        425-503-2350
Email:      joelberg@u.washington.edu

**HOME ADDRESS**

2417 104th Ave SE
Bellevue WA 98004

**CITIZENSHIP**

U.S.A.

**EDUCATION**

MS, Oral Biology
Thesis: "The intrinsic effect of aging on wound healing"
University of Iowa, Iowa City IA
August 1985

Certificate in Pediatric Dentistry
University of Iowa, Iowa City IA
June 1985

1

**EDUCATION (CONT'D)**

DDS
University of Iowa, Iowa City IA
May 1983

BA
Yeshiva University, New York NY
June 1978

AA, Judaic Studies
Yeshiva University, New York NY
June 1978

**DENTAL LICENSURE**

Washington DE00008754
Pennsylvania DS-029281-R (Inactive)
Iowa 6958 (Inactive)
Texas 15553 (Inactive)

**CERTIFICATION**

Diplomate, American Board of Pediatric Dentistry
March 1991

**HOSPITAL STAFF APPOINTMENTS**

| | |
|---|---|
| 2003 - Present | Children's Hospital and Regional Medical Center, Seattle WA |
| 1988 - 1995 | Texas Children's Hospital, Houston TX |
| 1986 - 1995 | Hermann Hospital, Houston TX |
| 1986 - 1995 | MD Anderson Hospital, Houston TX |

**FACULTY APPOINTMENTS**

| | |
|---|---|
| Aug 2006 - Present | Interim Director, Department of Dental Medicine, Children's Hospital and Regional Medical Center, Seattle WA |
| Sept 2004 - Present | Professor, Lloyd and Kay Chapman Chair for Oral Health, Department of Pediatric Dentistry, School of Dentistry, University of Washington, Seattle WA |
| Jul 2003 - Present | Member, Graduate Faculty, Graduate School, University of Washington, Seattle WA |
| Feb 2003 - Present | Professor and Chair with Tenure, Department of Pediatric Dentistry, School of Dentistry, University of Washington, Seattle WA |
| Feb 1996 - Sep 2004 | Adjunct Associate Professor, Department of Pediatric Dentistry, School of Dental Medicine, University of Pennsylvania, Philadelphia PA |
| Mar 1995 - Present | Clinical Associate Professor, Department of Pediatric Dentistry, Houston Health Science Center-Dental Branch, University of Texas, Houston TX |
| Jun 1990 - Mar 1995 | Associate Professor with Tenure, Department of Pediatric Dentistry, Houston Health Science Center-Dental Branch, University of Texas, Houston TX |

2

## FACULTY APPOINTMENTS (CONT'D)

Sept 1989 – Mar 1995     Associate Professor, Department of Pediatrics, Houston Health Science Center-Dental Branch, University of Texas, Houston TX

Oct 1988 – Aug 1989     Director, Postgraduate Program in Pediatric Dentistry, Department of Pediatric Dentistry, Houston Health Science Center-Dental Branch, University of Texas, Houston TX

Jul 1985 – Aug 1989     Assistant Professor, The Department of Pediatric Dentistry, Houston Health Science Center-Dental Branch, University of Texas, Houston TX

Jul 1979 – Jun 1983     Research Assistant, Dows Institute for Dental Research, Iowa City IA

## INDUSTRY POSITIONS

Mar 2000 – Feb 2003     Vice President for Clinical Affairs, Philips Oral Healthcare Corporation

Responsible for: clinical research, including internal and external trials; regulatory issues and clinical advising activities; coordination of scientific and clinical team with management team; advising in the development of new business and professional strategies.

Dec 1997 – Mar 2000     Head of the Scientific Department, ESPE Dental AG

Responsible for: management of Clinical Research and Regulatory Affairs Departments, including toxicology; interface between Marketing and Research & Development Departments; creation and maintenance of expert contacts.

Member of the New Business Development Team responsible for: development of new scientific activities in Asia, Australia, and Europe; global management and coordination of the company's external scientific activities; management of scientific information pertinent to marketing in relation to product launches; financial and administrative management of global scientific organization.

Mar 1995 – Mar 2000     Executive Vice President for Research and Clinical Affairs, ESPE America, Inc, Norristown, PA.

Responsible for: Development of scientific infrastructure for American operation of Global Dental Company; creation and maintenance of expert contacts/relationships, management of clinical trials, seek new product ideas-screening and bringing information to parent company.

Mar 1995 – Dec 1995     Vice President, Research and Development, IONOS-America, Inc.

Mar 1992 – Mar 1995     Clinical Research Consultant & FDA Coordinator, IONOS-America, Inc.

Initiated and managed clinical trials in pursuit of product registration for two different medical devices used in the field of Otolaryngology in the U.S; managed information and provided interface between U.S. and German operations; managed IONOS-America business operation.

## HONORS AND AWARDS

Fellow, Pierre Fauchard Academy, 2006

Alan J. Davis/SCADA Achievement Award, 2005

Fellow, International Academy for Dental Facial Esthetics, 2001

## HONORS AND AWARDS (CONT'D)

Fellow, American College of Dentists, 1994

Fellow, International College of Dentists, 1993

Member, Omnikron Kappa Upsilon (OKU), Dental Honor Society, 1992 - Present

Graduate Student Research Award, American Academy of Pediatric Dentistry, 1986

Max Smith Young Investigator Award, University of Iowa College of Dentistry, March 1985

Dentsply Student Clinician Award, Student Conference on Dental Research, Farmington CT. April 1982

Dean's Leadership Award, University of Iowa College of Dentistry, 1981, 1982, 1983

University of Iowa Representative, Student Table Clinic Competition at the ADA Annual Session, New Orleans LA. October 1980

Winner, Student Table Clinic Competition at University of Iowa College of Dentistry, Presentation: "Cellular Parameters of Epithelial Morphologies in the Mouse." November 1979

Member, Alpha Psi Omega Dramatics Honor Society, Yeshiva University, 1978

Superintendent's Award for Excellent in Science, Theodore Roosevelt High School, Des Moines IA. June 1974


## PROFESSIONAL ORGANIZATIONS

Member, American Dental Association

Fellow, American Academy of Pediatric Dentistry

Member, International Academy of Pediatric Dentistry

Member, Deutsche Gesellschaft fuer Kinderzahnheilkunde (German Pediatric Dentistry Organization)

