# Exhibit A

*CURRICULUM VITAE*

**LAWRENCE A. CRUM**

**Current Addresses:** Applied Physics Laboratory
1013 NE 40th Street
The University of Washington
Seattle, Washington 98105
(206) 685-8622

4662 175th Ave SE
Bellevue, WA 98006

**Professional Titles:**    Principal Physicist, Applied Physics Laboratory,
Research Professor of Electrical Engineering,
Research Professor of Bioengineering,
University of Washington
Chair, Dept. of Acoustics and Electromagnetics, APL

**Place and Date of Birth:**    Caldwell, Ohio - 25 October 1941

**Marital Status:**    Married to Jane Sampson Crum, four children

**Education and Degrees:**

| Years | School | Degrees |
|-------|--------|---------|
| 1959-1960 | Ohio University | - |
| 1960-1963 | U. S. Naval Academy | - |
| 1963-1967 | Ohio University | B.S. (Mathematics) 1963, *summa cum laude* <br> M.S. (Physics) 1965 <br> Ph.D. (Physics) 1967 |

**Professional Experience:**

2007-present    President, UltraSound Technologies Inc., 8223 Broadway, Everett, WA 98203

2007-present    Research Professor of Electrical Engineering and Bioengineering, University of Washington; Principal Physicist, Center for Industrial and Medical Ultrasound, APL, University of Washington

1998-2007    Principal Physicist, Applied Physics Laboratory and Research Professor of Electrical Engineering and Bioengineering, University of Washington; Director, Center for Industrial and Medical Ultrasound, APL, University of Washington

| | |
|---|---|
| 1992-1998 | Principal Physicist, Applied Physics Laboratory and Research Professor of Electrical Engineering and Bioengineering, University of Washington; Chair, Dept. of Acoustics and Electromagnetics, APL. |
| 1990 - 1992 | Director, National Center for Physical Acoustics and F.A.P. Barnard Distinguished Professor, University of Mississippi |
| 1988 - 1990 | F.A.P. Barnard Distinguished Professor, University of Mississippi, and Associate Director for Basic Research, National Center for Physical Acoustics. |
| 1987 - 1988 | Acting Director, National Center for Physical Acoustics and Professor of Physics, University of Mississippi. |
| 1986 - 1987 | Professor of Physics, University of Mississippi. |
| 1985 - 1986 | Visiting Professor of Biophysics and Fulbright Fellow, Guy's Hospital Medical School, University of London. |
| 1978 - 1985 | Professor of Physics, University of Mississippi. |
| 1977 - 1978 | Visiting Senior Scientist, University of Wales, Cardiff, Wales, United Kingdom. |
| 1968 - 1977 | Assistant Professor of Physics (1968-1972); Associate Professor of Physics (1972-1978); 1973 ONR Research Professor; United States Naval Academy |
| 1967-1968 | Harvard University; Postdoctoral Fellow |

## Honors, Awards, Achievements:

Received Baccalaureate Degree Summa Cum Laude

Member Phi Beta Kappa, Phi Eta Sigma, Sigma Pi Sigma and numerous other honorary societies

Member 1963 First Team All America Fencing Team

1963 National Collegiate Athletic Association Fencing Champion

1973 ONR Research Professor at U. S. Naval Academy

1982 President's Lecturer at the International Symposium on Sonics and Ultrasonics

Awarded Distinguished Service Award in 1988 by the Institute for Technology Development

Member of Organizing Committee for 13th International Symposium on Nonlinear Acoustics held in Austin, TX

Member of Organizing Committee for 2nd NATO sponsored workshop o <u>Natural Mechanisms for Sound Generation in the Ocean</u>, held in Cambridge, England, July 1991

Plenary speaker for Ultrasonics International, Madrid, July 1989

Invited lecturer at several international symposia

Member of several special study sections at NIH

Organized and chaired several special sessions at meetings of acoustical societies

Member of Executive Council, Acoustical Society of America, 1989-

Fulbright Research Award, London, 1985-1986

University of Mississippi's Faculty nominee for Higher Education Appreciation Day at State Legislature, 1990.

Member of Scientific Committee, Sea Surface Sound-97

Member of Scientific Committee, First World Congress in Ultrasonics, Berlin, Germany (1995)

Recipient of Acoustical Society of America Award for Best Magazine Article on Acoustics by a Professional, December, 1995

Member, International Commission on Acoustics, 1996-1999

Vice President of the Acoustical Society of America (1995-96)

President of the Acoustical Society of America (1997-98)

Awarded Doctor Honoris Causa by the Universite Libre de Bruxelles, 1997

Elected Honorary Foreign Member of the National Academy of Sciences of the Bashkortostan Republic, 1998

Elected President of the Board of the International Commission on Acoustics, 1998

Awarded Helmholtz-Rayleigh Interdisciplinary Silver Medal, Acoustical Society of America, 2000

Honorary Visiting Professor of Chongqing University of Medical Sciences, 2002

Honorary Foreign Professor of the Faculty of Physics, M. V. Lomonosov Moscow State University, 2002

Awarded Distinguished Service Medal, Civilian Research and Development Foundation, July, 2005.

Awarded Outstanding Mentor Award of the Acoustical Society of America, 2006.

**Professional Society Involvement:**

Journal Editorship:  Editorial board of the <u>Journal of Lithotripsy and Stone Disease (1990-1993)</u>
Editorial board of the journal <u>Ultrasonics</u>
Editorial board of the Journal <u>Ultrasonics Sonochemistry</u>

Fellow:  Acoustical Society of America
American Institute of Ultrasound in Medicine

Member:  American Association of Physics Teachers
American Physical Society
Sigma Xi

Chairman:  Acoustical Society of America's Committee on Education in Acoustics, 1975-77; 81-83
Acoustical Society of America's Search Committee for Executive Director, 1989-90

Member:  Technical Committees on Physical Acoustics, Education in Acoustics and Long Range Planning, ASA
Bioeffects Committee, American Institute of Ultrasound in Medicine
American Institute of Physics (AIP) Committee on Education
AIP Committee on Employment Statistics and Career Placement

Vice-President:  Mississippi Association of Physicists, 1979

Reviewer:  Journal of Acoustical Society of America
Journal of American Institute of Ultrasound in Medicine
Journal of Ultrasound in Medicine and Biology
Journal of Chemical Physics
Journal of Fluid Mechanics
Journal of Urology
Journal of Fluids Engineering
Ultrasonics
Ultrasonics Sonochemistry
Science
Nature

Research Proposals from NSF, NIH, and other agencies

**Business and Consulting Activities:**

Scientific Advisory Committee:

Focus Surgery, Inc.
3940 Pendleton Way
Indianapolis, IN 46226
(Chair)

Therus Corporation
2025 First Avenue
Market Place Tower, Suite 1255
Seattle, WA 98121
(Member)

EKOS Corporation
22122 20th Ave. SE, Suite 148
Bothell, WA  98021
(Member)

Board of Directors

Sonophysical Sciences, Inc.
P.O. Box 3371
Half Moon Bay, CA
94019

China Medical Technologies
No, 24 Yong Chang Bei Lu
Beijing Economy & Technology Development
Zone (Yizhuang)
Beijing, 100176, China
(Listed on NASDAQ as CMED)

Founder

UltraSound Technologies (UST)
528 18th Avenue
Seattle, WA

Crum, Kaminski and Larson
528 18th Avenue
Seattle, WA

Consultant:

Planning Systems, Inc.
Naval Ordnance Station
Naval Research and Development Activity

Naval Coastal Systems Center
Naval Surface Warfare Center
Mississippi Institute for Tech. Dev.
Verteq
Ney Ultrasonics
Sawtooth Sciences
Quest Integrated, Inc.
Focus Surgery
Boeing Corporation
3M Corporation
EKOS, LLC
Applied Precision, Inc.
Creare, Inc.
St. Jude Medical
UST, Inc.

**Funding History:**

*Active research projects*:

| Year of award | Agency | Title | Award Amount |
|---|---|---|---|
| 2006-2010 | Impulse Devices | Bubble Dynamics | $1,186,597 |
| 2007-2011 | NIH | Intraoperative Ac. Hemostasis | 2,026,781 |
| 2006-2008 | Marisla Foundation | Bubbles in Whales | 100,000 |
| 2005-2008 | ONR | Counter IED | 550,000 |
| 2005-2006 | CMT | HIFU Research | 385,000 |
| 2005-2008 | NIH | Fast 3-D imaging | 437,000 |
| 2005-2009 | DARPA | Autonomous Acoustic Hemostasis | 21,285,251 |
| 2004-2009 | NIH | ESWL | 1,825,456 |
| 2005-2009 | NIH | HIFU Tumor Treatment | 3,348,700 |
| 2001-2008 | NASA/NSBRI | Therapeutic Ultrasound | 2,931,345 |
| 2001-2008 | NASA/NSBRI | Project Team Leader | 460,000 |
| 2000-2007 | USAMRMC | Acoustic Hemostasis | 8,935,671 |

*Inactive research projects*:

| | | | |
|---|---|---|---|
| 2000-2006 | NASA | Buoyancy and SL | 325,000 |

| | | | |
|---|---|---|---|
| 2004-2005 | NIH | High Speed Camera | 356,745 |
| 2000-2005 | NIH | Tissue Damage in ESWL | 238,456 |
| 2001-2004 | NIH | Contrast Agent Studies | 1,241,870 |
| 2001-2004 | CRDF | Nonlinear Acoustics | 43,571 |
| 2001-2002 | Point Biomedical | Contrast Agent Research | 65,376 |
| 1996-2003 | DARPA | Enhancing Sonoluminescence | 2,354,187 |
| 1998-2001 | FIRCA | Research Collaboration with Moscow State Univ. | 90,000 |
| 1997-2000 | CRDF | Nonlinear Acoustics | 45,321 |
| 1998-2003 | NIH | ESWL | 1,613,715 |
| 1998-1999 | NIH/FSI | Acoustic Hemostasis | 25,291 |
| 1996-1998 | ARPA | Hand-Held Scanner | 12,638,346 |
| 1996-2001 | DARPA | Acoustic Hemostasis | 10,000,000 |
| 1996-1999 | DoE | Toxic Waste Disposal | 787,342 |
| 1996-1997 | WRF | Medical Ultrasound | 100,000 |
| 1994-1997 | NSF | Sonoluminescence | 542,887 |
| 1995-1998 | NRL/ONR | Shallow Water Bubbles | 1,432,200 |
| 1996-1997 | WTC | Ultrasound Drug Therapy | 200,000 |
| 1997-1998 | NATO | Sonochemistry Workshop | 102,987 |
| 1994-98 | NIH | Extracorporeal Shock Wave Lithotripsy | 787,000 |
| 1995-98 | FIRCA | Research Collaboration with Moscow State Univ. | 90,000 |
| 1993-1996 | ONR | Sonoluminescence | 143,000 |
| 1993-96 | ONR | Synchronous Picosecond SL | 79,000 |
| 1993-94 | NSMRL | Low Frequency Bioeffects | 79,000 |
| 1993-1995 | NSWC | MHD Noise | 10,000 |

| 1993-1995 | CSS | Vapor Bubble Dynamics | 196,000 |
| 1992-1995 | NRL | Bubble Cloud Scattering | 223,000 |
| 1993-1994 | APL | Sonoelasticity | 79,000 |
| 1993-1994 | UW | Research Equipment | 23,000 |
| 1989-92 | NIH | Diagnostic Ultrasound | 297,550 |
| 1990-91 | ONR/AEAS | Bubble Related Effects in Sea Surface Scattering | 350,000 |
| 1990-91 | ONT | Bubbles and Water Jets | 240,000 |
| 1990-91 | ONR | Bubble-Related Ambient Noise in the Ocean | 380,000 |
| 1989-91 | International Paper | Industrial Research | 41,000 |
| 1989-91 | Swiss Medical Endodontics | Acoustics in Endodontics | 10,000 |
| 1990-91 | David Taylor Research Center | Acoustics of Bubble Screens | 300,000 |
| 1989-90 | ONR/AEAS | Bubble-Related Effects in Sea Surface Scattering | 300,000 |
| 1989-90 | ONR | Bubble-Related Ambient Noise in the Ocean | 324,680 |
| 1989-90 | ONT | Bubble Entrainment by Liquid Jets | 200,000 |
| 1988-89 | ONR | Acoustic Cavitation Research Program | 350,000 |
| 1986-89 | ONR | Bubble related ambient noise in the ocean | 518,500 |
| 1988-89 | AM Technologies | Cavitation threshold measurements | 8,450 |
| 1986-88 | MRC (UK Medical Research Council) | Acoustic cavitation developed by clinical ultrasound | 23,320 |
| 1985-88 | ONR | Nonlinear bubble dynamics | 202,350 |

and chaos

| | | | |
|---|---|---|---|
| 1985-88 | NIH | Risk assessment of therapeutic and diagnostic ultrasound | 231,600 |
| 1988 | NORDA | Acoustic levitation studies | 5,200 |
| 1985-86 | NSF | Acoustic cavitation produced by medical ultrasound devices | 20,750 |
| 1985-86 | Fulbright Commission | A group study of medical ultrasound risk assessment | 8,500 |
| 1985-87 | NSF | Equipment for study of nonlinear bubble dynamics | 24,700 |
| 1984-86 | NSF | US-Italy cooperative science project on noise produced by pulsating gas bubbles | 5,400 |
| 1984-86 | HHS | Acoustic cavitation produced by short acoustic pulses | 31,300 |
| 1983-86 | NSF | Nonlinear oscillations of gas and vapor bubbles in liquids | 142,400 |
| 1982-85 | NATO | Travel support for collaboration with Italian colleague | 5,230 |
| 1983-85 | ONR | Nonlinear bubble dynamics | 48,500 |
| 1980-83 | ONR | Optoacoustic sound generation in liquids | 100,000 |
| 1979-82 | NSF | Nucleation and stabilization of microbubbles in liquids | 147,300 |
| 1981 | NSF | Equipment for radiation induced cavitation studies | 24,380 |
| 1977-80 | ONR | Acoustic cavitation in liquids | 75,130 |
| 1977-78 | SRC (UK Science Research Council) | Thermally induced in-stabilities in human erythrocytes | 21,000 |
| 1974-77 | ONR | Gas bubble oscillations | 45,000 |

in liquids

| 1973-74 | ONR | Research Professorship | 25,916 |
| 1973-74 | ONR | Cavitation conference | 4,200 |
| 1972-73 | Naval Sea Systems Command | Microbubble generation | 4,500 |
| 1971-74 | Naval Ordnance Station | Liquid monopropellant ignition by acoustic cavitation | 18,000 |
| 1969-73 | Naval Academy Res. Council | Acoustic levitation studies of liquid droplets | 28,000 |
| 1971-73 | NSF | Summer institutes in physics: lecture demonstrations for college physics teachers | 134,780 |
| 1968-71 | ONR | Acoustic force on liquid droplets in a sound field | 45,800 |

**University Service (Various Universities):**

Committee membership:

Radiation Safety Committee  (1980-85)
Dean of Liberal Arts Committee on Teaching Excellence  (1983)
Premed Advisory Committee  (1980-present)
Faculty Senate  (1987-1989)
University Research Board (1990 - 1993)
COFS College Council (1997-1999)

Committees chaired:

Dean of Liberal Arts Search Committee
Department of Curriculum and Instruction Five Year Review Committee
Advisory Committee, Dean of Liberal Arts

Department service:

Nearly every major committee in department

Principal Efforts:

BA in physics for premed majors
Graduate student recruitment

Graduate curriculum committee
Faculty search committees
Undergraduate teaching aids

Research Recognition:

My research has been highlighted in the following popular magazines:

"Ultrasound Safety and Collapsing Bubbles", Science News **130**, 372 (1986).
"The fascinating physics of fizz", U.S. News and World Report, Nov. 20, 1989.
"Noise at sea:  Cries of infant microbubbles", Science News, **138**, 341 (1990).
"The life and death of bubbles", Johns Hopkins Magazine, December, 1990.
"Tiny bubbles explain the babble of undersea noise", New York Times, December 11, 1990.
"Bubble light in the blink of an eye", Science News, **139**, 292 (1991).
"Singing in the Rain," Omni Magazine, **13**, 28 (1991).
"Flashes might yield clues about fusion," Wall Street Journal, Oct. 14, 1991.
"Light comes from ultrasonic cavitation in picosecond pulses," Physics Today, November, 1991, pp. 17-18.
"Sonoluminescence," Washington Post, August 12, 1991.
"Using sound to disarm still-deadly mine fields", New York Times, June 8, 1994.
"Flashes of light", Dallas Morning News, Nov.21, 1994, p. 6D
"Making light of sound in solitary bubbles", Science News, **146**, 247 (1994).
"Can sound drive fusion in a bubble?", Science, **266**, 1804 (1994).
"Ultraschall bringt Molekule zum Leuchten", VDI Nachrichten, 17 February, 1995.
"Inferno in a Bubble", Science News, **147**, 266-267 (1995).
"Tapping the Light Fantastic, 21st Century,  pp 48-53, Summer, (1995).
"Wave of excitement", The (London) Guardian, May 27, 1995.
"Bones to Bridges", The Columbian (Vancouver, WA), Oct. 25, 1995.
"Sonoluminescence, applications featured at SCCM Meeting", APS News, November, 1995.
"Inspiring flashes", The (London) Economist, pp. 102-103, 23 December 1995.
"Ultrasound technology eyed as way to stop internal bleeding", R & D Magazine, January, 1996, p. 74.
"Scientists developing portable ultrasound", Las Vegas Review Journal and Sun, March 10, 1996
"Sound waves may help stop internal bleeding", The (London) Sunday Times, April 21, 1996
"The physics in Chain Reaction", Science in Action, BBC World Service, Radio Broadcast, 15 August 1996
"Getting Defensive", Columns, The University of Washington Alumni Magazine, Sept. 1996, pp.22-26.
"The spell of sonoluminescence", Science, Research News, Vol. 274, 718-719 (1996).
"Mysterious Light from Tiny Bubbles Finds Practical Uses", New York Times, Dec. 31, 1996.
"Bloodless Surgery", Popular Mechanics, January, 1997, pp 49-51.
"The Mystery of Sonoluminescence", San Diego Tribune-Union, Jan. 8, 1997.
"Livermore lab blowing bubbles for atomic study", San Francisco Examiner, Feb 16, 1997.

"Ultrasone geluidsgolven: Nieuwe stille kracht in waterzuivering" and Cover Photo in Het Ingenieursblad, August/September, 1997, pp.22-32.

"Bubble, bubble, toil and trouble", The Guardian, 22 January 1998.

"Bloodless Surgery with Sound", ABC NEWS.COM (June 23, 1998).

"Ultrasound prevents blood loss in surgery", Science News., (June 27, 1998).

"A Wave of the Future", Dallas Morning News, June 29, 1998.

"New focus in surgery appears to be sound", Seattle Post-Intelligencer, June 24, 1998.

"Scientists making strides in 'bloodless' surgery", Tulsa World, June 28, 1998.

"Bloodless surgery may be on the way", The Herald, June 25,1998.

"The next 50 years in medicine", BBC Radio 4, July 2, 1998.

"Sound Effects", Newsday, July 21, 1998.

"Ultrasound surgery a bloodless operation", Roanoke Times, June 25, 1998.

"Of seas and surgeries", Physics World, August, 1998.

"Ultrasound goes where scalpels can't", Prevention Mag., Nov. 1998, p. 152.

"New ultrasound therapies emerge", The Industrial Physicist, Sept. 1998, p. 30.

"Bloodless surgery: ultrasound cleans up operations", The Lancet, 31 Oct. 1998

"Noninvasive Ultrasonic Surgery Advances", MedPro Month, pp.306-307, Dec. 1998.

"Scientists dissect the Star in a Jar", MSNBC, April 1, 1999.

"Mit Ultraschall Krebszellen 'kochen'", Interview on German National Television concerning acoustic hemostasis, 1 September, 1999.

"The sound of snow", New Scientist, 25 December 1999

"The sound of snowflakes", Nature News Update, 29 October 1999.

"Snow Screeching on Water", Physics News Update, 25 January 2000.

"Snow makes noise—in water", the Kansas City Star, the St. Paul Pioneer Press, the San Jose Mercury and the Montreal Gazette, January 27, 2000.

"The underwater sounds of snowfall", National Public Radio, Weekend Edition with Scott Simon; 19 February 2000.

"Silent Sounds", BBC, World Service, 11 March 2000

"Ultrasound halts bleeding", BBC World Service, 31 May 2000

"Silent snowfall: Forget it", Rocky Mountain News, 13 March 2000

"Snow makes underwater racket", Discovery.Com, 13 March 2000

"White noise", The Sciences, May/June, 2000, p. 9.

"It's a cold world: Flakes are full of sound and flurry", The San Diego Union-Tribune, 12/20/00.

"Beyond Imaging", Science News, Vol. 159, pp. 12-13 (Jan, 2001).

"Taking a flight with NASA", The Tacoma News Tribune; 5 March 2001

"Cancer device heads to England", China Daily, 14 May 2001

"UW joins effort to advance space biomedical technology", Northwest Science and Technology, Autumn, 2001 (pp. 6-8).

"Star in a Jar—The Hot Sound of Sonoluminescence", Odyssey Magazine, September, 2001, pp 15-18.

"Sound waves stop bleeding—Technology worth watching", Financial Times (London), Nov. 22, 2001, p. 15.

"EKOS evolves out of chance overseas meeting", Puget Sound Business Journal, April 20, 2001

"Sound waves beat the knife", The Economist, December 8, 2001 U.S. Edition

"Sound waves stop bleeding: Technology worth watching", Financial Times (London), Nov. 22, 2001.

"UW 'bloodless surgery' project crucial in wartime", Seattle Times, Dec. 12, 2001.

"Baby scan machine may save crash lives", Scottish Daily Record and Sunday Mail, 12/9/01, p. 21.

"Penetrating the Blood-Brain Barrier", Voice of America News, 3 January 2002.

"Tabletop fusion report elicits mixed reaction", Washington Post, 3/5/02, p. A1.

"Was there fusion in 'tabletop' test?", Toronto Star, 3/5/02, p. A19.

"Oak Ridge's claim of fusion ignites not-unexpected doubt", Commercial Appeal (Memphis), 3/5/02, p. A7.

"Nuclear fusion claim leaves scientist cold", Los Angeles Times, 3/5/02.

"Bubble Fusion", National Public Radio, All Things Considered, 3/6/02.

"Bubble Fusion: Fact or Fiction", Physics World, April, 2002, p. 5.

"Skepticism greets claim of bubble fusion", Physics Today, April, 2002, p. 16.

"Is It Really Fusion This Time?", Business Week, March 18, 2002.

"Ultrasound research could lead to bloodless surgery", Fort Worth Star-Telegram, June 17, 2002

"Embracing, crystalline silence of snowfall", Washington Post, January 19, 2002.

"Is it real this time?", New York Times, 3 March 2004

"Knifeless surgery kills cancer with sound", UPI Science News, 2/15/2004

"Blasts might harm whales, studies say", San Diego Union Tribune, November 22, 2004.

"Pop--rumors of bubble fusion", New Scientist, 22 January 2005

"Brutal Bubbles", Science News, March 5, 2005

"Tiny bubbles implode with the heat of a star", Tuesday, Mar. 15, 2005, *The New York Times*

"Mars or Bust", Science News Online, Nov. 26, 2005; Vol. 168, No. 22.

"Thermonuclear Squeeze", Science News, Jan. 21, 2006, Vol. 169,p. 38.

"Tabletop fusion research under review", Washington Post, March 9, 2006.

"Bubble fusion research under scrutiny", IEEE Spectrum, May 2006.

"Ultrasound to treat war wounds", BBC World Service, 27 June 2006

"Philips to treat war wounds", Red Herring Website, 20 July 2006

"Philips Leads DARPA Development Project for an Ultrasound Device to Stem

"Bleeding and Save Lives on the Battlefield", finanzen.net/news, 20 July 2006

"Battlefield device to stop internal bleeding", Journal of Emergency Medical Services, December 2006, p. 27.

"The Ultrasonic Tourniquet", Esquire Magazine's Invention of the Year (2006), December 2006, Volume 146, Issue 6

**Service on National and International Committees:**

American Institute of Physics Committee on Education and Employment Statistics (1988-94); American Institute of Physics Committee on Committees (1994-00) (Chair, 1998); American Institute of Physics Committee on Physics Today (1996-02); International Commission for Acoustics (1996-02; Chair, 1998-); International Union of Pure and Applied Physics (1998- ); International Union of Theoretical and Applied Mechanics (1998- ); American Institute of Physics, Governing board (1999-02; Executive Committee-2000-2001); Chair, AIP Physics Resources Policy Committee

**Patents:**

"Methods and Devices for Providing Acoustic Hemostasis", U. S. Patent No. 5,882,302; EU Patent No. 97941317.6-2305

"Devices for Producing Acoustic Hemostasis", U. S. Patent No. 5,993,389

"Methods and devices for providing acoustic hemostasis", U. S. Patent Number 6,083,159

"Method and apparatus for medical procedures using high-intensity focused ultrasound" U. S. Patent No. 6,007,499

"Method and apparatus for medical procedures using high-intensity focused ultrasound" U. S. Patent No. 6,315,741

"Method and apparatus for medical procedures using high-intensity focused ultrasound" U. S. Patent No. 6,432,067

"Drug Delivery Devices, and Methods of Use", U. S. Patent Number 6,444,217

"A process for Bloodless Surgery Using Ultrasound Energy", (application)

"Method of Making Metal Matrix Composites", (application No. 09/616,589)

"Enhanced Transport using Membrane Disruptive Agents", (Canadian application No. 2, 317,549)

"Noise-free real time ultrasonic imaging of a treatment site undergoing high intensity focused ultrasound therapy", U. S. Patent 6,425,867

"Methods and Devices for the Treatment of Gastrointestinal Bleeding using Ultrasound", (application)

"Use of contrast agents to increase the effectiveness of high intensity focused ultrasound therapy", U. S. Patent 6,716,184

"Ultrasound therapy head configured to couple to an ultrasound imaging probe to facilitate contemporaneous imaging using low intensity ultrasound and treatment using high intensity focused ultrasound", U. S. Patent 6,716,184

"Enhanced transport using membrane disruptive agents", U. S. Patent No. 6,835,393

"Treatment of unwanted tissue by the selective destruction of vasculature providing nutrients to the tissue" Application No. 11/207,554

"Method and Apparatus for Preparing Organs and Tissues for Laparoscopic Surgery", Provisional patent application, filed 11 August, 2005

"Applications of High Intensity Focused Ultrasound in Obstetrics and Gynecology", Application No. 10/977,339

**Research Publications :**

I. <u>Books</u> (edited)

<u>Therapeutic Ultrasound, Proceeding of the 2nd International Symposium</u>, M. A. Andrew, L. A. Crum and S. Vaezy, eds (American Institute of Physics Press), pp. 71-75 (2003).

