# Exhibit B

MOVIE VIDEOS 1-3

ON ONE CD