# Exhibit B

# Toothbrush IHUT

**Prepared for**

**Ultreo, Inc.**

**June 2007**

cooper roberts research

cooper roberts research

# Table of Contents

| | |
|---|---|
| Background/Objectives | 3 |
| Methodology/Report Notes | 4 |
| Product Concept/Description (included with product) | 6 |
| Executive Summary | 7 |
| Key Findings | |
| Toothbrush Evaluation Among Total Power Users, Battery Operated Users and Rechargeable Users | 9 |
| Toothbrush Evaluation Among Oral-B Users | 19 |
| Toothbrush Evaluation Among Sonicare Users | 23 |
| Profile of Respondents Preferring Ultreo vs. Current Toothbrush | 27 |

cooper roberts research

# Background/Objectives

- Ultreo has developed a new power toothbrush for the U.S. market. This research has been recommended to help gain consumer reaction to the product.

- The main objective of this research was to understand consumer preferences between the Ultreo toothbrush and other power toothbrushes on specific attributes such as:
  - Overall gentleness and comfortableness;
  - The clean, smooth feeling after brushing;
  - Ability to remove stains;
  - Ease of use; and
  - Amount of splatter/mess when using the product.

cooper roberts research

# Methodology/Report Notes

- This research consisted of two stages:
  – The recruitment stage/product placement; and
  – The product usage stage.

Recruit Stage/Product Placement (Stage One)

- Respondents were recruited from an online research panel to participate in a self-administered web-based survey.

- Recruiting was completed between April 18th and April 24th, 2007.

- Qualified respondents met the following criteria:
  – Ages 18-65;
  – 40/60 male to female split with $75K or higher household income;
  – Non-competitively employed and have at least some college education;
  – Have been to dentist/hygienist at least once in the past year for preventive maintenance and have most of their teeth and do not wear dentures; and
  – Do not have certain dental conditions that would prohibit the use of a power toothbrush.

- Respondents who met the qualifications above and who were positive (definitely/probably would buy) to neutral to purchasing the product were sent a packaged Ultreo toothbrush, an introduction letter, instructions, and a concept description provided by Ultreo (the same description used in the recruitment stage).

cooper roberts research

# Methodology/Report Notes (Cont.)

Product Usage (Stage Two)

- 300 respondents were sent an Ultreo toothbrush.
- Respondents used the Ultreo toothbrush for up to 4 weeks.
- After using the product, respondents participated in a self-administered web-based survey evaluating their experience.

- Interviewing was completed between June 5th and June 11th, 2007.

- Of the 300 respondents who were sent an Ultreo toothbrush, a total of 268 completed a follow-up survey. The breakout for each group is as follows:
  - Battery operated users (n=64)
  - Rechargeable users (n=204)
    - Current Oral-B users (n=95)
    - Current Sonicare users (n=105)
    - Other rechargeable users (n=4)

- All references to significant differences are at the 95% confidence level, directional differences are at the 80% confidence level. An uppercase letter denotes a significant difference, while a lower case letter denotes a directional difference.

- Some charts may not add to 100% due to rounding, exclusion of don't know/refused answers or multiple mentions.

cooper roberts research

# Product Concept/Description



Ultreo is the only power toothbrush to combine ultrasound waveguide technology with precisely tuned sonic bristle action for a deep, gentle, long-lasting feeling of clean.

Ultreo's combination of ultrasound waveguide technology and sonic bristle action can remove hard-to-reach plaque bacteria that bristle action alone can leave behind.

Ultreo has been independently tested for both safety and effectiveness and has been proven to remove plaque, improve gum health and reduce stains for naturally whiter teeth. It is safe and gentle for everyday use on gums, natural tooth surfaces and dental work.

305-01-01 Toothbrush IHUT

cooper roberts research

# Executive Summary

- Reaction to the Ultreo toothbrush is positive among both rechargeable and battery operated users.

  – Just over half of all respondents say they prefer the Ultreo toothbrush to their current power toothbrush. When "no preference" is excluded, the score for Ultreo jumps to 70%.

    • While strong for both groups, battery operated users are more likely to say they prefer the Ultreo toothbrush compared to rechargeable users (78% vs. 48%).

  – 79% of all respondents say they will continue to use the Ultreo toothbrush instead of switching back to their current power toothbrush.

    • Battery operated users are more likely to say they will continue to use the Ultreo toothbrush compared to rechargeable users (89% vs. 75%). However, scores for Ultreo are strong across both groups.

