# Exhibit D

Case 1:07-cv-08379-RJS    Document 41-5    Filed 11/30/2007    Page 1 of 2

## P&G Files Lawsuit Against Toothbrush Maker Ultreo, Inc.

CINCINNATI, Sept. 27, 2007 /PRNewswire/ — The Procter & Gamble Company (NYSE: PG) filed today a lawsuit against Ultreo, Inc., a manufacturer and distributor of "ultrasound toothbrushes," in the United States District Court for the Southern District of New York. The lawsuit alleges that Ultreo is misleading consumers and dental professionals through false advertising.

Ultreo's advertising falsely communicates that the Ultreo Ultrasound toothbrush with its ultrasound "waveguide" technology creates bubbles that can remove plaque bacteria in the mouth. They claim the ultrasound feature and bubbles it creates can remove plaque that bristle action alone can leave behind. According to Ultreo, the ultrasound waveguide technology is "magic."

A clinical study conducted by P&G showed that turning off Ultreo actually removed more plaque than using the Ultreo toothbrush with its ultrasound "waveguide" on, per the manufacturer's instructions. According to P&G, Ultreo has provided no clinical studies, where the toothbrush has actually been used by consumers, to support its claims that the ultrasound component of the brush removes plaque in the mouth.

"Oral-B has invested in significant R&D to bring breakthrough plaque-removing brushes to consumers. Our clinical studies clearly support the plaque removal benefits of our brushes," said Dr. Paul Warren, Vice President of Global Oral Care Scientific and Professional Relations for P&G and a dentist. "Ultreo has provided no clinical proof that the ultrasound makes any difference in plaque removal in the mouth. We're taking this action to prevent consumers from being misled and to protect our business."

The lawsuit seeks to stop Ultreo from making false claims regarding the plaque removal effects of ultrasound in its marketing and to issue corrective advertising and literature. It also seeks to recover damages for Ultreo's false advertising and unfair competition.

About Procter & Gamble (NYSE: PG)

Three billion times a day, P&G brands touch the lives of people around the world. The company has one of the strongest portfolios of trusted, quality, leadership brands, including Pampers(R), Tide(R), Ariel(R), Always(R), Whisper(R), Pantene(R), Mach3(R), Bounty(R), Dawn(R), Pringles(R), Folgers(R), Charmin(R), Downy(R), Lenor(R), Iams(R), Crest(R), Oral-B(R), Actonel(R), Duracell(R), Olay(R), Head & Shoulders(R), Wella, Gillette(R), and Braun. The P&G community consists of almost 140,000 employees working in over 80 countries worldwide. Please visit http://www.pg.com for the latest news and in-depth information about P&G and its brands.

SOURCE The Procter & Gamble Company
09/27/2007

CONTACT: Corporate Media Center, 1-866-PROCTER (1-866-776-2837), or Elizabeth Ming, External Relations Oral Care, +1-513-622-4727

8491 09/27/2007 18:32 EDT http://www.prnewswire.com