# Exhibit G

# FRONTGATE
OUTFITTERS · HOMES

## Christmas Spectacular

**Experience the Frontgate Difference**

See why our Noble Fir Tree is a best-seller
p. 2–3

*Win the all-new 2008 LEXUS LX 570*
SEE P. 3 FOR DETAILS



Sonic bristles with power tip

Ultrasound waveguide to channel ultrasound energy

# THE FIRST TOOTHBRUSH WITH PATENTED ULTRASOUND WAVEGUIDE TECHNOLOGY

*Removes up to 95% of hard-to-reach plaque in the first minute of brushing*

E. New The Ultreo™ Ultrasound is the world's first toothbrush to utilize patented ultrasound waveguide technology alongside precisely tuned sonic bristle action for the most complete home tooth cleaning system you will find. The sonic bristles create bubbles that pulsate at a precise ultrasonic frequency for an incredible, long-lasting feeling of clean. Up to 95% of hard-to-reach plaque is removed within the first minute of brushing. Ultreo has also been clinically proven to remove stains for naturally whiter teeth in just 14 days of use. Set includes one ultrasound brush head, ultra-compact charging base, waveguide protector, travel caddy, owner's manual, and 2-year warranty.

Independent research studies have proven that:

- In the first minute of brushing, Ultreo removes up to 95% of hard-to-reach plaque
- Ultreo is effective at removing coffee, tea, and other surface stains for naturally whiter teeth in just 14 days
- After using Ultreo for 30 days in a recent study, 80% of power toothbrush users said they would switch to Ultreo
- Of those expressing a preference, 80% thought the overall cleaning provided by Ultreo was better compared to the power toothbrush they normally use

**19599** Ultreo Ultrasound Toothbrush (1¼" dia. x 9½"H) **$169**
**19634** Additional Brush Head **$22.50**
*Please specify Orange (featured), Gray, or White user-identifying mark.*

Easy-clean, snap-on brush head; display illuminates when time to replace

Brushing interval signal



Auto shut-off 2-minute timer with beeping every 30 seconds, reminding user to reposition within mouth

## HOW THE TECHNOLOGY WORKS:

- Precisely tuned sonic bristle action creates microbubbles and cleans on contact
- Ultrasound is channeled into the bubbles through a patented ultrasound waveguide
- Microbubbles are activated by the ultrasound and transformed into pulsating bubbles for an incredible, long-lasting feeling of clean

Programmable ultrasound brush head replacement indicator

E

Battery level indicator; lasts up to 2 weeks when fully charged

800 626 6488    FRONTGATE.COM    3