# Exhibit H


