# Exhibit I

Case 1:07-cv-08379-RJS    Document 41-10    Filed 11/30/2007    Page 1 of 8

Case 1:07-cv-08379-RJS    Document 41-10    Filed 11/30/2007    Page 2 of 8



| HOME | SEND CUSTOM e-CARD KISS | SEND e-CARD KISS | ABOUT SCOPE |



## Get Fresh Breath with the flavor of Scope

What's your flavor style? Classic Mint? Or maybe something a little more icy cool? It really doesn't matter which you choose — with Scope Mouthwash and Crest Whitening plus Scope Extreme Toothpaste, you're covered. So go ahead and get close, and don't worry — Scope and Crest Whitening plus Scope Extreme has got it handled.

  

**Original Mint Mouthwash**  **Cool Peppermint Mouthwash**  **Cinnamon Ice Mouthwash**

How do you describe the minty fresh flavor that started it all? It's an original, like you. A classic that's crisp. Confident. And it leaves your breath feeling clean, fresh and ready to get close. Are you?

 

**Crest Whitening plus Scope Extreme Mint Explosion Toothpaste**    **Crest Whitening plus Scope Extreme Cinnamon Ice Toothpaste**

Crest Whitening plus Scope Extreme is an off-the-hook fusion of whitening toothpaste with 50 percent more Scope than other Crest Whitening plus Scope toothpaste flavors. With more minty fresh Scope than ever before, it rushes to the source of bad breath - odor causing germs - to effectively freshen breath for hours after brushing. As always, you get the trusted Crest cavity protection and tartar control you've come to depend on.



**Crest iQ Quiz**
You're irresistible, but don't you wanna know just how much? Take the **Crest Irresistible IQ quiz** and find out!

**HOW IRRESISTIBLE ARE YOU?**

**Miss Irresistible on MySpace**

Everybody knows you're irresistible – but one more friend who thinks so would be great, too, right? Become Miss Irresistible's friend and you'll have access to free fun stuff for your own MySpace page, like cool free MySpace skins from Scope, not to mention tons of cool new friends! **Check it out now**.

 GetClose | Ask Scope | Legal Terms & Agreements | Privacy Statement | © Procter & Gamble 2007



| HOME | SEND CUSTOM e-CARD KISS | SEND e-CARD KISS | ABOUT SCOPE |



### Get Fresh Breath with the flavor of Scope

What's your flavor style? Classic Mint? Or maybe something a little more icy cool? It really doesn't matter which you choose — with Scope Mouthwash and Crest Whitening plus Scope Extreme Toothpaste, you're covered. So go ahead and get close, and don't worry — Scope and Crest Whitening plus Scope Extreme has got it handled.

  

| Original Mint Mouthwash | Cool Peppermint Mouthwash | Cinnamon Ice Mouthwash |

If you could capture and bottle an arctic wind, this would be it. This icy splash of peppermint has the power to reinvigorate your breath, leave your mouth feeling cool and clean — giving you the confidence to get close.

 

| Crest Whitening plus Scope Extreme Mint Explosion Toothpaste | Crest Whitening plus Scope Extreme Cinnamon Ice Toothpaste |

Crest Whitening plus Scope Extreme is an off-the-hook fusion of whitening toothpaste with 50 percent more Scope than other Crest Whitening plus Scope toothpaste flavors. With more minty fresh Scope than ever before, it rushes to the source of bad breath - odor causing germs - to effectively freshen breath for hours after brushing. As always, you get the trusted Crest cavity protection and tartar control you've come to depend on.

stuff for your own MySpace page, like cool free MySpace skins from Scope, not to mention tons of cool new friends! **Check it out now**.

PRIVACY BBBOnLine | GetClose | Ask Scope | Legal Terms & Agreements | Privacy Statement | © Procter & Gamble 2007



### Sensitive Teeth

- Home
- Our Products
  - Toothpastes
    - Nature's Expressions
    - Pro-Health
    - Whitening
    - Cavity Protection
    - Tartar Protection
    - ▶Sensitive Teeth
    - Flavors
    - Baking Soda
    - Gels
    - Liquid Gels
    - Pastes
    - Striped
    - For Kids
  - Toothbrushes
  - Glide Floss
  - Whitening
  - Rinse
- Crest Dental Plan
- Beautiful Smiles
- Dental Health
- Crest Kids
- Special Offers



**Pro-Health Night Toothpaste**
NEW Crest Pro-Health Night Toothpaste protects your mouth from germs that can flourish while you sleep. Available in Clean Night Mint.

**Pro-Health Clean Mint Paste**
Crest Pro-Health Toothpaste in Clean Mint flavor uses the unique Polyfluorite System™ to provide protection against cavities, gingivitis, plaque, tooth sensitivity and tartar, plus it freshens your breath with a cool, clean mint flavor. But it doesn't stop there. Crest Pro-Health Toothpaste is formulated to provide excellent whitening benefits too.

**Pro-Health Clean Cinnamon Paste**
Get a healthier smile! with Crest Pro-Health Toothpaste in Clean Cinnamon. The crisp flavor almost makes you forget it's also protecting these areas dentists check most: cavities, gingivitis, plaque, tooth sensitivity and tartar, all while freshening your breath. Crest Pro-Health Toothpaste also provides excellent whitening benefits.



**Crest Maximum Strength Sensitivity Protection Whitening Plus Scope**
Specially formulated so you experience the benefits you want with less sensitivity, Crest Sensitivity Protection is clinically proven to help relieve the pain and mild tingly feeling sensitive teeth can cause. You'll build increasing protection for sensitive teeth against cold, heat, acids, sweets and contact while whitening your teeth and freshening your breath.

**Crest Maximum Strength Sensitivity Protection Extra Whitening**
Crest Sensitivity Protection Extra Whitening is specially formulated to whiten teeth while helping protect them against cold, heat, acids, sweets and contact. Clinically proven to help relieve sensitive teeth pain, Crest Sensitivity Protection fights cavities and leaves teeth feeling clean.



**Crest Maximum Strength Sensitivity Original Formula Soothing Whitening Paste**
You'll build increasing protection for sensitive teeth against cold, heat, acids, sweets and contact with our mild mint paste. Clinically proven to help relieve sensitive teeth pain, Crest Sensitivity Protection fights cavities and leaves teeth feeling clean.

Need more information? Visit our Crest Toothpaste FAQ.

