Case 1:07-cv-08379-RJS    Document 41-12    Filed 11/30/2007    Page 1 of 16

# Exhibit K

SAVE UP TO $15



# New Sonicare FlexCare and UV Sanitizer

**PHILIPS** sense and simplicity

**PHILIPS sonicare** the sonic toothbrush

## Ask your dental professional about FlexCare

Find out why Sonicare is the #1 recommended brand by dental professionals—and how improving your oral health can lead to better overall health.

Then, be sure to purchase your FlexCare and return the attached rebate form to enjoy your savings and a healthier smile.



Use your rebate today and save up to $15

**Significantly improved oral health. Guaranteed.**
Use Sonicare and we guarantee noticeable results and better checkups or your money back.

Visit sonicare.com or call 1-800-682-SONIC (7664)



1, 2, 3 Data on file

© 2007 Philips Oral Healthcare, Inc. All rights reserved. PHILIPS and the Philips shield are trademarks of KPENV. Quadpacer, Elite, Sonicare, and the Sonicare logo are trademarks of Philips Oral Healthcare and/or KPENV. www.sonicare.com

7003453

---

## Save up to $15 on your new FlexCare.



**To receive your Philips Sonicare rebate:**

1. Purchase the products below from your dental professional's office or retail stores on or before 12/31/08:
   - ☐ Save $10 on a Sonicare FlexCare, Elite, or Essence*
   - ☐ Save $5 on Sonicare ProResults or e-Series brush heads (2 single-packs or 1 multi-pack)

2. Enclose:
   - this rebate form
   - the original sales receipt (please circle the Sonicare purchase price)
   - proof of purchase—cut out and attach the bar code from the bottom of the package

3. Mail to: Sonicare Rebate, PO Box 29367
   Shawnee Mission, KS 66201-5367

| | |
|---|---|
| First Name | Last Name |
| Mailing Address | |
| City | State    Zip |
| Phone | Email |



*Offer not valid on Professional Trial Models or Sonicare Essence e5800. Offer valid on select Sonicare only. No photocopies will be accepted. Not redeemable in retail stores. Offer valid through 12/31/08. Must be postmarked no later than 01/31/09. Limit one per individual or address. Resellers are not eligible. May not be combined with other offers. Keep copies of all submitted materials for your records. Lost or stolen, damaged or expired rebate checks/items will not be replaced. Offer good only in the U.S. and void where prohibited, restricted or taxed by law. Allow 8-10 weeks for redemption.

10265H

7003453

## The new Philips Sonicare FlexCare

The new FlexCare, the most effective toothbrush in the Philips Sonicare family, delivers improved plaque removal and advanced features.

Powered by our patented sonic technology, Sonicare cleans beyond the bristles to remove plaque deep between the teeth and along the gumline. Sonicare gives you naturally whiter teeth and healthier gums. Guaranteed.

### Significantly improved oral health, guaranteed

- FlexCare removes significantly more plaque than Oral-B Triumph and Sonicare Elite[1]
- FlexCare is clinically proven to help reduce gingivitis[2]
- FlexCare is proven gentle on teeth, gums, as well as restorations, implants, and braces[3]



## ProResults brush head for better tooth coverage



The new FlexCare ProResults brush head conforms to your teeth to remove more plaque with:

- Contour-fit bristles
- A wider bristle range for a broader sweeping motion

Cleans beyond the bristles

Plus, ProResults brush heads are easy to use and maintain.

## FlexCare features can help improve your brushing habits

Modes and routines adapt to your brushing needs:

- **Clean** for everyday superior brushing
- **Sensitive** or **Massage** to meet your varying oral care needs
- **MaxCare** for a thorough full-mouth cleaning and massage
- **GoCare** for a quick clean between regular brushing

## New brush head sanitizer



FlexCare also has a convenient UV sanitizer that kills up to 99% of bacteria* on your brush head. The sanitizer is built-in to the charger base in select FlexCare models.

