# Exhibit L



Home

Our Products

Toothpastes
Toothbrushes
Glide Floss
Whitening
▸Rinse

Crest Dental Plan

Beautiful Smiles

Dental Health

Crest Kids

Special Offers

RINSE



**Crest Whitening Night Rinse**
NEW Crest Pro-Health Night Rinse kills 99% of germs* that cause plaque, gingivitis and bad breath at night â€" without the burn of alcohol.



**Crest Whitening Rinse**
From a leader in tooth whitening comes Crest Whitening Rinse. Its alcohol-free triple-action formula safely whitens teeth by removing surface stains. It also protects them from new stains and kills germs that cause bad breath.



**Crest Pro-Health Rinse**
Get a cleaner, healthier mouth with Crest Pro-Health Rinse. It kills 99% of common germs that can cause plaque, gingivitis and bad breath* without the burn of alcohol.

*In laboratory tests

Contact Us | Ask Crest | For Teachers | Crest Healthy Smiles Program | For U.S. Dental Professionals | Become a Crest Dental Plan Member
Site Map | Press/News | Spam Alert | Legal Terms & Agreements | Privacy Statement | ©2007 Procter & Gamble

PRIVACY
BBBONLINE

# Vicks® Early Defense™
## The Best Defense Is an Early Defense

# Introducing Two NEW Products from Vicks

Click on the products or use the menu on the right to learn more about each product.



**Vicks Early Defense Nasal Decongestant MicroGel Spray**
Use at the first signs of a cold to help stop nasal congestion before it stops you.
Learn More

**Vicks Early Defense Foaming Hand Sanitizer**
Kills 99.9% of germs. Helps fight germs for up to three hours.*
* Under laboratory conditions
Learn More

**Learn More About Vicks Early Defense**

Read each label. Use as directed.

© 2007 Procter & Gamble. All Rights Reserved. All copy and claims valid only in the U.S.

This website is intended for U.S. residents only.

FAQ   Contact Us   Procter & Gamble   Privacy Statement   Terms & Conditions   Site Map



**PRODUCTS — CLICK TO VIEW MORE**
- NyQuil Products
- DayQuil Products
- Vicks Early Defense
  - Foaming Hand Sanitizer
  - Nasal Decongestant MicroGel Spray
- VapoRub Products
- BabyRub
- Casero Products



