# Exhibit M



