# Exhibit N

Case 1:07-cv-08379-RJS    Document 41-15    Filed 11/30/2007    Page 1 of 6







**Oral-B**

Dental Professional Site | Where to Buy | Ask Us | About Us | International Sites

↓ Products → Find It → What's New → Learning Center → Offers & Registration

• Power Products • Power Brush Heads • Manual Toothbrushes • Kids Products • Floss & Interdental

## Floss & Interdental

Oral-B® Hummingbird®

SATINfloss® & SATINtape®

Ultra Floss®

Essential Floss™

Super Floss®

Oral-B® Stages® Flossers

Interdental Kit

Denture Brush

End-Tufted Brush

Sulcus Toothbrush

Ortho Brush

Gum Stimulator



## Oral-B® Hummingbird®

Now flossing is easier and less messy. With a simple push of the button, Hummingbird gently vibrates so it feels amazing and gives you unmistakable benefits from day one. Your teeth and gums will feel cleaner and fresher with the Hummingbird flosser.

**Product Features**
+ Gentle vibrations massage your gums
+ Power Ergonomic Flosser attachment included
+ Single-use refill attachments
+ Designed to reach between your teeth and below your gum line to remove plaque
+ Hummingbird reaches areas your toothbrush can't
+ Handy 4-inch tall compact design fits in the palm of your hand
+ Easy and convenient size lets you floss with one hand
+ Powered by one AAA Duracell® battery (included)

**Buy Now**

*theEssentials*

The Brand More Dentists Use Themselves Worldwide   © 2007 Procter & Gamble. All rights reserved. Legal Terms and Conditions. Privacy Policy. P&G Links.

Products | Find It | What's New | Learning Center | Offers/Registration | Where to Buy | Ask Us | About Us | International Sites | Site Map