# Exhibit 2

# List of Materials Considered

| Description | Bates Range |
|---|---|

**Pleadings**

1  Complaint, *The Procter & Gamble Company v. Ultreo, Inc.* Before the United States District Court, Southern District of New York, No. 07 Civ. 8379 (RJS), September 27, 2007

2  Notice of Motion, October 26, 2007

3  Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction, October 26, 2007

4  Stipulated Confidentiality Order

5  Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction, October 26, 2007

**Declaration and Affidavits**

1  Declaration of Thomas D. Dupont, Ph.D. in Support of Plaintiff's Motion for a Preliminary Injunction, with Exhibits, October 9, 2007

2  Affidavit of Wayne Randall in Support of Plaintiff's Motion for a Preliminary Injunction, with Exhibits, October 18, 2007

3  Affidavit of Aaron Biesbrock in Support of Plaintiff's Motion for a Preliminary Injunction, with Exhibits, October 26, 2007

4  Affidavit of John B. Williams in Support of Plaintiff's Motion for a Preliminary Injunction, with Exhibits, October 26, 2007

**Annual Reports**

1  "2007 Annual Report," Procter & Gamble Company

**Other Documents**

1  "Ultreo, Inc. Files Countersuit Against Procter & Gamble," Business Wire, October 18, 2007

2  "Oral Care – The Market – US – April 2007," Mintel International Group Limited, 2007

3  Elizabeth A. Evans and Peter P. Simon, "Economic Analysis in Nonpatent Intellectual Property Rights and Damages Measures," *Litigation Services Handbook: The Role of the Financial Expert,* Fourth Edition, Roman L. Weil, Peter B. Frank, Christian W. Hughes, Michael J. Wagner, Editors, (New York: John Wiley, 2007)

## List of Materials Considered

| | Description | Bates Range | |
|---|---|---|---|
| 4 | Robert E. Hall and Victoria A. Lazear, "Reference Guide on Estimation of Economic Losses in Damages Awards," from *Reference Manual on Scientific Evidence,* Second Edition, (Federal Judicial Center, 2000) | | |
| 5 | Victoria A. Lazear, "Estimating Lost Profits and Economic Losses," *Litigation Services Handbook: The Role of the Financial Expert,* Third Edition, Roman L. Weil, Michael J. Wagner, and Peter B. Frank, Editors, (New York: John Wiley, 2001) | | |
| 6 | Mohan Rao and Christian Tregillis, "Econometric Analysis," *Litigation Services Handbook: The Role of the Financial Expert,* Fourth Edition, Roman L. Weil, Michael J. Wagner, and Peter B. Frank, Editors, (New York: John Wiley, 2007) | | |

**Bates Numbered Documents**

| | | | |
|---|---|---|---|
| 1 | | PG000001 | PG000141 |
| 2 | | PG000142 | PG000200 |