# Exhibit A

# JOEL HOWARD BERG

## CURRICULUM VITAE

**CURRENT POSITIONS**

Chair
Department of Pediatric Dentistry
School of Dentistry
University of Washington
Seattle WA

Professor
Lloyd and Kay Chapman Chair for Oral Health
Department of Pediatric Dentistry
School of Dentistry
University of Washington
Seattle WA

**RESEARCH INTERESTS**

Development of a caries risk assessment educational program for dental professionals
Clinical evaluation of dental restorative materials

**OFFICE ADDRESS**

University of Washington School of Dentistry
Department of Pediatric Dentistry
1959 NE Pacific Street, HSC Room B-242
Box 357136
Seattle WA 98195-7136

Office:          206-543-4885
Fax:             206-616-7470
Cell:            425-503-2350
Email:           joelberg@u.washington.edu

**HOME ADDRESS**

2417 104th Ave SE
Bellevue WA 98004

**CITIZENSHIP**

U.S.A.

**EDUCATION**

MS, Oral Biology
Thesis: "The intrinsic effect of aging on wound healing"
University of Iowa, Iowa City IA
August 1985

Certificate in Pediatric Dentistry
University of Iowa, Iowa City IA
June 1985

1



DEFENDANT'S EXHIBIT 63

Blumberg No. 5114

## EDUCATION (CONT'D)

DDS
University of Iowa, Iowa City IA
May 1983

BA
Yeshiva University, New York NY
June 1978

AA, Judaic Studies
Yeshiva University, New York NY
June 1978

## DENTAL LICENSURE

Washington DE00008754
Pennsylvania DS-029281-R (Inactive)
Iowa 6958 (Inactive)
Texas 15553 (Inactive)

## CERTIFICATION

Diplomate, American Board of Pediatric Dentistry
March 1991

## HOSPITAL STAFF APPOINTMENTS

| | |
|---|---|
| 2003 - Present | Children's Hospital and Regional Medical Center, Seattle WA |
| 1988 - 1995 | Texas Children's Hospital, Houston TX |
| 1986 - 1995 | Hermann Hospital, Houston TX |
| 1986 - 1995 | MD Anderson Hospital, Houston TX |

## FACULTY APPOINTMENTS

| | |
|---|---|
| Aug 2006 - Present | Interim Director, Department of Dental Medicine, Children's Hospital and Regional Medical Center, Seattle WA |
| Sept 2004 - Present | Professor, Lloyd and Kay Chapman Chair for Oral Health, Department of Pediatric Dentistry, School of Dentistry, University of Washington, Seattle WA |
| Jul 2003 - Present | Member, Graduate Faculty, Graduate School, University of Washington, Seattle WA |
| Feb 2003 - Present | Professor and Chair with Tenure, Department of Pediatric Dentistry, School of Dentistry, University of Washington, Seattle WA |
| Feb 1996 - Sep 2004 | Adjunct Associate Professor, Department of Pediatric Dentistry, School of Dental Medicine, University of Pennsylvania, Philadelphia PA |
| Mar 1995 - Present | Clinical Associate Professor, Department of Pediatric Dentistry, Houston Health Science Center-Dental Branch, University of Texas, Houston TX |
| Jun 1990 - Mar 1995 | Associate Professor with Tenure, Department of Pediatric Dentistry, Houston Health Science Center-Dental Branch, University of Texas, Houston TX |

2

## FACULTY APPOINTMENTS (CONT'D)

Sept 1989 - Mar 1995    Associate Professor, Department of Pediatrics, Houston Health Science Center-Dental Branch, University of Texas, Houston TX

Oct 1988 - Aug 1989    Director, Postgraduate Program in Pediatric Dentistry, Department of Pediatric Dentistry, Houston Health Science Center-Dental Branch, University of Texas, Houston TX

Jul 1985 - Aug 1989    Assistant Professor, The Department of Pediatric Dentistry, Houston Health Science Center-Dental Branch, University of Texas, Houston TX

Jul 1979 - Jun 1983    Research Assistant, Dows Institute for Dental Research, Iowa City IA

## INDUSTRY POSITIONS

Mar 2000 - Feb 2003    Vice President for Clinical Affairs, Philips Oral Healthcare Corporation

Responsible for: clinical research, including internal and external trials; regulatory issues and clinical advising activities; coordination of scientific and clinical team with management team; advising in the development of new business and professional strategies.

Dec 1997 - Mar 2000    Head of the Scientific Department, ESPE Dental AG

Responsible for: management of Clinical Research and Regulatory Affairs Departments, including toxicology; interface between Marketing and Research & Development Departments; creation and maintenance of expert contacts.

Member of the New Business Development Team responsible for: development of new scientific activities in Asia, Australia, and Europe; global management and coordination of the company's external scientific activities; management of scientific information pertinent to marketing in relation to product launches; financial and administrative management of global scientific organization.

Mar 1995 - Mar 2000    Executive Vice President for Research and Clinical Affairs, ESPE America, Inc, Norristown, PA.

Responsible for: Development of scientific infrastructure for American operation of Global Dental Company; creation and maintenance of expert contacts/relationships, management of clinical trials, seek new product ideas-screening and bringing information to parent company.

Mar 1995 - Dec 1995    Vice President, Research and Development, IONOS-America, Inc.

Mar 1992 - Mar 1995    Clinical Research Consultant & FDA Coordinator, IONOS-America, Inc.

Initiated and managed clinical trials in pursuit of product registration for two different medical devices used in the field of Otolaryngology in the U.S; managed information and provided interface between U.S. and German operations; managed IONOS-America business operation.

## HONORS AND AWARDS

Fellow, Pierre Fauchard Academy, 2006

Alan J. Davis/SCADA Achievement Award, 2005

Fellow, International Academy for Dental Facial Esthetics, 2001

## HONORS AND AWARDS (CONT'D)

Fellow, American College of Dentists, 1994

Fellow, International College of Dentists, 1993

Member, Omnikron Kappa Upsilon (OKU), Dental Honor Society, 1992 - Present

Graduate Student Research Award, American Academy of Pediatric Dentistry, 1986

Max Smith Young Investigator Award, University of Iowa College of Dentistry, March 1985

Dentsply Student Clinician Award, Student Conference on Dental Research, Farmington CT. April 1982

Dean's Leadership Award, University of Iowa College of Dentistry, 1981, 1982, 1983

University of Iowa Representative, Student Table Clinic Competition at the ADA Annual Session, New Orleans LA. October 1980

Winner, Student Table Clinic Competition at University of Iowa College of Dentistry, Presentation: "Cellular Parameters of Epithelial Morphologies in the Mouse." November 1979

Member, Alpha Psi Omega Dramatics Honor Society, Yeshiva University, 1978

Superintendent's Award for Excellent in Science, Theodore Roosevelt High School, Des Moines IA. June 1974


