# Exhibit A

DEFENDANT'S EXHIBIT 7

Blumberg No. 5114

| SELECTED ULTREO ADVERTISING CLAIMS REFERENCED IN THE BODY OF P&G'S MEMORANDUM OF LAW<br><br>Brackets "[ ]" denote changes made by Ultreo and which no longer appear in the advertising claim | TO DENTAL PROFESSIONALS | TO CONSUMERS | NOT CURRENTLY BEING USED BY ULTREO |
|---|:---:|:---:|:---:|
| "As the bubbles expand and contract, they [are able to] remove plaque bacteria." * | ✓ | | |
| "Bubbles are activated by the ultrasound and transformed into pulsating bubbles that can remove plaque bacteria." * | ✓ | | |
| "The sonic bristles create bubbles that pulsate at an exact ultrasonic frequency for optimal plaque removal." | | | ✓ |
| "Bubbles are activated by the ultrasound and transformed into pulsating bubbles for an incredible feeling of clean." | | ✓ | |
| "As shown in laboratory studies conducted at a leading university, as these bubbles expand and contract, they can remove plaque bacteria." | ✓ | | |
| "Sonic action bristles with power tip creates bubbles and cleans away plaque upon contact." | ✓ | ✓ | |
| "A deep clean. Ultreo's combination of ultrasound waveguide technology and sonic bristle action can remove hard-to-reach plaque that bristle action alone can leave behind." * | ✓ | | |
| "Ultreo—a safe, yet powerful [cleaning] combination of ultrasound-activated pulsating bubbles and sonic bristle action for a [gentle, deep,] long-lasting feeling of clean." | ✓ | | |
| "A deep clean. Ultreo's combination of ultrasound waveguide technology and sonic bristle action can remove hard-to-reach plaque for an incredibly deep feeling of clean." | | | ✓ |
| "Ultreo takes power brushing where it's never gone before." | ✓ | ✓ | |

* Accompanied by footnote disclosure referencing reliance on laboratory studies.

| SELECTED ULTREO ADVERTISING CLAIMS REFERENCED IN THE BODY OF P&G'S MEMORANDUM OF LAW<br><br>Brackets "[ ]" denote changes made by Ultreo and which no longer appear in the advertising claim | TO DENTAL PROFESSIONALS | TO CONSUMERS | NOT CURRENTLY BEING USED BY ULTREO |
|---|---|---|---|
| "THE DIFFERENCE IS ULTRASOUND. Ultreo takes power brushing where it's never gone before with a [groundbreaking] combination of ultrasound wave technology and precisely tuned sonic bristle action. Ultreo's bristles create bubbles that are powerfully activated by nearly 4 million cycles of ultrasound energy channeled by a [proprietary] ultrasound waveguide." | ✓ | ✓ (substantially similar language) | |
| "As these bubbles expand and contract, they [are able to] remove plaque bacteria." * | ✓ | | |
| "As shown in laboratory studies conducted at a leading university, as these bubbles expand and contract, they remove plaque bacteria. Ultreo—a safe, yet powerful [cleaning] combination of ultra-sound-activated pulsating bubbles and sonic bristle action for a [gentle, deep,] long-lasting feeling of clean. TRY THE NEW ULTREO FOR THE ULTIMATE ULTRASOUND CLEAN." | ✓ | | |
| "Bubbles are activated by the ultrasound and transformed into pulsating bubbles that can remove plaque bacteria, as shown in laboratory studies." | ✓ | | |

\* Accompanied by footnote disclosure referencing reliance on laboratory studies.