# Ultreo Inc. Exhibit Log

## The Procter & Gamble Company v. Ultreo, Inc.
## Preliminary Injunction Hearing
## 07-Civ-8379 (RJS)

| Exhibit No. | Description |
|---|---|
| DX-1 | University of Washington US Patent No. 7,296,318 B2, dated November 20, 2007 |
| DX-2 | Ultreo, Inc. US Patent No. 7,296,318 B2, dated September 18, 2007 |
| DX-3 | Toothbrush IHUT Presentation, dated June 2007 |
| DX-4 | Email from Susan Mboya to Paul Warren regarding New Power Brush: Ultreo Competitive Update, dated February 13, 2007 (PG006813-PG006816) |
| DX-5 | P&G News Release, "P&G Files Lawsuit Against Toothbrush Maker Ultreo, Inc.," dated September 27, 2007 |
| DX-6 | P&G 2007 Annual Report (excerpts) |
| DX-7 | Chart: Selected Ultreo Advertising Claims Referenced in the Body of P&G's Memorandum of Law |
| DX-8 | *Frontgate* Ultreo advertisement, "The First Toothbrush with Patented Ultrasound Waveguide Technology," Holiday 2007 |
| DX-9 | Ultreo advertisement (consumers) |
| DX-10 | P&G website advertisement for Scope® Original Mint Mouthwash |
| DX-11 | P&G website advertisement for Scope® Cool Peppermint Mouthwash |
| DX-12 | P&G website advertisement for Crest® toothpaste products |
| DX-13 | Ultreo advertisement (dental professionals) |
| DX-14 | Philips Sonicare® "Beyond the Bristles" pamphlet for Sonicare FlexCare and UV Sanitizer |

The Procter & Gamble Company v. Ultreo, Inc.
Preliminary Injunction Hearing
07-Civ-8379

| DX-15 | Philips Sonicare® "Sonic Technology" website page |
|---|---|
| DX-16 | Philips Sonicare® "Benefits" website page |
| DX-17 | Philips Sonicare® "Why Dispense Sonicare?" website page |
| DX-18 | Philips Sonicare® "Superior Technology" website page |
| DX-19 | Philips Sonicare® laboratory abstract: Effect of the Sonicare FlexCare power toothbrush on fluoride delivery through *Streptococcus mutans* biofilms |
| DX-20 | Philips Sonicare® laboratory abstract: Comparison of the interproximal plaque removal efficacy of two powered toothbrushes using in vitro oral biofilms |
| DX-21 | Philips Sonicare® laboratory abstract: In vitro evaluation of interproximal biofilm removal with power toothbrushes |
| DX-22 | P&G website advertisement for Crest® ProHealth Rinse |
| DX-23 | P&G website advertisement for Vicks® Early Defense Foaming Hand Sanitizer |
| DX-24 | P&G website advertisement for Crest® Extra White Plus Scope Toothpaste |
| DX-25 | P&G website advertisement for Puffs® Plus Tissues |
| DX-26 | P&G packaging for Mr. Clean® Magic Eraser |
| DX-27 | P&G website advertisement for Oral-B® Triumph power toothbrush |
| DX-28 | P&G website advertisement for Oral-B® Triumph power toothbrush |
| DX-29 | P&G website advertisement for Oral-B® Hummingbird® power flosser |
| DX-30 | Ultreo clinical study abstract: Efficacy of Ultreo in Dental Plaque Removal |
| DX-31 | Ultreo clinical study abstract: Efficacy and Safety of Ultreo in a Population with Mild to Moderate Gingivitis |
| DX-32 | Ultreo clinical study abstract: Assessing the Ability of Ultreo to Remove Extrinsic Surface Stain from the Teeth |

