# CURRICULUM VITAE

Robert J. Genco, D.D.S., Ph.D.
University at Buffalo Technology Incubator
1576 Sweet Home Road, Suite 103
Amherst, New York 14228

Phone: 716-645-3113
Fax: 716-645-3341
E-mail: rjgenco@buffalo.edu

## A.    Education

Ph.D., University of Pennsylvania Graduate School, Microbiology and Immunology, 1963-1967.
Thesis title: The Contribution of Polypeptide Subunits of Antihapten
Antibody to the Specific Binding of Hapten

Certificate in Periodontics, University of Pennsylvania, School of Dental Medicine, 1963-1967

D.D.S., *cum laude*, State University of New York at Buffalo School of Dentistry,
1959-1963. New York State Regent Scholarship, Omicron Kappa Upsilon (honor society)

Canisius College 1956-1959, B.S., 2004
Biology Major, New York State Regents Scholarship

## B.    Appointments

| | |
|---|---|
| 01/07-09/09 | Visiting Professor of Medicine, Harvard University, Boston, MA |
| 07/04-07/05 | Interim Vice President for Research, State University of New York at Buffalo |
| 01/04/-07/04 | Interim Provost, State University of New York at Buffalo |
| 2002-Present | Vice Provost of Science, Technology Transfer, and Economic Outreach (STOR), State University of New York at Buffalo |
| 2001-Present | SUNY Distinguished Professor, Department of Immunology, Roswell Park Cancer Institute |
| 1994-Present | SUNY Distinguished Professor of Microbiology, School of Medicine and Biomedical Sciences, State University of New York at Buffalo |
| 1993-1998 | Associate Dean for External and Interdisciplinary Programs, School of Dental Medicine, State University of New York at Buffalo |
| 1990-1991 | Interim Chair, Department of Microbiology, School of Medicine and Biomedical Sciences, State University of New York at Buffalo |
| 1990-Present | SUNY Distinguished Professor, Department of Oral Biology, State University of New York at Buffalo |

**Appointments** (continued)

Genco, Robert J.                                                      Curriculum Vitae

| | |
|---|---|
| 1985-1993 | Associate Dean for Graduate Studies and Research, School of Dental Medicine, State University of New York at Buffalo |
| 1978- Present | Director, Periodontal Disease Clinical Research Center, School of Dental Medicine, State University of New York at Buffalo |
| 1977-2002 | Chair, Department of Oral Biology, School of Dental Medicine, State University of New York at Buffalo |
| 1974-1989 | Professor of Oral Biology and Periodontology, School of Dental Medicine, State University of New York at Buffalo |
| 1974-2002 | Director, Fellowship Program in Immunology and Periodontology, School of Dental Medicine, State University of New York at Buffalo |
| 1969-1974 | Associate Professor of Oral Biology and Periodontology, School of Dental Medicine, State University of New York at Buffalo |
| 1968-1985 | Director of Graduate Periodontology, School of Dental Medicine State University of New York at Buffalo |
| 1968-1974 | Coordinator of Continuing Education Program in Periodontology, School of Dental Medicine, State University of New York at Buffalo |
| 1969-2003 | Staff, Buffalo General Hospital |
| 1967-1969 | Assistant Professor of Oral Biology and Periodontology, School of Dental Medicine, State University of New York at Buffalo |
| 1963-1967 | United States Public Health Service, Postdoctoral Fellow, University of Pennsylvania |

**C.     Community Service**
BuffLink Inc., Board of Directors
Buffalo Museum of Science, Board of Directors
Insyte Consulting, Board of Directors
Western New York Technology Development Center Foundation, Board of Directors
Nichols School, Board of Directors

**D.     University Service**
Search Committee for Federal Relations Director
Search Committee for Vice President for Research
Scientific Instrumentation Center Policy Committee
Search Committee for Chair of Microbiology Department, School of Medicine and
        Biomedical Sciences
Chair of Search Committee for Chair of Oral & Maxillofacial Surgery Department, School of
Dental Medicine (Twice)
**University Service** (continued)
        Search Committee for University Provost (Twice)
        Chair, Search Committee for Vice President of Sponsored Programs

Genco, Robert J.                                                    Curriculum Vitae

University Budget Priorities Committee
President's Advisory Council
Committee for Evaluation of Teaching of Sciences to Non-science Majors
Committee to Reconstitute the University at Buffalo's New York State Supported
        Center for Advanced Technology
Executive Committee, School of Dental Medicine
Promotions and Tenure Committee, School of Dental Medicine
Curriculum Committee, School of Dental Medicine
Committee on Master Plan for the South Campus
Curriculum Committee, School of Medicine and Biomedical Sciences
Excellence in Teaching Awards Committee
Distinguished Professorship Selection Committee
University's Council on Research and Sponsored Programs Committee
Steering Committee, UB Environment and Society Institute

**E.**    **Teaching**
Epidemiology and Community Dentistry (for dental students), Co-Director, 1993-2002
Periodontal Biology (for graduate and dental students), Director, 1968-1985
Microbiology (for dental students), Lecturer, 1968-present
Clinical Periodontology, 1968-1975
Molecular and Cellular Basis of Immunology, 1990-1992

**F.**    **Licensure**
Dental License, New York State 1963

**G.**    **Professional Societies**
American Academy of Periodontology; Chair, Orban Prize Committee 1975; Chair,
        Periodontology Pathology Center 1976; Chair, Research Committee 1977-1978, 1981-
        1982; Ad Screening Committee 1984; Pharmacotherapeutics Committee 1982-84; Long
        Range Planning Committee 1982-83; Research Forum 1984-present; Board of Trustees
        1988-present; Journal Committee 1982-1988; Editor, *Journal of Periodontology* 1988-2006;
        Research, Science & Therapy Committee 1993-present; Committee to Plan a
        World Workshop in Periodontics 1993-present; Committee on Clinical Research Studies
        1994-present
American Association for Advancement of Science; Chair, Dental Section 1980;
        Member-at-Large, Section R 1982-1987; Steering Group 1984
American Association for Dental Research; Vice President 1983; President-Elect 1984;
        President 1985; Immediate Past President 1986; Chairman, Ad Hoc Committee on New
        Frontiers in Oral Health Research 1985-1989
American Dental Education Association
American Association of Immunologists
American Association of Microbiologists
American Dental Association; Council on Dental Research 1987-1990; Chair, Council on
        Dental Research 1989-1990


**Professional Societies** (continued)
International Association for Dental Research; Journal Committee; President, Periodontal
        Research Group 1975-1977; Chair, Research in Periodontal Disease Award Committee
        1986; Vice-President 1989; President-Elect, 1990; President, 1991; Past President, 1992;
        Task Force on Organization and Structure 1994-present

Genco, Robert J.                                                        Curriculum Vitae

New York Academy of Sciences
Sigma Xi
Institute of Medicine, National Academy of Sciences, 1988-present; Member, Committee
    on Career Paths for Clinical Investigators, 1991-present

**H.**    **Editorial Positions**
  1. *Journal of Periodontology*, Editor 1988-1996; Editor-in-Chief 1996-2006
  2. *Annals of Periodontology*, Editor-in-Chief 1996-2006
  3. *Infection and Immunity*, ASM Publications, Consultant 1972-1977;
        Editorial Board 1977-1989
  4. *Immunochemistry*, Pergamon Press, Advisory Editor 1973-1977
  5. *Journal of Dental Research*, Advisory Editorial Board 1976-1993
  6. *Journal of Periodontal Research*, Editorial Board 1976-1980;
        Associate Editor 1980-1986
  7. *Immunological Investigations*, Advisory Editorial Board 1977-present
  8. *Periodontology 2000*, Associate Editor 1993-present
  9. *Current Opinion in Periodontology*, 1995-present
  10. *International Journal of Oral Biology*, 1997
  11. *European Journal of Dentistry*, 1997

**I.**    **Honors**
New York State Regents College Scholarship and Dental School Scholarship
Omicron Kappa Upsilon; D.D.S., *cum laude*
Alpha Omega Award
Basic Research in Oral Science Award, International Association for Dental Research, 1975
George Thorn Award, State University of New York at Buffalo, 1977
Research in Periodontal Disease Award, International Association for Dental Research, 1981
William J. Gies Foundation Award, American Academy of Periodontology, 1983
State University of NY at Buffalo, Dental Alumni Association, Alumni Honor Award, 1984
National Columbus Day Committee, Research Scientist Award, 1984
Seymour J. Kreshover Lecture, Sponsored by the National Institutes of Health, 1985
Samuel P. Capen Alumni Award, State University of New York at Buffalo, 1990
Doctor of Science, Honoris Causa, Georgetown University School of Dentistry, 1990
American Dental Association Gold Medal for Excellence in Dental Research, 1991
American Academy of Periodontology Gold Medal, 1993
Stockton-Kimball Award, School of Medicine and Biomedical Sciences,
  SUNY/Buffalo, 1995
Isadore Hirschfeld Award, Northeastern Society of Periodontists, 1995
Award for Technology/Discovery, Health Care Industries Association, 1999
William J. Gies Award, American Dental Association, 2002
Sunstar Foundation for Oral Health Promotion, Board of Director, 2003
American Dental Education Association, 2003 Presidential Citation
American Dental Association Norton Ross Award, 2003
Excellence in the Pursuit of Knowledge Award from the SUNY Research Foundation, October 2004

**J.**    **Federal Service**
National Institute of Dental Research, Scientific Advisory Board 1987-1991
Food and Drug Administration, Dental Products Panel 1988-1992; 1995-1999;
    1997-1999 Chair; 1999-present Consultant
Food and Drug Administration, Member, Over-the-Counter Products Subcommittee of
    the Dental Products Panel, 1993-present; 1994-1998 Chair
National Institute of Dental Research, Board of Scientific Counselors, 1994-1996

Genco, Robert J.                                              Curriculum Vitae

**K.      Research Support (Representative of recent grants and contracts)**

Evaluation of Locally Delivered Formulations for the Treatment of Periodontitis
(Studies I and II); Principal Investigator
OraPharma
Total Project Period:  2004-2006

Periodontal Intervention for Cardiac Events: Pilot Trial (IU01-DE13940); Principal Investigator
National Institutes of Health
Total Project Period: 2001-2005

Dentist Scientist Award (5K16DE00158); Principal Investigator
National Institutes of HEalth
Total Project Period:  1985-2004

Randomized, Placebo-Controlled, Double Blind Pilot Study of the Efficacy of Calcium Soy
Supplement in Periodontal Maintenance of Postmenopausal Women; Principal Investigator
Sunstar Inc.
Total Project Period:  2000-2006

Randomized, Placebo-Controlled, Double Blind Pilot Study of the Efficacy of an Antioxidant
Supplement in Periodontal Maintenance of Smokers; Principal Investigator
Sunstar Inc.
Total Project Period:  2000-2006

Development of Treatment for Diabetics with Periodontal Diseases; Principal Investigator
Sunstar Inc.
Total Project Period:  2000-2004

Diabetes and Periodontal Disease; Co-Investigator with Dr. George King
Dental Trade Alliance Foundation, and Procter & Gamble
Project Period: 2007-2008

Periodontal Disease and Recurrent CHD Events in MI Patients; Co-Investigator
National Institutes of Health
Total Project Period:  2000-2005

*B. Forsythus* BspA Protein: Role in Virulence (USPHS No. 5R01DE014749); Co-Investigator
National Institutes of Health
Total Project Period:  2003-2006

**Research Support** (continued)

Short-Term Training: Students in Health Professional School; Co-Investigator
National Institutes of Health
Total Project Period:  2000-2006

**L.      Patents**

Genco, Robert J.                                                          Curriculum Vitae

Method and Composition for Controlling the Growth of Microorganisms, USA (119A) Patent #4,358,443,
     Nov. 9, 1982, European Patent #0038191, July 25, 1984, European Patent (119A) #0038192, Aug.
     15, 1984, and USA Patent #4,287,191, Sept. 1, 1988.

Monoclonal Antibodies Useful in the Identification of Microorganisms Causing Periodontal Disease, USA
     Patent #4,741,999, May 3, 1988. Canadian Patent #1,282,691, Apr. 9, 1991.

Colorimetric Method of Detection of *Bacteroides gingivalis*, USA Patent #4,994,376, Feb. 19, 1991.

Pharmaceutical Composition for the Treatment of Periodontitis, USA Patent #4,997,830, May 5, 1991.

Detection of *Porphyromonas gingivalis*, USA Patent #5,432,055, July 11, 1995.

Method for Inducing Periodontal Tissue Regeneration, USA Patent #5,455,041, October 3, 1995.

Fimbrial Polypeptides Useful in the Prevention of Periodontitis, USA Patent #5,536,497, July 16, 1996.

Method of Relieving Inflammation by Using 5-alkylsulfonylsalicylanilides, USA Patent #8,963,751,
     November 4, 1997.

Method of Relieving Chronic Inflammation by Using 5-alkylsulfonylsalicylanilides, USA Patent #6,117,859,
     November 7, 2000.

Naphthylsalicylanilides as Antimicrobial and Anti-Inflammatory Agents. USA Patent #6,407,288, June 2002.

