2007089
OHSC-Gwynne

## Product Use instructions
### Ultreo Toothbrush
### Two (2) Minutes
(acclimation instructions)

This is your assigned toothbrush and toothbrush head:

- Use only the toothpaste we have provided.

- Place a pea-size amount of toothpaste on the center of the brush head and wet the bristles under running water.

- Position the bristles in the back section of your bottom teeth angled into the gumline and turn the brush on.

- Hold the handle of the toothbrush with a light grip. Do not press too hard or scrub, let the brush do all the work. Try to keep as much fluid around the bristles as possible.

- Move the brush in a small circular motion so the bristles and fluid penetrate between your teeth and into the gumline. Spend a few seconds on each tooth and then move the brush to the next area. Keep as many bristles in contact with the teeth as possible.

- There will be an interval signal prompting you (30 seconds) to move from one quadrant to the next and after brushing each section of your mouth for 30 seconds, your toothbrush will automatically shut off (2 minutes).

- After TWO minutes the toothbrush will shut off. Only brush for 2 minutes, no longer.

CONFIDENTIAL

PG001484

2007089
OHSC-Gwynne

- Brush your teeth for **TWO minutes,** twice a day.

- After use, rinse the brushhead under running water and air dry after each use. Mild soap, water and a moist cloth are recommended for cleaning the handle.

Special notice:

- Please discontinue using this power toothbrush 48 hours prior to your next visit. Use your own toothbrush with the toothpaste we have provided.

- Also, 23-25 hours prior to your appointment time, please discontinue all oral hygiene and chewing gum as previously instructed.

- Four (4) hours prior to your visit, please refrain from eating, drinking, chewing gum and smoking.

Thank you!

If you have any questions, please contact the site at 513-381-5120.

CONFIDENTIAL

PG001485

2007089
## Ultreo Brushing Instructions for the Dental Hygienist
## Performing the Brushing Leg of the Study

- Hold the brush head parallel to the buccal or lingual tooth surface

- Hold the bristle tips ~ 1mm from the tooth surfaces. The bristles may contact the gingival or incisal tooth surface without bending or displacing the bristles. The top row of bristles should be aligned with the buccal tips or incisal edges of the teeth.

- The brush head touches/covers ~ 3 teeth at a time. Spend 6 seconds in each area, with a total of 1 minute per arch (both buccal and lingual).

- Hold the brush stationary and do not use a brushing motion, allowing the ultrasonic action to work alone.

- Cover all the tooth surfaces in the mouth for a total of 2 minutes of use.

CONFIDENTIAL

PG001486