# Exhibit 1

Chart of Subjects Participating in Plaque Removal Studies
Prior to 2007089 Ultreo Study
Study 2006126 was the examiner screening study
Study 2007022 was the manual brush index study
Study 2007066 was the Exceed vs. Colgate Asia 360 study
Study 2007070 was the Vitality Sonic Upgrade vs. ADA Manual study

| Obs | idno | s2006126 | s2007022 | s2007066 | s2007070 | s2007089 |
|---|---|---|---|---|---|---|
| 1 | 284 | YES | | YES | YES | YES |
| 2 | 366 | YES | | YES | | |
| 3 | 812 | YES | YES | YES | YES | YES |
| 4 | 848 | YES | | YES | | |
| 5 | 890 | YES | | YES | | |
| 6 | 911 | YES | YES | YES | | |
| 7 | 1032 | YES | YES | | YES | |
| 8 | 1221 | YES | | YES | | |
| 9 | 1237 | YES | | | YES | |
| 10 | 1272 | YES | | YES | YES | YES |
| 11 | 1277 | YES | | YES | | |
| 12 | 1289 | YES | YES | YES | YES | |
| 13 | 1368 | YES | | YES | | |
| 14 | 1391 | YES | | YES | YES | YES |
| 15 | 1484 | YES | YES | YES | | YES |
| 16 | 1486 | YES | YES | YES | YES | YES |
| 17 | 1487 | YES | | YES | | |
| 18 | 1560 | YES | YES | YES | | YES |
| 19 | 1608 | YES | | | | |
| 20 | 1626 | YES | | YES | YES | YES |
| 21 | 1650 | YES | | YES | YES | |
| 22 | 1702 | YES | | YES | YES | YES |
| 23 | 1707 | YES | YES | YES | | YES |
| 24 | 1742 | YES | YES | YES | YES | YES |
| 25 | 1752 | YES | YES | YES | | |
| 26 | 1817 | YES | YES | | | YES |
| 27 | 1825 | YES | YES | YES | | |
| 28 | 1916 | YES | YES | YES | | |
| 29 | 2010 | YES | | | YES | YES |
| 30 | 2104 | YES | | YES | | YES |
| 31 | 2129 | YES | | YES | YES | YES |
| 32 | 2135 | YES | YES | YES | YES | YES |
| 33 | 2190 | YES | YES | YES | YES | |
| 34 | 2203 | YES | | YES | | |
| 35 | 2224 | YES | YES | | YES | |
| 36 | 2241 | YES | | | | YES |
| 37 | 2300 | YES | YES | YES | YES | YES |
| 38 | 2598 | YES | YES | YES | YES | |
| 39 | 2628 | YES | | | | |
| 40 | 2656 | YES | | YES | YES | YES |
| 41 | 2660 | YES | YES | | | |
| 42 | 2664 | YES | | | | YES |
| 43 | 2670 | YES | YES | YES | YES | |

Chart of Subjects Participating in Plaque Removal Studies
Prior to 2007089 Ultreo Study
Study 2006126 was the examiner screening study
Study 2007022 was the manual brush index study
Study 2007066 was the Exceed vs. Colgate Asia 360 study
Study 2007070 was the Vitality Sonic Upgrade vs. ADA Manual study

| Obs | idno | s2006126 | s2007022 | s2007066 | s2007070 | s2007089 |
|---|---|---|---|---|---|---|
| 44 | 2676 | YES |  | YES |  | YES |
| 45 | 2693 | YES | YES | YES | YES | YES |
| 46 | 2740 | YES |  |  |  |  |
| 47 | 2833 | YES |  | YES | YES | YES |
| 48 | 3503 | YES |  | YES | YES | YES |
| 49 | 3908 | YES |  | YES | YES |  |
| 50 | 3924 | YES | YES | YES | YES | YES |
| 51 | 3930 | YES | YES |  |  |  |
| 52 | 3932 | YES | YES |  | YES |  |
| 53 | 3945 | YES |  | YES |  |  |
| 54 | 3946 | YES |  | YES | YES |  |
| 55 | 3987 | YES | YES | YES |  | YES |
| 56 | 4006 | YES |  |  |  |  |
| 57 | 4012 | YES |  | YES |  | YES |
| 58 | 4178 | YES | YES | YES |  | YES |
| 59 | 4182 | YES |  |  |  |  |
| 60 | 4190 | YES |  | YES | YES | YES |
| 61 | 4192 | YES |  |  |  |  |
| 62 | 5814 | YES | YES | YES |  | YES |
| 63 | 6150 | YES |  | YES |  |  |
| 64 | 7019 | YES | YES | YES | YES | YES |