# Exhibit 4

# Exhibit 4

## FILED UNDER SEAL