# Exhibit 5

# Exhibit 5

FILED UNDER SEAL