# Exhibit 10

# Exhibit 10

FILED UNDER SEAL