# Exhibit 11

# Exhibit 11

FILED UNDER SEAL