# Exhibit 14

# Exhibit 14

FILED UNDER SEAL