# Exhibit 15

# Exhibit 15

FILED UNDER SEAL