# Exhibit 17

# Exhibit 17

FILED UNDER SEAL