# Exhibit 18

# Exhibit 18

## FILED UNDER SEAL