# Exhibit 20

# Exhibit 20
## FILED UNDER SEAL