# EXHIBIT A

## All Mentions Of Bubbles Or Microbubbles In Q. 10, 12, 14, Or 16

### 106 Respondents (42% Of Total)

| ID # | Q# | Response |
|---|---|---|
| 100005 | 10 | Ultreo uses ultrasound as well as precise bristle placement to attack plaque in hard to reach places. It infuses ultrasound energy into the bubbles. |
| 100006 | 14 | Creates micro bubbles |
| 100027 | 14 | creates micro bubbles that assist in cleansing the tooth surface |
| 100028 | 14 | it emits millions of ultrasound waves into the bubbles as your brushing for a thorough clean. |
| 100029 | 16 | The feel and the bubbles |
| 100030 | 10 | An electronic brush that emits bubbles which clean teeth. The effectiveness of the cleaning lasts a lengthy amount of time. The brush is the work of scientists and other professionals from Washington University. |
|  | 14 | Ultrasound is a force which works through the bubbles on the brush to achieve a thorough cleansing of the teeth. |
|  | 16 | Strength in directing the use of the bristles and the bubbles. |
| 100031 | 10 | the brush is activated by soundwaves that send out microbubbles to get to every crevice of your mouth. |
|  | 14 | Sends out microbubbles |
| 100034 | 10 | The Ultreo toothbrush works by using ultra waves to create small bubbles that enable you to get a better cleaning from your brushing. It also alerts you periodically during the brushing cycle to areas you need to clean. It automatically shuts off after |
|  | 14 | Creates the tiny bubbles that gives your mouth extra cleaning. |
|  | 16 | cleaning is better due to the millions of tiny bubbles |
| 100038 | 10 | It uses microbubbles that help reduce plaque by 95% as well as naturally whitening teeth within two weeks. It also has a 2 minute shut off feature which is the recommended brushing time as well as a beep every 30 seconds to help equal brushing all ove |
|  | 14 | It creates micro bubbles that clean at 4 million rotations |
| 100042 | 10 | It's bristles create microbubbles using sound to clean your teeth |
|  | 14 | Combined with the bubbles it helps to break apart plaque. |
| 100043 | 10 | By ultrasound waves and microbubbles |
|  | 12 | It removes 95% of plaque in the first minute by using ultrasound waves and microbubbles |
| 100049 | 10 | supposed ultrasound waves make zillions of bubbles to somehow enhance the brushing. |
|  | 14 | they said 'charge the bubbles' |
| 100056 | 10 | ultrasonic waves power tiny bubbles to clean teeth |
| 100062 | 10 | tiny bubbles |

14

| | | |
|---|---|---|
| 100065 | 10 | makes teeth whiter, helps the gums, bubbles clean upon contact with the teeth |
| 100066 | 10 | Microbubbles and sound waves are more efficient at destroying plaque. |
| 100069 | 10 | It uses ultrasound energy to make little bubbles which help clean your teeth along with the brisltes. |
| | 12 | How it makes the bubbles |
| | 14 | It makes bubbles at high speed that help to brush and get in small spaces where your brisles cant |
| 100077 | 10 | I actually own what appears to be the predecessor of this toothbrush: the Sonicare electric toothbrush. The only difference I can remember are the microbubbles and the feature of the brush turning itself off after 2 minutes, and the 30 second alarm. I wo |
| 100084 | 10 | has utlrasound technology that produces lots of littles bubbles that clean your teeth |
| | 14 | sends little waves and bubbles that help clean the teeth |
| 100094 | 14 | breaks up the plaque and make tiny bubbles |
| 100104 | 10 | It uses ultrasound technology (for microbubbles) to clean your teeth |
| | 14 | makes microbubbles to help clean teeth |
| 100107 | 10 | combines ultra sound and ? to form microbubbles that clean your teeth |
| 100112 | 10 | It works by using ultrasound technology to create microbubbles |
| | 14 | Creates microbubbles for a better clean |
| 100114 | 14 | creates thousands of micro bubbles to clean |
| 100118 | 14 | It makes tiny bubbles which clean and whiten your teeth. |
| 100123 | 14 | makes bubbles work harder on removing plaque |
| 100126 | 10 | With a combination of proprietary technology that creates microbubbles in a binary connection with the bristles to clean the teeth and gums in a more efficient way |
| | 12 | I think it the inroduction of the microbubble sytem of the Ultreo that makes it a professed different product ready for public use. |
| | 14 | Ultrasound creates the bubbles necessary for the system to be the next step in tooth and gum cleaning technology. |
| 100128 | 14 | deep cleans and creates bubbles to help clean teeth |
| 100135 | 10 | That it works through waves with the bubbles. |
| | 14 | Send waves through the bubbles |
| 100140 | 10 | The brush produces waves of tiny bubbles which act as a dispersing agent of the toothpaste into all areas of the teeth and gums. The rotating brush works to effectively remove plaque in areas where other power brushes may not reach. |
| 100154 | 10 | microbubbles break up the placque when you've used it in each quadrant for the 30 seconds recommended. |
| | 12 | somehow it creates microbubbles which must be better than ordinary bubbles. |
| | 14 | fills these microbubbles with action that removes placque. |
| | 16 | it makes the bubbles get rid of the placque |
| 100158 | 10 | sonic powered microfoam cleans gums and teeth. |

