# EXHIBIT B

## Re-tabulation Of Table 9 To Remove Comments About "Sonic Vibrations" Or "Sonic Bristles" Unless Accompanied By Comments About Ultrasound

|  | Data As Reported In Table 9 % | Re-tabulated Data % |
|---|---|---|
| Ultrasound/bubbles clean teeth/clean better (Net) | 83 | 82 |
| Ultrasound/bubbles clean teeth (non-comparative) (subnet) | 67 | 66 |
| Ultrasound/bubbles/sonic vibrations clean teeth/clean thoroughly & effectively/removes food particles | 42 | 41 |
| Ultrasound/bubbles/sonic vibrations remove plaque/tartar/stains (sub-subnet) | 28 | 28 |
| Ultrasound/bubbles/sonic vibrations reduce/clean/remove plaque | 24 | 24 |
| Ultrasound/bubbles/sonic vibrations whiten/remove stains | 7 | 7 |
| Ultrasound/bubbles/sonic vibrations remove tartar | 2 | 2 |
| Ultrasound/bubbles/sonic vibrations minimizes/reduces gingivitis/keeps gums healthy | 8 | 8 |
| Bubbles get to every crevice/hard to reach areas | 7 | 7 |
| Ultrasound/bubbles/sonic vibrations cleans/stimulates gums | 3 | 3 |
| Ultrasound/bubbles/sonic vibrations improves/intensifies brushing | 3 | 3 |
| Ultrasound/bubbles/sonic vibrations clean fast | 1 | 1 |
| Ultrasound gives long feeling of clean | * | * |
| Ultrasound/bubbles clean teeth better (subnet) | 48 | 48 |
| Ultrasound/bubbles/sonic vibrations give better/deeper cleaning | 40 | 40 |
| Ultrasound/bubbles/sonic vibrations remove plaque/tartar/stains better (sub-subnet) | 12 | 12 |
| Ultrasound/bubbles/sonic vibrations remove plaque better | 8 | 8 |
| Ultrasound/bubbles/sonic vibrations whiten teeth/remove stains better | 6 | 6 |
| Ultrasound/bubbles/sonic vibrations remove tartar better | * | * |
| Ultrasound/bubbles/sonic vibrations clean faster | 4 | 4 |
| Ultrasound/bubbles/sonic vibrations prevents gingivitis better/keeps teeth/gums healthier | 4 | 4 |

**Conclusion: Removing comments about "sonic vibrations" or "sonic bristles" does not alter the results**