# PLAINTIFF, THE PROCTER & GAMBLE COMPANY'S EXHIBIT LIST

| Pltfs Ex. | Description | Pltfs Ex. | Description |
|---|---|---|---|
| 1 | Appendix A to P&G's Memo of Law | 36 | Gallagher Ex. 32 |
| 2 | Biesbrock Affidavit and Exhibits | 37 | Gallagher Ex. 33 |
| 3 | Randall Affidavit and Exhibits | 38 | Gallagher Ex. 34 |
| 4 | Williams Affidavit and Exhibits | 39 | Gallagher Ex. 35 |
| 5 | DuPont Declaration and Exhibits | 40 | Gallagher Ex. 36 |
| 6 | Gallagher Ex. 1 | 41 | Gallagher Ex. 37a |
| 7 | Gallagher Ex. 2 | 42 | Gallagher Ex. 37b |
| 8 | Gallagher Ex. 3 | 43 | Gallagher Ex. 38 |
| 9 | Gallagher Ex. 4 | 44 | Gallagher Ex. 39 |
| 10 | Gallagher Ex. 5 | 45 | Gallagher Ex. 40 |
| 11 | Gallagher Ex. 6 | 46 | McInnes Ex. 1 |
| 12 | Gallagher Ex. 7 | 47 | McInnes Ex. 2 |
| 13 | Gallagher Ex. 8 | 48 | McInnes Ex. 3 |
| 14 | Gallagher Ex. 9 | 49 | McInnes Ex. 4 |
| 15 | Gallagher Ex. 10 | 50 | McInnes Ex. 5 |
| 16 | Gallagher Ex. 11 | 51 | McInnes Ex. 6 |
| 17 | Gallagher Ex. 12 | 52 | McInnes Ex. 7 |
| 18 | Gallagher Ex. 13 | 53 | McInnes Ex. 8 |
| 19 | Gallagher Ex. 14 | 54 | McInnes Ex. 9 |
| 20 | Gallagher Ex. 15 | 55 | McInnes Ex. 10 |
| 21 | Gallagher Ex. 16 | 56 | McInnes Ex. 11 |
| 22 | Gallagher Ex. 17 | 57 | McInnes Ex. 12 |
| 23 | Gallagher Ex. 18 | 58 | McInnes Ex. 13 |
| 24 | Gallagher Ex. 19 | 59 | McInnes Ex. 14 |
| 25 | Gallagher Ex. 20 | 60 | McInnes Ex. 15 |
| 26 | Gallagher Ex. 21 | 61 | McInnes Ex. 16 |
| 27 | Gallagher Ex. 22 | 62 | McInnes Ex. 17 |
| 28 | Gallagher Ex. 23 | 63 | McInnes Ex. 18 |
| 29 | Gallagher Ex. 24 | 64 | McInnes Ex. 19 |
| 30 | Gallagher Ex. 25 | 65 | McInnes Ex. 20 |
| 31 | Gallagher Ex. 26 | 66 | McInnes Ex. 21 |
| 32 | Gallagher Ex. 27 | 67 | McInnes Ex. 22 |
| 33 | Gallagher Ex. 29 | 68 | McInnes Ex. 23 |
| 34 | Gallagher Ex. 30 | 69 | McInnes Ex. 24 |
| 35 | Gallagher Ex. 31 | 70 | McInnes Ex. 25 |

**PLAINTIFF, THE PROCTER & GAMBLE COMPANY'S EXHIBIT LIST**

| Pltfs Ex. | Description | Pltfs Ex. | Description |
|---|---|---|---|
| 71 | McInnes Ex. 26 | 106 | ULTREO 31897-99 |
| 72 | McInnes Ex. 27 | 107 | ULTREO 13242-13246 |
| 73 | McInnes Ex. 28 | 108 | ULTREO 12676-80 |
| 74 | McInnes Ex. 29 | 109 | ULTREO 15254-58 |
| 75 | McInnes Ex. 30 | 110 | ULTREO 16709-10 |
| 76 | McInnes Ex. 31 | 111 | ULTREO 16675-76 |
| 77 | McInnes Ex. 32 | 112 | ULTREO 23591-2 |
| 78 | McInnes Ex. 33 | 113 | ULTREO 23293-98 |
| 79 | McInnes Ex. 34 | 114 | ULTREO 22743-44 |
| 80 | McInnes Ex. 35 | 115 | ULTREO 22003-6 |
| 81 | McInnes Ex. 36 | 116 | ULTREO 22504-06 |
| 82 | McInnes Ex. 38 | 117 | ULTREO 21897-918 |
| 83 | McInnes Ex. 39 | 118 | ULTREO 21852-21896 |
| 84 | McInnes Ex. 40 | 119 | ULTREO 22890-22893 |
| 85 | McInnes Ex. 41 | 120 | ULTREO 22894-96 |
| 86 | McInnes Ex. 42 | 121 | ULTREO 23566-68 |
| 87 | McInnes Ex. 43 | 122 | ULTREO 24058-060 |
| 88 | McInnes Ex. 44 | 123 | ULTREO 23323-328 |
| 89 | McInnes Ex. 45 | 124 | ULTREO 12580-82 |
| 90 | McInnes Ex. 46 | 125 | ULTREO 9568-9605 |
| 91 | Ortblad Ex. 1 | 126 | ULTREO 9288 |
| 92 | Crum Ex. 1 | 127 | ULTREO 12666-67 |
| 93 | Crum Ex. 2 | 128 | ULTREO 13239-41 |
| 94 | Ultreo New Advertising Slick 1 | 129 | ULTREO 13634-637 |
| 95 | Ultreo New Advertising Slick 2 | 130 | ULTREO 15418-21 |
| 96 | Gallagher Declaration Ex. F | 131 | ULTREO 16050-55 |
| 97 | McInnes Declaration Ex. G | 132 | ULTREO 23447-23478 |
| 98 | McInnes Declaration Ex. H | 133 | ULTREO 15835-36 |
| 99 | Randall Deposition Exhibit 17 | 134 | ULTREO 21456-21510 |
| 100 | Randall Deposition Exhibit 19 | 135 | ULTREO 11724-728 |
| 101 | PG005954-6001 | 136 | Biesbrock Expert Report and Exhibits |
| 102 | PG 007024-7029 | 137 | Genco Expert Report and Exhibits |
| 103 | PG 004358-61 | 138 | Biesbrock Supplemental Declaration and Exhibits |
| 104 | ULTREO 12660 | | |
| 105 | ULTREO 21456-21510 | 139 | Randall Supplemental Declaration |

**PLAINTIFF, THE PROCTER & GAMBLE COMPANY'S EXHIBIT LIST**

| Pltfs Ex. | Description |
|---|---|
| 140 | Dupont Supplemental Declaration |
| 141 | Ultreo Infomercial Video |
| 142 | To be named documents produced on 12/12/07 related to the deposition of Joel Berg |
| 143 | Exhibits to the Deposition of Joel Berg |

**PLAINTIFF, THE PROCTER & GAMBLE COMPANY'S EXHIBIT LIST**

**CERTIFICATE OF SERVICE**

  The foregoing EXHIBIT LIST was served on all counsel of record on December 12, 2007 by electronic mail through the Court's CM/ECF system.

*/s/ Laura W. Sawyer*