# Exhibit E

# Exhibit E

FILED UNDER SEAL