# Exhibit F

# Exhibit F

# FILED UNDER SEAL