# Exhibit H

# Exhibit H
# FILED UNDER SEAL