# Exhibit I

# Exhibit I
FILED UNDER SEAL