UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                      :
THE PROCTER & GAMBLE COMPANY,         :
                                      :
                    Plaintiff,        :   No. 07 Civ. 8379 (RJS)
                                      :
            vs.                       :   ECF Case
                                      :
ULTREO, INC.,                         :
                                      :
                    Defendant.        :
                                      :
------------------------------------- :
                                      x

## DECLARATION OF DANIELLE HOHOS
### IN SUPPORT OF PLAINTIFF'S PRE-TRIAL BRIEF

Danielle M. Hohos, hereby says as follows:

1. I am a member of the bar of the Maryland and District of Columbia and a associate in the law firm of Jones Day, counsel for Plaintiff, the Procter & Gamble Company ("P&G") in this action. I have been admitted *pro hac vice* to this Court. I make this affidavit in further support of P&G's Pre-Trial Brief.

2. Attached as Exhibit A is a true and correct copy of ULTREO_00000150 through ULTREO_00000232.

3. Attached as Exhibit B is a true and correct copy of ULTREO_00011145 through ULTREO_00011156.

4. Attached as Exhibit C is a true and correct copy of ULTREO_00015268 through ULTREO_00015278.

5. Attached as Exhibit D is a true and correct copy of ULTREO_00015254 through

NYI-4049430v1

ULTREO_00015258.

6. Attached as Exhibit E is a true and correct copy of ULTREO_00026987 through ULTREO_00026994.

7. Attached as Exhibit F is a true and correct copy of ULTREO_00032616 through ULTREO_00032618.

8. Attached as Exhibit G is a true and correct copy of ULTREO_00012581 through ULTREO_00012582.

9. Attached as Exhibit H is a true and correct copy of ULTREO_00012609 through ULTREO_00012612.

10. True correct copies of the relevant pages of the depositions of John J. Gallagher, which took place on December 3, 2007 and December 5, 2007 are attached as Exhibit I.

11. True correct copies of the relevant pages of the depositions of Dr. James C. McInnes. on December 4, 2007 and December 5, 2007 are attached as Exhibit J.

12. A true and correct copy of *Zeneca Inc. v. Eli Lilly and Co.*, No. 99 CIV. 1452 (JGK), 1999 WL 509471 (S.D.N.Y. July 19 1999) is attached as Exhibit K.

13. A true and correct copy of ); *IGT v. Alliance Gaming Corp.*, No. 2:04-CV-1676-RCJ-RJJ, 2007 WL 911773 (D. Nev. March 22, 2007) is attached as Exhibit L.

14. A true and correct copy of *Cuisinarts, Inc. v. Robot-Coupe Int'l Corp.*, No. 81 Div. 731, 1982 WL 121559 (S.D.N.Y. June 9, 1982) is attached as Exhibit M.

15. A true and correct copy of *Advanced Magnetic Closures, Inc. v. Rome Fastener Corp., Inc.*, No. 98 Civ. 77661, 2006 WL 3342655 (S.D.N.Y. Nov. 16, 2006) is attached as Exhibit N.

16. A true and correct copy of *Linotype Co. v. Varityper, Inc.*, No. 89 CIV. 4747(MJL), 1989

NYI-4049430v1

WL 94338 (S.D.N.Y. Aug. 4, 1989) is attached as Exhibit O.

17. A true and correct copy of *Telebrands Corp. v. Media Group*, No. 97 Civ. 6768(RPP) 1997 WL 790576 (S.D.N.Y. Dec. 24, 1997) is attached as Exhibit P.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of December, 2007.

_____
Danielle M. Hohos