UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
                                         :
THE PROCTER & GAMBLE COMPANY,            :
                                         :
            Plaintiff,                   :  No. 07 Civ. 8379 (RJS)
                                         :
      vs.                                :  ECF Case
                                         :
ULTREO, INC.,                            :
                                         :
            Defendant.                   :
                                         :
---------------------------------------- :
                                         x

# EXPERT REPORT OF AARON BIESBROCK, D.M.D., PH.D. IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION
## FILED UNDER SEAL

Aaron Biesbrock, D.M.D., Ph.D., hereby says as follows:

## BACKGROUND

1. My background and qualifications are set forth in the Affidavit that I submitted in support of Plaintiff's Motion for a Preliminary Injunction, dated October 10, 2007. A copy of my curriculum vitae is attached as Exhibit A to that Affidavit, which sets forth a list of the publications that I have authored in the preceding ten years.

2. I have never testified as an expert witness before in any capacity. I am not being paid any additional fees for my time spent as an expert witness, other than my usual salary at Procter & Gamble ("P&G").

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

# REDACTED

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of November, 2007.

_____
Aaron Biesbrock, D.M.D., Ph.D.

## CERTIFICATE OF SERVICE

Dana L. Salazar, Esq. certifies and declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that on December 17, 2007 she caused and annexed **_UNDER SEAL_** EXPERT REPORT OF AARON BIESBROCK, D.M.D., PH.D. IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION, to be served by hand messenger delivery to Counsel for the Defendant at this address:

   Anthony DiSarro, Esq.
   Winston & Strawn LLP
   200 Park Avenue
   New York, New York 10166-4193

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Dana L. Salazar_
Dana L. Salazar, Esq. (DS-7802)
JONES DAY
222 East 41st Street
New York, New York 10017
(212) 326-3404