Case 1:07-cv-08379-RJS    Document 69-3    Filed 12/17/2007    Page 1 of 2

# Exhibit B

# Exhibit B

FILED UNDER SEAL