UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE PROCTER & GAMBLE COMPANY,           )
                                        )
       Plaintiff,                      )
                                        ) Civil Action No. 07-Civ-8379 (RJS)
       v.                              )
                                        ) ECF Case
ULTREO, INC.,                           )
                                        ) NOTICE OF APPEARANCE
       Defendant.                      )
----------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that the undersigned attorney hereby certifies that he is duly admitted, by Order dated October 29, 2007, to practice *pro hac vice* in this Honorable Court, appears as counsel of record for Defendant Ultreo, Inc. in the above-captioned case, and further requests that copies of all papers in this action be served upon him at the address set forth below.

Dated: New York, New York
      December 17, 2007

      **Respectfully submitted,**

      **WINSTON & STRAWN LLP**

      By:  /s/ Stephen P. Durchslag
      Stephen P. Durchslag
      35 West Wacker Drive
      Chicago, Illinois, 60601
      (312) 558-5600 (telephone)
      (312) 558-5700 (facsimile)
      sdurchslag@winston.com

      and

      Anthony DiSarro
      Lina M. Viviano
      Winston & Strawn LLP
      200 Park Avenue
      New York, New York 10166

      Kimball R. Anderson
      Winston & Strawn LLP
      35 West Wacker Drive
      Chicago, Illinois, 60601

      **Attorneys for Defendant Ultreo, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 17, 2007, a copy of the foregoing **NOTICE OF APPEARANCE OF STEPHEN P. DURCHSLAG** was served upon counsel for The Procter & Gamble Company by ECF notice of filing with the Court:

Dated: New York, New York
       December 17, 2007

                                    _____
                                              Lane H. Lerner