UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE PROCTER & GAMBLE COMPANY,    )
                                 )
        Plaintiff,            )
                                 ) Civil Action No. 07-Civ-8379 (RJS)
        v.                   )
                                 ) ECF Case
ULTREO, INC.,                    )
                                 ) NOTICE OF APPEARANCE
        Defendant.           )
------------------------------------------------------------x

    **PLEASE TAKE NOTICE** that the undersigned attorney hereby certifies that he is duly admitted, by Order dated November 5, 2007, to practice *pro hac vice* in this Honorable Court, appears as counsel of record for Defendant Ultreo, Inc. in the above-captioned case, and further requests that copies of all papers in this action be served upon him at the address set forth below.

Dated: New York, New York
       December 17, 2007

        **Respectfully submitted,**

        **WINSTON & STRAWN LLP**

        By:   /s/ Kimball R. Anderson
        Kimball R. Anderson
        35 West Wacker Drive
        Chicago, Illinois, 60601
        (312) 558-5600 (telephone)
        (312) 558-5700 (facsimile)
        kanderson@winston.com

        and

        Anthony DiSarro
        Lina M. Viviano
        Winston & Strawn LLP
        200 Park Avenue
        New York, New York 10166

        Stephen P. Durchslag
        Winston & Strawn LLP
        35 West Wacker Drive
        Chicago, Illinois, 60601

        **Attorneys for Defendant Ultreo, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 17, 2007, a copy of the foregoing **NOTICE OF APPEARANCE OF KIMBALL R. ANDERSON** was served upon counsel for The Procter & Gamble Company by ECF notice of filing with the Court.

Dated: New York, New York
       December 17, 2007

*/s/ Lane H. Lerner*
Lane H. Lerner