# WINSTON & STRAWN LLP

| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 | 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 |

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

99 GRESHAM STREET
LONDON EC2V 7NG

(212) 294-6700

FACSIMILE (212) 294-4700

www.winston.com

25 AVENUE MARCEAU
75116 PARIS FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

1700 K STREET N W
WASHINGTON, D C 20006-3817

ANTHONY DiSARRO
(212) 294-4887
adisarro@winston.com

December 17, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/07
```

BY FAX

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street
Room 615
New York, New York 10007

Re:   *The Proctor & Gamble Company v. Ultreo, Inc.*, Case No. 07 Civ. 8379 (RJS)

Dear Judge Sullivan:

Per this Court's order, a preliminary injunction hearing will take place in the above-referenced matter on December 19-20, 2007. As such, we respectfully request permission to bring boxes of exhibits related to the hearing to the Court on December 18. We also request permission to bring a lap top computer for purposes of audio/visual presentation to the Court on December 19-20.

Respectfully submitted,

*Anthony DiSarro/ap*

Anthony DiSarro

cc: Laura Sawyer, Esq.

SO ORDERED
Dated: 12/17/07

RICHARD J. SULLIVAN
U.S.D.J.

NY 1153030 1