# WINSTON & STRAWN LLP

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

98 GRESHAM STREET
LONDON EC2V 7NG

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

(212) 294-6700

FACSIMILE (212) 294-4700

www.winston.com

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

25 AVENUE MARCEAU
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

1700 K STREET, N.W
WASHINGTON, D.C 20006-3817

January 7, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/08

**BY FACSIMILE**

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street
Room 615
New York, New York 10007

Re: *The Procter & Gamble Company v. Ultreo Inc.*, Case No. 07 Civ. 8379 (RJS)

Dear Judge Sullivan:

We are counsel for Ultreo, Inc. in the above-referenced matter and have faxed this letter to Chambers further to the permission received from Your Honor's Clerk, Gretchen Varner.

As Your Honor is aware, a continuation of the preliminary injunction hearing in this matter is scheduled to take place on January 10-11, 2008. We respectfully request permission to bring boxes of exhibits related to the hearing to the Court on the afternoon of January 9, 2008 and, as before, to place them in one of the small conference rooms outside the courtroom.

We also request permission to bring a lap top computer for purposes of audio/visual presentation to the Court on those dates.

Respectfully submitted,

*Lina M. Viviano*

Lina M. Viviano

cc: Laura Sawyer, Esq.
Counsel for The Procter & Gamble Company
(By Facsimile)

NY 1155288.1

SO ORDERED
*[signature]*
RICHARD J. SULLIVAN
U.S.D.J.
1/7/08