**MEMO ENDORSED**

# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017-6702
TELEPHONE 212 326 3939 • FACSIMILE 212-755-7306

Direct Number: (212) 326-3898
lwsawyer@jonesday.com

JP029390
906828-044027

January 7, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08

**BY FAX**

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street
Room 615
New York, NY 10007

Re: *The Proctor & Gamble Company v. Ultreo, Inc.*, Case No. 07 Civ. 8379 (RJS)

Dear Judge Sullivan:

The preliminary injunction hearing will continue in the above-referenced matter on January 10-11, 2008. In connection with that hearing, we respectfully request permission to bring boxes of exhibits related to the hearing to the court on the morning of January 10, 2008. During last month's hearing we stored our boxes in a conference room located in the back of the courtroom and request permission to do the same on January 10-11, 2008. We also request permission to bring a laptop computer with external speakers for purposes of audio/visual presentation to the Court.

If this is acceptable, please fax an endorsed copy of this letter to my attention at (212) 755-7306 attention.

Respectfully Submitted,

Laura Sawyer
JONES DAY

SO ORDERED
Dated: _____

RICHARD J SULLIVAN
U.S.D.J.

cc: Anthony DiSarro, Esq. via email