# Proctor & Gamble Company Amended Exhibit Log

## The Proctor & Gamble Company v. Ultreo, Inc.
## Preliminary Injunction Hearing
## 07-Civ-8379 (RJS)

| Plaintiff's Exhibit | Description |
|---|---|
| 1 | Affidavit of Wayne Randall, signed October 18, 2007 and corresponding exhibits |
| 2 | Affidavit of Aaron Biesbrock, signed October 10, 2007 and corresponding exhibits |
| 3 | Declaration of Thomas D. Dupont, signed October 9, 2007 and corresponding exhibit |
| 4 | Expert Report of Robert J. Genco, D.D.S., Ph.D, signed November 24, 2007 and corresponding exhibits |
| 5 | Expert Report of Aaron Biesbrock, D.M.D., Ph.D., signed November 27, 2007 and corresponding exhibits |
| 6 | Supplemental Declaration of Wayne D. Randall, signed December 12, 2007 |
| 7 | Supplemental Declaration of Aaron Biesbrock, D.M.D., Ph.D, signed December 12, 2007 and corresponding exhibits |
| 8 | Rebuttal Declaration of Thomas D. Dupont, Ph.D., signed December 11, 2007 |
| 9 | Coulter Renken, Oral Care Toothbrush Study Introduction of Ultreo, 2007, provided as Exhibit P to the Affidavit of Wayne Randall, signed October 18, 2007 |
| 10 | July 2007 Memo to Erik Christensen from IPSOS Understanding Unlimited, Marked as Randall Deposition Ex. 19 |
| 11 | Memo from Erik Christensen Re: Snapshot of BASES Concept Test-Ultreo<br>Marked as Randall Deposition Ex. 17 |
| 12 | Powerpoint Presentation from Erik Christensen "Ultreo Competitive Analysis"<br>Marked as Randall Deposition Ex. 20 |
| 13 | Biesbrock Study Results and Protocol, provided as Exhibit P to the Affidavit of Aaron Biesbrock, signed October 10, 2007 |
| 14 | Chart: Ultreo's Studies to Evaluate the Effectiveness of the Ultrasound Feature of the Ultreo Toothbrush, Attached as Appendix A to P&G's Findings of Fact and Conclusions of Law |
| 15 | Chart of Ultreo's Advertising Claims, Attached as Appendix B to P&G's Findings of Fact and Conclusions of Law |
| 16 | Research and Development Plan<br>ULTREO_00000481-498 |
| 17 | Grant Application "Rapid Plaque Removal by a Sonic & Ultrasonic Toothbrush" Phase I<br>ULTREO_00021456-510 |

**Proctor & Gamble Company Amended Exhibit Log**

**The Proctor & Gamble Company v. Ultreo, Inc.
Preliminary Injunction Hearing
07-Civ-8379 (RJS)**

| Plaintiff's Exhibit | Description |
|---|---|
| 18 | Grant Application "Rapid Plaque Removal by a Sonic & Ultrasonic Toothbrush" Phase II<br>ULTREO_00000136-282 |
| 19 | March 5, 2007 Email from Chris McInnes to Jerry Brewer, Pierre Mourad Attaching Grant Progress Report and Grant Progress Report<br>ULTREO_0025346-355 |
| 20 | September 16, 2005 Letter to Dr. Susan Runner from J.J. Gallagher<br>ULTREO_00011724-728 |
| 21 | Investor Presentation May 2006<br>ULTREO_00009568-9607 |
| 22 | November 24, 2004 Email from Jack Gallagher to Jerry Brewer, Re: Team Meeting Agenda<br>ULTREO_00009656-657 |
| 23 | August 17, 2005 Research Update, Board of Directors Meeting<br>ULTREO_00000361 |
| 24 | December 19, 2005 Email from Jack Gallagher to John Tubbs, Re: 90% Prototype Milestone Definition<br>ULTREO_00009371-376 |
| 25 | March 28, 2006 Email from Jack Gallagher to John Tubbs, Re: FW: Transducer Impedance Matching Issues<br>ULTREO_00012609-612 |
| 26 | April 18, 2006 Email from Daniel Bayeh to Jerry Brewer, Subject: "Ultrasound and sonic drive interaction"<br>ULTREO_00009288 |
| 27 | May 3, 2006 Email from Jerry Brewer to Craigmail@aol.com, Re: Summary of Recent Work<br>ULTREO_00009314-315 |
| 28 | November 21, 2006 Email from Jack Gallagher to All SAP Staff Subject: "Team Meeting Minutes-November 22"<br>ULTREO_00031644-645 |
| 29 | March 23, 2007 Email from George Barrett to Sharen Ross and others, Re: Ultrasonic Bath<br>ULTREO_00030003-004 |
| 30 | August 24, 2006 Project Brief "Consumer IHUT #2"<br>ULTREO_00012581-582 |
| 31 | February 2006 Second Act Partners "Professional Marketing Plan"<br>ULTREO_00011145-158 |

