UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE PROCTER & GAMBLE COMPANY,

        Plaintiff,

    vs.

ULTREO, INC.,

        Defendant.

---

No. 07 Civ. 8379 (RJS)

ECF Case

**SECOND SUPPLEMENTAL DECLARATION OF
AARON BIESBROCK, D.M.D., PH.D. IN SUPPORT OF
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Aaron Biesbrock, D.M.D., Ph.D., hereby says as follows:

# FILED UNDER SEAL

5

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31 day of January 2008.

_____
Aaron Biesbrock, D.M.D., Ph.D.

5

## CERTIFICATE OF SERVICE

On February 1, 2008, the foregoing SECOND SUPPLEMENTAL DECLARATION OF AARON BIESBROCK, DMD, PHD IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION was served on counsel of record by hand. On February 1, 2008, a redacted version of SECOND SUPPLEMENTAL DECLARATION OF AARON BIESBROCK, DMD, PHD IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION was served on counsel of record by electronic mail through the Court's CM/ECF.

_____
LAURA W. SAWYER