UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

THE PROCTER & GAMBLE COMPANY,                     :
                                                  :
                              Plaintiff,          :   No. 07 Civ. 8379 (RJS)
                                                  :
                    vs.                           :   ECF Case
                                                  :
ULTREO, INC.,                                     :
                                                  :
                              Defendant.          :
------------------------------------------------------------------- X

**PLAINTIFF'S PROPOSED FINDINGS OF FACT AND
CONCLUSIONS OF LAW**

## TABLE OF CONTENTS

I. Preliminary Statement .................................................... 1

    A. Ultreo's Reliance On The *In Vitro* Study ............................ 1

    B. Ultreo's Advertising Claims ......................................... 4

    C. Irreparable Harm .................................................... 8

II. Findings of Fact ........................................................ 9

    A. The Parties ......................................................... 9

    B. Ultreo Tried To Demonstrate Ultrasound Efficacy Clinically, But Failed ......... 10

    C. Ultreo Cannot Rely On An *In Vitro* Study To Substantiate Its Claims, Particularly In The Face Of Contrary Clinical Data ..................... 13

    D. Ultreo's False And Misleading Advertising Campaign ................. 14

    E. P&G Has A Reasonable Basis To Believe That It Is Likely To Be Damaged As A Result Of Ultreo's False Advertising ..................... 20

    F. Ultreo Will Not Be Irreparably Harmed If Required to Change Its Advertising .... 22

III. Conclusions Of Law .................................................... 22

    A. Both Express And Implied False Claims Violate The Lanham Act .............. 22

    B. The "Weight Of The Evidence" Demonstrates That Ultreo's Claims Are False .... 24

        (1) Ultreo's Establishment Claims Are False ......................... 25

        (2) How Other Companies Advertise Is Not Relevant To Whether Ultreo's Claims Are Substantiated ............................. 26

    C. P&G Will Suffer Irreparable Harm In The Absence Of An Injunction ........... 29

# TABLE OF AUTHORITIES

*Alpo Petfoods, Inc. v. Ralston Purina Co.*, 720 F. Supp. 194 (D.D.C. 1989) .............. 25

*Am. Home Prods. Corp. v. Johnson & Johnson*, 577 F.2d 160 (2d Cir. 1978) ............. 23

*Am. Home Prods. Corp. v. Johnson & Johnson*, 654 F. Supp. 568 (S.D.N.Y. 1987) ......... 26

*Ames Publ'g Co. v. Walker-Davis Publ'ns, Inc.*, 372 F. Supp. 1 (E.D. Pa. 1974) .......... 29

*Ass'n of Indep. Dentists*, 100 F.T.C. 518 (1982) (consent order) ...................... 29

*Cashmere & Camel Hair Mfrs. Inst. v. Saks Fifth Ave.*, 284 F.3d 302 (1st Cir. 2002) ....... 24

*Castrol Inc v. Quaker State Corp.*, 977 F.2d 57 (2d Cir. 1992) ................. 5, 25, 30

*Castrol Inc. v. Pennzoil Co.*, 987 F.2d 939 (3d Cir. 1993) ........................... 23

*Church & Dwight Co. v. S.C. Johnson & Son, Inc.*, 873 F. Supp. 893
(D.N.J. 1994) ................................................................ 2, 24, 28

*Clorox Co. P.R. v. Proctor & Gamble Comm. Co.*, 228 F.3d 24 (1st Cir. 2000) ............ 23

*Coca-Cola Co. v. Tropicana Prods., Inc.*, 538 F. Supp. 1091 (S.D.N.Y. 1982) ........... 8, 16

*Coca-Cola Co. v. Tropicana Prods., Inc.*, 690 F.2d 312 (2d Cir. 1982) ............. 8, 29, 30

*Colegio de Cirujanos Dentistas de Puerto Rico*, C-3953
(consent order issued June 12, 2000) .............................................. 29

*Gillette Co. v. Norelco Consumer Prods. Co.*, 946 F. Supp. 115 (D. Mass 1996) .......... 25

*IGT v. Alliance Gaming Corp.*, No. 2:04-CV-1676, 2007 WL 911773
(D. Nev. Mar. 22, 2007) ........................................................ 23

*Johnson & Johnson v. Carter-Wallace, Inc.*, 631 F.2d 186 (2d Cir. 1980) ............ 8, 29, 30

*Johnson & Johnson-Merck Consumer Pharms. Co. v. Smithkline Beecham Corp.*,
960 F.2d 294 (2d Cir. 1992) .................................................. 7, 23, 24

*McNeil-PPC, Inc. v. Pfizer, Inc.*, 351 F. Supp. 2d 226 (S.D.N.Y. 2005) ............ 26, 27, 30

*Procter & Gamble Co. v. Chesebrough-Pond's Inc.*, 747 F.2d 114 (2d Cir. 1984) ........ 27, 28

*S.C. Johnson & Son, Inc. v. Clorox Co.*, 930 F. Supp. 753 (E.D.N.Y. 1996) .............. 25

*Scotts Co. v. United Indus. Corp.*, 315 F.3d 264 (4th Cir. 2002) .......................... 23

*SmithKline Beecham Consumer Healthcare, L.P. v. Johnson & Johnson Merck Consumer Pharms., Co.*, 906 F. Supp. 178 (S.D.N.Y. 1995) ........................... *passim*

*SyncSort Inc. v. Sequential Software, Inc.*, 50 F. Supp. 2d 318 (D.N.J. 1999) ............... 26

*Tambrands, Inc. v. Warner-Lambert Co.*, 673 F. Supp. 1190 (S.D.N.Y. 1987) ............. 25

*Thompson Med. Co. v. Ciba-Geigy Corp.*, 643 F. Supp. 1190 ( S.D.N.Y. 1986) ......... 27, 28

*Time Warner Cable, Inc. v. DIRECTV, Inc.*, 497 F.3d 144 (2d Cir. 2007) .............. *passim*

*United States v. Premo Pharm. Labs. Inc.*, 511 F. Supp. 958 (D.N.J. 1981) ................ 24

*Vidal Sassoon, Inc. v. Bristol-Myers Co.*, 661 F.2d 272 (2d Cir. 1981) ................. 6, 23

-iv-

# FILED UNDER SEAL

Dated: New York, New York
February 1, 2008

                                                                                                                  *[signature]*

                                                                LAURA W. SAWYER (LS-4385)
JONES DAY
222 East 41st Street
New York, NY 10017-6702
212-326-3939

JOHN B. WILLIAMS (*pro hac vice*)
DANIELLE M. HOHOS (*pro hac vice*)
51 Louisiana Avenue, N.W.
Washington DC 20001-2113
202-879-3939

*Attorneys for Plaintiff P&G*

-30-

## CERTIFICATE OF SERVICE

The foregoing PLAINTIFF'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW was served on counsel of record on February 1, 2008 by hand. A redacted version of PLAINTIFF'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW was served on all counsel of record on February 1, 2008 by electronic mail through the Court's CM/ECF.

/s/ *Laura W. Sawyer*
LAURA W. SAWYER

--