# Exhibit D





http://www.oralb.com/us/products/power/triumphsmartguide/                     2/1/2008