## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 1, 2008, I caused a copy of the foregoing **REDACTED DEFENDANT ULTREO, INC'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW (WITH ANNEXED EXHIBITS)** to be served upon counsel through the Court's ECF filing system and by hand delivery to:

> Laura W. Sawyer, Esq.
> **JONES DAY**
> 222 East 41st Street
> New York, New York 10017

Dated: New York, New York
       February 1, 2008

*/s/ Lina M. Viviano*
_____
Lina M. Viviano