## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 1, 2008, I caused a copy of the foregoing **ULREO, INC. EXHIBIT LOG (dated February 1, 2008)** to be served upon counsel by the Court's ECF filing system and by hand delivery to:

>Laura W. Sawyer, Esq.
>**JONES DAY**
>222 East 41st Street
>New York, New York 10017

Dated: New York, New York
       February 1, 2008

*(signature)*
———————————————
Lina M. Viviano

NY:1160633.1