UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

THE PROCTER & GAMBLE COMPANY,    )
                                 )
                Plaintiff,       )  Civ. No. 07-8379 (RJS)
                                 )
        v.                       )  ECF Case
                                 )
ULTREO, INC.,                    )
                                 )
                Defendant.       )
---------------------------------------------------------------x

## DECLARATION OF MARTHA E. NUNN, D.D.S., Ph.D.

I, MARTHA E. NUNN, hereby declare under penalty of perjury as follows:

1.    I am Associate Professor in the Department of Health Policy and Health Services Research at the Goldman School of Dental Medicine at Boston University. I am also Associate Professor in the Department of Medical Nutrition Sciences in the School of Medicine at Boston University. I am also Director of Biometry Core at the Northeast Center for Research to Evaluate and Eliminate Dental Disparities. My research is focused primarily on statistical methods applied to dental research problems. I hold a Ph.D. in Biostatistics from the University of Washington (1997) and a D.D.S. from the University of Tennessee (1981). A copy of my curriculum vitae is attached as Exhibit A. I have consulted with Ultreo, Inc. concerning the statistical analysis of some dental research studies, including the study conducted by Dr. Jeff Milleman at the University Park Research Center in Fort Wayne, Indiana.

# REDACTED

Contains Information Designated As
"Confidential" Pursuant To
November 9, 2007
Stipulated Confidentiality Order In This
Action

# REDACTED
# PAGES

CONTAIN  INFORMATION DESIGNATED AS "CONDFIDENTIAL"
PURSUANT TO NOVEMBER 9, 2007 STIPULATED
CONFIDENTIALITY ORDER IN THIS ACTION

REDACTED

Dated: February 4, 2008
       Mansfield, Massachusetts

_____
Martha E. Nunn

00670P22FO

# EXHIBIT A

## CURRICULUM VITAE

## MARTHA E. NUNN, D.D.S., Ph.D.

715 Albany, 560
Boston, Massachusetts 02118
Office Tel: (617) 414-1156
Home Tel: (508) 339-3359
e-mail: nunn@bu.edu

Dept. of Health Policy & Health Services Research
Goldman School of Dental Medicine
Boston University
Tel: (617) 638-6380
Fax: (617) 638-6381

### RESEARCH INTERESTS

Statistical interests: Statistical methods applied to dental research problems. Generalized estimating equations, generalized linear mixed models, multiple endpoint survival analysis, clinical trials.

Dental research interests: Oral health disparities, dental prognostic indicators, genetic factors in periodontal disease, occlusal discrepancies and periodontal disease.

### EDUCATION

**Ph.D., BIOSTATISTICS (1997)**
UNIVERSITY OF WASHINGTON
Dissertation topic: "Influence Diagnostics for Correlated Data."
Dissertation advisor: Associate Professor Brian G. Leroux.

**M.S., BIOSTATISTICS (1995)**
UNIVERSITY OF WASHINGTON

**M.S., STATISTICS (1991)**
UNIVERSITY OF TENNESSEE, KNOXVILLE
Master's project: "Proposal for a Two-Stage Enrichment Design for Orphan Drugs."
Project advisor: Professor and Chair Robert Mee.

**D.D.S. (1981)**
UNIVERSITY OF TENNESSEE, MEMPHIS

**B.S. in CHEMISTRY, CUM LAUDE, (1976)**
UNIVERSITY OF TENNESSEE, KNOXVILLE

### HONORS and AWARDS

**AWARD (2001)**
Arthur H. Wuehrmann Prize

**AWARD (1997)**
American Academy of Periodontology Clinical Research Award.

Martha E. Nunn, D.D.S., Ph.D.                    **2**                            7/25/07

**FELLOWSHIP (1992-1997)**
National Institute of Dental Research Oral Epidemiology and Biostatistics Traineeship.
Supervisor: Professor Timothy A. DeRouen.

**AWARD (1992)**
Finalist for outstanding teaching award in the College of Business Administration,
University of Tennessee.

**AWARD (1991)**
Outstanding student in statistics, University of Tennessee.

**HONOR SOCIETY (1989)**
Phi Kappa Phi, University of Tennessee.

## *PROFESSIONAL EXPERIENCE*

**ASSOCIATE PROFESSOR (2004-present)**
SCHOOL OF MEDICINE
BOSTON UNIVERSITY
DEPARTMENT OF MEDICAL NUTRITION

**DIRECTOR, BIOMETRY CORE (2001-present)**
NORTHEAST CENTER FOR RESEARCH TO REDUCE ORAL HEALTH DISPARITIES

**ASSOCIATE PROFESSOR (2000-present)**
GOLDMAN SCHOOL OF DENTAL MEDICINE
BOSTON UNIVERSITY
DEPARTMENT OF HEALTH POLICY & HEALTH SERVICES RESEARCH

**ASSISTANT PROFESSOR (1997-2000)**
BAYLOR COLLEGE OF DENTISTRY
DEPARTMENT OF PUBLIC HEALTH SCIENCES
Course Director: Biostatistics for Dentistry.

**ADJUNCT ASSISTANT PROFESSOR (1997-2000)**
UNIVERSITY OF NORTH TEXAS
SCHOOL OF PUBLIC HEALTH

**ASSISTANT PROFESSOR (1999-2000)**
TEXAS A&M UNIVERSITY HEALTH SCIENCES CENTER
SCHOOL OF RURAL PUBLIC HEALTH

### OTHER EMPLOYMENT EXPERIENCE

#### GRADUATE TEACHING ASSISTANT (1995-1996)
UNIVERSITY OF WASHINGTON
DEPARTMENT OF BIOSTATISTICS
Courses:  Linear Models, Survival Analysis for Epidemiologists.
Instructors:  Assistant Professor David Yanez, Associate Professor Brian Leroux,
               Professor Norman Breslow.
Responsibilities:  Grade homework, provide solutions to homework, hold office hours,
               maintain data sets and ftp site.

#### GRADUATE TEACHING ASSISTANT (1990-1992)
UNIVERSITY OF TENNESSEE, KNOXVILLE
DEPARTMENT OF STATISTICS
Courses:  Introductory Statistics, Survey Sampling, Regression, Probability for
          Engineers, Design of Experiments.

#### GENERAL DENTIST (1981-1992)
PRIVATE PRACTICE.

#### RESEARCH CHEMIST
ST. JUDE CHILDREN'S RESEARCH HOSPITAL
MEMPHIS, TENNESSEE
Supervisor:  Dr. Ling Chwang
Responsibilities:  Synthesize nucleoside analogues as potential cancer agents.

### RESEARCH EXPERIENCE

#### GRADUATE RESEARCH ASSISTANT (1994-1996)
HARBORVIEW INJURY PREVENTION PROGRAM
BICYCLE SAFETY HELMET STUDY
Responsibilities:  Analyze data to determine the effect of bicycle safety helmets in the
               prevention of dental and facial injuries.
Supervisor:  Diane Thompson and Dr. Fred Rivara

#### BIOSTATISTICAL CONSULTANT (1993-1997)
UNIVERSITY OF WASHINGTON
SCHOOL OF DENTISTRY
Responsibilities:  Provide statistical consultation for faculty and graduate students in
               orthodontics, endodontics, and restorative dentistry.

#### BIOSTATISTICAL CONSULTANT (1998-2001)
INTERLEUKIN GENETICS, INC.
Responsibilities:  Provide assistance with design and analysis of clinical studies.

