UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
     :
THE PROCTER & GAMBLE COMPANY,   :
     :
Plaintiff,   :  **No. 07 Civ. 8379 (RJS)**
     :
    vs.   :  **ECF Case**
     :
ULTREO, INC.,   :
     :
Defendant.   :
     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
     x

**DECLARATION OF JULIE M. GRENDER IN SUPPORT OF
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Julie M. Grender hereby states as follows:

# FILED UNDER SEAL

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of February, 2008.

Julie M. Grender, Ph.D.

## SUMMARY CURRICULUM VITAE

## PERSONAL DETAILS

**NAME:**          Julie M. Grender

## QUALIFICATIONS

| INSTITUTION ATTENDED | DATE ATTENDED | QUALIFICATIONS OBTAINED |
|---|---|---|
| Louisiana State University Medical Center in New Orleans | 8-88 to 12-91 | Ph.D. in Biostatistics |
| Virginia Polytechnic Institute and State University | 8-83 to 6-87 | B.S. in Statistics |

## WORK HISTORY

### Previous Employment

| Dates | Employer | Position/Duties |
|---|---|---|
| 8/89 to 2/92 | L.S.U. Medical Center (Research Assistant) | • Consult with physicians/researchers on design & analysis of studies<br>• Execute statistical analysis using software packages<br>• Teach and tutor students on statistical methods |
| 8/87 to 8/89 | U.S.D.A. Forest Service, Institute for Quantitative Studies (Mathematical Statistician) | • Edit, analyze, and interpret data using statistics and graphics packages<br>• Review study plans and papers for statistical designs<br>• Research and prepare manuscripts on estimation techniques |
| 3/92 to present | Principal Statistician | • Project statistician for several Personal Healthcare and Oral Care products.<br>• Responsible for clinical and statistical design, analysis, and claim support. |

## OTHER INFORMATION

### Publications/Presentations

Grender, Julie M., "Two-Period Crossover Designs: Regression Toward the Mean and Multivariate Techniques," Ph.D. Dissertation, Louisiana State University Medical Center, December, 1991.

Grender, Julie M., Johnson, William D., and Elston, Robert C., "Regression Toward the Mean in 2 x 2 Crossover Designs with Baseline Measurements," *Statistics in Medicine*, vol. 11, no. 6, 727-741, 1992.

Grender, Julie M. and Johnson, William D., "Analysis of Crossover Designs with Multivariate Response," *Statistics in Medicine*, Vol. 12, no. 1, 69-89, 1993.

Grender, Julie M. and Johnson, William D., "Fitting Multivariate Polynomial Growth Curves in Two-period Crossover Designs,: *Statistics in Medicine*, vol. 13, 931-943, 1994.

Grender, Julie M. and Johnson, William D., "Analysis of Two-Period Crossover Designs with Subsampling," *Journal of Biopharmaceutical Statistics*, vol. 3, no. 1, 117-127, 1993.

Johnson, William D. and Grender, Julie M., "Multivariate Nonparametric Analysis for the Two-Period Crossover Design with Application in Clinical Trials," *Journal of Biopharmaceutical Statistics*, Vol. 3, no. 1, 1-12, 1993.

Grender, Julie M. and Johnson, William D., "Multivariate Analysis of Crossover Designs with Baseline Measurements," Submitted for publication.

Grender, Julie M. and Johnson, William D., "Using the GLM Procedure to Analyze Multivariate Response in Crossover Designs," *Proceedings of the Seventeenth Annual SAS Users Group International Conference*, Honolulu, Hawaii, April 12-15, 1992, 1355-1360.

Johnson, William D. and Grender, Julie M., "Multivariate Analysis of Crossover Designs with Baseline Measurements," *1992 Proceedings of the Biopharmaceutical Section of the American Statistical Association*, 74-79.

