UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE PROCTER & GAMBLE COMPANY,    )
                                 )
              Plaintiff,         )  Civ. No. 07-8379 (RJS)
                                 )
       v.                        )  ECF Case
                                 )
ULTREO, INC.,                    )
                                 )
              Defendant.         )
------------------------------------------------------------x

### SUPPLEMENTAL DECLARATION OF MARTHA E. NUNN, D.D.S., Ph.D.

I, MARTHA E. NUNN, hereby declare under penalty of perjury as follows:

1. I make this supplemental declaration in response to the declaration submitted by Julie M. Grender, a statistician employed by P&G.

# REDACTED

Contains Information Designated As
"Confidential" Pursuant To November 9,
2007 Stipulated Confidentiality Order In
This Action

# REDACTED

Contains Information Designated As
"Confidential" Pursuant To November 9,
2007 Stipulated Confidentiality Order In
This Action

results.

Dated: February 11, 2008
       Mansfield, Massachusetts

*[signature]*
Martha E. Nunn

\20873P22FT

# EXHIBIT A

# REDACTED

CONTAINS INFORMATION DESIGNATED AS
"CONDFIDENTIAL" PURSUANT TO NOVEMBER 9, 2007
STIPULATED CONFIDENTIALITY ORDER IN THIS ACTION

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 12, 2008, I caused a copy of the foregoing **REDACTED SUPPLEMENTAL DECLARATION OF MARTHA E. NUNN (WITH ANNEXED EXHIBIT)** to be served upon counsel through the Court's ECF filing system and by hand delivery to:

>   Laura W. Sawyer, Esq.
>   **JONES DAY**
>   222 East 41st Street
>   New York, New York 10017

Dated: New York, New York
       February 12, 2008

*/s/ Lina M. Viviano*
————————————————
Lina M. Viviano