UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                               :

THE PROCTER & GAMBLE COMPANY,     :

                         Plaintiff,     :   No. 07 Civ. 8379 (RJS)

              vs.                    :   ECF Case

ULTREO, INC.,                            :

                      Defendant.    :

------------------------------------- :
                                               x

**SUPPLEMENTAL DECLARATION OF JULIE M. GRENDER, PH.D., IN
SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Julie M. Grender, Ph.D., hereby says as follows:

        1.       I submit this supplemental declaration in support of Procter & Gamble's Motion for Preliminary Injunction, and in particular to address the Supplemental Declaration of Martha Nunn, dated February 11, 2008.

# FILED UNDER SEAL

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15 day of ~~January~~ 2008.
February

*Julie M. Grender, Ph.D.*

## CERTIFICATE OF SERVICE

The foregoing SUPPLEMENTAL DECLARATION OF JULIE M. GRENDER, PH.D., IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION was served on counsel of record on February 15, 2008 by hand.

_____
DANA L. SALAZAR