UNITED STATES DISTRICT COURT )
SOUTHERN DISTRICT OF NEW YORK )
------------------------------------------------------- )
                                                        )
                                                        )
THE PROCTER & GAMBLE COMPANY,                           )
                                                        )    Civil Action No. 07-Civ-8379 (RJS)
            Plaintiff,                                  )
                                                        )    ECF Case
ULTREO, INC.,                                           )
                                                        )
            Defendant.                                  )
                                                        )
------------------------------------------------------- )

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Marc C. Levy

☒    *Attorney*

    ☐    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _____

    ☒    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency Association

☒    *Law Firm/Government Agency Association*

    From: Kirkpatrick & Lockhart Preston Gates Ellis LLP
    To:   Faegre & Benson LLP

    ☒    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

    ☒    *Address:*    3200 Wells Fargo Center, 1700 Lincoln Street
                      Denver, Colorado 80203-4532

    ☒    *Telephone Number:*    303-607-3500

    ☒    *Fax Number:*    303-607-3500

    ☒    *E-Mail Address:*    MLevy@faegre.com

Dated: May 15, 2008    _____
                            Signature