Member, Washington State Dental Association

Member, American Academy of Cosmetic Dentistry

Member, Academy of Operative Dentistry

Member, International Association for Dental Research

Member, American Dental Education Association

Member, Academy of Dental Materials

Associate Member, American Academy of Pediatrics

Associate Member, American Academy of Esthetic Dentistry

Member, Seattle Pediatric Dentistry Study Club

Member, Evergreen Pediatric Dentistry Study Club

Member, Washington State Academy of Pediatric Dentistry

## PROFESSIONAL ORGANIZATIONS (CONT'D)

Member, Western Society of Pediatric Dentistry

## SERVICE ACTIVITIES - ACADEMIC

### University of Washington
Research Associate Mentor, Kevin Psoter, Epidemiology PhD Student, 2007 - Present
Chair of Faculty Practice Plan Board, School of Dentistry, 2005 - Present
Chair of the Search Committee for a New Dental Director at Children's Hospital, School of Dentistry, 2005 - Present
Chair of the Search Committee to select a Chair for Restorative Dentistry, School of Dentistry, 2005 - 2007
Restorative Department Promotion Review Committee, Department of Pediatric Dentistry, School of Dentistry, 2004
Doctoral Supervisory Committee for James B. Westphal, 2004

### University of Texas Houston Health Science Center - Medical School
Member, Clinic Advisory Committee, Department of Pediatrics, 1990 - 1995

### University of Texas Houston Health Science Center
Member, Advisory Committee, Biomaterials Research Center, 1995 - 2002
Member, Executive Committee, Biomaterials Research Center, 1994 - 1999
Member, Core Curriculum Task Force, 1992 -1995
Member, President's 5520 Replacement Task Force, 1990 - 1992
Member, Interfaculty Council, 1990 - 1992
Member, Academic Computing Committee, 1989 - 1995

### University of Texas, Houston Health Science Center - Dental Branch
Member, Faculty Development Leave Committee, 1994 - 1995
Member, Appointment, Promotion and Tenure Committee, 1992 – 1994
Chair, Clinical Affairs Committee, 1992 - 1993
Chair, Subcommittee on Clinical Research, 1990 - 1992
Chair, ad-hoc Computer Committee, 1990 - 1992
Advisor, Student Research Group, 1986 - 1990
Member, Research Committee, 1986 - 1992, 1994 -1995
Chair, Library Committee, 1988 -1992
Chair, Subcommittee on Clinical Sciences of the ad-hoc Committee on Accreditation, 1988 - 1990

### University of Iowa College of Dentistry
President, Iowa Pediatric Dentistry Alumni Association, 1987 - 1988
Chairman, Apollonian Frolic Committee, 1982 - 1983
Chairman, Student Table Clinic Program Committee, 1981


## SERVICE ACTIVITES - LOCAL

### Houston Academy of Pediatric Dentistry
President, 1988 - 1989
Secretary/Treasurer, 1986 - 1987

### Houston Chapter, American Academy of Dental Research
President, 1989 - 1990

## SERVICE ACTIVITES - NATIONAL
### American Association of Dental Schools
Chair, Council of Hospitals Administrative Board, 1997 - 1998
Chair, Postdoctoral Dental Match Program Steering Committee, 1993 - 1995
Chair, Pediatric Dentistry Section, 1990 - 1991

**SERVICE ACTIVITES - NATIONAL (CONT'D)**
**American Association of Dental Schools (CONT'D)**
Secretary, Pediatric Dentistry Section, 1988 - 1989
Chair, Videodisc Formulation Committee, Pediatric Dentistry Division, 1986 - 1987
Chair, Committee on Applicants to Postgraduate Programs, Pediatric Dentistry Section, 1986 - 1994

**American Academy of Pediatric Dentistry**
District VI Trustee, Board of Directors, 2006-Present
Member, Subcommittee on Development of Postdoctoral Standards for Pediatric Dentistry, 1990 - 1996
Chair, Abstract Evaluation Subcommittee, 1989 - 1994
Member, Research Committee, 1986 - 1994

**American Academy of Pediatric Dentistry Foundation**
Member, Capital Campaign Steering Committee, May 2003 - 2005
President 2001 - 2006
Secretary Treasurer, 2000 - 2001
Advisory Trustee, 1997 - 2001

**American Board of Pediatric Dentistry**
Chair, Advisory Board, Part I Written Exam Construction Committee, 1999 - 2004
Director, College of Diplomates, 1999 - 2004

**American Dental Association**
Consultant, Council on Dental Practice, 1993 - 1995
Consultant, Commission on Dental Accreditation, 1991 - 1995
Member, Special ad-hoc of the Council on Dental Education to Examine the Overlap in Scope between
Orthodontics and Pediatric Dentistry, 1990 - 1992

**Dental Manufacturers of America**
Member, Electronic Environment Committee, 1995 - 1998

**Friends of National Institute of Cranial and Facial Research**
Member, Board of Directors, 1999 - 2004

**Student Clinicians, Board of Directors - American Dental Association**
Secretary Treasurer, 2006 - Present

**BOARD MEMBERSHIPS**
**Editorial Boards:**
Journal of Interdisciplinary Dentistry, 2007- Present
Journal of Dentistry for Children, 2005 - Present
Inside Dentistry, 2005 - Present
Dental Traumatology, 2000 - 2005

**Advisory Boards:**
Parent Television Network, 2006 - Present
National Children's Oral Health Foundation, 2005 - Present
CRA Foundation Board of Directors, 2006 - Present

**TEACHING AND ADMINISTRATION**
**Department of Pediatric Dentistry, School of Dentistry, University of Washington**
Chair, 2003 – Present

Courses Taught 2002 - Present:
"Directed Studies in Pediatric Dentistry"
 "Pediatric Dentistry Seminar II"
"Pediatric Dentistry Seminar VI"
"Clinical Pediatric Dentistry"

**TEACHING AND ADMINISTRATION (CONT'D)**
**Department of Pediatric Dentistry, School of Dentistry, University of Washington (cont'd)**
"Pediatric Dentistry Extramurals"
"Clinical Clerkship in Pediatric Dentistry: Yakima Valley"

**Houston Health Science Center - Dental Branch, University of Texas**
Clinical Director, Postdoctoral Program in Pediatric Dentistry, 1988 - 1995
Coordinator, Staffing of Resident Operations at Dental Oncology and Hemophilia Clinics, 1986 - 1993

**Houston Health Science Center - Dental Branch, University of Texas (CONT'D)**
Courses Taught 1986 - 1995:
"Preventive Dentistry for Children"
"Information Gathering, Diagnosis and Treatment"
"Introduction to Microcomputers in Dentistry"
"Introduction to Hemostasis"

**University of Pennsylvania**
Lecturer, 3rd Year Pediatric Dentistry Courses: "Preventive Dentistry for Children" and "Restorative Materials for Children," University of Pennsylvania, Philadelphia PA, September 1998, September 1997, October 1996, October, 1995
Lecturer in Predoctoral Pediatric Dentistry Course, 1996 - 2003

**University of Munich, Germany**
Lecturer, Predoctoral Pediatric Dentistry Curriculum, 1998 - 2000


**PATIENT CARE**

**Practice in Pediatric Dentistry: Houston, Texas 1987-1995**
Specific concentration given to care of patients with special needs, including: Transplant patients, hemophiliacs and mentally or physically handicapped, 1987-1995

**Practice in Pediatric Dentistry Clinical Research: ESPE Dental AG, Seefeld, Germany 1997-2000**


**RESEARCH SUPPORT - GOVERNMENT**

U01 DE16750-01 Network Chair for the Pacific Northwest DPBRN
NIH/NIDCR ($22,163,855 total for grant)
PI: DeRouen
Project Period: 04/01/2005-03/31/2012
Role: Investigator
Goal: To establish the Northwest PRECEDENT (Practice-based Research Collaborative in Evidence-based Dentistry) Network.