<u>The Sound of the Future:  A Global View of Acoustics in the 21st Century</u>, (Proceedings of the 16th International Congress on Acoustics and the 135th meeting of the Acoustical Society of America), P. K. Kuhl and L. A. Crum, eds., (American Institute of Physics: New York), 1998, pp. 3042.

<u>Sonochemistry and Sonoluminescence</u>, L. Crum, T. Mason, J. Reisse, and K. Suslick, eds., NATO ASI Series,  Vol. 524 (Kluwer Academic Publishers: Dordrecht), 1999.

II.  List of Papers Read before Professional Organizations

A.  <u>Invited presentations</u>:

I.     "Lecture Demonstrations in Sound," E.R. Pinkston and L.A. Crum, J. Acoust. Soc. Amer. **24**, 281 (A) (1973).

2.    "Bjerknes Forces Between Two Pulsating Air Bubbles in a Liquid," L.A. Crum, J. Acoust. Soc. Amer. **24**, 324 (1973).

3.    "Lecture Demonstrations in Physics -- A Report on the 1973 NSF Short Course," presented at the November meeting of the Southeastern Section, Amer. Phys. Soc., Winston-Salem, NC (1973).

4.    "Cocktail Party Acoustics," L. A. Crum, J. Acoust. Soc. Amer. **57**, S20 (A) (1975).

5.    "Lecture Demonstrations in Acoustics," presented at the summer meeting of the ASEE, Fort Collins, CO, June (1975).

6.    "Acoustic Levitation, A Useful Experimental Technique," L. A. Crum, J. Acoust. Soc. Amer. **60**, S21 (1976).

7.    "Some Suggested Lecture Demonstrations in Acoustics," presented to the March meeting of the Narragansett Section of the Acoustical Society of Amer. March (1976).

8.    "Cyclic Liquid Jet Behavior in Pulsating Bubbles," presented at the Conference on Acoustic Cavitation, Bournemouth, England, December (1977).

9.    "Some Effects of Heat on Red Blood Cell Morphology," with T. Coakley  presented at the Conference on Hyperthermia in London, England, May (1978).

10.   "The Effect of Moderate Sound Fields on Air Bubbles," presented to the Washington, DC Chapter of the Acoustical Soc. of Amer. Washington, DC (1968).

11. "Why Not Acoustics?" presented to the Chesapeake Section, American Association of Physics Teachers, Annapolis, MD, 1969, by request of the Committee of Education in Acoustics of the Acoustical Society of America.

12. "Lecture Demonstrations in Physics -- An NSF Summer Short Course," D.   R. Carpenter, R. Clark, W. Hilton, M. McCay, and D. Nordling, presented   to the Southeastern Section of the American Physical Society, Columbia, SC (1971).

13. "Lecture Demonstrations in Physics -- A Short Course," with J. Davis, presented at the National Science Teacher's Association annual meeting, Atlanta, GA, March (1979).

14. "Heterogeneous Nucleation," presented at the Conference on Ultrasonics in Biophysics and Bioengineering, Allerton House, University of Illinois, IL, June (1979).

15. "Acoustic Cavitation Inception in Water," presented at the Conference on Inhomogeneities in Underwater Acoustics, Gøttingen, West Germany, July (1979).

16. "Nucleation and Stabilization of Microbubbles in Liquids," presented at the International Symposium on the Physics of Air Bubbles in Liquids, sponsored by the IUTAM, Pasadena, CA, June (1981).

17. "Nonlinear Oscillations of Gas Bubbles in Liquids," Symposium on the  Physics of Bubbles in the Ocean, sponsored by the National Research Council and supported by the Office of Naval Research, Washington, DC, May (1983).

18. "Nucleation Studies in Water and Other Liquids," presented at the Special  Satellite Conference of the Undersea Medical Society, Buffalo, NY, October (1983).

19. "Acoustic Cavitation," presented as the "President's Lecture" at the 1982 IEEE International Ultrasonic Symposium, San Diego, CA, October (1982).

20. "Some Recent Topics in Physical Acoustics," L. A. Crum, Review paper for Special Session on "Applications of Physics," presented at the general  meeting of the American Physical Society, Washington, DC, April (1984).

21. "Cavitation by Short Acoustic Pulses," with J.B. Fowlkes, Presented at Ultrasonics International, London, England, July, (l985).

22. "Biological Effects of Acoustic Cavitation," with W. Nyborg, H. Flynn and E. Carstensen, a short course presented at the University of Rochester, NY, May (l985).

23. "Application of the Apple Computer for Classroom Demonstrations and Laboratory Experiments," with L. Bolen, Jr., presented at the 110th Meeting of the Acoustical Society of America, Nashville, TN November (l985).

24. "Cavitation and Medical Ultrasound," presented at the International Conference on Ultrasound in Medicine, Bath, England, April (l986).

25. "Acoustic Cavitation Produced *in vitro* by Clinical Ultrasound Devices," presented at the 12th International Congress on Acoustics, Toronto, Canada, July (l986).

26. "Acoustic Cavitation in Liquids," presented at the 11th International Symposium on Nonlinear Acoustics, Novosibirsk, USSR, August (1987).

27. "Noise Produced by Spray," presented at NATO sponsored conference on Ambient Noise in the Ocean, La Spezia, Italy, June (1987).

28. "Is acoustic cavitation produced by diagnostic ultrasound devices," presented at the IEEE Sonics and Ultrasonic Symposium, Denver, CO, October (1987).

29. "Efficacy of ultrasonic endodontic unit in disruption of bacteria," with M. Ahmad, presented at International Association for Dental Research, New Delhi, India, January (1988).

30. "Acoustic cavitation and ESWL," presented at the International Conference:  Basic and Technical Aspects of Lithotripsy, in Gainesville, FL, March (1988).

31. "Mechanisms for stone disintegration in ESWL," presented at the Allerton House meeting on acoustic lithotripsy, University of Illinois, IL, May (1988).

32. "Cavitation microjets as a contributing mechanism for stone disintegration in ESWL," presented at the Spring meeting of the Acoustical Society of America, Seattle, WA, May (1988).

33. "Acoustic cavitation and medical ultrasound, "presented as a plenary lecture for Ultrasonics International 1989, Madrid, Spain.

34. "Acoustic cavitation and medical ultrasound", presented at the 13th International Congress on Acoustics, Belgrade, July (1989).

35. "Sonoluminescence and its application to medical ultrasound risk assessment" with D.F. Gaitan presented at the International Society for Optical Engineering, San Diego, CA, August, (1989).

36. "Mechanisms of stone disintegration and tissue damage by extracorporeal shock wave lithotripter", with C.C. Church, presented at Annual Meeting of the American Association of Physicists in Medicine, Memphis, TN, July, (1989).

37. "Demonstrations of underwater noise generation by bubbles", with H.C. Pumphrey, presented at the Spring meeting of the Acoustical Society of America, Syracuse, NY, May, (1989).

38. "Underwater noise due to precipitation", with H.C. Pumphrey, A. Prosperetti and L. Bjorno, presented at the Spring meeting of the Acoustical Society of America, Syracuse, NY, May, (1989).

39. "Acoustic Cavitation generated by Extra Corporeal Shock Wave Lithotripsy", with C.C. Church, presented at the 3rd Drexel Symposium on Medical Ultrasound, Philadelphia, PA, September, (1989).

40. "The potential role of acoustic cavitation in medical ultrasound bioeffects, with R.A. Roy and C.C. Church, presented at 118th meeting of the Acoustical Society of America, St. Louis, MO, November, (1989).

41. "Effectiveness of some physical mechanisms generated by the ultrasonic file in the disruption of root canal bacteria", L.A. Crum and M. Ahmad, presented at the International Association for Dental Research, New Delhi, India, July, (1989).

42. "Acoustic cavitation and medical ultrasound", presented at the 2nd World Congress on Ultrasound in Developing Countries, Kuala Lumpur, Malaysia, November, (1989).

43. "Bubbles in the Body:  Cavitation and Medical Ultrasound", with R.A. Roy and C.C. Church, presented in special session on "Frontiers in Physical Acoustics", American Association for the Advancement of Science, New Orleans, LA, February, (1990).

44. "Acoustic cavitation and diagnostic ultrasound", with R. A. Roy, and C. C. Church, presented at a special session on ultrasonics at the Annual Meeting of the American Association of Physicists in Medicine, St. Louis, July, 1990.

45. "Bubble-related sources of sea-surface sound", with R. Roy, S. Yoon, A. Kolaini, and M. Nicholas, presented at a special session on acoustical oceanography at the 119th meeting of the Acoustical Society of America, San Diego, CA, November, 1990.

46. "Bubble-related ambient noise in the ocean", presented as a special lecture at the Scandinavian Acoustics Cooperation Meeting, Ustaoset, Norway, 27-30 January (1991).

47. "Collective bubble oscillations as a possible low frequency sound source", presented at ONR workshop on Low Frequency Sound Sources, Austin, TX; March, (1991).

48. "Some recent studies in spark-discharge sources using an experimental lithotripter", with C. Church, presented at ONR Workshop on Low Frequency Sound Sources, Austin, TX, March (1991).

49. "Low frequency noise generated by transient and steady-state bubble clouds", with R. Roy, presented at Air-Sea Interaction Meeting, Victoria, British Columbia, March (1991).

50. "ESWL and cavitation bubble dynamics, with C. C. Church and S. M. Cordry, presented at the Fall Meeting of the Acoustical Society of America, Houston, TX, October (1991).

51. "Acoustic cavitation from diagnostic ultrasound", with R. E. Apfel, C. K. Holland and R. A. Roy, presented at the Spring Meeting of the Acoustical Society of America, Salt Lake City, UT, April (1992).

52. "Sonoluminescence," L. A. Crum and D. F. Gaitan, presented at the 14th meeting of the International Congress on Acoustics, Beijing, China, September (1992).

53. "Hot topics in physical acoustics", presented at the Fall Meeting of the Acoustical Society of America, Denver, CO, September (1993).

54. "Origins of single bubble sonoluminescence", presented at the International Union of Theoretical and Applied Mechanics Symposium on Cavitation and Bubble Dynamics, Birmingham, England, September (1993)

55. "Lecture demonstrations in acoustics", with A. Atchley, R. Keolian, L. Bolen, M. Korman, et al., presented at the Fall Meeting of the Acoustical Society of America, New Orleans, LA, October (1992).

56. "Underwater acoustic backscatter from a cylindrical bubble cloud," with S. W. Yoon and K. J. Park, presented at the 14th meeting of the International Congress on Acoustics, Beijing, China, September (1992).

57. "The role of bubbles in ocean ambient noise", presented at the Third Sea Surface Sound Symposium, Lake Arrowhead, CA, March (1994).

58. "Single bubble sonoluminescence", presented at the Fifth Western Pacific Regional Acoustics Conference, Seoul, Korea, 23-26 August, 1994.

59. "Sonoluminescence", with S. Cordry, presented at the 128th meeting of the Acoustical Society of America", Austin, TX, November (1994).

60. "Hot topics in acoustical oceanography", with M. J. Buckingham, presented at the 128th meeting of the Acoustical Society of America, Austin, TX, November (1994).

61. "15 minutes of chaos", with M. S. Korman, presented at the 129th meeting of the Acoustical Society of America", Washington, DC, May (1995).

62. "Single bubble Sonoluminescence", Plenary paper presented at the Conference of the American Physical Society Topical Group on Shock Compression of Condensed Matter, Seattle, WA, August (1995).

63. "Theoretical modeling of the acoustic pressure field produced by commercial lithotripters", with M. Averkiou and M. Hamilton, presented at the 130th meeting of the Acoustical Society of America, Indianapolis, IN, December (1995).

64. "Popcorn and the role of acoustic cavitation in HIFU surgery", presented at the 130th meeting of the Acoustical Society of America, Indianapolis, IN, December (1995).

65. "Shock wave lithotripsy: A demonstration of experimental methods for *in vitro* shock wave exposure and analysis of cell injury", with J. McAteer, S. Andreoli, A. Evan, D. Denman, C Mallett, R. Cleveland, M. Averkiou, J. Lingeman and D. Lifshitz, presented at the 131st meeting of the Acoustical Society of America, Indianapolis, IN, December (1995).

66. "Sonoluminescence--History and present status", L. A. Crum, Plenary Paper presented at the World Congress on Ultrasonics, Berlin, September (1995).

67. "The role of acoustic cavitation in megasonic cleaning", presented at Forum Acusticum, Antwerpen, Belgium, 1-4 April (1996).

68. "'Popcorn'--and the role of acoustic cavitation in HIFU surgery", presented at the 131st meeting of the Acoustical Society of America, Indianapolis, IN, May (1995).

69. "Acoustic cavitation and implosion acoustics", presented at the 132nd meeting of the Acoustical Society of America, Honolulu, HI, December (1996).

70. "Therapeutic ultrasound: A promising future in clinical medicine", with M. Bailey, P. Kaczkowski, I. Makin, P. Mourad, K. Beach, S. Carter, U. Schmiedl, W. Chandler, R. Martin, S. Vaezy, G. Keilman, R. Cleveland, and R. Roy, presented at the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, Seattle, June (1998).

71. "Acoustically induced cavitation fusion", presented at the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, Seattle, June (1998).

72. "Sonoluminescence: Current status and future perspectives", L. A. Crum and T. J. Matula, Presented at the 137 meeting of the Acoustical Society of America, Berlin (March, 1999).

73. "Effect of increased ambient pressure on lithotripsy-induced cavitation in bulk fluid and at solid surfaces", M. R. Bailey, R. O. Cleveland, O. A. Sapozhnikov, J. A. McAteer, J. C. Williams and L. A. Crum, Presented at the 137 meeting of the Acoustical Society of America, Berlin (March, 1999).

74. "Acoustic Hemostasis", L. A. Crum, et al., Presented at the 137 meeting of the Acoustical Society of America, Berlin (March, 1999).

75. "Recent developments in biomedical ultrasound", L. A. Crum, Presented at the 140th meeting of the Acoustical Society of America, Newport Beach (December, 2000).

76. "Acoustic Hemostasis", L. A. Crum, presented at the 2001 IEEE Ultrasonics Symposium, Atlanta, October, 2001.

77. "High Intensity Focused Ultrasound for arrest of bleeding", S. Vaezy, R. Martin and L. A. Crum, presented at the 142nd meeting of the Acoustical Society of America, Fort Lauderdale, December (2001).

78. "Bubbles and acoustic image-guided HIFU", M. Bailey, S. Vaezy, J. C. Yuen, A. Anan, N. A. Miller, P. J. Kaczkowski and L. A. Crum, presented at the 142nd meeting of the Acoustical Society of America, Fort Lauderdale, December (2001).

79. "Sonoluminescence", L. A. Crum and T. Matula, Presented at The 47th International Symposium on Optical Science and Technology (SPIE), Seattle, (July, 2002).

80. "Therapeutic Ultrasound", L. A. Crum, Plenary Lecture presented at the 18th International Congress on Acoustics, Kyoto, Japan (April, 2004).

81. "Fast, dynamically adaptive algorithm for nonlinear acoustics and high intensity focused ultrasound modeling in biological tissue", F. P. Curra, S. G. Kargl, and L. A. Crum, presented at the 18th International Congress on Acoustics, Kyoto, Japan (April, 2004).

82. "Cavitation in shock wave lithotripsy", M. R. Bailey, L. A. Crum, O. A. Sapozhnikov, A. P. Evan, J. A. McAteer, T. Colonius and R. O. Cleveland, presented at the 146th Meeting of the Acoustical Society of America, Austin, TX (October, 2003).

83. "Generation of shear waves as an effective mechanism of dynamic load of the lithotripter shock wave on the kidney stone", O. A. Sapozhnikov, R O. Cleveland, M. R. Bailey and L. A. Crum, presented at the 146th Meeting of the Acoustical Society of America, Austin, TX (October, 2003).

84. "Mechanisms of action in dual-pulse lithotripsy", D. L. Sokolov, M. R. Bailey and L. A. Crum, presented at the 146th Meeting of the Acoustical Society of America, Austin, TX (October, 2003).

85. "Therapeutic Ultrasound", L. A. Crum, presented at a meeting on <u>Advanced Metrology for Ultrasound in Medicine</u>, Teddington, UK, April (2004).

86. "The relative effects of cavitation and nonlinear ultrasound propagation on the dynamics of thermal lesion development in a tissue phantom", V.A. Khokhlova, M.R. Bailey, J. Reed, P.J. Kaczkowski, and L. A. Crum, presented at the 15th International Symposium on Nonlinear Acoustics (Moscow: July, 2004).

87. "Therapeutic Ultrasound", L. A. Crum, presented at the 47th Annual Meeting of the American Association of Physicists in Medicine, (Seattle, Washington: July, 2005).

88. "Applications of nonlinear acoustic to medical ultrasound", Lawrence A. Crum, Vera A. Khokhlova and Oleg A. Sapozhnikov, presented at a meeting of Nonlinear Physics in the 21st Century, (Moscow, Russia: July, 2005).

89. "Some medical applications of acoustic streaming", Lawrence A. Crum, presented at the 149th meeting of the Acoustical Society of America, Vancouver, BC (May, 2005).

90. "Occlusive thrombosis in the rabbit auricular vein *in vivo* targeted by induction of intralumenal cavitation using HIFU and ultrasound contrast agent", Andrew Brayman, Juan Tu, Thomas Matula, Joo Ha Hwang, Michael Kimmey and Lawrence A. Crum, presented at the 149th meeting of the Acoustical Society of America, Vancouver, BC (May, 2005).

91. "Hyperechogenicity during high intensity focused ultrasound", Lawrence Crum, Michael Bailey, Brian Rabkin, Vera Khokhlova and Shahram Vaezy, presented at the 150th meeting of the Acoustical Society of America, Minneapolis, MN (October, 2005).

92. "HIFU echogenicity: Is it mechanical or thermal?", Lawrence A. Crum, Michael Bailey, Brian Rabkin and Shahram Vaezy, Presented at the 5th International Symposium on Therapeutic Ultrasound, Boston, MA (September, 2005).

B. <u>Contributed presentations:</u>

l.    "Study of Molecular Association in Aqueous Solutions of Carboxylic Acids by Ultrasound," L. A. Crum and F.B. Stumpf, Bul. Am. Phys. Soc. **10**, 636 (A) (1965).

2.    "Measurements of the Interaction Radiation Impedance of Sonar Array Elements at an Air-Water Interface," L. A. Crum and F. B. Stumpf, Bul. Am. Phys. Soc. **12**, 244 (A) (1967).□

3.    "The Motion of Bubbles in a Moderate Sound Field," L.A. Crum and A.I. Eller, J. Acoust. Soc. Amer. **44**, 369 (A) (1968).□

4.    "The Acoustic Force on a Liquid Droplet in a Stationary Sound Field," L.A. Crum, J. Acoust. Soc. Amer. **47**, 82 (A) (1970).□

5.    "Variation of the Cavitation Threshold of Water with Surface Tension," L.A. Crum, J. B. Gallemore and D. A. Nordling, J. Acoust. Soc. Amer. **52**, 151-152 (A) (1972).

6.    "The Effect of Surface Tension on the Threshold for Rectified Diffusion," L. A. Crum, J. Acoust. Soc. Amer. **57**, S57 (A) (1975).□

7.    "Fragmentation of Heated Erythrocytes," with W.T. Coakley, presented at 6th International Biophysics Conference in Kyoto, Japan, September (1978).

8.    "Liquid Jet Production in Pulsating Air Bubbles," paper delivered to the 8th International Symposium on Non-linear Acoustics, Paris, France, July (1978).

9.    "Wave Development in Heated Human Erythrocytes," with W. T. Coakley, presented at Fall meeting of Acoustical Society of America, November (1978).

10.   "Instability Growth on Biological Membranes," with W.T. Coakley, Bioacoustics Discussion Meeting, London, England, July (1979).

11.   "The Pulsation Amplitude of Gas Bubbles in a Stationary Sound Field," with C. Herring and D. Young presented at the 100th meeting of Acoustical Society of America, Los Angeles, CA, November (1980).

12.   "Rectified Diffusion at Megahertz Frequencies," with G. Hansen, presented at 101st meeting of Acoustical Society of America, Ottawa, Canada, May (1981).

13. "Air Bubble Growth in Guinea Pig Tissue by Rectified Diffusion," with G. Hansen, and presented at the spring meeting of the Acoustical Society of America, Chicago, IL, April (1982).

14. "The Effect of Polymer Additives on the Acoustic Cavitation Threshold of Water," with J. Brosey, presented at the fall meeting of the Acoustical Society of America, Orlando, FL, November (1982).

15. "The Effect of Pulse Length on Transient Cavitation Inception," with R. Roy and J. Reidy, presented at the fall meeting of the Acoustical Society of America, Orlando, FL, November (1982).

16. "Nonlinear Oscillations of an Individual Gas Bubble Pulsating in a Liquid," with K. Commander, presented at the ONR Conference on the Physics of Bubbles in the Ocean, Washington, DC, May (1983).

17. "Deterministic Chaos in Nonlinear Oscillations of Gas Bubbles," with R.G. Holt and J. Reidy, presented at the 1984 Meeting of Mississippi Academy of Science, Biloxi, MS, February (1984).

18. "An Acoustic Levitation Technique for Calibrating Small Hydrophones," with J.B. Fowlkes and J. Reidy, presented at the 1984 meeting of Mississippi Academy of Science, Biloxi, MS, February (1984).

19. "Nonlinear Oscillations of an Individual Gas Bubble Pulsating in a Liquid," with K.W. Commander and J. Reidy, presented at the I984 meeting of the Mississippi Academy of Science, Biloxi, MS, February (1984).

20. "The Effect of Dissolved Ion Concentration on the Acoustic Cavitation Threshold of Water," with A. Atchley and J. Reidy, presented at the Spring meeting of the Acoustical Society of America, Norfolk, VA, May (1984).

21. "Effect of Dilute Polymer Additives on the Acoustic Cavitation Threshold of Water," presented at the 7th Annual Energy Sources Technology Conference, New Orleans, LA, February (1984).

22. "Subharmonic Emissions from a Cavitating Bubble," with K. Commander and R. Holt, presented at the I08th meeting of the Acoustical Society of America, Minneapolis, MN, October (I984).

23. "Thermal Behavior of Bubbles in Large Amplitude Motion," with A. Prosperetti, presented at the I08th meeting of the Acoustical Society of America, Minneapolis, MN, October (I984).

24. "Cavitation from Short Acoustic Pulses," with J.B. Fowlkes, presented at the I08th meeting of the Acoustical Society of America, Minneapolis, MN, October (I984).

25. "Acoustic Cavitation Nucleation and Stabilization Mechanism," with A. Atchley, presented at the I08th meeting of the Acoustical Society of America, Minneapolis, MN, October (I984).

26.   "Cavitation from Microsecond Length Acoustic Pulses," with J.B. Fowlkes, presented at the l09th meeting of the Acoustical Society of America, Austin, TX, April (l985).

27.   "An Exact Formulation for the Internal Pressure of a Cavitation Bubble," with K. Commander and A. Prosperetti, presented at the ll0th meeting of the Acoustical Society of America, Nashville, TN, November (l985).

28.   "Acoustic Cavitation Generated by an Extracorporeal Shockwave Lithotripter," with M. Dyson, A. Coleman, J. Saunders, presented at the 112th meeting of the Acoustical Society of America, Anaheim, CA, December (1986).

29.   "The Biological Significance of Ultrasonically Induced Cavitation," with M. Dyson and A. Mortimer, presented at the 112th meeting of the Acoustical Society of America, Anaheim, CA, December (1986).

30.   "Ultrasonically Induced Gas Bubble Production in Agar Based Gels," with S. Daniels and G. R. ter Haar, presented at the 112th meeting of the Acoustical Society of America, Anaheim, CA, December (1986).

31.   "Forced radial oscillations of single cavitation bubbles: A comparison of experimental and numerical studies," R. G. Holt and L. A. Crum, presented at 113th meeting of the Acoustical Society of America, Miami, FL, November (1987).

32.   "Dependence on pulse parameters for free radical production by cavitation from short pulses of ultrasound," J.B. Fowlkes and L.A. Crum, presented at 113th meeting of the Acoustical Society of America, Miami, FL, November (1987).

33.   "Underwater noise produced by rainfall," H.C. Pumphrey and L.A. Crum, presented at 113th meeting of the Acoustical Society of America, Miami, FL, November (1987).