  – 60% or more of respondents feel the Ultreo toothbrush gives a more thorough clean while brushing, makes their teeth feel smoother, makes their teeth feel cleaner, leaves less splatter/mess and requires less space for the charger base compared to their current power toothbrush.

  – Scores are strong and fairly similar among Oral-B and Sonicare users.

cooper roberts research

# Key Findings

cooper roberts research

# Toothbrush Evaluation Among Total Power Users, Battery Operated Users and Rechargeable Users

cooper roberts research

# Product Interest – "Before Use"

- Interest in the product before trying it (concept stage) was moderate among respondents.



| | Total power users (n=658) | Rechargeable users (n=467) (A) | Battery operated users (n=191) (B) |
|---|---|---|---|
| Definitely/probably would buy | 38% | 40%b | 33% |
| Total (with Might/might not) | 51% | 55%B | 43% |

■ Definitely/probably would buy □ Might/might not

Q.81 (from screening QRE)– Based on this description, if you were in the market for a rechargeable toothbrush, and this product was available where you normally shop for the price of $149.00, how likely would you be to buy it?

Base: All screened respondents

305-01-01 Toothbrush IHUT

cooper roberts research

# Toothbrush Preference

- Just over half of respondents say they prefer the Ultreo toothbrush to their current power toothbrush; this is better than a 2 to 1 win for Ultreo.
  - Among those with a preference (excluding "no preference"), the score for Ultreo jumps to 70%.
- While scores for Ultreo are strong across both groups, battery operated users are more likely to say they prefer the Ultreo toothbrush compared to rechargeable users.



Total power users (n=268)

54%

23%

23%

Total rechargeable users
n=204
(A)

48%

26%B

26%B

Total battery operated users
n=64
(B)

78%A

11%

11%

- Prefer Current Toothbrush
- Prefer Ultreo Toothbrush
- Prefer Both Equally/No preference

Q.285 – Now that you have used the Ultreo toothbrush for an extended period of time, which toothbrush would you say you prefer?

305-01-01 Toothbrush IHUT

Page 11

cooper roberts research

# Continue with Ultreo or Switch Back to Other Toothbrush

- Roughly eight in ten respondents say they will continue to use the Ultreo toothbrush instead of switching back to their current power toothbrush.

- While scores for Ultreo are strong across both groups, battery operated users are more likely to say they will continue to use the Ultreo toothbrush compared to rechargeable users.



Total power users
(n=268)

79%    21%

Rechargeable users
(n=204)
(A)

75%    25%B

Battery operated users
(n=64)
(B)

89%A    11%

■ Keep using Ultreo  □ Switch back to my other toothbrush

Q.355 – Now that you have used it [Ultreo toothbrush] for a period of time, do you think you will continue to use this toothbrush, or switch back to using your current toothbrush?

305-01-01 Toothbrush IHUT

cooper roberts research

# Reasons for Preferring Current Toothbrush*

- The main reasons respondents volunteer for preferring their current power toothbrush to Ultreo is the perception it cleans their teeth better and they prefer the bristles.

  - Other mentions include preferring the brush head of their current power toothbrush and the perception that their current power toothbrush is less abrasive and is better for cleaning hard to reach places.

| (Selected Mentions) | Total power users (n=61) % | Rechargeable users (n=54) % |
|---|---|---|
| **Feature(s) related (NET)** | **46** | **44** |
| Prefer bristles/dislike orange insert | 21 | 22 |
| Circular/swivel/rotating action | 10 | 7 |
| Vibrates/better vibrating action | 8 | 7 |
| **Product related (NET)** | **43** | **44** |
| Brush head size/shape | 16 | 19 |
| Gentle/non-abrasive | 13 | 13 |
| Feels good/feels better | 10 | 11 |
| Other current product comments | 8 | 7 |
| **Cleaning related (NET)** | **41** | **41** |
| Cleans teeth better | 30 | 28 |
| Cleans hard to reach places | 11 | 13 |
| **Convenience related (NET)** | **18** | **19** |
| Easy to use | 7 | 7 |
| Holds charge well/long time | 7 | 7 |

Q.295 – Why do you say you prefer your current toothbrush?    Base: Prefer current toothbrush
*Battery operated users not shown due to small base (n=7)

305-01-01 Toothbrush IHUT

cooper roberts research

# Reasons for Preferring Ultreo Toothbrush

- The main reason respondents give for preferring the Ultreo toothbrush to their current power toothbrush is the perception it cleans their teeth better.
  - A secondary mention includes the timer/timing of individuals sections on the Ultreo toothbrush.
    - Compared to rechargeable users, battery operated users are somewhat more likely to mention this as a reason for preferring the Ultreo toothbrush.