*E. coli and S. mutans.

## Advanced features designed around you

    

**NEW ProResults brush head**
New brush head design delivers a broader sweeping motion for better plaque removal.

**Two brush head sizes**
Standard is ideal for complete cleaning. Compact provides precision cleaning.

**NEW Multiple needs, one solution**
3 Flexible brushing modes
2 Personalized cleaning routines

**Quadpacer**
30-second timer encourages even cleaning throughout your mouth.

**Deluxe recharge gauge**
Green light indicates battery charge and yellow light signals when to recharge.

**NEW Multi-voltage compact travel charger**
New compact charger lets you enjoy FlexCare while you're on the go.



Case 1:07-cv-08379-RJS   Document 41-12   Filed 11/30/2007   Page 4 of 16

Consumer Products    Lighting    M



- Contact & Support    |





**YOU ARE HERE:** Sonicare Home    Why Sonicare?    **Sonic Technology**

| Why Sonicare? |
| --- |
| Proven Results |
| Sonic Technology |
| Benefits |
| Opinions |
| No-risk Guarantee |
| Environmental Policy |

Oral Care & Your Health

Brushes

Sanitizers

Owners

Register Your Sonicare

Dental Professionals

:: Contact Us

:: Glossary

# Sonic Technology

Sonicare's technology is designed to deliver superior results.

Sonicare toothbrushes, inspired by the sonic technology used in dental offices, have dynamic cleaning action to reduce plaque along the gumline.

The bristles on a Sonicare play an important part too. Their high velocity movement creates the dynamic cleaning action, and allows for direct contact with each tooth. Sonicare's bristles are also designed to be extra gentle on teeth and gums.

The first time you use a Sonicare, you'll notice that the cleaning technique feels entirely different than any other toothbrush. Now you'll know it's because it cleans in a way that is completely unique from any other toothbrush.

+ Watch a brush head in action
**A Brief History of Sonic Technology**
Sonicare toothbrushes were brought to market by Optiva Corporation in the late 80s. Royal Philips acquired Optiva in 2000 as part of the product division Domestic Appliances and Personal Care. Since its inception Sonicare has grown from a small entrepreneurial venture capital company to become a global manufacturer of a successful consumer and dental professional proposition in electronic toothbrushes which is now the power toothbrush brand most recommended by dental professionals.

For further information please contact Terry Fassburg of Philips Electronics.

**Sonicare FlexCare**
Sonicare's top model offers personal care settings along with an improved brush head design.
+ Learn more about Sonicare FlexCare

AEX | EUR 29,83

Careers | Philips | Privacy policy | Terms of use | Site Map
©2004-2007 Koninklijke Philips Electronics N.V All rights reserved.

 United States / English






Consumer Products     Lighting     M‹

- Contact & Support      |

YOU ARE HERE: Sonicare Home   Why Sonicare?   **Benefits**

**Why Sonicare?**

Proven Results

Sonic Technology

**Benefits**

   What Makes it Worth the Cost?

Opinions

No-risk Guarantee

Environmental Policy

Oral Care & Your Health

Brushes

Sanitizers

Owners

Register Your Sonicare

Dental Professionals

:: Contact Us

:: Glossary

# Benefits

**Positive Impact on Overall Health**
You will be hearing about it more and more: your oral health is linked to your overall health.

Often, issues with your oral health can be an indicator of—or even more importantly—directly effect your overall health. For instance, certain medical conditions require particular attention to oral care. For instance, some conditions, such as diabetes, require that you pay special attention to your teeth and gums in order to better maintain your health.

+ Read about the oral health/overall health connection

**Healthier Gums**
When plaque accumulates between the teeth and gums, it becomes an irritant to the gum tissues causing gingivitis, the most common form of gum disease. Sonicare is clinically proven to reduce gingivitis.