## PROFESSIONAL ORGANIZATIONS

Member, American Dental Association

Fellow, American Academy of Pediatric Dentistry

Member, International Academy of Pediatric Dentistry

Member, Deutsche Gesellschaft fuer Kinderzahnheilkunde (German Pediatric Dentistry Organization)

Member, Washington State Dental Association

Member, American Academy of Cosmetic Dentistry

Member, Academy of Operative Dentistry

Member, International Association for Dental Research

Member, American Dental Education Association

Member, Academy of Dental Materials

Associate Member, American Academy of Pediatrics

Associate Member, American Academy of Esthetic Dentistry

Member, Seattle Pediatric Dentistry Study Club

Member, Evergreen Pediatric Dentistry Study Club

Member, Washington State Academy of Pediatric Dentistry

## PROFESSIONAL ORGANIZATIONS (CONT'D)

Member, Western Society of Pediatric Dentistry

## SERVICE ACTIVITIES - ACADEMIC

**University of Washington**
Research Associate Mentor, Kevin Psoter, Epidemiology PhD Student, 2007 - Present
Chair of Faculty Practice Plan Board, School of Dentistry, 2005 - Present
Chair of the Search Committee for a New Dental Director at Children's Hospital, School of Dentistry, 2005 - Present
Chair of the Search Committee to select a Chair for Restorative Dentistry, School of Dentistry, 2005 - 2007
Restorative Department Promotion Review Committee, Department of Pediatric Dentistry, School of Dentistry, 2004
Doctoral Supervisory Committee for James B. Westphal, 2004

**University of Texas Houston Health Science Center - Medical School**
Member, Clinic Advisory Committee, Department of Pediatrics, 1990 - 1995

**University of Texas Houston Health Science Center**
Member, Advisory Committee, Biomaterials Research Center, 1995 - 2002
Member, Executive Committee, Biomaterials Research Center, 1994 - 1999
Member, Core Curriculum Task Force, 1992 -1995
Member, President's 5520 Replacement Task Force, 1990 - 1992
Member, Interfaculty Council, 1990 - 1992
Member, Academic Computing Committee, 1989 - 1995

**University of Texas, Houston Health Science Center - Dental Branch**
Member, Faculty Development Leave Committee, 1994 - 1995
Member, Appointment, Promotion and Tenure Committee, 1992 - 1994
Chair, Clinical Affairs Committee, 1992 - 1993
Chair, Subcommittee on Clinical Research, 1990 - 1992
Chair, ad-hoc Computer Committee, 1990 - 1992
Advisor, Student Research Group, 1986 - 1990
Member, Research Committee, 1986 - 1992, 1994 -1995
Chair, Library Committee, 1988 -1992
Chair, Subcommittee on Clinical Sciences of the ad-hoc Committee on Accreditation, 1988 - 1990

**University of Iowa College of Dentistry**
President, Iowa Pediatric Dentistry Alumni Association, 1987 - 1988
Chairman, Apollonian Frolic Committee, 1982 - 1983
Chairman, Student Table Clinic Program Committee, 1981

## SERVICE ACTIVITES - LOCAL

**Houston Academy of Pediatric Dentistry**
President, 1988 - 1989
Secretary/Treasurer, 1986 - 1987

**Houston Chapter, American Academy of Dental Research**
President, 1989 - 1990

## SERVICE ACTIVITES - NATIONAL
**American Association of Dental Schools**
Chair, Council of Hospitals Administrative Board, 1997 - 1998
Chair, Postdoctoral Dental Match Program Steering Committee, 1993 - 1995
Chair, Pediatric Dentistry Section, 1990 - 1991

**SERVICE ACTIVITES - NATIONAL (CONT'D)**
**American Association of Dental Schools (CONT'D)**
Secretary, Pediatric Dentistry Section, 1988 - 1989
Chair, Videodisc Formulation Committee, Pediatric Dentistry Division, 1986 - 1987
Chair, Committee on Applicants to Postgraduate Programs, Pediatric Dentistry Section, 1986 - 1994

**American Academy of Pediatric Dentistry**
District VI Trustee, Board of Directors, 2006-Present
Member, Subcommittee on Development of Postdoctoral Standards for Pediatric Dentistry, 1990 - 1996
Chair, Abstract Evaluation Subcommittee, 1989 - 1994
Member, Research Committee, 1986 - 1994

**American Academy of Pediatric Dentistry Foundation**
Member, Capital Campaign Steering Committee, May 2003 - 2005
President 2001 - 2006
Secretary Treasurer, 2000 - 2001
Advisory Trustee, 1997 - 2001

**American Board of Pediatric Dentistry**
Chair, Advisory Board, Part I Written Exam Construction Committee, 1999 - 2004
Director, College of Diplomates, 1999 - 2004

**American Dental Association**
Consultant, Council on Dental Practice, 1993 - 1995
Consultant, Commission on Dental Accreditation, 1991 - 1995
Member, Special ad-hoc of the Council on Dental Education to Examine the Overlap in Scope between
Orthodontics and Pediatric Dentistry, 1990 - 1992

**Dental Manufacturers of America**
Member, Electronic Environment Committee, 1995 - 1998

**Friends of National Institute of Cranial and Facial Research**
Member, Board of Directors, 1999 - 2004

**Student Clinicians, Board of Directors - American Dental Association**
Secretary Treasurer, 2006 - Present

**BOARD MEMBERSHIPS**
**Editorial Boards:**
Journal of Interdisciplinary Dentistry, 2007- Present
Journal of Dentistry for Children, 2005 - Present
Inside Dentistry, 2005 - Present
Dental Traumatology, 2000 - 2005

**Advisory Boards:**
Parent Television Network, 2006 - Present
National Children's Oral Health Foundation, 2005 - Present
CRA Foundation Board of Directors, 2006 - Present

**TEACHING AND ADMINISTRATION**
**Department of Pediatric Dentistry, School of Dentistry, University of Washington**
Chair, 2003 – Present

Courses Taught 2002 - Present:
"Directed Studies in Pediatric Dentistry"
 "Pediatric Dentistry Seminar II"
"Pediatric Dentistry Seminar VI"
"Clinical Pediatric Dentistry"

6

**TEACHING AND ADMINISTRATION (CONT'D)**
**Department of Pediatric Dentistry, School of Dentistry, University of Washington (cont'd)**
 "Pediatric Dentistry Extramurals"
"Clinical Clerkship in Pediatric Dentistry: Yakima Valley"

**Houston Health Science Center - Dental Branch, University of Texas**
Clinical Director, Postdoctoral Program in Pediatric Dentistry, 1988 - 1995
Coordinator, Staffing of Resident Operations at Dental Oncology and Hemophilia Clinics, 1986 - 1993

**Houston Health Science Center - Dental Branch, University of Texas (CONT'D)**
Courses Taught 1986 - 1995:
"Preventive Dentistry for Children"
"Information Gathering, Diagnosis and Treatment"
"Introduction to Microcomputers in Dentistry"
"Introduction to Hemostasis"