# The Procter & Gamble Company v. Ultreo, Inc.
## Preliminary Injunction Hearing
## 07-Civ-8379

| | |
|---|---|
| DX-33 | P&G Informed Consent To Participate In A Clinical Research Study, dated July 18, 2007 (PG001476-PG001478) |
| DX-34 | Ultreo Claim Substantiation Document - Cycles of Ultrasound Energy Generated by the Ultreo |
| DX-35 | Ultreo/University of Washington laboratory study abstract: Evaluation of Ultrasound as a Means to Remove *Streptococcus mutans* (The "UW Study") |
| DX-36 | Aspiras, M, Elliott, N, Nelson, R, et al. In vitro evaluation of interproximal biofilm removal with power toothbrushes. *Review of Key Clinical Research on the New Philips Sonicare FlexCare: A Supplement to Compendium of Continuing Education in Dentistry* 2007;28: 10-14, dated September 2007 |
| DX-37 | October 2004 IntelliClean Compendium: A Supplement To Compendium Of Continuing Education In Dentistry: Review Of Clinical Research On The IntelliClean System® From Sonicare And Crest," dated October 2004 (PG007055-PG007104) |
| DX-38 | Adams, H, Winston, WT, Heersink, J, et al. Development of a laboratory model to assess the removal of biofilm from interproximal spaces by powered tooth brushing. [Published correction appears in *Am. J. Dent.* 2002;15-46]. *Am. J. Dent.* 2002;15 (spec. no.): 12B-17B, dated November 2002 |
| DX-39 | Yuen, AF, Nelson, R, Johnson, MR, et al. In vitro evaluation of the efficacy and safety of the IntelliClean System: interproximal biofilm removal and dentin substrate wear. *Compend. Contin. Educ. Dent.* 2004;25 (suppl. 1):44-50, dated October 2004 |
| DX-40 | Hope, CK, Petrie, A, Wilson, M. In vitro assessment of the plaque-removing ability of hydrodynamic shear forces produced beyond the bristles by 2 electric toothbrushes. *J. Periodontol.* 2003;74:1017-22, dated July 2003 |
| DX-41 | Hope, CK, Wilson, M. Comparison of the interproximal plaque removal efficacy of two powered toothbrushes using in vitro oral biofilms. *Am. J. Dent.* 2002; 15 (spec no): 7B-11B, dated November 2002 |
| DX-42 | *Bacteria.* MSN Encarta: http://encarta.msn.com/text_761574409__0/Bacteria.html, dated November 27, 2007 |

**Ultreo Inc. Exhibit Log**

**The Procter & Gamble Company v. Ultreo, Inc.**
**Preliminary Injunction Hearing**
**07-Civ-8379**

| | |
|---|---|
| DX-43 | Wu-Yuan, C, McInnes, C. Ability of the Sonicare® electronic toothbrush to generate dynamic fluid activity that removes bacteria. *J. Clin. Dent.* 1994;5 89-93 |
| DX-44 | Bergdahl, M. Salivary flow and oral complaints in adult dental patients. *Community Dent Oral Epidemiol* 2000;28: 59-66, dated 2000 |
| DX-45 | Ultreo laboratory study abstract: Toothbrush-Induced In Vitro Wear of Class V Restorative Materials |
| DX-46 | Ultreo clinical study abstract: Evaluation of Orthodontic Bracket and Crown Retention after Extended Brushing |
| DX-47 | Ultreo laboratory study abstract: Evaluation of the Safety of Sonic and Ultrasonic Processes |
| DX-48 | P&G laboratory study document, dated September 12, 2007 (PG000672-PG000681) |
| DX-49 | P&G laboratory study document, dated September 12, 2007 (PG000248) |
| DX-50 | P&G brushing instructions (PG001486) |
| DX-51 | Curriculum Vitae of Dr. James Christopher McInnes, dated November 2007 |
| DX-52 | Claim Substantiation Document – Ultreo microbubbles. (ULTREO_00030096-ULTREO_00030097) |
| DX-53 | Claim Substantiation Document – Ultreo microbubbles (ULTREO_00016919-ULTREO_00016924) |
| DX-54 | Philips Compendium: Review of Key Clinical Research on the New Philips Sonicare FlexCare; Compendium of Continuing Education in Dentistry 2007; Vol. 28, dated September 2007 |
| DX-55 | Philips Sonicare® "Sonic Technology" website page |

The Procter & Gamble Company v. Ultreo, Inc.
Preliminary Injunction Hearing
07-Civ-8379