Genco, Robert J.                                                                     Curriculum Vitae

## M.  Publications

1.    Beutner EH, Genco RJ, Djanian AY and Witebsky E.  Studies on the Immune Responses of Rabbits to Rabbit Submaxillary Antigens.  Proc. Soc. for Exp. Biol. & Med. 118:893, 1966.

2.    Genco RJ, Karush F and Tenenhouse HS.  Equine Antihapten Antibody. VI.  Subunits of Polyalanylated $\gamma$G (T) Immunoglobulin. Biochem. 7:2462, 1968.

3.    Genco RJ, Karush F and Tenenhouse HS. Polyalanylated Equine Immunoglobulins in Memorial Volume for Prof. Ignat. Emanuiloff. Bulgarian Academy of Sciences, p. 245, 1969.

4.    Genco RJ and Taubman MA.  Secretory $\gamma$A Antibodies Induced by Local Immunization.  Nature 221:679, 1969.

5.    Genco RJ, Evans RT and Ellison SA. Dental Research in Microbiology with Emphasis on Periodontal Disease. JADA 78:1016, 1969.

6.    Genco RJ, Yecies L and Karush F.  The Immunoglobulins of Equine Colostrum and Parotid Fluid. J. Immunol. 103:437, 1969.

7.    Genco RJ.  Immunoglobulins and Periodontal Disease. J. Periodontol. 41:196, 1970.

8.    Taubman MA and Genco RJ. Induction and Properties of Rabbit Secretory $\gamma$A Antibody Directed to Group A Streptococcal Carbohydrate.  Immunochemistry 8:1137, 1971.

9.    Genco RJ and Krygier G.  Localization of Immunoglobulins, Immune Cells and Complement in Human Gingiva. J. Periodontal Res., Suppl. 10:30, 1972.

10.   Genco RJ. Microbiology and Immunology of Periodontal Disease. In: Periodontal Therapy, 5th Ed., H. Goldman and D.W. Cohen, editors, Mosby Inc., p. 178, 1973, revised 1977.

11.   Evans RT and Genco RJ.  Inhibition of Glucosyltransferase Activity by Antisera to Known Serotypes of *Streptococcus mutans*. Infect. Immun. 7:237, 1973.

12.   Genco RJ, Flanagan TD and Emmings FG.  Immunocyte Response to Experimental Mumps Virus Infection in Rhesus Monkeys.  Infect. Immun. 7:520-525, 1973.

13.   Krygier G, Genco RJ, Mashimo PA and Hausmann E.  Experimental Gingivitis in *Macaca speciosa* Monkeys:  Clinical, Bacteriologic and Histologic Similarities to Human Gingivitis. J. Periodontol. 44:454, 1973.

14.   Hausmann E, Genco RJ, Weinfeld N and Sacco R.  Effects of Sera on Bone Resorption in Tissue Culture. Calc. Tiss. Res. 13:311-317, 1973.

15.   Genco RJ and Taubman MA. Biologic Properties of Secretory IgA Antibodies. In: Proceedings of Symposium on Comparative Immunology of the Oral Cavity, E. Scherp and S. Mergenhagen, editors, U.S. Gov't. Printing Office, p. 25, 1973.

16.   Genco RJ. Development of New Methods to Prevent Periodontal Disease: Modifying Host Response. In: Monograph on Preventing Oral Disorders, J.P. Carlos, editor, 1974.

Genco, Robert J.

Curriculum Vitae

17.    Genco RJ, Mashimo PA, Krygier G and Ellison SA. Antibody-Mediated Effects on the Periodontium. J. Periodontol. 45:330, 1974.

18.    Emmings FG and Genco RJ. The IgA Antibody-Forming Cell Response in the Rabbit Submandibular Gland Following Several Different Methods of Immunization.  In: The Immunoglobulin A System, J. Mestecky and A.R. Lawton, editors, Plenum Publishing Corp., 467, 1974.

19.    Genco RJ, Evans RT and Taubman MA.  Specificity of Antibodies to *Streptococcus mutans*; Significance in Inhibition of Adherence.  In: The Immunoglobulin A System, J. Mestecky and A.R. Lawton, editors, Plenum Publishing Corp., 327, 1974.

20.    Plaut A, Genco RJ and Tomasi TB. Production of an Fc Fragment from Human Immunoglobulin A by an IgA-specific Bacterial Protease.  In: The Immunoglobulin A System, J. Mestecky and A.S. Lawton, editors, Plenum Publishing Corp., 245, 1974.

21.    Yoshida T, Flanagan TD, Genco RJ and Cohen S.  Virus-induced Migration Inhibitory Activity in Experimental Mumps Infection. Clin. Immunol. Immunopathol. 2:472, 1974.

22.    Plaut AG, Genco RJ and Tomasi TB.  Isolation of an Enzyme from *Streptococcus sanguis* which Specifically Cleaves IgA.  J. Immunol. 113:289, 1974.

23.    Emmings FG and Genco RJ. Combined Immunofluorescent Staining for the Simultaneous Detection of Anti-DNP Antibody and Immunoglobulin Class in the Same Cell. J. Immunologic Methods 5:323, Dec. 1974.

24.    Emmings FG, Evans RT and Genco  RJ.  Antibody Response in the Parotid Fluid and Serum of Irus Monkeys (*Macaca fascicularis*) After Local Immunization with *Streptococcus mutans*.  Infect. Immun. 12:281-292, 1975.

25.    Evans RT, Emmings FG and Genco RJ.  Prevention of *Streptococcus mutans* Infection of Tooth Surfaces by Salivary Antibody in Irus Monkeys. Infect. Immun. 12:293-302, 1975.

26.    Genco RJ, Plaut AG and Moellering RC Jr. Evaluation of Human Oral Organisms and  Pathogenic *Streptococcus* for Production of IgA Protease. J. Infect. Dis. 131:Suppl., S17-S21, 1975.

27.    Genco   RJ,   Emmings   FG,   Evans   RT   and Apicella M. Purification, Characterization and Immunogenicity of the Cell-Associated Glucan from *Streptococcus mutans*.   J. Dent. Res. 55:C155, 1976.

28.    Emmings FG, Evans RT and Genco RJ. Immunization of *M. fascicularis* (*Macaca irus*) Monkeys with *Streptococcus mutans*:  Specificity of Antibody Responses in Saliva. J. Dent. Res. 55:C181, 1976.

29.    Evans RT, Genco RJ and Emmings FG. Effects of Antibodies on Adherence and Cell-Associated Glucan Production by *Streptococcus mutans* Cells. J. Dent. Res. 55:C127, 1976.

30.    Immunologic Aspects of Dental Caries.  W.H. Bowen, R.J. Genco and T.C. O'Brien, editors, Immunology Abstracts, Information Retrieval Inc., Washington and London, 1976.

31.    Mashimo PA, Genco RJ and Ellison SA. Antibodies Reactive with *Leptotrichia buccalis* in Human Serum from Infancy to Adulthood.  Archs. Oral Biol. 21:277-283, 1976.

Genco, Robert J.

Curriculum Vitae

32.    Reed MJ, Neiders M and Genco RJ. Synergistic Effects of DNA Synthesis on Peripheral Blood Lymphocytes of Mitogens and Dental Plaque Sonicates in Man and Macaque Monkeys. Archs. Oral Biol. 21:441, 1976.

33.    Reed MJ, Patters MR, Mashimo PA, Genco RJ and Levine MJ. Blastogenic Response of Human Lymphocytes to Oral Bacterial Antigens: Characterization of Bacterial Sonicates. Infect. Immun. 14:1202, 1976.

34.    Patters MR, Genco RJ, Reed MJ and Mashimo PA. Blastogenic Response of Human Lymphocytes to Oral Bacterial Antigens: Comparison of Individuals with Periodontal Diseases to Normal and Edentulous Subjects. Infect. Immun. 14:1213, 1976.

35.    Evans RT, Genco RJ, Emmings FG and Linzer R. Antibody in the Prevention of Adherence: Measurement of Antibody to Purified Carbohydrates of *Streptococcus mutans* with an Enzyme Linked Immunosorbent Assay. In: Microbiological Aspects of Dental Caries, Stiles, Loesche and O'Brien, editors, Proceedings Sp. Supp. Microbiology Abstracts Vol. 1:375, 1976.

36.    Nisengard R and Genco RJ. Periodontal Disease and the Role of Oral Hygiene. In: Oral Hygiene, H. Goldberg and C. Ripa, editors, 1977.

37.    Kuntz DD, Genco RJ, Guttuso J and Natiella JR. Localization of Immunoglobulins and the Third Component of Complement in Dental Periapical Lesions. J. Endodontics 3:68, 1977.

38.    Evans RT, Baker PJ, Coburn RA and Genco RJ. Comparison of Antiplaque Agents Using *in vitro* Assay Reflecting Oral Conditions. J. Dent. Res. 56:559, 1977.

39.    Schenkein HA and Genco RJ. Gingival Fluid and Serum in Periodontal Diseases: I. Quantitative Study of Immunoglobulins, Complement Components, and Other Plasma Proteins. J. Periodontol. 48:772, 1977.

40.    Schenkein HA and Genco RJ. Gingival Fluid and Serum in Periodontal Diseases: II. Evidence for Cleavage of Complement Components C3, C3 Proactivator (Factor B) and C4 in Gingival Fluid. J. Periodontol. 48:778, 1977.

41.    Evans RT, Baker PJ, Coburn R, Fischman S and Genco RJ. *In vitro* Antiplaque Effects of Antiseptic Phenols. J. Periodontol. 48:156, 1977.

42.    Patters M.R, Sedransk N and Genco RJ. Lymphoproliferative Response During Resolution and Recurrence of Naturally Occurring Gingivitis. J. Periodontol. 48:373, 1977.

43.    Cianciola LJ, Genco RJ, Patters MR, McKenna J and van Oss CJ. Defective Polymorphonuclear Leukocyte Function in Human Periodontal Disease. Nature 265:445, 1977.

44.    Mouton C, Reynolds H and Genco RJ. Combined Micromanipulation, Culture and Immuno-fluorescent Techniques for Isolation of the Coccal Organisms Comprising the "corn cob" Configuration of Human Dental Plaque. J. Biol. Buccale 5:321, 1977.

45.    Genco RJ and Cianciola LJ. Relationship of the Neutrophil to Host Resistance in Periodontal Disease. Alpha Omegan 10:31, 1977.

Genco, Robert J.                                                    Curriculum Vitae

46.     Mouton C, Reynolds H, Nisengard R, Mashimo PA, Evans RT and Genco RJ. Identification des Microorganismes de la Configuration "en epi de mais" de la plaque dentaire Humaine. Extrait des Communications et Conferences du Congres National de L'Association Dentaire Francaise, Paris, November 23-26, 1977.

47.     Bernstein JM, Schenkein HA, Genco RJ and Bartholomew WR. Complement Activity in Middle Ear Effusions. Clin. Exp. Immunol. 33:340, 1978.

48.     Baker PJ, Coburn RA, Genco RJ and Evans RT. The *in vitro* Inhibition of Antimicrobial Growth and Plaque Formation by Surfactant Drugs. J. Periodontal Res. 13:474, 1978.

49.     Coburn RA, Baker PJ, Evans RT, Genco RJ and Fischman SL. *In vitro* Antiplaque Properties of a Series of Alkyl Bis (biguanides). J. Med. Chem. 21:828, 1978.

50.     Genco RJ, Evans RT, Linzer R, Hall R, Emmings FG and Huis in't. Veld JHJ. Antigenicity and Immunogenicity of Cell-Associated Glucans from *Streptococcus mutans*. In: Secretory Immunity and Infection. J.R. McGhee, J. Mestecky and J.L. Babb, editors, Plenum Publishing Corp., 783, 1978.

51.     Patters MR, Sedransk N and Genco RJ. The Lymphoproliferative Response During Human Experimental Gingivitis. J. Periodontal Res. 14:269, 1979.

52.     Schenkein HA and Genco RJ. Inhibition of Lymphocyte Blastogenesis by C3c and C3d. J. Immunol. 122:1126, 1979.

53.     Baker PJ, Coburn RA, Genco RJ and Evans RT. Alkyl Bisbiguanides as *in vitro* Inhibitors of Bacterial Growth and Dental Plaque Formation. J. Periodontal Res. 14:352, 1979.

54.     van Oss, C.J., Bernstein, J.M., Park, B.H., Cianciola, L.J. and Genco, R.J. Physiochemical Aspects of Phagocytosis and of Some Phagocytic Disorders. 6th Int. Conf. Immunology, In: Immunopathology. F. Milgrom and B. Albini, editors, 1979.

55.     Slots J and Genco RJ. Direct Hemagglutination Technique for Differentiating *Bacteroides asaccharolyticus* Oral Strains from Non-Oral Strains. J. Clin. Microbiol. 10:371, 1979.

56.     Van Dyke TE, Reilly AA, Horoszewicz H, Gagliardi N and Genco RJ. A Rapid, Semiautomated Procedure for the Evaluation of Leukocyte Locomotion in the Micropore Filter Assay. J. Immunol. Methods 31:271, 1979.