15

| | | |
|---|---|---|
| 100167 | 10 | ultra sound and microbubbles |
| | 12 | Supposedly it uses 'microbubbles.' |
| 100169 | 10 | uses sound waves in pulses to make bubbles which helps clean off plaque etc as well as moves the brush head to clean teeth in hard to reach places |
| | 14 | it makes the bubbles and helps to break up the plaque on teeth better |
| 100179 | 10 | it produces microbubbles that deeply clean teeth |
| 100181 | 10 | uses ultra sound to create microbubbles to help clean |
| 100190 | 14 | Creates micro bubbles to help deep clean faster |
| 100194 | 10 | bristles cause microbubbles, the ultrasound vibration causes the bubbles to both break (explode) and work into the 'hard to reach areas' effecting cleaning |
| | 14 | they work the bubbles into areas and explode the bubbles |
| 100205 | 10 | soundwaves create micro bubbles that stimulate hi speed cleaning action |
| 100209 | 10 | uses ultrasound technology and bubbles to better clean your teeth |
| | 14 | sends waves to bubbles |
| | 16 | helps clean your teeth better, but i'm not sure if i understand why - other than the bubbles |
| 100214 | 10 | It works using ultrasonic waves. the waves cause millions of bubbles to form to clean teeth better than non-powered tooth brushes. |
| | 16 | Cleans teeth better. Bubbles are what makes cleaning possible such as soap bubbles, laundry detergent bubbles, etc. The ultrasound creates bubbles to achieve better tooth brushing results. |
| 100219 | 10 | that was way too much reading. I guess it uses micro bubbles and ultra waves to really clean teeth |
| | 12 | I have never heard of a toothbrush using micro bubbles and what was it? sonic waves |
| 100223 | 10 | With the ultra sonic brisstle action bubbles are created to improve the cleaning action |
| | 14 | creates bubbles |
| 100224 | 10 | Combines ultrasound technology with the same technology as the sonicare toothbrush to create microbubbles which remove plaque more effectively. It alerts you every 30 seconds to switch parts of your mouth and shuts off automatically in 2 minutes. Lets you |
| | 14 | creates microbubbles to genlty remove plaque from the teeth |
| 100225 | 10 | the ultra sound turns the paste to bubbles for better cleaning. beeps@30 sec intervals and shuts off at 2min. |
| | 14 | Turns toothpaste into bubbles for better, deeper cleaning |
| 100230 | 14 | charges the bubbles with energy |
| 100238 | 14 | The ultrasound technology creates microbubbles that quickly brush away plaque from the teeth. |
| 100240 | 10 | it uses bubbles to clean |
| 100359 | 14 | Activates the bubbles as part of the cleaning mechanism. |
| 100363 | 10 | Ultra sound activated bubbles |
| | 14 | cleans plaque, activates the bristles and the bubbles |
| 100368 | 14 | it vibrates the 'sonic bristles' and somehow induces ultrasonic energy into the bubbles. Exactly |