**Proctor & Gamble Company Amended Exhibit Log**

**The Proctor & Gamble Company v. Ultreo, Inc.**
**Preliminary Injunction Hearing**
**07-Civ-8379 (RJS)**

| Plaintiff's Exhibit | Description |
|---|---|
| 32 | February 10, 2005 "Development Activities" <br> ULTREO_00010278-280 |
| 33 | November 24, 2004 "Husky Project Progress Report" By Jerry Brewer & Chris McInnes <br> ULTREO_00021001-003 |
| 34 | Ultreo Powerpoint Presentation <br> ULTREO_00009945-75 |
| 35 | June 29, 2007 Email from Marc Levy to Sharen Ross, Jack Gallagher, Fw: July Professional Advertising Publicity <br> ULTREO_00031897-899 |
| 36 | July 16, 2007 Email from Sharen Ross to Britt Marshall, Subject: Notes on Pod 1, <br> ULTREO_00016657 |
| 37 | April 25, 2007 Email from Sharen Ross to Jack Gallagher, Subject: "Ultreo E-Edu" <br> ULTREO_00015279-15289 |
| 38 | May 4, 2007 Email from Diana Saldana to Jeri Starrett, Sharen Ross, Subject: "ULTREO EEDU" <br> ULTREO_00015268-15278 |
| 39 | May 8, 2007 Email from Dian Melius to Sharen Ross, Jeri Starrett, Subject: "Ultreo CB" <br> ULTREO_00015254-25267 |
| 40 | April 2007 "Sales Training" <br> ULTREO_00029737-782 |
| 41 | Ultreo Powerpoint Presentation <br> ULTREO_00022077-140 |
| 42 | February 14, 2007 Email from Sharen Ross to Jeri Starrett, Subject: "The Ultimate Pitch" <br> ULTREO_00015400-412 |
| 43 | March 14, 2007 Email from Chris McInnes to Jack Gallagher, "FW: Another Question" and Attachments "Talking Points" "Responses" <br> ULTREO_00026987-994 |
| 44 | June 2006 Second Act Partners "Ultreo: Exclusive Preview" "ADHA Meeting" <br> ULTREO_00023447-23478 |
| 45 | July 13, 2006 "Exclusive Preview Reception" <br> ULTREO_00029644-683 |

**Proctor & Gamble Company Amended Exhibit Log**

**The Proctor & Gamble Company v. Ultreo, Inc.
Preliminary Injunction Hearing
07-Civ-8379 (RJS)**

| Plaintiff's Exhibit | Description |
|---|---|
| 46 | Ultreo Form Letters to Magazine Editors<br>ULTREO_00023586-90 |
| 47 | December 2007/January 2007 MetroSource Magazine from Ultreo Website |
| 48 | February 14, 2007 Email From Jeri Starrett to Sharen Ross Forwarding "Ultreo Promo Materials" email<br>ULTREO_0015835-836 |
| 49 | March 5, 2007 Email from Katherine Ortblad to Jeri Starrett, Subject: "Jeri Starrett Interview"<br>ULTREO_00013634-637 |
| 50 | May 2007 Hygienetown.com Article "Brush, with Greatness," provided as Exhibit G to the Affidavit of Wayne Randall, signed October 18, 2007 |
| 51 | August 25, Email from Sharen Ross to Peter Ellman, Re: Sharper Image Catalog Copy<br>ULTREO_00032616-619 |
| 52 | August 27, 2007 Email from Peter Ellman to Sharen Ross, Paul Nunnari, RE: UT400-Catalog Copy<br>ULTREO_00016368-370 |
| 53 | September 21, 2007 Email from Peter Ellman to Sharen Ross, Subject: "In Vivo Claims"<br>ULTREO_00022587 |
| 54 | September 22, 2007 Email from Peter Ellman to Jack Gallagher, FW: UT400-Catalog Copy<br>ULTREO_00022542-544 |
| 55 | September 23, 2007 Email from Jack Gallagher to Peter Ellman, Re: UT400 Catalog Copy<br>ULTREO_00032675-676 |
| 56 | August 24, 2007 Email from Elaine Barnes to Jack Gallagher, Re: Ultreo Proof, ULTREO_00030112-14 |
| 57 | Late Autumn 2007 Frontgate Catalog Ultreo Advertisement, provided as Exhibit N to the Affidavit of Wayne Randall, signed October 18, 2007 |
| 58 | September 26, 2007 Email from Jack Gallagher to Sharen Ross, Re: Frontgate.com-Edits Needed<br>ULTREO_00030133 |
| 59 | SkyMall Ultreo Advertisement, provided as Exhibit O to the Affidavit of Wayne Randall, signed October 18, 2007 |
| 60 | Ultreo Print Advertisement, provided as Exhibit C to the Affidavit of Wayne Randall, signed October 18, 2007 |
| 61 | Ultreo Print Advertisement, provided as Exhibit D to the Affidavit of Wayne Randall, signed October 18, 2007 |