#### BIOSTATISTICAL CONSULTANT (2003-2005)
PHILIPS ORAL HEALTHCARE
Responsibilities:  Provide assistance with design and analysis of clinical studies.

### BIOSTATISTICAL CONSULTANT (2005)
ISOLAGEN
Responsibilities: Provide assistance with design and analysis of clinical studies.

### BIOSTATISTICAL CONSULTANT (2006-present)
ORGANOGENESIS
Responsibilities: Provide assistance with design and analysis of clinical studies.

### BIOSTATISTICAL CONSULTANT (2006-present)
SECOND ACT
Responsibilities: Provide assistance with design and analysis of clinical studies.

### BIOSTATISTICAL CONSULTANT (2006-present)
ULTREO
Responsibilities: Provide assistance with design and analysis of clinical studies.

## *APPOINTMENTS*

Organizer of Epi Forum, 2007-present.
Secretary-Treasurer, Salivary Research Group, IADR, 2005-present.
Research Committee, Boston University School of Dental Medicine, 2004-present.
*Journal of Periodontology* Editorial Board, 1998-present
*European Journal of Dentistry*, 2006-present
Organizing Committee for a Workshop on Clinical Significance, American Academy of
        Periodontology, 1999-2001.
Subcommittee on Validation of Surrogate Markers, American Academy of
        Periodontology, 1999-2001.
Research Committee, Baylor College of Dentistry, 1999-2000.
Content Definition Team, Baylor College of Dentistry, 1998-1999.
*Community Dentistry and Oral Epidemiology*, *ad hoc* reviewer.
*Journal of the American Dental Association*, *ad hoc* reviewer.
*Dental Materials*, *ad hoc* reviewer.
*Quintessence International*, *ad hoc* reviewer.
*Journal of Public Health Dentistry*, *ad hoc* reviewer
*American Journal of Public Health*, *ad hoc* reviewer
*Caries Research*, *ad hoc* reviewer
NIDCR, *ad hoc* grant reviewer

## *COMPUTING SKILLS*

Proficiency in SAS, Splus, SPSS, FORTRAN, EGRET, MINITAB, MATLAB,
MAPLE, Mathematica, LaTeX, Excel, Access, Epi Info. Experience with Unix,
mainframe, and PC environments. Proficiency in development of PHP-MySQL web
applications.

## PUBLICATIONS

Thompson DC, Nunn ME, Thompson RS, Rebolledo V, Rivara FP. (1996).  "A case-control study of the effectiveness of bicycle safety helmets in preventing serious facial injury." *Journal of American Medical Association*, 276, 24:1974-1975.

McGuire MK, Nunn ME. (1996). "Prognosis versus actual outcome II: The effectiveness of commonly taught clinical parameters in developing an accurate prognosis." *Journal of Periodontology,* 67(7): 658-665, 1996.

McGuire MK, Nunn ME. (1996). "Prognosis versus actual outcome III: The effectiveness of clinical parameters in accurately predicting tooth survival." *Journal of Periodontology,* 67(7): 666-674, 1996.

Wilson TG, McGuire MK, Greenstein G, Nunn ME. (1997) "Actisite plus scaling and root planing versus scaling and root planing alone: similar results after five years." *Journal of Periodontology*, 68, 11:1029-1032.

Kofford KR, Wakefield CW, Nunn ME. (1998) "The effect of autoclaving and polishing techniques on energy transmission of light-curing tips." *Quintessence International*, 29, 8:491-496.

Wolff L, Kim A, Nunn M, Bakdash B, Hinrichs J. (1998) "Effectiveness of a sonic toothbrush in maintenance of dental implants. a prospective study." *Journal of Clinical Periodontology*, 25, 10:821-828.

Miller BH, Nakajima H, Powers JM, Nunn ME. (1998) "Bond strength between cements and metals used for endodontic posts." *Dental Materials*, 14, 312-320.

McGuire MK, Nunn ME. (1999) "Prognosis versus actual outcome. IV. The effectiveness of clinical parameters and IL-1 genotype in accurately predicting prognoses and tooth survival." *Journal of Periodontology*, 70, 1:49-56.

Schilling ER, Miller BH, Woody RD, Miller AW 3rd, Nunn ME. (1999) "Marginal gap of crowns made with a phosphate-bonded investment and accelerated casting method." *Journal of Prosthetic Dentistry*, 81, 2:129-134.

Wilson TG, Nunn ME. (1999) "The relationship between the interleukin-1β periodontal genotype and implant loss: Initial data." *Journal of Periodontology*, 70, 7:724-729.

Rethman MP, Nunn ME. (1999) "Clinical versus statistical significance." *Journal of Periodontology*, 70, 6:700-702.

Harrel SK, Nunn ME, Belling C. (1999) "Long-term results of minimally invasive surgical approach for bone grafting." *Journal of Periodontology*, 12:1558-1563.

Davalou S, Gutmann JL, Nunn M. (1999) "Assessment of apical and coronal root canal seals using contemporary endodontic obturation and restorative materials and techniques." *International Endodontic Journal*, 32, 388-396.

Kytridou V, Gutmann JL, Nunn M. (1999) "Adaptation and sealability of two contemporary obturation techniques in the absence of the dentinal smear layer." *International Endodontic Journal*, 32, 464-474.

Cutler CW, Shinedling EA, Nunn M, Jotwani R, Kim BO, Nares S, Iacopino AM. (1999) "Association between Periodontitis and Hyperlipidemia: Cause or Effect?" *Journal of Periodontology*, 12:1429-1434.

Smith NL, Seale NS, Nunn ME. (2000) "Ferric sulfate pulptomy technique in primary molars: A retrospective study." *Journal of Pediatric Dentistry*, 22, 192-199.

Cederberg RA, Benson BW, Nunn M, English JD. (2000) "Arcuate Foramen: Prevalence by Age, Gender and Degree of Calcification." *Clinical Orthodontics and Research*, 3:162-167.

Trautmann G, Gutmann JL, Nunn ME, Witherspoon DE, Shulman JD. (2000) "Restoring teeth endodontically treated through existing crowns. Part I: Survey of pulpal status upon access." *Quintessence International*, 31, 10:713-718.

Trautmann G, Gutmann JL, Nunn ME, Witherspoon DE, Shulman JD. (2000) "Restoring teeth endodontically treated through existing crowns. Part II: Survey of restorative materials commonly used." *Quintessence International*, 31, 10:719-728.

Trautmann G, Gutmann JL, Nunn ME, Witherspoon DE, Berry CW, Romero GG. (2001) "Restoring teeth that are endodontically treated through existing crowns. Part III: Material usage and prevention of bacterial leakage." *Quintessence International*, 32, 1:27-32.

Trautmann G, Gutmann JL, Nunn ME, Witherspoon DE, Berry CW, Romero GG. (2001) "Restoring teeth that are endodontically treated through existing crowns. Part IV: Material usage and prevention of dye leakage." *Quintessence International*, 32, 1:33-41.

Cai Z, Bunce N, Nunn ME, Okabe T. (2001) "Porcelain adherence to dental cast titanium: effects of surface modifications." *Biomaterials*, 22, 9:979-986.

Nunn ME, Harrel SK. (2001) "The effect of occlusal discrepancies on periodontitis. I. Relationship of initial occlusal discrepancies to initial clinical parameters." *Journal of Periodontology*, 72, 4:485-494.