Grender J. M., Johnson, W. D., and Elston, R. C. "Author's Reply" *Statistics in Medicine*, Vol. 12, 1088-1089, 1993.

Grender, J. M., Dell, T. R., and Reich, R., "Theory and Derivation for Weibull Parameter Probability Weighted Moment Estimators," *USDA Forest Service Research Paper* SO-260, November, 1990.

deBoisblanc, B. P., Castro, M. C., Everret, B., Grender, J. M., and Summer, W. R., "Effect of Air-Supported, Continuous, Postural Oscillation on the Risk of Early ICU Pneumonia in Non-traumatic Critical Illness," CHEST, vol. 103, no. 5, May, 1993.

Duvall, Margaret and Grender, Julie M., "Dendroecological Analysis of a Longleaf Pine *Pinus Palustris* Forest in Mississippi," *Vegatatio*, January, 1991.

VanDeusen, Paul and Grender, Julie M., "An Alternative Estimator for Horizontal Point Clusters," *Forest Science*, March, 1989.

Dell, T. R., Reich, R., and Grender, J. M., "Probability Weighted Moments Estimation for Weibull Diameter Parameter Estimators with Emphasis on Larger Trees," accepted as monograph to *Forest Science*, 1990.

Bloomfield, SS, Grender, JM, Bierer, DW, and Koochaki, PE. International Congress and Symposium Series 218: Advances in Managment of Acute Pain, The Royal Society of Medicine Press, March, 1996

Actual-Use Trial in Adolescents with Omeprazole Magnesium. Brown JD, Balm TK, Folland DS, Gabrielson A, Earl H, Helsinger SA, and Grender JM. Clinical Pharmacology and Therapeutics. 2000; 67(2):148 (Abstract).

Actual-Use Study of Omeprazole Magnesium. Schachtel BP, Balm TK, Conwell BJ, and Grender JM. Clinical Pharmacology and Therapeutics. 2000; 67(2):149 (Abstract).

*Inter Journ of Clin Pharm and Ther* , "Efficacy of a single evening dose of a syrup containing paracetamol, destromethorphan, hydrobromide, doxylamine succinate and ephedrine sulfate in subjects with multiple common cold symptoms" in April, 2007, and also co-authored a poster on the same topic for 12th International Congress on Infectious Diseases in Lisbon Portugal, June, 2006

"Comparison of gastric pH with omeprazole magnesium 20.6 mg (Prilosec OTC) qd, famotidine 10 mg (Pepcid AC) bid, and famotidine 20 mg bid over 14 days of treatment" published in *Alimentary Pharmacology & Therapeutics*, January, 2007.

Comparison of Prilosec OTC (omeprazole magnesium 20.6 mg) to Placebo for 14 days in the treatment of frequent heartburn. Journal of Clinical Pharmacology and Therapeutics (2005) 30, 105-112.


## Presentations:

1991 SRCOS/ASA Conference on Statistics - "Regression Toward the Mean in 2 x 2 Crossover Designs with Baseline Measurements"

1992 Biometric Society ENAR Spring Meeting - "Analysis of Two-Period Crossover Design with Multivariate Response"

1993/94 Seminar Series, LSUMC Department of Biometry and Genetics - "Assessing Bioequivalence in an Across-Study Analysis Using Mixed Models", December, 1993.

1993/94 Seminar Series, University of Cincinnati, Division of Biostatistics and Epidemiology - "Assessing Bioequivalence in an Across-Study Analysis Using Mixed Models", January, 1994.


## Professional Memberships

American Statistical Association
Biometric Society

## CERTIFICATE OF SERVICE

The foregoing DECLARATION OF JULIE M. GRENDER IN SUPPORT OF
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION was served on counsel of record
on February 7, 2008 by hand. A redacted version of DECLARATION OF JULIE M.
GRENDER IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
was served on all counsel of record on February 7, 2008 by electronic mail through the Court's
CM/ECF.

_____
DANA L. SALAZAR