D30HP20032-03   Pediatric Dental Residents into Rural Areas (PEDiR)
HRSA ($1,134,748 total for grant)
PI: Berg
Project Period: 07/01/2004 – 06/30/2007
Role: PI
Goal: To expand the accredited UW pediatric dentistry residency program by developing a sustainable, community-based pediatric dentistry residency track in a migrant health center in Yakima County, Washington, that can be adapted elsewhere.

## RESEARCH SUPPORT -- GOVERNMENT (CONT'D)

N12607 DOH Workgroup
Washington State Department of Health ($21,128)
04/01/2004 - 06/30-2005
Role: PI
Goal: To provide facilitation, participation and staff support for a State of Washington workgroup to respond to the legislative budget proviso concerning oral health interventions.

NIDR (co-investigator), "Oral Diagnosis of HIV infected Hemophiliac Children," ($517,000), 1990-1993.

BRSG (co-investigator), "Oral Diagnosis of HIV Infected Children," ($8,000), 1989

BRSG, "The Role of TGF-β on Connective Tissue/Epithelial Interactions in Oral Mucosa," ($5,000), 1988.

BRSG, "Computer Monitoring of Fluoride Release from Different Restorative Materials," ($2,600), 1987.

BRSG, "The Influence of Cryogenic Treatment on the Wear Resistance and Temperature Exchange of Dental Burs," ($2,400) 1987.

## RESEARCH SUPPORT - INDUSTRY

3M ESPE, "One Year Clinical Assessment for Clinpro(T) Sealant Placed with Either Self-Etching Adhesive or Conventional Acid Conditioning," ($40,000), 2005

Children's Miracle Network Telethon, "Fluoride Analysis for Indigent Children," ($4,200), 1993

ESPE Dental AG, "Prevention of Palatal Grooves in Pre-Term/Low Birth-Weight Infants," ($2,200), 1993

Children's Miracle Network Telethon, "Fluoride Analysis for Indigent Children, "($4,600), 1992

ESPE Dental AG, "Comparison of Scotch Bond II and Pertac Universal Bond in Class V Restorations," ($4,500), 1992

Children's Miracle Network Telethon, "Access to Pediatric Dental Services for Indigent Children," ($12,000), 1992

Children's Miracle Network Telethon, "Pediatric Dental Services in the Emergency Room," ($61,000), 1990

Proctor and Gamble Co., "Prevention of Candidiasis in HIV+ Individuals: A Multi-center Trial," ($110,000), 1990

Children's Miracle Network Telethon, "Pediatric Dental Services to Treat Pre-Term/Low Birth-Weight Infants, Hemophiliacs, and other Medically Compromised Children," ($23,000), 1989

Proctor and Gamble Co., "Use of Chlorhexidine in HIV+Hemophiliac Children: A Double Blind Placebo Controlled Trial," ($20,000), 1989

Gillette Company, "Effect of Toothpaste Flavor on Tooth-brushing: A Double Blind Trial," ($2,750), 1989

ESPE Dental AG, "Clinical Implementation Studies Using Glass Ionomer Materials in Children-Phase 1," ($36,000), 1988

ESPE Dental AG, "An Experimental Review of Glass Ionomers in Primary Teeth," ($3,853), 1987

Premier Dental Products Co., "A Comparison of Techniques for Restoring Primary Teeth," ($700) 1986

## STUDENT PRESENTATIONS SPONSORED

"Prevention of Palatal Grooving in Pre-Term/Low Birth-Weight Infants" (Presented by LM Fox), Greater Houston Dental Meeting, (first place) March 1994

"The Effect of Toothpaste Fluoride and Toothbrushing "(Presented by R Dickens et al and D Foster), Greater Houston Dental Meeting, (second place) March 1990

"Disinfecting Impressions: The Facts, The Fiction, The Realities" (Presented by L Brock), Greater Houston Dental Meeting (winner, Dentsply Table Clinic Award and winner ADA First Place Student Clinicians Competition), March 1989

.
"Fluorides Prescription Practices of Pediatricians" (Presented by A Wood), Greater Houston Dental Meeting, March 1989

"Conservative Technique for Restoring Primary Incisors after Pulpectomy" (Presented by S Armstrong), Greater Houston Dental Meeting, March 1988

"Relationship between Radiographic and Histologic Pulp Disease in Primary Molars: A SEM Analysis" (Presented by F Raab), Greater Houston Dental Meeting, March 1988 (first place winner)

"Glass Ionomer: The Fluoride Releasing Pit and Fissure Sealant" (Presented by L Brock), Greater Houston Dental Meeting, March 1988
.

"Treatment Planning for Fluoride Therapy" (Presented by R Ellis), Greater Houston Dental Meeting, February 1987

"The Rubber Dam: Isolation Techniques for the 80's (Presented by A Dowell), Greater Houston Dental Meeting, February 1987

 "A Comparison of the Micro-leakage of Cements used with Stainless Steel Crowns" (Presented by D Pettey), Greater Houston Dental Meeting, (second place winner) February 1987

"The Smear Layer and the Primary Dentition" (Presented by R Conrad), Greater Houston Dental Meeting, (second place winner) February 1987

"Restoring Primary Teeth: Which Material Should We Use?" (Presented by A Dowell), Greater Houston Dental Meeting, February 1987

"Oral Manifestation of Bulimia Nervosa" (Presented by MC Frank), Greater Houston Dental Meeting, (third place winner) February 1986


## STUDENT ADVISING

### Graduate Thesis Committee

Member. Dr. Yoo-Lee Yea, A Comparison of Early Childhood Caries Risk Assessment Techniques in a Pediatric Medical Clinic, 2006.

Chair. Dr. Kristin A. Johannsen, A Methodological Evaluation of "Still" Difoti (Digital Imaging Fiber Optic Transillumination) Images Versus Radiographs in Primary Molars, 2005.


### External Reviewer

Dr. Al-Jundi. King Fahd University, Saudia Arabia.