34.   "Experimental measurements of rectified diffusion in oscillating bubbles," R.G. Holt and L.A. Crum, presented at the 116th meeting of the Acoustical Society of America, Honolulu, HI, November (1988).

35.   "A study of the timing of sonoluminescence flashes from stable cavitation," D.F. Gaitan, L.A. Crum and C.C. Church, presented at the 116th meeting of the Acoustical Society of America, Honolulu, HI, November (1988).

36.   "The acoustic field of an oscillating bubble near a free surface," H.C. Pumphrey and L.A. Crum, presented at the 116th meeting of the Acoustical Society of America, Honolulu, HI, November (1988).

37.   "Radiated noise increase of a submerged turbulent jet flow due to bubble entrainment," M.S. Korman, H.C. Pumphrey and L.A. Crum, presented at the 116th meeting of the Acoustical Society of America, Honolulu, HI, November (1988).

38.   "Thresholds for surface wave generation on acoustically levitated gas bubbles", S. Horsburgh, R.G. Holt and L.A. Crum, presented at the 118th meeting of the Acoustical Society of America, St. Louis, MO, November (1989).

39.  "Further studies of the underwater noise produced by rainfall", P.A. Elmore, H.C. Pumphrey and L.A. Crum, presented at the 118th meeting of the Acoustical Society of America, St. Louis, MO, November (1989).

40.  "An experimental investigation of bubble clouds as sources of ambient noise", S.W. Yoon, L.A. Crum and A. Prosperetti, presented at the 118th meeting of the Acoustical Society of America, St. Louis, MO, November (1989).

41.  "The scattering of sound by a cylindrical bubble cloud", M.S. Korman, R.A. Roy and L.A. Crum, presented at the 118th meeting of the Acoustical Society of America, St. Louis, MO, November (1989).

42.  "The underwater sound of rainfall", R.R. Goodman, H.C. Pumphrey, L.A. Crum, and L. Bjørnø, presented at the 13th International Congress on Acoustics, Belgrade, Yugoslavia, August (1989).

43.  "Acoustic cavitation and Extracorporeal Shock Wave Lithotripsy", C.C. Church and L.A. Crum, presented at the 13th International Congress on Acoustics, Belgrade, Yugoslavia, August (1989).

44.  "Sonoluminescence and its application to medical ultrasound risk assessment", L.A. Crum and D.F. Gaitan, presented at the 33rd International Conference on Optical Engineering, San Diego, CA, July (1989).

45.  "Collective oscillations of a bubble cloud", with S. W. Yoon, K. J. Park, N. Q. Lu, and A. Prosperetti, presented at the 2nd conference on Natural Physical Sources of Underwater Sound, Cambridge, England, July, 1990.

46.  "The production of high frequency ambient noise by capillary waves", with R. A. Roy, and A. Kolaini, presented at the 2nd conference on Natural Physical Sources of Underwater Sound, Cambridge, England, July, 1990.

47.  "Observation of sonoluminescence from a single stable cavitation bubble in a water/glycerine mixture", with D. F. Gaitan, presented at the 12th International Symposium on Nonlinear Acoustics, Austin, TX, August, 1990.

48.  "A theoretical study of cavitation generated by four commercially available extracorporeal lithotripters", with C. Church, presented at the 12th International Symposium on Nonlinear Acoustics, Austin, TX, August, 1990.

49.  "Collective Oscillations in a bubble cloud", with S. W. Yoon, K. J. Park, presented at the 119th meeting of the Acoustical Society of America, State College, PA, May, 1990.

50.  "Observation of high frequency ambient noise generated by capillary waves", with A. Kolaini and R. Roy, presented at the 119th meeting of the Acoustical Society of America, State College, PA, May, 1990.

51.  "Sonoluminescence from single bubbles", with D. Felipe Gaitan, presented at the 119th meeting of the Acoustical Society of America, State College, PA, May, 1990.

52. "Collective oscillations in a bubble column--higher nodes", with M. Nicholas, R. Roy, A. Prosperetti and N. Lu, presented at the 119th meeting of the Acoustical Society of America, San Diego, CA, November, 1990.

53. "The acoustic signatures of laboratory-generated bubble plumes", with A. Kolaini, M. Yi, and R. Roy, presented at the 119th meeting of the Acoustical Society of America, San Diego, CA, November, 1990.

54. "Large amplitude radial pulsations of a single, linear gas bubble:  Comparison between theory and experiment", with D. Gaitan, C. Church and R. Roy, presented at the 119th meeting of the Acoustical Society of America, San Diego, CA, November, 1990.

55. "Cavitation from diagnostic ultrasound", with R. Roy, C. Holland, and R. Apfel, presented at the 119th meeting of the Acoustical Society of America, San Diego, CA, November, 1990.

56. "The effect of ultrasound on the ionic conductance across frog skin in the presence of free radical scavengers", with M. Dinno, W. Kennedy, R. Ingraham and B. Idom, presented at the 119th meeting of the Acoustical Society of America, San Diego, CA, November, 1990.

57. "The effect of extracorporeal shock wave lithotripsy on electrophysiological parameters across abdominal frog skin:  real time observations" with M. Dinno, W. Kennedy, and C. Church, presented at 119th meeting of the Acoustical Society of America, San Diego, CA, November (1990).

58. "Low-frequency backscattering from a submerged bubble cloud", with R.A. Roy and M. Nicholas, presented at the 120th meeting of the Acoustical Society of America, Baltimore, MD, April, 1991.

59. "Bubble production by capillary waves" with A. Kolaini, and R.A. Roy, presented at the 120th meeting of the Acoustical Society of America, Baltimore, MD, April, 1991.

60. "The underwater sound produced by the impact of solid objects", with M. Nicholas and R.A. Roy, presented at the 120th meeting of the Acoustical Society of America, Baltimore, MD, April, 1991.

61. "The hydrodynamic and acoustic behavior of bubble plumes generated by an impacting water jet", with A. Kolaini and R. Roy, presented at the 120th meeting of the Acoustical Society of America, Baltimore, MD, April, 1991.

62. "The underwater sounds of falling snow," L. A. Crum, R. A. Roy, H. C. Pumphrey and A. Prosperetti, presented at the 122nd meeting of the Acoustical Society of America, Baltimore, MD, April, 1991.

63. "Air bubble interaction with a submerged axisymmetric water jet," S. M. Cordry, R. A. Roy and L. A. Crum, presented at the 122nd meeting of the Acoustical Society of America, Houston, TX, November, 1991.

64. "Sound velocity measurements in a bubble cloud," S. A. Cheyne and R. A. Roy, presented at the 122nd meeting of the Acoustical Society of America, Houston, TX, November, 1991.

65. "Collective oscillations in fresh and salt water bubble clouds," R. A. Roy, M. Nicholas, K. Markiewicz and L. A. Crum, presented at the 122nd meeting of the Acoustical Society of America, Houston, TX, November, 1991.

66. "Low-frequency acoustic scattering from a submerged bubble cloud," R. A. Roy, L. A. Crum, M. Nicholas, J. Schindall, W. A. Carey, W. A. Konrad, W. J. Marshall, E. C. Monahan and A. Prosperetti, presented at the 122nd meeting of the Acoustical Society of America, Houston, TX, November, 1991.

67. "Collective oscillations of a bubble cloud as a source of underwater ambient noise in the ocean," R. A. Roy, S. W. Yoon, M. Nicholas, K. J. Park and L. A. Crum, presented at Internoise 91, Sydney, Australia, November, 1991.

68. "Acoustic backscattering from a cylindrical bubble cloud in water," S. W. Yoon, K. J. Park, L. A. Crum, and R. A. Roy, presented at the Western Pacific Acoustic Conference IV, Sydney, Australia, November, 1991.

69. "Low-frequency backscatter from dense submerged bubble clouds", with R. A. Roy, W. Carey, M. Nicholas and J. Schindall, presented at the 123rd meeting of the Acoustical Society of America, Salt Lake City, UT, April (1992).

70. "Laboratory experiments on bubble cloud oscillations", with M. Nicholas and A. Kolaini, presented at the 123rd meeting of the Acoustical Society of America, Salt Lake City, UT, April (1992).

71. "A laboratory experiment on nonlinear coupling between surface and volume modes of a bubble", with Y. Mao and R. A. Roy, presented at the 123rd meeting of the Acoustical Society of America, Salt Lake City, UT, April (1992).

72. "Enhancement of hydrodynamic flow noise radiation by the regulation of air bubbles in a turbulent water jet", with M. S. Korman and R. A. Roy, presented at the 123rd meeting of the Acoustical Society of America, Salt Lake City, UT, April (1992).

73. "Acoustic emission from toroidal bubbles", with A. Kolaini and M. Nicholas, presented at the 123rd meeting of the Acoustical Society of America, Salt Lake City, UT, April (1992).

74. "Acoustic characteristics of laboratory breaking waves", with A. Kolaini, presented at the 124th meeting of the Acoustical Society of America, New Orleans, LA, October (1992).

75. "Sound scattering from near-surface bubble clouds", with J. Schindall, W. Carey, and R. A. Roy, presented at the 124th meeting of the Acoustical Society of America, New Orleans, LA, October (1992).

76. "Low frequency resonance backscatter from near-surface bubble clouds", with J. Schindall, R. A. Roy and W. M. Carey, presented at the NATO Symposium on Low Frequency Active Sonar, Lerici, Italy, July (1992).

77. "Resonance frequency and damping constant of a spherical gas-vapor bubble in an infinite medium", with Y. Mao and R. A. Roy, presented at the 125th meeting of the Acoustical Society of America, Ottawa, Canada, April (1993).

78.  "Enhancement of hydrodynamic flow noise by the regulation of air bubbles in a turbulent water jet", with M. S. Korman,  presented at the 125th meeting of the Acoustical Society of America, Ottawa, Canada, April (1993).

79.  "Bubble-related sources of ocean ambient noise", with R. A. Roy, presented at the meeting of Ultrasonics International, Vienna, Austria, July (1993).

80.  "Duty cycle and pulse length dependence of the acoustic cavitation threshold at megahertz frequencies", with A. Calabrese and R. A. Roy, presented at the 13th International Symposium on Nonlinear Acoustics, Bergen, Norway, June (1993).

81.  "Low frequency backscatter from near-surface bubble plumes", with J. Schindall, R. Roy and W. Carey, presented at the 126th meeting of the Acoustical Society of America, Denver, CO, September (1993).

82.  "The acoustic emissions from bubble plumes generated by an impacting transient water jet," with A. R. Kolaini, C. C. Church, and R. A. Roy, presented at the 14th meeting of the International Congress on Acoustics, Beijing, China, September (1992).

83.  "Enhancement of hydrodynamic flow noise radiation by the regulation of air bubbles in a turbulent water jet", with M. S. Korman and R. A. Roy, presented at the 14th meeting of the International Congress on Acoustics, Beijing, China, September (1992).

84.  "Low frequency scattering from resonant bubble clouds," with R. A. Roy, W. Carey, and M. Nicholas, presented at the 14th meeting of the International Congress on Acoustics, Beijing, China, September (1992).

85.  "A new explanation for the double resonance of a pure vapor bubble", with Y. Mao, presented at the 126th meeting of the Acoustical Society of America, Denver, CO, September (1993).

86.  "Acoustic roles of bubble clouds in the ocean," with S. W. Yoon , presented at the International Scientific School Seminar, Nizhny Novgorod, Russia, June, (1992).

87.  "Some light emission features of single bubble sonoluminescence", with W. M. Cordry and R. A. Roy, presented at the 126th meeting of the Acoustical Society of America, Denver, CO, September (1993).

88.  "Site(s) and mechanism(s) of action of therapeutic ultrasound on ion transport across frog skin", with D. A. Stoltz, M. A. Dinno, A.M. Al-Karmi, and J. C. Matthews, presented at the annual meeting of Experimental Biology (1993).

89.  "Biophysical effects of therapeutic ultrasound on cellular and paracellular ionic conductance are calcium dependent", with A. M. Al-Karmi, M. A. Dinno, D. A. Stolz, and J. C. Matthews, presented at the 1993 Annual Meeting of the Biophysical Society.

90.  "Can near surface bubble clouds and plumes lead to anomalous perturbations in low-frequency sea-surface scattering?", with R. A. Roy, J. A. Schindall, and W. M. Carey,

presented at the European Symposium on Underwater Acoustics, Copenhagen, Denmark, July (1994).

91.    "Artificial bubble-cloud targets", with P. A. Hwang and R. A. Roy, presented at the third symposium on Sea Surface Sound , Lake Arrowhead, CA, March (1994).

92.    "A novel technique for measuring the maximum radius of a sonoluminescing bubble, with S. M. Cordry, presented at the 127th meeting of the Acoustical Society of America, Cambridge, MA, June (1994).

93.    "Artificial bubble cloud targets for acoustic remote sensing of the ocean", with P. A. Hwang and R. A. Roy, presented at the 127th meeting of the Acoustical Society of America, Cambridge, MA, June (1994).

94.    "Acoustically enhanced bubble growth at low frequencies and its implications for human diver and marine mammal safety", with Y. Mao, presented at the 128th meeting of the Acoustical Society of America, Austin, TX, November (1994).

95.    "Mass diffusion in spark-induced vapor bubbles", with J. S. Allen, M. A. Averkou, C. M. Young and G. R. Hess, presented at the 128th meeting of the Acoustical Society of America, Austin, TX, November (1994).

96.    "Acoustic modeling of plasma-induced vapor bubbles", with G. R. Hess, A. E. Rodriguez, N. K. Winsor, C. M. Young and R. F. Stellingwerf, presented at the 128th meeting of the Acoustical Society of America, Austin, TX, November (1994).

97.    "Focused acoustic pulses of finite amplitude and their influence on cavitation bubble dynamics", with M. A. Averkiou and M. F. Hamilton, presented at the 128th meeting of the Acoustical Society of America, Austin, TX, November (1994).

98.    "The use of high intensity focused ultrasound for non-invasive surgery", with W. Law, presented at the 129th meeting of the Acoustical Society of America", Washington, DC, May (1995).

99.    "Measurements of finite-amplitude acoustic pulses radiated from focused piston sources in water", with M. A. Averkiou and M. F. Hamilton, presented at the 129th meeting of the Acoustical Society of America", Washington, DC, May (1995).

100.    "Nonlinear bubble oscillations and Bjerknes forces", with S. M. Cordry and R. A. Roy, presented at the 129th meeting of the Acoustical Society of America", Washington, DC, May (1995).

101.    "The relative roles of thermal and nonthermal effects in the use of high intensity focused ultrasound for the treatment of benign prostatic hyperplasia", with W. Law, presented at the 15th International Congress on Acoustics, Trondheim, Norway, June (1995).

102.    "Temperature-related effects in single-bubble sonoluminescence", with S. Cordry and R. A. Roy, presented at the 130th meeting of the Acoustical Society of America, St. Louis, MO, December (1995).

103. "Effects of frequency-dependent absorption on the propagation and attenuation of high-intensity acoustic waves containing shocks", with V. Khokhlova, O. Sapozhnikov, and M. Averkiou, presented at the 130th meeting of the Acoustical Society of America, St. Louis, MO, December (1995).

104. "Theoretical modeling of the acoustic pressure field produced by commercial lithotripters", with M. A. Averkiou and M. F. Hamilton, presented at the 130th meeting of the Acoustical Society of America, St. Louis, MO, December (1995).

105. "Measurements of the effect of polypropylene vials on ultrasound propagation", with R. Cleveland, M. Averkiou and J. McAteer, presented at the 131st meeting of the Acoustical Society of America, Indianapolis, IN, May (1996).

106. "Shock wave lithotripsy: A demonstration of experimental methods for *in vitro* shock wave exposure and analysis of cell injury", with J. McAteer, S. Andreoli, A. Evan, D. Denman, C. Mallett, R. Cleveland, M. Averkiou , J. Lingeman and D. Lifshitz, presented at the 131st meeting of the Acoustical Society of America, Indianapolis, IN, May (1996).

107. "Measurements of the acoustic emissions from glowing bubbles", with I. Hallaj, T. Matula, and R. Roy, presented at the 132nd meeting of the Acoustical Society of America, Honolulu, HI, December (1996).

108. "Preliminary experimental observations of the effects of buoyancy on single bubble sonoluminescence in microgravity and hypergravity", with T. Matula, R. Roy and D. Kuhn, presented at the 132nd meeting of the Acoustical Society of America, Honolulu, HI, December (1996).

109. "*In vivo* measurements of lithotripsy shock waves in pigs", with R. Cleveland, D. Lifshitz, B. Connors and A. Evan, presented at the 132nd meeting of the Acoustical Society of America, Honolulu, HI, December (1996).

110. "Comparisons of the calculated and measured acoustic pressure amplitudes from single bubble sonoluminescence", with T. Matula and W. Moss, presented at the 133rd meeting of the Acoustical Society of America, State College, PA, May (1997).

111. "Computer analysis of the resonant scattering of sound by a bubbly fluid encapsulated by a submerged spherical shell", with M. Korman and S. Swain, presented at the 133rd meeting of the Acoustical Society of America, State College, PA, May (1997).

112. "Bjerknes force and bubble levitation under single bubble sonoluminescence conditions", with T. Matula, S. Cordry and R. Roy, presented at the 134th meeting of the Acoustical Society of America, San Diego, CA, December (1998).

113. "B-scan ultrasound monitoring of cavitation activity in and around the kidney during shock wave lithotripsy", with R. Cleveland, D. Lifshitz, B. Connors, L. Willis, A. Evan and J. Lingeman", presented at the 134th meeting of the Acoustical Society of America, San Diego, CA, December (1998).

114. "Nonlinear effects in HIFU propagation and attenuation in biological tissue", with V. Khokhlova, and O. Sapozhnikov, presented at the 134th meeting of the Acoustical Society of America, San Diego, CA, December (1998).

115. "Single bubble sonoluminescence in microgravity", with T. Matula, J. Swalwell, V. Bezzerides, P. Hilmo, M. Chittick, D. Kuhns, and R. Roy, presented at the 134th meeting of the Acoustical Society of America, San Diego, CA, December (1998).

116. "Measurements of the transient response of single bubble sonoluminescence subject to an abrupt change in the drive pressure amplitude", with T. Matula, presented at the 134th meeting of the Acoustical Society of America, San Diego, CA, December (1998).

117. "Swl cavitation effects in vitro: modest pressurization at f2 reduces injury to isolated cells while damage to  foil targets is increased", with James A. McAteer, Mark A. Stonehill, Karin Colmenares, James C. Williams, Jr., Andrew P. Evan, Robin O. Cleveland, and Michael R. Bailey, presented at the Annual Meeting of the American Urological Society, San Diego, June, 1998.

118. "Ultrasound contrast agents: Present but not seen", P.P. Chang, P.D. Mourad, S.L. Poliachik, L.A. Crum, 1998 IEEE Ultrasonics Symposium, October 5-8, 1998, Sendai, Japan.

119. "Investigation of High Intensity Focused Ultrasound for Blood Vessel Cauterization", with Roy Martin, Shahram Vaezy, Michael Caps, Peter Kaczkowski, George Keilman, Steve Carter, Wayne Chandler, and Kirk Beach, presented at the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, Seattle, June (1998).

120. "Acoustic liver cauterization: A potential tool for bloodless surgery", with R. Martin, S. Vaezy, S. Helton, M. Caps, P. Kaczkowski, G. Keilman, S. Carter, W. Chandler, P. Mourad, and K. Beach, presented at the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, Seattle, June (1998).

121. "Ex-vivo studies of the effects of high intensity focused ultrasound on whole blood", with S. Poliachik, W. Chandler, P. Mourad, S. Bloch, M. Bailey, R. Cleveland, P. Kaczkowski, G. Keilman, and T. Porter, presented at the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, Seattle, June (1998).

122. "Numerical simulations of tissue heating created by high intensity focused ultrasound", with F. P. Curra, P. D. Mourad, R. Cleveland, and V. A. Khokhlova, presented at the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, Seattle, June (1998).

123. "Occlusion of blood vessels using high intensity focused ultrasound", with S. Vaezy, R. Martin, P. Kaczkowski, G. Keilman, S. Carter, and M. Caps, presented at the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, Seattle, June (1998).

124. "Measurements of sound speed in excised tissue over temperatures expected under high intensity focused ultrasound conditions", with S. Bloch, M. Bailey, P. Kaczkowski, P. Mourad and G. Keilman, presented at the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, Seattle, June (1998).

125. "The effects of organic compound doping in single bubble sonoluminescence", with M. Ashokkumar, F. Grieser, W. McNamara III, K. Suslick, T. Matula, and C. Frensley, presented at the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, Seattle, June (1998).

126. "Acoustic and system parameters affecting destruction of ultrasound contrast agents", with P. Chang, and I. Makin, presented at the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, Seattle, June (1998).

127. "Separation of cavitation and renal injury induced by shock wave lithotripsy (SWL) from SWL-induced impairment of renal hemodynamics", with A. Evan, L. Willis, B. Connors, J. McAteer, J. Lingeman, R. Cleveland, and M. Bailey, presented at the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, Seattle, June (1998).

128. "SWL cavitation damage in vitro: Pressurization unmasks a differential response of foil targets and isolated cells", with J. McAteer, M. Stonehill, K. Colmenares, J. Williams, A. Evan, R. Cleveland, and M. Bailey, presented at the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, Seattle, June (1998).

129. "Effect of overpressure on dissolution and cavitation of bubbles stabilized on a metal surface", with R. Cleveland, M. Bailey, M. Stonehill, J. Williams and J. McAteer, presented at the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, Seattle, June (1998).

130. "Radial response of single bubble sonoluminescence to novel excitations", with K. Hargreaves, T. Matula, and W. Moss, presented at the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, Seattle, June (1998).

131. "Measurements of the dynamic response of single bubble sonoluminescence near the luminescence and extinction thresholds", with T. J. Matula, presented at the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, Seattle, June (1998).

132. "Use of two pulses to control cavitation in lithotripsy", with M. Bailey, R. Cleveland, and D. Blackstock, presented at the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, Seattle, June (1998).

133. "Detection and control of lithotripsy-induced cavitation in blood", with B. Jordan, M. Bailey, and R. Cleveland, presented at the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, Seattle, June (1998).

134. "Fast spectral algorithm for modeling focused sound beams in a highly nonlinear regime", with V. Khokhlova, M. Averkiou, S. Younghouse, and M. Hamilton, presented at the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, Seattle, June (1998).

135. "Hemostatic Treatment of Punctured Blood Vessels with High Intensity Focused Ultrasound", Roy Martin, Shahram Vaezy, Kirk Beach, Michael Caps, Peter, Kaczkowski, George Keilman, Steve Carter , Wayne, Chandler, and Lawrence Crum, presented at the Annual meeting of the AIUM (American Institute of Ultrasound in Medicine), San Antonio, TX (March, 1999).

136. "Modification of SWL waveform separates renal injury from hemodynamic response", B. Connors, A. Evan, M. Bailey, L. Crum, J. McAteer, J. Williams, L. Willis, and J. Lingeman, presented at the 1999 Annual Meeting of the American Urological Association, Dallas, TX, April (1999).

137. "Acoustic cavitation in the presence of microbubble contrast agents," Chang P.P., Chen W. S., and Crum L. A., presented at the 4th European Symposium on Ultrasound Contrast Imaging, Rotterdam, Jan 1999.

138. "Detection of high-intensity focused ultrasound liver lesions using dynamic elasticity", X. Shi, R. W. Martin, D. Rouseff, S. Vaezy and L. A. Crum, presented at the 23rd International Symposium on Ultrasonic Imaging and Tissue Characterization, (Arlington, VA) May, 1998.

139. "Successful High Intensity Focused Ultrasound (H(FU) treatment of uterine fibroid tumors in a nude mouse model", V.Y. Fujimoto, C. Walker, G. Keilman, R. Martin, S. Vaezy and L. A. Crum, American Society for Reproductive Medicine, (Toronto) September (1999).

140. "Effect of high intensity focused ultrasound on whole blood with and without contrast agents", S. L. Poliachik, P. D. Mourad, W. Chandler and L. A. Crum, IEEE International Ultrasonics Symposium, 5-8 October 1998, Sendai, Japan.

141. "High intensity focused ultrasound and tissue heating: the effect of nonlinear sound propagation and vessel presence," F. P. Curra, P. D. Mourad, V. A. Khokhlova, and L. A. Crum, IEEE International Ultrasonics Symposium, 5-8 October 1998, Sendai, Japan.

142. "Portable ultrasound device for battlefield trauma," J. J. Hwang, J. Quistgaard, J. Souquet, and L. A. Crum, IEEE International Ultrasonics Symposium, 5-8 October 1998, Sendai, Japan.

143. Ultrasound contrast agents: present but not seen," P. P. Chang, W. S. Chen, P. D. Mourad, S. L. Poliachik, L. A. Crum, " IEEE International Ultrasonics Symposium, 5-8 October 1998, Sendai, Japan.

144. "A practical high intensity ultrasound applicator for surgery using solid cones", R. W. Martin, M. D. Brentnall, S. Vaezy, P. Kaczkowski, and L. A. Crum; IEEE International Ultrasonics Symposium, Lake Tahoe, Oct (1999).

145. "Ultrasound Accelerates Functional Recovery after Peripheral Nerve Damage", P. Mourad, F. Curra, D. Lazar, A. Avellino, L. McNutt, K. Andrus, M. Kliot and L. A. Crum: IEEE International Ultrasonics Symposium, Lake Tahoe, Oct (1999).

146. "Ultrasound Accelerates Functional Recovery after Peripheral Nerve Damage P. Mourad, A. Mesiwala, L. Farrell, D. Sokolov, S. Vaezy, P. Santiago, M. Mayberg, D. Silbergeld and L. A. Crum: IEEE International Ultrasonics Symposium, Lake Tahoe, Oct (1999).