| (Selected Mentions) | Total power users (n=146) % | Battery operated users (n=50) (A) % | Rechargeable users (n=96) (B) % |
|---|---|---|---|
| **Cleaning related (NET)** | **71** | **70** | **72** |
| Cleans teeth better | 54 | 54 | 54 |
| Cleans gums/cleans gums better/healthier | 10 | 12 | 9 |
| Cleans hard to reach places | 8 | 4 | 9a |
| **Feature(s) related (NET)** | **47** | **58b** | **42** |
| Times individual sections | 31 | 38b | 27 |
| Quiet/quieter | 8 | 6 | 9 |
| **Product related (NET)** | **29** | **24** | **32** |
| Brush head size/shape | 9 | 6 | 10 |
| Good/better design | 8 | 4 | 9a |
| Feels good/feels better | 7 | 10 | 5 |
| Other Ultreo product comments | 7 | 4 | 8 |
| Is convenient to use/clean/travel with | 19 | 16 | 21 |
| Is efficient cleaning teeth/whitens teeth | 18 | 18 | 18 |

Q.295 – Why do you say you prefer the Ultreo toothbrush?                Base: Prefer Ultreo toothbrush
305-01-01 Toothbrush IHUT                Page 14

cooper roberts research

# Evaluation of Ultreo Toothbrush (Top-2 box* scores)

- Nearly half of respondents say the Ultreo toothbrush is more comfortable compared to their current power toothbrush.

- Just over half say the Ultreo toothbrush is gentler than their current power toothbrush, while six in ten say it is gives a more thorough clean while brushing.

- Battery operated users are more likely to feel the Ultreo toothbrush performs better with regard to these attributes compared to rechargeable users.



■ Total power users (n=268)   □ Rechargeable users (n=204) (A)   ▨ Battery operated users (n=64) (B)

*Top 2-box=Much/somewhat more on a 5-point scale

Q.300, Q.305, Q.310

305-01-01 Toothbrush IHUT

cooper roberts research

# Evaluation of Ultreo Toothbrush (Top-2 box* scores) (Cont.)

- Just over six in ten respondents say the Ultreo toothbrush makes their teeth feel smoother compared to their current power toothbrush.

- Six in ten say the Ultreo toothbrush makes their teeth feel cleaner, while half say the clean feeling lasts longer compared to their current power toothbrush.

- Battery operated users are more likely to feel the Ultreo toothbrush performs better on all of these attributes compared to rechargeable users.



Q.315, Q.320, Q.325

*Top 2-box=Much/somewhat more/longer on a 5-point scale

cooper roberts research

# Evaluation of Ultreo Toothbrush (Top-2 box* scores) (Cont.)

- Nearly half of respondents say the Ultreo toothbrush is better at removing stains compared to their current power toothbrush.

- Six in ten believe the Ultreo toothbrush leaves less splatter/mess than their current power toothbrush, while over four in ten say it is easier to handle.

- Compared to rechargeable users, battery operated users are more likely to feel the Ultreo toothbrush is better at removing stains and leaves less splatter/mess.



Q.330, Q.335, Q.350

305-01-01 Toothbrush IHUT

*Top 2-box=Much/somewhat better/less splatter/easier on a 5-point scale

cooper roberts research

# Evaluation of Ultreo Toothbrush (Top-2 box* scores) (Cont.)

- One-third of rechargeable users feel it is easier to remove and clean the brush head of the Ultreo toothbrush compared to their current toothbrush.

- Just over six in ten rechargeable users believe the Ultreo toothbrush requires less space for the charger base.



Easier to remove/clean brush head: 33%

Less space required for charger base: 64%

Base: Rechargeable users (n=204); not asked of battery users
*Top 2-box=Much/somewhat easier/less on a 5-point scale

Q.340, Q.345

305-01-01 Toothbrush IHUT

Page 18

cooper roberts research

# Toothbrush Evaluation Among Oral-B Users

cooper roberts research

# Toothbrush Preference and Future Use

- Over four in ten Oral-B users (45%) say they prefer the Ultreo toothbrush.
  - Among those with a preference (excluding "no preference"), the score for Ultreo jumps to 58%.
  - Roughly six in ten Oral-B users (59%) say they prefer the Ultreo toothbrush a little or a lot more than their current toothbrush.

- Nearly seven in ten (67%) say they will continue to use the Ultreo toothbrush instead of switching back to their current Oral-B toothbrush.