Sonicare also helps to shrink periodontal pockets, which form between the teeth and the gums when gingivitis goes untreated. Periodontal pockets are especially problematic because plaque and debris from food collect in the pocket, which can eventually result in the loss of teeth.

+ View the proven results


**Superior Plaque Removal**
Sonicare's dynamic action cleans teeth resulting in superior plaque removal making it a step forward in anyone's oral care.

+ View the proven results


**An Investment in Your Oral Health**
Giving your mouth the attention and care it deserves can really pay off. While it doesn't mean you should say goodbye to the

**Sonicare FlexCare**
Sonicare's top model offers personal care settings along with an improved brush head design.
+ Learn more about Sonicare FlexCare

dentist's office forever, using a Sonicare can help remove plaque and prevent in the development of gingivitis.

+ Read what makes Sonicare worth the cost

**Gentle Brushing**
Although it removes hidden plaque from hard-to-reach areas, the Sonicare toothbrushes' technology is gentle on teeth and gums requiring a lot less pressure from the user. But more importantly, research has shown increased compliance in users with the Sonicare toothbrushes.

+ Learn how sonic technology works

**Healthier & Naturally Whiter Teeth**
People notice the Sonicare difference in more ways than one. Right away your teeth are cleaner, leading to improved oral health. We are so confident that you will see and feel improvement that Sonicare is backed by a 90-Day Satisfaction Guarantee, or your money back.

+ Read about Sonicare's no-risk guarantee

NYSE | US$ 43.50

Careers | Philips | Privacy policy | Terms of use | Site Map
©2004-2007 Koninklijke Philips Electronics N.V. All rights reserved.

  United States / English



Consumer Products    Lighting    M

• Contact & Support    |





YOU ARE HERE:    Sonicare Home    Dental Professionals    **Why Dispense Sonicare?**

Why Sonicare?

Oral Care & Your Health

Brushes

Sanitizers

Owners

Register Your Sonicare

**Dental Professionals**

   **Why Dispense Sonicare?**

     Superior Technology

     Proven Results

     Improved Compliance

     Peer Opinions

   Professional Products

   Clinical Studies

   Resources

   Sponsorships

:: Contact Us

:: Glossary

# Why Dispense Sonicare?

**Sonicare uses superior technology**
Sonicare toothbrushes use a technology that generates high amplitude and high frequency bristle motion, which in turn creates dynamic cleaning activity. The resonating motion of the bristles is gentle on dentin, yet penetrates deeply into interproximal spaces.
+ More about Sonicare technology

Philips Sonicare is backed by more than 140 abstracts representing clinical and laboratory studies at over 40 universities and research institutions worldwide.
+ More about Sonicare's proven results

**Sonicare can improve patient compliance**
Patient compliance can be improved by the visible results that Sonicare delivers in only 28 days. For many, seeing whiter teeth is a great motivator for patients to stay on the path to long-term oral care improvements. And as you know, there is new data showing that better oral health can have an impact on overall health.
+ More about improved patient compliance

**Dental professionals recommend Sonicare**
Sonicare is the most recommended power toothbrush by U.S. dental professionals. Find out what your peers think.
+ Read peer opinions

AEX | EUR 29,83

Careers | Philips | Privacy policy | Terms of use | Site Map
©2004-2007 Koninklijke Philips Electronics N.V. All rights reserved.

 United States / English



Consumer Products    Lighting    M

• Contact & Support    |





**YOU ARE HERE:** Sonicare Home    Dental Professionals    Why Recommend Sonicare?    **Superior Technology**

Why Sonicare?
Oral Care & Your Health
Brushes
Sanitizers
Owners
Register Your Sonicare
**Dental Professionals**
  **Why Dispense Sonicare?**
    **Superior Technology**
    Proven Results
    Improved Compliance
    Peer Opinions
  Professional Products
  Clinical Studies
  Resources
  Sponsorships

:: Contact Us
:: Glossary

# Superior Technology

Philips believes in inventing technologies and designing products around the people that use them. Therefore, Sonicare is always improving the products they make. That's why the sonic technology that moves the Sonicare bristles is proven to deliver results that the patient can feel and that you can see.