**University of Pennsylvania**
Lecturer, 3rd Year Pediatric Dentistry Courses: "Preventive Dentistry for Children" and "Restorative
Materials for Children," University of Pennsylvania, Philadelphia PA, September 1998, September 1997,
October 1996, October, 1995
Lecturer in Predoctoral Pediatric Dentistry Course, 1996 - 2003

**University of Munich, Germany**
Lecturer, Predoctoral Pediatric Dentistry Curriculum, 1998 - 2000


**PATIENT CARE**

**Practice in Pediatric Dentistry: Houston, Texas 1987-1995**
Specific concentration given to care of patients with special needs, including:  Transplant patients,
hemophiliacs and mentally or physically handicapped, 1987-1995

**Practice in Pediatric Dentistry Clinical Research: ESPE Dental AG, Seefeld, Germany 1997-2000**


**RESEARCH SUPPORT - GOVERNMENT**

U01 DE16750-01 Network Chair for the Pacific Northwest DPBRN
NIH/NIDCR ($22,163,855 total for grant)
PI:  DeRouen
Project Period:  04/01/2005-03/31/2012
Role:  Investigator
Goal: **To** establish the Northwest PRECEDENT (Practice-based Research Collaborative in Evidence-
based Dentistry) Network.

D30HP20032-03   Pediatric Dental Residents into Rural Areas (PEDiR)
HRSA ($1,134,748 total for grant)
PI: Berg
Project Period: 07/01/2004 – 06/30-2007
Role:  PI
Goal: To expand the accredited UW pediatric dentistry residency program by developing a sustainable,
community-based pediatric dentistry residency track in a migrant health center in Yakima County,
Washington, that can be adapted elsewhere.

## RESEARCH SUPPORT – GOVERNMENT (CONT'D)

N12607 DOH Workgroup
Washington State Department of Health ($21,128)
04/01/2004 - 06/30-2005
Role: PI
Goal: To provide facilitation, participation and staff support for a State of Washington workgroup to respond to the legislative budget proviso concerning oral health interventions.

NIDR (co-investigator), "Oral Diagnosis of HIV infected Hemophiliac Children," ($517,000), 1990-1993.

BRSG (co-investigator), "Oral Diagnosis of HIV Infected Children," ($8,000), 1989

BRSG, "The Role of TGF-β on Connective Tissue/Epithelial Interactions in Oral Mucosa," ($5,000), 1988.

BRSG, "Computer Monitoring of Fluoride Release from Different Restorative Materials," ($2,600), 1987.

BRSG, "The Influence of Cryogenic Treatment on the Wear Resistance and Temperature Exchange of Dental Burs," ($2,400) 1987.

## RESEARCH SUPPORT - INDUSTRY

3M ESPE, "One Year Clinical Assessment for Clinpro(T) Sealant Placed with Either Self-Etching Adhesive or Conventional Acid Conditioning," ($40,000), 2005

Children's Miracle Network Telethon, "Fluoride Analysis for Indigent Children," ($4,200), 1993

ESPE Dental AG, "Prevention of Palatal Grooves in Pre-Term/Low Birth-Weight Infants," ($2,200), 1993

Children's Miracle Network Telethon, "Fluoride Analysis for Indigent Children, "($4,600), 1992

ESPE Dental AG, "Comparison of Scotch Bond II and Pertac Universal Bond in Class V Restorations," ($4,500), 1992

Children's Miracle Network Telethon, "Access to Pediatric Dental Services for Indigent Children," ($12,000), 1992

Children's Miracle Network Telethon, "Pediatric Dental Services in the Emergency Room," ($61,000), 1990

Proctor and Gamble Co., "Prevention of Candidiasis in HIV+ Individuals: A Multi-center Trial," ($110,000), 1990

Children's Miracle Network Telethon, "Pediatric Dental Services to Treat Pre-Term/Low Birth-Weight Infants, Hemophiliacs, and other Medically Compromised Children," ($23,000), 1989

Proctor and Gamble Co., "Use of Chlorhexidine in HIV+Hemophiliac Children: A Double Blind Placebo Controlled Trial," ($20,000), 1989

Gillette Company, "Effect of Toothpaste Flavor on Tooth-brushing: A Double Blind Trial," ($2,750), 1989

ESPE Dental AG, "Clinical Implementation Studies Using Glass Ionomer Materials in Children-Phase 1," ($36,000), 1988

ESPE Dental AG, "An Experimental Review of Glass Ionomers in Primary Teeth," ($3,853), 1987

Premier Dental Products Co., "A Comparison of Techniques for Restoring Primary Teeth," ($700) 1986

## STUDENT PRESENTATIONS SPONSORED

"Prevention of Palatal Grooving in Pre-Term/Low Birth-Weight Infants" (Presented by LM Fox), Greater Houston Dental Meeting, (first place) March 1994

"The Effect of Toothpaste Fluoride and Toothbrushing "(Presented by R Dickens et al and D Foster), Greater Houston Dental Meeting, (second place) March 1990

"Disinfecting Impressions: The Facts, The Fiction, The Realities" (Presented by L Brock), Greater Houston Dental Meeting (winner, Dentsply Table Clinic Award and winner ADA First Place Student Clinicians Competition), March 1989

"Fluorides Prescription Practices of Pediatricians" (Presented by A Wood), Greater Houston Dental Meeting, March 1989

"Conservative Technique for Restoring Primary Incisors after Pulpectomy" (Presented by S Armstrong), Greater Houston Dental Meeting, March 1988

"Relationship between Radiographic and Histologic Pulp Disease in Primary Molars: A SEM Analysis" (Presented by F Raab), Greater Houston Dental Meeting, March 1988 (first place winner)

"Glass Ionomer: The Fluoride Releasing Pit and Fissure Sealant" (Presented by L Brock), Greater Houston Dental Meeting, March 1988

"Treatment Planning for Fluoride Therapy" (Presented by R Ellis), Greater Houston Dental Meeting, February 1987

"The Rubber Dam: Isolation Techniques for the 80's (Presented by A Dowell), Greater Houston Dental Meeting, February 1987

"A Comparison of the Micro-leakage of Cements used with Stainless Steel Crowns" (Presented by D Pettey), Greater Houston Dental Meeting, (second place winner) February 1987

"The Smear Layer and the Primary Dentition" (Presented by R Conrad), Greater Houston Dental Meeting, (second place winner) February 1987

"Restoring Primary Teeth: Which Material Should We Use?" (Presented by A Dowell), Greater Houston Dental Meeting, February 1987

"Oral Manifestation of Bulimia Nervosa" (Presented by MC Frank), Greater Houston Dental Meeting, (third place winner) February 1986

## STUDENT ADVISING

### Graduate Thesis Committee

Member. Dr. Yoo-Lee Yea, A Comparison of Early Childhood Caries Risk Assessment Techniques in a Pediatric Medical Clinic, 2006.