| | |
|---|---|
| DX-56 | Philips Sonicare® "Beyond the Bristles" pamphlet for Sonicare FlexCare and UV Sanitizer |
| DX-57 | Philips Sonicare® "Sonic Technology" website page |
| DX-58 | Philips Sonicare® "Benefits" website page |
| DX-59 | Philips Sonicare® "Why Dispense Sonicare" website page |
| DX-60 | Philips Sonicare® "Superior Technology" website page |
| DX-61 | Summary of 41 studies conducted or sponsored by Oral-B |
| DX-62 | Summary of 13 studies conducted or sponsored by Philips |
| DX-63 | Curriculum Vitae of Dr. Joel Howard Berg |
| DX-64 | Van Houte, J. Role of micro-organisms in caries etiology, *J. Dent. Res.* 1994; 73:672-91 |
| DX-65 | Stanford, C.M., et al., Removal of supragingival plaque in an intraoral model by use of the sonicare toothbrush, *J. Int. Acad. Periodontol.*, 2000 Oct; 2(4);115-9 |
| DX-66 | Warren, P., et al., A practice-based study of a power toothbrush: assessment of effectiveness and acceptance, *J. Am. Dent. Assoc.* (JADA) 2000;131:389-94 at 389 |
| DX-67 | Ernst, C., Clinical plaque removing efficacy of a new power toothbrush, *Am. J. Dent.*, 1998; 11 (Spec. No):S13-6 (PG000201-PG00202) |
| DX-68 | Frascella, J.A., et al., A randomized clinical evaluation of the safety and efficacy of a novel oral irrigator, *Am. J. Dent.* 2000;13:55-58 (PG000436-000437) |
| DX-69 | Oral-B website advertisement Oral-B® ProfessionalCare® 8000 Series |
| DX-70 | Oral-B website advertisement for Oral-B® ProfessionalCare® Oxyjet® Center |
| DX-71 | Curriculum Vitae of Dr. Lawrence A. Crum |

## The Procter & Gamble Company v. Ultreo, Inc.
## Preliminary Injunction Hearing
## 07-Civ-8379

| | |
|---|---|
| DX-72 | Videos of ultrasound cleaning.<br>These videos (Movies Nos. 1-3) are contained in a CD-rom |
| DX-73 | Affidavit of Aaron Biesbrock in Support of Plaintiff's Motion for a Preliminary Injunction, dated October 10, 2007 |
| DX-74 | Philips Sonicare® website advertisement<br>"Superior Technology" |
| DX-75 | Philips Sonicare® study abstract: "Effect of the Sonicare FlexCare power toothbrush on fluoride delivery through Streptococcus mutans biofilm" |
| DX-76 | Philips Sonicare® study abstract: "Comparison of the interproximal plaque removal efficacy of two powered toothbrushes using in vitro oral biofilms" |
| DX-77 | Philips Sonicare® study abstract: "In vitro evaluation of interproximal biofilm removal with power toothbrushes" |
| DX-78 | Ernst, CP, et al., Clinical plaque removing efficacy of a new power toothbrush, *Am J Dent* 1998;11<br>(PG000201-PG000202) |
| DX-79 | P&G Guidelines for Developing Effective Advertising<br>(PG000424-PG000425) |
| DX-80 | Warren PR., et al., Safety, efficacy and acceptability of a new power toothbrush: a 3-month clinical investigation, *Am J Dent 2001* |
| DX-81 | Sharma, N.C., Evaluation of the plaque removal efficacy of a novel power toothbrush: Oral-B Triumph |
| DX-82 | Oral-B® website advertisement: Oral-B ProfessionalCare Oxyjet Center |
| DX-83 | Frascella, J.A., Randomized Clinical Evaluation of the Safety and Efficacy of a Novel Oral Irrigator<br>(PG000436-PG000437) |
| DX-84 | P&G MD15 Clinical Studies Summaries<br>(PG002592-PG002663) |

**The Procter & Gamble Company v. Ultreo, Inc.**
**Preliminary Injunction Hearing**
**07-Civ-8379**

| | |
|---|---|
| DX-85 | Compendium: Review of Clinical Research on the IntelliClean System From Sonicare and Crest, dated October 2004 (PG002130-PG002179) |
| DX-86 | P&G Laboratory Notebook: Ultreo Toothbrush Evaluation, Oral Care HB Notebook: HCS 5137 (PG001058-PG001134) |
| DX-87 | Supplemental Loose-Leaf Laboratory Notebook Instruction Sheet, dated September 12, 2007 (PG001621-PG001661) |
| DX-88 | A Study to Assess Plaque removal Efficacy of a Newly Marketed Ultrasonic Toothbrush, dated July 12, 2007 (PG001468-PG001475) |
| DX-89 | Email from Bill Landrigan to Paul Warren regarding Ultreo, dated March 5, 2007 (PG006792-PG006794) |
| DX-90 | P&G Informed Consent to Participate in a Clinical Research Study, dated July 18, 2007 (PG001476-PG001478) |
| DX-91 | Brushing Instructions for the Dental Hygienist Performing the Brushing Leg of the Study (PG004057-PG004061) |
| DX-92 | P&G "A Clinical Study Evaluating the Effects of a Sonic Toothbrush with an Ultrasound Waveguide in Disrupting Plaque with and without Bristle Contact" (with attached email dated October 17, 2007) (PG003238-3261) |
| DX-93 | Letter from Aaron Biesbrock to Franklin Garcia-Godoy regarding revised manuscript, dated October 17, 2007 (PG000322) |