57.     Slots J, Mashimo PA, Levin MJ and Genco RJ. Periodontal Therapy in Humans. I. Microbiological and Clinical Effects of a Single Course of Periodontal Scaling and Root Planing and of Adjunctive Tetracycline Therapy. J. Periodontol. 50:495, 1979.

58.     Mouton C, Reynolds H, Gasiecki E and Genco RJ. *In Vitro* Adhesion of Tufted Oral Streptococci to *Bacterionema matruchotii*. Curr. Microbiol. 3:181, 1979.

59.     Genco RJ and Mergenhagen SE. Summary of a Workshop on Leukocyte Function in Bacterial Diseases with an Emphasis on Periodontal Disease. J. Infect. Dis. 139:604, 1979.

60.     Genco RJ. Immune Responses to Oral Organisms: Implications for Dental Caries and Periodontal Disease. J. Clin. Perio. 6:22, 1979.

Genco, Robert J.

Curriculum Vitae

61.    Mashimo PA, Umemoto T, Slots J, Genco RJ and Ellison SA.  Pathogenicity Testing of *Macaca arctoides* Subgingival Plaque Following Chlorhexidine Treatment.  J. Periodontol. 51:190, 1980.

62.    Slots J, Hausmann E, Mouton C, Ortman LF, Hammond P and Genco RJ.  The Relationship Between the Periodontal Microflora and Alveolar Bone Loss in *Macaca arctoides*.  In: Anaerobic Bacteria: Selected Topics, Lambe, Genco and Mayberry-Carson, editors, Plenum Publishing Corp., NY, 109, 1980.

63.    Absolom DR, van Oss CJ, Genco RJ, Francis DW and Neumann AW Surface Thermodynamics of Normal and Pathological Human Granulocytes.  Cell Biophysics 2:113-126, 1980.

64.    Slots J and Genco RJ.  *Bacteroides melaninogenicus* sp.*macacae*, a New Subspecies from Monkey Periodontopathic Indigenous Microflora. Int'l. J. Systematic Bacteriology 30:82, 1980.

65.    Van Dyke TE, Horoszewicz HU, Cianciola LJ and Genco RJ. Neutrophil Chemotaxis Dysfunction in Human Periodontitis.  Infect. Immun. 27:124, 1980.

66.    Prakobphol A, Linzer R and Genco RJ.  Purification and Characterization of a Rhamnose-Containing Cell Wall Antigen of *Streptococcus mutans* Strain B13 (serotype d).  Infect. Immun. 27:150, 1980.

67.    Mouton C, Reynolds H and Genco RJ.  Characterization of Tufted *Streptococci* Isolated from the "Corn Cob" Configuration of Human Dental Plaque.  Infect. Immun. 27:235, 1980.

68.    Mouton C, Hammond P, Slots J and Genco R.J.  Evaluation of Fluoretec-M for Detection of Oral Strains of *Bacteroides asaccharolyticus* and *Bacteroides melaninogenicus*.  J. Clin. Microbiol. 11:682, 1980.

69.    Slots J, Evans RT, Lobbins PM and Genco RJ.  *In vitro* Antimicrobial Susceptibility of *Actinobacillus actinomycetemcomitans*. Antimicrob. Agents Chemother. 18:9, 1980.

70.    Baker PJ, Evans RT, Slots J, Coburn RA and Genco RJ.  Susceptibility of Oral Facultative and Anaerobic Bacteria to Antimicrobial Agents.  Curr. Chemother. & Infect. Dis., Proceedings of 11th ICC and 19th ICAAC, ASM, 888, 1980.

71.    Reed MJ, Slots J, Mouton C and Genco RJ.  Antigenic Studies of Oral and Non-Oral Black Pigmented *Bacteroides* Strains.  Infect. Immun. 29:564-570, 1980.

72.    Genco RJ, Slots J, Mouton C and Murray P.  Systemic Immune Responses to Oral Anaerobic Organisms. In: Anaerobic Bacteria: Selected Topics, Lambe, Genco and Mayberry-Carson, editors, Plenum Publishing Corp., NY, 277, 1980.

73.    Slots J, Reynolds HS and Genco RJ. *Actinobacillus actinomycetemcomitans* in Human Periodontal Disease: I. A Cross-Sectional Microbiological Investigation.  Infect. Immun. 29:1013-1020, 1980.

74.    Patters MR, Chen P, McKenna J and Genco RJ.  Lymphoproliferative Responses to Oral Bacteria in Humans with Varying Severities of Periodontal Disease.  Infect. Immun. 28:777, 1980.

75.    Chen P, Farrar JJ and Genco RJ.  Immunological Properties of *Actinomyces viscosus*: Comparison of Blastogenic and Adjuvant Activities.  Infect. Immun. 28:212, 1980.

Genco, Robert J.                                                    Curriculum Vitae

76.    Genco RJ, Van Dyke TE, Park B, Ciminelli M and Horoszewicz H. Neutrophil Chemotaxis Impairment in Juvenile Periodontitis: Evaluation of Specificity, Adherence, Deformability and Serum Factors. J. Reticuloendo. Soc. 28:Supplement, 81S, 1980.

77.    Genco RJ. Microbiologic and Host Response Factors in Periodontal Disease. In: Periodontal Therapy, Sixth Edition, Goldman and Cohen, editors, C.V. Mosby Company, St. Louis, MO, pp. 72-104, 1980.

78.    Genco RJ. Role of Secretory and Systemic Immune Systems in Oral Diseases. In: Immunology of the Eye; Workshop III. Sp. Supp. Immunology Abstracts. A. Suran, I. Gery and R.B. Nussenblatt, eds., Information Retrieval Inc., Washington and London, p. 165, 1981.

79.    Mouton C, Hammond PG, Slots J and Genco RJ. Serum Antibodies to Oral *Bacteroides asaccharolyticus (Bacteroides gingivalis*): Relationship to Age and Periodontal Disease. Infect. Immun. 31:182-192, 1981.

80.    Linzer R, Evans RT, Emmings FG and Genco RJ. Use of Combined Immunization Routes in Induction of a Salivary Immunoglobulin A Response to *Streptococcus mutans* in *Macaca fascicularis* Monkeys. Infect. Immun. 31 (1):345-351, 1981.

81.    McMullen JA, Van Dyke TE, Horoszewicz H and Genco RJ. Neutrophil Chemotaxis in Individuals with Advanced Periodontal Disease and a Genetic Predisposition to Diabetes Mellitus. J. Periodontol. 52 (4):167-173, 1981.

82.    Tsai C-C, McArthur WP, Baehni PC, Evian C, Genco RJ. and Taichman NS. Serum Neutralizing Activity Against *Actinobacillus actinomycetemcomitans* Leukotoxin in Juvenile Periodontitis. J. Clin. Periodontol. 8:338-348, 1981.

83.    Mashimo PA, Yamamoto Y, Slots J, Evans RT and Genco RJ *In Vitro* Evaluation of Antibiotics in Treatment of Periodontal Disease. Pharm. and Thera. in Dentistry 6:45, 1981.

84.    Okuda K, Slots J and Genco RJ *Bacteroides gingivalis, Bacteroides asaccharolyticus* and *Bacteroides melaninogenicus* subspecies: Cell Surface Morphology and Adherence to Erythrocytes and Human Buccal Epithelial Cells. Curr. Microbiol. 6:7-12, 1981.

85.    Genco RJ. Antibiotics in the Treatment of Human Periodontal Diseases. J. Periodontol. 52(9): 545-558, 1981.

86.    Genco RJ. Progress in Periodontal Research: Findings from The Periodontal Disease Clinical Research Center, State University of New York at Buffalo, Schools of Dentistry and Medicine, 1980-1981. Northeast Society of Periodontists Bulletin, 11:5-14, 1981.

87.    Mouton C, Hammond PG, Slots J, Reed MJ and Genco RJ. Identification of *Bacteroides gingivalis* by Fluorescent Antibody Staining. Ann. Microbiol. (Inst. Pasteur), B 132:69, 1981.

88.    Coburn RA, Batista AJ, Evans RT and Genco RJ. Potential Salicylamide Antiplaque Agents: *In Vitro* Antibacterial Activity Against *Actinomyces viscosus*. J. Med. Chem., 24(10):1245-1249, 1981.

89.    Van Dyke TE, Levine MJ, Tabak LA and Genco RJ. Reduced Chemotactic Peptide Binding in Juvenile Periodontitis: A Model for Neutrophil Function. Biochem. Biophys. Res. Comm. 100(3):1278-1284, 1981.

Genco, Robert J.                                                    Curriculum Vitae

90.   Mashimo PA, Murayama Y, Reynolds H, Mouton C, Ellison SA and Genco RJ. *Eubacterium saburreum* and *Veillonella parvula*: A Symbiotic Association of Oral Strains.  J. Periodontol. 52(7):374-379, 1981.

91.   Genco RJ and McMullen JA.  The Oral Complications of Diabetes.  In: Diabetes Mellitus and Obesity, B.N. Brodoff & S. Bleicher, eds., Williams & Wilkins Co., 1982.

92.   Genco RJ and Mergenhagen SE.  Host Parasite Interactions in Periodontal Diseases. American Society for Microbiology, Washington, DC, 1982.

93.   Van Dyke TE, Levine MJ and Genco RJ.  Periodontal Diseases and Neutrophil Abnormalities. In: Host Parasite Interactions in Periodontal Diseases, R.J. Genco and S.E. Mergenhagen, editors, American Society for Microbiology, Washington, DC, 1982.

94.   Van Dyke TE, Bartholomew E, Genco RJ, Slots J and Levine MJ. Inhibition of Neutrophil Chemotaxis by Soluble Bacterial Factors. J. Periodontol. 53(8):502-508, 1982.

95.   Cianciola LJ, Park BH, Bruck E, Mosovich L and Genco RJ.  Prevalence of Periodontal Disease in Insulin Dependent Diabetes Mellitus (Juvenile Diabetes). JADA 104:653-660, 1982.

96.   Van Dyke TE, Reilly AA and Genco RJ.  Regression Line Analysis of Neutrophil Chemotaxis. Immunopharm. 4(1):23-39, 1982.

97.   Van Dyke TE, Horozewicz HU and Genco RJ.  The Polymorphonuclear Leukocyte (PMNL) Locomotor Defect in Juvenile Periodontitis; Study of Random Migration, Chemokinesis and Chemotaxis. J. Periodontol. 53(11):682-687, 1982.

98.   Calhoon DA, Zambon JJ, Genco RJ and Slots J.  Anaerobic Bacteria in Oral Diseases.  Public Health Lab. 40(1):5-16, 1982.

99.   Ebersole JL, Taubman MA, Smith DJ, Genco RJ and Frey DE.  Human Immune Responses to Oral Micro-Organisms.  I. Association of Localized Juvenile Periodontitis (LJP) with Serum Antibody Responses to *Actinobacillus actinomycetemcomitans*. Clin. Exp. Immunol. 47:43-52, 1982.

100.  Rosling BG, Slots J, Christersson LA and Genco RJ.  Topical Chemical Antimicrobial Therapy in the Management of the Subgingival Microflora and Periodontal Disease.  J. Periodontal Res. 17(5):541-543, 1982.

101.  Van Dyke TE, Levine MJ, Al-Hashimi I and Genco RJ.  Periodontal Diseases and Impaired Neutrophil Function. J. Periodontal Res. 17(5): 492-494, 1982.

102.  Slots J, Zambon JJ, Rosling BG, Reynolds HS, Christersson LA and Genco RJ. *Actinobacillus actinomycetemcomitans* in Human Periodontal Disease: Association, Serology, Leuko-toxicity, and Treatment.  J. Periodontal Res. 17(5):447-448, 1982.

103.  Genco RJ, Evans RT and Linzer R.  Effect of Adjuvants on Orally Administered Antigens. In: The Secretory Immune System, J.R. McGhee and J. Mestecky (eds.), Annals NY Acad. Sci. 409:650-668, 1983.

Genco, Robert J.                                                    Curriculum Vitae

104.    Slots J, Rosling BG and Genco RJ.  Suppression of Penicillin Resistant Oral *Actinobacillus actinomycetemcomitans* with Tetracycline: Considerations in Endocarditis Prophylaxis. J. Periodontol. 54(4):193-196, 1983.

105.    Mashimo PA, Yamamoto Y, Slots J, Park BH and Genco RJ.  The Periodontal Microflora of Juvenile Diabetics: Culture, Immunofluorescence, and Serum Antibody Studies. J. Periodontol. 54(7):420-430, 1983.

106.    Zambon JJ, DeLuca C, Slots J and Genco RJ.  Studies of Leukotoxin from *Actinobacillus actinomycetemcomitans* Using the Promyelocytic HL-60 Cell Line.  Infect. Immun. 40:205-212, 1983.

107.    Chung CP, Nisengard RJ, Slots J and Genco RJ.  Bacterial IgG and IgM Antibody Titers in Acute Necrotizing Ulcerative Gingivitis. J. Periodontol. 54(9):557-562, 1983.

108.    Rosling BG, Slots J,  Webber RL, Christersson LA and Genco RJ. The Microbiological and Clinical Effects of Topical Subgingival Antimicrobial Treatment. J. Clin. Periodontol. 10:487-514, 1983.