16

|  |  |  |
|---|---|---|
|  |  | how/why is unclear. |
| 100370 | 10 | ultrasound wave guide, sonic bristles create microbubbles to clean teeth,gums... |
| 100381 | 10 | It uses a combination of ultrasound and vibrating bristles. The ultrasound waveguide technology is the new innovation which creates microbubbles, which supposedly (the ad does not say how) cleans the teeth better. |
|  | 14 | Ultrasound is high frequency sound waves (above 20,000 Hz). If it is emitted at high enough energy levels, it will cause cavitation on a small scale, which means that small bubbles will be formed. How these bubbles clean your teeth better, though, is no |
| 100389 | 10 | Uses ultrasonic waves to create tiny bubbles which help scrub your teeth. |
|  | 14 | Creates tiny bubbles to scrub your teeth |
| 100392 | 10 | creates wavelengths that activate bubbles that it also produces to clean better |
|  | 14 | activates the bubbles for a better clean |
| 100413 | 14 | makes bubbles |
| 100415 | 10 | Combined Ultra sound bristle movement creating micro cleansing bubbles for deep reach cleaning. Several attractive features i.e. timed brushing, battery status, brush replacement sensor etc. |
|  | 14 | In the case of this device it creates micro bubbles that promote deep hard ot reach areas for better plaque removal. |
| 100417 | 14 | creates microbubbles for better cleaning |
| 100419 | 12 | it makes bubbles out of sound |
|  | 14 | makes bubbles |
| 100420 | 14 | makes millions of tiny bubbles |
| 100422 | 10 | ultrasound waves create little bubbles that are guided by a channel on the brush to clean teeth. |
| 100430 | 14 | makes bubbles that clean deeper. |
| 100436 | 10 | microbubbles are created by ultrasonic power |
| 300011 | 12 | I've never seen a power toothbrush that uses ultrasound to create bubbles to clean. |
|  | 14 | I believe it's waves create the bubbles that help clean your mouth. |
| 300014 | 10 | The toothbrush combines ultrasound with bristles to create bubbles that channel ultrasound energy to remove plaque from teeth. |
|  | 14 | The ultrasound energizes the bubbles with sound energy to knock plaque off teeth. |
| 300015 | 14 | Makes bubbles |
| 300028 | 14 | creates bubbles that inhance the cleaning action |
| 300029 | 10 | It brushes teeth and uses unltasound to create bubbles to help clean the teeth. |
|  | 12 | The bubble action. |
| 300038 | 14 | Produces millions of microscopice bubbles than clean teeth. |
| 300046 | 10 | The toothbrush uses 'tuned' bristles to generate ultasonic energy which is transferred to microbubbles and channeled to reach the teeth, including hard to reach areas for two minutes (giving nerely 4,000,000 cycles of energy). Indicators show battery cha |