**Proctor & Gamble Company Amended Exhibit Log**

**The Proctor & Gamble Company v. Ultreo, Inc.
Preliminary Injunction Hearing
07-Civ-8379 (RJS)**

| Plaintiff's Exhibit | Description |
|---|---|
| 62 | Ultreo Print Advertisement, provided as Exhibit E to the Affidavit of Wayne Randall, signed October 18, 2007 |
| 63 | Ultreo Print Advertisement, provided as Exhibit F to the Affidavit of Wayne Randall, signed October 18, 2007 |
| 64 | August 22, 2007 Email from Britt Marshall to Sharen Ross "Ultreo Full Script for your Review" <br> ULTREO_00016097-134 |
| 65 | Ultreo Patient Brochure <br> ULTREO_00015420-21 |
| 66 | Version of Ultreo's Website, provided as Exhibit J to the Affidavit of Wayne Randall, signed October 18, 2007 |
| 67 | Version of Ultreo's Website, provided as Exhibit K to the Affidavit of Wayne Randall, signed October 18, 2007 |
| 68 | Version of Ultreo's Website, provided as Exhibit L to the Affidavit of Wayne Randall, signed October 18, 2007 |
| 69 | Ultreo Owner's Manual, provided as Exhibit M to the Affidavit of Wayne Randall, signed October 18, 2007 |
| 70 | Version of Ultreo's Packaging, provided as Exhibit H to the Affidavit of Wayne Randall, signed October 18, 2007 |
| 71 | Version of Ultreo's Packaging, provided as Exhibit I to the Affidavit of Wayne Randall, signed October 18, 2007 |
| 72 | Version of Ultreo's Packaging, PG007024-7029 |
| 73 | Version of Ultreo's Packaging, Marked as Gallagher Deposition Ex. 4 |
| 74 | Ultreo advertising "slicks", Marked as Gallagher Deposition Ex. 27 |
| 75 | September 27, 2007 COMPANY STATEMENT "Ultreo, Inc. Responds to Procter & Gamble Complaint", provided as Exhibit R to the Affidavit of Wayne Randall, signed October 18, 2007 |
| 76 | September 28, 2007 GEN Breaking News "Ultreo, Inc. Granted U.S. Patent for Ultrasonic Toothbrush Employing an Acoustic Waveguide" provided as Exhibit A to the Affidavit of Wayne Randall, signed October 18, 2007 |
| 77 | May 3, 2007 Seattle Times "Redmond's Ultreo Prepares launch of Ultrasound Toothbrush" provided as Exhibit B to the Affidavit of Wayne Randall, signed October 18, 2007 |
| 78 | Recommendations for Ultreo from Amazon.com, provided as Exhibit Q to the Affidavit of Wayne Randall, signed October 18, 2007 |
| 79 | September 10, 2007 Email from Brian Chee to Jack Gallagher Re: Information <br> ULTREO_00022729-31 |