Harrel SK, Nunn ME. (2001) "The effect of occlusal discrepancies on periodontitis. II. Relationship of occlusal treatment to the progression of periodontal disease." *Journal of Periodontology*, 72, 4:495-505.

Johns GH, Gutmann ME, DeWald JP, Nunn ME. (2001) "Career retention in the dental hygiene workforce in Texas." *Journal of Dental Hygiene*, 75, 2:135-148.

Thompson K, Seale NS, Nunn ME, Huff G. (2001) "Alternative method of hemorrhage control in full strength formocresol pulpotomy." *Pediatric Dentistry*, 23, 3:217-222.

Levine DF, Gutmann JL, Witherspoon DE, Nunn ME, Wiggs RB. (2001) "Feline immunodeficiency virus model to study human immunodeficiency virus/acquired immuned deficiency syndrome conditions." *Journal of Endodontics*, 27, 7:467-469.

Sykaras N, Triplett RG, Nunn ME, Iacopino AM, Opperman LA. (2001) "Effect of recombinant human bone morphogenetic protein-2 on bone regeneration and osseointegration of dental implants." *Clinical Oral Implants Research*, 12, 4:339-349.

Al-Hashimi I, Wright JM, Cooley CA, Nunn ME. (2001) "Reproducibility of biopsy grade in Sjogren's syndrome." *Journal of Oral Pathology & Medicine*, 30, 7:408-412.

Shulman JD, Taylor SE, Nunn ME. (2001) "The association between asthma and dental caries in children and adolescents: A population-based case-control study." *Caries Research.* 35, 4:240-246.

Liang H, Tyndall DA, Ludlow JB, Lang LA, Nunn ME. (2001) "Accuracy of mandibular cross-sectional imaging with tuned-aperture computed tomography (TACT), iteratively reconstructed TACT, and multidirectional, linear, and transverse panoramic tomography." *Oral Surgery, Oral Medicine, Oral Pathology, Oral Radiology, and Endodontics*, 91, 5:594-602.

Harrel SK, Nunn ME. (2001) "Longitudinal comparison of the periodontal status of patients with moderate to severe periodontal disease receiving no treatment, non-surgical treatment, and surgical treatment utilizing individual sites for analysis." *Journal of Periodontology*, 72, 11:1509-1519.

Strange DM, Seale NS, Nunn ME, Strange M. (2001) "Outcome of Formocresol/ZOE Sub-base Pulpotomies Utilizing Alternative Radiographic Success Criteria: Long Term Clinical Evaluation." *Pediatric Dentistry*, 23, 4:331-336.

Levine DF, Witherspoon DE, Gutmann JL, Nunn ME, Newman JT, Iacopino AM. (2001) "The effect of FIV infection on CD4[+] and CD8[+] counts in periradicular lesions." *International Endodontic Journal*, 34, 8:586-593.

Garcia RI, Nunn ME, Vokonas PS. (2001) "Epidemiologic associations between periodontal disease and chronic obstructive pulmonary disease." *Annals of Periodontology*, 6, 1:71-77.

Berger P, McConnell JP, Nunn M, Kornman KS, Sorrell J, Stephenson K, Duff GW. (2002) "C-reactive protein levels are influenced by common IL-1 gene variations." *Cytokine*, 17, 4:171-174.

Buchmann R, Nunn ME, Van Dyke TE, Lange DE. (2002) "Aggressive periodontitis: 5-year follow-up of treatment." *Journal of Periodontology*, 73, 6:675-683.

Hummel SK, Wilson MA, Marker VA, Nunn ME. (2002) "Quality of removable partial dentures worn by the adult U.S. population." *Journal of Prosthetic Dentistry*, 88, 1:37-43.

Buchmann R, Hasilik A, Nunn ME, Van Dyke TE, Lange DE. (2002) "PMN responses in chronic periodontal disease: evaluation by gingival crevicular fluid enzymes and elastase-alpha-1-proteinase inhibitor complex." *Journal of Clinical Periodontology*, 29, 6:563-572.

Nunn ME, Leroux BG. (2002) "Influence Diagnostics for Correlated Data." *2002 Proceedings of the American Statistical Association*, Biometrics Section [CD-ROM], New York City, NY: American Statistical Association.

Murphree KR, Campbell PR, Gutmann ME, Plichta SB, Nunn ME, McCann AL, Gibson G. (2002) "How well prepared are Texas dental hygienists to recognize and report elderly abuse?" *Journal of Dental Education*, 66(11):1274-1280.

Cai Z, Shafer T, Watanabe I, Nunn ME, Okabe T. (2003) "Electrochemical characterization of cast titanium alloys." *Biomaterials*, 24, 2:213-218.

Gibson G, Rosenheck R, Tullner JB, Grimes RM, Seibyl CL, Rivera-Torres A, Goodman HS, Nunn ME. (2003) "A national survey of the oral health status of homeless veterans." *Journal of Public Health Dentistry*, 63(1):30-37.

Kressin NR, Boehmer U, Nunn ME, Spiro A 3rd. (2003) "Increased preventive practices lead to greater tooth retention." *Journal of Dental Research*, 82(3):223-227.

Nunn ME. (2003) "Understanding the etiology of periodontitis: an overview of periodontal risk factors." *Periodontology 2000*, 32:11-23.

Weisberg IS, Park E, Ballman KV, Berger P, Nunn M, Suh DS, Breksa AP, Garrow TA, Rozen R. (2003) "Investigations of a common genetic variant in betaine-homocysteine methyltransferase (BHMT) in coronary artery disease." *Atherosclerosis*, 167(2):205-214.

Shulman JD, Nunn ME, Taylor SE, Rivera-Hidalgo F. (2003) "The prevalence of periodontal-related changes in adolescents with asthma: results of the Third Annual National Health and Nutrition Examination Survey." *Pediatric Dentistry*, 25(3):279-284.

Dibart S, Capri D, Kachouh I, Van Dyke T, Nunn ME. (2003) "Crown lengthening in mandibular molars: a 5-year retrospective radiographic analysis." *Journal of Periodontology*, 74(6):815-821.

McGuire MK, Nunn ME. (2003) "Evaluation of human recession defects treated with coronally advanced flaps and either enamel matrix derivative or connective tissue. Part 1: Comparison of clinical parameters." *Journal of Periodontology*, 74(8):1110-1125.

Cederberg RA, Benson BW, Nunn M, English JD. (2003) "Calcification of the Interclinoid and Petroclinoid Ligaments of Sella Turcica: A Radiographic Study of the Prevalence." *Orthodontics and Craniofacial Research*, 6(4): 227-232.

Croft LK, Nunn ME, Crawford LC, Holbrook TE, McGuire MK, Kerger MM, Zacek GA. (2003) "Patient preference for ultrasonic or hand instruments in periodontal maintenance." *International Journal of Periodontics and Restorative Dentistry*, 23(6):567-573.

Gusman H, Leone C, Helmerhorst EJ, Nunn M, Flora B, Troxler RF, Oppenheim FG. (2004) "Human salivary gland-specific daily variations in histatin concentrations determined by a novel quantitation technique." *Archives of Oral Biology*, 49(1):11-22.

Hasturk H, Nunn M, Warbington M, Van Dyke TE. (2004) "Efficacy of a fluoridated hydrogen peroxide-based mouthrinse for the treatment of gingivitis: A randomized clinical trial." *Journal of Periodontology*, 75(1):57-65.

Harrel SK, Nunn ME. (2004) "The effect of occlusal discrepancies on gingival width" *Journal of Periodontology*, 75(1):98-105.