**SELECTED CONTINUING EDUCATION COURSES GIVEN**

Lecturer, "Caries Management by Risk Assessment," Portland Lecture; November 18, 2005

Lecturer, "Restorative Dentistry for Children," Current Concepts in Dentistry, University of Victoria, BC; November 11, 2005

Lecturer, "Access to Baby and Child Dentistry," Continuing Dental Education Cruise; September 2-5, 2005

Keynote Speaker, "What's new in caries management?" Pediatric Dentistry Affiliate Course, University of Washington; July 2004

Course Presenter, "Pediatric Dentistry Update: Use the Newest Restorative Materials: Learn How, When and Why," University of Washington; January 30, 2004

Course Presenter, "Interactions between Preventive Dentistry and Restorative Dentistry," Louisiana State University's 6th Annual Symposium, Cosmetic Dentistry for the Pediatric Patient – VI; October 3, 2003

Course Director and Presenter, "Restorative Dentistry for Children: What's New?," UCSF; December 6, 2002

Course Presenter, "Biofilms – a better way of looking at plaque," Boston University Goodman School of Dental Medicine, Electric Toothbrush Forum; October 26, 2002

Course Presenter, "Pediatric Dental Materials," University of Washington; April 19, 2002

Course Presenter, "Evolving Technologies: A Look into the Future," American Academy of Pediatric Dentistry, Las Vegas, Nevada; March 15, 2002

Course Presenter and Coordinator/Moderator, "Restorative Dentistry for the Pediatric Dentist," American Academy of Pediatric Dentistry; May 24, 2001

Course Director and Presenter, "Decision Making and Selection of Modern Restorative Materials for Children," SWSPD; July 2000

Program Co-Chair, "Tissue Engineering in Dentistry," meeting of The Academy of Dental Materials, Tempe, Arizona; October 28-30, 1999

Course Director and Presenter, "Update in Restorative Dentistry," University of Iowa College of Dentistry, Iowa City, Iowa; September 1999

Audio Tape Guest Presenter, "Minimally Invasive Dentistry," in Practical Reviews in Pediatric Dentistry, Oakstone Publishing Company; March 1999

Course Director and Presenter, "Restorative Materials for Pediatric Dentistry – What You Should Know Today and Where Are We Going," American Academy of Pediatric Dentistry, Continuing Education Course; May 22, 1997

Course Director and Presenter, "Upgrading Practice Productivity & Patient Management through Dental Office Computerization," California Dental Association Meeting, San Francisco, CA; August 1994

Symposium Director, "Dental Care for Children with Cancer," MD Anderson Cancer Center and the American Academy of Pediatric Dentistry; November 12-14, 1993

Course Director and Presenter, "Selecting a Computer System for your Dental Office," UTH-HSC; June 1991

Course Director and Presenter, "Clinical Use of Glass Ionomers in Children," UTDB; April 1989

## SELECTED CONTINUING EDUCATION COURSES GIVEN (CONT'D)

Course Director and Presenter, "Automate Your Office Management with a Microcomputer," UTDB; June 1988 (2 day course)

Course Director and Presenter, "Clinical Use of Glass Ionomers in Children," UTDB; November 1987

Course Director and Presenter, "Space Maintenance for the General Practitioner," UTDB; May 1987

## SELECTED INVITED PRESENTATIONS

"Research in Pediatric Dentistry at the University of Washington," 2007 Pacific Northwest Dental Conference, July 19-20, 2007

"New Technologies in Caries Diagnosis and Restorative Dentistry and Behavior Management for Children," Napa-Solano Dental Society Fairfield CA, October 6, 2006

"Setting the Standard of Care for Dentistry & Education," WCMID 7th Conference Seattle WA, August 16-19, 2006

"Caries Management," Gray's Harbor Dental Society, May 18, 2006

"Caries Management by Risk Assessment; Past, Present, and Future," Snohomish County Dental Society, April 18, 2006

"Caries Management by Risk Assessment," Montana Dental Society, March 10, 2006

"Update on Caries in Children," Alpha Omega Dental Fraternity, Seattle Chapter, February 27, 2006

"Caries Management by Risk Assessment," "Restorative Dentistry for Children," and "Make an Infant and Toddler Program Work in Your Office," Chicago Midwinter Meeting, February 23 - 26, 2006

"Restorative Dentistry, Behavior Management, and Caries Management," Southwest Dental Conference, January 18-22, 2006

"Glass Ionomer cements in Caries Management," Federation Dentaire Internationale, Montreal Canada, August 25, 2005

"Early Childhood Oral Health," State of Washington WIC Conference, October 17, 2005

"Caries management by Risk Assessment," Pacific Northwest Dental Conference, Seattle WA, July 14, 2005

"Conservative Restorative Dentistry," Columbia University Club, New York NY; March 15, 2005

"Pediatric Dentistry Update," New York University College of Dentistry, New York NY; March 14, 2005

"Pediatric Dentistry: Get the latest on caries detection and restoration," The Star of the South Dental Meeting, Houston TX; February 19, 2005

"Dentistry for Children: New Applications for Your Practice," Prom Center, Oakdale MN; February 4, 2005

"Restorative Dentistry for Children," University of Detroit Mercy School of Dentistry, Detroit MI; January 29, 2005

"Restorative Dentistry for Children," Guang Zhou, China; January, 21, 2005

"Restorative Dentistry for Children," Fuzhou, China; January 20, 2005

11

## SELECTED INVITED PRESENTATIONS (CONT'D)

"Dentistry in Children, with a difference," GK International, Chandigarh, India; January 17, 2005

"Restorative Procedures" and "Space Maintenance," Pediatric Dentistry for General and Pediatric Dentists American Association for Pediatric Dentistry Conference, Las Vegas NV; November 11-13, 2004

"Caries Detection and Risk Assessment in the 21st Century" and "Clinical Application of Restorative Dental Materials for Children," University of Florida, Gainesville FL; October 22-23, 2004

"Caries Technologies and Restorative Dentistry for Children," Mexican Association for Pediatric Dentistry, Acapulco, Mexico; October 11-15, 2004

"Caries Technologies and Restorative Dentistry for Children," Phoenix Summit Lecture, Phoenix AZ; October 7-8, 2004

"Update on Pediatric Dentistry," Walla Walla Valley Dental Society, Walla Walla WA; August 26, 2004

"Caries is not Binary: How what professionals and consumers are learning will change the way we practice," WCMID Conference, San Francisco CA; August 12, 2004

"Early Caries Diagnosis: New Technologies;" "Soaring with Eagles: Reaching New Heights in Dental Esthetics," Annual Meeting, AAED Alberta, Canada; August 4-7, 2004

"Cooperation between Academics and Industry," University of Washington School of Dentistry Summer Research Institute, July 2004, July 2005

"There's More than Stainless Steel... Kids (and Parents) Also Want Pretty Teeth," Revelation 2004, Amsterdam; July 2-4, 2004

"Pediatric Dentistry: Achieving Optimum Results," Yonsei University, Seoul, Korea; June 7, 2004