147. "Color Doppler imaging of acoustic streaming in blood and clots", X Shi, R. Martin, S. Vaezy, and L. A. Crum: IEEE International Ultrasonics Symposium, Lake Tahoe, Oct (1999).

148. "Mechanisms of extracorporeal shock wave lithotripsy", Cleveland R. O., Bailey M.R., Crum L.A., and Evan A.P., presented at the 29th Annual Ultrasonic Industry Association (UIA) Symposium, June 7-8, 1999 Baltimore, MD.

149. "Effect of selective absorption on nonlinear interactions in high intensity acoustic beams", V. A. Khokhlova, S. S. Kashcheeva, M. A. Averkiou and L. A. Crum, Presented at the 16th International Symposium on Nonlinear Acoustics, Gottingen (July, 1999).

150. "Enhancement of ultrasound-induce heating in tissue phantoms due to formation of shocks: Experimental measurements and numerical simulations, V. A. Khokhlova, O. A. Sapozhnikov, Y. Pishchalnikov, T. V. Siunilo, E. A. Filonenko and L. A. Crum, Presented at the 9th Congress of the World Federation on Ultrasound in Medicine and Biology, Florence, Italy (May, 2000).

151. "Simultaneous detection of acoustic and light emissions from cavitation bubbles in shock-wave lithotripsy", T. J. Matula, M. R. Bailey, P. R. Hilmo, D. L. Sokolov, and L. A. Crum, presented at the IUTAM Symposium on Free Surface Flows, Birmingham, UK, (July, 2000).

152. "In vitro detection of cavitation induced by lithotripsy shock waves in pig kidney", O. A. Sapozhnikov, M. R. Bailey, R. O. Cleveland, S. Vaezy6, J. A. McAteer, A. P. Evan and L. A. Crum, Presented at the 9th Congress of the World Federation on Ultrasound in Medicine and Biology, Florence, Italy (May, 2000).

153. "Color Doppler imaging of acoustic streaming in blood an clot", X. Shi, R. W. Martin, W. Vaezy, and L. A. Crum, Presented at the 1999 IEEE Ultrasonics Symposium, Reno, Nevada; Oct, 1999.

154. "Biological mechanisms of acoustically-induced hemostasis", S. Vaezy, R. Martin, B. Goldman, E. Chi, W. Chandler, P. Kaczkowski, and L. A. Crum, Presented at the 1999 IEEE Ultrasonics Symposium, Reno, Nevada; Oct, 1999.

155. "Numerical modeling of H(IFU for hemostatic applications, V. Khokhlova, P. Kaczkowski and L. A. Crum, Presented at the 137th meeting of the Acoustical Society of America, Berlin (March, 1999).

156. "The search for electrical dischar4ges from single and multibubble sonoluminescence", A. J. Bezzerides, T. J. Matula, and L. A. Crum, Presented at the 137th meeting of the Acoustical Society of America, Berlin (March, 1999).

157. "Effect of tone-burst ultrasound in combination with PPAA on hemolysis of erythrocytes", T. M. Porter, P. Mourad and L. A. Crum, Presented at the 137th meeting of the Acoustical Society of America, Berlin (March, 1999).

158. "The effects of temperature on the characteristics of the focal region in HIFU", F. P. Curra, P. D. Mourad, and L. A. Crum, Presented at the 137th meeting of the Acoustical Society of America, Berlin (March, 1999).

159. "Shot-to-shot variability of acoustic axis of a spark-source lithotripter", O. A. Sapozhnikov, M. R. Bailey and L. A. Crum, Presented at the 137th meeting of the Acoustical Society of America, Berlin (March, 1999).

160. "Use of two pulses to localize and intensify cavitation in lithotripsy", D. L. Sokolov, M. R. Bailey and L. A. Crum, Presented at the 138th meeting of the Acoustical Society of America, Columbus (November, 1999).

161. "Effect of HIFU on platelet activation, aggregation and adhesion", S. L. Poliachik, P. D. Mourad, W. L. Chandler and L. A. Crum, Presented at the 139th meeting of the Acoustical Society of America, Atlanta (June, 2000).

162. "Quantitative measurement of cavitation activity during red blood cell lysis and sonoporation", W. Chen, T M. Porter, P. D. Mourad, P. H. Chang, M. Hadley and L. A. Crum, Presented at the 139th meeting of the Acoustical Society of America, Atlanta (June, 2000).

163. "Ultrasonic release of insulin from implantable, bio-compatible polymers coated with self-assembling membranes", P. D. Mourad, C. Kwok, B. Ratner, and L. A. Crum, Presented at the 139th meeting of the Acoustical Society of America, Atlanta (June, 2000).

163. "Enhanced release of drugs from a novel polymeric film coated with self-healing, order methylene chains induce by hydrodynamic shear", T. M. Porter, P. D. Mourad, C. Kwok, B. D. Ratner, and L. A. Crum, Presented at the 139th meeting of the Acoustical Society of America, Atlanta (June, 2000).

164. "Focused ultrasound opens the blood-brain barrier in vivo", P. D. Mourad, A. Mesiwala, H. R. Winn, D., L. Silbergeld, and L. A. Crum, Presented at the 139th meeting of the Acoustical Society of America, Atlanta (June, 2000).

165. "Correlations between UCA-destruction-induced bioeffects and inertial cavitation dose", S. Chen, P. Chang, T. J. Matula and L. A. Crum, Presented at the 139th meeting of the Acoustical Society of America, Atlanta (June, 2000).

166. "3D full wave ultrasonic field and temperature simulations in biological tissue containing a blood vessel", F. P. Curra, P. D. Mourad, V. A. Khokhlova and L. A. Crum, Presented at the 139th meeting of the Acoustical Society of America, Atlanta (June, 2000).

167. "Ultrasound accelerates the healing of damaged peripheral nerves in vivo", P. D. Mourad, F. Curra, D. Lazar, M. Kliot, and L. A Crum, Presented at the 139th meeting of the Acoustical Society of America, Atlanta (June, 2000).

168. "SWL stone fragmentation *in vitro* is improved by slowing the SW delivery rate", D. A. Lifshitz, J. C. Williams, A. Evan, D. L. Rietjens, J. A. McAteer, M. R. Bailey, O. A. Sapozhnikov and L. A. Crum, Presented at the 139th meeting of the Acoustical Society of America, Atlanta (June, 2000).

169. "Bubble translation due to radiation force in SWL", D. L. Sokolov, M. R. Bailey, O. A. Sapozhnikov, and L. A. Crum, Presented at the 139th meeting of the Acoustical Society of America, Atlanta (June, 2000).

170. "Simultaneous detection of acoustic and light emissions from cavitation bubbles in SWL", T. J Matula, P. R. Hilmo an L. A. Crum, Presented at the 139th meeting of the Acoustical Society of America, Atlanta (June, 2000).

171. "Effect of dual-reflector lithotripter on stone fragmentation and cell damage", D. L. Sokolov, M. R. Bailey and L. A. Crum, Presented at the 140th meeting of the Acoustical Society of America, Newport Beach (December, 2000).

172. "Real-time observation of inception and growth of HIFU-induced tissue lesions", C. Lafon, M. R. Bailey, L. N. Couret, P. J. Kaczkowski, A. A. Brayman,, O. A. Sapozhnikov, and L. A. Crum, Presented at the 140th meeting of the Acoustical Society of America, Newport Beach (December, 2000).

173. "Theoretical predictions of ultrasonic fields, temperature response, and lesion dynamics in biological tissue for the purpose of noninvasive disease treatment", F. P. Curra, P. D. Mourad, S. G. Kargl, V. A. Khokhlova and L. A. Crum, Presented at the 140th meeting of the Acoustical Society of America, Newport Beach (December, 2000).

174. "Platelet activity as a result of exposure to HIFU", S. L. Poliachik, R. J. Ollos, P. D. Mourad, W. L. Chandler, and L. . A. Crum, Presented at the 140th meeting of the Acoustical Society of America, Newport Beach (December, 2000).

175. "Influence of chemical composition of membrane-disrupting polymers on relative cavitation activity and hemolysis, T. M. Porter, J. Nickerson, F. E. Black, N. Murthy, P. S. Stayton, A. S., Hoffman and L. A. Crum, Presented at the 140th meeting of the Acoustical Society of America, Newport Beach (December, 2000).

176. "Behavior of ultrasound contrast agents near the fragmentation threshold", W. Chen, T. J. Matula and L. A. Crum, Presented at the 140th meeting of the Acoustical Society of America, Newport Beach (December, 2000).

177. "Surface Characterization to Qualify an Ultrasound-Stimulated Molecular Switch Device for Insulin Delivery", B. D. Ratner, C. Kwok, P. Mourad and L. A. Crum Presented at the summer meeting of the Controlled Release Society (July, 2002).

178. "High intensity focused ultrasound (HIFU): A revolutionary means of facilitating liver resection", R. W. Martin, S. Vaezy, S. Helton, M. Caps, P. Kaczkowski, S. Carter, C. Cornejo , and L. A. Crum. Gastroenterology 1999;116 (4): S0164, Part 2.

179. "Acute bleeding from liver injury stopped by high intensity focused ultrasound" Vaezy S, Martin RW, Helton S, Caps M, Kaczkowski P, Carter S, Cornejo C, Sharar S, and L. A. Crum, Gastroenterology 1999;116 (4): S0305, Part 2.

180. "Real-time observation of inception and growth of HIFU-induced tissue lesions", C. Lafon, M. Bailey, L. Couret, P. Kaczkowski, O. Sapozhnikov, A. Brayman, and L. A. Crum, Presented at the 140th meeting of the Acoustical Society of America, Newport Beach, (December, 2000).

181. "Real-Time Visualization of Therapeutic Ultrasound: Applied to Acoustic Hemostasis," R. Martin, S. Vaezy , X. Shi, P. Kaczkowski, M. Paun, K. Beach, and L. A. Crum, presented at the 9th Congress of the World Federation for Ultrasound in Medicine and Biology, (Florence Italy, May, 2000).

182. "Effect of high-intensity focused ultrasound on platelet aggregation,", S. L. Poliachik, W. L. Chandler, P. D. Mourad, R. J. Ollos, and L. A. Crum, presented at the 9th Congress of the World Federation for Ultrasound in Medicine and Biology, (Florence Italy, May, 2000).

183. "Effect of high-intensity focused ultrasound on platelet activation and adhesion", S. L. Poliachik, W. L. Chandler, P. D. Mourad, R. J. Ollos, and L. A. Crum, presented at 2000 IEEE International Ultrasonics Symposium, San Juan, Puerto Rico, 22-25 October 2000.

184. "Measured bioeffects of tone-burst ultrasound in combination with Poly(propyl acrylic) acid (PPAA)", T. Porter, M. Hadley, J. Nickerson, P. Mourad, and L. A. Crum, presented at 2000 IEEE International Ultrasonics Symposium, San Juan, Puerto Rico, 22-25 October 2000.

185. "Activation, Aggregation, and Adhesion of platelets exposed to high intensity focused ultrasound", S. L. Poliachik, W. L. Chandler, P. D. Mourad, R.J. Ollos and L. A. Crum, presented at 2000 IEEE International Ultrasonics Symposium, San Juan, Puerto Rico, 22-25 October 2000.

186. "Increased damage to stones without increased damage to cells with a dual-reflector lithotripter", D. L. Sokolov, M. R. Bailey, F. Pulvermakher and L. A. Crum, presented at 2000 IEEE International Ultrasonics Symposium, San Juan, Puerto Rico, 22-25 October 2000.

187. "Experimental investigation and finite element simulation of streaming in blood in cylindrical models", X. Shi, R. Martin, S. Vaezy and L. A. Crum, presented at 2000 IEEE International Ultrasonics Symposium, San Juan, Puerto Rico, 22-25 October 2000.

188. "Ultrasound contrast agent behavior near the fragmentation threshold", W-S Chen, T. J. Matula and L. A. Crum, presented at 2000 IEEE International Ultrasonics Symposium, San Juan, Puerto Rico, 22-25 October 2000.

189. "Ultrasound-guided localized detection of cavitation during lithotripsy in pig kidney *in vivo*", O. A. Sapozhnikov, L. A. Crum, et al., presented at the 2001 IEEE Ultrasonics Symposium, Atlanta, October, 2001.

190. "A light-scattering technique for investigating the destruction of ultrasound contrast agents", W-S Chen, T. J. Matula and L. A. Crum, presented at the 2001 IEEE Ultrasonics Symposium, Atlanta, October, 2001.

191. "Detection of High Intensity Focused Ultrasound liver lesions using dynamic elasticity", presented at the 23rd International symposium on Ultrasonic Imaging and Tissue Characterization, (Arlington, VA), May, 1998.

192. "Theoretical predictions of ultrasound fields, temperature response, and lesion dynamics in biological tissue for the purpose of noninvasive disease treatment, F. P. Curra, P. D. Mourad, S. G. Kargl, and L. A. Crum, Presented at the 139th meeting of the Acoustical Society of America, Atlanta (June, 2000).

193. "Hemostasis of catheter-induced femoral artery injuries using image-guided transcutaneous High Intensity Focused Ultrasound", S. Vaezy, R. Martin, X. Shi, M. Paun, K. Beach, P. Kaczkowski, G. Keilman, S. Carter, M. Bailey and L. A. Crum, presented at the Annual Biomedical Engineering Society Meeting, Seattle, May, 2001.

194. "Thermal effects of sawtooth waveform HIFU in tissue phantoms", O. A. Sapozhnikov, V. A. Khokhlova, T. V. Sinilo, E. A. Filonenko and L. A. Crum, presented at the 17th International Congress on Acoustics, Rome, September, 2001.

195. "Role of High Intensity Focused Ultrasound induced cavitation on platelet aggregation", S. L. Poliachik, W. L. Chandler, R. J. Ollos and L. A. Crum, presented at the 17th International Congress on Acoustics, Rome, September, 2001.

196.  "Localized cavitation detection in lithotripsy *in vivo*, M. R. Bailey, L. A. Crum, N. A. Miller, O. A. Sapozhnikov, Y. A. Pishchalnikov, J. A. McAteer, B. Connors and A. P. Evan, presented at the 17th International Congress on Acoustics, Rome, September, 2001.

197. "Slowing the pulse repetition frequency in shock wave lithotripsy improves stone fragmentation *in vivo*", R. F. Paterson, D. A. Lifshitz, J. E. Lingeman, J. C. Williams, D. L. Rietjens, A. P. Connors, M. R. Bailey, L. A. Crum, R. O. Cleveland, Y. A. Pishchalnikov, I. V. Pishchalnikova and J. A. McAteer, presented at the 17th International Congress on Acoustics, Rome, September, 2001.

198. "Theoretical predictions and experimental results for non-invasive disease treatment via High Intensity Focused Ultrasound:  A comparative study", F. P. Curra, S. G. Kargl, C. Lafon and L. A. Crum, presented at the 17th International Congress on Acoustics, Rome, September, 2001.

199. "A new synthetic tissue-mimicking phantom for High Intensity Focused Ultrasound", C. Lafon, S. Vaezy, M. L. Noble, P. J. Kaczkowski, R. W. Martin and L. A. Crum, presented at the 17th International Congress on Acoustics, Rome, September, 2001.

200. "An innovative synthetic tissue-mimicking materi8al for HIFU", C. Lafon, O. A. Sapozhnikov, P. J. Kaczkowski, S. Vaezy, M. Noble and L. A. Crum, presented at the 142nd meeting of the Acoustical Society of America, Fort Lauderdale, December (2001).

201. "A multi-channel HIFU system for image-guided therapy", P . J. Kaczkowski, S. Vaezy, R. Martin, G. Keilman and L. A. Crum, presented at the 142nd meeting of the Acoustical Society of America, Fort Lauderdale, December (2001).

202. "An optimal protocol for shock wave delivery by the dual-pulse lithotripter", D. L. Sokolov, M. R. Bailey and L. A. Crum, presented at the 142nd meeting of the Acoustical Society of America, Fort Lauderdale, December (2001).

203. "A novel cavitation probe design and some preliminary measurements of its application to megasonic cleaning", G. W. Ferrell and L. A. Crum, presented at the 8th meeting of the European Society of Sonochemistry, Villasimius, Sardinia (September, 2002).

204. "Ultrasound enhances Factor IX Gene Transfer into Mouse Livers", Carol H. Miao, Andrew A. Brayman, Peiqing Ye, Pierre Mourad, and Lawrence A. Crum, American Society of Gene Therapy, Washington DC (June 4-8, 2003).

205. "Nonlinear imaging methods in diagnostic medical ultrasound", V. A. Khokhlova, M. A. Averkiou, M. A. Bailey, and L. A. Crum, Conference on Nonlinear Acoustics, Nizhnii-Novgorod (September, 2003).

206. "Cavitation detection and suppression in HIFU", M. R. Bailey, J. Reed, A. Anand, P. Kaczkowski, W. Kreider, S. Vaezy, L. A. Crum, R. Seip, J. Tavakkoli, and N. T. Sanghvi, presented at the 3rd International Symposium on Therapeutic Ultrasound, Lyon, France (May, 2003).

207. "Cavitation in shockwave lithotripsy", M. R. Bailey, L. A. Crum, O. A. Sapozhnikov, A. P. Evan, J. A. McAteer, R. O. Cleveland and T. Colonius, presented at the 2003 International Symposium on Cavitation, Osaka, Japan (November, 2003).

208. "Nonlinear Effects in HIFU Lesion Production in a Tissue-Mimicking Phantom", V.A. Khokhlova, P.J. Kaczkowski, B.W. Cunitz, M.R. Bailey, J.A. Reed, M. Nakazawa and L.A. Crum, presented at the 3rd International Symposium on Therapeutic Ultrasound, Lyon, France (May, 2003).

209. "Nonlinear Effects in HIFU Lesion Production in a Tissue-Mimicking Phantom", V.A. Khokhlova, P.J. Kaczkowski, B.W. Cunitz, M.R. Bailey, J.A. Reed, M. Nakazawa and L.A. Crum, presented at the 3rd International Symposium on Therapeutic Ultrasound, Lyon, France (May, 2003).

210. "Evaluation of water-cooled surgical applicators in a blunt trauma model", R. W. Martin, S. Vaezy, C. Cornejo, G. Jurkovich and L. A. Crum, Presented at the 10th World Congress of the World Federation for Ultrasound in Medicine and Biology, Montreal (June, 2003).

211. "Optimal parameters of HIFU for intraoperative hemostasis", S. Vaezy, S. Vaezy, F. Starr, E. Chi, C. Cornejo, S. Sharar, R. Martin and L. A. Crum, Presented at the 10th World Congress of the World Federation for Ultrasound in Medicine and Biology, Montreal (June, 2003).

212 "Nonlinear propagation of short ultrasound pulses generated by rectangular diagnostic transducers", A. E. Ponomaryov, V. A. Khokhlova, M. A. Averkiou and L. A. Crum, presented at the 3rd International Symposium on Therapeutic Ultrasound, Lyon, France (May, 2003).

213. "Modeling of stresses generated by a lithotripter shock wave in a cylindrical kidney stone", O. A. Sapozhnikov, R. O. Cleveland, M. R. Bailey and L. A. Crum, presented at the 3rd International Symposium on Therapeutic Ultrasound, Lyon, France (May, 2003).

214. "Development of power supplies for portable HIFU therapy systems", N. R. Owen, M. R. Bailey, B. J. P. Mortimer, H. Kolve, J. Hossack and L. A. Crum, presented at the 3rd International Symposium on Therapeutic Ultrasound, Lyon, France (May, 2003).

215. "Synchronization of HIFU therapy system with an arbitrary ultrasound imager", N. Owen, M. Bailey, J. Hossack and L. A. Crum, presented at the 146th Meeting of the Acoustical Society of America, Austin, TX (October, 2003).

216. "Numerical investigation of dual-frequency HIFU pulsing for lithotripsy", W. Kreider, M. Bailey and L. A. Crum, presented at the 146th Meeting of the Acoustical Society of America, Austin, TX (October, 2003).

217. "Dynamics of concerted bubble cluster collapse in shock wave lithotripsy", Y. A. Pishchalnikov, J. McAteer, A. P. Evan, O. Sapozhnikov, R. O. Cleveland, T. Colonius, M. R. Bailey, and L. A. Crum, presented at the 146th Meeting of the Acoustical Society of America, Austin, TX (October, 2003).

218. "Assessing the mechanism for kidney stone comminution by a lithotripter shock pulse", O. A. Sapozhnikov, M. R. Bailey, A. D. Maxwell, B. MacConaghy, R. O. Cleveland, and L. A. Crum, presented at the 4th International Symposium on Therapeutic Ultrasound, Kyoto, Japan, (September, 2004).

219. "Measurements of acoustic pressure at high amplitudes and intensities", L. A. Crum, M. R. Bailey, P. Kaczkowski, J. A. McAteer, Y. A. Pishchalnikov and O. A. Sapozhnikov, presented at a meeting on <u>Advanced Metrology for Ultrasound in Medicine</u>, Teddington, UK, April (2004).

220. "Cavitation bubble cluster behavior on a stone surface in shock wave lithotripsy," Y. A. Pishchalnikov, O. A. Sapozhnikov, J. C. Williams, Jr., A. P. Evan, J. A. McAteer, R. O. Cleveland, T. Colonius, M. R. Bailey, and L. A. Crum, presented at the 16th International Symposium on Nonlinear Acoustics (Moscow, Russia, 2002).

221. "Nonlinear Regimes of Lesion Formation by HIFU in Tissue-mimicking Phantom," V. A. Khokhlova, P. J. Kaczkowski, B. W. Cunitz, M. R. Bailey, and L. A. Crum, presented at the 16th International Symposium on Nonlinear Acoustics (Moscow, Russia, 2002).

222. "Thermal effects of sawtooth waveform HIFU in tissue phantoms," O.A. Sapozhnikov, V.A. Khokhlova, T.V. Sinilo, E.A. Filonenko, and L.A. Crum, presented at the 17th International Congress on Acoustics (Rome, Italy, Sept 2-7, 2001).

223. "Cavitation bubble cluster behavior on a stone surface in shock wave lithotripsy," Y. A. Pishchalnikov, O. A. Sapozhnikov, J. C. Williams, Jr., A. P. Evan, J. A. McAteer, R. O. Cleveland, T. Colonius, M. R. Bailey, and L. A. Crum, presented at the 16th International Symposium on Nonlinear Acoustics (Moscow, Russia, 2002).

224. "Overpressure and the role of bubbles in focused ultrasound lesion shape," M. R. Bailey, L. N. Couret, O. A. Sapozhnikov, V. A. Khokhlova, G. ter Haar, S. Vaezy, X. Shi, R. Martin, and L. A. Crum, presented at the 1st Intern. Workshop on the Application of High Intensity Focused Ultrasound (HIFU) in Medicine, May 10-12 2001, Chongqing, China.

225. "Slowing the pulse repetition frequency in shock wave lithotripsy (SWL) improves stone fragmentation in vivo," R. F. Paterson, D. A. Lifshitz, J. E. Lingeman, J. C. Williams, D. L. Rietjens, A. P. Evan, B. A. Connors, M. R. Bailey, L. A. Crum, R. O. Cleveland, Y. A. Pishchalnikov, I. V. Pishchalnikova, and J. A. McAteer, presented at the 17th International Congress on Acoustics (Rome, Italy, 2001).

226. "Shot-to-shot variability of acoustic axis of a spark-source lithotripter,"O. A. Sapozhnikov, M. R. Bailey, and L. A. Crum, presented at the of 139th Meeting of the Acoustical Society of America (Berlin, Germany, 1999).

227. "Role of cavitation bubble cluster activity in the breakage of kidney stones by lithotripter shock waves," Y. A. Pishchalnikov, O. A. Sapozhnikov, M. R. Bailey, J. C. Williams, Jr., R. O. Cleveland, T. Colonius, L. A. Crum, A. P. Evan, and J. A. McAteer, presented at the Annual Meeting of the American Urological Association, (Orlando, Florida, May, 2002)

228. "In vivo detection of cavitation in parenchyma of the pig kidney during shock wave lithotripsy", A. Evan, M. Bailey, R. Cleveland, O. Sapozhnikov, B. A. Connors, Y. Pishchalnikov, I. Pishchalnikova, L. Crum, J. McAteer, N. Miller, J. Lingeman, L. Willis, B. Connors, and P. Blomgren, presented at the Annual Meeting of the American Urological Association, (Orlando, Florida, May, 2002)

229. "Thermal effects of sawtooth waveform HIFU in tissue phantoms," O.A. Sapozhnikov, V.A. Khokhlova, T.V. Sinilo, E.A. Filonenko, and L.A. Crum, presented at the 1st International Workshop on the Applications of HIFU in Medicine, (Chongqing, China, May 10-12, 2001).

230. "Nonlinear enhancement and saturation phenomena in HIFU," V.A. Khokhlova and L.A. Crum, presented at the 1st International Workshop on the Applications of HIFU in Medicine, (Chongqing, China, May 10-12, 2001).

231. "HIFU hemostasis of liver injuries enhanced by ultrasound contrast agents", V. Zderic, S. Vaezy, AA. Brayman, T. J. Matula, G. E. O'Keefe, and L. A. Crum, presented at the 4th International Symposium on Therapeutic Ultrasound, Kyoto, Japan (September, 2004).

232. "Intra-operative hemostasis of punctured femoral artery using HIFU: A survival study", V. Zderic, A. Keshavarzi, M. L. Noble, M. Paun, S. R. Sharar, L. A. Crum, R. W. Martin, and S. Vaezy, presented at the 4th International Symposium on Therapeutic Ultrasound, Kyoto, Japan (September, 2004).