**Toothbrush Preference**

32%
23%
45%

☐ Prefer Oral-B
☐ Prefer Ultreo
☒ No preference

**Degree of Preference***

18%
23%
33%
26%

☐ Prefer Oral-B a little more
☐ Prefer Oral-B a lot more
☒ Prefer Ultreo a little more
☒ Prefer Ultreo a lot more

**Future Usage**

33%
67%

☐ Switch back to Oral-B
☒ Keep using Ultreo

Base: Current Oral-B toothbrush users (n=95)
*Excludes prefer both equally/no preference

Q.285, Q.290, Q.355

305-01-01 Toothbrush IHUT

Page 20

cooper roberts research

# Reasons for Preferring Ultreo or Oral-B

- The main reason respondents volunteer for preferring either the Ultreo toothbrush or their current Oral-B toothbrush is the perception it cleans their teeth better. However, this is a much stronger reason for preferring Ultreo.



Q.295

305-01-01 Toothbrush IHUT

*Caution: small base

Page 21

cooper roberts research

# Evaluation of Ultreo Toothbrush (Top-2 box* scores)
## "Ultreo Better")

- The Ultreo toothbrush performs relatively well among Oral-B users with regards to the attributes tested.

- Current Oral-B users give the Ultreo toothbrush the highest scores for their teeth feeling smoother after using, requiring less space for the charger base, a cleaner feeling after using and a more thorough clean while brushing.



| Attribute | Score |
|---|---|
| Teeth feel smoother after use | 59% |
| Less space required for charger base | 59% |
| More clean feel after use | 58% |
| More thorough clean while brushing | 56% |
| Less splatter/mess | 53% |
| Longer lasting clean feeling | 49% |
| More gentle | 45% |
| Better stain removal | 44% |
| More comfortable brush head in mouth | 33% |
| Easier to maneuver while brushing | 27% |
| Easier removing and cleaning brush head | 22% |

Base: Current Oral-B toothbrush users (n=95)
* Top 2 Box = 5-point scale for each attribute

Q.300, Q.305, Q.310, Q.315, Q.320, Q.325,
Q.330, Q.335, Q.340, Q.345, Q.350

305-01-01 Toothbrush IHUT

cooper roberts research

# Toothbrush Evaluation Among Sonicare Users

cooper roberts research

# Toothbrush Preference and Future Use

- Nearly five in ten Sonicare users (48%) say they prefer the Ultreo toothbrush.
  - Among those with a preference (excluding "no preference"), the score for Ultreo jumps to 69%.
  - Roughly six in ten Sonicare users (58%) say they prefer the Ultreo toothbrush a little or a lot more than their current toothbrush.
- Just over eight in ten (82%) say they will continue to use the Ultreo toothbrush instead of switching back to their current Sonicare toothbrush.



**Toothbrush Preference**

22%
30%
48%

☐ Prefer Sonicare
☐ Prefer Ultreo
■ No preference

**Degree of Preference***

18%
14%
36%
32%

☐ Prefer Sonicare a little more
☐ Prefer Sonicare a lot more
■ Prefer Ultreo a little more
☒ Prefer Ultreo a lot more

**Future Usage**

18%
82%

☐ Switch back to Sonicare
■ Keep using Ultreo

Base: Current Sonicare toothbrush users (n=105)
*Excludes Prefer both equally/no preference

Q.285, Q.290, Q.355

305-01-01 Toothbrush IHUT



cooper roberts research

# Reasons for Preferring Ultreo or Sonicare

- The main reason respondents volunteer for preferring the Ultreo toothbrush compared to their current Sonicare toothbrush is the perception it cleans their teeth better. This is a much stronger reason for preferring Ultreo.

- Among those who prefer their current Sonicare toothbrush, the main reasons cited are the belief it cleans their teeth better and they prefer the bristles.

**Prefer Ultreo**
**(n=51)**

| | |
|---|---|
| Cleans teeth better | 51% |
| Times individual sections | 25% |
| Brush head shape/szie | 12% |
| Good/better design | 10% |
| Quiet/quieter | 10% |
| Works better/does better job | 8% |
| Cleans gums better | 8% |
| Cleans hard to reach places | 8% |
| Easy to clean/hygenic | 8% |
| Whiter/whitens teeth | 8% |

**Prefer Sonicare**
**(n=23*)**

| | |
|---|---|
| Cleans teeth better | 30% |
| Prefer bristles/dislike orange insert | 30% |
| Brush head shape/size | 17% |
| Vibrates/better vibrating action | 13% |
| Cleans hard to reach places | 13% |
| Holds charge well/long time | 9% |
| Feels good/better | 9% |