Sonicare is based on a technology that is extremely advanced.

**Here are the basics on how it works:**
- Sonicare achieves its bristle velocity through a combination of high frequency and high amplitude bristle motion.
- This velocity generates dynamic action.
- Dynamic action is gentler on dentin than a manual or an oscillating toothbrush. This action cannot be achieved by oscillating, spinning, rotating, or pulsating brushes.
- The cleaning power of dynamic action, coupled with the specially designed bristle orientation, results in deep penetration of interproximal spaces.
- This process results in a distinctly different brushing experience.

**Sonicare FlexCare**
Sonicare's top model offers personal care settings along with an improved brush head design.
+ Learn more about Sonicare FlexCare

NYSE | US$ 43.46

Careers | Philips | Privacy policy | Terms of use | Site Map
©2004-2007 Koninklijke Philips Electronics N.V. All rights reserved.

 United States / English



**PHILIPS**
sense and simplicity

Consumer Products    Lighting    M.

• Contact & Support





**PHILIPS**
**sonicare**

**YOU ARE HERE:**    Sonicare Home    Dental Professionals    Clinical Studies    **Effect of the Sonicare FlexCare power toothbrush ...**

Why Sonicare?

Oral Care & Your Health

Brushes

Sanitizers

Owners

Register Your Sonicare

**Dental Professionals**

Why Dispense Sonicare?

Professional Products

**Clinical Studies**

Resources

Sponsorships

:: Contact Us

:: Glossary

# Effect of the Sonicare FlexCare power toothbrush on fluoride delivery through Streptococcus mutans biofilms

**Objective**
Evaluate the ability of two power toothbrushes, the Sonicare FlexCare and the Oral-B Triumph, to enhance the diffusion of fluoride through a biofilm by fluid dynamic action in vitro

**Methodology**
Fluoride diffusion was established by an experimental system that measured the rate of fluoride diffusion through a membrane colonized with a Streptococcus mutans biofilm. In a fluid-filled container, the biofilm colonized membrane was contained in a water tight partition that separated the "brushing" chamber from the "measurement" chamber. Brushes were positioned perpendicular to the biofilm at 10 mm distance, then fluoride (1100 ppm NaF) was added to the brushing chamber and the brush activated to enhance fluoride penetration to the measurement chamber through fluid dynamic activity. Penetration of fluoride through the biofilm and membrane was measured with a fluoride electrode over a 4 minute period, and expressed as the "mass transfer coefficient".

**Results**
The mass transfer coefficient (a measure of the rate of delivery of fluoride through the biofilm-colonized membrane) of fluoride generated by powered brushing was significantly greater ($p<0.05$) than that from passive diffusion alone (no brushing): Sonicare FlexCare increased diffusion by 129% over no brushing. Sonicare FlexCare resulted in a significantly greater ($p<0.05$) mass transfer coefficient than the Oral-B Triumph by 29%.

**Conclusion**
This study demonstrated that the fluid dynamic action of Sonicare FlexCare enhances the penetration of fluoride through biofilm which may, in turn, help increase the bioavailability of

fluoride in residual dental plaque.





Stoodley P, Nguyen D, Longwell M, Nistico L, von Ohle Ch, Milanovich N, de Jager M. Effect of the Sonicare FlexCare power toothbrush on fluoride delivery through Streptococcus mutans biofilms. Comp Cont Dent Educ 2007;28

Careers | Philips | Privacy policy | Terms of use | Site Map
©2004-2007 Koninklijke Philips Electronics N.V. All rights reserved.

 United States / English


sense and simplicity

Consumer Products    Lighting    M

• Contact & Support    |





**YOU ARE HERE:**    Sonicare Home    Dental Professionals    Clinical Studies    **Comparison of the interproximal plaque ...**

Why Sonicare?