Chair. Dr. Kristin A. Johannsen, A Methodological Evaluation of "Still" Difoti (Digital Imaging Fiber Optic Transillumination) Images Versus Radiographs in Primary Molars, 2005.

### External Reviewer

Dr. Al-Jundi. King Fahd University, Saudia Arabia.

## SELECTED CONTINUING EDUCATION COURSES GIVEN

Lecturer, "Caries Management by Risk Assessment," Portland Lecture; November 18, 2005

Lecturer, "Restorative Dentistry for Children," Current Concepts in Dentistry, University of Victoria, BC; November 11, 2005

Lecturer, "Access to Baby and Child Dentistry," Continuing Dental Education Cruise; September 2-5, 2005

Keynote Speaker, "What's new in caries management?" Pediatric Dentistry Affiliate Course, University of Washington; July 2004

Course Presenter, "Pediatric Dentistry Update: Use the Newest Restorative Materials: Learn How, When and Why," University of Washington; January 30, 2004

Course Presenter, "Interactions between Preventive Dentistry and Restorative Dentistry," Louisiana State University's 6th Annual Symposium, Cosmetic Dentistry for the Pediatric Patient – VI; October 3, 2003

Course Director and Presenter, "Restorative Dentistry for Children: What's New?," UCSF; December 6, 2002

Course Presenter, "Biofilms – a better way of looking at plaque," Boston University Goodman School of Dental Medicine, Electric Toothbrush Forum; October 26, 2002

Course Presenter, "Pediatric Dental Materials," University of Washington; April 19, 2002

Course Presenter, "Evolving Technologies: A Look into the Future," American Academy of Pediatric Dentistry, Las Vegas, Nevada; March 15, 2002

Course Presenter and Coordinator/Moderator, "Restorative Dentistry for the Pediatric Dentist," American Academy of Pediatric Dentistry; May 24, 2001

Course Director and Presenter, "Decision Making and Selection of Modern Restorative Materials for Children," SWSPD; July 2000

Program Co-Chair, "Tissue Engineering in Dentistry," meeting of The Academy of Dental Materials, Tempe, Arizona; October 28-30, 1999

Course Director and Presenter, "Update in Restorative Dentistry," University of Iowa College of Dentistry, Iowa City, Iowa; September 1999

Audio Tape Guest Presenter, "Minimally Invasive Dentistry," in Practical Reviews in Pediatric Dentistry, Oakstone Publishing Company; March 1999

Course Director and Presenter, "Restorative Materials for Pediatric Dentistry – What You Should Know Today and Where Are We Going," American Academy of Pediatric Dentistry, Continuing Education Course; May 22, 1997

Course Director and Presenter, "Upgrading Practice Productivity & Patient Management through Dental Office Computerization," California Dental Association Meeting, San Francisco, CA; August 1994

Symposium Director, "Dental Care for Children with Cancer," MD Anderson Cancer Center and the American Academy of Pediatric Dentistry; November 12-14, 1993

Course Director and Presenter, "Selecting a Computer System for your Dental Office," UTH-HSC; June 1991

Course Director and Presenter, "Clinical Use of Glass Ionomers in Children," UTDB; April 1989

## SELECTED CONTINUING EDUCATION COURSES GIVEN (CONT'D)

Course Director and Presenter, "Automate Your Office Management with a Microcomputer," UTDB; June 1988 (2 day course)

Course Director and Presenter, "Clinical Use of Glass Ionomers in Children," UTDB; November 1987

Course Director and Presenter, "Space Maintenance for the General Practitioner," UTDB; May 1987

## SELECTED INVITED PRESENTATIONS

"Research in Pediatric Dentistry at the University of Washington," 2007 Pacific Northwest Dental Conference, July 19-20, 2007

"New Technologies in Caries Diagnosis and Restorative Dentistry and Behavior Management for Children," Napa-Solano Dental Society Fairfield CA, October 6, 2006

"Setting the Standard of Care for Dentistry & Education," WCMID 7th Conference Seattle WA, August 16-19, 2006

"Caries Management," Gray's Harbor Dental Society, May 18, 2006

"Caries Management by Risk Assessment; Past, Present, and Future," Snohomish County Dental Society, April 18, 2006

"Caries Management by Risk Assessment," Montana Dental Society, March 10, 2006

"Update on Caries in Children," Alpha Omega Dental Fraternity, Seattle Chapter, February 27, 2006

"Caries Management by Risk Assessment," "Restorative Dentistry for Children," and "Make an Infant and Toddler Program Work in Your Office," Chicago Midwinter Meeting, February 23 - 26, 2006

"Restorative Dentistry, Behavior Management, and Caries Management," Southwest Dental Conference, January 18-22, 2006

"Glass Ionomer cements in Caries Management," Federation Dentaire Internationale, Montreal Canada, August 25, 2005

"Early Childhood Oral Health," State of Washington WIC Conference, October 17, 2005

"Caries management by Risk Assessment," Pacific Northwest Dental Conference, Seattle WA, July 14, 2005

"Conservative Restorative Dentistry," Columbia University Club, New York NY; March 15, 2005

"Pediatric Dentistry Update," New York University College of Dentistry, New York NY; March 14, 2005

"Pediatric Dentistry: Get the latest on caries detection and restoration," The Star of the South Dental Meeting, Houston TX; February 19, 2005

"Dentistry for Children: New Applications for Your Practice," Prom Center, Oakdale MN; February 4, 2005

"Restorative Dentistry for Children," University of Detroit Mercy School of Dentistry, Detroit MI; January 29, 2005

"Restorative Dentistry for Children," Guang Zhou, China; January, 21, 2005

"Restorative Dentistry for Children," Fuzhou, China; January 20, 2005

11

## SELECTED INVITED PRESENTATIONS (CONT'D)

"Dentistry in Children, with a difference," GK International, Chandigarh, India; January 17, 2005

"Restorative Procedures" and "Space Maintenance," Pediatric Dentistry for General and Pediatric Dentists American Association for Pediatric Dentistry Conference, Las Vegas NV; November 11-13, 2004

"Caries Detection and Risk Assessment in the 21st Century" and "Clinical Application of Restorative Dental Materials for Children," University of Florida, Gainesville FL; October 22-23, 2004

"Caries Technologies and Restorative Dentistry for Children," Mexican Association for Pediatric Dentistry, Acapulco, Mexico; October 11-15, 2004

"Caries Technologies and Restorative Dentistry for Children," Phoenix Summit Lecture, Phoenix AZ; October 7-8, 2004

"Update on Pediatric Dentistry," Walla Walla Valley Dental Society, Walla Walla WA; August 26, 2004

"Caries is not Binary: How what professionals and consumers are learning will change the way we practice," WCMID Conference, San Francisco CA; August 12, 2004

"Early Caries Diagnosis: New Technologies;" "Soaring with Eagles: Reaching New Heights in Dental Esthetics," Annual Meeting, AAED Alberta, Canada; August 4-7, 2004