| | |
|---|---|
| DX-94 | Email from Franklin Garcia-Godoy to Aaron Biesbrock regarding acceptance of paper for publication in the *American Journal of Dentistry*, dated October 20, 2007 (PG000930-PG000954) |
| DX-95 | Biesbrock, A. et al., A Clinical Study Evaluating the Effects of a Sonic Toothbrush with Ultrasound Waveguide in Disrupting Plaque with and without Bristle Contact (PG003033-PG003053) |
| DX-96 | Email from Aaron Biesbrock to Lisa Sagel regarding Ultreo publication, dated September 20, 2007 (PG005127) |
| DX-97 | Email from Paul Warren to Bill Toler regarding publication, dated October 17, 2007 (PG001847) |
| DX-98 | Email regarding Toothbrush Study Invitation, dated September 19, 2007 (PG001188) |
| DX-99 | Time Kill Study for Mouthrinse – Microbiology Final Report, dated May 10, 2004 through July 23, 2004 (PG002017-PG002044) |
| DX-100 | 2007063 Study Results (PG004358-PG004378) |
| DX-101 | P&G Company, An Evaluation of a Prototype Hand Sanitizer for Residual Reduction of Bacteria on Hands, dated January 5, 2007 (PG003466-PG003500) |
| DX-102 | Expert Report of Aaron Biesbrock, D.M.D., PhD. in Support of Plaintiff's Motion for a Preliminary Injunction, dated November 27, 2007 |
| DX-103 | Curriculum Vitae of Yoram (Jerry) Wind |
| DX-104 | List of Materials Considered by Yoram (Jerry) Wind |

Ultreo Inc. Exhibit Log

The Procter & Gamble Company v. Ultreo, Inc.
Preliminary Injunction Hearing
07-Civ-8379

| | |
|---|---|
| DX-105 | Consumer Perception of Ultreo Advertising Claims, dated October 2007 (PG000001-PG000141) |
| DX-106 | Ultreo advertisement, "The difference is Ultrasound" (PG000797) |
| DX-107 | Email from Thomas Dupont to John B. Williams regarding estimate for Ultreo survey, dated September 18, 2007 (PG000808) |
| DX-108 | Ultreo website page containing consumer comments |
| DX-109 | Email from Angela Y. Powell to Tom Dupont regarding meeting to review questionnaire with John B. Williams and Julie Gibson, dated September 21, 2007 (PG000805) |
| DX-110 | *Pharmacia Corporation v. Glaxosmithkline Consumer Healthcare, L.P.*, 292 F. Supp. 2d 594 (D.N.J. 2003) |
| DX-111 | Ultreo Consumer Perception Survey (PG000789-791) |
| DX-112 | Harris Interactive Service Bureau engagement letter, dated September 26, 2007 (PG000780-PG000788) |
| DX-113 | Email from Thomas Dupont to John B. Williams regarding Ultreo, dated September 17, 2007 (PG000806-PG000807) |
| DX-114 | Email from Thomas Dupont to Gayle Reznikov, dated October 1, 2007 (PG000826-PG000827) |
| DX-115 | Email from Thomas Dupont to John B. Williams regarding Ultreo, dated October 3, 2007 (PG000834) |

Ultreo Inc. Exhibit Log

The Procter & Gamble Company v. Ultreo, Inc.
Preliminary Injunction Hearing
07-Civ-8379