109.    Zambon JJ, Slots J and Genco RJ. Serology of Oral *Actinobacillus actinomycetemcomitans* and Serotype Distribution in Human Periodontal Disease. Infect. Immun. 41(1):19-27, 1983.

110.    Baker PJ, Evans RT, Coburn RA and Genco RJ.  Tetracycline and Its Derivatives Strongly Bind to and Are Released from the Tooth Surface in Active Form.  J. Periodontol. 54(10):580-585, 1983.

111.    Van Dyke TE, Levine MJ, Tabak LA and Genco RJ.  Juvenile Periodontitis as a Model for Neutrophil Function: Reduced Binding of the Complement Chemotactic Fragment C5a.  J. Dent. Res. 62(8):870-872, 1983.

112.    Ciancio SG and Genco RJ.  The Use of Antibiotics in Periodontal Diseases.  Int. J. Perio. and Restorative Dentistry 6:55-71, 1983.

113.    Baker PJ, Slots J, Genco RJ and Evans RT. Minimal Inhibitory Concentrations of Various Antimicrobial Agents for Human Oral Anaerobic Bacteria. Antimicrob. Agents Chemother. 24(3):420-424, 1983.

114.    Genco RJ and Slots J. Host Responses in Periodontal Diseases.  J. Dent. Res. 63(3):441-451, 1984.

115.    Slots J and Genco RJ.  Black-pigmented *Bacteroides* Species, *Capnocytophaga* Species and *Actinobacillus actinomycetemcomitans* in Human Periodontal Disease: Virulence Factors in Colonization, Survival and Tissue Destruction. J.Dent. Res. 63(3):412-421, 1984.

116.    Van Dyke TE, Taubman MA, Ebersole JL, Haffajee AD, Socransky SS, Smith DJ and Genco RJ. Papillon LeFevre Syndrome: Neutrophil Dysfunction with Severe Periodontal Disease. Clin. Immunol. Immunopathol. 31:419-429, 1984.

117.    Genco RJ.  Pathogenesis of Periodontal Disease: New Concepts. J. Canad. Dent. Assoc. 50(5):391-395, 1984.

118.    Zambon JJ, Slots J, Miyasaki KT, Linzer R, Cohen R, Levine MJ and Genco RJ.  Purification and Characterization of the Serotype c Antigen from *Actinobacillus actinomycetemcomitans*.  Infect. Immun. 44(1):22-27, 1984.

Genco, Robert J.                                                        Curriculum Vitae

119.    Miyasaki KT, Wilson ME, Reynolds HS and Genco RJ.    Resistance of *Actinobacillus actinomycetemcomitans* and Differential Susceptibility of Oral *Haemophilus* Species to the Bactericidal Effects of Hydrogen Peroxide. Infect. Immun. 46(3):644-648, 1984.

120.    Van Dyke TE, Levine MJ and Genco RJ.  Neutrophil Function and Oral Disease.  J. Oral Pathol. 14:95, 1985.

121.    Baker P, Evans RT, Slots J and Genco RJ.  Susceptibility of Human Oral Anaerobic Bacteria to Antibiotics Suitable for Topical Use. J. Clin.Periodontol. 12:201-208, 1985.

122.    Christersson LA, Slots J, Zambon JJ and Genco RJ. Transmission and Colonization of *Actinobacillus actinomycetemcomitans* in Localized Juvenile Periodontitis Patients. J. Periodontol. 56:127-131, 1985.

123.    Christersson LA, Slots J, Rosling B and Genco RJ. Microbiological and Clinical Effects of Surgical Treatment of Localized Juvenile Periodontitis. J. Clin. Periodontol. 12:465-476, 1985.

124.    Van Dyke TE, Schweinebraten M, Cianciola LJ, Offenbacher S and Genco RJ.  Neutrophil Chemotaxis in Families with Localized Juvenile Periodontitis.  J. Periodontal Res. 20:503-514, 1985.

125.    Bonta CY, Zambon JJ, Genco RJ and Neiders ME.  Rapid Identification of Periodontal Pathogens in Subgingival Plaque: Comparison of Indirect Immunofluorescence Microscopy with Bacterial Culture for Detection of *Actinobacillus actinomycetemcomitans*. J. Dent. Research 64(5):793-798, 1985.

126.    Miyasaki KT, Wilson ME, Zambon JJ and Genco RJ.  Influence of Endogenous Catalase Activity on the Sensitivity of the Oral Bacterium *Actinobacillus actinomycetemcomitans* and the Oral Haemophili to the Bactericidal Properties of Hydrogen Peroxide.  Archs. Oral Biol. 30 (11/12) 843-848, 1985.

127.    Slots J, Christersson L, Emrich L, Genco RJ and Rosling BG.  Relationship Between Some Subgingival Bacteria and Periodontal Pocket Depth and Gain or Loss of Periodontal Attachment After Treatment of Adult Periodontitis. J. Clin. Periodontol. 12(7):540-552, 1985.

128.    Tedesco LA, Christersson LA, Albino JE and Genco RJ.  Using Phase-Contrast Microscopy to Change Oral Health Beliefs and Behaviors.  Clin. Prev. Dent. 7:26-30, 1985.

129.    Wilson ME, Zambon JJ, Suzuki JB and Genco RJ.  Generalized Juvenile Periodontitis, Defective Neutrophil Chemotaxis and *Bacteroides gingivalis* in a 13 Year Old Female.  A Case Report.  J. Periodontol. 56(8):457-463, 1985.

130.    Baker PJ, Evans RT, Slots J and Genco RJ.  Antibiotic Susceptibility of Anaerobic Bacteria from the Human Oral Cavity.  J. Dent. Research 64(10):1233-1244, 1985.

131.    Genco RJ, Zambon JJ and Murray PA.  Serum and Gingival Fluid Antibodies as Adjuncts in the Diagnosis of *Actinobacillus actinomycetemcomitans* Associated Periodontal Disease. J. Periodontol., Special Issue:41-50, 1985.

Genco, Robert J.                                                    Curriculum Vitae

132.  Potts TV, Zambon JJ and Genco RJ.  Reassignment of *Actinobacillus actinomycetemcomitans* to the Genus *Haemophilus* as *Haemophilus actinomycetemcomitans* comb. nov.  Intl. J. Systematic Bacteriol. 35(3):337-341, 1985.

133.  Wilson ME, Genco RJ and Snyderman R.  Guest Editors of Series, Proceedings of a Symposium Entitled, "The Phagocytic Cell", Detroit, MI, May 30, 1983.  Reviews of Infectious Diseases 7(3):387-425, 1985.

134.  Wilson ME, Burstein R, Jonak-Urbanczyk JT and Genco RJ.  Sensitivity of *Capnocytophaga* to the Bactericidal Properties of Human Serum.  Infect. Immun. 50:123-129, 1985.

135.  Hausmann E, Christersson L, Dunford R, Wikesjö U, Phyo J and Genco RJ.  Usefulness of Subtraction Radiography in the Evaluation of Periodontal Therapy.  J. Periodontol., Special Issue: 4-7, 1985.

136.  Mashimo PA, Yamamoto Y, Nakamura M, Reynolds H and Genco RJ.  Lactic Acid Production by Oral *Streptococcus mitis* Inhibits the Growth of Oral *Capnocytophaga*.  J. Periodontol. 56 (9):548-552, 1985.

137.  Genco RJ.  Accomplishments, Opportunities, and Challenges in Oral Health Research.  J. Dent. Res. 64(7):952-953, 1985.

138.  Zambon JJ, Reynolds HS, Chen P and Genco RJ.  Rapid Identification of Periodontal Pathogens in Subgingival Dental Plaque: Comparison of Indirect Immunofluorescence Microscopy with Bacterial Culture for Detection of *Bacteroides gingivalis*.  J. Periodontol., Special Issue: 32-40, 1985.

139.  Zambon JJ, Christersson LA and Genco RJ.  Diagnosis and Treatment of Localized Juvenile Periodontitis (Periodontosis).  J. Am. Dental Assoc. 113:295-299, 1986.

140.  Genco RJ, Van Dyke TE, Levine MJ, Nelson RD and Wilson ME.  Molecular Factors Influencing Neutrophil Defects in Periodontal Disease.  J. Dent. Res. 65:1379-1391, 1986.

141.  Wikesjö UME, Baker PJ, Christersson LA, Genco RJ, Lyall RM, Hic S, DiFlorio RM and Terranova VP. A Biochemical Approach to Periodontal Regeneration: Tetracycline Treatment Conditions Dentin Surfaces.  J. Periodontal. Res. 21:322-329, 1986.

142.  Terranova VP, Franzetti LC, Hic S, Lyall RM, Wikesjö UME, Baker PJ, Christersson LA and Genco RJ. A Biochemical Approach to Periodontal Regeneration: Tetracycline Treatment of Dentin Promotes Fibroblast Adhesion and Growth.  J. Periodontal Res. 21:330-337, 1986.

143.  Clark MT, Coburn RA, Evans RT and Genco RJ.  5-Alkylsulfonyl- salicylanilides as Potential Dental Antiplaque Agents.  J. Medicinal Chemistry 29:25-29, 1986.

144.  Potts TV, Mitra T, O'Keefe T, Zambon JJ and Genco RJ.  Relationships Among Isolates of Oral Haemophili as Determined by DNA-DNA Hybridization.  Arch. Microbiol. 145:136-141, 1986.

145.  Christersson LA, Emrich LJ, Dunford RG and Genco RJ.  Analysis of Data from Clinical Studies of Localized Juvenile Periodontitis. J. Clin. Periodontol. 13:476-480, 1986.

Genco, Robert J.

Curriculum Vitae

146.    Miyasaki KT, Wilson ME, Cohen E, Jones PC and Genco RJ.   Evidence for and Partial Characterization of Three Major and Three Minor Chromatographic Forms of Human Neutrophil Myeloperoxidase. Archs. Biochem. Biophys. 246:751-764, 1986.

147.    Miyasaki KT, Wilson ME, and Genco RJ. Killing of *Actinobacillus actinomycetemcomitans* by the Human Neutrophil Myeloperoxidase-Hydrogen Peroxide-Chloride System.   Infect Immun. 53:161-165, 1986.

148.    Miyasaki KT, Wilson ME, Brunetti A and Genco RJ.   Oxidative and Non-oxidative Killing of *Actinobacillus actinomycetemcomitans* by Human Neutrophils. Infect Immun. 53:154-160, 1986.

149.    Miyasaki KT, Genco RJ and Wilson ME.   Antimicrobial Properties of Hydrogen Peroxide and Sodium Bicarbonate Individually and in Combination Against Selected Oral, Gram-Negative, Facultative Bacteria. J. Dent. Res. 65:1142-1148, 1986.

150.    Genco RJ, Christersson LA and Zambon JJ.   Juvenile Periodontitis. International Dental Journal 36:168-176, 1986.

151.    Chen P, Bochacki V, Reynolds H, Beanan J, Tatakis D, Zambon J and Genco RJ.   Monoclonal Antibodies for Detection of *Bacteroides gingivalis* in Biological Samples. Infect. Immun. 54:798-803, 1986.

152.    Zambon JJ, Bochacki V and Genco RJ.   Immunological   Assays   for Cariogenic and Putative Periodontal Pathogens. Oral Microbiol. Immunol. 1:39-44, 1986.

153.    Genco RJ, Zambon JJ and Christersson LA.   Use and Interpretation of Microbiological Assays in Periodontal Diseases. Oral Microbiol. Immunol. 1:73-79, 1986.

154.    Okuda K, Yamamoto Y, Naito Y, Takazoe I, Slots J and Genco RJ.   Purification and Properties of Hemagglutinin from Culture Supernatant of *Bacteroides gingivalis*. Infect. Immun. 54:659-665, 1986.

155.    Rosling BG, Slots J, Christersson LA, Grondahl HG and Genco RJ.   Topical Antimicrobial Therapy and Diagnosis of Subgingival Bacteria in the Management of Inflammatory Periodontal Disease. J. Clin. Periodontol. 13:975-981, 1986.

156.    Suido H, Nakamura M, Mashimo PA, Zambon JJ and Genco RJ.   Arylaminopeptidase Activities of Oral Bacteria. J. Dent. Res. 65(11):1335-1340, 1986.

157.    Christersson LA, Albini B, Zambon JJ, Wikesjö UME and Genco RJ.   Tissue Localization of *Actinobacillus actinomycetemcomitans* in Human Periodontitis. I. Light, Immunofluorescence and Electron Microscopic Studies. J. Periodontol. 58(8):529-539, 1987.

158.    Christersson LA, Wikesjö UME, Albini B, Zambon JJ and Genco RJ.   Tissue Localization of *Actinobacillus actinomycetemcomitans* in Human Periodontitis.   II.  Correlation Between Immunofluorescence and Culture Techniques. J. Periodontol. 58(8):540-545, 1987.

159.    Baker P, Coburn R, Genco RJ and Evans RT.  Structural Determinants of Activity of Chlorhexidine and Alkyl Bisbiguanides Against the Human Oral Flora. J. Dent. Res. 66:1099-1106, 1987.

Genco, Robert J.