17

| | | |
|---|---|---|
| 300062 | 10 | with bubbles |
| 300074 | 10 | Ultrasonic waves activate micro bubbles for a deeper, more long-lasting clean. The bristles are more precise. |
| | 14 | Activates microbubbles |
| 300077 | 10 | using ultrasound to product microbubbles to clean around teeth. |
| | 14 | produces microbubbles |
| 300079 | 12 | Creates bubbles |
| 300080 | 10 | microbubbles |
| | 14 | creates the bubbles |
| 300090 | 12 | ultrasound bubbles |
| | 14 | make bubbles |
| 300097 | 10 | ultrasonic, makes lots of little bubbles |
| | 14 | makes thousands of little bubbles that get in between teeth better than regular tooth brushes |
| 300102 | 10 | rechargeable, battery run gives a timed brushing period of two minutes, with 30 second intervals alerts so that the four quarters of your mouth are brushed. Uses sound waves to help micro bubbles clean th teeth and massage the gums |
| | 14 | it helps in the cleaning process along with the tiny bubbles to loosen the plaque, and by massaging the gums |
| 300105 | 10 | ultrasound technology that works with bristles to create bubbles and help clean the teeth better |
| | 14 | creates bubbles |
| 300111 | 10 | works by emitting ultrasound waves, and creates tiny bublles, that get into small crevices |
| 300112 | 10 | spinning brush, wave-guided ultrasound form millions of tiny bubbles for thorough cleaning. Has 2 minute timer with signals every 30 seconds. |
| | 14 | forms millions of tiny bubbles for cleaning |
| 300113 | 10 | Creates lots of little bubbles and ultrasonically cleans your teeth. Safe for everyday use. |
| | 12 | Has many more features then just a normal power toothbrush. It creats lots of bubbles. |
| 300115 | 14 | The ultrasound works with the bristles to create microbubbles that get an even more intense clean. |
| 300118 | 10 | Ultrasonic wave bubble creation |
| | 12 | Bubble creation and speed |
| | 14 | Creates bubbles |
| 300119 | 10 | Ultreo is a power toothbrush that uses ultrasound-generated bubbles to clean the teeth. It has a unique wave channel directs sonic bubbles to hard-to-reach areas and scrub away plaque. It leaves the teeth feeling cleaner than the average power toothbrus |
| | 12 | Ultreo uses sonic bubbles and has a unique wave channel to direct the bubbles. |
| | 14 | The ultrasound creates waves that create bubbles that scrub away plaque and surface stains. |
| 300122 | 10 | Uses ultrasound with the power brush. It produces tiny bubbles with a force that pushes food particles from between teeth. Also whitens teeth within 14 days. |

| | | |
|---|---|---|
| | 12 | The bubbles that help to better clean teeth and the ultrasound that breaks up the particles. |
| 300123 | 14 | vibrates and makes bubbles |
| 300124 | 10 | uses sonic technology to create microbubbles, which removes plaque |
| | 12 | microbubbles are different |
| | 14 | creates millons of bubbles |
| 300126 | 10 | sonic tuned, microbubbles |
| | 14 | creates microbubbles |
| 300137 | 10 | The brisles are directed by the ultrsound, making microbubbles that help clean the teeth and gums |
| | 14 | directs the brisles to make microbubbles so that the teeth get a better cleaning |
| | 16 | created the mircobubbles |
| 300148 | 10 | ultrsound technology, creates microbubbles, timing for equal brushing in all areas, 2 minute timer |
| | 12 | timer and microbubbles |
| 300150 | 14 | creates bubbles and movement to clean the teeth |
| 300152 | 14 | creates bubbles |
| 300157 | 10 | It uses ultrasonic action to create microbubbles to clean your teeth |
| | 14 | it creates microbubbles |
| 300160 | 14 | extreme frequency produces bubbles and cleaning force |
| 300166 | 14 | generates ultrasonic bubbles |
| 300172 | 10 | sonic waves create microbubbles |
| 300174 | 10 | moves bristles really fast a spits out tiny bubbles to really deep clean using ultrasound |
| 300175 | 10 | it creates bubbles with ultrasonic waves that help to clean your teeth |
| | 12 | the bubble making part |
| | 14 | create bubbles |
| 300178 | 16 | loosens placque and sends bubbles to aide cleaning |
| 300265 | 14 | Creates bubbles |
| 300267 | 10 | creates microbubbles using ultrasonic technology to clean teeth |
| | 14 | creates microbubbles that reach into more spaces in teeth |
| 300272 | 14 | creates microbubbles |
| 300276 | 14 | It creates microbubbles that help clean your teeth better. |
| | 16 | It creates microbubbles that clean your teeth better. |
| 300288 | 14 | makes bubbles |
| 300292 | 10 | Uses ultra sonic waves to invigorate action bubbles that provide precise cleaning. |
| | 14 | Creates action bubbles. |

19