**Proctor & Gamble Company Amended Exhibit Log**

**The Proctor & Gamble Company v. Ultreo, Inc.
Preliminary Injunction Hearing
07-Civ-8379 (RJS)**

| Plaintiff's Exhibit | Description |
|---|---|
| 80 | February 15, 2005 Email from Jack Gallagher to Mitchell Hymowitz and others "Minutes of February 15, Meeting-Privileged _Confidential" ULTREO_00026057 |
| 81 | May 18, 2005 Research Update ULTREO_00012590-592 |
| 82 | May 16, 2005 Chart "Forward Looking Issues for 80% Prototype" ULTREO_00000359-60 |
| 83 | Fourth Quarter 2006 Shareholder's Report-Draft Text ULTREO_00012685 |
| 84 | January 31, 2006 Memo From Jack Gallagher to Ultreo Shareholders, Subject: Fourth Quarter 2006 Report ULTREO_00009608-612 |
| 85 | April 26, 2007 Email from Chris McInnes to Jack Gallagher RE: A Longer-lasting clean? ULTREO_00027143-144 |
| 86 | August 15, 2005 Email from Chris McInnes to Jack Gallagher, Subject: "Board Material" ULTREO_00009635-641 |
| 87 | December 12, 2006 WIRB Certificate of Approval ULTREO_00030326-327 |
| 88 | Chart Entitled "Research Overview" ULTREO_00010269-75 |
| 89 | January 21, 2007 Email from Mike Rethman to Chris McInnes, Re: Study Design ULTREO_00027027-028 |
| 90 | Claim Substantiation Document, Claim No. 203 DRAFT ULTREO_00018951-955 |
| 91 | Claim Substantiation Document, Claim No. 203 ULTREO_00012715-720 |
| 92 | Claim Substantiation Document, Claim No. 203 ULTREO_00016871-877 |
| 93 | Claim Substantiation Document, Claim No. 204 ULTREO_00016878-883 |
| 94 | Claim Substantiation Document, Claim No. 703 ULTREO_00016925-926 |
| 95 | October 26, 2006 Research Update ULTREO_00012666-667 |

**Proctor & Gamble Company Amended Exhibit Log**

**The Proctor & Gamble Company v. Ultreo, Inc.
Preliminary Injunction Hearing
07-Civ-8379 (RJS)**

| Plaintiff's Exhibit | Description |
|---|---|
| 96 | March 5, 2007 Email from Katherine Ortblad to Marty Lepore and Others, Subject: "Product need for external clinical studies"<br>ULTREO_00031274-276 |
| 97 | July 26, 2006 Board of Directors Meeting Presentation<br>ULTREO_00029684-696 |
| 98 | October 5, 2004 Email from Pierre Mourad to Jack Gallagher and others, RE: Minutes of October 5 Meeting<br>ULTREO_00009382-83 |
| 99 | January 11, 2005 Email from Katherine Ortblad to clientservices@wirb.com, Letter and Attachments to Review Committee<br>ULTREO_00028291-308 |
| 100 | January 4, 2005 Protocol: "A Novel Prototype Powered Toothbrush Optimization Study for Measuring Plaque Removal, Gingival Health, and Safety"<br>ULTREO_00028309-337 |
| 101 | September 24, 2007 Protocol: "A Novel Prototype Powered Toothbrush Optimization Study for Measuring Plaque Removal, Gingival Health, and Safety"<br>ULTREO_00028259-289 |
| 102 | May 2, 2006 Technical Memorandum: "Report, TM 0005, Initial Clinical Interproximal Sampling July 2005"<br>ULTREO_00020659-663 |
| 103 | December 29, 2005 Technical Memorandum: TM-0006 "Clinical Efficacy Evaluation—December, 2005"<br>ULTREO_00020672-675 |
| 104 | June 15, 2006 Technical Memorandum: TM-0012 "PL018-Clinical Efficacy of SAP Prototype toothbrush after 2 hours time"<br>ULTREO_00016813-815 |
| 105 | June 15, 2006 Email from Jerry Brewer to Chris McInnes and others, RE:__<br>ULTREO_00009316-21 |
| 106 | June 20, 2006 Technical Memorandum: TM-0013 "Study #: PL107-Deep Cleaning Ability and Safety of a New Prototype Toothbrush"<br>ULTREO_00016816-821 |
| 107 | June 22, 2006 Technical Memorandum: TM-00014 "Effects of 90% Prototype Options on Ability to Remove Dental Plaque Biofilm"<br>ULTREO_00021449-455 |
| 108 | Abstract from Ultreo's website "Efficacy of Ultreo in Dental Plaque Removal" by Sharma, NC, et al. |