Li J, Helmerhorst EJ, Yao Y, Nunn ME, Troxler RF, Oppenheim FG. (2004) "Statherin is an in vivo pellicle constituent: identification and immuno-quantification." *Archives of Oral Biology*, 49(5):379-385.

Cueva MA, Boltchi FE, Hallmon WW, Nunn ME, Rivera-Hidalgo F, Rees T. (2004) "A comparative study of coronally advanced flaps with and without the addition of enamel matrix derivative in the treatment of marginal tissue recession." *Journal of Periodontology*, 75(7):949-956.

Greenstein G, Nunn ME. (2004) "A method to enhance determining the clinical relevance of periodontal research data: number needed to treat (NNT)." *Journal of Periodontology*, 75(4):620-624.

Dibart S, Capri D, Casavecchia P, Nunn M, Skobe Z. (2004) "Comparison of the effectiveness of scaling and root planing in vivo using hand vs rotary instruments." *International Jounral of Periodontics and Restorative Dentistry*, 24(4):370-377.

Sykaras N, Woody RD, Iacopino AM, Triplett RG, Nunn ME. (2004) "Osseointegration of dental implants complexed with rhBMP-2: a comparative histomorphometric and radiographic evaluation." *International Journal of Oral and Maxillofacial Implants*, 19(5):667-678.

Nunn ME, Ruhlman CD, Mallatt PR, Rodriguez SM, Ortblad KM. (2004). "Plaque reduction over time of an integrated oral hygiene system." *Compendium of Continuing Education in Dentistry*, 25(10 Suppl 1):8-14.

Nunn ME, Chaves ES, Gallagher AC, Rodriguez SM, Ortblad KM. (2004). "Stain reduction of an integrated oral hygiene system." *Compendium of Continuing Education in Dentistry*, 25(10 Suppl 1):36-43.

Cote S, Geltman P, Nunn M, Lituri K, Henshaw M, Garcia RI. (2004) "Dental caries of refugee children compared to U.S. children." *Pediatrics*, 114(6):E733-E740.

Hammi AR, Al-Hashimi IH, Nunn ME, Zipp M. (2005) "Assessment of SS-A and SS-B in parotid saliva of patients with Sjogren's syndrome." *Journal of Oral Pathology and Medicine*, 34(4):198-203.

Harrel SK, Wilson TG, Nunn ME. (2005) "Prospective assessment of the use of enamel matrix proteins with minimally invasive surgery." *Journal of Periodontology*, 76(3): 380-384.

McGuire MK, Nunn ME. (2005) "Evaluation of the safety and efficacy of periodontal applications of a living tissue-engineered human fibroblast-derived dermal substitute. I. Comparison to the gingival autograft: a randomized controlled pilot study." *Journal of Periodontology*, 76(6): 867-880.

Wilson TG Jr, McGuire MK, Nunn ME. (2005) "Evaluation of the safety and efficacy of periodontal applications of a living tissue-engineered human fibroblast-derived dermal substitute. II. Comparison to the subepithelial connective tissue graft: a randomized controlled feasibility study." *Journal of Periodontology*, 76(6): 881-889.

Ivanovski K, Nakova M, Warburton G, Pesevska S, Filipovska A, Nares S, Nunn ME, Angelova D, Angelov N. (2005) "Psychological profile in oral lichen planus." *Journal of Clinical Periodontology*, 32(10): 1034-1040.

Dietrich T, Nunn M, Dawson-Hughes B, Bischoff-Ferrari HA. (2005) "Association between serum concentrations of 25-hydroxyvitamin D and gingival inflammation." *American Journal of Clinical Nutrition*, 82(3):575-580.

Nunn M. (2005) "Bruxism is significantly more prevalent among smokers." *Journal of Evidence-Based Dental Practice*, 5(2):86-87.

Kikuchi M, Takahashi M, Sato H, Okuno O, Nunn ME, Okabe T. (2006) "Grindability of cast Ti-Hf alloys." *Journal of Biomedical Materials Research. Part B, Applied Biomaterials*, 77(1):34-38.

Miyamoto T, Kumagai T, Jones JA, Van Dyke TE, Nunn ME. (2006) "Compliance as a Prognostic Indicator: Retrospective Study of 505 Patients Treated and Maintained for 15 Years." *Journal of Periodontology*, 77(2): 222-232.

Janket SJ, Meurman JH, Nuutinen P, Qvarnstrom M, Nunn ME, Baird AE, Van Dyke TE, Jones JA. (2006) "Salivary lysozyme and prevalent coronary heart disease: possible effects of oral health on endothelial dysfunction." *Arteriosclerosis, Thrombosis, and Vascular Biology*, 26(2): 433-434.

Krall EA, Sosa CA, Garcia, Nunn ME, Caplan DJ, Garcia RI. (2006) "Cigarette smoking increases the risk of root canal treatment." *Journal of Dental Research*, 85(4):313-317.

Fan JJ, Su XG, Levine RA, Nunn ME, LeBlanc M. (2006) "Trees for correlated survival data by goodness of split with applications to tooth prognosis." *Journal of the American Statistical Association*, 101(475):959-967.

Krall EA, Dietrich T, Nunn ME, Garcia RI. (2006) "Risk of tooth loss after cigarette smoking cessation." *Preventing Chronic Disease*, 3(4):A115.

Harrel SK, Nunn ME, Hallmon WW. (2006) "Is there an association between occlusion and periodontal destruction?: Yes—occlusal forces can contribute to periodontal destruction." *Journal of the American Dental Association*, 137(10):1380-1392.

Lee HJ, Garcia RI, Janket SJ, Jones JA, Mascarenhas AK, Scott TE, Nunn ME. (2006) "The association between cumulative periodontal disease and stroke history in older adults." *Journal of Periodontology*, 77(10):1744-1754.

Dietrich T, Kaye EK, Nunn ME, Van Dyke T, Garcia RI. (2006) "Gingivitis susceptibility and its relation to periodontitis in men." *Journal of Dental Research*, 85(12):1134-1137.

Papas A, Singh M, Harrington D, Rodriguez S, Ortblad K, de Jager M, Nunn M. (2006) "Stimulation of salivary flow with a powered toothbrush in a xerostomic population." *Special Care in Dentistry*, 26(6):241-246.

Shin SH, Cueva M, Kerns D, Hallmon W, Rivera-Hidalgo F, Nunn M. (2007) "A comparative study of root coverage using acellular dermal matrix (ADM) with and without enamel matrix derivative (EMD)." *Journal of Periodontology*, 78(3):411-421.

Miyamoto T, Morgano SM, Kumagai T, Jones JA, Nunn ME. (2007) "Treatment history of teeth in relation to the longevity of the teeth and their restorations: Outcomes of teeth treated and maintained for 15 years." *Journal of Prosthetic Dentistry*, 97(3):150-156.

Papas A, Singh M, Harrington D, Ortblad K, de Jager M, Nunn M. (2007) "Reduction in caries rate among patients with xerostomia using a power toothbrush." *Special Care in Dentistry*, 27(2):46-51.

Perez JR, Smukler H, Nunn ME. (2007) "Clinical evaluation of the supraosseous gingivae before and after crown lengthening." *Journal of Periodontology*, 78(6):1023-1030.

Nunn ME. (2007) "Non-working occlusal discrepancies are associated with increased probing depths and attachment loss." *Journal of Evidence-Based Dental Practice*, 7(2):81-83.