"Self-Etch Adhesive Technology," Expertise -3M ESPE Expert Forum, Chejv, Korea; June 4, 2004

"Caries Diagnosis/Restoration for Children," Yankee Dental Congress 29, Boston MA; January 29-February 1, 2004

"Clinical continuum of restorative material in pediatric dentistry," Southeast Society of Pediatric Dentistry, Atlanta GA; January 9-11, 2004

"New Technologies in Early Caries Diagnosis" and "Esthetic Restorative Materials for Children," Greater New York Dental Meeting; November 2003

"Restorative dentistry for children," Dental School, University of Pennsylvania, Philadelphia PA, December 2003

"New Technologies in Caries Diagnosis," University of Washington Combined Seminars; November 17, 2003

"Partnerships between Academics and Industry," Iowa Section, American Association for Dental Research, Iowa City IA; February 5, 2002

"Dental Caries and Periodontal Disease Made Simple," Conference on Dental Care for Children with Disabilities, Seattle WA; May 5, 2001

"The Role of Corporate-Educational Corporations - Finding Your Way Through," ADEA Meeting, Chicago, IL; March 7, 2001

## SELECTED INVITED PRESENTATIONS (CONT'D)

"The Oral-Systemic Link," Health Update Session, US Military, Fargo ND; March 4, 2001

"Strengthening Alliances, Expanding Horizons," American Association of Dental Schools, Washington DC; April 1-5, 2000

"Adhesives and Restorative Dilemmas," Vision Group Study Club, Houston TX; February 2, 2000

"Modern Adhesive Dentistry," Sponsored by Dentorient Fuss Company, Tel Aviv, Israel; November 2, 1999

"Creating Reliable Adhesive Interfaces," University of Pennsylvania School of Dental Medicine, Philadelphia PA; September 14, 1999

"New Developments in Adhesive Technology," International Association of Pediatric Dentistry Meeting, London UK; September 3, 1999

"Update on Dental Adhesives," University of Texas Health Science Center, San Antonio TX; July 29, 1999

"Pediatric Dental Education together with Pediatric Medical Education," Deutsche Gesellschaft fuer Kinderzahnheikunde (German Society for Pediatric Dentistry), Erfurt, Germany; July 17, 1999

"Microscope Dentistry for Children," American Academy of Pediatric Dentistry Meeting, Toronto, Canada; May 28, 1999

"New Directions in Adhesive Dentistry," European Academy of Esthetic Dentistry Meeting, Bergen, Norway; May 22, 1999

"Innovations in Adhesive Dentistry," various universities in Japan - Osaka; November 22, 1998, Chiba; November 25, 1998, and Tokyo; November 27, 1998

Clinical Research: "Multiple Perspectives, Multiple Purposes," Iowa Faculty Retreat, Waverly IA; September 14, 1998

"The Continuum of Esthetically Desirable Restorative Materials," various universities in Australia – Sydney; May 26, 1998, Melbourne; May 31, 1998, and Adelaide; June 2, 1998

"Differentiating Modern Restorative Materials," Meeting of Dentorient Fuss, Meribel, France; March 9, 1998

Diberikan Kepada, "Simposium Konservasi/Dental Material Pedodontic Dan Bedah Mulut," Persatuan Dokter Gigi Indonesia; October 18, 1997

Guest Speaker, Mahidol University of Dentistry; October 16, 1997

"Use of Compomers in Dental Practice-Selecting the Right Material for the Right Situation," Malaysian Dental Association, Petaling Jaya, Malaysia; October 14, 1997

"Clinical Distinction between Restorative Categories," various universities in Asia - Hong Kong, China; Taipei, Taiwan; Taichung, Taiwan; Kuala Lumpur, Jakarta, Indonesia; October 15-25 1997

University of Pennsylvania, Student Advanced Elective Lectures, 1996 & 1997

Dental Materials Lecture, Episcopal Hospital Pediatric Dentistry Residency Program, Philadelphia, Pennsylvania; March 1996

## SELECTED INVITED PRESENTATIONS (CONT'D)

"Pediatric Dentistry Review," University of Texas, Houston - Medical School, Pediatric Grand Rounds; March 1994

"Glass Ionomer Cements in Dentistry," Symposium on Esthetic Dental Materials, UCLA, Kapalua, Maui HI; July 1993

"Support Concepts in Dentin Bonding," 1st Annual International Congress on Dentistry, Zaragoza, Spain; June 1993

"Managing the Behavior of Children in the Pediatric Dentistry Office," University of Texas Medical School, Pediatric Grand Rounds; November 1992

"Alternative Settings for Teaching Clinical Pediatric Dentistry-Issues of Access," American Association of Dental Schools, Pediatric Dentistry Section Annual Meeting; March 1992

"Pediatric Dentistry Review," The Hawaii Dental Hygiene Association Meeting; January 1992

"Between the Vermilion Border and the Posterior Pharyngeal Wall," University of Texas, Houston - Medical School, Pediatric Grand Rounds; February 1991

"Prevention of Dental Caries: A Lifelong Effect," Corpus Christi DelMar College and Corpus Christi Dental Society Meeting; March 1990

"Using Glass Ionomer Cements," Breakfast with the Experts at the American Academy of Pediatric Dentistry Annual Meeting; May 1989

"Experimental Design and Data Analysis," American Academy of Pediatric Dentistry Annual Meeting; May 1989

"Update on Haemostatic in Pediatric Dentistry," Southern Regional Hemophilia Society Meeting; March 1989

"Treating Tomorrow's Generation Today," University of Texas Dental Branch Homecoming; August 1988

"The Palatal Stabilizing Device for Pre-Term/Low Birth-Weight Infants," University of Texas, Houston Medical School Perinatal Conference; July 1988

"Current Trends in Postgraduate Program," American Association of Dental Schools Annual Session; March 1988

"The Influence of Aging and Epithelial Wound Healing," University of Texas Dental Branch Interdisciplinary Research Seminar Series; November 1986

"Various Materials for Restoring Primary Teeth," Houston Academy of Pediatric Dentistry; October 1986

"The Use of Microcomputers in Academic Pediatric Dentistry," American Association of Dental Schools Annual Session; March 1986

## VIDEO/AUDIO PRESENTATIONS

"Minimally Invasive Dentistry," Practical Reviews in Pediatric Dentistry, Vol. 9, No. 6; March/April 1999.

"Conservative Technique for Restoring Primary Molars after Pulpectomy," The University of Texas, Houston - Dental Branch; 1989.

## VIDEO/AUDIO PRESENTATIONS (CONT'D)

"Class II Glass-Ionomer/Silver Cement Restoration of Primary Molars," The University of Texas, Houston - Dental Branch; 1987.

"Examination of the Child Patient;" The University of Texas, Houston - Dental Branch; 1986.