233. "Acoustic nonlinearity in the derating problems for HIFU sources", V. A. Khokhlova, M. R. Bailey, and L. A. Crum, presented at the 4th International Symposium on Therapeutic Ultrasound, Kyoto, Japan (September, 2004).

234. "Design and evaluation of complex moving HIFU treatment protocols", S. G. Kargl, M. A. Andrew, P. J Kaczkowski, A. A. Brayman and L. A. Crum, presented at the 4th International Symposium on Therapeutic Ultrasound, Kyoto, Japan (September, 2004).

235. "Beaked whales, sonar and the 'bubble hypothesis', Paul D. Jepson, Dorian S. Houser, Lawrence A. Crum, Peter L. Tyack, Antonio Fernández, presented at the Annual Conference of the European Cetacean Society, La Rochelle, France 7-11 April 2004.

236. "Interactions of cavitation bubbles observed by high-speed imaging in shock wave lithotripsy", Yuri A. Pishchalnikov, Oleg A. Sapozhnikov, Michael R. Bailey, James A. McAteer, James C. Williams, Jr., Andrew P. Evan, Robin O. Cleveland , and Lawrence A. Crum, Presented at the 17th International Symposium on Nonlinear Acoustics, (State College, PA), July, 2005.

237. "Measurements of acoustic pressure at high amplitudes and intensities", LA Crum, MR Bailey, PKaczkowski, JA McAteer, YA Pishchalnikov and OA Sapozhnikov, presented at the meeting Advanced Metrology for Ultrasound in Medicine, Teddington, UK, April (2004).

238. "Use of HIFU for vessel occlusion", Joo Ha Hwang, Michael Kimmey, Andrew Brayman and Lawrence A. Crum, presented at the joint meeting of the World Congress on Ultrasound and Ultrasonics International, Beijing, PRC (September, 2005).

239. "Nonlinear phenomena in modern applications of ultrasound and shock waves in medicine", L.A. Crum, M.R. Bailey, R.O. Cleveland, O.A. Sapozhnikov, and V.A. Khokhlova, presented at the 2nd International Conference "Frontiers of Nonlinear Physics", July 5-12, 2004, Nizhny Novgorod – St. Petersburg, Russia. In: Proc. ed. A. Litvak, ISBN 5-8048-0050-7, pp. 663-673. Book of abstracts, p. 77-78.

240. "The relative effects of cavitation and nonlinear ultrasound propagation on dynamics of thermal lesions in a tissue phantom", V.A. Khokhlova, M.R. Bailey, J. Reed, and P.J. Kaczkowski, and L.A. Crum, presented at the 2nd International Conference "Frontiers of Nonlinear Physics", July 5-12, 2004, Nizhny Novgorod – St. Petersburg, Russia. In: Proc. ed. A. Litvak, ISBN 5-8048-0050-7, pp. 679-684. Book of abstracts, p. 79-80.

241. "Vibro-acoustography for targeting kidney stones during lithotripsy", Neil Owen, Michael Bailey, Adam Maxwell, Brian MacConaghy, Tatiana Khokhlova and

Lawrence A. Crum, presented at the 148th meeting of the Acoustical Society of America, San Diego, CA (November, 2004).

242. "A potential explanation for marine mammal strandings", Lawrence A. Crum, Steve Kargl and Tom Matula, presented at the 148th meeting of the Acoustical Society of America, San Diego, CA (November, 2004).

243. "Dual frequency high intensity focused ultrasound to accelerate hemostasis", Michael Bailey, Adam Maxwell, Justin Reed, Wayne Kreider, Vera Khokhlova, Vesna Zderic, Shahram Vaezy and Lawrence A. Crum, presented at the 148th meeting of the Acoustical Society of America, San Diego, CA (November, 2004).

244. "Vector Doppler ultrasound for the detection of internal bleeding", Bryan Cunitz, Peter Kaczkowski and Lawrence A. Crum, presented at the 148th meeting of the Acoustical Society of America, San Diego, CA (November, 2004).

245. "Observation of cavitation during shock wave lithotripsy", Michael Bailey, Lawrence A. Crum, Yuri Pishchalnikov, James McAteer, Irina Pishchalnikova, Andrew Evan, Oleg Sapozhnikov and Robin Cleveland, presented at the 149th meeting of the Acoustical Society of America, Vancouver, BC (May, 2005).

246. "A mechanistic analysis of stone comminution in lithotripsy", Adam Maxwell, Oleg Sapozhnikov, Michael Bailey, Brian MacConaghy and Lawrence A. Crum, presented at the 149th meeting of the Acoustical Society of America, Vancouver, BC (May, 2005).

247. "Ultrasound contrast agents for bleeding detection and acoustic hemostasis". Vesna Zderic, Wenbo Luo, Andrew Brayman, Lawrence Crum and Shahram Vaezy, presented at the 149th meeting of the Acoustical Society of America, Vancouver, BC (May, 2005).

248. "Modeling of initial bubble growth rates during high intensity focused ultrasound", Wayne Kreider, Michael Bailey and Lawrence A. Crum, presented at the 149th meeting of the Acoustical Society of America, Vancouver, BC (May, 2005).

249. "Color Doppler guided high intensity focused ultrasound for hemorrhage control", Vesna Zderic, Brian Rabkin, Lawrence A. Crum and Shahram Vaezy, presented at the 149th meeting of the Acoustical Society of America, Vancouver, BC (May, 2005).

250. "Nonlinear enhancement and saturation phenomena in focused ultrasound beams of various geometry", Vera Khokhlova, Marina Basova, Michael Bailey and Lawrence A. Crum, presented at the 149th meeting of the Acoustical Society of America, Vancouver, BC (May, 2005).

251. "Ultrasound imaging for high intensity focused ultrasound therapy", Shahram Vaezy, Vesna Zderic and Lawrence A. Crum, presented at the 150th meeting of the Acoustical Society of America, Minneapolis, MN (May, 2005).

252. "A noncontact transporter in water using ultrasonic traveling waves", Shinfuku Nomura, Thomas Matula and Lawrence A. Crum, presented at the 150th meeting of the Acoustical Society of America, Minneapolis, MN (May, 2005).

253. "The influence of acoustic parameters on the intrasvascular inertial cavitation activity using a rabbit ear model with Optison", Juan Tu, Joo Ho Hwang, Andrew Brayman, Thomas Matula and Lawrence A. Crum, presented at the 5th International Symposium on Therapeutic Ultrasound, Boston, MA (September, 2005).

254. "High throughput HIFU treatment for intraoperative resection of solid organs", Vesna Zderic, Jessica Foley, Grant O'Keefe, Lawrence A. Crum and Shahram Vaezy, presented at the 5th International Symposium on Therapeutic Ultrasound, Boston, MA (September, 2005).

255. "Targeted venous thrombosis *in vivo* by induction of intralumenal cavitation using HIFU and ultrasound contrast agent", Joo Ha Hwang, Juan Tu, Andrew Brayman and Lawrence A. Crum, presented at the 5th International Symposium on Therapeutic Ultrasound, Boston, MA (September, 2005).

256. "Selective liver vessel occlusion with an ultrasound-guided HIFU phased array", Vesna Zderic, Lawrence A. Crum and Shahram Vaezy, presented at the 5th International Symposium on Therapeutic Ultrasound, Boston, MA (September, 2005).

257. "*In vivo* study of the correlation between ultrasound-induced inertial cavitation and Vascular endothelial damage", Joo Ha Hwang, Juan Tu, Andrew Brayman, Thomas Matula and Lawrence A. Crum, presented at the 5th International Symposium on Therapeutic Ultrasound, Boston, MA (September, 2005).

258. "Measurement and modeling of acoustic fields in a gel phantom at high intensities", Michael Canney, Michael Bailey, Lawrence a. Crum and Vera Khokhlova, presented at the 5th International Symposium on Therapeutic Ultrasound, Boston, MA, (September, 2005).

259. "Nonlinear mechanisms of lesion formation by high intensity focused ultrasound", Vera Khokhlova, Michael Bailey, Justin Reed, Michael Canney, Peter Kaczkowski and Lawrence A. Crum, presented at the 5th International Symposium on Therapeutic Ultrasound, Boston, MA (September, 2005).

260. "Ultrasound contrast agents for bleeding detection and acoustic hemostasis", Vesna Zderic, Lawrence A. Crum and Shahram Vaezy, presented at the 5th International Symposium on Therapeutic Ultrasound, Boston, MA (September, 2005).

261. "High-throughput HIFU for the intraoperative resection of solid organs", Vesna Zderic, Jessica Foley, Grant O'Keefe, Lawrence A. Crum and Shahram Vaezy, presented at the 2005 IEEE International Ultrasonics Symposium, Rotterdam, Netherlands (October, 2005).

262. "Quantifying inertial cavitation produced in *in vivo* rabbit ear vessels with Optison", Juan Tu, Joo Ha Hwang, Andrew Brayman, Thomas Matula and Lawrence A. Crum, presented at the 2005 IEEE International Ultrasonics Symposium, Rotterdam, Netherlands (October, 2005).

263. "Ultrasound contrast agents for bleeding detection and acoustic hemostasis", Vesna Zderic, Lawrence A. Crum and Shahram Vaezy, presented at the 2005 IEEE International Ultrasonics Symposium, Rotterdam, Netherlands (October, 2005).

264. "Selective liver vessel occlusion with an ultrasound-guided HIFU phased array", Vesna Zderic, Lawrence A. Crum and Shahram Vaezy, presented at the 2005 IEEE International Ultrasonics Symposium, Rotterdam, Netherlands (October, 2005).

265. "Use of HIFU for vessel occlusion", Joo Ha Hwang, Michael Kimmey, Andrew Brayman and Lawrence A. Crum, presented at the World Congress on Ultrasonics—Ultrasonics International, Beijing, PRC (September, 2005).

266. "Nonlinear HIFU fields; acoustic characterization and mechanisms of action", Vera Khokhlova, Michael Canney, Michael Bailey, Oleg Sapozhnikov and Lawrence Crum, presented at the 6th International Symposium on Therapeutic Ultrasound, Oxford, UK (August, 2006).

267. "*In vitro* kidney stone erosion with dual frequency HIFU", Rebecca Taylor, Michael Bailey, Tatiana Khokhlova, Teiichiro Ikeda, Yoiichiro Matsumoto and Lawrence A. Crum, presented at the 6th International Symposium on Therapeutic Ultrasound, Oxford, UK (August, 2006).

268. "Advantage of a Broad Focal Zone in SWL: Synergism Between Squeezing and Shear", Oleg A. Sapozhnikov, Michael R. Bailey, Adam D. Maxwell, Brian MacConaghy, Robin O. Cleveland, James A. McAteer, and Lawrence A. Crum, presented at the 1st Annual International Urolithiasis Research Symposium Indianapolis, Indiana (November, 2006).

300. "Characterization of High Intensity Focused Ultrasound Fields with a High Spatio-Temporal Resolution", Michael S. Canney, Vera A. Khokhlova, Michael R. Bailey, Oleg A. Sapozhnikovand Lawrence A. Crum, Presented at the 2006 International Ultrasonics Symposium (Vancouver, BC), October, 2006.

301. "Calculations and Measurements of How Kidney Stones Fracture in Lithotripsy, "Michael R. Bailey, Oleg A. Sapozhnikov, Adam D. Maxwell, Brian MacConaghy, Robin O. Cleveland, James A. McAteer, and Lawrence A. Crum, Presented at the 2007 Meeting of the ASME, (Seattle, WA), March, 2007.

302. "Shock formation and millisecond boiling in tissue phantoms of varying absorption due to high intensity focused ultrasound", M.S. Canney, M.R. Bailey, V.A. Khokhlova, and L.A. Crum, Presented at the 2007 Meeting of the ASME, (Seattle, WA), March, 2007.

303. "Asymmetric Collapses of Free-Field Lithotripsy Bubbles", Wayne Kreider, Michael R. Bailey, Eric Johnsen, Tim Colonius, Lawrence A. Crum, Presented at the 2007 Meeting of the ASME, (Seattle, WA), March, 2007.

304. "Use of scattering of ultrasound pulses and shock waves by kidney stones for imaging in lithotripsy", Oleg A. Sapozhnikov, Neil R. Owen, Michael R. Bailey, Alexander I. Gromov, and Lawrence A. Crum, presented at the 14th International Congress on Sound and Vibration, Cairns, Australia (July, 2007).

III.    <u>Technical Reports and Book Reviews</u>

I.    "Acoustic Interaction of Linear and Planar Arrays of Small Magnetostrictive-Stack Sonar Transducers at an Air-Water Surface," F.B. Stumpf and L.A. Crum, Tech. Rept. for ONR Contract Nonr-4419 (01), June (1966).

2.  "The Study and Use of Compliant Tubes to Influence the Acoustic Interaction between Small Transducers at an Air-Water Surface," F.B. Stumpf and L.A. Crum, Tech. Rept. for ONR Contract Nonr-4419 (02), June (1967).

3.  "Acoustic Interaction for Arrays of Small Magnetostrictive-Stack Sonar Transducers at an Air-Water Surface," F.B. Stumpf, R.T. Richards, and L.A. Crum, Tech. Rept. for ONR Contract Nonr-4419 (03), July (1968).

4.  "The Motion of Bubbles in a Stationary Sound Field," L.A. Crum and A.I. Eller, Tech. Memo. No. 61, Acoustics Research Lab Harvard University (1969).

5.  "The Acoustic Radiation Pressure on a  Liquid Droplet in a Stationary Sound Field," Tech. Memo. No. C-1, Michaelson Physical Laboratory, U.S. Naval Academy, MD (1970).

6.  "An Ultrasonic Device for Monitoring Liquid Monopropellant Stability," Tech. Rept. No. C-277, Naval Ordnance Station, Indian Head, MD, June (1977).

7.  Review of Physical Acoustics,  R.B. Lindsay, Ed., J. Acoust. Soc. Amer. **57**, 1000 (1975).

8.  "The Effect  of a High Power Ultrasonic Device on Liquid Monopropellants," Tech. Rept. No. C-175, Naval Ordnance Station, Indian Head, MD, September (1975).

9.  "Nucleation and Cavitation Inception in Water," L.A. Crum, Tech. Rept. No. C-276, Naval Sea Systems Command, October (l976).

10. "Acoustic Cavitation Inception in Water and in Insonated Root Tips," Tech.  Rept. No. 178 for Office of Naval Research Contract NR 384-923 (1978).

11. "Nucleation Stabilization and Growth of Microbubbles in Water," Tech.  Rept. No. 278 for Office of Naval Research Contract NR 384- 923 (1978).

12. "Air Bubble Growth by Rectified Diffusion," Tech. Rept. No. 802 for Office of Naval Research Contract N00014-79-C-0404 (1980).

13. "Mie Scattering as a Technique for the Sizing of Air Bubbles," with G.M. Hansen, submitted to the Office of Naval Research as Technical Report No. 1-84 in June (l983).

14. "An Acoustic Levitation Technique for the Study of Nonlinear Oscillations of Gas Bubbles in Liquids," by L.A. Crum and D.A. Young, submitted to the Office of Naval Research as a  technical report in August (1983).

15. "Optical Sound Generation and Amplification," by H. Bass, L. Crum, and F. Shields, submitted to the Office of Naval Research as an Annual Summary Report in January (1984).

16. "Acoustic Cavitation and Bubble Dynamics," with A. Atchley submitted the Office of Naval Research as Technical Report No. 2-85, June (l985).

17. "The Nucleation of Cavitation in Aqueous Media," with A. Atchley, submitted to the Office of Naval Research as Technical Report No. 1-85, January (l985).

18. "Biological Effects of Acoustic Cavitation," submitted to the Office of Naval Research as Technical Report No. 3-85, July (l985).

19. "A Theoretical Investigation of Acoustic Cavitation," with K. Commander, submitted to the Office of Naval Research as Technical Report No. 4-85, August (l985).

20. "Acoustic Cavitation from Short Pulses of Ultrasound," with J.B. Fowlkes, submitted to the Federal Drug Administration as Technical Report No. 1-86, May (1986).

21. "An examination of cavitation due to short pulses of megahertz ultrasound," National Center for Physical Acoustics Technical Report No. LC.01 1988 for the National Institutes of Health by J.B. Fowlkes and L.A. Crum, December (1988).

22. "Experimental observation of the nonlinear response of single bubbles to an applied acoustic field," National Center for Physical Acoustics Technical Report No. LC.02 1988 by R.G. Holt and L.A. Crum, December (1988).

23. "Sources of ambient noise in the ocean:  An experimental investigation", with H. C. Pumphrey, NCPA Tech. Rept. No. LC.01.89 for the Office of Naval Research, July (1989).

24. "Further studies of the underwater noise produced by rainfall", with P.A. Elmore and H.C. Pumphrey, Tech. Rept. No. LC.02.89 for the Office of Naval Research, August (1989).

25. "Thresholds for surface wave generation on air bubbles in water", with S. Horsburgh, NCPA Tech Dept. No. LC.OZ.90 for the Office of Naval Research, February, 1990.

26. "Sonoluminescence and Acoustic Cavitation", with D. Felipe Gaitan, NCPA Rept. No. LC.02.90 for Office of Naval Research, September, 1990.

27. "Physical Mechanisms governing the mechanical response of the PIEZON MASTER 400", with R. Roy and M. Ahmad, Report No. 3-91 to Electromedical Systems, Inc. March, 1991.

28. "Calculations of the thresholds for growth and the growth rate of bubbles in mammalian tissues from exposure to low frequency sound", with Y. Mao, APL Report No. C-193, submitted to the U S Naval Submarine Medical Research Laboratory, Groton, CT, December, 1993.

IV. Published papers in refereed journals, edited conference proceedings and chapters in books

1.  "Ultrasonic Studies of Molecular Association in Aqueous Solutions of Formic, Acetic Propionic, and N-Butyric Acids," F.B. Stumpf and L.A. Crum, J. Acoust. Soc. Amer. **39**, 170-171 (1966).

2.  "Interaction Radiation Resistance and Reactance Measurements for Two Small Transducers at an Air-Water Surface," F.B. Stumpf and L.A. Crum, J. Acoust. Soc. Amer. **40**, 1554-1555 (1966).☐

3.  "Effect of Compliant Tube Arrays on the Radiation Impedance of Small Sonar Transducers at an Air Water Interface," L.A. Crum and F.B. Stumpf, J. Acoust. Soc. Amer. **43**, 1378-1382 (1968).☐

4.  "Instability of the Motion of a Pulsating Bubble in a Sound Field," A. I. Eller and L. A. Crum, J. Acoust. Soc. Amer. **47**, 762-768 (1970).

5.  "The Motion of Air Bubbles in Stationary Sound Field," L. A. Crum and A. I. Eller, J. Acoust. Soc. Amer. **48**, 181-189 (1970).☐

6.  "Comments on 'Force on a Small Inclusion in a Sound Field'", L. A. Crum, J. Sound Vib. **12**, 253-254 (1970).

7.  "Acoustic Force on a Liquid Droplet in an Acoustic Stationary Wave," L. A. Crum, J. Acoust. Soc. Amer. **50**, 157-164 (1971).

8.  "The Velocity of Transient Cavities in an Acoustic Stationary Wave," L.A. Crum and D.A. Nordling, J. Acoust. Soc. Amer. **52**, 294-302 (1972).

9.  "Lecture Demonstrations in Acoustics--Some Suggested Experiments," E. R. Pinkston and L.A. Crum, J. Acoust. Soc. Amer. **55**, 2-6 (1974).

10. "Acoustic Cavitation Inception in Water," L.A. Crum, Naval Research Reviews, **26,** 19-31 (1973).

11. "Bjerknes Forces in a Stationary Sound Field," L.A. Crum, J. Acoust. Soc. Amer. **57**, 1363-1370 (1975).

12. "Liquid Jet Development in Pulsating Bubbles," Proc. Conf. on Acoust. Cav., Inst. of Acoustics (Great Britain) **1**, 10-17 (1978).

13. "Surface Oscillations and Jet Development in Pulsating Air Bubbles," L.A. Crum, J. de Phsique Colloque 40, 285-288 (1979).

14. "Tensile Strength of Liquids," L.A. Crum, Nature, **278**, 148-149 (1979).

15. "The Influence of Temperature and Incubation Time on Deformability on Human Erythrocytes," L.A. Crum, W.T. Coakley and J.O. Deeley, Biochem, Biophys. Acta, **554**, 90-101 (1979).

16. "Morphological Changes, Haemolysis and Microvesicularization of Heated Human Erythrocytes," W.T. Coakley, L.A. Crum, J.O. Deeley and A.J. Bater, J. Therm. Biol. **4**, 85-93 (1979).

17. "Instability Development in Heated Human Erythrocytes," L.A. Crum, W.T. Coakley and A.J. Bater, Biochem. Biophys. Acta, **554**, 76-89 (1979).

18. "Measurements of Growth of Air Bubbles by Rectified Diffusion," L.A. Crum, J. Acoust. Soc. Amer. **68**, 203-211 (1980).

19. "Acoustic Cavitation Threshold of Water," L.A. Crum, in <u>Cavitation and Inhomogeneities in Underwater Acoustics</u>, Springer- Verlag (New York) (1980).

20. "Air Bubble Growth in Tissue by Rectified Diffusion," L.A. Crum and G.M. Hansen, Phys. in Med. and Biol. **27**, 413-417 (1982).

21. "Generalized Equations for Rectified Diffusion," L.A. Crum and G.M. Hansen, J. Acoust. Soc. Amer. **72**, 1586-1592 (1983).

22. "Nonlinear Oscillations of Gas Bubbles in Liquids: An Interpretation of Some Experimental Results," L.A. Crum and A. Prosperetti, J. Acoust. Soc. Amer. **73**, 121-127 (1983).

23. "Nucleation and Stabilization of Microbubbles in Liquids," L.A. Crum, App. Sci. Res. **38**, 101-115 (1982).

24. "The Polytropic Exponent of Gas Contained Within Air Bubbles Pulsating in a Liquid," L. A. Crum, J. Acoust. Soc. Amer. **73**, 116-120 (1983).

25. "Acoustic Cavitation," L.A. Crum, Proc. of 1982 IEEE Int. Sonics and Ultrasonics Symp., **1**, 1-12 (1983).

26. "The Effect of Polymer Additives on the Acoustic Cavitation Threshold of Water," L.A. Crum and J.R. Brosey, J. Fluids Engr. **160**, 99-104 (1984).

27. "Rectified Diffusion," L.A. Crum, Ultrasonics, **22**, 215-223 (l984).

28. "Comments on 'Nonlinear Oscillations of Gas Bubbles in Liquids: An Interpretation of Some Experimental Results," L.A. Crum and A. Prosperetti, J. Acoust. Soc. Amer., **75**, 1910-1912 (1984).

29. "Sonoluminescence from Stable Cavitation," L.A. Crum and G.T. Reynolds, J. Acoust. Soc. Amer. **78**, 137-139 (l985).

30. "A Precise Technique for the Measurement of Acoustic Cavitation Thresholds and some Preliminary Results," R.A. Roy, A.A. Atchley, L.A. Crum, J.B. Fowlkes and J.J. Reidy, J. Acoust. Soc. Amer. **78**, 1799-1805 (l985).

31. "Cavitation Produced by Short Acoustic Pulses," Ultrasonics Intl. Proc. **1**, 237-242 (1985).

32. "Image Intensifier Studies of Sonoluminescence from Liquids Subjected to Low Level Ultrasonic Pressure Amplitudes," with G. Reynolds and A. Walton, IEEE Nucl. Sci. Symp. Proc. **1**, 137-141 (1985).

33. "Acoustic Cavitation generated by Microsecond Pulses of Ultrasound," L.A. Crum and J.B. Fowlkes, Nature, **319**, 52-54 (1986).

34. "New Team Examines Acoustic Cavitation Generated by Clinical Ultrasound," Europ. Sci. Notes, **40**, 47-48 (1986).

35. "Acoustic Cavitation Produced *in vivo* by Clinical Ultrasound Devices", L.A. Crum, Proc. of 12th ICA, Toronto, July (1986).

36. "Acoustic Cavitation and Medical Ultrasound," L.A. Crum, S. Daniels, M. Dyson, G.R. ter Haar and A.J. Walton, Proc. of Inst. of Acoust. (UK), **8**, 137-146 (1986).

37. "Ultrasonic Debridement of Root Canals: An Insight Into the Mechanisms Involved," M. Ahmad, T. Pitt Ford, and L. Crum, J. Endodontics **13**, 93-101 (1987).

38. "Ultrasonic Debridement of Root Canals: Acoustic Streaming and Its Possible Role," M. Ahmad, T. Pitt Ford and L.A. Crum, J. Endodontics, **13**, 490-499 (1987).

39. "Ultrasonically Induced Gas Bubble Production In Agar based Gels: Part I, Experimental Investigation," S. Daniels, D. Blondel, L.A. Crum, G.R. ter Haar, and M. Dyson, Ultrasound in Med. and Biol. **13**, 527-540 (1987).

40. "Ultrasonically Induced Gas Bubble Production in Agar Based Gels: Part II, Theoretical Analysis," L.A. Crum, S. Daniels, G.R. ter Haar and M. Dyson, Ultrasound in Med. and Biol. **13**, 541-554 (1987).

41. "Acoustic Power Output Levels: Implications for Bioeffects Studies and Clinical Use of pulsed Doppler Ultrasound," D.C. Crawford and L.A. Crum, Proc. Obstetric and Neonatal Blood Flow Conf., April (1986).

42. "Acoustic Cavitation Generated by an Extracorporeal Shockwave Lithotripter," A.J. Coleman, J.E. Saunders, L.A. Crum and M. Dyson, Ultrasound in Med. and Biol. **13**, 69-76 (1987).