*Caution: small base

Q.295

305-01-01 Toothbrush IHUT

Page 25

cooper roberts research

# Evaluation of Ultreo Toothbrush (Top-2 box* scores "Ultreo Better")

- The Ultreo toothbrush performs relatively well among Sonicare users with regards to the attributes tested, with the highest scores being for requiring less space for the charger base and having less splatter/mess.



| Attribute | Score |
|---|---|
| Less space required for charger base | 68% |
| Less splatter/mess | 61% |
| Easier to maneuver while brushing | 56% |
| Teeth feel smoother after use | 52% |
| More clean feel after use | 51% |
| More thorough clean while brushing | 50% |
| More gentle | 49% |
| Easier removing and cleaning brush head | 44% |
| Longer lasting clean feeling | 42% |
| More comfortable brush head in mouth | 42% |
| Better stain removal | 39% |

Base: Current Sonicare toothbrush users (n=105)
* Top 2 Box = 5-point scale for each attribute

Q.300, Q.305, Q.310, Q.315, Q.320, Q.325,
Q.330, Q.335, Q.340, Q.345, Q.350

305-01-01 Toothbrush IHUT

Page 26

cooper roberts research

# Profile of Respondents Preferring Ultreo vs. Current Toothbrush

cooper roberts research

# Profile of Respondents Who Prefer Ultreo vs. Those Who Prefer Current Toothbrush – Summary

- When comparing respondents who prefer the Ultreo toothbrush to those who prefer their current power toothbrush, some differences do emerge. These differences are discussed below.

- Respondents who prefer the Ultreo toothbrush to their current power toothbrush are more likely to:

  – Be unemployed;
  – Be older (50 years of age or older);
  – Be married; and
  – Have a somewhat lower household income (under $99,000); and
  – Used the Ultreo toothbrush for a longer period of time (4 weeks or more).

*(Supporting tables follows)*

305-01-01 Toothbrush IHUT

cooper roberts research

# Profile of Respondents Who Prefer Ultreo vs. Those Who Prefer Current Toothbrush

| | Prefer Ultreo (N=146) (A) % | Prefer Current toothbrush (N=61) (B) % |
|---|---|---|
| **Average number of people in household** | 2.5 | 2.5 |
| **Education** | | |
| High school or less | 4 | 3 |
| Technical/trade school/some college | 23 | 21 |
| College grad | 32 | 36 |
| Some graduate school or more | 41 | 39 |
| **Employment Status** | | |
| Employed | 71 | 87A |
| Not employed | 23B | 10 |
| **Age** | | |
| 18-34 | 21 | 30 |
| 35-49 | 29 | 44A |
| 50 years of age or older | 50B | 26 |

**Q.400, Q.405, Q.410, Q.15 (from screening QRE)**

305-01-01 Toothbrush IHUT

cooper roberts research

# Profile of Respondents Who Prefer Ultreo vs. Those Who Prefer Current Toothbrush (Cont.)

| | Prefer Ultreo (N=146) (A) % | Prefer Current toothbrush (N=61) (B) % |
|---|---|---|
| **Marital Status** | | |
| Married | 71b | 61 |
| Living with domestic partner | 8 | 10 |
| Single | 12 | 25A |
| Separated/Divorced/Widowed | 9 | 5 |
| **Household Income** | | |
| Under $50,000 | 16 | 11 |
| $50,000-$99,999 | 40 | 34 |
| $100,000-$149,999 | 30 | 30 |
| $150,000 or more | 14 | 25a |
| **Ethnicity** | | |
| White/Caucasian | 86 | 89 |
| Asian | 5 | 8 |
| African American/Black | 4 | - |
| Latino/Hispanic | 1 | 2 |

Q.415, Q.420, Q.425

305-01-01 Toothbrush IHUT

cooper roberts research

# Profile of Respondents Who Prefer Ultreo vs. Those Who Prefer Current Toothbrush (Cont.)

| | Prefer Ultreo (N=146) (A) % | Prefer Current toothbrush (N=61) (B) % |
|---|---|---|
| **Number of weeks used product** | | |
| Less than 1 | - | 2 |
| 1-2 | - | 5 |
| 3 | 9 | 23A |
| 4 weeks or more | 90B | 70 |
| | | |
| **Average frequency of use per day** | 1.90 | 1.83 |
| | | |
| **Average length of use** | 2 minutes | 2 minutes |

Q.210, Q.275, Q.280

305-01-01 Toothbrush IHUT