Oral Care & Your Health

Brushes

Sanitizers

Owners

Register Your Sonicare

**Dental Professionals**

  Why Dispense Sonicare?

  Professional Products

  **Clinical Studies**

  Resources

  Sponsorships

:: Contact Us

:: Glossary

# Comparison of the interproximal plaque removal efficacy of two powered toothbrushes using in vitro oral biofilms

**Objective**
To compare, in vitro, the interproximal plaque removal beyond the bristles of two power toothbrushes

**Methodology**
A dental plaque model in which a multispecies biofilm was grown on hydroxyapatite discs was used to evaluate the ability of Sonicare Elite and Oral-B 3D to remove biofilm without bristle contact. The dental plaque model was located interproximally at a distance of approximately 2 mm from the bristles and exposed to the fluid dynamic activity generated by the brushes with the motors either activated or inactivated for 5 seconds.

**Results**
In the activated state, both brushes removed a significantly higher percentage of plaque biofilm compared to the inactive brushes. The percentage of plaque bacteria removed by Sonicare Elite (32.2%) beyond the bristles was significantly greater than that removed by Oral-B 3D (9.5%), ($p<0.05$).

**Conclusion**
Sonicare Elite removed significantly more dental plaque biofilm 2-3 mm beyond the reach of the bristles than Oral-B 3D.



*Hope CK, Wilson M. Am J Dent 2002;15:7B-11B.*





**PHILIPS**
sense and simplicity

Consumer Products    Lighting    M

• Contact & Support    |



**PHILIPS**
**sonicare**

**YOU ARE HERE:**    Sonicare Home    Dental Professionals    Clinical Studies    **In vitro evaluation of interproximal biofilm removal ...**

Why Sonicare?

Oral Care & Your Health

Brushes

Sanitizers

Owners

Register Your Sonicare

**Dental Professionals**

   Why Dispense Sonicare?

   Professional Products

   **Clinical Studies**

   Resources

   Sponsorships

:: Contact Us

:: Glossary

# In vitro evaluation of interproximal biofilm removal with power toothbrushes

**Objective**
To compare the removal of interproximal biofilm beyond the reach of the bristles of the Sonicare FlexCare and a rotating-oscillating power toothbrush, using an in vitro model

**Methodology**
The ability of the Sonicare FlexCare and Oral-B Triumph to remove biofilm without direct bristle contact was evaluated using a dental plaque model of a multispecies oral biofilm grown on hydroxyapatite discs. In a typodont model, the discs with plaque biofilm were located on interproximal sites of molar teeth at a distance of 2-4 mm from the bristles, and exposed to the fluid dynamic activity generated by the activated brushes. An inactivated Sonicare FlexCare was used as a control. Plaque removal efficacy was determined by enumeration of the percentage of viable bacteria removed from the discs as a result of brushing.

**Results**
The active Sonicare FlexCare toothbrush removed a significantly higher percentage of biofilm bacteria when compared to both the inactive state ($p<0.0001$) and the active Oral-B Triumph toothbrush ($p=0.0001$). Moreover, with 73% plaque biofilm removal, the Sonicare FlexCare removed three times the amount of plaque biofilm when compared to the Oral-B Triumph, with 23% removal.

**Conclusion**
Sonicare FlexCare removed significantly more biofilm 2-4 mm beyond the reach of the bristles than the Oral-B Triumph.



**Removal of biofilm bacteria from HA discs in an interproximal site model**

*Aspiras M, Elliott N, Nelson R, Hix J, Johnson M, de Jager M. In vitro evaluation of interproximal biofilm removal with power toothbrushes. Comp Cont Educ Dent 2007; 28*

NYSE | US$ 43.52

Careers | Philips | Privacy policy | Terms of use | Site Map
©2004-2007 Koninklijke Philips Electronics N.V. All rights reserved.

 United States / English