"Cooperation between Academics and Industry," University of Washington School of Dentistry Summer Research Institute, July 2004, July 2005

"There's More than Stainless Steel... Kids (and Parents) Also Want Pretty Teeth," Revelation 2004, Amsterdam; July 2-4, 2004

"Pediatric Dentistry: Achieving Optimum Results," Yonsei University, Seoul, Korea; June 7, 2004

"Self-Etch Adhesive Technology," Expertise -3M ESPE Expert Forum, Chejv, Korea; June 4, 2004

"Caries Diagnosis/Restoration for Children," Yankee Dental Congress 29, Boston MA; January 29-February 1, 2004

"Clinical continuum of restorative material in pediatric dentistry," Southeast Society of Pediatric Dentistry, Atlanta GA; January 9-11, 2004

"New Technologies in Early Caries Diagnosis" and "Esthetic Restorative Materials for Children," Greater New York Dental Meeting; November 2003

"Restorative dentistry for children," Dental School, University of Pennsylvania, Philadelphia PA, December 2003

"New Technologies in Caries Diagnosis," University of Washington Combined Seminars; November 17, 2003

"Partnerships between Academics and Industry," Iowa Section, American Association for Dental Research, Iowa City IA; February 5, 2002

"Dental Caries and Periodontal Disease Made Simple," Conference on Dental Care for Children with Disabilities, Seattle WA; May 5, 2001

"The Role of Corporate-Educational Corporations - Finding Your Way Through," ADEA Meeting, Chicago, IL; March 7, 2001

## SELECTED INVITED PRESENTATIONS (CONT'D)

"The Oral-Systemic Link," Health Update Session, US Military, Fargo ND; March 4, 2001

"Strengthening Alliances, Expanding Horizons," American Association of Dental Schools, Washington DC; April 1-5, 2000

"Adhesives and Restorative Dilemmas," Vision Group Study Club, Houston TX; February 2, 2000

"Modern Adhesive Dentistry," Sponsored by Dentorient Fuss Company, Tel Aviv, Israel; November 2, 1999

"Creating Reliable Adhesive Interfaces," University of Pennsylvania School of Dental Medicine, Philadelphia PA; September 14, 1999

"New Developments in Adhesive Technology," International Association of Pediatric Dentistry Meeting, London UK; September 3, 1999

"Update on Dental Adhesives," University of Texas Health Science Center, San Antonio TX; July 29, 1999

"Pediatric Dental Education together with Pediatric Medical Education," Deutsche Gesellschaft fuer Kinderzahnheikunde (German Society for Pediatric Dentistry), Erfurt, Germany; July 17, 1999

"Microscope Dentistry for Children," American Academy of Pediatric Dentistry Meeting, Toronto, Canada; May 28, 1999

"New Directions in Adhesive Dentistry," European Academy of Esthetic Dentistry Meeting, Bergen, Norway; May 22, 1999

"Innovations in Adhesive Dentistry," various universities in Japan - Osaka; November 22, 1998, Chiba; November 25, 1998, and Tokyo; November 27, 1998

Clinical Research: "Multiple Perspectives, Multiple Purposes," Iowa Faculty Retreat, Waverly IA; September 14, 1998

"The Continuum of Esthetically Desirable Restorative Materials," various universities in Australia – Sydney; May 26, 1998, Melbourne; May 31, 1998, and Adelaide; June 2, 1998

"Differentiating Modern Restorative Materials," Meeting of Dentorient Fuss, Meribel, France; March 9, 1998

Diberikan Kepada, "Simposium Konservasi/Dental Material Pedodontic Dan Bedah Mulut," Persatuan Dokter Gigi Indonesia; October 18, 1997

Guest Speaker, Mahidol University of Dentistry; October 16, 1997

"Use of Compomers in Dental Practice-Selecting the Right Material for the Right Situation," Malaysian Dental Association, Petaling Jaya, Malaysia; October 14, 1997

"Clinical Distinction between Restorative Categories," various universities in Asia - Hong Kong, China; Taipei, Taiwan; Taichung, Taiwan; Kuala Lumpur, Jakarta, Indonesia; October 15-25 1997

University of Pennsylvania, Student Advanced Elective Lectures, 1996 & 1997

Dental Materials Lecture, Episcopal Hospital Pediatric Dentistry Residency Program, Philadelphia, Pennsylvania; March 1996

## SELECTED INVITED PRESENTATIONS (CONT'D)

"Pediatric Dentistry Review," University of Texas, Houston - Medical School, Pediatric Grand Rounds; March 1994

"Glass Ionomer Cements in Dentistry," Symposium on Esthetic Dental Materials, UCLA, Kapalua, Maui HI; July 1993

"Support Concepts in Dentin Bonding," 1st Annual International Congress on Dentistry, Zaragoza, Spain; June 1993

"Managing the Behavior of Children in the Pediatric Dentistry Office," University of Texas Medical School, Pediatric Grand Rounds; November 1992

"Alternative Settings for Teaching Clinical Pediatric Dentistry-Issues of Access," American Association of Dental Schools, Pediatric Dentistry Section Annual Meeting; March 1992

"Pediatric Dentistry Review," The Hawaii Dental Hygiene Association Meeting; January 1992

"Between the Vermilion Border and the Posterior Pharyngeal Wall," University of Texas, Houston - Medical School, Pediatric Grand Rounds; February 1991

"Prevention of Dental Caries: A Lifelong Effect," Corpus Christi DelMar College and Corpus Christi Dental Society Meeting; March 1990

"Using Glass Ionomer Cements," Breakfast with the Experts at the American Academy of Pediatric Dentistry Annual Meeting; May 1989

"Experimental Design and Data Analysis," American Academy of Pediatric Dentistry Annual Meeting; May 1989

"Update on Haemostatic in Pediatric Dentistry," Southern Regional Hemophilia Society Meeting; March 1989

"Treating Tomorrow's Generation Today," University of Texas Dental Branch Homecoming; August 1988

"The Palatal Stabilizing Device for Pre-Term/Low Birth-Weight Infants," University of Texas, Houston Medical School Perinatal Conference; July 1988

"Current Trends in Postgraduate Program," American Association of Dental Schools Annual Session; March 1988

"The Influence of Aging and Epithelial Wound Healing," University of Texas Dental Branch Interdisciplinary Research Seminar Series; November 1986

"Various Materials for Restoring Primary Teeth," Houston Academy of Pediatric Dentistry; October 1986

"The Use of Microcomputers in Academic Pediatric Dentistry," American Association of Dental Schools Annual Session; March 1986

## VIDEO/AUDIO PRESENTATIONS

"Minimally Invasive Dentistry," Practical Reviews in Pediatric Dentistry, Vol. 9, No. 6; March/April 1999.

"Conservative Technique for Restoring Primary Molars after Pulpectomy," The University of Texas, Houston - Dental Branch; 1989.