| | |
|---|---|
| DX-116 | Email from Laura W. Sawyer to Thomas Dupont regarding attached draft declaration, dated October 9, 2007 (PG000846-PG000848) |
| DX-117 | *Hilton Int'l co., Inc. v. Hilton Hotels Corp.,* 888 F. Supp. 520 (S.D.N.Y. 1995) |
| DX-118 | *Novartis Consumer Health, Inc. v. Johnson & Johnson-Merck Consumer Pharmaceuticals Co.,* 129 F. Supp. 2d 351 (D.N.J. 2000) |
| DX-119 | *Johnson & Johnson-Merck Consumer Pharmaceuticals Co. v. Smithkline Beecham Corp.,* 960 F.2d 294 (2d Cir. 1992) |
| DX-120 | Curriculum Vitae of Mohan P. Rao, Ph.D. |
| DX-121 | List of Materials Considered by Mohan P. Rao, Ph.D. |
| DX-122 | Maximum Potential Lost Sales to P&G Based on Coulter-Renken Study |
| DX-123 | Potential Lost Profits to P&G Based on Coulter-Renken Study |
| DX-124 | Affidavit of Wayne Randall in Support of Plaintiff's Motion for a Preliminary Injunction |
| DX-125 | United States Toothbrush Sales and Market Share Data. All Outlet Toothbrushes. Data Ending: September 2007 (PG004066-PG004086) |
| DX-126 | United States Toothbrush Sales and Market Share Data, dated November 12, 2007 (PG002014-PG002016) |
| DX-127 | United States Toothbrush Sales and Market Share Data (PG001692-PG001708) |
| DX-128 | Reserved |
| DX-129 | P&G Professional Oral Health Report on Ultreo: The Ultrasound Toothbrush (PG002317-PG002330) |

Ultreo Inc. Exhibit Log

# The Procter & Gamble Company v. Ultreo, Inc.
## Preliminary Injunction Hearing
### 07-Civ-8379

| | |
|---|---|
| DX-130 | P&G Crest® webpage advertisement |
| DX-131 | P&G Puffs Plus® Tissue website advertisement |
| DX-132 | P&G Mr. Clean® Magic Eraser packaging |
| DX-133 | P&G advertisements for Vicks Early Defense® and Luvs® Ultra Leakguards |
| DX-134 | Email from Susan Mboya to Marc Gibeley, dated February 13, 2007 (PG006814) |
| DX-135 | Email from Amanda Clark to Amanda Heffernan and Bob Bartizek, dated July 11, 2007 (PG002993-PG002994) |
| DX-136 | Philips FlexCare brochure advertisement |
| DX-137 | Email from Tonia Elrod to Elizabeth Ming and Don Tassone regarding Ultreo Lawsuit Communication Materials, dated September 27, 2007 (PG005278-PG005280) |
| DX-138 | Email from Carly Layton to Elizabeth Ming regarding Ultreo Blogging, dated May 21, 2007 (PG003706-PG003708) |
| DX-139 | P&G White Paper: Introduction of Ultreo's "Ultra-Sonic" Product, dated February 16, 2006 (PG002229-PG002252) |
| DX-140 | Snapshot of BASES Concept Test for Ultreo (PG006064-PG006069) |
| DX-141 | NA Professional Oral Health Ultreo Competitive Overview and Response (PG002119-PG002128) |
| DX-142 | Ipsos Understanding UnLtd. P&G Oral-B and Ultreo Power Brush Consumer Qualitative Summary, dated July 2007 (PG004222-PG004237) |

# Ultreo Inc. Exhibit Log

## The Procter & Gamble Company v. Ultreo, Inc.
## Preliminary Injunction Hearing
## 07-Civ-8379

| | |
|---|---|
| DX-143 | Ultreo Competitive Analysis<br>Report regarding the Competitive Impact of the Ultreo Power Brush at the Professional and Consumer Level, dated Summer 2007<br>(PG006927-PG006973) |
| DX-144 | Aaron Biesbrock Deposition Minuscript, dated November 28, 2007 |
| DX-145 | Thomas Dupont Deposition Minuscript, dated November 14, 2007 |
| DX-146 | Wayne Randall Deposition Minuscript, dated November 27, 2007 |
| DX-147 | National Advertising Division of the Better Business Bureau decision regarding Sonex Corporation<br>Case #3656 (5/01/00) |
| DX-148 | National Advertising Division of the Better Business Bureau decision regarding The Optiva Corporation<br>Case #3229/3230 (08/01/95) |
| DX-149 | P&G website advertisement for Oral-B® Triumph |
| DX-150 | P&G website advertisement for Oral-B® Triumph – FAQ |
| DX-151 | P&G website advertisement for Oral-B® Triumph |
| DX-152 | Defendant's Answer and Counterclaims, dated October 18, 2007 |
| DX-153 | Sonicare®/IntelliClean brochure<br>(PG007032-PG007037) |
| DX-154 | Robert J. Genco Deposition Minuscript, dated December 10, 2007 |
| DX-155 | Ultreo packaging |

NY:1152151.1