Curriculum Vitae

160.    Coburn RA, Clark MT, Evans RT and Genco RJ.  Substituted 2-(2-Hydroxyphenyl) benzimidazoles as Potential Agents for the Control of Periodontal Diseases.  J. Med. Chem. 30:205-208, 1987.

161.    Okuda K, Fukumoto Y, Takazoe I, Slots J and Genco RJ.  Capsular Structures of Black-Pigmented *Bacteroides* Isolated from Humans. Bull. Tokyo Dent. Coll. 28:1-12, 1987.

162.    Suido H, Barua PK, Neiders ME, Nakamura M, Mashimo PA and Genco RJ.  Characterization of N-CBz-Glycyl-Glycyl-Arginyl Peptidase and Glycyl-Prolyl Peptidase of *Bacteroides gingivalis*.  J. Periodontal Res. 22: 412-418, 1987.

163.    Wilson ME, Jonak-Urbanczyk JT, Bronson PM, Dudas KC, Apicella MA and Genco RJ.: *Capnocytophaga* Species: Increased Resistance of Clinical Isolates to Serum Bactericidal Action. J. Infect. Dis. 156:99-106, 1987.

164.    Genco RJ.  Highlights of the Conference and Perspectives for the Future. (7th International Conference on Periodontal Research, Switzerland, September 1986) J. Periodontal Res. 22:164-171, 1987.

165.    Miyasaki KT, Genco RJ and Wilson ME.  Influence of Growth Phase on the Sensitivity of *Actinobacillus actinomycetemcomitans* and *Haemophilus aphrophilus* to the Bactericidal Effects of Hydrogen Peroxide. Microbios Letters 34:117-122, 1987.

166.    Wikesjö UME, Claffey N, Christersson LA, Franzetti LC, Genco RJ, Terranova VP and Egelberg J. Repair of Periodontal Furcation Defects in Beagle Dogs Following Reconstructive Surgery Including Root Surface Demineralization with Tetracycline Hydrochloride and Topical Fibronectin Application. J. Clin. Periodontol. 15:73-80, 1988.

167.    Zambon JJ, Reynolds H, Fisher J, Shlossman M, Dunford R and Genco RJ. Microbiological and Immunological Studies of Adult Periodontitis in Patients with Noninsulin-Dependent Diabetes Mellitus. J. Periodontol. 59:23-31, 1988.

168.    Dickinson DP, Kubiniec MA, Yoshimura F and Genco RJ.  Molecular Cloning and Sequencing of the Gene Encoding the Fimbrial Subunit Protein of *Bacteroides gingivalis*.  J. Bacteriol., 170:1658, 1988.

169.    Chang KM, Ramamurthy NS, McNamara TF, Genco RJ and Golub LM.  Infection with a Gram-Negative Organism Stimulates Gingival Collagenase Production in Non-Diabetic and Diabetic Germfree Rats.  J. Periodontal Res. 23:239, 1988.

170.    Nakazawa F, Zambon JJ, Reynolds HS and Genco RJ.  Serological Studies of Oral *Bacteroides intermedius*. Infect. Immun. 56:1647, 1988.

171.    Suido H, Zambon JJ, Mashimo PA, Dunford R and Genco RJ.  Correlations Between Gingival Crevicular Fluid Enzymes and the Subgingival Microflora. J. Dent. Res. 67:1070, 1988.

172.    Genco R, Zambon JJ, and Christersson LA.  The Origin of Periodontal Infections.  Adv. Dent. Res. 2(2):245-259, 1988.

173.    Zambon JJ, Umemoto T, DeNardin E, Nakazawa F, Christersson LA and Genco RJ. *Actinobacillus actinomycetemcomitans* in the Pathogenesis of Human Periodontal Disease.  Adv. Dent. Res. 2(2):269-274, 1988.

Genco, Robert J.

Curriculum Vitae

174.    Christersson LA, Rosling BG, Dunford RG, Wikesjö UME, Zambon JJ and Genco RJ.  Monitoring of Subgingival *Bacteroides gingivalis* and *Actinobacillus actinomycetemcomitans* in the Management of Advanced Periodontitis.  Adv. Dent. Res. 2(2):382-388, 1988.

175.    Hoffmann Von Th, Gängler P, Genco R and Schreiber D.  Zur Vergleichenden Morphogenase der Resorptiven Knöchernen Hyperregeneration des Periodonts und Endodonts.  Zahn Mund Kieferheilkd. 76:704-710, 1988.

176.    Wilson M and Genco RJ.  The Role of Antibody, Complement and Neutrophils in Host Defense Against *Actinobacillus actinomycetemcomitans*.  Immun. Invest. 18(1-4):187-209, 1989.

177.    Christersson LA, Zambon JJ, Dunford RG, Grossi SG and Genco RJ.  Specific Subgingival Bacteria and Diagnosis of Gingivitis and Periodontitis.  J. Dent. Res. 68(Spec Iss):1633-1639, 1989.

178.    Neiders ME, Chen PB, Suido H, Reynolds HS, Zambon JJ, Shlossman M and Genco RJ.  Heterogeneity of Virulence Among Strains of *Bacteroides gingivalis*.  J. Periodontal Res. 24:192-198, 1989.

179.    Hausmann E, Allen K, Christersson L and Genco RJ.  Effect of X-ray Beam Vertical Angulation on Radiographic Alveolar Crest Level and its Implication on Longitudinal Radiographic Studies.  J. Periodontal Res. 24:8-19, 1989.

180.    Tolo K, Millar S, Shlossman M and Genco RJ.  Antigens Released from Four Oral Bacteria in Periodontitis.  Immunol. Invest.18(1-4):171, 1989.

181.    Wikesjö UME, Reynolds HS, Christersson LA, Zambon JJ and Genco RJ.  Effects of Subgingival Irrigation on *Actinobacillus actinomycetemcomitans*. J. Clin. Periodontol. 16:116-119, 1989.

182.    Taubman MA, Genco RJ and Hillman JD.  The Specific Pathogen-Free Human:  A New Frontier in Oral Infectious Disease Research.  Adv. Dent. Res. 3(1):58-68, 1989.

183.    Schifferle RE, Reddy MS, Zambon JJ, Genco RJ and Levine MJ.  Characterization of a Polysaccharide Antigen from *Bacteroides gingivalis*.  J. Immunol. 143:3035-3042, 1989.

184.    Genco RJ and Zambon JJ.  Clinical Microbiology in the Diagnosis and Treatment of Periodontal Disease.  J. Amer. College Dentists 56:19-27, 1990.

185.    Shlossman M, Knowler WC, Pettitt DJ and Genco RJ.  Type 2 Diabetes and Periodontal Disease.  J. Amer. Dent. Assoc. 121:532-536, 1990.

186.    Emrich LJ and Genco RJ.  Existing Risk Models for Periodontal Diseases.  In: Bader, J.D., ed., "Risk Assessment in Dentistry," Chapel Hill: University of North Carolina Dental Ecology, 1990.

187.    Nelson RG, Shlossman M, Budding LM, Pettitt DJ, Saad MF, Genco RJ and Knowler WC.  Periodontal Disease and Non-insulin-dependent Diabetes Mellitus in Pima Indians.  Diabetes Care, Vol. 13(8):836-840, 1990.

188.    Loos BG, Mayrand D, Genco RJ and Dickinson DP.  Genetic Heterogeneity of *Porphyromonas (Bacteroides) gingivalis* by Genomic DNA Fingerprinting.  J. Dent. Res. 69(8):1488-1493, 1990.

Genco, Robert J.

Curriculum Vitae

189.    De Nardin E, De Luca C, Levine MJ and Genco RJ. Antibodies Directed to the Chemotactic Factor Receptor Detect Differences Between Chemotactically Normal and Defective Neutrophils from LJP Patients. J. Periodontol. 61(10):609-617, 1990.

190.    Zambon JJ, Reynolds HS and Genco RJ. Studies of Subgingival Microflora in Patients with Acquired Immunodeficiency Syndrome. J. Periodontol. 61:699-704, 1990.

191.    Sunday GJ, Zambon JJ and Genco RJ. Molecular Cloning and Expression of Antigens from *Actinobacillus actinomycetemcomitans* in *Escherichia coli*. Arch Oral Biol. 35:85S-91S, 1990.

192.    Emrich LJ, Shlossman M and Genco RJ. Periodontal Disease in Non-Insulin Dependent Diabetes Mellitus. J. Periodontol. 62:123-130, 1991.

193.    Klausen K, Evans RT, Ramamurthy NS, Golub LM, Sfintescu C, Lee JY, Bedi G, Zambon JJ and Genco RJ. Periodontal Bone Level and Gingival Proteinase Activity in Gnotobiotic Rats Immunized with *Bacteroides gingivalis*. Oral Microbiology and Immunology, 6:193-201, 1991.

194.    Lee JY, Sojar HT, Bedi GS and Genco RJ. *Porphyromonas (Bacteroides) gingivalis* Fimbrillin: Size, Amino-Terminal Sequence, and Antigenic Heterogeneity. Infect. and Immun. 59:383-389, 1991.

195.    Genco RJ and Loos BG. The Use of Genomic DNA Fingerprinting in Studies of the Epidemiology of Bacteria in Periodontitis. J. Clin. Periodontol. 18:396-405, 1991.

196.    Genco RJ, Lee JY, Sojar HT, Bedi GS, Loos BG and Dyer DW. Antigenic Heterogeneity of Periodontal Pathogens. In: Hamada S., Holt, S.C., McGhee, J.R. (eds). Periodontal Disease: Pathogens & Host Immune Responses. Quintessence Publishing Co., Ltd., Tokyo, pages 167-183, 1991.

197.    DeNardin E, Radel SJ and Genco RJ. Isolation and Partial Characterization of the Formyl Peptide Receptor Components on Human Neutrophils. Biochemical and Biophysical Research Communications, 174(1):84-89, 1991.

198.    DeNardin E and Genco RJ. Immunochemical Characterization of the Formyl Peptide Receptor Moieties on Human Neutrophils. Hybridoma 10(1):49-63, 1991.

199.    Sojar HT, Lee J-Y, Bedi GS, Cho M and Genco RJ. Purification, Characterization and Immunolocalization of Fimbrial Protein from *Porphyromonas (Bacteroides) gingivalis*. Biochemical and Biophysical Research Communications, 175(2):713-719, 1991.

200.    Christersson LA, Zambon JJ and Genco RJ. Dental Bacterial Plaques. Nature and Role in Periodontal Disease. J. Clin. Periodontol. 18:441-446, 1991.

201.    Chen K-C, DeNardin A, Dyer DW, Genco RJ and Neiders ME. Human IgG Antibody Response to Iron-Repressible and Other Membrane Proteins of *Porphyromonas (Bacteroides) gingivalis*. Infection and Immunity 59:2427-2433, 1991.

202.    DeNardin A, Sojar HT, Grossi SG, Christersson LA and Genco RJ. Humoral Immunity of Older Adults with Periodontal Disease to *Porphyromonas gingivalis*. Infect. and Immun. 59:4363-4370, 1991.

Genco, Robert J.

Curriculum Vitae

203.    Genco RJ.  Using Antimicrobial Agents to Manage Periodontal Diseases.  J. Amer. Dental Assoc. 122:31-38, 1991.

204.    Sojar HT, Lee J-Y, Bedi GS, Cho M-I and Genco RJ.  Purification, Characterization, and Localization of a Major Membrane Protein Antigen from *Porphyromonas (Bacteroides) gingivalis.* Biochemistry International 25(3):437-446, 1991.

205.    Machtei EE, Christersson LA, Zambon JJ, Grossi SG, Dunford R and Genco RJ.  Clinical Criteria for the Definition of "Established Periodontitis."  J. Periodontol. 63:206-214, 1991.

206.    Radel SJ, Genco RJ and DeNardin E.  Localization of Ligand Binding Regions of the Human Formyl Peptide Receptor.  Biochem. International 25(4):745-753, 1991.

207.    Loos BG, van Winkelhoff AJ, Dunford RG, Genco RJ, De Graaff J, Dickinson DP, and Dyer DW.  A Statistical Approach to the Ecology of *Porphyromonas gingivalis.*  J. Dent. Res. 71:353-359, 1992.

208.    Genco RJ.  Host Responses in Periodontal Diseases:  Current Concepts.  J. Periodontol. 63 (Supplement):338-355, 1992.

209.    Beck JD, Koch GG, Zambon JJ, Genco RJ and Tudor GE.  Evaluation of Oral Bacteria as Risk Indicators for Periodontitis in Older Adults.  J. Periodontol. 63:93-99, 1992.

210.    Matsuda N, Lin W-L, Kumar NM, Cho M-. and Genco RJ.  Mitogenic, Chemotactic, and Synthetic Responses of Rat Periodontal Ligament Fibroblastic Cells to Polypeptide Growth Factors *In vitro.* J. Periodontol. 63:515-525, 1992.

211.    DeNardin E, Radel SJ, Lewis N, Genco RJ and Hammarskjöld M.  Identification of a Gene Encoding for the Human Formyl Peptide Receptor.  Biochemistry International 26(3):381-387, 1992.

212.    Lee J-Y, Sojar HT, Bedi GS and Genco RJ.  Synthetic Peptides Analogous to the Fimbrillin Sequence Inhibit Adherence of *Porphyromonas gingivalis.*  Infection and Immunity 60:1662-1670, 1992.