**Proctor & Gamble Company Amended Exhibit Log**

**The Proctor & Gamble Company v. Ultreo, Inc.
Preliminary Injunction Hearing
07-Civ-8379 (RJS)**

| Plaintiff's Exhibit | Description |
|---|---|
| 109 | January 28, 2007 Statistical Report Second Act Partners Protocol No. SP0013<br>ULTREO_00027236-7328 |
| 110 | Abstract from Ultreo's website "Efficacy and Safety of Ultreo in a Population with Mild to Moderate Gingivitis" by Goyal CR, et al. |
| 111 | November 20, 2006 Email from Chris McInnes to Jack Gallagher, RE: Claims Substantiation<br>ULTREO_00031823-824 |
| 112 | Abstract from Ultreo's website "Assessing the Ability of the Ultreo to Remove Extrinsic Surface Stain from Teeth" by Goyal CR, et al. |
| 113 | Abstract from Ultreo's website "Comparison of the Ultreo to a Manual Toothbrush and Floss in Ability to Removal Dental Plaque" by Baltuck, C., et al. |
| 114 | December 11, 2006 Email from Katherine Ortblad to Chris McInnes, Subject "PL022 Ip cleaning"<br>UTLREO_00013777-779 |
| 115 | September 25, 2006 Study: "Deep Cleaning Ability and Safety of a New Prototype Toothbrush compared with 3 commercial toothbrushes"<br>ULTREO_00012788-798 |
| 116 | September 25, 2006 Study: "Deep Cleaning Ability and Safety of a New Ultrasonic Powered Toothbrush"<br>ULTREO_000018734-745 |
| 117 | Technical Memorandum: TM-0018 "Overall and interproximal plaque analysis after 2 weeks use of Ultreo or a manual toothbrush plus floss."<br>ULTREO_00018758-762 |
| 118 | Technical Memorandum: TM-00018 "Overall and interproximal plaque analysis after 2 weeks use of Ultreo or a manual toothbrush plus floss."<br>ULTREO_00020687-691 |
| 119 | February 28, 2007 "Report, TM 0018, "Overall and interproximal plaque analysis after 2 weeks use of Ultreo or a manual toothbrush plus floss."<br>ULTREO_00020676-681 |
| 120 | Statistical Analysis<br>ULTREO_00025006-010 |
| 121 | Abstract from Ultreo's website "Case Study-Evaluation of Probing Depth and Bleeding in an In-Office Setting" by Lee, VM, et al. |
| 122 | October 24, 2005 Study: "Efficacy of a Novel Prototype Power Toothbrush in Evaluation the Ability to Clean Deeper"<br>ULTREO_00030328-345 |

**Proctor & Gamble Company Amended Exhibit Log**

**The Proctor & Gamble Company v. Ultreo, Inc.
Preliminary Injunction Hearing
07-Civ-8379 (RJS)**

| Plaintiff's Exhibit | Description |
|---|---|
| 123 | Article: "Ability of the Sonicare Electronic Toothbrush to Generate Dynamic Fluid Activity that Removes Bacteria" |
| 124 | Article: "Fimbria damage and removal of adherent bacteria after exposure to acoustic energy" |
| 125 | Article "Reduction in adherence of Actinomyces viscosus after exposure to low-frequency acoustic energy" |
| 126 | Article: "Evidence-Based Dentistry: What's New?" Int. J. Med Sci. 2007, 4, Marked at Berg Deposition Ex. 4 |
| 127 | Ultreo Website and Ultreo News Articles |
| 128 | Ultreo Infommercial, ULTREO_00032752 |
| 128B | Ultreo Infommercial Transcript |
| 129 | June 26, 2006 Email from Chris McInnes to Katherine Ortblad, FW: Second Act Partners Gingivitis Study ULTREO_00008176-79 |
| 130 | Defendant Ultreo, Inc.'s Responses and Objections to Plaintiff the Procter & Gamble Company's First Set of Requests for Admission dated December 14, 2007 |
| 131 | December 5, 2006 Email from Sharen Ross to Jerri Starrett, FW Meeting Follow Up-Privileged Confidential ULTREO_00031849-50 |
| 132 | Chart of Sales Numbers ULTREO_00009161-63 |
| 133 | Chart of Ultreo's Sales Figures (From Ultreo 9161-9163) |
| 134 | Print out of Techno News Website "Ultreo Ultrasound Toothbrush is Not recommended" |
| 135 | "Toothbrush IHUT" by Cooper Roberts Research Prepared for Ultreo, Inc. dated June 2007 ULTREO_00023132-162 |
| 136 | Print from Philips Sonicare Website, dated 12/20/2007 with additions of links to Study Summaries |
| 137 | Litigation Services Handbook, Fourth Edition |
| 138 | August 29, 2007 Email from Sharen Ross to Ellen Landis "New Pitch" with Attachment of Ultimate Pitch ULTREO_00029987-30000 |
| 139 | Dissertation of James Christopher McInnes, "Low-Frequency acoustic energy, cavitation, and their effects on bacteria" |