## ABSTRACTS

Stern GA, Miller BH, Nunn ME, Nakajima H. "Contact angles between metals and cements used for endodontic posts." *AADR Abstracts*, 1351, 1998.

Gibson G, Cardenas O, Al-Hashimi I, Nunn M. "The effects of salivary flow rate on the recurrence of candidiasis." *AADR Abstracts*, 1442, 1998.

Hutchins B, Harper RP, Kerins CA, Talwar RW, Carlson DS, Nunn ME, Bellinger LL. "Plasma corticosterone concentrations in a model of chronic TMJ Inflammation." *IADR Abstracts*, 2977, 1998.

Nunn ME, McGuire MK. "Relationship of clinical parameters and interleukin-1 genotype to tooth survival." *IADR Abstracts*, 125, 1998.

Keith SE, Miller BH, Woody RD, Higginbottom FL, Nunn ME. "Marginal discrepancy of screw-retained and cemented crowns on implants." *ICOB*, ****, 1998.

Cai Z, Nunn M, Okabe T. "X-ray Diffraction Investigation of Dental Cast Titanium-Ceramic Interfaces." *IADR Abstracts*, 56, 1999.

Shinedling E, Jotwani R, Nunn M, Rees T, Cutler CW. "Elevated Serum Triglycerides Enhance LPS-mediated Interleukin-1beta Release by Human Polymorphonuclear Leukocytes (PMNs)." *IADR Abstracts*, 598, 1999.

Elvebak B, Carrasco L, Woldu M, Ferracane JL, Nunn M, Okabe T. "Mercury Release into Flowing Media from Dental Amalgams." *IADR Abstracts*, 816, 1999.

Burkhart N, Burkes J, Nunn M, Aukhil I. "Tenascin and Malignancy Transformation of Oral Lichen Planus." *IADR Abstracts*, 828, 1999.

Kress G, Shulman JD, Nunn M. "Patient Satisfaction with Managed Care: A Paradigm for Developing a Survey instrument." *IADR Abstracts*, 1085, 1999.

Benson BW, Cederberg RA, Nunn ME, English JD. "Correlative study of ligamentous mineralizations of the head and neck." *AAOMR Abstracts*, 56, 1999.

Cederberg RA, Benson BW, Nunn ME, English JD. "Arcuate foramen: Prevalence by age, gender, and degree of mineralization." *AAOMR Abstracts*, 88, 1999.

Hammi AR, Rivera-Hidalgo F, Nunn ME, Hallmon WW, Rees TD, Al-Hashimi I. "The Use of Parotid Saliva to Diagnose Sjogren's Syndrome." *IADR Abstracts*, 932, 2000.

Cooley CA, Wright J, Nunn M, Al-Hashimi I. "Comparison of the intensity of lymphocytic infiltration at various depths of labial salivary gland biopsy in Sjogren's syndrome." *IADR Abstracts*, 936, 2000.

Cai Z, Bunce N, Nunn ME, Okabe T. "Porcelain Adherence to Dental Cast Titanium: Effects of Surface Modifications." *IADR Abstracts*, 1051, 2000.

Marker VA, Nunn ME, Hummel SK. "Examination of Population Data for Association between Edentulism and Deafness." *IADR Abstracts*, 1595, 2000.

Jotwani R, Sparks M, Nunn M, Cutler CW. "Fimbriae are Required for Efficient Infection of Dendritic cells by *Porphyromonas gingivalis.*" *IADR Abstracts*, 1991, 2000.

Nunn M, Harrel S. "Relationship of Occlusal Adjustment to Disease Progression in Chronic Adult Periodontitis." *IADR Abstracts*, 2280, 2000.

Tran N, Burkhart N, Nunn M, Albright G. "Aerosols in a Large Dental Clinic." *IADR Abstracts*, 3393, 2000.

Berger PB, Nunn M, Stephenson K, Sorrell J, Di Giovine F, Duff GW. "Association of a genetic polymorphism in the iinterleukin-1 gene cluster of chromosome 2 (2q13) with coronary artery disease on angiography." *Journal of the American College of Cardiology*, 35(2):296A-297A Suppl. A, 2000.

Shafer T, Cai Z, Nunn ME, Watanabe I, Okabe T. "Effect of surface conditions on corrosion of cast titanium alloys." *AADR Abstracts*, 959, 2001.

Shulman J, Nunn M, Taylor S. "The relationship of childhood asthma to dental caries." *AADR Abstracts*, 1018, 2001.

Dunavant TR, DeSpain-Eden BA, Nunn ME, Hasegawa TK. "Prevalence of Tobacco Use in a Dental School Patient Population." *AADR Abstracts*, 1421, 2001.

Cai Z, Carrasco I, Griggs JA, Nunn ME, Okabe T. "Ceramic bonding to surface modified cast CP titanium." *AADR Abstracts*, 1753, 2001.

Foster KD, DeSpain-Eden BA, Nunn ME. "Knowledge, Attitudes and Practices of Dentists Toward Intimated Partner Violence." *AADR Abstracts*, 1796, 2001.

Nunn ME, Harrel SK. "Longitudinal comparison of the periodontal status of patients with moderate to severe periodontal disease receiving no treatment, non-surgical treatment, and surgical treatment utilizing individual sites for analysis." *IADR Abstracts*, 783, 2001.

Stephenson K, Nunn M, Sorrell J, Di Giovine F, Kornman K, Duff G, Berger PB. "Association of the interleukin-1B (+3954) polymorphism with myocardial infarction." *Journal of the American College of Cariology*, 37(2):231A Suppl. A, 2001.

Berger PB, Nunn M, Stephenson K, Duff GW, Klee GG, McConnell JP. "Association between C-reactive protein and polymorphisms in the interleukin-1 gene cluster and coronary artery disease on angiography." *Journal of the American College of Cardiology*, 37(2):286A Suppl. A, 2001.

Berger PB, Nunn M, Stephenson K, McConnell JP, Klee GG. "Lack of association between homocysteine and coronary artery disease on angiography in the era of fortification of flour with folate." *Journal of the American College of Cardiology*, 37(2):303A Suppl. A, 2001.

Nunn ME, Fan J, McGuire MK. "Determination of periodontal prognostic indicators based on multivariate survival trees." *IADR Abstracts*, 2756, 2002.

Shulman JD, Nunn ME, Taylor SE. "The association between asthma and periodontal health in adolescents using data from NHANES III." *IADR Abstracts*, 2971, 2002.

Karima M, Kantarci A, Edner S, Nunn ME, Van Dyke TE. "Protein Kinase C Activity in Neutrophils from Diabetic Patients With and Without Periodontitis." *IADR Abstracts*, 0834, 2002.

Cueva MA, Hallmon WW, Nunn ME, Allen EP, Rivera-Hidalgo F, Eslamboltchi F. "Effectiveness of Coronally Advanced Flaps With or Without the Addition of Enamel Matrix Derivative in the Treatment of Marginal Tissue Recession." *IADR Abstracts*, 1768, 2002.

Hasturk H, Nunn ME, Van Dyke TE. "A Randomized Clinical Trial to Assess the Efficacy of Rembrandt™ for the Treatment of Gingivitis." *IADR Abstracts*, 4075, 2002.

Nunn ME, Leroux BG. "Influence Diagnostics for Correlated Data." *JSM Abstracts*, 300865, 2002.