## PUBLICATIONS - ABSTRACTS

Westerman GH, Hicks JM, Flaitz CM, Blankenau RJ, Powell GL, Berg JH. Root Caries Initiation and Progression Following Low Fluence Argon Laser and Fluoride. *J Dent Res*. 1996;75:2601.

Fox LM, Durban EM, Berg JH. 3-D Culture System to Examine Cytocompatibility of Restorative Materials. *J Dent Res*. 1996;75:2907.

Westerman GH, Hicks MJ, Flaitz CM, Blankenau RJ, Powell GL, Berg JH. Argon Laser Irradiation and Fluoride Treatment in Root Surface Caries in Vitro. *J Dent Res*. 1994;73:615.

Westerman GH, Hicks, JM, Flaitz CM, Blankenau RJ, Powell GL, Berg JH. Effect of Argon Laser Irradiation on Caries-Like Lesion Initiation and Progression in Enamel. *J Dent Res*. 1993;72:948.

Hoots K, McLeod J, Eggers E, Berg JH, Lee M, Gomperts E. Pilot Study to Evaluate Efficacy of Fibrin Sealant (Human) on Hemostasis in Hemophiliacs Undergoing Tooth Extraction," The American Society of Hematology, 35th Annual Meeting, December 3-7, 1993.

Westerman GH, Flaitz CM, Hicks MJ, Berg JH, Blankenau RJ, Powell GL. Argon Laser irradiation in Root Surface In Vitro. *J Dent Res*. 1992;71:764.

Alfonzo-Echeverri A, Glass NL, Berg JH, Wild TW. Oral Ketamine for Outpatient Dental Surgery Sedation. *J Dent Res*. 1991;70:1432.

Berg JH, Durban EM. Three Dimensional Culture System for Biocompatibility Testing. *J Dent Res*. 1991;7:1052.

Berg JH, Durban EM. Influence of EGF and TGT-B on Palate Mucosal Epithelium. *J Dent Res*. 1989;68:984.

Berg JH, Thomas MA, Donly KJ, Conrad RC, Sadler J. Effect of Smear Layer Removal on the Bond Strength of Glass Ionomer to primary Teeth. *J Dent Res*. 1988;67:218.

Stratmann RG, Berg JH, Donly KJ. In-Vivo Assessment of Class II Class Ionomer Silver Restorations in Primary Molars: A Combined Conservative and Preventive Approach. J Dent Res. 1988;67:674.

Berg JH, Brown LR, Farrell JA, Puente RA. Influence of Class II Glass Ionomer Silver/Cement Restoration on Inter-proximal Bacterial Growth. *J Dent Res*. 1988;67:1336.

Berg JH. The Effects of Aging on Wound Healing. *Pediatr Dent*. 1986;8(2):181.

Berg JH, Hill MW: "Influence of Aging on Epithelial Wound Healing," *J Dent Res*. 1986;65:71.

Berg JH, Hill MW. Mitotic Arrest by Vinblastine: Variations with Site, Age, and Duration in Mouse Epithelia. *J Dent Res*. 1985;64:246.

Berg JH, MacKenzie IC, Hill MW. Connective Tissue Influences on Epithelia Proliferation. *J Dent Res*. 1983;62:340.

Berg JH, MacKenzie IC, Hill MW. Quantitative Analysis of Regional Differences between Mouse Oral Epithelia and Epidermis. *J Dent Res*. 1981;60A:938.

## PUBLICATIONS - ARTICLES

Berg JH, Croll T, Donly K: "Focus on Preschoolers," *Dental Products Report*, 116-117, September 2007.

Berg JH, Lin JY, Croll TP: "Restorative Material Choices for Primary and Young Permanent Molars," *Contemporary Esthetics*, 24-30, July 2007.

Croll TP, Berg JH: "Resin-Modified Glass-Ionomer Restoration of Primary Molars with Proximating Class II Caries Lesions," *Compendium*, 28(7): 372-377, July 2007.

Berg JH: "Minimal Intervention: Motivating Patients Through Caries Risk Assessment," *Compendium*, 28(3):162-164, March 2007.

Berg JH, Domoto PK: "The 'Age-One' Dental Visit-Preventing Early Childhood Caries," *Inside Dentistry*, 2-10, March 2007.

Berg JH: "Dental Caries Detection and Caries Management by Risk Assessment," *Journal of Esthetic and Restorative Dentistry*, 19(1):49-55, 2007.

Berg JH, Riedy CA, Tercero A: "Patient and Parental Perception of a New Fluoride Varnish Product," *Compendium*, 27(11):614-619, November 2006.

Zhang H, Somerman M, Berg JH, Williams B, Cunningham M: "Dental Anomalies in a Child with Craniometaphyseal Dysplasia: A Case Report," August 2006 (In Press).

Berg JH, Bryers J, Milgrom P, Slayton R: "Biotechnology and Biomaterials to Reduce the Caries Epidemic," *BMC Oral Health*, 6(Suppl 1):S1, June 2006.

Berg JH: "Ask the Experts: Caries Detection," *Journal of Esthetic and Restorative Dentistry*, 18(1):3-4, 2006.

Berg JH, Lin, JY: "Achieving Predictable Results with Space Maintainers for Children Using a Novel Alginate Alternative," *Inside Dentistry*, December 2005.

Berg JH: "Dental Caries Disease in Children: Management by Risk Assessment," *Alpha Omegan*, 98(4):9-12, December 2005.

Berg JH, Croll, Sundfeld: "A Pit and Fissure Clinical Protocol," *Compendium*, 26(12):862-8, December 2005.

Berg JH: "New Technologies in Pediatric Dentistry: Dental Caries Detection and Caries Management by Risk Assessment," *Contemporary Esthetics and Restorative Practice*, 9(8): 58-60, August 2005.

Berg JH. Early Dental Caries Detection as a Part of Oral Health Maintenance in Young Children. *The Compendium of Continuing Education in Dentistry*. 2005;6(5):24-30. (Reprint)

Berg JH. ECOH Forms to Impact the Childhood Caries Epidemic. *Doctor of Dentistry*. 2004;3:9.

Berg JH. New Technologies in Pediatric Dentistry: Dental Caries Detection and Caries Management by Risk Assessment. *Essence*. 2004;2(1):3-5.

Armstrong SL, Berg JH. Ferric-Sulfate Pulpotomy in Primary Molars - Indications and Technique. *Essence*. 2004;2(1):7-10.

Casamassimo PS, Feigal R, Adair SM, Berg JH, Stewart R. A Snapshot of the U.S. Postdoctoral Pediatric Dentistry Faculty Workforce, 2002. *J Dent Educ*. 2004;68(8):823-8.

Oskouian R, Domoto PK, Berg, JH. Furthering Fluoride Usage. Dim Dent Hygiene. 2004;2(6):18-24.