43. "Free Radical Production in Amniotic Fluid and Blood Plasma by Medical Ultrasound," L.A. Crum, A.J. Walton, A. Mortimer, M. Dyson and D.C. Crawford, J. Ultrasound Med. **6**, 643-647 (1987).

44. "Acoustic Emissions Associated with Drop Impacts," H.C. Pumphrey and L.A. Crum, in Sea Surface Sound, B.R. Kerman, ed., (Kluwer Academic Publishers, Dordrecht), 1987, pp. 463-485 (1987).

45.  "Reply to 'On the measurement and interpretation of cavitation thresholds'," R.A. Roy, A.A. Atchley, L.A. Crum, J.B. Fowlkes and J.J. Reidy, J. Acoust. Soc. Amer. **82**, 691 (1987).

46.  "Is acoustic cavitation produced by diagnostic ultrasound devices?", L.A. Crum, IEEE Sonics and Ultrasonic Symposium Proceedings, **1**, 997 (1987).

47.  "Nonlinear Bubble Dynamics," A. Prosperetti, L.A. Crum and K.W. Commander, J. Acoust. Soc. Amer. **83**, 502-514 (1988).

48.  "Cavitation threshold measurements for microsecond pulses of ultrasound," J.B. Fowlkes and L.A. Crum, J. Acoust. Soc. Amer. **83**, 2190-2201 (1988).

49.  "Ultrasonic debridement of root canals: Acoustic Cavitation and its relevance," M. Ahmad, T. Pitt Ford, L.A. Crum and A.J. Walton, J. Endodontics **14**, 486-493 (1988).

50.  "Acoustic Cavitation and Bubble Dynamics," in Ultrasound: Its Chemical, Physical and Biological Effects, K.S. Suslick, ed. (VCH Publishers, New York), 1988, pp. 1-64.

51.  "Cavitation microjets as a contributory mechanism for renal calculi disintegration in ESWL," L.A. Crum, J. Urology **140**, 1587 (1988).

52.  "Underwater sound produced by individual drop impacts and rainfall," H.C. Pumphrey, L.A. Crum and L. Bjørnø, J. Acoust. Soc. Am. **85**, 1518 (1989).

53.  "The underwater noise of rain," A. Prosperetti, L.A. Crum and H.C. Pumphrey, J. Geophys. Res. **94**, 3255-3259 (1989).

54.  "The effect of therapeutic ultrasound on the electrophysiological parameters of frog skin," M.A. Dinno, L.A. Crum and J. Wu, J. Ultrasound in Med. & Biol. **15**, 461 (1989).

55.  "Extracorporeal Shock Wave Lithotripsy," L.A. Crum, C.C. Church and D.T. Blackstock, Physics News in 1988 Physics Today, Jan. (1989).

56.  "Acoustic cavitation and Extracorporeal Shock Wave Lithotripsy", C.C. Church and L.A. Crum, Proc. 13th ICA, Belgrade, **4**, 205 (1989).

57.  "The role of acoustic cavitation in medical ultrasound", L.A. Crum, Proc. 13th ICA, Belgrade, **4**, 153 (1989).

58.  "The underwater sound of rainfall", R.R. Goodman, H.C. Pumphrey and L.A. Crum, Proc. 13th ICA, Belgrade, **4**, 411 (1989).

59.  "The significance of membrane changes in the safe and effective use of therapeutic and diagnostic ultrasound", M.A. Dinno, M. Dyson, S.R. Young, A.J. Mortimer, J. Hart and L.A. Crum, J. Phys. Biol. Med. **34**, 1543-1552 (1989).

60.  "Sonoluminescence and its application to medical ultrasound risk assessment", L.A. Crum and D.F. Gaitan, Proc. Int. Soc. Opt. Engr. 1161, 125-134 (1989).

61. "Free oscillations of near-surface bubbles as a source of ambient noise," H.C. Pumphrey and L.A. Crum, J. Acoust. Soc. Am. **87**, 142-147 (1990).

62. "Acoustic cavitation and medical ultrasound", Ultrasonics International Proceedings **1**, 852-858 (1989).

63. "Device for Measuring Violent Stable Cavitation," in ANSI Standards Publication IEEE Std. 7 90 - 1989, Guide for Medical Ultrasound Field Parameter Measurements, p. 80, June (1990).

64. "Effectiveness of some physical mechanisms generated by the ultrasonic file in the disruption of root canal bacteria," proceedings of International Association for Dental Research, M. Ahmad, T. Pitt Ford, L.A. Crum, and R.F. Wilson, New Delhi, India Vol. 1, 17-19 (1990).

65. "An investigation of the collective oscillations of a bubble cloud", S.W. Yoon, L.A. Crum, A. Prosperetti and N.Q. Lu, J. Acoust. Soc. Am. **89**, 700-706 (1991).

66. "Mie scattering used to determine spherical bubble oscillations", R. G. Holt and L. A. Crum, Applied Optics **29**, 4182-4191 (1990).

67. "The labor pool of future acousticians--is it adequate?", L. A. Crum, J. Acoust. Soc. Am. **90**, 1192-1195 (1991).

68. "Acoustic cavitation produced by microsecond pulses of ultrasound: A discussion of some selected results", L.A. Crum, R. A. Roy, M. A. Dinno, C. C. Church, R. E. Apfel, C. K. Holland and S. I. Madanshetty, J. Acoust. Soc. Am., **91**, 1113-1119 (1992).

69. "Collective oscillations of a bubble cloud", S. W. Yoon, K. J. Park, L. A. Crum, N. Q. Lu and A. Prosperetti, to be published in Natural Physical Sources of Underwater Sound, ed. by B. Kerman (Kluwer Acad. Pub., Dordrecht)

70. "The production of high frequency ambient sound by capillary waves", A. Kolaini, R. A. Roy and L. A. Crum to be published in Natural Physical Sources of Underwater Sound, ed. by B. Kerman (Kluwer Acad. Pub., Dordrecht).

71. "Observation of sonoluminescence from a single stable cavitation bubble in a water/glycerine mixture", L.A. Crum and D.F. Gaitan, in Frontiers of Nonlinear Acoustics, **12th ISNA**, ed. by M.F. Hamilton and D.T. Blackstock, Elsevier Applied Science, New York, 1990, 459-463.

72. "A theoretical study of cavitation generated by four commercially available extracorporeal lithotripters", C.C. Church and L.A. Crum, in Frontiers of Nonlinear Acoustics, **12th ISNA**, ed by M.F. Hamilton and D.T. Blackstock, Elsevier Applied Science, New York, 1990, 433-438.

73. "An investigation of the acoustic emissions from a bubble plume", A. Kolaini, R.A. Roy and L.A. Crum, J. Acoust. Soc. Am. **89**, 2452-2455 (1991).

74.  "Sonoluminescence," L. A. Crum and S. Putterman, J. Acoust. Am. **91**, 517 (1992).

75.  "Sonoluminescence as a technique for studying cavitation bubble dynamics on the micron size scale", D.F. Gaitan and L.A. Crum, proceedings of the ASME conference on microscale phenomena, Portland, OR, June, 1991.

76.  "Acoustic backscattering from a cylindrical bubble cloud in water," S. W. Yoon, K. J. Park, L. A. Crum and R. A Roy, Proceedings:  Western Pacific Acoustic Conference IV , 462-469 (1991).

77.  "Sonoluminescence and bubble dynamics for a single, stable cavitation bubble", D. F. Gaitan, L.A. Crum,. R.A. Roy and C.C. Church, J. Acoust. Soc. Am. **91**, 3166-3183 (1992).

78.  "In vitro detection of cavitation induced by a diagnostic ultrasound system,", C.K. Holland, R.A. Roy, R.E. Apfel and L.A. Crum, IEEE UFFC **39**, 95-101, 1992.

79.  "Collective oscillations of a bubble cloud as a source of underwater ambient noise in the ocean," J. Acoust. Soc. Korea **10**, 47 (1991).

80.  "Sonoluminescence," L. A. Crum and D. F. Gaitan, Proceedings of 14th ICA, Paper C2-1, Beijing, China (1992).

81.  "The underwater sounds of precipitation", L.A. Crum, R.A. Roy and A. Prosperetti, Naval Research Reviews, Second Quarter, 2-12 (1992).

82.  "Enhancement of hydrodynamic flow noise radiation by the regulation of air bubbles in a turbulent water jet", M. S. Korman, R. A. Roy and L. A. Crum, Proceedings of 14th ICA, Paper B6-1, Beijing, China (1992).

83.  "Acoustically forced oscillations of air bubbles in water:  Experimental results," R. G. Holt and L. A. Crum, J. Acoust. Soc. Am. **91**, 1924-1931 (1992).

84.  "Sonoluminescence," L. A. Crum and S. Putterman, Acoustics News in 1991," Physics Today, January, 1992.

85.  "Collective oscillations of a bubble cloud as a source of underwater ambient noise in the ocean," R. A. Roy , S. W. Yoon, M. Nicholas, K. J. Park and L. A. Crum, Proceedings: Internoise 91, 399-402 (1991).

86.  "Acoustic roles of bubble clouds in the ocean," S. W. Yoon and L. A. Crum, published in Proceedings of the International Scientific School Seminar, Nizhny, Novgorod, Russia, June, 1992.

87.  "Low frequency scattering from submerged bubble clouds," R. A. Roy, W. Carey, M. Nicholas, J. Schindall and L. A. Crum, J. Acoust. Soc. Am. **92**, 2993-2999 (1992).

88.  "The acoustic emissions from bubble plumes generated by an impacting transient water jet," A. R. Kolaini, C. C. Church, R. A. Roy and L. A. Crum, Proceedings of 14th ICA, Paper C3-4, Beijing, China (1993).

89. "Low frequency scattering from resonant bubble clouds," R. A. Roy, W. Carey, M. Nicholas and L. A. Crum, Proceedings of 14th ICA, Paper C3-5, Beijing, China (1992).

90. "Underwater acoustic backscatter from a cylindrical bubble cloud," S. W. Yoon, K. J. Park and L. A. Crum, Proceedings of 14th ICA, Paper C3-1, Beijing, China (1992).

91. "Low-frequency underwater sound generation by impacting transient cylindrical water jets", A. Kolaini, R. A. Roy, L. A. Crum and Y. Mao, J. Acoust. Soc. Am. **94**, 2809-2816 (1993).

92. "Calcium and the effects of ultrasound on Frog skin", A. M. Al-Karmi, M. A. Dinno, D. A. Stoltz, L. A. Crum and J. C. Matthews", Ultrasound in Med. & Biol, **20**, 73-81 (1994).

93. "Sonoluminescence, sonochemistry, and sonophysics", L. A. Crum, J. Acoust. Soc. Am. **95**, 559-564 (1994).

94. "The effects of ultrasound on membrane-bound ATPase activity", M. Dinno, R.J. Fisher, J.C. Matthews, L.A. Crum and W. Kennedy, Ultrasound in Medicine and Biology (submitted, 1991).

95. "Sonochemistry and sonoluminescence", K.S. Suslick and L.A. Crum, in <u>Handbook of Acoustics</u>, M. Crocker, ed. John Wiley and Son, (1997), pp. 271-281.

96. "Effect of free radical scavengers on changes in ion conductance during exposure to therapeutic ultrasound", M. A. Dinno, A.M. Al-Karmi, D. A. Stoltz, J. C. Matthews and L. A. Crum, Membrane Biochemistry, **10**, 237-247 (1993).

97. "Sound emissions by a laboratory bubble cloud," M. Nicholas, R. A. Roy, L. A. Crum, H. N. Oguz, and A. Prosperetti, J. Acoust. Soc. Am. **95**, 3171-3182 (1994).

98. L. A. Crum and S. Cordry, "Single-bubble sonoluminescence", in <u>Bubble Dynamics and Interface Phenomena</u>, J. R. Blake, J. M. Boulton-Stone and N. H. Thomas, eds. (Kluwer Academic Publishers: Dordrecht) 1994, pp 287-297.

99. "Inactivation of firefly luciferase and rat erythrocyte ATPase by ultrasound", J. C. Matthews, W. L. Harder, W. K. Richardson, R. J. Fisher, A. M. Al-Karmi, L. A. Crum, and M. A. Dinno, Membrane Biochemistry, **10**, 213-220 (1993).

100. "Observations of underwater sound from laboratory breaking waves and the implications concerning ambient noise in the ocean", A. R. Kolaini and L. A. Crum, J. Acoust. Soc. Am. **94**, 1766-1772 (1994).

101. "Physical mechanisms governing the hydrodynamic response of an oscillating ultrasonic file", R.A. Roy, M. Ahmad and L.A. Crum, International Endodontic Journal, **27**, 197-207 (1994).

102. "Bubble production by capillary-gravity waves", A. R. Kolaini, L. A. Crum and R. A. Roy, J. Acoust. Soc. Am., **95**, 1913-1921 (1994).

103. "Sonoluminescence", L. A. Crum, <u>Physics Today</u>, **47**, (September, 1994), pp. 22-29.

104. "Low frequency resonance backscatter from near-surface bubble clouds", L. A. Crum, J. A. Schindall, R. A. Roy and W. M. Carey, published in the SACLANTCEN Proceedings of the NATO Symposium on Low Frequency Active Sonar, Lerici, Italy, May (1993), pp. B9.1-9.16.

105. "Artificial bubble cloud targets", P. A. Hwang, R. A. Roy and L. A. Crum, in <u>Sea Surface Sound</u>, M. J. Buckingham and J. R. Potter, eds (World Scientific, Singapore), pp. 270-290 (1995).

106. "Can near surface bubble clouds and plumes lead to anomalous perturbations in low-frequency sea-surface scattering?", R. A. Roy, J. A. Schindall, W. M. Carey and L. A. Crum, to be published in the Proceedings of the European Symposium on Underwater Acoustics, Copenhagen, Denmark, July (1994).

107. "Sonoluminescence", S. Cordry and L. A. Crum, in <u>Luminescence in Solids and Liquids</u>, Dr. R. Vij, ed., (Plenum Pub. Co.: London), pp. 343-359, 1998.

108. "Unresolved issues in bubble-related ambient noise", L. A. Crum, in <u>Sea Surface Sound</u>, M. J. Buckingham and J. R. Potter, eds (World Scientific, Singapore), pp. 243-270 (1995).

109. "Nonlinear coupling between the surface and volume modes of an oscillating bubble", Y. Mao, L. A. Crum and R. A. Roy, J. Acoust. Soc. Am. **98**, 2764-2771 (1995).

110. "Acoustically enhanced bubble growth at low frequencies and its implications for human diver and marine mammal safety", L. A. Crum and Y. Mao, J. Acoust. Soc. Am. **99**, 2898-2907 (1996).

111. "Sonoluminescence", L. A. Crum and R. A. Roy, Science, (Perspectives) **266**, 233-234 (1994).

112. "Single bubble sonoluminescence", L. A. Crum, Proceedings Fifth Western Pacific Regional Acoustics Conference, Seoul, Korea, **1**, 17-25 (1994).

113. "Cavitation: Its role in stone comminution and renal injury,", M. A. Averkiou and L. A. Crum, in <u>Topics in Clinical Urology: New Developments in the Management of Urolithiasis</u>, edited by J. E. Lingeman and G. M. Preminger, (Igaku-Shoin Medical publishers, Inc., New York, 1995), chap. 1, pp 21-40.

114. "Artificial bubble cloud targets for underwater acoustic remote sensing", P. A. Hwang, R. A. Roy and L. A. Crum, J. Atmos. Ocean. Tech. **12**, 1287-1302 (1995).

115. "Bubbles hotter than the sun", L. A. Crum, New Scientist, **146**, 36-41 (1995).

116.  "Sonoluminescence", L. A. Crum, Parity, **10**, 13-22 (1995). (Japanese translation of Physics Today article).

117.  "The relative roles of thermal and nonthermal effects in the use of high intensity focused ultrasound for the treatment of benign prostatic hyperplasia", L. A. Crum and W. Law, Proceedings of the 15th International Congress on Acoustics, Trondheim, Norway, June (1995), Vol 3, pp 315-319 .

118.  "Educating students on the use of ultrasound in medicine and biology", L. A. Crum, Proceedings of the 15th International Congress on Acoustics, Trondheim, Norway, June (1995), Vol 4, pp. 295-298 .

119.  "Comments on the evolving field of sonochemistry by a cavitation physicist", L. A. Crum, Ultrasonics (Sonochemistry), **2**, pp. 147-152 (1995).

120.  "Modified spectral solution of a Burgers-type equation for the description of shock wave propagation in biological media", V. A. Khokhlova, O. V. Sapozhnikov, M. A. Averkiou and L. A. Crum, Proc. World Congress on Acoustics, Berlin, 1995, Vol. 2 pp. 1099-1102.

121.  "Sonoluminescence--History and present status", L. A. Crum, Proc. World Congress on Ultrasonics, Berlin, 1995, Vol. 1, pp. 63-69.

122.  "First World Congress on Ultrasonics--Berlin, September, 1995", J. Acoust. Soc. Am, **99**, 639 (1996).

123.  "Sound Therapy", L. A. Crum and K. Hynynen, PHYSICS WORLD, August, 1996, pp. 28-33.

124.  "The effect of polypropylene vials on lithotripter shock waves", R. O. Cleveland, J. A. McAteer, S. P. Andreoli, and L. A. Crum, Ultrasound in Med. & Biol., **23**, 939-952 (1997).

125.  "Liver hemostasis using high intensity focused ultrasound", S. Vaezy, R. Martin, U. Schmiedl, M. Caps, S. Taylor, K. Beach, S. Carter, P. Kaczkowski, G. Keilman, S. Helton, W. Chandler, P. Mourad, M. Rice, R. Roy, and L. Crum, Ultrasound in Med. and Biol. **23**, 1413-1420 (1997).

126.  "Bubbles generate unexpected stresses", R. Cleveland and L. A. Crum, PHYSICS WORLD, October, 1997.

127.  "Shocking Revelations", L. A. Crum and T. J. Matula, Science, **276**, 1348-1349 (1997).

128.  "The role of acoustic cavitation in megasonic cleaning", L. A. Crum and G. W. Ferrell, Acustica/Acta Acustica, **82**, 132 (1996).

129.  "Bjerknes forces and bubble levitation under single bubble sonoluminescence conditions", T J. Matula, S. M. Cordry, R. A. Roy, and L. A. Crum, J. Acoust. Soc. Am., **102**, 1522-1527 (1997).

130. "Acoustic emissions from single bubble sonoluminescence", T. J. Matula, I. Hallaj, R. Cleveland, W. C. Moss, R. A. Roy and L. A. Crum, J. Acoust. Soc. Am., **103**, 1377-1382 (1998).

131. "Evidence for gas exchange in single bubble sonoluminescence", T. J. Matula and L. A. Crum, Phys. Rev. Letts. **80**, 865-868 (1998).

132. "In vivo pressure measurements of lithotripsy shock waves in pigs", R. O. Cleveland, D. A. Lifshitz, B. A. Connors, A. P. Evan, L.R. Willis, and L. A. Crum, Ultrasound in Med. & Biol., **24**, 293-306 (1998).

133. "Hemostasis of punctured blood vessels using high intensity focused ultrasound", S. Vaezy, R. Martin, H. Yaziji, P. Kaczkowski, G. Keilman, S. Carter, M. Caps, E. Chi, M. Bailey and L. A. Crum, Ultrasound in Med. and Biol. **24**, 903-910 (1998).

134. "The Underwater Sounds Produced by Impacting Snowflakes", L. A. Crum, R. Roy, H. Pumphrey and A. Prosperetti, J. Acoust. Soc. Am. **106**, 1765-1770 (1999).

135. "An acoustically matched high pressure chamber for control of cavitation in shock wave lithotripsy: mechanisms of shock wave damage in vitro.", M. A. Stonehill, J. C. Williams, Jr, M. R. Bailey, R. O. Cleveland, L. A. Crum, A. P. Evan and J. A. McAteer, Methods in Cell Science, **19**, 303-310 (1998).

136. "Effect of macroscopic air bubbles on cell lysis by shock wave lithotripsy *in vitro*", J.C. Williams, M. A. Stonehill, K. Colmenares, A.P. Evan, S.P. Andreoli, R.O. Cleveland, M.R. Bailey, L. A. Crum, and J. A. McAteer, Ultrasound in Medicine and Biology, **25**, 473-479, 1998.

137. "Use of High Intensity Focused Ultrasound to control bleeding", S. Vaezy, R. Martin, P. Kaczkowski, G. Keilman, B. Goldman, H. Yaziji, S. Carter, M. Caps, and L. A. Crum, J. Vascular Surgery, 29, 534-542 (1999).

138. "Therapeutic ultrasound: A promising future in clinical medicine", L. Crum, M. Bailey, P. Kaczkowski, I. Makin, P. Mourad, K. Beach, S. Carter, U. Schmiedl, W. Chandler, R. Martin, S. Vaezy, G. Keilman, R. Cleveland, and R. Roy, Proceedings of the joint meeting of the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, (P. Kuhl and L. Crum, eds.), **1**, 719-720 (1998).

139. "Acoustic liver cauterization: A potential tool for bloodless surgery", R. Martin, S. Vaezy, S. Helton, M. Caps, P. Kaczkowski, G. Keilman, S. Carter, W. Chandler, P. Mourad, K. Beach, and L. A. Crum, Proceedings of the joint meeting of the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, (P. Kuhl and L. Crum, eds.), **1**, 721-722 (1998).

140. "Ex-vivo studies of the effects of high intensity focused ultrasound on whole blood", S. Poliachik, W. Chandler, P. Mourad, S. Bloch, M. Bailey, R. Cleveland, P. Kaczkowski, G. Keilman, T. Porter, and L. A. Crum., Proceedings of the joint meeting of the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, (P. K. Kuhl and L. A. Crum, eds.), **1**, 727-728 (1998).

141. "Numerical simulations of tissue heating created by high intensity focused ultrasound", F. P. Curra, P. D. Mourad, R. Cleveland, V. A. Khokhlova and L. A. Crum, Proceedings of the joint meeting of the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, (P. K. Kuhl and L. A. Crum, eds.), **2**, 1059-1060 (1998).

142. "Occlusion of blood vessels using high intensity focused ultrasound", S. Vaezy, R. Martin, P. Kaczkowski, G. Keilman, S. Carter, M. Caps, and L. A. Crum, Proceedings of the joint meeting of the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, (P. K. Kuhl and L. A. Crum, eds.), **2**, 1061-1062 (1998).

143. "Measurements of sound speed in excised tissue over temperatures expected under high intensity focused ultrasound conditions", S. Bloch, M. Bailey, L. Crum, P. Kaczkowski, P. Mourad and G. Keilman, Proceedings of the joint meeting of the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, (P. K. Kuhl and L. A. Crum, eds.), **2**, 1065-1066 (1998).

144. "The effects of organic compound doping in single bubble sonoluminescence", M. Ashokkumar, F. Grieser, W. McNamara III, K. Suslick, T. Matula, C. Frensley, and L. A. Crum, Proceedings of the joint meeting of the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, (P. K. Kuhl and L. A. Crum, eds.), **3**, 1543-1544 (1998).

145. "Acoustic and system parameters affecting destruction of ultrasound contrast agents", P. Chang, I. Makin and L. Crum, Proceedings of the joint meeting of the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, (P. K. Kuhl and L. A. Crum, eds.), **4**, 2191-2192 (1998).

146. "Acoustically induced cavitation fusion", L. A. Crum, Proceedings of the joint meeting of the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, (P. K. Kuhl and L. A. Crum, eds.), **4**, 2275-2276 (1998).

147. "Separation of cavitation and renal injury induced by shock wave lithotripsy (SWL) from SWL-induced impairment of renal hemodynamics", A. Evan, L. Willis, B. Connors, J. McAteer, J. Lingeman, R. Cleveland, M. Bailey and L. Crum, Proceedings of the joint meeting of the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, (P. K. Kuhl and L. A. Crum, eds.), **4**, 2487-2488 (1998).

148. "SWL cavitation damage in vitro: Pressurization unmasks a differential response of foil targets and isolated cells", J. McAteer, M. Stonehill, K. Colmenares, J. Williams, A. Evan, R. Cleveland, M. Bailey, and L. A. Crum, Proceedings of the joint meeting of the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, (P. K. Kuhl and L. A. Crum, eds.), **4**, 2497-2498 (1998).

149. "Effect of overpressure on dissolution and cavitation of bubbles stabilized on a metal surface", R. Cleveland, M. Bailey, L. Crum, M. Stonehill, J. Williams and J. McAteer, Proceedings of the joint meeting of the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, (P. K. Kuhl and L. A. Crum, eds.), **4**, 499-2500 (1998).

150. "Radial response of single bubble sonoluminescence to novel excitations", K. Hargreaves, T. Matula, L. Crum and W. Moss, Proceedings of the joint meeting of the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, (P. K. Kuhl and L. A. Crum, eds.), **4**, 2583-2584 (1998).

151. "Measurements of the dynamic response of single bubble sonoluminescence near the luminescence and extinction thresholds", T. J. Matula and L. A. Crum, Proceedings of the joint meeting of the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, (P. K. Kuhl and L. A. Crum, eds.), **4**, 2585-2586 (1998).

152. "Use of two pulses to control cavitation in lithotripsy", M. Bailey, R. Cleveland, D. Blackstock, and L. Crum, Proceedings of the joint meeting of the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, (P. K. Kuhl and L. A. Crum, eds.), **4**, 2807-2808 (1998).

153. "Detection and control of lithotripsy-induced cavitation in blood", B. Jordan, M. Bailey, R. Cleveland and L. Crum, Proceedings of the joint meeting of the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, (P. K. Kuhl and L. A. Crum, eds.), **4**, 2809-2810. (1998).