## VIDEO/AUDIO PRESENTATIONS (CONT'D)

"Class II Glass-Ionomer/Silver Cement Restoration of Primary Molars," The University of Texas, Houston - Dental Branch; 1987.

"Examination of the Child Patient;" The University of Texas, Houston - Dental Branch; 1986.

## PUBLICATIONS - ABSTRACTS

Westerman GH, Hicks JM, Flaitz CM, Blankenau RJ, Powell GL, Berg JH. Root Caries Initiation and Progression Following Low Fluence Argon Laser and Fluoride. *J Dent Res.* 1996;75:2601.

Fox LM, Durban EM, Berg JH. 3-D Culture System to Examine Cytocompatibility of Restorative Materials. *J Dent Res.* 1996;75:2907.

Westerman GH, Hicks MJ, Flaitz CM, Blankenau RJ, Powell GL, Berg JH. Argon Laser Irradiation and Fluoride Treatment in Root Surface Caries in Vitro. *J Dent Res.* 1994;73:615.

Westerman GH, Hicks, JM, Flaitz CM, Blankenau RJ, Powell GL, Berg JH. Effect of Argon Laser Irradiation on Caries-Like Lesion Initiation and Progression in Enamel. *J Dent Res.* 1993;72:948.

Hoots K, McLeod J, Eggers E, Berg JH, Lee M, Gomperts E. Pilot Study to Evaluate Efficacy of Fibrin Sealant (Human) on Hemostasis in Hemophiliacs Undergoing Tooth Extraction," The American Society of Hematology, 35th Annual Meeting, December 3-7, 1993.

Westerman GH, Flaitz CM, Hicks MJ, Berg JH, Blankenau RJ, Powell GL. Argon Laser irradiation in Root Surface In Vitro. *J Dent Res.* 1992;71:764.

Alfonzo-Echeverri A, Glass NL, Berg JH, Wild TW. Oral Ketamine for Outpatient Dental Surgery Sedation. *J Dent Res.* 1991;70:1432.

Berg JH, Durban EM. Three Dimensional Culture System for Biocompatibility Testing. *J Dent Res.* 1991;7:1052.

Berg JH, Durban EM. Influence of EGF and TGT-B on Palate Mucosal Epithelium. *J Dent Res.* 1989;68:984.

Berg JH, Thomas MA, Donly KJ, Conrad RC, Sadler J. Effect of Smear Layer Removal on the Bond Strength of Glass Ionomer to primary Teeth. *J Dent Res.* 1988;67:218.

Stratmann RG, Berg JH, Donly KJ. In-Vivo Assessment of Class II Class Ionomer Silver Restorations in Primary Molars: A Combined Conservative and Preventive Approach. J Dent Res. 1988;67:674.

Berg JH, Brown LR, Farrell JA, Puente RA. Influence of Class II Glass Ionomer Silver/Cement Restoration on Inter-proximal Bacterial Growth. *J Dent Res.* 1988;67:1336.

Berg JH. The Effects of Aging on Wound Healing. *Pediatr Dent.* 1986;8(2):181.

Berg JH, Hill MW: "Influence of Aging on Epithelial Wound Healing," *J Dent Res.* 1986;65:71.

Berg JH, Hill MW. Mitotic Arrest by Vinblastine: Variations with Site, Age, and Duration in Mouse Epithelia. *J Dent Res.* 1985;64:246.

Berg JH, MacKenzie IC, Hill MW. Connective Tissue Influences on Epithelia Proliferation. *J Dent Res.* 1983;62:340.

Berg JH, MacKenzie IC, Hill MW. Quantitative Analysis of Regional Differences between Mouse Oral Epithelia and Epidermis. *J Dent Res.* 1981;60A:938.

## PUBLICATIONS - ARTICLES

Berg JH, Croll T, Donly K: "Focus on Preschoolers," *Dental Products Report*, 116-117, September 2007.

Berg JH, Lin JY, Croll TP: "Restorative Material Choices for Primary and Young Permanent Molars," *Contemporary Esthetics*, 24-30, July 2007.

Croll TP, Berg JH: "Resin-Modified Glass-Ionomer Restoration of Primary Molars with Proximating Class II Caries Lesions," *Compendium*, 28(7): 372-377, July 2007.

Berg JH: "Minimal Intervention: Motivating Patients Through Caries Risk Assessment," *Compendium*, 28(3):162-164, March 2007.

Berg JH, Domoto PK: "The 'Age-One' Dental Visit-Preventing Early Childhood Caries," *Inside Dentistry*, 2-10, March 2007.

Berg JH: "Dental Caries Detection and Caries Management by Risk Assessment," *Journal of Esthetic and Restorative Dentistry*, 19(1):49-55, 2007.

Berg JH, Riedy CA, Tercero A: "Patient and Parental Perception of a New Fluoride Varnish Product," *Compendium*, 27(11):614-619, November 2006.

Zhang H, Somerman M, Berg JH, Williams B, Cunningham M: "Dental Anomalies in a Child with Craniometaphyseal Dysplasia: A Case Report," August 2006 (In Press).

Berg JH, Bryers J, Milgrom P, Slayton R: "Biotechnology and Biomaterials to Reduce the Caries Epidemic," *BMC Oral Health*, 6(Suppl 1):S1, June 2006.

Berg JH: "Ask the Experts: Caries Detection," *Journal of Esthetic and Restorative Dentistry*, 18(1):3-4, 2006.

Berg JH, Lin, JY: "Achieving Predictable Results with Space Maintainers for Children Using a Novel Alginate Alternative," *Inside Dentistry*, December 2005.

Berg JH: "Dental Caries Disease in Children: Management by Risk Assessment," *Alpha Omegan*, 98(4):9-12, December 2005.

Berg JH, Croll, Sundfeld: "A Pit and Fissure Clinical Protocol," *Compendium*, 26(12):862-8, December 2005.

Berg JH: "New Technologies in Pediatric Dentistry: Dental Caries Detection and Caries Management by Risk Assessment," *Contemporary Esthetics and Restorative Practice*, 9(8): 58-60, August 2005.

Berg JH. Early Dental Caries Detection as a Part of Oral Health Maintenance in Young Children. *The Compendium of Continuing Education in Dentistry*. 2005;6(5):24-30. (Reprint)

Berg JH. ECOH Forms to Impact the Childhood Caries Epidemic. *Doctor of Dentistry*. 2004;3:9.

Berg JH. New Technologies in Pediatric Dentistry: Dental Caries Detection and Caries Management by Risk Assessment. *Essence*. 2004;2(1):3-5.

Armstrong SL, Berg JH. Ferric-Sulfate Pulpotomy in Primary Molars - Indications and Technique. *Essence*. 2004;2(1):7-10.

Casamassimo PS, Feigal R, Adair SM, Berg JH, Stewart R. A Snapshot of the U.S. Postdoctoral Pediatric Dentistry Faculty Workforce, 2002. *J Dent Educ*. 2004;68(8):823-8.