213.    Evans RT, Klausen B, Sojar HT, Bedi GS, Sfintescu C, Ramamurthy NS, Golub LM and Genco RJ. Immunization with *Porphyromonas (Bacteroides) gingivalis* Fimbriae Protects Against Periodontal Destruction.  Infect. Immun. 60(7):1361-1391, 1992.

214.    Evans RT, Klausen B, Ramamurthy NS, Golub LM, Sfintescu C and Genco RJ.  Periodontopathic Potential of Two Strains of *Prophyromonas gingivalis* in Gnotobiotic Rats.  Arch. Oral Biol. 37(10):813-819, 1992.

215.    Evans RT, Klausen B and Genco RJ.  Immunization with Fimbrial Protein and Peptide Protects Against *Porphyromonas gingivalis*-induced Periodontal Tissue Destruction.  In:  Genetically Engineered Vaccines. J.E. Chiardi (Ed.) Plenum Press, New York. pp. 255-262, 1992.

216.    Genco RJ.  New Horizons in Periodontics.  The Challenge of Diagnosis.  The New York State Dental Journal, 32-36, June/July 1992.

217.    Christersson LA, Grossi SG, Dunford RG, Machtei EE and Genco RJ.  Dental Plaque and Calculus: Risk Indicators for Their Formation.  J. Dent. Res. 71(7):1425-1430, 1992.

Genco, Robert J.
                                                            Curriculum Vitae

218.    Machtei EE, Christersson LA, Zambon JJ, Hausmann E, Grossi SG, Dunford R and Genco RJ.
        Alternative Methods for Screening Periodontal Disease in Adults. J. Clin. Periodontol., 20:81-87,
        1993.

219.    Loos BG, Dyer DW, Genco RJ, Selander RK and Dickinson DP. Natural History and Epidemiology
        of *Porphyromonas gingivalis*. In: "Biology of the Species *Porphyromonas gingivalis*," H.N. Shah,
        D. Mayrand, and R.J. Genco (Eds.), CRC Press, Boca Raton, FL, 1993.

220.    Klausen B, Evans RT and Genco RJ. Vaccination against *Porphyromonas gingivalis* in Experimental
        Animals. In: "Biology of the Species*Porphyromonas gingivalis*," H.N. Shah, D. Mayrand, and R.J.
        Genco (Eds.), CRC Press, Boca Raton, FL, 1993.

221.    Schifferle RE, Wilson ME, Levine MJ and Genco RJ. Activation of Serum Complement by
        Polysaccharide-Containing Antigens of *Porphyromonas gingivalis*. J. Periodont. Res. 28:248-254,
        1993.

222.    Machtei EE, Norderyd J, Koch G, Dunford R, Grossi S and Genco RJ. The Rate of Periodontal
        Attachment Loss in Subjects with Established Periodontitis. J. Periodontol. 64(8):713-718, 1993.

223.    Preus HR, Haraszthy VI, Zambon JJ and Genco RJ. Differentiation of *Actinobacillus
        actinomycetemcomitans* by Arbitrarily Primed Polymerase Chain Reaction. J. Clin. Microbiol.
        31:2773-2776, 1993.

224.    Schifferle RE, Chen PB, Davern LB, Aguirre A, Genco RJ and Levine MJ. Modification of
        Experimental *Porphyromonas gingivalis* Murine Infection Following Immunization with a
        Polysaccharide-Protein Conjugate. Oral Microbiol. Immunol. 8:266-271, 1993.

225.    Machtei EE, Dunford R, Norderyd OM, Zambon JJ and Genco RJ. Guided Tissue Regeneration and
        Anti-Infective Therapy in the Treatment of Class II Furcation Defects. J. Periodontol. 64:968-973,
        1993.

226.    Norderyd OM, Grossi SG, Machtei EE, Zambon JJ, Hausmann E, Dunford RG and Genco RJ.
        Periodontal Status of Women Taking Postmenopausal Estrogen Supplementation. J. Periodontol.
        64:957-962, 1993.

227.    Sojar HT, Lee J-Y, Bedi GS and Genco RJ. Purification and Characterization of a Protease from
        *Prophyromonas gingivalis* Capable of Degrading Salt-Solubilized Collagen. Infect. Immun.
        61:2369-2376, 1993.

228.    Genco RJ and Löe H. The Role of Systemic Conditions and Disorders in Periodontal Disease.
        Periodontology 2000, Vol. 2, 98-116, 1993.

229.    Sharma H, Sojar HT, Lee J-Y and Genco RJ. Expression of a Functional *Porphyromonas gingivalis*
        FimbrillinPolypeptide in *E. coli*: Purification, Physiochemical & Immunochemical
        Characterization, and Binding Charactertistics. Infect. Immun. 61(8):3570-3573, 1993.

230.    Schifferle RE, Wilson ME, Levine MJ and Genco RJ. Activation of Serum Complement by
        Polysaccharide-Containing Antigens of *Porphyromonas gingivalis*. J. Periodont. Res. 28:248-254,
        1993.

Genco, Robert J.                                                    Curriculum Vitae

231. Matsuda N, Kumar NM, Ramakrishnan PR, Lin W-L, Genco RJ and Cho MI. Evidence for Up-Regulation of Epidermal Growth-Factor Receptors on Rat Periodontal Ligament Fibroblastic Cells Associated with Stabilization of Phenotype *In Vitro*. Archs. Oral Biol. 38(7):559-569, 1993.

232. Lala A, Sharma A, Sojar HT, Radel SJ, Genco RJ and DeNardin E. Rapid Report. Recombinant Expression and Partial Characterization of the Human Formyl Peptide Receptor. Biochimica et Biophysica Acta 1178:302-306, 1993.

233. Machtei EE, Dunford R, Hausmann E, Grossi S, Norderyd J and Genco RJ. A Stepwise Approach to Determine Periodontal Attachment Loss in Longitudinal Studies. J. Periodont. Res. 28:536-539, 1993.

234. Lee J-Y, Sojar HT, Sharma A, Bedi GS and Genco RJ. Active Domains of Fimbrillin Involved in Adherence of *Porphyromonas gingivalis*. J. Periodont. Res. 28:470-472, 1993.

235. Preus HR, Zambon JJ, Dunford RG and Genco RJ. The Distribution and Transmission of *Actinobacillus actinomycetemcomitans* in Families with Established Adult Periodontitis. J. Periodontol. 65:2-7, 1994.

236. Machtei EE, Cho M-I, Dunford R, Norderyd J, Zambon JJ and Genco RJ. Clinical, Microbiological, and Histological Factors Which Influence the Success of Regenerative Periodontal Therapy. J. Periodontol. 65:154-161, 1994.

237. Evans RT, Klausen B, Sojar HT, Ramamurthy NS, Evans MJ, Dyer DW and Genco RJ. Immunization with *Porphyromonas gingivalis* Fimbriae and Synthetic Peptides. In: Molecular Pathogenesis of Periodontal Diseases. ASM Publications, Washington, D.C., 1994.

238. Grossi SG, Zambon JJ, Ho AW, Koch G, Dunford RG, Machtei EE, Norderyd OM and Genco RJ. Assessment of Risk for Periodontal Disease. I. Risk Indicators for Attachment Loss. J. Periodontology 65:260-267, 1994.

239. Zambon JJ, Grossi S, Dunford R, Haraszthy VI, Preus H and Genco RJ. The Epidemiology of Subgingival Bacterial Pathogens. In: Molecular Pathogenesis of Periodontal Diseases. ASM Publications, Washington, D.C., 1994.

240. Genco RJ, Sojar H, Lee J-Y, Sharma A, Bedi G, Cho M-I and Dyer DW. *Porphyromonas gingivalis* Fimbriae: Structure, Function, and Insertional Inactivational Mutants. In: Molecular Pathogenesis of Periodontal Diseases. ASM Publications, Washington, D.C., 1994.

241. Genco RJ. Pharmaceuticals and Periodontal Diseases. JADA, Special Supplement, 125:11S-19S, 1994.

242. Machtei EE, Dunford R, Grossi SG and Genco RJ. The Cumulative Nature of Periodontal Attachment Loss. J. Periodont. Res. 29(5):361-364, 1994.

243. Malek R, Fisher JG, Caleca A, Stinson M, van Oss CJ, Lee J-Y, Cho M-I, Genco RJ, Evans RT and Dyer DW. Inactivation of the *Porphyromonas gingivalis fimA* Gene Blocks Periodontal Damage in Gnotobiotic Rats. J. Bacteriol. 176:1052-1059, 1994.

244. Genco RJ. Assessment of Risk of Periodontal Disease. Compend. Contin. Educ. Dent., Suppl. No. 18:S678-SS683, 1994.

Genco, Robert J.

Curriculum Vitae

245.   Amano A, Sojar HT, Lee J-Y, Sharma A, Levine MJ and Genco RJ.   Salivary Receptors for Recombinant Fimbrillin of *Porphyromonas gingivalis*.  Infect. Immun. 62(8):3372-3380, 1994.

246.   Radel SJ, Genco RJ and De Nardin E.   Structural and Functional Characterization of the Human Formyl Peptide Receptor Ligand Binding Region.  Infect. Immun. 62:1726-1732, 1994.

247.   Amano A, Sharma A, Sojar HT, Kuramitsu HK and Genco RJ.   Effects of Temperature Stress on Expression of Fimbriae and Superoxide Dismutase by *Porphyromonas gingivalis*.  Infect. Immun. 62:4682-4685, 1994.

248.   Evans RT, Klausen B, Ramamurthy NS, Bedi GS, Sojar H and Genco RJ.   A Model For Vaccine Development Against Periodontal Destruction Induced by *Porphyromonas gingivalis*. Proceedings of 1992 IDEXX Users Symposium, Portland, ME, pp. 115-119, 1994.

249.   Löe H and Genco RJ.   Oral Complications in Diabetes Mellitus.   Diabetes in America, Second Edition, Chapter 23, pp. 501-506, 1995.

250.   Grossi SG, Genco RJ, Machtei EE, Ho AW, Koch G, Dunford R, Zambon JJ and Hausmann E. Assessment of Risk for Periodontal Disease.  II. Risk Indicators for Alveolar Bone Loss.  J. Periodontol. 66:23-29, 1995.

251.   Brant E, Sojar HT, Sharma A, Bedi GS, Genco RJ and DeNardin E.   Identification of Linear Antigenic Sites on the *Porphyromonas gingivalis* 43 kDa Fimbrillin Subunit.  Oral Microbiology and Immunology 14:146-150, 1995.

252.   Park J-B, Matsuura M, Han K-Y, Norderyd O, Lin W-L, Genco RJ and Cho M-I.   Periodontal Regeneration in Class III Furcation Defects of Beagle Dogs Using Guided Tissue Regenerative Therapy with or without Platelet-Derived Growth Factor.  J. Periodontol. 66:462-477, 1995.

253.   Cho M-I, Lin W-L and Genco RJ.   Platelet-Derived Growth Factor-Modulated Guided Tissue Regenerative Therapy.  J. Periodontol. 66:522-530, 1995.

254.   Lee J-Y, Sojar HT, Amano A and Genco RJ.   Purification of Major Fimbrial Proteins of *Porphyromonas gingivalis*.  Protein Expression and Purification 6:496-500, 1995.

255.   Machtei EE, Dunford R, Grossi SG and Genco RJ.   Gingival Recession and Exposure of Barrier Membrane: Effect on Guided Tissue Regeneration of Class II Furcation Defects. Int. J. Periodont. Rest. Dent. 15:591-599, 1995.

256.   Matsuura M, Heer Y, Han K-Y, Lin W-L, Genco RJ and Cho M-I.  Immunohistochemical Expression of Extracellular Matrix Components of Normal and Healing Periodontal Tissues in the Beagle Dog.  J. Periodontol. 66(7):579-593, 1995.

257.   Sojar HT, Lee J-Y and Genco RJ.   Fibronectin Binding Domain of *P. gingivalis* Fimbriae. Biochemical and Biophysical Research Communications 216:785-792, 1995.

258.   Heer Y, Matsuura M, Lin W-L, Genco RJ and Cho M-II.  The Origin of Fibroblasts and Their Role in the Early Stages of Horizontal Furcation Defect Healing in the Beagle Dog.  J. Periodontol. 66:716-730, 1995.

Genco, Robert J.                                                    Curriculum Vitae

259.    Boyer BB, Ryerson CC, Reynolds HS, Zambon JJ, Genco RJ and Snyder B.  Colonization by *Actinobacillus actinomycetemcomitans, Porphyromonas gingivalis,* and *Prevotella intermedia* in Adult Periodontitis Patients as Detected by the Antibody-Based Evalusite Test.  J. Clin. Periodontol. 23(5):477-484, 1996.

260.    Snyder B, Ryerson CC, Corona H, Grogan EA, Reynolds HS, Contestable PB, Boyer BP, Mayer J, Mangan T, Norkus N, Zambon JJ and Genco RJ.  Analytical Performance of Evalusite Periodontal Test for Simultaneous Detection and Differentiation of *Actinobacillus actinomycetemcomitans, Porphyromonas gingivalis,* and *Prevotella intermedia.* J. Periodontol. 67:497-505, 1996.