**Proctor & Gamble Company Amended Exhibit Log**

**The Proctor & Gamble Company v. Ultreo, Inc.
Preliminary Injunction Hearing
07-Civ-8379 (RJS)**

| Plaintiff's Exhibit | Description |
|---|---|
| 140 | Article entitled "The plaque-inhibiting capacity of 11 antibacterial compounds"  J. Periodont. Res. 5:102-109, 1970 |
| 141 | Article entitled "Adhesive analysis of voids in class II composite resin restorations at the axial and gingival cavity walls restored under *in vivo* versus *in vitro* conditions"  Dental Materials, Vol. 23, Issue 7, July 2007, Pages 871-877 |
| 142 | Article entitled "A study to assess the effects of a new detergent-free, olive oil formulation dentrifice in vitro and in vivo"  Journal of Dentistry, Vol. 31, Issue 5, July 2003, Pages 327-332 |
| 143 | Article entitled "Comparison of an oscillating/rotating electric toothbrush and a 'sonic' toothbrush in plaque-removing ability" J. Clin. Periodontal 1996:23:407-411 |
| 144 | Presentation by Christine Lee & Peter Miller "The ABCs of Compliance: A protection Primer" from the Division of Advertising Practices, Federal Trade Commission |
| 145 | Study entitled "Evaluation of ultrasound as a means to remove Streptococcus mutans biofilm" by Frank Roberts, Beth Hacker, Teresa Oswald<br>ULTREO_00012908-916 |
| 146 | Stedman's Medical Dictionary 26th Edition, page 1788 |
| 147 | Article entitled "Professionally applied topical fluoride: Evidence-based clinical recommendations"  JADA, Vol. 137, 1151-59 |
| 148 | Lunch N Learn Presentation, most recent<br>ULTREO_00032753-94 |
| 149 | Study entitled "Clinical Evaluation of Plaque Removal Efficacy of the Ultreo toothbrush with and without the Ultrasound Transducer Enabled"<br>P-ULTREO_000020832094 |
| 150 | Chart Entitled Summary of Work Product Investigations |
| 151 | Chart numbered P-ULTREO_00014384-14392 |
| 152 | Preliminary Report of Internal Crossover Study Comparing Toothbrush with and without ultrasonic transducer turned on<br>P-ULTREO_00014317 |
| 153 | Efficacy and Safety of the Ultrasound Component of the Ultreo Ultrasound Toothbrush<br>P-ULTREO-0013079 |
| 154 | October 2, 2007 Email from Camille Baltuck to Marc Levy<br>P-ULTREO_00014454 |
| 155 | October 2, 2007 Email from Camille Baltuck to Marc Levy<br>P-ULTREO_00014467 |

**Proctor & Gamble Company Amended Exhibit Log**

**The Proctor & Gamble Company v. Ultreo, Inc.
Preliminary Injunction Hearing
07-Civ-8379 (RJS)**

| Plaintiff's Exhibit | Description |
|---|---|
| 156 | October 11 2007 Email from Camille Baltuck to Marc Levy<br>P-ULTREO_00014480 |
| 157 | Ultreo Protocol (draft)-10/25/2007<br>P-ULTREO_00014422 |
| 158 | Chart entitled Unit Sales Summary by Channel & Item |
| 159 | January 10, 2008 Email from Marc Levy to Lauri Sawyer "Unit sales data for 2007" |
| 160 | January 10, 2007 Email from Marc Levy to Lauri Sawyer "RE: Unit sales data for 2007" |
| 161 | Chart entitled "Claims to be Enjoined" |
| 162 | DVD Recording of the Sonicare Website Taken January 15, 2008 |
| 163 | DVD Recording of the Sonicare Website Taken January 28, 2008 |
| 164 | Second Supplemental Affidavit of Aaron Biesbrock, signed January 31, 2008 and corresponding exhibits |

**CERTIFICATE OF SERVICE**

    The foregoing Proctor & Gamble Company Amended Exhibit Log was served on all counsel of record on February 1, 2008 by electronic mail through the Court's CM/ECF system.


                                                             */s/ Laura W. Sawyer*