Su MF, Dibart S, Warbington ML, Abdullah Y, Nunn M, Van Dyke TE. "Effect of Scaling and Root Planning with Topical Doxycycline vs. Scaling and Root Planing Alone on the Subgingival Microbiota of Chronic Periodontitis Patients." *AADR Abstracts*, 1449, 2003.

Buchmann R, Hasilik A, Nunn M, Van Dyke TE, Lange DE. "Amplified crevicular leukocyte recruitment in aggressive periodontitis." *IADR Abstracts*, 511, 2003.

Cote SE, Geltman PL, Nunn ME, Lituri K, Henshaw M. "Dental Caries of Newly Arrived Refugee Children Compared with US Children." *IADR Abstracts*, 976, 2003.

Dibart S, Capri D, Van Dyke TE, Nunn M. "A 5-year Retrospective Radiographic Análisis of Crown-lengthening Surgery on Mandibular Molars (Part II)." *IADR Abstracts*, 1716, 2003.
Nunn ME, McGuire MK. "Relationship of the IL-1 Genotype to Alveolar Bone Loss." *IADR Abstracts*, 2828, 2003.

Geltman PL, Cote SE, Nunn ME, Lituri K, Barnett ED, Garcia RI. "Oral health of newly arrived refugees in Massachusetts, 2000-2002." *Pediatric Research*, 53(4):579A 3282 Part 2 Suppl. S, 2003.

Lee H-J, Nunn M, Krall E, Garcia R. "Geriatric Oral Health and the Healthy Eating Index." *IADR Abstracts*, 739, 2004.

Nunn M, Krall E, Garcia R. "The Healthy Eating Index (HEI) and Dental Caries Among Children." *IADR Abstracts*, 2917, 2004.

Lee H-J, Nunn ME, Mascarenhas AK, Scott T, Jones JA, Garcia RI. "The association between periodontal disease and stroke in the elderly." *IADR Abstracts*, 243, 2005.

Ford JP, Kikuchi M, Miller BH, Nunn ME, Okabe T. "Evaluation of homogeneity of arc-melted titanium alloy." *IADR Abstracts*, 644, 2005.

Miyamoto T, Kim T, Kumagai T, Nunn ME. "Risk Factors for Dental Caries in a Compliant Population." *IADR Abstracts*, 699, 2005.

Gibson G, King TB, Haghighat N, Nunn M, Al-Hashimi I. "Salivary Flow and Related Measures in Veterans Diagnosed with Hepatitis-C." *IADR Abstracts*, 990, 2005.
Krall EA, Acharya P, Nunn ME, Garcia RI. "Periodontal Disease and Fixed Partial Denture Abutments." *IADR Abstracts*, 1531, 2005.

Singh HK, Kressin NR, Nunn ME, Hayes C, Culler C, Henshaw MM. "ECC in Boston children ages 1 to 3 years." *IADR Abstracts*, 2621, 2005.

Kressin NR, Nunn ME, Hayes C, Singh H, Culler C, Henshaw MM. "Can Training Increase Pediatric Medical Providers' Counseling About ECC Risk?" *IADR Abstracts*, 3188, 2005.

Soncini JA, Lu SC, Henshaw MM, Nunn ME, Tanner A, Garcia R, Scott T, Feilich S. "*Mutans streptococci* in Hispanic children in a school dental clinic." *IADR Abstracts*, 3250, 2005.

King TB, Gibson G, Rivera-Hidalgo F, Nunn ME. "Oral Conditions in Veterans Diagnosed with the Hepatitis C Virus." *IADR Abstracts*, 3312, 2005.

Dietrich T, Nunn M, Dawson-Hughes B, Bischoff-Ferrari HA. "Serum levels of 25-hydroxyvitamin D3 are associated with gingival inflammation." *IADR Abstracts*, 3581, 2005.

Dietrich T, Krall E, Nunn M, Garcia R. "Gingivitis susceptibility among men with and without periodontitis." *J Dent Res* 2006; Abstract 56, Vol 85, Spec Iss A.

Miyamoto T, Kumagai T, Nunn ME. "Strategic value vs. actual restoration longevity: Outcome of 3072 teeth." *J Dent Res* 2006; Abstract 137, Vol 85, Spec Iss A.

Kressin NR, Nunn ME, Singh HK, Orner M, Henshaw MM. "Behavioral and sociodemographic factors associated with early childhood caries." *J Dent Res* 2006; Abstract 148, Vol 85, Spec Iss A.

Kanasi E, Tanner ACR, Cipes E, Kressin NR, Singh H., Garcia R, Nunn ME. "*S. mutans* detection in a pediatrician office population." *J Dent Res* 2006; Abstract 1002, Vol 85, Spec Iss A.

Nunn ME, Tanner ACR, Lu SC, Kanasi E, Kressin NR, Singh H, Garcia R. "Oral flora of caries-free 1-to-4-year-old children." *J Dent Res* 2006; Abstract 1074, Vol 85, Spec Iss A.

Hasturk H, Serrenho AC, Agarwal A, Martins M, Nunn ME, Van Dyke TE. "Interleukin-1 gene polymorphism and periodontitis in subjects from Indian subcontinent." *J Dent Res* 2006; Abstract 1108, Vol 85, Spec Iss A.

Krall EA, Dietrich T, Nunn ME, Garcia RI. "Cigarette smoking cessation reduces the risk of tooth loss." *J Dent Res* 2006; Abstract 1614, Vol 85, Spec Iss A.

Tanner ACR, Lu SC, Kanasi E, Kressin NR, Singh H, Garcia R, Nunn ME. "Cariogenic Species in Young Children in Medical Center Populations." *J Dent Res* 2006; Abstract 1872, Vol 85, Spec Iss B.

Ford JP, Koike M, Brezner M, Kikuchi M, Nunn M, Okabe T. "Melting conditions vs. homogeneity of Ti-10%Cu alloy." *J Dent Res* 2006; Abstract 2141, Vol 85, Spec Iss B.

Nunn ME, Garcia RI, Kaye EK, Kornman K. "Preliminary results for 3 IL1 composite genotype patterns" *J Dent Res* 2006; Abstract 2348, Vol 85, Spec Iss B.

Nunn ME, Fan J, Su X, Krall EA, Garcia RI. "Determination of dental prognosis based on multivariate exponential survival trees." *J Dent Res* 2007; Abstract 268, Vol 86, Spec Iss A.

Kanasi E, Lu SC, Singh HK, Cadoret C, Kressin NR, Nunn ME, Garcia R, Tanner AC. "Gingivitis and periodontitis associated species in young children." *J Dent Res* 2007; Abstract 1129, Vol 86, Spec Iss A.

Krall EA, Nunn ME, Dietrich T, Garcia RI. "Smoking is associated with root caries in older men." *J Dent Res* 2007; Abstract 2157, Vol 86, Spec Iss A.

## *PRESENTATIONS*

Nunn ME. (March, 1995). "Prognostic Indicators in Periodontal Disease."
Epidemiology Forum at the AADR Conference
University of Texas
San Antonio, Texas.

Nunn ME. (March, 1996). "Discussion of the Selection of Controls in a Case-Control Study of the Effectiveness of Bicycle Safety Helmets in Preventing Serious Facial Injury."
Epidemiology Forum at the IADR Conference
University of California
San Francisco, California

Nunn ME. (June, 1998). "Relationship of clinical parameters and interleukin-1 genotype to tooth survival."
IADR
Nice, France

Nunn ME. (March, 1999). "Patient Satisfaction with Managed Care: A Paradigm for Developing a Survey instrument."
IADR
Vancouver, British Columbia

Nunn ME. (April, 2000). "Relationship of Occlusal Adjustment to Disease Progression in Chronic Adult Periodontitis."
IADR
Washington, D.C.