## PUBLICATIONS - ARTICLES (CONT'D)

Mouradian WE, Berg JH, Somerman MJ. Addressing Disparities through Dental-Medical Collaborations, Part 1 - The Role of Cultural Competency in Health Disparities: Training of Primary Care Medical Practitioners in Children's Oral Health. *J Dent Educ.* 2003;67(8):860-8.

Berg JH. Why do some people get more cavities than others do? *Scientific American.* Feb 2003;288(2):93.

Mouradian WE, Berg, JH. Advances in Caries Diagnostics and the Changing Face of Dental Practice. *J Am Coll Dent.* 2003;70(4):24-9.

Berg, JH. Glass ionomer cements. *Pediatr Dent.* 2002;(24)5:430-8.

Dudgeon DJ, Berg, JH. Dental Plaque as a Biofilm and New Research on Biofilm Removal by Power Toothbrushes. *Compendium* CE1. 2002;23(7):3-6.

Platt K, Moritis K, Johnson MR, Dunn JR, Berg JH. Clinical evaluation of the plaque removal efficacy and safety of the Sonicare Elite toothbrush. *Am J Dent.* 2002;15:23-4B.

Moritis K, DeLaurenti M, Johnson MR, Berg JH, Boghosian AA. Comparison of the Sonicare Elite and a manual toothbrush in the evaluation of plaque reduction. *Am J Dent.* 2002;15:18-22B.

Berg JH. Emerging Trends in Oral Care: Moving Toward a New Kind of Dentistry. *Scientific American.* 2002;Special Issue:2-5.

Croll TP, Berg JH. Simplified adhesion of compomers in pediatric dentistry. *Pediatr Dent.* 2000;31(8):563-9.

Friedman MJ, Heymann HO, Stookey GK, Berg JH. Early Detection of Caries. *Tech Forum.* 2000;21(8):668-74.

Berg JH. The Continuum of Restorative Materials in Pediatric Dentistry - A Review for the Practitioner. *Pediatr Dent.* 1998;20:2.

Garcia-Godoy F, Hicks MJ, Flaitz CM, Berg JH. Acidulated phosphate fluoride treatment and formation of caries-like lesions in enamel: effect of application time. *J Clin Pediatr Dent.* 1995;19(2):105-10.

Hicks MJ, Flaitz Cm, Westerman GH, Blankenau RJ, Powell GL, Berg JH. Enamel caries initiation and progression following low fluence (energy) argon laser and fluoride treatment. *J Clin Pediatr Dent.* 1995;20(1):9-13.

Hicks MJ, Westerman GH, Flaitz CM, Blankenau RJ, Powell GL, Berg JH. Effects of argon laser irradiation and acidulated phosphate fluoride on root caries. *Am J Dent.* 1995;8(1):10-4.

Dube VK, Berg JH. Pediatric Dentistry Today. *Greater Houston Dental Journal.* 1995;66:7.

Flaitz CM, Hicks MJ, Westerman GH, Berg JH, Blankenau RJ, Powell GL. Argon laser irradiation and acidulated phosphate fluoride treatment in caries-like lesion formation in enamel: an in vitro study. *Pediatr Dent.* 1995;17(1):31-5.

Bui T, Berg JH: "Ketamine Oral Sedation Study," *Anesthesia Progress Journal* (Submitted for Publication) 1994

Jones KF, Berg JH, Coody D. Update in Pediatric Dentistry. *J Pediatr Health Care.* 1994;8(4):160-7.

Westerman GH, Hicks J, Flaitz CM, Blankenau RJ, Powell GL, Berg JH. Argon Laser Irradiation in Root Surface Caries: In Vitro Study Examines Laser's Effects. *J Am Dent Assoc.* 1994;125:401-7.

## PUBLICATIONS - ARTICLES (CONT'D)

Berg JH, Hill MW. The Effects of Vinblastine in Assessment of the Influence of Age on Proliferative Activity of Murine Palate and Footpad Epithelium. *Cell Proliferation*. 1994;27:225-31.

Bebermeyer R, Berg JH. Comparison of Patient-Perceived Post Cementation Sensitivity with Glass Ionomer and Zinc Phosphate Cements. *Quint Int*. 1994;25(3):209-14.

Hicks MJ, Flaitz CM, Westerman GH, Berg JH, Blankenau RJ, Powell GI. Caries-Like Lesion Initiation and Progression in Sound Enamel Following Argon Laser Irradiation: An In Vitro Study. *J Dent Child*. 1993;60:201-6.

Alfonzo-Echeverri EC, Berg JH, Wild TW, Glass NL. Oral Ketamine for Pediatric Outpatient Dental Surgery Sedation. *Pediatr Dent*. 1993;15(3):182-5.

Hicks MJ, Flaitz CM Westerman GH, Blankenau RJ, Powell GL, Berg JH. Caries-Like Lesion Initiation and Progress around Laser-Cured Sealants. *Am J Dent*. 1993;6:176-80.

Jones KF, Berg JH. Fluoride Supplementation: A Survey of Pediatricians and Pediatric Dentists. *Am J Dis Child*. 1992;146(120):1488-91.

Herbert AA, Berg JH. Oral Mucous Membrane Diseases of Childhood: I. Mucositis and Xerostomjia. II. Recurrent Aphthous Stomatitis. III. Herpetic Stomatitis. *Seminars in Dermatology*. 1992;11(1):80-87.

Berg JH, Donly KJ, Conrad RC. Effect of Smear Layer Removal on Bond Strength to Primary Tooth Dentin. *J Dent Child*. 1991.

Valenza JA, Berg JH. Selecting Computer Hardware – to Get the Right System, Ask the Right Questions. *J Am Dent Assoc*. 1991;122(2):93-5.

Valenza JA, Berg JH. Picking a Computer. Tips on Finding the Right System for You. *J Am Dent Assoc*. 1991;122(1):108-33.

Hill MW, Karthigasan J, Berg JH, Squier CA: "Wound Healing of Oral Mucosa," Dental School, The University of Western Australia and Dows Institute for Dental Research, The University of Iowa, Iowa City IA, 1991.

Ellis RK, Berg JH, Raj PP. Subjective Signs of Efficacious Inferior Alveolar Nerve Block in Children. *J Dent Child*. 1990;57(5):361-5.

Berg JH, Donly KJ. Restoring Primary Molars after Pulpotomy Treatment. *Pediatr Dent*. 1990;80(2):35-6.

Jones KF, Fruithandler RC, Berg JH. Micro-leakage of Interim Endodontic Filling Materials. *Am J Dent*. 1990;3(2):71-4.

Berg JH, Farrell JA, Brown LR. Class II Glass Ionomer/Silver Cement Restoration and Their Effect on Inter-proximal Growth Mutants Streptococci. *Pediatr Dent*. 1990;12(1):20-3.