154. "Fast spectral algorithm for modeling focused sound beams in a highly nonlinear regime", V. Khokhlova, M. Averkiou, S. Younghouse, M. Hamilton, and L. Crum, Proceedings of the joint meeting of the 16th International Congress on Acoustics and the 135th Meeting of the Acoustical Society of America, (P. K. Kuhl and L. A. Crum, eds.), **4**, 2875-2876 (1998).

155. "Comparison of lithotripters with rigid and pressure-release ellipsoidal reflectors. I. Acoustic fields", M. R. Bailey, D. T. Blackstock, R. O. Cleveland, and L. A. Crum, J. Acoust. Soc. Amer, **104**, 2517-2524 (1998).

156. "Hemostasis of punctured vessels using Doppler-guided treatment", R. Martin, S. Vaezy, P. Kaczkowski, G. Keilman, S. Carter, M. Caps, K. Beach and L. Crum, Ultrasound in Medicine and Biology, **25**, 985-990 (1999).

157. "Ultrasound Detection of Acute Parenchymal Injury in an Experimental Porcine Model of Renal Hemorrhage: Gray Scale Imaging using an Ultrasound Contrast Agent", Udo P. Schmiedl, M.D., Ph.D., Stephen Carter, M.D., Roy Martin, Ph.D., William Eubanks, M.D., Thomas Winter, M.D., Peter P. Chang, Ph.D., Albrecht Bauer, M.D., Ph.D., Lawrence Crum, Ph.D., Amer. J. Radiology; **173**, 1289-1294 (1999).

157. "Ultrasound contrast agents: Present but not seen", P. Chang, W. Chen, P. Mourad, S. Poliachik and L. A. Crum, IEEE Sym. Proceedings. **2**, 1795-1798, 1998.

158.  "Portable ultrasound device for battlefield trauma", J. J. Hwang, J. Quistgaard, J. Souquet, and L. A. Crum, , IEEE Sym. Proceedings. **2**, 1663-1666, 1998

159. "Detection of high intensity focused ultrasound liver lesions using dynamic elasticity", X. Shi, R. W. Martin, D. Rouseff, S. Vaezy and L. A. Crum, Ultrasonic Imaging, **21**, 107-126 (1999).

160. "Effect of high intensity focused ultrasound on whole blood with and without microbubble contrast agents", S. I. Poliachik, W. L. Chandler, P. D. Mourad, M. Bailey, S. Bloch, R. O. Cleveland, P. Kaczkowski, G. Keilman, T. Porter, and L. A. Crum, Ultrasound in Medicine and Biology, **25**, 991-998 (1999).

161. "Control of splenic bleeding using high intensity ultrasound", S. Vaezy, R. Martin, G. Keilman, P. Kaczkowski, E. Chi, E. Yaziji, M. Caps, S. Poliachik, S. Carter, S. Sharar, C. Cornejo and L. A. Crum, J. of Trauma, **47**, 521-525 (1999).

162. "Comparison of electrohydraulic lithotripters with rigid pressure-release ellipsoidal reflectors: II. Cavitation fields, M. R. Bailey, D. T. Blackstock, R. O. Cleveland, and L. A. Crum, J. Acoust. Soc. Amer. **106**, 1149-1160 (1999).

163. "Detection of high-intensity focused ultrasound liver lesions using dynamic elasticity", X. Shi, R. W. Martin, D. Rouseff, S. Vaezy and L. A. Crum, Ultrasonic Imaging, **21**, 107-126 (1999).

164. "Hemostasis using High Intensity Focused Ultrasound", S. Vaezy, R. Martin, P. Mourad, and L. A. Crum, European J. of Ultrasound, **9**, 79-87 (1999).

165. "Effects of microgravity and hypergravity on sonoluminescence", T. Matula, V. Bezzerides, J. Swalwell, P. Hilmo, D. Kuhns,, R. Roy, and L. A. Crum, Phys. Rev. Lett. (submitted, 1/99).

166. "High intensity focused ultrasound and tissue heating: the effect of nonlinear sound propagation and vessel presence," P. Mourad, F. Curra and L. A. Crum, IEEE-Ultrasonics Symp. Proc., **2**, 1419-1422, (1998).

167. "Effect of high intensity focused ultrasound on whole blood with and without contrast agents", S. L. Poliachik, P. D. Mourad, W. Chandler and L. A. Crum, IEEE-Ultrasonics Symp. Proc., **2**, 24-29, (1998)

168. "Numerical simulations of heating patterns and tissue temperature response due to high intensity focused ultrasound", F. P. Curra, P. D. Mourad, V. A. Khokhlova, R. O. Cleveland, and L. A. Crum, IEEE UFFC **47**, 1077-1089 (2000).

169. "Numerical simulations of acoustic thermal lesion distortion by the formation of gas pockets and temperature-dependent attenuation and sound speed", F. P. Curra, P. D. Mourad, and L. A. Crum, Submitted to Ultra. Med. Bio.

170. "A new high intensity focused ultrasound applicator for surgical applications., M. D. Brentnall, R. W. Martin, S. Vaezy, P. Kaczkowski, F. Forster, and L. A. Crum, IEEE Trans Ultrasonics, Ferroelectrics, & Frequency Control, **48**, 53-64 (2001).

171. "Miniature digital ultrasound device for mobile and remote imaging", R. W. Martin, S. Carter, S. Vaezy, B. K. Stewart, U. P. Schmiedl, M. M. Rice, M. Freckleton, L. Pflugrath, and L. A. Crum (Military Medicine; (in Press 1999)).

172. "Treatment of uterine fibroid tumors in a nude mouse model using High Intensity Focused Ultrasound", S. Vaezy, V. Y. Fujimoto, C. Walker, R. W. Martin, EY. Chi and L. A. Crum, Amer. J. Obstetrics and Gynecology, **183**, 6-11 (2000)

173. "Increased hydrostatic pressure enhances SWL cavitation damage to foil targets and protects isolated cells from lytic injury", J. A. McAteer, M. A. Stonehill, A. P. Evan, R. O. Cleveland, M. R. Bailey J. C. Williams, and L. A. Crum Ultrasound in Med. and Biol. (submitted, 7/99)

174. "A dual passive cavitation detector for localized detection of lithotripsy-induced cavitation *in vitro*", R. O. Cleveland, O. A. Sapozhnikov, M. R. Bailey, and L. A. Crum, J. Acoust. Soc. Am., **107**, 1745-1758 (2000).

175. "Inertial cavitation thresholds for Albunex produced by pulsed ultrasound", P. P. Chang, W.S. Chen, P. D. Mourad, S. L. Poliachik, and L. A. Crum, IEEE Trans Ultrasonics, Ferroelectrics, & Frequency Control, **48**, 161-170 (2001).

176. "Effect of selective absorption on nonlinear interactions in high intensity acoustic beams", V. A. Khokhlova, S. S. Kashcheeva, M. A. Averkiou and L. A. Crum, Proceedings of the 16th International Symposium on Nonlinear Acoustics, Gottingen (July, 1999).

177. "Pre-clinical development of non-invasive vascular occlusion using focused ultrasound surgery for fetal therapy", S. Vaezy, V. Y. Fujimoto, C. Walker, R. W. Martin, EY. Chi and L. A. Crum, Amer. J. Obstetrics and Gynecology (accepted, August, 1999)

178. "Real-time visualization of high-intensity focused ultrasound treatment using ultrasound imaging", S. Vaezy, X Shi, R. W. Martin, E., P. Chi, P. I. Nelson, M. R. Bailey, and L. A. Crum, Ultrasound in Med. and Biol., **27**, 33-43 (2001).

179. "The Effect Of Solutes On Single-Bubble Sonoluminescence In Water", Muthupandian Ashokkumar, Lawrence A. Crum, C. Allen Frensley, Franz Grieser, Thomas J. Matula,, William B. McNamara III, and Kenneth S. Suslick, J. Physical Chemistry, **104**, 8462-8465 (2000).

180. "High Intensity Focused Ultrasound: A method for producing hemostasis", S. Vaezy, R. Martin and L. A. Crum, Echocardiography, **18**, 309-315 (2001).

181. "Ultrasound accelerates functional recovery after peripheral nerve damage", P. D. Mourad, D. A. Lazar, F. P. Curra, B. Mohr, K. C. Andrus, A. M. Avelliono, L. D. McNutt, M. Kliot, and L. A. Crum, Neurosurgery, **48**, 1136-1141 (2001).

182. "Acoustic Hemostasis", L. A. Crum, K. Beach, S. Carter, W. Chandler, F. Curra, P. Kaczkowski, G. Keilman, V. Khokhlova, R. Martin, P. Mourad, and S. Vaezy in Nonlinear Acoustics at the Turn of the Millennium: ISNA 15, (W. Lauterborn and T. Kurz, eds), Am. Inst. of Physics (New York), pp. 13-22 (2000).

183. "Surface modification of polymers with self-assembled monolayers; Multi-technique surface characterization", C. S. Kwok, P. Mourad, L. A. Crum and B. D. Ratner, Biomacromolecules, **1**, 139-148 (2000).

184. "Use of overpressure to assess the role of bubbles in focused ultrasound lesion shape". M. R. Bailey, L. N. Couret, O. A. Sapozhnikov, V. A. Khokhlova, G. Ter Haar, I. Rivens, S. Vaezy, X Shi, R. Martin, and L. A. Crum, Ultrasound in Medicine and Biology, **27**, 695-708 (2001).

185. "Nonlinear distortion and attenuation of intense acoustic waves in lossy media obeying a frequency power law", S. S. Kashcheeva, O. A. Sapozhnikov, V. A. Khokhlova, M. A. Averkiou, and L.A. Crum, Acoust. Phys., **46**, 170-177 (2000).

186. "Biological mechanisms of acoustically-induced hemostasis", S. Vaezy, R. Martin, B. Goldman, E. Chi, W. Chandler, P. Kaczkowski, and L. A. Crum: Proc. 1999 IEEE Ultras Symp. **2**, 1401-1404, 1999.

187. "Color Doppler imaging of acoustic streaming in blood and clot", X. Shi, R. W. Martin, S. Vaezy, and L. A. Crum: Proc. 1999 IEEE Ultras Symp. **2**, 1315-1318, 1999.

188. "In Vitro sonoluminescence and sonochemistry studies with a electrohydraulic shock wave lithotripter", T. J. Matula, P. R. Hilmo, M. R. Bailey and L. . A. Crum, Ultrasound in Med. & Biol. **28**, 1199-1207 (2002).

189. "Correlation between sonoluminescence, sonochemistry, and cavitation noise spectra", N. Segebarth, O. Eulaerts, J. Reisse, T. Matula and L. A. Crum, Chem Phys Chem, **2** 536-538 (2001).

190.    "Self-assembled molecular structures as ultrasonically-responsive barrier membranes for pulsatile drug delivery", C. S., P. D. Mourad, L. A. Crum and B. D. Ratner, J. Biomedical Materials Research, **57**, 151-164 (2001).

191. "Image-guided acoustic hemostasis", L. A. Crum, M. Bailey, S. Carter, F. Curra, P. Kaczkowski, S. Kargl, R. Martin, P. Mourad, and S. Vaezy, in New Acoustics: Selected Topics, C. Ranz-Guerra and J. A. Gallego-Juarez, eds., (Consejo Superior de Investigaciones Cientificas, Madrid), pp 26-36 (2002).

192. "Focused ultrasound and poly(2-ethylacrylic) acid act synergistically to disrupt lipid bilayers in vitro, P. D. Mourad, V. N. Murthy, T. M. Porter, S. L. Poliachik, L. A. Crum, A. S. Hoffman and P. S. Stayton. Macromolecules **34**, 2400-2401 (2001).

193. "Image-Guided Acoustic Therapy", S. Vaezy, P. Kaczkowski, M. Andrew and L. A. Crum, Annual Review of Biomedical Engineering. **3**: 375-390 (2001).

194.  "Activation, Aggregation and Adhesion of Platelets Exposed to High Intensity Focused Ultrasound", S. L. Poliachik, W. L. Chandler, P. D. Mourad, R. J. Ollos and L. A. Crum, Ultrasound in Medicine and Biology, **27**, 1567-1576 (2001).

195.  "High Intensity Focused Ultrasound Selectively Disrupts the Blood-Brain Barrier *in vivo*, A. H. Mesiwala, , L. Farrell, H. J. Wenzel, L. A. Crum, D. L. Silbergeld, H. R. Winn, and P. D. Mourad, Ultrasound in Medicine and Biology, Vol. 28, No. 3, pp. 389–400, 2002.

196.  "Nonlinear waveform distortion and energy attenuation of intense acoustic waves in biological tissue", M. Averkiou, L. A. Crum, V. A. Khokhlova and O. V. Rudenko, in Acoustics in Perspective, 14th International Symposium on Nonlinear Acoustics, R. Wei, Ed., Nanjing University Press (1996).

197.  "Investigation of solid cone applicators for surgical hemostasis", R. W. Martin, S. Vaezy, A. Keshavarzi, J. Jurkovich, C. Cornejo, S. Sharar , P. Kaczkowski and L. Crum. Proc. of First International Workshop on the Application of High Intensity Focused Ultrasound (HIFU) in Medicine:, Chongqing, China, 29-31, 2001.

198.  "Color Doppler detection of acoustic streaming in a hematoma model", X. Shi, R. W. Martin, S. Vaezy, P Kaczkowski and L. A. Crum, Ultrasound in Med. & Biol. **27**, 1255-1264 (2001).

199.  "Use of a dual-pulse lithotripter to generate a localized and intensified cavitation field", D. L. Sokolov, M. R. Bailey, and L. A. Crum, J. Acoust. Soc. Amer, **110**, 1685-1695 (2001).

200.  "Acoustic surgery", S. Vaezy, R. W. Martin, and L. A. Crum, Physics World, August, 2001 (Vol. 14, No. 8), pp. 35-39.

201.  "Quantitative investigation of acoustic streaming in blood", X. Shi, W. W. Martin S. Vaezy and L. A. Crum, J. Acoust. Soc. Amer. **111**, 1110-1125 (2002)

202.  "Measured bioeffects of tone-burst ultrasound in combination with Poly(propyl acrylic) acid (PPAA)", T. Porter, M. Hadley, J. Nickerson, P. Mourad, and L. A. Crum, Proceedings of the 2000 IEEE Ultrasonics Symposium, **2**, 1359-1360 (2000).

203.  "Activation, Aggregation, and Adhesion of platelets exposed to high intensity focused ultrasound", S. L. Poliachik, W. L. Chandler, P. D. Mourad, R.J. Ollos and L. A. Crum, Proceedings of the 2000 IEEE Ultrasonics Symposium, **2**, 1433-1436 (2000).

204.  "Increased damage to stones without increased damage to cells with a dual-reflector lithotripter", D. L. Sokolov, M. R. Bailey, F. Pulvermakher and L. A. Crum, Proceedings of the 2000 IEEE Ultrasonics Symposium, **2**, 1437-1440 (2000).

205.  "Experimental investigation and finite element simulation of streaming in blood in cylindrical models", X. Shi, R. Martin, S. Vaezy and L. A. Crum, Proceedings of the 2000 IEEE Ultrasonics Symposium, **2**, 1509-1512 (2000).

206. "Ultrasound contrast agent behavior near the fragmentation threshold", W-S Chen, T. J. Matula and L. A. Crum, Proceedings of the 2000 IEEE Ultrasonics Symposium, **2**, 1935-1938 (2000).

207. "Ultrasound image-guided acoustic surgery: Non-invasive tumor treatment and hemostasis", S. Vaezy, R. Martin, P. Kaczkowski, G. Keilman and L. A. Crum, Proceedings of the IEEE International Symposium on Biomedical Imaging: Macro to Nano, (to be published).

208. "Inertial cavitation dose and hemolysis produced *in vitro* with or without Optison", W.S. Chen, A. A. Brayman, T. J. Matula and L. A. Crum, Ultrasound in Med. and Biol. **29**, 725-738 (2003).

209. "Mechanisms of lesion formation in HIFU therapy", W. S. Chen, C. Lafon, T. J. Matula, S. Vaezy and L. A. Crum, Acoustics Research Letters Online (ARLO), (in press)

210. "Ultrasound-guided localized detection of cavitation during lithotripsy in pig kidney *in vivo*", O. A. Sapozhnikov, L. A. Crum, et al., 2001 IEEE Ultrasonics Symposium, **2**, 1347-1350 (2001).

211. "A light-scattering technique for investigating the destruction of ultrasound contrast agents", W-S Chen, T. J. Matula and L. A. Crum, 2001 IEEE Ultrasonics Symposium, **2**, 1683-1686, (2001).

212. "Use of High Intensity Focused ultrasound to control bleeding", S. Vaezy, R. W. Martin, P. Kaczkowski, G. Keilman, B. Goldman, H. Yaziji, S. Carter, M. Caps, and L. A. Crum, Yearbook of Vascular Surgery, 2000.

213. "The disappearance of ultrasound contrast bubbles: Observations of bubble dissolution and cavitation nucleation", W. S. Chen, T. J. Matula and L. A. Crum, Ultrasound in Med. & Biol., **28**, 793-803 (2002).

214. "A novel cavitation probe design and some preliminary measurements of its application to megasonic cleaning", G. W. Ferrell and L. A. Crum, J. Acoust. Soc. Am., **112**, 1196-1201 (2002).

215. "Effect of overpressure and pulse repetition frequency on cavitation in shock wave lithotripsy", O. A. Sapozhnikov, V. A. Khokhlova, M. R. Bailey, J. C. Williams, J. A. McAteer, R. O. Cleveland and L. A. Crum, J. Acoust. Soc. Am., **112**, 1183-1195 (2002).

216. "Kidney damage and renal functional changes are minimized by waveform control that suppresses cavitation in shock wave lithotripsy", A. P. Evan, L. R. Willis, J. A. McAteer, M. R. Bailey, B. A. Conners, Y. Shao, J. E. Lingeman, J. C. Williams, N. S. Fineberg and L. A. Crum, J. of Urology, **168**, 1556-1562 (2002).

217 "Shock Wave Physics of Lithotripsy: Mechanisms of Shock Wave Action and Progress Toward Improved SWL", Andrew P. Evan, James A. McAteer, James C.

Williams, Jr., Lynn R. Willis, Michael R. Bailey, Lawrence A. Crum , James E. Lingeman and Robin O. Cleveland, Minimally Invasive Urology (to be published)

218. "A comparison of the fragmentation thresholds and inertial cavitation doses of different ultrasound contrast agents", W-S Chen,  T. J. Matula, A. A. Brayman,  and L. A. Crum. J. Acoust. Soc. Am. **113**, 643-651 (2003).

219. "Spleen hemostasis using high intensity ultrasound: Survival and healing", M. L. Noble, S. Vaezy, A. Keshavarzi, M. Paun, A.F. Prokop, E. Chi, C. Cornejo, S. R. Sharar, G. J. Jurkovich, R.W. Martin and L. A. Crum, J. of Trauma, **53**, 1115-1120 (2003).

220. "High Intensity Focused Ultrasound". A. H. Chan, S. Vaezy and L. A. Crum, McGraw-Hill Encyclopedia of Science and Technology, pp.173-175 (2003).

221. "Dual-pulse lithotripter accelerates stone fragmentation and reduces cell lysis *in vitro*", D. L. Sokolov, M. R. Bailey and L. A. Crum, Ultrasound in Med. & Biol. (accepted, 3/03)

222. "Cavitation bubble cluster dynamics induced by lithotripter shock waves at the surface of model and natural kidney stones", Y. A. Pishchalnikov, O. A. Sapozhnikov, J. C. Williams, A. P. Evan, J. A. McAteer., R. O. Cleveland, T. Colonius, M. R. Bailey and L. A. Crum, in Nonlinear Acoustics at the Beginning of the 21st Century, O. V. Rudenko and O. A. Sapozhnikov, Eds, Vol I, 395-398 (2002).

223. Cavitation bubble cluster activity in the breakage of kidney stones by lithotripter shock waves", Y. A. Pishchalnikov, O. A. Sapozhnikov, J. C. Williams, A. P. Evan, J. A. McAteer., R. O. Cleveland, T. Colonius, M. R. Bailey and L. A. Crum, J. Endourology, **17**, 435-446 (2003).

224. "Shock wave physics of lithotripsy:  Mechanisms of shock wave action and progress toward improved SWL", A. P. Evan, J. A. McAteer., J. C. Williams, L. R. Willis, J. E. Lingeman, R. O. Cleveland, M. R. Bailey and L. A. Crum in Minimally Invasive Surgery (submitted 1/2/03).

225. "Enhancement of gene delivery of naked human factor IX plasmid into mouse liver by ultrasound exposure", C. H. Miao, A. A. Brayman, P. Ye, P. Mourad, and L. A. Crum, in Therapeutic Ultrasound, Proceeding of the 2nd International Symposium, M. A. Andrew, L. A. Crum and S. Vaezy, eds (American Institute of Physics Press), pp. 71-75 (2003).

226. "Hemostasis and sealing air leaks in lung using HIFU", S. Vaezy, C. Cornejo, R. Martin and L. Crum, in Therapeutic Ultrasound, Proceeding of the 2nd International Symposium, M. A. Andrew, L. A. Crum and S. Vaezy, eds (American Institute of Physics Press), pp. 162-166 (2003).

227. "Parameter space investigation of optimal thermal lesion generation in noninvasive HIFU applications", F. P. Curra, S. G. Kargl, and L. A. Crum, in Therapeutic Ultrasound, Proceeding of the 2nd International Symposium, M. A. Andrew, L. A. Crum and S. Vaezy, eds (American Institute of Physics Press), pp. 273-279 (2003).

228. "Experimental apparatus and methods for *in vitro* HIFU dose response studies", M. Andrew, P. Kaczkowski, A. Brayman, B. Cunitz, A. Anand, C. Lafon and L. Crum, in Therapeutic Ultrasound, Proceeding of the 2nd International Symposium, M. A. Andrew, L. A. Crum and S. Vaezy, eds (American Institute of Physics Press), pp. 328-338 (2003).

229. "In vitro examination of nonlinear heat deposition in HIFU lesion formation", P. Kaczkowski, M. Andrew, A. Brayman, S. Kargl, B. Cunitz, C. Lafon, Vera Khokhlova and L. A. Crum, in Therapeutic Ultrasound, Proceeding of the 2nd International Symposium, M. A. Andrew, L. A. Crum and S. Vaezy, eds (American Institute of Physics Press), pp. 339-350 (2003).

230. "Mechanisms of lesion formation in HIFU therapy", W. Chen, C. Lafon, T. J. Matula, S. Vaezy, A. Brayman and L. Crum, in Therapeutic Ultrasound, Proceeding of the 2nd International Symposium, M. A. Andrew, L. A. Crum and S. Vaezy, eds (American Institute of Physics Press), pp. 398-407 (2003).

231. "Investigation of the opacification of high intensity ultrasound-induced thermal lesions in a tissue-mimicking phantom", J. L. Noble, S. Vaezy and L. A. Crum, in Therapeutic Ultrasound, Proceeding of the 2nd International Symposium, M. A. Andrew, L. A. Crum and S. Vaezy, eds (American Institute of Physics Press), pp. 441-447 (2003).

232. "Mechanisms of cell and tissue damage in shock wave lithotripsy", J. A. McAteer, J. C. Williams, A. Pl. Evan, L. R. Willis, M. R. Bailey, R. O. Cleveland, and L. A. Crum, in Therapeutic Ultrasound, Proceeding of the 2nd International Symposium, M. A. Andrew, L. A. Crum and S. Vaezy, eds (American Institute of Physics Press), pp. 489-498 (2003).

233. "An examination and review of ultrasound for lipoplasty", P. D. Mourad and L. A. Crum, in Clinics in Plastic Surgery on Ultrasound-Assisted Lipoplaty: Part II, F. L. Dispaltro (editor), W. B.. Saunders Company, (Sydney) Ch. 9, pp. 409-422 (1999).

234. "The relation between cavitation and platelet aggregation during exposure to high intensity focused ultrasound", Sandra L. Poliachik, Wayne L. Chandler, Ryan J. Ollos and Lawrence A. Crum, Ultrasound in Medicine and Biology, (submitted, 4/03).

235. "Water-cooled High Intensity Ultrasound surgical applicators with frequency tracking", Roy Martin, Shahram Vaezy, and Lawrence A. Crum, IEEE Transactions on Ultrasound, Ferroelectrics and Frequency Control, **50**, 1305-1317 (2003).

236. "Polyacrylamide gel as an acoustic coupling medium for focused ultrasound surgery", A. Prokop, S. Vaezy, M. Noble, P. Kaczkowski, R. Martin, and L. A. Crum, Ultrasound in Med. & Biol., **29**, 1351-1358 (2003).

237. "The pulse length dependence of inertial cavitation dose and hemolysis", W. S. Chen, A. A. Brayman, T. J. Matula, L. A. Crum, and M. .W. Miller, Ultrasound in Med. & Biol., **29**, 739-748 (2003).

238. "High-intensity focused ultrasound: A potential new treatment for gastrointestinal bleeding", J. H. Hwang, S. Vaezy, R. W. Martin, M. Y. Cho, M. L. Noble, L. A. Crum and M. B. Kimmey, Gastrointestinal Endoscopy **58**, 111-115 (2003).

239. "Physical mechanisms of the therapeutic effect of ultrasound (A Review)", M. R. Bailey, V. A. Khokhlova, O. A. Sapozhnikov, S. G. Kargl, and L. A. Crum, Acoustical Physics, **49**, 368-388 (2003) (translation from Russian).