Oskouian R, Domoto PK, Berg, JH. Furthering Fluoride Usage. Dim Dent Hygiene. 2004;2(6):18-24.

## PUBLICATIONS - ARTICLES (CONT'D)

Mouradian WE, Berg JH, Somerman MJ. Addressing Disparities through Dental-Medical Collaborations, Part 1 - The Role of Cultural Competency in Health Disparities: Training of Primary Care Medical Practitioners in Children's Oral Health. *J Dent Educ.* 2003;67(8):860-8.

Berg JH. Why do some people get more cavities than others do? *Scientific American.* Feb 2003;288(2):93.

Mouradian WE, Berg, JH. Advances in Caries Diagnostics and the Changing Face of Dental Practice. *J Am Coll Dent.* 2003;70(4):24-9.

Berg, JH. Glass ionomer cements. *Pediatr Dent.* 2002;(24)5:430-8.

Dudgeon DJ, Berg, JH. Dental Plaque as a Biofilm and New Research on Biofilm Removal by Power Toothbrushes. *Compendium* CE1. 2002;23(7):3-6.

Platt K, Moritis K, Johnson MR, Dunn JR, Berg JH. Clinical evaluation of the plaque removal efficacy and safety of the Sonicare Elite toothbrush. *Am J Dent.* 2002;15:23-4B.

Moritis K, DeLaurenti M, Johnson MR, Berg JH, Boghosian AA. Comparison of the Sonicare Elite and a manual toothbrush in the evaluation of plaque reduction. *Am J Dent.* 2002;15:18-22B.

Berg JH. Emerging Trends in Oral Care: Moving Toward a New Kind of Dentistry. *Scientific American.* 2002;Special Issue:2-5.

Croll TP, Berg JH. Simplified adhesion of compomers in pediatric dentistry. *Pediatr Dent.* 2000;31(8):563-9.

Friedman MJ, Heymann HO, Stookey GK, Berg JH. Early Detection of Caries. *Tech Forum.* 2000;21(8):668-74.

Berg JH. The Continuum of Restorative Materials in Pediatric Dentistry - A Review for the Practitioner. *Pediatr Dent.* 1998;20:2.

Garcia-Godoy F, Hicks MJ, Flaitz CM, Berg JH. Acidulated phosphate fluoride treatment and formation of caries-like lesions in enamel: effect of application time. *J Clin Pediatr Dent.* 1995;19(2):105-10.

Hicks MJ, Flaitz Cm, Westerman GH, Blankenau RJ, Powell GL, Berg JH. Enamel caries initiation and progression following low fluence (energy) argon laser and fluoride treatment. *J Clin Pediatr Dent.* 1995;20(1):9-13.

Hicks MJ, Westerman GH, Flaitz CM, Blankenau RJ, Powell GL, Berg JH. Effects of argon laser irradiation and acidulated phosphate fluoride on root caries. *Am J Dent.* 1995;8(1):10-4.

Dube VK, Berg JH. Pediatric Dentistry Today. *Greater Houston Dental Journal.* 1995;66:7.

Flaitz CM, Hicks MJ, Westerman GH, Berg JH, Blankenau RJ, Powell GL. Argon laser irradiation and acidulated phosphate fluoride treatment in caries-like lesion formation in enamel: an in vitro study. *Pediatr Dent.* 1995;17(1):31-5.

Bui T, Berg JH: "Ketamine Oral Sedation Study," *Anesthesia Progress Journal* (Submitted for Publication) 1994

Jones KF, Berg JH, Coody D. Update in Pediatric Dentistry. *J Pediatr Health Care.* 1994;8(4):160-7.

Westerman GH, Hicks J, Flaitz CM, Blankenau RJ, Powell GL, Berg JH. Argon Laser Irradiation in Root Surface Caries: In Vitro Study Examines Laser's Effects. *J Am Dent Assoc.* 1994;125:401-7.

## PUBLICATIONS - ARTICLES (CONT'D)

Berg JH, Hill MW. The Effects of Vinblastine in Assessment of the Influence of Age on Proliferative Activity of Murine Palate and Footpad Epithelium. *Cell Proliferation.* 1994;27:225-31.

Bebermeyer R, Berg JH. Comparison of Patient-Perceived Post Cementation Sensitivity with Glass Ionomer and Zinc Phosphate Cements. *Quint Int.* 1994;25(3):209-14.

Hicks MJ, Flaitz CM, Westerman GH, Berg JH, Blankenau RJ, Powell Gl. Caries-Like Lesion Initiation and Progression in Sound Enamel Following Argon Laser Irradiation: An In Vitro Study. *J Dent Child.* 1993;60:201-6.

Alfonzo-Echeverri EC, Berg JH, Wild TW, Glass NL. Oral Ketamine for Pediatric Outpatient Dental Surgery Sedation. *Pediatr Dent.* 1993;15(3):182-5.

Hicks MJ, Flaitz CM Westerman GH, Blankenau RJ, Powell GL, Berg JH. Caries-Like Lesion Initiation and Progress around Laser-Cured Sealants. *Am J Dent.* 1993;6:176-80.

Jones KF, Berg JH. Fluoride Supplementation: A Survey of Pediatricians and Pediatric Dentists. *Am J Dis Child.* 1992;146(120):1488-91.

Herbert AA, Berg JH. Oral Mucous Membrane Diseases of Childhood: I. Mucositis and Xerostomjia. II. Recurrent Aphthous Stomatitis. III. Herpetic Stomatitis. *Seminars in Dermatology.* 1992;11(1):80-87.

Berg JH, Donly KJ, Conrad RC. Effect of Smear Layer Removal on Bond Strength to Primary Tooth Dentin. *J Dent Child.* 1991.

Valenza JA, Berg JH. Selecting Computer Hardware – to Get the Right System, Ask the Right Questions. *J Am Dent Assoc.* 1991;122(2):93-5.

Valenza JA, Berg JH. Picking a Computer. Tips on Finding the Right System for You. *J Am Dent Assoc.* 1991;122(1):108-33.

Hill MW, Karthigasan J, Berg JH, Squier CA: "Wound Healing of Oral Mucosa," Dental School, The University of Western Australia and Dows Institute for Dental Research, The University of Iowa, Iowa City IA, 1991.

Ellis RK, Berg JH, Raj PP. Subjective Signs of Efficacious Inferior Alveolar Nerve Block in Children. *J Dent Child.* 1990;57(5):361-5.

Berg JH, Donly KJ. Restoring Primary Molars after Pulpotomy Treatment. *Pediatr Dent.* 1990;80(2):35-6.

Jones KF, Fruithandler RC, Berg JH. Micro-leakage of Interim Endodontic Filling Materials. *Am J Dent.* 1990;3(2):71-4.

Berg JH, Farrell JA, Brown LR. Class II Glass Ionomer/Silver Cement Restoration and Their Effect on Inter-proximal Growth Mutants Streptococci. *Pediatr Dent.* 1990;12(1):20-3.