261.    Machtei EE, Grossi S, Dunford R, Zambon JJ and Genco RJ.  Long Term Stability of Class II Furcation Defects Treated with Barrier Membranes.  J. Periodontol. 67:523-527, 1996.

262.    González YM, De Nardin A, Grossi SG, Machtei EE, De Nardin E and Genco RJ. Serum Cotinine Levels, Smoking, and Periodontal Attachment Loss. J. Dent. Res.75(2):796-802, 1996.

263.    Grossi SG, Dunford RG, Ho A, Koch G, Machtei EE and Genco RJ. Sources of Error for Periodontal Probing Measurements. J. Periodont. Res. 31:330-336, 1996.

264.    Amano A, Sharma A, Lee J-Y, Sojar HT, Periathamby A and Genco RJ.  Structural Domains of *Porphyromonas gingivalis* Recombinant Fimbrillin That Mediate Binding to Salivary Proline-Rich and Statherin. Infection and Immunity 64(5):1631-1637, 1996.

265.    Taylor GW, Burt BA, Becker MP, Genco RJ, Shlossman M, Knowler WC and Pettitt DJ.  Severe Periodontitis and Risk for Poor Glycemic Control in Subjects with Non-Insulin-Dependent Diabetes Mellitus.  J. Periodontol. 67(Suppl):1085-1093, 1996.

266.    Zambon JJ, Grossi SG, Machtei EE, Ho AW, Dunford R and Genco RJ.  Cigarette Smoking Increases the Risk for Subgingival Infection with Periodontal Pathogens.  J. Periodontol. 67(Suppl):1050-1054, 1996.

267.    Moss ME, Beck JD, Kaplan BH, Offenbacher S, Weintraub JA, Koch GG, Genco RJ, Machtei EE and Tedesco LA.  Exploratory Case-Control Analysis of Psychosocial Factors and Adult Periodontitis.  J. Periodontol. 67(Suppl):1060-1069, 1996.

268.    Genco RJ.  Current View of Risk Factors for Periodontal Diseases.  J. Periodontol. 67(Suppl):1041-1049, 1996.

269.    Grossi SG, Skrepcinski FB, DeCaro T, Zambon JJ, Cummins D and Genco RJ.  Response to Periodontal Therapy in Diabetics and Smokers.  J. Periodontol. 67(Suppl):1094-1102, 1996.

270.    Wactawski-Wende J, Grossi SG, Trevisan M, Genco RJ, Altekin M, Dunford R, Ho A, Hausmann E and Hreshchyshyn MM.  The Role of Osteopenia in Periodontal Disease.  J. Periodontol. 67(Suppl):1076-1084, 1996.

271.    Saito A, Sojar HT and Genco RJ.  *Porphyromonas gingivalis* Surface Components Induce Interleukin-1 Release and Tyrosine Phosphorylation in Macrophages.  FEMS Immunology and Medical Microbiology 15(1):51-57, 1996.

Genco, Robert J.

Curriculum Vitae

272.    Hamada N, Sojar HT, Cho M-I and Genco RJ. Isolation and Characterization of a Minor Fimbria from *Porphyromonas gingivalis*. Infect. Immun. 64(11):1996.

273.    Amano A, Kataoka K, Raj PA, Genco RJ and Shizukuishi S. Binding Sites of Salivary Statherin for *Porphyromonas gingivalis* Recombinant Fimbrillin. Infect. Immun. 64(10):4249-4254, 1996.

274.    Sharma A, Nagata H, Hamada N, Sojar HT, Hruby DE, Kuramitsu H and Genco RJ. Expression of Functional *Porphyromonas gingivalis* Fimbrillin Polypeptide Domains on the Surface of *Streptococcus gordonii*. Applied and Environmental Microbiology 62(11):3933-3938, 1996.

275.    Machtei EE, Dunford R, Hausmann E, Grossi SG, Powell J, Cummins D, Zambon JJ and Genco RJ. Longitudinal Study of Prognostic Factors in Established Periodontitis Patients. J. Clin. Periodontol. 24:102-109, 1997.

276.    Albandar JM, Brown LJ, Genco RJ and Löe H. Clinical Classification of Periodontitis in Adolescents and Young Adults. J. Periodontol. 68:545-555, 1997.

277.    Nagata H, Sharma A, Sojar HT, Amano A, Levine MJ and Genco RJ. Role of Carboxyl-terminal Region of *Porphyromonas gingivalis* Fimbrillin in the Binding to Salivary Proteins. Infection and Immunity 65(2):422-427, 1997.

278.    Amano A, Fujiwara T, Nagata H, Kuboniwa M, Sharma A, Sojar HT, Genco RJ, Hamada S, and Shizukuishi S. *Porphyromonas gingivalis* Fimbriae Mediate Coaggregation with *Streptococcus oralis* Through Specific Domains. J. Dent. Res. 76(4):852-857, 1997.

279.    Grossi SG, Zambon JJ, Machtei EE, Schifferle RE, Andreana S, Cummins D, Harrap G and Genco RJ. Effects of Smoking and Smoking Cessation on Healing After Mechanical Periodontal Therapy. J. Amer. Dent. Assoc. 128:599-607, 1997.

280.    Grossi SG, Skrepcinski FB, DeCaro T, Robertson DC, Ho AW, Dunford RG and Genco RJ. Treatment of Periodontal Disease in Diabetics Reduces Glycated Hemoglobin. J. Periodontol. 68:713-719, 1997.

281.    Saito A, Sojar H. and Genco RJ. Interleukin-1 Gene Expression in Macrophages Induced by Surface Protein Components of *Porphyromonas gingivalis:* Role of Tyrosine Kinases in Signal Transduction. Oral Microbiology and Immunology 12:135-140, 1997.

282.    Sojar HT, Hamada N and Genco RJ. High-Performance Liquid Chromatographic Separation of *Porphyromonas gingivalis* Fimbriae. Protein Expression and Purification 9:49-52, 1997.

283.    Sojar HT, Hamada N and Genco RJ. Isolation and Characterization of Fimbriae from a Sparsely Fimbriated Strain of *Porphyromonas gingivalis*. Applied and Environmental Microbiology 63(6):2318-2323, 1997.

284.    Njoroge T, Genco RJ, Sojar HT, Hamada N and Genco Attardo C. A Role for Fimbriae in *Porphyromonas gingivalis* Invasion of Oral Epithelial Cells. Infection and Immunity 65(5):1980-1984, 1997.

285.    Ho AW, Grossi SG, Dunford RG and Genco RJ. Reliability of a Self-Reported Health Questionnaire in a Periodontal Disease Study. J. Periodontal Res. 32:646-650, 1997.

Genco, Robert J.

Curriculum Vitae

286.    Sharma A, Sojar JT, Hruby DE, Kuramitsu HK and Genco RJ.   Secretion of *Porphyromonas gingivalis* Fimbrillin Polypetides by Recombinant *Streptococcus gordonii*.   Biochemical and Biophysical Research Communications 238:313-316 1997.

287.    Machtei EE, Hausmann E, Grossi SG, Dunford R and Genco RJ.   The Relationship Between Radiographic and Clinical Changes in the Periodontium. J. Periodontal Res. 32:661-666, 1997.

288.    Taylor GW, Burt BA, Becker MP, Genco RJ, Shlossman M, Knowler WC, and Pettitt DJ.   Non-insulin-dependent Diabetes Mellitus and Alveolar Bone Loss Progression Over Two Years.   J. Periodontol. 69:76-83, 1998.

289.    Genco RJ. Periodontal Disease and Risk for Myocardial Infarction and Cardiovascular Disease. Cardiovascular Reviews and Reports 19(3):34-40, 1998.

290.    Machtei EE, Hausmann E, Schmidt M, Grossi SG, Dunford R, Schifferle R, Munoz K, Davies G, Chandler J and Genco RJ.   Radiographic and Clinical Response to Periodontal Therapy.   J. Periodontology 69:590-595, 1998.

291.    Genco RJ, Ho AW, Kopman J, Grossi SG, Dunford RG and Tedesco LA.  Models to Evaluate the Role of Stress in Periodontal Disease.  Ann Periodontol. 3(1):288-302, 1998.

292.    Sojar HT, Hamada N and Genco RJ. Structures Involved in the Interaction of *Porphyromonas gingivalis* Fimbriae and Human Lactoferrin.  FEBS Letter 422:205-208, 1998.

293.    Grossi S and Genco RJ. Periodontal Disease and Diabetes Mellitus: A Two-Way Relationship.  Ann. Periodontol. 3(1):51-61, 1998.

294.    Taylor GW, Burt B, Becker MP, Genco R and Shlossman M.  Glycemic Control and Alveolar Bone Loss Progression in Type 2 Diabetes. Ann. Periodontol. 3(1):30-39, 1998.

295.    Genco RJ, Glurich I, Haraszthy V, Zambon J and De Nardin E. Overview of Risk Factors for Periodontal Disease and Implications for Diabetes and Cardiovascular Disease. Compendium Contin Ed Dent 19(1):Special Issue, 40-45, 1998.

296.    Genco RJ, and Grossi SG.   Is Estrogen Deficiency a Risk Factor for Periodontal Disease? Compendium (Supplement No. 22) 19:S23-29, 1998.

297.    Sharma A, Sojar HT, Glurich I, Honma K, Kuramitsu H.K., and Genco, RJ.  Cloning, Expression, and Sequencing of a Cell Surface Antigen Containing a Leucine-Rich Repeat Motif from *Bacteroides forsythus* ATCC 43037.  Infection and Immunity 66(12):5703-5710, 1998.

298.    Genco RJ, Ho AW, Grossi SG, Dunford RG and Tedesco LA.  Relationship of Stress, Distress, and Inadequate Coping Behaviors to Periodontal Disease. J. Periodontol. 70:711-723, 1999.

299.    Taubman MA, Page RC, and Genco RJ.  Mucosal Vaccines for Dental Diseases.  *In*:: Mucosal Immunology, Second Edition, Chapter 57, pages 903-924, Academic Press, 1999.

300.    Machtei EE, Hausmann E, Dunford R, Grossi S, Ho A, Davis G, Chandler J, Zambon J, Genco RJ. Longitudinal Study of Predictive Factors for Periodontal Disease and Tooth Loss.   J. Clin. Periodontol. 26:374-380, 1999.

Genco, Robert J.

Curriculum Vitae

301.  Sojar HT, Yiping H, Hamada N, Sharma A and Genco RJ.  Role of the Amino-Terminal Region of *Porphyromonas gingivalis* Fimbriae in Adherence to Epithelial Cells.  Infection and Immunity 67(11):6173-6176, 1999.

302.  Genco RJ.:  Building Partnerships and Interdisciplinary Collaborations in Oral Health Research.  American Association of Dental Schools, 75th Anniversary Summit Conference, pages 33-36, 1999.

303.  Scannapieco FA, Genco RJ:  Association of Periodontal Infections with Atherosclerotic and Pulmonary Diseases. J. Periodont. Res. 34:340-345. 1999.

304.  Machtei EE, Schmidt M, Hausmann E, Grossi S, Dunford R, Davies G, Chandler J and Genco RJ:  Outcomes Variables in Periodontal Research:  Threshold Based Site Changes.  J. Periodontology 71:555-561, 2000.

305.  Wu T, Trevisan M, Genco RJ, Falkner KL, Dorn JP and Sempos CT.  An Examination of the Relation Between Periodontal Health Status and Cardiovascular Risk Factors: Serum Total and HDL Cholesterol, C-Reactive Protein, and Plasma Fibrinogen.  American Journal of Epidemiology 151(3):273-282, 2000.

306.  Nishida M, Grossi SG, Dunford RG, Ho AW, Trevisan M and Genco RJ:  Calcium and the Risk for Periodontal Disease.  J. Periodontol. 71:1057-1066, 2000.

307.  Wu T, Trevisan M, Genco RJ, Dorn JP, Falkner KL and Sempos, CT:  Periodontal Disease and Risk of Cerebrovascular Disease: The First National Health and Nutrition Examinations Survey and its Follow-Up Study.  Archives of Internal Medicine 160:2749-2755, 2000.

308.  Nishida M, Grossi SG, Dunford RG, Ho AW, Trevisan M and Genco RJ:  Dietary Vitamin C and the Risk for Periodontal Disease.  J. Periodontol. 71:1215-1223, 2000.

309.  Haraszthy VI, Zambon JJ, Trevisan M, Zeid M and Genco RJ:  Identification of Periodontal Pathogens in Atheromatous Plaques.  J. Periodontol. 71:1554-1560, 2000.

310.  Sharma A, Novak EK, Sojar HT, Swank RT, Kuramitsu HK and Genco RJ:  *Porphyromonas gingivalis* Platelet Aggregation Activity: Outer Membrane Vesicles Are Potent Activators.  Oral Microbiology and Immunology 15:393-396, 2000.

311.  Han YW, Shi W, Huang GTJ, Haake-Kinder S, Park NH, Kuramitsu H and Genco RJ:  Interactions Between Periodontal Bacteria and Human Oral Epithelial Cells:  Fusobacterium nucleatum Adheres to and Invades Epithelial Cells. Infection and Immunity 68(6):3140-3146, 2000.