Nunn ME. (June, 2001). "Longitudinal comparison of the periodontal status of patients with moderate to severe periodontal disease receiving no treatment, non-surgical treatment, and surgical treatment utilizing individual sites for analysis."
IADR
Chiba, Japan

Nunn ME. (March, 2002). "Determination of periodontal prognostic indicators based on multivariate survival trees."
IADR
San Diego, California

Nunn ME. (August, 2002). "Influence Diagnostics for Correlated Data."
JSM
New York City, New York

Nunn ME. (June, 2003). "Relationship of the IL-1 Genotype to Alveolar Bone Loss."
IADR
Gothenburg, Sweden
Nunn ME. (March, 2004). "The Healthy Eating Index (HEI) and Dental Caries Among
Children."
IADR
Honolulu, Hawaii

Nunn ME. (March, 2007). "Determination of dental prognosis based on multivariate
exponential survival trees."
IADR
New Orleans, Louisiana

## INVITED PRESENTATIONS

Nunn ME. (August, 1998). "A 2-Day Course on the Principles of Research Design."
General Practice Residents, Fort Hood, Texas.

Nunn ME. (May, 2000). "Statistical Analyses of Data on Occlusal Adjustment in
Patients with Periodontal Disease." Task Force on the Design and Analysis of Clinical
Studies in Dentistry, Newark, New Jersey.

Nunn ME. (November, 2000). "Genetic risk factors and supportive periodontal
treatment." XXXIV Annual Meeting of the Spanish Society of Periodontology, Madrid,
Spain.

Harrel SK, McDevitt MJ, Nunn ME. (October, 2001). "New Evidence for the Effect of
Occlusion on Periodontal Disease." American Academy of Periodontology Annual
Meeting, Philadelphia, Pennsylvania.

Nunn ME. (November, 2001). "Determination of periodontal prognostic indicators
based on multivariate survival trees." Health Services Research Group, VA Hospital,
Bedford, Massachusetts.

Nunn ME. (May, 2002). "A 2-Day Course on the Principles of Research Design and
Statistical Interpretation of the Dental Literature." Periodontal residents, SUNY –
Stony Brook, Stony Brook, New York.

Nunn ME. (March, 2005). "Design problems related to techniques of sample selection,
randomization and treatment assignment." Statistical Considerations in Clinical
Research Grant Applications, sponsored by NIDCR, Baltimore, MD.

Nunn ME. (December, 2006). "Determination of periodontal prognostic indicators
based on multivariate survival trees." Cleveland Clinic Biostatistical Group, Cleveland,
OH.

Nunn ME, McGuire MK, Miyamoto T. (January, 2007). Symposium on new paradigms in periodontal diagnosis and treatment. January 20-21, 2007 in Tokyo, Japan.

Nunn ME. (January, 2007). "The association between cumulative periodontal disease and stroke history in older adults." January 17, 2007, Nihon University School of Dentistry at Matsudo, Chiba, Japan.

Nunn ME. (January, 2007). "The association between cumulative periodontal disease and stroke history in older adults." January 24, 2007, Seoul National University Dental Hospital, Seoul, Korea.

## *FUNDED ACTIVITY*

Active Support

Note: The percent effort listed below is the original percent effort when awards were made. With recent awards, some modifications were made so that my percent effort did not exceed 100%. Currently, my percent effort for the biometry core of CREEDD is 55.5%, for the IL-1 genotype grant is 10%, for the CART grant is 15%, and for the comprehensive smoking index grant is 9.5%. My effort on the microarray grant did not change, but my role on Dr. Oppenheim's histatin grant has now been changed to an unpaid consultant.

R03 DE016924 (Nunn)                    9/1/2005 – 8/31/2008          30%
NIH/NIDCR
Multivariate CART for survival with dental applications

The primary goals of this study are to further develop multivariate CART for survival and apply this newly extended form of CART for survival to a large, well-established database in an effort to develop global dental prognostic indicators that are based on actual tooth loss.

U54 DE 014264 (Nunn)                    9/30/2001 – 7/31/2008          60%
NIH/NIDCR
Biometry Core – Northeast for Research to Reduce Oral Health Disparities

The Biometry Core of the Northeast Center for Research to Reduce Oral Health Disparities will provide support to the component research projects of the Center, including pilot projects, in the areas of study design, data collection strategies, examiner training and calibration, data management, and data analysis.

The major goals of the projects included in this center are to: (1) conduct research that will lead to an understanding of the factors associated with oral health disparities, (2) develop, test and evaluate interventions designed to reduce oral health disparities, in children and their caregivers, (3) serve as a training and mentoring resource for developing and strengthening biomedical, clinical and behavioral oral health research capacity by expanding research opportunities for scientists in under-represented groups within the scientific workforce as well as through other career development activities, (4) disseminate information on oral health status of underserved populations, and on

effective means to reduce oral health disparities and (5) over the seven year period of initial support for the Center, to create a regional network of collaborating institutions, building on the partnerships already established in the course of developing this application.

R03 DE 015426 (Nunn)                    7/1/2004 – 6/30/2007          25%
NIH/NIDCR
The relationship of the composite IL-1 genotype to alveolar bone loss.

The major goal of this small study is to investigate the relationship of the composite IL-1 genotype to the progression of alveolar bone loss in a pre-existing longitudinal database. 687 subjects enrolled in the VA Dental Longitudinal Study which also have archived DNA samples will be included in the study. Genotype testing of 8 ligands of the IL-1 genotype cluster as well as TNF-$\alpha$ will be conducted. It is anticipated that the genotype testing performed can be used further down the line to eventually investigate the relationship of periodontal disease to systemic disease while taking into account pre-existing genetic factors related to host inflammatory response.

U01 HL 014950 (Walt)                    9/30/2002 – 6/30/2011          10%
NIH/NIDCR
Microsensor Arrays for Saliva Diagnostics

The major goal of this project is to develop both new tools and a universal platform for performing measurements on saliva samples. Much of the initial work will be directed at screening potentially useful sensing chemistries for their applicability to sensing components in saliva.

R01 DE 007652 (Oppenheim)               12/31/2004 – 12/31/2006        5%
NIH/NIDCR
Microbicidal Salivary Histidine-Rich Proteins

The long term objective of this project is to understand how histatins, representing an important part of the oral innate host defense system, protect against the multiple potentially adverse effects of microorganisms entering and residing in the oral cavity.

R01 DE011787 (Okabe)                    5/1/2000 – 3/31/2007          Consultant
NIH/NIDCR
Dental Casting of Titanium Alloys

Titanium offers an ideal advantage for biomedical and dental applications: it is nontoxic to humans. Dentistry has lagged behind medicine in practical applications of titanium. The motivation behind the previous and the proposed studies is to learn more about this metal in order to develop its full potential for dentistry.

R03 DE016357 (Dietrich)                 8/1/2005 – 7/31/2007          15%
NIH/NIDCR
A comprehensive smoking index to model smoking history

Martha E. Nunn, D.D.S., Ph.D.                21                          7/25/07

The long-term objective of this project is to establish a comprehensive smoking index (CSI) that accounts for smoking intensity, duration and time since cessation in a single variable as a function of its biological effect on disease risk over time.