Berg JH, Moorrees LL. Fluoride In Our Drinking Water: Analysis and Supplementation. *J Houston Dist Dental Soc* 1989;60(6):17-19.

Stratmann RG, Berg JH, Donly KJ. Class II Glass Ionomer-Silver Restorations in Primary Molars: a Combined Conservative and Preventive Approach. *Quint Int*. 1989;20(1):43-7.

Berg JH, Donly KJ. Conservative Technique for Restoring Primary Molars after Pulpotomy Treatment. *J Dent Child* 1988;5596:463-4.

Berkowitz RJ, Ferretti GA, Berg JH. Dental Management of Children with Cancer. *Pediatr Ann* 1988;17(11):715-25.

## PUBLICATIONS - ARTICLES (CONT'D)

Berg JH, Pettey DE, Hutchins MO. Micro-leakage of Three Luting Agents Used with Stainless Steel Crowns. *Pediatr Dent* 1988;10(3):195-8.

Berg JH, Dony KJ, Posick WR. Glass Ionomer Silver Restorations: A Demineralization-Remineralization. *Quint Int* 1988;19(9):939-41.

Donly KJ, Berg JH. The Glass Ionomer/Composite Sandwich Restoration for Primary Incisors after Pulpectomy. *Am J Dent* 1988;1(30):135-7.

Herrin KM, Tong TJ, Berg JH. A Quantitative Measurement of Dentin Adhesion Defects for Posterior Composites in Class II Restorations. *Florida Dent J* 1988;59(3):22-4.

Jiamachello PE, Berg JH. Investigating the Computerized Dental Office Management System. *Texas Dent J* 1987;104(6):6-9.

Hill MW, Berg JH, Mackenzie IC. Quantitative Evaluation of Regional Differences Between Epithelia in the Adult Mouse. Arch *Oral Biology* 1981;26:1063-7.

## PUBLICATIONS - CHAPTERS

Berg JH. Oral Health. In: Burg FD, Ingelfinger JR, Polin RA, Gershon A, eds. *Gellis & Kagan's Current Pediatric Therapy, 18th Edition*. Philadelphia: WB Saunders Publishers; 2005.

Berg JH. Dental Problems – Preventions. In: Burg FD, Ingelfinger JR, Wald ER, Polin RA, eds. *Gellis & Kagan's Current Pediatric Therapy*. Philadelphia: WB Saunders Publishers; 1999.

Berg JH, Jones KF. Dental and Oral Diseases. In: *Pediatric Primary Care: A Handbook for Nurse Practitioners*. Philadelphia: WB Saunders Publishers; 1996.

Herbert AA, Berg JH. Mucous Membrane Disorders in Pediatric Dermatology. In: Schacher LA and Hansen PC, eds. *Pediatric Dermatology, 2nd Edition*. New York NY: Churchill Livingstone Publishers; 1996.

Hill MW, Karthigasan J, Berg JH, Squier CA. Influence of Age on the Response of Oral Mucosa to Injury. In: Squier CA and Hill MW, eds. *The Effect of Aging in Oral Mucosa and Skin*. Croc Press; 1994.

Berg JH, Berbemeyer R. Infection Control. In: Pinkam, JR, *Pediatric Dentistry from Infancy through Adolescence*, 2nd ed. Philadelphia: WB Saunders Company; 1993.

Valenza JA, Berg JH. Computers in the Office. In: *American Dental Association, Special Publication*; 1992.

Berg JH, Donly KJ. The Enamel Surface and Enamel Microabrasion. In: Croll TP, ed. *Enamel Microabrasion*, Chicago: Quintessence Publishing Co; 1991.

Berkowitz RJ, Berg JH, Feretti GH. Oral Complications of Bone Marrow Transplantation. In: Johnson FL and Pochedly C, eds. *Bone Marrow Transplantation in Children*, New York NY: Raven Press; 1990.

## PUBLICATIONS - REVIEWED ARTICLES

Weintraub JA, Ramos-Gomez F, et al. Fluoride Varnish Efficacy in Preventing Early Childhood Caries. *J Dent Res* 2006; 85(February):172-176.

Victorian-Era Esthetic and Restorative Dentistry: An Advertising Trade Card Gallery. *Journal of Esthetic and Restorative Dentistry*. 2006.

## PUBLICATIONS - REVIEWED ARTICLES (CONT'D)

Hong L, Levy SM, Warren JJ, Dawson DV, Bergus GR, Wefel JS. Association of amoxicillin use during early childhood with developmental tooth enamel defects. *Arch Pediatr Adolesc Med.* 2005 Oct;159(10):995-6.

Clark D. Good Evidence for Incremental Preventive Benefit of Topical Fluoride Therapies. *Arch Pediatr Adolesc Med.* 2005 Apr;159:315-316.

Ozalp N, Saroglu I, Sonmez H. Evaluation of Various Root Canal Filling Materials in Primary Molar Pupectomies: An In Vivo Study. *Am J Dent* 2005;18(December):347-350.

Leroy R, Bogaerts K, Lesaffre E, Declerck D. Multivariate survival analysis for the identification of factors associated with cavity formation in permanent first molars. *Eur J Oral Sci.* 2005;113:145-152.

Clark D. Definitive Diagnosis of Early Enamel and Dentinal Cracks Based on Microscopic Evaluation. *J Esthetic and Rest Dent Special Issue on Microscopy.* 2004;SI7-17.

Bian JY, Wang WH, Wang WJ, Rong WS, Lo EC. Effect of fluoridated milk on caries in primary teeth: 21-month results. *Community Dent Oral Epidemiol.* 2003 Aug;31(4):241-5.

Anttonen V, Seppa L, Hausen H. Clinical Study on the Effect of Professional Cleaning of Occlusal Tooth Surfaces on Laser Fluorescence Measurements. *Caries Res.* 2005;39:280-283.

## PROFESSIONAL DEVELOPMENT

Group Leader
Pediatric Dentists' "People-to-People" Tour of Russia
September 2005

American Academy of Pediatric Dentistry Leadership Institute
Kellogg School of Management
Northwestern University
Evanston IL
December 2004

Certificate in Integrating Finance and Marketing
Wharton School of Executive Education
University of Pennsylvania
Philadelphia PA
February 1999

## REVIEWER

**Manuscript Reviewer for:**
Bi-monthly contributer to Practical Reviews Pediatric Dentistry, Oakstone Publishers
Journal of Dentistry for Children
Journal of Contemporary Dental Practice
European Archives of Paediatric Dentistry
Journal of Esthetic and Restorative Dentistry
Special Care in Dentistry

**PRIOR EXPERT WITNESS RETENTIONS**

On behalf of the State of Washington, Attorney General's Office, in three
Medicaid malpractice cases in 2003, 2004, 2006

On behalf of the City of Houston in a personal injury action in 1991