240. "Therapeutic Ultrasound: Surgery and Drug Delivery", F. P. Curra and L. A. Crum, Acoustical Science and Technology (in press; August, 2003)

241. "Cavitation detection and suppression in HIFU", M. R. Bailey, J. Reed, A. Anand, P. Kaczkowski, W. Kreider, S. Vaezy, L. A. Crum, R. Seip, J. Tavakkoli, and N. T. Sanghvi, Therapeutic Ultrasound, (INSERM: Lyon), J. Y Chapelon and C. Lafon, eds, pp. 43-48 (2004).

242. "Cavitation in shockwave lithotripsy", M. R. Bailey, L. A. Crum, O. A. Sapozhnikov, A. P. Evan, J. A. McAteer, R. O. Cleveland and T. Colonius, Proceedings of the 2003 International Symposium on Cavitation, Osaka (in press).

243. "Nonlinear Effects in HIFU Lesion Production in a Tissue-Mimicking Phantom", V.A. Khokhlova, P.J. Kaczkowski, B.W. Cunitz, M.R. Bailey, J.A. Reed, M. Nakazawa and L.A. Crum, Therapeutic Ultrasound, (INSERM: Lyon), J. Y Chapelon and C. Lafon, eds, pp. 275-280 (2004).

244. "Two-dimensional views of finite element simulations of the temperature distribution for high intensity ultrasound surgical applicators", R. Martin, S. Vaezy, A. Proctor, T. Myntti, J. Lee, and L. A. Crum, IEEE Transactions on Ultrasonics, Ferroelectrics, and Frequency Control (in press).

245. "Liver Hemostasis with High-Intensity Ultrasound", S. Vaezy, M. L. Noble, A. Keshavarzi, M. Paun, A. Prokop, C. Cornejo, S. Sharar, E. Chi, R. Martin and L. A. Crum, J. Ultrasound Med, **23**, 217-225 (2004).

246. "Reducing Confusion about Fusion", L. A. Crum, Echoes, **13**, 3-4 (Summer), 2003.

247. "Nonlinear propagation of short ultrasound pulses generated by rectangular diagnostic transducers", A. E. Ponomaryov, V. A. Khokhlova, M. A. Averkiou and L. A. Crum, Therapeutic Ultrasound, (INSERM: Lyon), J. Y Chapelon and C. Lafon, eds, pp. 309-315 (2004).

248. "Modeling of stresses generated by a lithotripter shock wave in a cylindrical kidney stone", O. A. Sapozhnikov, R. O. Cleveland, M. R. Bailey and L. A. Crum, Therapeutic Ultrasound, (INSERM: Lyon), J. Y Chapelon and C. Lafon, eds, pp. 323-328 (2004).

249. "Development of power supplies for portable HIFU therapy systems", N. R. Owen, M. R. Bailey, B. J. P. Mortimer, H. Kolve, J. Hossack and L. A. Crum, Therapeutic Ultrasound, (INSERM: Lyon), J. Y Chapelon and C. Lafon, eds, pp. 399-404 (2004).

250. "Therapeutic Ultrasound", L. A. Crum, Proceedings of the 18th International Congress on Acoustics, Vol. 1, 7-9 (2004).

251. "Fast, dynamically adaptive algorithm for nonlinear acoustics and high intensity focused ultrasound modeling in biological tissue", F. P. Curra, S. G. Kargl, and L. A. Crum, Proceedings of the 18th International Congress on Acoustics, Vol. 1, 17-19 (2004).

252.  "Intra-operative acoustic hemostasis of liver: production of a homogenate for effective treatment", S. Vaezy, S. Vaezy, F. Starr, E. Chi, C. Cornejo, L. A. Crum and R. Martin, Ultrasonics, **43**, 265-269 (2005).

253. "Vascular effects induced by combined 1-MHz ultrasound and microbubble contrast agent treatments *in vivo*", J. H. Hwang, A. A. Brayman,  M. A. Reidy, T. J. Matula, M. B. Kimmey, and L. A. Crum, Ultrasound in Medicine and Biology, Vol. 31, 553-564 (2005). .

254.  "Cavitation detection during shock wave lithotripsy", Michael R. Bailey, Yuri A. Pishchalnikov, Oleg A. Sapozhnikov, Robin O. Cleveland, James A. McAteer, Nathan A. Miller, Irina V. Pishchalnikova, Bret A. Connors, Lawrence A. Crum, and Andrew P. Evan, Ultrasound in Medicine and Biology, **31**, 1245-1256 (2005).

255.  "Effect of polymer surface activity on cavitation nuclei stability against dissolution", Tyrone M. Porter, Patrick. S. Stayton, Allan. S. Hoffman and Lawrence A. Crum, J. Acoustical Society of America, **116**, 721- 729 (2004).

256. "Therapeutic Ultrasound", L. A. Crum, Echoes, 14, 8-9(Summer), 2004.

257. "A Portable Ultrasound-Guided High Intensity Focused Ultrasound Therapy System for Hemostasis and Tissue Necrosis", Neil R. Owen,  Michael R. Bailey,  Stephen Carter and  Lawrence A. Crum, Proceedings of the 55th International Astronautical Congress, Vancouver, Canada, October, 2004.

258.  "Image-guided high intensity focused ultrasound for mission critical care", Lawrence A. Crum, Michael R. Bailey, Stephen J. Carter, Peter Kaczkowski, Neil Owen, Shahram Vaezy, Vera Khokhlova, Oleg Sapozhnikov, and Yoichiro Matsumoto, Proceedings of the 55th International Astronautical Congress, Vancouver, Canada, October, 2004.

259. "Detection of Imaging Acoustic Signals for Synchronizing a Commercial Ultrasound Imager with a High Intensity Focused Ultrasound Therapy System", Neil R. Owen, Michael R. Bailey, Peter Kaczkowski and Lawrence A. Crum, 2004 IEEE Ultrasonics Symposium, (in press).

260. "Acoustic hemostasis and hemorrhage control in combat casualty care", Lawrence A. Crum, Marilee Andrew, Stephen Carter, Francesco Curra, Steve Kargl, Andrew Brayman, Shahram Vaezy, Henry Bass, Frank Barber, Charles Church and Sara Davis, Proceedings of the 24th Annual Army Science Conference, Orlando, FL (December, 2004).

261.  "Assessing the mechanism for kidney stone comminution by a lithotripter shock pulse", O. A. Sapozhnikov, M. R. Bailey, A. D. Maxwell, B. MacConaghy, R. O. Cleveland, and L. A. Crum, G. ter Haar and I. Rivens, eds., in <u>Therapeutic Ultrasound</u>, AIP Press (Melville, New York), pp. 164-166 (2005).

262. "The relative effects of cavitation and nonlinear ultrasound propagation on the dynamics of thermal lesion development in a tissue phantom", V.A. Khokhlova, M.R. Bailey, J. Reed, P.J. Kaczkowski, and L. A. Crum, <u>Frontiers of Nonlinear Acoustics</u>, (to be published).

263. "Cavitation bubble cluster behavior on a stone surface in shock wave lithotripsy," Y. A. Pishchalnikov, O. A. Sapozhnikov, J. C. Williams, Jr., A. P. Evan, J. A. McAteer, R. O. Cleveland, T. Colonius, M. R. Bailey, and L. A. Crum, in <u>Nonlinear Acoustics at the Beginning of the 21st Century</u>, Proc. of 16th International Symposium on Nonlinear Acoustics (Moscow, Russia, 2002) pp 395-398.

264. "Overpressure and the role of bubbles in focused ultrasound lesion shape," M. R. Bailey, L. N. Couret, O. A. Sapozhnikov, V. A. Khokhlova, G. ter Haar, S. Vaezy, X. Shi, R. Martin, and L. A. Crum, in Proc. of the 1st Intern. Workshop on the Application of High Intensity Focused Ultrasound (HIFU) in Medicine, May 10-12 2001, Chongqing, China.

265. "Shot-to-shot variability of acoustic axis of a spark-source lithotripter," O. A. Sapozhnikov, M. R. Bailey, and L. A. Crum, in Berlin 99: proc. of 139th Meeting of the Acoustical Society of America (Berlin, Germany, 1999), CD-ROM.

266. "Enhancement of ultrasound-induced heating in tissue phantoms due to formation of shocks: experimental measurements and numerical simulations," V.A. Khokhlova, O.A. Sapozhnikov, Yu.A. Pishchalnikov, T.V. Sinilo, E.A. Filonenko, M.R. Bailey, and L.A. Crum, Ultrasound in Med & Biol., 26(4), Suppl. B, p. A72 (2000), (9th Congress of World Federation for Ultrasound in Medicine and Biology, Florence, Italy).

267. "Thermal effects of sawtooth waveform HIFU in tissue phantoms", O.A. Sapozhnikov, V.A. Khokhlova, T.V. Sinilo, E.A. Filonenko, and L.A. Crum. In: Proc. 1st International Workshop on the Applications of HIFU in Medicine, eds. G.R. ter Haar and F. Wu (Chongqing, China, May 10-12, 2001) pp. 27-28.

268. "Nonlinear enhancement and saturation phenomena in HIFU," V.A. Khokhlova and L.A. Crum. In: Proc. 1st International Workshop on the Applications of HIFU in Medicine, eds. G.R. ter Haar and F. Wu (Chongqing, China, May 10-12, 2001) p. 28.

269. "The relative roles of nonlinear ultrasound propagation and bubble dynamics in enhancement of HIFU therapy", Vera A. Khokhlova, Michael R. Bailey, Justin A. Reed, Bryan W. Cunitz, Peter J. Kaczkowski, and Lawrence A. Crum, Submitted to the Journal of the Acoustical Society of America (12/04).

270. "Effects of nonlinear propagation, cavitation, and boiling in lesion formation by high intensity focused ultrasound in a gel phantom", Vera A. Khokhlova, Michael R. Bailey, Justin A. Reed, Bryan W. Cunitz, Peter J. Kaczkowski, and Lawrence A. Crum, J. Acoust. Soc. Am. **119**, 1834-1848 (2006).

271. "Shock Wave Physics of Lithotripsy: Mechanisms of shock wave action and progress toward improved SWL", A.P. Evan, J.A. McAteer, J.C. Williams, L.R. Willis, M.R. Bailey, L.A. Crum, J.E. Lingeman and R.O Cleveland. 2004, In: <u>Textbook of</u>

Minimally Invasive Urology, R. Moore, J.T. Bishoff, S. Loening and S.G. Docimo Eds, Martin Dunitz Limited, London, chapter 28, pp 425-438.

272. "Control of cavitation-induced hemolysis with a surface-active polymer", Tyrone M. Porter ,Niren Murthy, Pierre D. Mourad, Patrick S. Stayton, Allan S. Hoffman, and Lawrence A. Crum, Acoustic Research Letters On-line, Vol. 6, Issue 3, 201-206 (2005).

273. "HIFU hemostasis of liver injuries enhanced by ultrasound contrast agents", V. Zderic, S. Vaezy, AA. Brayman, T. J. Matula, G. E. O'Keefe, and L. A. Crum, G. ter Haar and I. Rivens, eds., in Therapeutic Ultrasound, AIP Press (Melville, New York), pp. 55-57 (2005).

274. "Intra-operative hemostasis of punctured femoral artery using HIFU: A survival study", V. Zderic, A. Keshavarzi, M. L. Noble, M. Paun, S. R. Sharar, L. A. Crum, R. W. Martin, and S. Vaezy, G. ter Haar and I. Rivens, eds., in Therapeutic Ultrasound, AIP Press (Melville, New York), pp. 71-73 (2005).

275. "Acoustic nonlinearity in the derating problems for HIFU sources", V. A. Khokhlova, M. R. Bailey, and L. A. Crum, G. ter Haar and I. Rivens, eds., in Therapeutic Ultrasound, AIP Press (Melville, New York), pp. 134-136 (2005).

276. "Design and evaluation of complex moving HIFU treatment protocols", S. G. Kargl, M. A. Andrew, P. J Kaczkowski, A. A. Brayman and L. A. Crum, G. ter Haar and I. Rivens, eds., in Therapeutic Ultrasound, AIP Press (Melville, New York), pp. 140-142 (2005).

277. "Understanding the Impacts of Anthropogenic Sound on Beaked Whales", T.M. Cox, T.J. Ragen, A.J. Read, E. Vos, R.W. Baird, K. Balcomb, J. Barlow, J. Caldwell, T. Cranford, L. Crum, A. D'Amico, G. D'Spain, A. Fernández, J. Finneran, R. Gentry, W. Gerth, F. Gulland, J. Hildebrand, D. Houser, T. Hullar, P.D. Jepson, D. Ketten, C.D. MacLeod, P. Miller, S. Moore, D. Mountain, D. Palka, P. Ponganis, S. Rommel, T. Rowles, B. Taylor, P. Tyack, D. Wartzok, R. Gisiner, J. Mead, L. Benner, Journal of Cetacean Research and Management (in press, June, 2005).

278. "Hemorrhage Control in Arteries using High-Intensity Focused Ultrasound:    A Survival Study", Vesna Zderic, Amid Keshavarzi, Misty L. Noble, Marla Paun, Sam R. Sharar, Lawrence A. Crum, Roy W. Martin, and Shahram Vaezy, Ultrasonics, 44, 46-53 (2006).

279. "Nonlinear pulsed ultrasound beams radiated by rectangular focused diagnostic transducers", V.A. Khokhlova, A.E. Ponomarev, M.A. Averkiou and L.A. Crum, Acoustical Physics (submitted, July 2005).

280. "Interactions of cavitation bubbles observed by high-speed imaging in shock wave lithotripsy", Yuri A. Pishchalnikov, Oleg A. Sapozhnikov, Michael R. Bailey, James A. McAteer, James C. Williams, Jr., Andrew P. Evan, Robin O. Cleveland , and Lawrence A. Crum, Proceedings of the 17th International Symposium on Nonlinear Acoustics, (in press).

281. "Monitoring bubble growth in supersaturated blood and tissue *ex vivo* and the relevance to marine mammal bioeffects", Lawrence A. Crum, Michael R. Bailey, Jingfeng Guan, Paul R. Hilmo, Steven G. Kargl, Thomas J. Matula, and Oleg A. Sapozhnikov, Acoustic Research Letters Online, **6**, 214-220 (2005).

281. "Ultrasound enhances gene delivery of Human Factor IX plasmid", Carol Miao, Andrew Brayman, Keith Loeb, Peiquing Ye, Ling Zhou, Pierre Mourad and Lawrence Crum, Human Gene Therapy, **16**, 893-905 (2005).

282. "Hemostasis and sealing of air leaks in lung using High Intensity Focused Ultrasound", Shahram Vaezy, Vesna Zderic, Gregory Jurkovich, Lawrence Crum and Roy Martin, Ultrasound in Medicine and Biology, (submitted, 9/05).

283. "High-throughput HIFU treatment for intraoperative resection of solid organs", Vesna Zderic, Jessica Foley, Grant O'Keefe, Lawrence Crum and Shahram Vaezy, Ultrasound in Medicine and Biology, (submitted, 9/05).

284. "Gel phantom for use in High Intensity Focused Ultrasound dosimetry", C. Lafon, V. Zderic, M. Noble, J. Yuen, P. Kaczkowski, O. Sapozhnikov, F. Chavrier, L. Crum and S. Vaezy, Ultrasound in Medicine and Biology, **11**, 1363-1389 (2005).

285. "Microbubble-enhanced hemorrhage control with High Intensity Focused Ultrasound", Vesna Zderic, Andrew Brayman, Sam Sharar, Lawrence Crum and Shahram Vaezy, Ultrasonics, **44**, 46-53 (2006).

286. "A Method to Synchronize High Intensity Focused Ultrasound with an Arbitrary Ultrasound Imager", Neil R. Owen, Michael R. Bailey, James Hossack and Lawrence A. Crum, UFFC Transactions **53**, 645-650 (2006).

287. "Measurement and Modeling of Acoustic Fields in a Gel Phantom at High Intensities" Michael S. Canney, Michael R. Bailey, Vera A. Khokhlova, and Lawrence A. Crum, G. T. Clemet, N. J. McDannold and K. Hynynen, eds., in <u>Therapeutic Ultrasound</u>, AIP Press (Melville, New York), pp. 107-111 (2006).

288. "Nonlinear Pulsed Ultrasound Beams Radiated By Rectangular Focused Diagnostic Transducers", V.A. Khokhlova, A.E. Ponomarev, M. A. Averkiou, and L. A. Crum, Acoustical Physics, 2006, Vol. 52, No. 4, pp. 481–489. © Pleiades Publishing, Inc., 2006. Published in Russian in Akusticheski œ Zhurnal, 2006, Vol. 52, No. 4, pp. 560–570.

289. "Biological and Physical Mechanisms of HIFU-Induced Hyperecho in Ultrasound Images", Brian A. Rabkin, Vesna Zderic, Lawrence A. Crum, and Shahram Vaezy, Ultrasound in Medicine and Biology, **32**, 1721-1729 (2006).

290. "Interactions of Cavitation Bubbles Observed by High-Speed Imaging in Shock Wave Lithotripsy", Yuri A. Pishchalnikov, Oleg A. Sapozhnikov, Michael R. Bailey, James A. McAteer, James C. Williams, Jr., Andrew P. Evan, Robin O. Cleveland , and Lawrence A. Crum, Proceedings of the 17th International Symposium on Nonlinear Acoustics, State College, PA (July, 2005) (in press).

291. "Intravascular inertial cavitation activity detection and quantification *in vivo* with Optison", Juan Tu, Joo Ha Hwang, Thomas J. Matula, Andrew A. Brayman and Lawrence A. Crum, Ultrasound in Medicine and Biology **32**, 1601-1609 (2006).

292. "Correlation between Inertial Cavitation  Dose and Endothelial Cell Damage *In Vivo*", Joo Ha Hwang, Juan Tu, Andrew A. Brayman,  Thomas J. Matula, and  Lawrence A. Crum, Ultrasound in Medicine and Biology (Submitted 2/06).

293.  "Inertial cavitation dose produced in *ex vivo* rabbit ear arteries with Optison by 1 MHz pulsed ultrasound", Juan Tu, Thomas J. Matula, Andrew A. Brayman and Lawrence A. Crum, Ultrasound in Medicine and Biology, **32**, 281-288 (2006).

294. "Non-Contact Transportation in Water using Ultrasonic Traveling Vibration", Shinfuku Nomura, Thomas J. Matula, Jun Satonobu, and  Lawrence A. Crum, J. Acoust. Soc. Amer (submitted, 4/06).

295. "Modeling of Bubble Oscillations Induced by a Lithotripter Pulse," Wayne Kreider, Michael R. Bailey, and Lawrence A. Crum. Proceedings of the 17th International Symposium on Nonlinear Acoustics, State College, PA (July, 2005) (in press).

296. "Using the ATL HDI 1000 to collect demodulated RF data for monitoring HIFU lesion formation," A. Anand, P. J. Kaczkowski, R. E. Daigle, L. Huang, M. Paun, K. W. Beach, and L. A. Crum, J Medical Imaging 2003: Ultrasonic Imaging and Signal Processing, V 5035(1) pp. 316-326.

297. "Acoustic Cavitation and Medical Ultrasound", Wayne Kreider, Lawrence Crum, Michael Bailey, Thomas Matula, Vera Khokhlova, and Oleg Sapozhnikov. Proceedings of the Sixth International Symposium on Cavitation CAV2006, Wageningen, The Netherlands, September 2006

298. "Nonlinear mechanisms of lesion formation by High Intensity Focused Ultrasound", Vera A. Khokhlova, Michael R. Bailey, Justin Reed, Michael S. Canney, Peter J. Kaczkowski, and Lawrence A. Crum, in Therapeutic Ultrasound, G. T. Clemet, N. J. McDannold and K. Hynynen, eds., AIP Press (Melville, New York), pp. 107-111 (2006).

299. "Nonlinear mechanisms of lesion formation by High Intensity Focused Ultrasound", Vera A. Khokhlova, Michael R. Bailey, Justin Reed, Michael S. Canney, Peter J. Kaczkowski, and Lawrence A. Crum, in Therapeutic Ultrasound, G. T. Clemet, N. J. McDannold and K. Hynynen, eds., AIP Press (Melville, New York), pp. 107-111 (2006).

300. "Contrast-Enhanced Bleeding Detection of Punctured Femoral Artery", Wenbo Luo, Vesna Zderic, Steven Carter, Lawrence A. Crum, and Shahram Vaezy, "Contrast-Enhanced Bleeding Detection of Punctured Femoral Artery". J Ultrasound Med, 2006;25:1169-1177.

301. "Characterization of High Intensity Focused Ultrasound Fields with a High Spatio-Temporal Resolution", Michael S. Canney, Vera A. Khokhlova, Michael R. Bailey, Oleg A. Sapozhnikovand Lawrence A. Crum, Proceedings of the 2006 International Ultrasonics Symposium (Vancouver, BC), October, 2006.

302. "Advantage of a Broad Focal Zone in SWL: Synergism Between Squeezing and Shear",   Oleg A. Sapozhnikov, Michael R. Bailey, Adam D. Maxwell, Brian MacConaghy, Robin O. Cleveland,  James A. McAteer, and Lawrence A. Crum, Proceedings of the 2006 International Urolithiasis Research Symposium (Indianapolis), November, 2006.

**Supervision of Graduate Students**

| Name | Degree | Year | Thesis Title |
|------|--------|------|--------------|
| Gary Hansen | Ph. D. | 1983 | Rectified Diffusion at Megahertz Frequencies |
| James Brosey | M.S. | 1983 | The Effect of Polymer Additives on the Acoustic Cavitation Threshold of Water |
| David Young | M.S. | 1984 | The Pulsation Amplitude of Gas Bubbles in a Stationary Sound Field |
| Ronald Roy | M.S. | 1984 | The Pulsation Amplitude of Gas Bubbles in a Stationary Sound Field |
| Kerry Commander | Ph. D. | 1985 | Nonlinear Oscillations of an Individual Gas Bubble Pulsating in a Liquid |
| Anthony Atchley | Ph. D. | 1985 | Acoustic Cavitation Nucleation and Stabilization Mechanisms |
| J. Brian Fowlkes | Ph. D. | 1987 | Cavitation from Microsecond Length Acoustic Pulses |
| R. Glynn Holt | Ph. D. | 1988 | Forced radial oscillations of single cavitation bubbles |
| Hugh Pumphrey | Ph. D. | 1989 | The underwater sound of rainfall |
| Steve Horsburgh | Ph. D. | 1990 | Thresholds for surface wave generation on acoustically levitated gas bubbles |

| | | | |
|---|---|---|---|
| D. Felipe Gaitan | Ph. D. | 1991 | Observation of sonoluminescence from a single stable cavitation bubble in a water/glycerine mixture |
| Kenneth Markiewicz | M.S. | 1992 | Collective oscillations in fresh and salt water bubble clouds |
| Jeff Schindall | Ph. D. | 1993 | Low-frequency backscatter from dense submerged bubble clouds |
| Sean Cordry | Ph. D. | 1994 | Some light emission features of single bubble sonoluminescence |
| Yia Mao | Ph. D. | 1995 | Acoustically enhanced bubble growth at low frequencies and its implications for human diver and marine mammal safety |
| John Allen | Ph. D. | 1996 | Mass diffusion in cavitation vapor bubbles |
| Adam Calabrese | Ph. D. | 1997 | Duty cycle and pulse length dependence of the acoustic cavitation threshold at megahertz frequencies |
| Suzanne Bloch | M.S. | 1998 | Measurements of sound speed in excised tissue over temperatures expected under high intensity focused ultrasound conditions |
| Sandy Poliachik | Ph. D. | 1999 | Effect of high intensity focused ultrasound on whole blood with and without contrast agents |
| Francesco Curra | Ph. D. | 2001 | 3D full wave ultrasonic field and temperature simulations in biological tissue containing a blood vessel |
| Tyrone Porter | Ph. D. | 2003 | Influence of chemical composition of membrane-disrupting polymers on relative cavitation activity and hemolysis |
| Wen Chen | Ph. D. | 2003 | Ultrasound contrast agent behavior near the fragmentation threshold |
| Dahlia Sokolov | Ph. D. | 2004 | An optimal protocol for shock wave delivery by the dual-pulse lithotripter |
| Joo Ha Hwang | Ph. D. | 2005 | Use of HIFU for vessel occlusion |

| Ajay Anand | Ph. D. | 2005 | A real-time temperature monitoring system for HIFU applications |
| Neil Owen | M.S. | 2005 | Development of power supplies for portable HIFU therapy systems |
| Justin Reed | M.S. | 2006 | Nonlinear analysis of HIFU transducers |
| Wayne Kreider | Ph. D. | | |
| Michael Canney | Ph. D. | | |
| Juan Tu | Ph. D. | 2006 | Fundamental aspects of ultrasound contrast agent dynamic behavior |

## Supervision of Postdoctoral Students

| Name | Years | Project Title |
| --- | --- | --- |
| Ali Kolaini | 1989-92 | Underwater ambient noise |
| Michael Nicholas | 1990-92 | Underwater nose from bubble clouds |
| K. J. Park | 1990-91 | Collective oscillations from bubble clouds |
| Thomas Matula | 1993-95 | Sonoluminescence |
| Michaelus Averkiou | 1993-95 | Nonlinear acoustics and lithotripsy |
| Michael Bailey | 1995-97 | Nonlinear acoustics and lithotripsy |
| Robin Cleveland | 1995-97 | Nonlinear acoustics and lithotripsy |
| Inder Makin | 1997-99 | Ultrasound-induced thrombolysis |
| Peter Chang | 1998-2000 | Ultrasound contrast agents |
| Francesco Curra | 2000-2002 | HIFU modeling |
| Cyril Lafon | 2002-2004 | Therapeutic ultrasound |
| Stuart Mitchell | 2004-2005 | Tumor treatment with HIFU |
| Vesna Zderic | 2004-2005 | Acoustic Hemostasis |