Berg JH, Moorrees LL. Fluoride In Our Drinking Water: Analysis and Supplementation. *J Houston Dist Dental Soc* 1989;60(6):17-19.

Stratmann RG, Berg JH, Donly KJ. Class II Glass Ionomer-Silver Restorations in Primary Molars: a Combined Conservative and Preventive Approach. *Quint Int.* 1989;20(1):43-7.

Berg JH, Donly KJ. Conservative Technique for Restoring Primary Molars after Pulpotomy Treatment. *J Dent Child* 1988;5596:463-4.

Berkowitz RJ, Ferretti GA, Berg JH. Dental Management of Children with Cancer. *Pediatr Ann* 1988;17(11):715-25.

## PUBLICATIONS - ARTICLES (CONT'D)

Berg JH, Pettey DE, Hutchins MO. Micro-leakage of Three Luting Agents Used with Stainless Steel Crowns. *Pediatr Dent* 1988;10(3):195-8.

Berg JH, Dony KJ, Posick WR. Glass Ionomer Silver Restorations: A Demineralization-Remineralization. *Quint Int* 1988;19(9):939-41.

Donly KJ, Berg JH. The Glass Ionomer/Composite Sandwich Restoration for Primary Incisors after Pulpectomy. *Am J Dent* 1988;1(30):135-7.

Herrin KM, Tong TJ, Berg JH. A Quantitative Measurement of Dentin Adhesion Defects for Posterior Composites in Class II Restorations. *Florida Dent J* 1988;59(3):22-4.

Jiamachello PE, Berg JH. Investigating the Computerized Dental Office Management System. *Texas Dent J* 1987;104(6):6-9.

Hill MW, Berg JH, Mackenzie IC. Quantitative Evaluation of Regional Differences Between Epithelia in the Adult Mouse. Arch *Oral Biology* 1981;26:1063-7.

## PUBLICATIONS - CHAPTERS

Berg JH. Oral Health. In: Burg FD, Ingelfinger JR, Polin RA, Gershon A, eds. *Gellis & Kagan's Current Pediatric Therapy, 18th Edition*. Philadelphia: WB Saunders Publishers; 2005.

Berg JH. Dental Problems – Preventions. In: Burg FD, Ingelfinger JR, Wald ER, Polin RA, eds. *Gellis & Kagan's Current Pediatric Therapy*. Philadelphia: WB Saunders Publishers; 1999.

Berg JH, Jones KF. Dental and Oral Diseases. In: *Pediatric Primary Care: A Handbook for Nurse Practitioners*. Philadelphia: WB Saunders Publishers; 1996.

Herbert AA, Berg JH. Mucous Membrane Disorders in Pediatric Dermatology. In: Schacher LA and Hansen PC, eds. *Pediatric Dermatology, 2nd Edition*. New York NY: Churchill Livingstone Publishers; 1996.

Hill MW, Karthigasan J, Berg JH, Squier CA. Influence of Age on the Response of Oral Mucosa to Injury. In: Squier CA and Hill MW, eds. *The Effect of Aging in Oral Mucosa and Skin*. Croc Press; 1994.

Berg JH, Berbemeyer R. Infection Control. In: Pinkam, JR, *Pediatric Dentistry from Infancy through Adolescence*, 2nd ed. Philadelphia: WB Saunders Company; 1993.

Valenza JA, Berg JH. Computers in the Office. In: *American Dental Association, Special Publication*; 1992.

Berg JH, Donly KJ. The Enamel Surface and Enamel Microabrasion. In: Croll TP, ed. *Enamel Microabrasion*, Chicago: Quintessence Publishing Co; 1991.

Berkowitz RJ, Berg JH, Feretti GH. Oral Complications of Bone Marrow Transplantation. In: Johnson FL and Pochedly C, eds. *Bone Marrow Transplantation in Children*, New York NY: Raven Press; 1990.

## PUBLICATIONS - REVIEWED ARTICLES

Weintraub JA, Ramos-Gomez F, et al. Fluoride Varnish Efficacy in Preventing Early Childhood Caries. *J Dent Res* 2006; 85(February):172-176.

Victorian-Era Esthetic and Restorative Dentistry: An Advertising Trade Card Gallery. *Journal of Esthetic and Restorative Dentistry*. 2006.

## PUBLICATIONS - REVIEWED ARTICLES (CONT'D)

Hong L, Levy SM, Warren JJ, Dawson DV, Bergus GR, Wefel JS. Association of amoxicillin use during early childhood with developmental tooth enamel defects. *Arch Pediatr Adolesc Med.* 2005 Oct;159(10):995-6.

Clark D. Good Evidence for Incremental Preventive Benefit of Topical Fluoride Therapies. *Arch Pediatr Adolesc Med.* 2005 Apr;159:315-316.

Ozalp N, Saroglu I, Sonmez H. Evaluation of Various Root Canal Filling Materials in Primary Molar Pupectomies: An In Vivo Study. *Am J Dent* 2005;18(December):347-350.

Leroy R, Bogaerts K, Lesaffre E, Declerck D. Multivariate survival analysis for the identification of factors associated with cavity formation in permanent first molars. *Eur J Oral Sci.* 2005;113:145-152.

Clark D. Definitive Diagnosis of Early Enamel and Dentinal Cracks Based on Microscopic Evaluation. *J Esthetic and Rest Dent Special Issue on Microscopy.* 2004;SI7-17.

Bian JY, Wang WH, Wang WJ, Rong WS, Lo EC. Effect of fluoridated milk on caries in primary teeth: 21-month results. *Community Dent Oral Epidemiol.* 2003 Aug;31(4):241-5.

Anttonen V, Seppa L, Hausen H. Clinical Study on the Effect of Professional Cleaning of Occlusal Tooth Surfaces on Laser Fluorescence Measurements. *Caries Res.* 2005;39:280-283.

## PROFESSIONAL DEVELOPMENT

Group Leader
Pediatric Dentists' "People-to-People" Tour of Russia
September 2005

American Academy of Pediatric Dentistry Leadership Institute
Kellogg School of Management
Northwestern University
Evanston IL
December 2004

Certificate in Integrating Finance and Marketing
Wharton School of Executive Education
University of Pennsylvania
Philadelphia PA
February 1999

## REVIEWER

**Manuscript Reviewer for:**
Bi-monthly contributer to Practical Reviews Pediatric Dentistry, Oakstone Publishers
Journal of Dentistry for Children
Journal of Contemporary Dental Practice
European Archives of Paediatric Dentistry
Journal of Esthetic and Restorative Dentistry
Special Care in Dentistry

**PRIOR EXPERT WITNESS RETENTIONS**

On behalf of the State of Washington, Attorney General's Office, in three Medicaid malpractice cases in 2003, 2004, 2006

On behalf of the City of Houston in a personal injury action in 1991