312.  Tezal M, Wactawski-Wende J, Grossi SG, Ho AW, Dunford R and Genco RJ: The Relationship Between Bone Mineral Density and Periodontitis in Postmenopausal Women. J. Periodontol. 71:1492-1498, 2000.

313.  Genco RJ, Scannapieco FA and Slavkin HC.  Oral Reports.  The Sciences, pages 25-30, November/December 2000.

314.  Stillman N and Genco RJ:  Periodontal Disease and Diabetes Interdependent Conditions.  Practical Diabetology 19-27, 2000.

Genco, Robert J.                                                    Curriculum Vitae

315.   Carpio L, Loza J, Lynch S and Genco RJ: Guided Bone Regeneration Around Endosseous Implants With Anorganic Bovine Bone Mineral.  A Randomized Controlled Trial Comparing Bioabsorbable Versus Non-Resorbable Barriers.  J. Periodontol. 71:1743-1749, 2000.

316.   Tezal M, Grossi, SG, Ho AW and Genco RJ:  The Effect of Alcohol Consumption on Periodontal Disease.  J. Periodontol. 72:183-189, 2001.

317.   Noack B, DeNardin E, Genco RJ and Hoffmann T:  Systemische Akutphaseantwort bei Parodontitis marginalis.  Deutsche Zahnärztliche Zeitschrift 56:122-125, 2001.

318.   Sharma A, Kiyonobu H, Evans RT, Hruby DE and Genco RJ:  Oral Immunization with Recombinant Streptococcus gordonii Expressing Porphyromonas gingivalis FimA Domains.  Infection and Immunity 69(5):2928-2934, 2001.

319.   Noack B, Genco RJ, Trevisan M, Grossi S, Zambon J and DeNardin E:  Periodontal Infections Contribute to Elevated Systemic C-Reactive Protein Level.  J. Periodontol. 71:1221-1227, 2001.

320.   Fan Q, Sims T, Sojar H, Genco R, and Page RC:  Fimbriae of Porphyromonas gingivalis Induce Opsonic Antibodies that Significantly Enhance Phagocytosis and Killing by Human Polymorphonuclear Leukocytes.  Oral Microbiol. Immunol. 16:144-152, 2001.

321.   Honma K, Kuramitsu HK, Genco RJ, and Sharma A:  Development of a Gene Inactivation System for Bacteroides forsythus Construction and Characterization of a BspA Mutant.  Infection and Immunity 69(7):4686-4690, 2001.

322.   Henke CJ, Genco RJ, Killoy WJ, Miller DP, Evans CJ and Finkelman RD:  An Economic Evaluation of a Chlorhexidine Chip for Treating Chronic Periodontitis.  The CHIP (CHlorhexidine In Periodontitis) Study.  J Am Dent Assoc 132:1557-1569, 2001.

323.   Sojar T, Sharma A, and Genco RJ:  Porphyromonas gingivalis Fimbriae Bind to Cytokeratin of Epidthelial Cells.  Infection and Immunity 70(1):96-101, 2002.

324.   Hajishengallis G, Martin M, Sojar HT, Sharma A, Schifferle RE, DeNardin E, Russell MW and Genco RJ:  Dependence of Bacterial Protein Adhesins on Toll-Like Receptors for Proinflammatory Cytokine Induction.  Clinical and Diagnostic Laboratory Immunology 9(2):403-411, 2002.

325.   Glurich I, Grossi S, Albini B, Ho A, Shah R, Zeid M, Baumann H, Genco RJ and DeNardin E:  Systemic Inflammation in Cardiovascular and Periodontal Disease: Comparative Study.  Clinical and Diagnostic Laboratory Immunology 9(2):425-432, 2002.

326.   Genco R, Offenbacher S, and Beck J: Periodontal Disease and Cardiovascular Disease: Epidemiology and Possible Mechanisms.  J Am Dent Assoc 133:14S-22S, 2002.

327.   Hajishengalllis G, Martin M, Schifferle RC, and Genco RJ.  Counteracting Interactions Between Lipopolysaccharide Molecules with Differential Activation of Toll-Like Receptors.  Infection and Immunity 70:6658-6664, 2002.

328.   Hajishengallis G, Sharma A, Russell MW, and Genco RJ. Interactions of Oral Pathogens With Toll-Like Receptors: Possible Role in Atherosclerosis. Ann Periodontol 27:72-78, 2002.

Genco, Robert J.

Curriculum Vitae

329.    Sahingur SE, Sharma A, Genco RJ, and De Nardin E. Association of Increased Levels of Fibrinogen and the –455G/A Fibrinogen Gene Polymorphism with Chronic Periodontitis. *Journal of Periodontology* 74:329-337, 2003.

330.    Araujo MWB, Hovey K, Benedek F, Grossi S, Dorn J, Waktawski-Wende J, Genco RJ, Trevisan M. Reproducibility of Probing Depth Measurements Using a Constant Force Electronic Proge: Analysis of Inter- and Intra-Examiner Variability. *J Periodontol* 74(12):1736-1740, 2004.

331.    Hajishengallis G, Sojar H, Genco RJ, DeNardin E:  Intracellular Signaling and Cytokine Induction Upon Interactions of *Porphyromonas gingivalis* Fimbriae with Pattern-Recognition Receptors. *Immunological Investigations* 33(0):1-16, 2004.

332.    Tezal M., Grossi SG, Ho AW, Genco RJ.  Alcohol Consumption and Periodontal Disease. The Third National Health and Nutrition Examination Survey. *J. Clin. Periodontol.* 31(7):484-488, 2004.

333.    Sojar HT, Sharma A, Genco RJ:  *Porphyromonas gingivalis* Fimbriae Binds to Neoglycoproteins: Evidence for a Lectin-Like Interaction. *Biochimie* 86:245-249, 2004.

334.    Saremi A, Nelson RG, Tulloch-Reid M, Hanson RL, Sievers ML, Taylor GW, Shlossman M, Bennett PH, Genco R, and Knowler WC:  Periodontal Disease and Mortality in Type 2 Diabetes. *Diabetes Care* 28(1):27-32, 2005.

335.    Tezal M, Grossi SG, Genco RJ. Is Periodontitis Associated with Oral Neoplasms? *J. Periodontol.* 76:406-410, 2005.

336.    Tezal M, Wactawski-Wende J, Grossi SG, Dmochowski J, Genco RJ.  Periodontal Disease and the Incidence of Tooth Loss in Postmenopausal Women. *J. Periodontol.* 76:1123-1128, 2005.

337.    Sojar HT, Genco RJ:  Identification of Glyceraldehyde-3-phosphate Dehydrogenase of Epithelial Cell As a Second Molecule that Binds to *Porphyromonas gingivalis* Fimbriae. *FEMS Immunology & Medical Microbiology*, 45(1):25-30, 2005.

338.    Nevins M, Giannobile WV, McGuire MK, Kao RT, Mellonig JT, Hinrichs JE, McAllister BS, Murphy KS, McClain PK, Nevins ML, Paquette DW, Han TJ, Reddy MS, Lavin PT, Genco RJ, and Lynch SE.  Platelet-Derived Growth Factor (rhPDGF-BB) Stimulates Bone Fill and Rate of Attachment Level Gain: Results of a Large Multi-Center Randomized Controlled Trial. *J. Periodontol* 76:2205-2215, 2005.

339.    Genco RJ, Grossi SG, Ho A, Nishimura F, and Murayama Y.  A Proposed Model Linking Inflammation to Obesity, Diabetes, and Periodontal Infections. *J. Periodontol.* 76:2075-2084, 2005.

340.    Han YW, Ikegami A, Rajanna C, Kawsar HI, Zhou Y, Li M, Sojar HT, Genco RJ, Kuramitsu HK and Deng CX.  Identification and Characterization of a Novel Adhesin Unique to Oral Fusobacteria. *J. Bacteriology* 187(15):5330-5340, 2005.

341.    Wactawski-Wende J, Hausmann E, Hovey K, Trevisan M, Grossi S, Genco RJ. The Association Between Osteoporosis and Alveolar Crestal Height in Postmenopausal Women. *J. Periodontology* 76:11(Suppl):2116-2124, 2005.

Genco, Robert J.

Curriculum Vitae

342. Tezal M, Scannapieco FA, Wactawski-Wende J, Grossi SG, Genco RJ. Supragingival Plaque May Modify the Effects of Subgingival Bacteria on Attachment Loss. *J. Periodontol.* 77:808-813, 2006.

343. Andriankaja OM, Genco RJ, Dorn J, Dmochowski J, Hovey K, Falkner K, Scannapieco F, Trevisan M. The Use of Different Measurements and Definitions of Periodontal Disease in the Study of the Association Between Periodontal Disease and Risk of Myocardial Infarction. *J. Periodontology* 77:1067-1073, 2006.

344. Lynch SE, Lavin PT, Genco RJ, Beasley WG, Wisner-Lynch LA. New Composite Endpoints to Assess Efficacy in Periodontal Therapy Clinical Trials. *J. Periodontology*, 77:1314-1322, 2006.

345. Shultis WA, Weil EJ, Looker HC, Curtis JM, Shlossman M, Genco RJ, Knowler WC, Nelson RG. Effect of Periodontitis on Overt Nephropathy and End-Stage Renal Disease in Type 2 Diabetes. *Diabetes Care* 30(2):306-311, 2007.

346. Genco RJ, Falkner K, Grossi S, Dunford R, Trevisan M. Validity of Self-Reported Measures for Surveillance of Periodontal Disease in Two Western New York Population-Based Studies. *J. Periodontology*, 78(Suppl):1439-1454, 2007.

347. Brennan RM, Genco RJ, Wilding GE, Hovey KM, Trevisan M, Wactawski-Wende J. Bacterial Species in Subgingival Plaque and Oral Bone Loss in Postmenopausal Women. *J. Periodontology*, 78:1051-1061, 2007.

348. Eke PI, Genco RJ. CDC Periodontal Disease Surveillance Project: Background, Objectives and Progress Report. *J. Periodontol.* 78:1366-1371, 2007.

349. Andriankaja OM, Genco RJ, Dorn J, Dmochowski J, Hovey K, Falkner KL, Trevisan M. Periodontal Disease and Risk of Myocardial Infarction: The Role of Gender and Smoking. *Eur J Epidemiol* 22:699-703, 2007.

**N.    Books and Symposia Proceedings Edited**

1. Immunological Aspects of Dental Caries. Proceedings of Symposium held in New York City, April 1-2, 1975. R.J. Genco, W. Bowen, T. Lehner, and T. O'Brien, Editors. J. Dent. Res. 55: Special Issue C, 1976.

2. Anaerobic Bacteria: Selected Topics. D.W. Lambe, Jr., R.J. Genco and K.J. Mayberry-Carson, Editors. Plenum Publishing Corp., New York, 1980.

3. Host-Parasite Interactions in Periodontal Diseases. R.J. Genco and S.E. Mergenhagen, Editors. ASM Publications, Washington, DC, 1982.

4. Proceedings of the Sunstar Portside Symposium. R.J. Genco, Editor. Advances in Dental Research, 2(2): 1988.

5. New Frontiers in Oral Health Research. R.J. Genco, Editor. Advances in Dental Research, 3(1): 1989.

Genco, Robert J.                                                    Curriculum Vitae

6.      Contemporary Periodontics. R.J. Genco, H. Goldman and D.W. Cohen, Editors.  C.V. Mosby Company, St. Louis, MO, 1990.

7.      Biology of the Species *Porphyromonas gingivalis*.  H.N. Shah, D. Mayrand and R.J. Genco, Editors. CRC Press Inc., Boca Raton, FL, 1993.

8.      Molecular Pathogenesis of Periodontal Diseases.  R.J. Genco, S. Hamada, T. Lehner, J.R. McGhee, and S.E. Mergenhagen, Editors. ASM Publications, Washington, D.C., 1994.

9.      Mucosal Vaccines.  H. Kiyono, P.L. Ogra and J. McGhee, Editors.  Chapter 32, Mucosal Immunity and Periodontitis, R.C. Page and R.J. Genco, pages 437-449, Academic Press, Inc., San Diego, California, 1996.

10.     Tissue Engineering. Applications in Maxillofacial Surgery and Periodontics.  S.E. Lynch, R.J. Genco, and R.E. Marx, Edtors.  Quintessence Publishing Co, Inc., Carol Stream, IL, 1999.

11.     Periodontal Medicine.  L.F. Rose, R.J. Genco, D.W. Cohen and B.L. Mealey, Editors.  B.C. Decker Inc., Hamilton, Ontario, 2000.

12.     Periodontal Disease and Diabetes Mellitus.  Genco, R.J., Chapter 72, International Textbook of Diabetes Mellitus, Third Edition.  Edited by R.A. DeFronzo, E. Ferrannini, H. Keen, and P. Zimmer. John Wiley & Sons, Inc., 2004.

13.     Periodontics: Medicine, Surgery, and Implants. L.F. Rose, B.L. Mealey, R.J. Genco, and D.W. Cohen, Editors. Mosby Company, Inc., St. Louis, MO, 2004.