Previous Support

| | | |
|---|---|---|
| T32 DE 007227 (DeRouen) NIH/NIDCR Oral Epidemiology and Biostatistics Training Grant | 9/1/1992 – 8/31/1997 | Trainee |
| D33 AH30008 (Shulman) HHS/HRSA Dental Public Health Specialty Training Grant. | 7/1/1997 – 11/1/2000 | Co-Investigator |
| R01 DE011787 (Okabe) NIH/NIDCR Dental Casting of Titanium Alloys. | 5/1/1998 – 4/30/2000 | Co-Investigator |
| R01 DE007644 (Okabe) NIH/NIDCR Evaluation of mercury release from dental amalgams. | 9/15/1999 – 8/31/2001 | Co-Investigator |
| Dental Longitudinal Study (Garcia) Veterans Administration Co-Investigator | 11/1/2002 – 11/30/2004 | 25% |
| R01 DE007644 (Okabe) NIH/NIDCR Evaluation of Mercury Release from Dental Amalgams | 9/15/2000 – 8/31/2005 | Consultant |
| R03 DE014120 (Cai) NIH/NIDCR Dental Cast Titanium-Ceramic Bonding | 2/1/2002 – 1/31/2005 | Consultant |

## *THESIS COMMITTEES*

"Diet and root caries among elders." Dr. Angel Rivera (Ph.D. UNT School of Public Health).

"Recognition of Elder Abuse Among Dental Hygienists." Kellie Murphree (MS Dental Hygiene).

"Dental Hygienist Retention." Glenna Johns (MS Dental Hygiene).

"Restoration of Endodontically Teeth." Dr. Glenn Trautmann (MS Endodontics).

"Comparison of Testing of Saliva versus Serum for SSA and SSB antibodies among SSA/SSB positive Sjogren's patients, SSA/SSB negative Sjogren's patients, and healthy control subjects." Dr. Anne Hammi (MS Periodontics)

"*in vitro* Investigation of the effect of a laser on *S salivarius* and *P gingivalis*." Tinou Tran (MS Periodontics).

"Longitudinal study of ferric sulfate pulpotomies." Dr. Nikki Smith (MS Pedodontics) – McArthur Award recipient.

"Administration of local anesthetics and nitrous oxide by dental hygienists." JoAnn Scofield (MS Dental Hygiene).

"Marginal gap of crowns made with a phosphate-bonded investment and accelerated casting method." Dr. Elaine Schilling (MS Prosthodontics).

"Comparison of CGRP and NGF levels in the contralateral side of four groups of injured rats." Dr. Faisal Amir (MS Endodontics).

"The effect of milk and cheese consumption on dental caries in children." Dr. Anan Sheshah (MSD in Dental Public Health).

"The relationship of periodontitis to stroke in the elderly." Dr. Hyo-Jung Lee (MSD in Dental Public Health).

"Effectiveness of dental sealants in a large dental health plan." Dr. Amany Al-Semeiry (PhD in Dental Public Health).

"Relationship of the Food Security Index and the Healthy Eating Index to Early Childhood Caries." Nadine Braunstein (PhD in Medical Nutritional Sciences).

"Relationship of Obesity to Iron Deficiency in Children." Maggie Mirch (MS in Medical Nutrision Sciences).

## PROFESSIONAL AFFILIATIONS

American Academy of Periodontology
American Dental Education Association
American Association of Public Health Dentistry
International Association of Dental Research
American Statistical Association
Biometric Society

Martha E. Nunn, D.D.S., Ph.D.                    23                              7/25/07

## REFERENCES

Dr. Frank Oppenheim
Professor and Chair, Oral Biology and Periodontology
Boston University, Goldman School of Dental Medicine
700 Albany Street, W
Boston, MA 02118
Phone:  (617) 638-4756
e-mail:  fropp@bu.edu

Dr. Jay Shulman
Professor, Public Health Sciences
Baylor College of Dentistry, Texas A&M Health Science Center
Post Office Box #660677
3302 Gaston Avenue
Dallas, Texas  75266-0677
Phone: (214) 828-8359
e-mail: jshulman@bcd.tamhsc.edu

Dr. Toru Okabe
Professor and Chair, Biomaterials Science
Baylor College of Dentistry, Texas A&M Health Science Center
Post Office Box #660677
3302 Gaston Avenue
Dallas, Texas  75266-0677
Phone: (214) 828-8263
e-mail: tokabe@bcd.tamhsc.edu

Dr. Tim DeRouen
Associate Dean for Research & Academic Affairs, School of Dentistry
University of Washington
Box 357480
Seattle, Washington  98195-7480
Phone: (206) 221-6887
e-mail: derouen@u.washington.edu

Dr. Brian Leroux
Associate Professor, Dental Public Health Sciences
School of Dentistry
University of Washington
Box 357475
Seattle, Washington  98195-7475
Phone: (206) 616-4643
e-mail: leroux@u.washington.edu

Dr. Elizabeth Krall Kaye
Professor, Health Policy and Health Services Research, School of Dental Medicine
Boston University
715 Albany, 560
Boston, MA 02118
Phone: (617) 638-6386
e-mail: kralle@bu.edu

Dr. Gerry Kress
Professor Emeritus, Public Health Sciences
Baylor College of Dentistry, Texas A&M Health Science Center
7942 Goodshire Avenue
Dallas, Texas 75231
Phone: (214) 342-9880

Dr. Stuart Gansky
Associate Professor, Preventive and Restorative Dental Sciences, School of Dentistry
University of California, San Francisco
Box 1361, 3333 Calif. St, Laurel Heights 495C3
San Francisco, CA. 94143 - 1361
Phone: (415) 502-8094
e-mail: sgansky@itsa.ucsf.edu

Dr. Ibtisam Al-Hashimi
Professor, Periodontics
Baylor College of Dentistry, Texas A&M Health Science Center
Post Office Box #660677
3302 Gaston Avenue
Dallas, Texas  75266-0677
Phone: (214) 828-8490
e-mail: IAl-hashimi@bcd.tamhsc.edu
alternate e-mail:  alhashim@ont.com

Dr. Linda Niessen
Clinical Professor, Communications and Development
Baylor College of Dentistry, Texas A&M Health Science Center
Vice-President for Clinical Education, Dentsply International
Post Office Box #660677
3302 Gaston Avenue
Dallas, Texas  75266-0677
Phone: (214) 828-8351
e-mail: lniessen@bcd.tamhsc.edu
alternate e-mail: lniessen@dentsply.com

Other references available upon request.

# EXHIBIT B

# REDACTED

CONTAINS INFORMATION DESIGNATED AS
"CONDFIDENTIAL" PURSUANT TO NOVEMBER 9, 2007
STIPULATED CONFIDENTIALITY ORDER IN THIS ACTION

# EXHIBIT C

# REDACTED

CONTAINS INFORMATION DESIGNATED AS
"CONDFIDENTIAL" PURSUANT TO NOVEMBER 9, 2007
STIPULATED CONFIDENTIALITY ORDER IN THIS ACTION

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 4, 2008, I caused a copy of the

foregoing **REDACTED DECLARATION OF MARTHA E. NUNN (WITH ANNEXED**

**EXHIBITS)** to be served upon counsel through the Court's ECF filing system and by hand

delivery to:

> Laura W. Sawyer, Esq.
> **JONES DAY**
> 222 East 41st Street
> New York, New York 10017

Dated: New York, New York
February 4, 2008

_Lina M. Viviano_
_____
Lina M. Viviano